# EXHIBIT 1



hmd.

Home   Who we are   What we do   Business   Media   Contact

# Welcome to the home of Nokia Phones



## HMD is an independent, Finnish company

We believe that mobile technology can enhance our everyday lives – that's why we're working to make it accessible to everyone with devices that embody our principles of design, performance and security.

## Latest products







**Nokia 8.3 5G**
Learn more

**Nokia 5.3**
Learn more

**Nokia 1.3**
Learn more

See all products

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree



## Latest press releases

All
Devices
General
Partnerships
Corporate
Android

**19.3.2020**
New 5G Nokia smartphone unveiled as portfolio expands – ensuring a Nokia phone is the only gadget you will ever need

**13.2.2020**
Nokia phones win six accolades at iF DESIGN™ Awards 2020

**12.2.2020**
HMD Global - The Home of Nokia Phones cancels participation at MWC 2020 in Barcelona

**5.12.2019**
Next generation Nokia 2.3 brings powerful AI to

**18.11.2019**
HMD Global's Nokia 7.2 named Innovation Awards

**5.9.2019**
New Nokia phones introduce class-defining

We use cookies to improve our products and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree

Show more

## Stay up to date

We take your privacy very seriously and as such your data will not be shared with any third parties.

Subscribe

Android, Google and other related marks and logos are trademarks of Google LLC.

## Our locations

Our team is based around the world across over 50 locations with our headquarters in Espoo, Finland.

**Espoo**
Bertel Jungin aukio 9
02600 Espoo
Finland

**London**
Level 4
4 Kingdom Street
Paddington Central
London W2 6BD

**Shenzhen**
No.2, 2nd Donghuan Road, Longhua Town,
Bao'an District, Shenzhen,
Guangdong,
China



© 2020 HMD Global All rights reserved.
Nokia is a registered trademark of Nokia Corporation.
HMD Global Oy is the exclusive licensee of the Nokia brand for phones & tablets.

| Language | Nokia phones | Legal | Ethics | UK compliance |
|---|---|---|---|---|
| English | Android phones | Privacy Policy | Code of Conduct | UK Modern Slavery Act Statement |
| Suomi | Nokia phones support | Terms of Use | Supplier Code of Conduct | Tax strategy (UK) |
| 简体中文 | Nokia phones community | | Speak up channel | |

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree