# EXHIBIT 2

# hmd.

Home   Who we are   What we do   Business   Media   Contact

# Learn more

When HMD was established in 2016, we stepped into the smartphone business with a drive that would kick things off rapidly. In just 11 months, our first 11 phones were released to customers around the world. Featuring 5 feature phones and 6 Android™ smartphones, it was a range that offered choice and reliability to every user segment. We established 50 offices around the world in our first 12 months, quickly securing our foothold in the global market. As a startup valued at over $1 billion, we also earned our Unicorn status – an achievement that we owe to our strong customer base.



At HMD we have a simple idea at the core of our operations: that mobile technology can enhance the everyday lives of everyone around the world. Our wide selection of phones are a step toward to realizing that vision, but we go even further: our phones are made to get better for years to come, with a design that remains timeless and updates that improve security and performance.

We ensure that these principles are inherent in each and every one of our phones, and this is what sets us apart in the mobile phones market – whichever phone is right for you, it will be a phone you can trust.

Ever since our first 11 phones in 2017, we have continued to expand every area of our phones portfolio, including dependable feature phones, reborn classics, first-time smartphones and smartphones fit for enterprises.

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree



## The Nokia mobile phones story

Its reputation for design and dependability made Nokia a household name. Today, HMD upholds that heritage with Nokia branded mobile devices running Android operating systems, uniting two of the world's most iconic names in mobile technology.

In keeping with our mission to make modern mobile technology accessible to everyone, we believe that every Nokia phone should be built upon the principles of refined design and steadfast reliability, no matter which segment it is made for.

## Meet our team

At HMD, our teams are united in our passion for the Nokia brand and the principles for which it is known. Equipped with a wealth of industry knowledge and experience, we are committed to our mission of making mobile technology accessible to all.

**One by one, we hope to enrich people's lives worldwide.**

**Leadership team**

  **Florian Seiche**
Chief Executive Officer

  **Juho Sarvikas**
Chief Product Officer

  **Anssi Rönnemaa**
Chief Financial Officer

  **Per Ekman**
Chief Commercial Officer, Head of Europe

  **Jari Koljonen**
General Counsel

  **Ben Jen**
Vice President Accessories

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree


Vice President India and APAC


**Maurizio Angelone**
Vice President Americas


**Justin Maier**
Vice President Sub Sahara Africa

*Board*


**Florian Seiche**
Chief Executive Officer


**Jean-Francois Baril**
Executive Chairman of HMD Global


**Sam Chin**
Board Director


**Ivan Yeh**
Board Director


**Barry French**
Board Director

---

**Stay up to date**

We take your privacy very seriously and as such your data will not be shared with any third parties.

Email       [ Subscribe ]

Android, Google and other related marks and logos are trademarks of Google LLC.

## Our locations

Our team is based around the world across over 50 locations with our headquarters in Espoo, Finland.

**Espoo**
Bertel Jungin aukio 9
02600 Espoo
Finland

**London**
Level 4
4 Kingdom Street
Paddington Central
London W2 6BD

**Shenzhen**
No.2, 2nd Donghuan Road, Longhua Town,
Bao'an District, Shenzhen,
Guangdong,
China



---

**hmd.**

© 2020 HMD Global All rights reserved.
Nokia is a registered trademark of Nokia Corporation.
HMD Global Oy is the exclusive licensee of the Nokia brand for phones & tablets.

| Language | Nokia phones | Legal | Ethics | UK compliance |
|---|---|---|---|---|
| English | Android phones | Privacy Policy | Code of Conduct | UK Modern Slavery Act Statement |
| Suomi | Nokia phones support | Terms of Use | Supplier Code of Conduct | Tax strategy (UK) |
| 简体中文 | Nokia phones community | | Speak up channel | |

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more     [ Agree ]