# EXHIBIT 3



**FEATURES**

# Nokia 2.3

Discover the power of AI with Nokia 2.3. It lasts up to 2 days[1] with Adaptive Battery technology, takes epic shots with AI imaging – even in low-light – and unlocks with a glance. Bring great stories to life with the impressive 6.2" HD+ 19:9 screen. Plus, it's ready for Android 10 and beyond so you can look forward to 2 years of software upgrades and 3 years of monthly security updates.

| | |
|---|---|
| **Design** | **Colors** Cyan Green, Sand, Charcoal |
| | **Size** 157.69 x 75.41 x 8.68mm |
| | **Weight** 183g |
| **Performance** | **Operating system** Android 9 Pie |
| | **RAM** 2 GB |
| | **CPU** MediaTek Helio A22 |
| **Connectivity** | **Cable type** Micro USB (USB 2.0) |
| | **SIM cards** Dual SIM and Single SIM models available |
| | **SIM card type** Nano SIM |
| | **Sensors** Ambient light sensor, Proximity sensor, Accelerometer (G-sensor) |
| | **Keys** The Google Assistant Button[2] |
| **Environmental profile** | Read more |
| **Cameras** | **Rear cameras** 13 MP f/2.2 + 2 MP depth sensing |
| | **Rear flash** LED |
| | **Front-facing camera** 5 MP f/2.4 |
| | **Other** Biometric face unlock |
| **Battery** | **Battery type** Non-removable 4000 mAh[3] |
| | **Charging** 5V/1A compatible |
| **Storage** | **Internal storage** 32 GB[4] |
| | **MicroSD card slot** Support for up to 512 GB |
| **Display** | **Size** 6.2" |
| | **Type** HD+ with waterdrop notch |
| | **Display ratio** 19:9 |
| **Audio** | 3.5 mm headphone jack |
| | FM radio receiver (headset required) |
| | 1 microphone |
| **Network and connectivity** | **Network bands** GSM: 850, 900, 1800, 1900 | WCDMA: 1, 5, 8 | LTE: 1, 3, 5, 7, 8, 20, 28, 38, 40, 41 (120MHz) |
| | **Network bands (Latin America and USA)** GSM: 850, 900, 1800, 1900 | WCDMA: 1, 2, 4, 5, 8 | LTE: 1, 2, 3, 4, 5, 7, 8, 12/17, 28, 66 |
| | **Network bands (India)** GSM 850, 900, 1800 | WCDMA: 1, 5, 8 | LTE: 1, 3, 5, 8, 40, 41 (120MHz) |
| | **Network speed** LTE Cat 4 |
| | **WiFi** 802.11 b/g/n |