# EXHIBIT 4

Features   Specs   Reviews   FAQs   Accessories



Wireless  In Home  Business   Stores  Search
Phones  Plans  Deals  Shop  Support  5G   Español  Sign in

Home / Smartphones / Nokia

## Nokia 3 V

★★⯨☆☆ (12 Reviews)                                    SKU# 719901073231

Online only: Get this device free. New line req'd. No trade-in req'd.   View details

Efficiency meets elegance with the Nokia 3 V. This slim and sophisticated smartphone features an eye-catching high-gloss design, 2.5D glass display and 6.26-inch HD+ scre See More

**Color and storage**

○ Blue

16GB

**Payment options**

$0.00/mo         $168.00
was $7.00        Retail price
24 Monthly payments

$0 Down (for qualified customers) $0.00/mo for 24 months, 0% APR Reduced Retail Price: $0.00
**For a limited time, order online and we'll waive your activation fee.** ⓘ
Device unlocking policy



● Ship it to me
  Eligible for Free 2-Day Shipping ⓘ

**Continue**

Get it today ⓘ

Add to wishlist

○ FREE In-Store Pickup ⓘ
  Select location

---

### Device Specifications

| | |
|---|---|
| LTE Advanced | With 50% faster peak speeds in more than 450 cities from coast to coast. |
| World Device | Works in over 200 countries depending on your plan. |
| Standby Time - Up to: | 35 days |
| Usage Time - Up to: | 10 hrs |
| Camera | 13 MP |
| Front Camera | 5 MP |
| Width | 3 in |
| Weight | 6.17 oz |
| Height | 6.28 in |
| Depth | 0.33 in |
| Screen | 6.26" HD+ display (720 x 1440); 257ppi; 2.5D glass |
| Battery | 4000 mAh |
| Operating System | Android™ 9.0, Pie™ |
| Storage | 16GB ROM, 2GB RAM |
| Expandable Memory | Supports microSD card up to 128GB (sold separately) |
| Hearing Aid Compatibility | M4/T3 |
| Wi-Fi | 802.11 b/g/n (2.4GHz) |
| Processor | Qualcomm® Snapdragon™ 429 |
| Network | 4G LTE cat 4, B2, B4, B5, B13, B66UMTS 850/1900GSM 850/900/1800/1900 |
| Processor | Qualcomm® Snapdragon™ 429 |
| HD Voice | Experience HD Voice, Video Calling and Simultaneous Voice & Data. Enable Wi-Fi Calling and make calls anywhere you have a Wi-Fi connection. |

### What's in the box

| |
|---|
| Nokia 3 V |
| Pre-installed SIM Card (4FF) |
| Battery Type and Size – non-removable, 4000 mAh |
| Wall Adapter/USB Cable/USB Connector |
| Quick Reference Guide |
| Important Consumer Safety Information |
| Product Safety and Warranty Brochure |

**Download user manual**

**Compare devices**

### Nokia 3 V Support

Verizon Wireless Support helps you better understand your Verizon mobile device and other Verizon services. Nokia 3 V Support

Features   Specs   Reviews   FAQs   Accessories

**Apps & Services**
- My Verizon
- Verizon Cloud
- Smart Family
- Device trade-in
- Device Protection
- Call Filter
- Apple Music
- Premium Visual Voicemail
- Hum
- See More Apps

**Top Device Brands**
- Samsung
- Apple
- Motorola
- Google

**Follow**

**Store Locator**

Enter a location

**Top Accessory Brands**
- Otterbox
- ZAGG
- Beats
- Mophie
- JBL
- Fitbit
- Gear 4

**Subscribe**
- Sign Up

**About**
- About Us
- News
- Featured Articles
- Responsibility

Site Map   Careers   Verizon Innovation Program   Privacy   Legal Notices   Customer Agreement   Brochures   Important Wireless Issues
Radio Frequency Emissions   Avoid Potential Hearing Loss   Website Use   Return Policy   Accessibility   Product Terms
My Verizon Terms & Conditions   Device Payment Terms & Conditions   Open Internet   Lifeline/Link-Up   About Our Ads   Advertise With us

Feedback