# EXHIBIT 5



FEATURES

# Nokia 4.2

Help is at hand with the Google Assistant Button. Enjoy videos and games on the 5.71" HD+ display, set in a stunning 2.5D curved glass design. Quick snaps look like great photos thanks to the dual 13 MP and 2 MP rear-facing camera and pro editing tools. Biometric face unlocking conveniently opens your phone in seconds.

| | |
|---|---|
| **Design** | **Colors** Black, Pink Sand |
| | **Size** 148.95 x 71.30 x 8.39 mm |
| | **Weight** 161 g |
| **Performance** | **Operating system** Android 9 Pie |
| | **RAM** 2/3 GB DDR3 |
| | **CPU** Qualcomm® Snapdragon™ 439 |
| **Display** | **Size and type** 5.71" HD+ a-Si TFT LCD with selfie notch |
| | **Resolution** 720x1520, 270 PPI |
| | **Aspect ratio** 19:9 |
| | **Material** 2.5D glass |
| **Connectivity** | **Cable** Micro USB cable |
| | **Sensors** Fingerprint Sensor (Rear), Ambient light sensor, Proximity sensor, Accelerometer, NFC, Biometric face unlock |
| | **Keys** Google Assistant Button¹ |
| | **Other** OTG |
| **Network and connectivity** | **Networks** GSM: 850, 900, 1800, 1900 | WCDMA: 1, 2, 4, 5, 8 | LTE 1, 2, 3, 4/66, 5, 7, 8,12/ 17 ,28, 38 (120MHz) |
| | **Network speed** LTE Cat 4 - 150Mbps DL / 50Mbps UL, VoLTE, VoWiFi |
| | **WiFi** 802.11 b/g/n |
| | **Bluetooth®** 4.2 |
| | GPS/AGPS/GLONASS/BeiDou, FM radio |
| **Storage** | **Internal memory** 16/32 GB³ |
| | **Storage** type eMMC |
| | **MicroSD card slot** Supports up to 400 GB |
| | **Other** Google Drive |
| **Talk and standby times** | **Maximum 3G talk time** Up to 18 hours |
| | **Maximum 4G standby time** Up to 25 days |
| | **Music playback time** Up to 100 hours (with headset) |
| **Audio** | **Connector** Audio jack |
| | **Microphones** 2 mics with noise cancellation |
| | **Other** Qualcomm® aptX™ technology |
| **Camera** | **Rear camera** Dual 13MP AF/F2.2/1.12µm + 2MP FF/F2.2/1.75µm with 2 Phase Detection and flash |
| | **Front-facing camera** 8MP FF/F2.0/1.12µm |