# EXHIBIT 6

×



FEATURES

# Nokia 6.2

Upgrade your view with Nokia 6.2. Watch videos in HDR with PureDisplay. Get creative with your photography thanks to the triple camera and advanced AI imaging. Plus, it all runs smoothly on Android 9 Pie software – so it just keeps getting better.

| | |
|---|---|
| **Design** | **Colors** Ceramic Black, Ice |
| | **Size** 159.92 x 75.15 x 8.25mm |
| | **Weight** 180g |
| | Corning® Gorilla® Glass 3 |
| **Performance** | **Operating system** Android 9 Pie |
| | **RAM** 3/4 GB |
| | **CPU** Qualcomm® Snapdragon™ 636 |
| **Display** | **Size** 6.3" |
| | **Type** FHD+ with PureDisplay |
| **Connectivity** | **Cable type** USB Type-C™ (USB 2.0) |
| | **SIM cards** Single SIM |
| | **SIM card type** Nano-SIM |
| | **Sensors** Ambient light + RGB sensor (2 in 1), Proximity sensor, Accelerometer (G-sensor), E-compass, Gyroscope |
| | **Other** NFC (excluding India) |
| | **Keys** The Google Assistant Button[3] |
| **Network and connectivity** | **Network bands** GSM: 850, 900, 1800, 1900; WCDMA: 1, 5, 8 | LTE: 1, 3, 5, 7, 8, 20, 28, 38, 40, 41 (120MHz) |
| | **Network bands** (Latin America and USA) GSM: 850, 900, 1800, 1900; WCDMA: 1, 2, 4, 5, 8 | LTE: 1, 2, 3, 4, 5, 7, 8, 12/17, 13, 28, 66 |
| | **Network bands** (India) GSM 900, 1800; WCDMA: 1, 5, 8; LTE: 1, 3, 5, 8, 40, 41 (120MHz) |
| | **Network speed** LTE Cat 4 |
| | **WiFi** 802.11 b/g/n/ac |
| | Bluetooth® 5.0 |
| | GPS/AGPS+GLONASS+BDS+Galileo |
| **Storage** | **Internal storage** 32/64/128 GB[5] |
| | **MicroSD card slot** Support for up to 512 GB |
| **Audio** | 3.5 mm headphone jack |
| | Qualcomm® aptX™ audio |
| | FM radio |
| | 2 microphones |
| **Cameras** | **Rear cameras** 16 MP, 5 MP depth sensor, 8 MP sensor with ultra-wide lens |
| | **Rear flash** LED |
| | **Front-facing camera** 8 MP |
| **Battery** | **Battery type** Non-removable 3500 mAh[2] |