# EXHIBIT 7



**FEATURES**

# Nokia 7.2

Unleash your creativity with Nokia 7.2. Capture incredible photos, watch all your videos in HDR and go without charging for up to 2 days[1]. Plus, it all runs smoothly on Android 9 Pie software – so just when you think it's at its best, it just keeps getting better.

| | |
|---|---|
| **Design** | **Colors** Charcoal, Cyan Green, Ice |
| | **Size** 159,88 × 75,11 × 8,25 mm |
| | **Weight** 180g |
| | 2.5D Corning® Gorilla® Glass |
| **Performance** | **Operating system** Android 9 Pie |
| | **RAM** 4/6 GB |
| | **CPU** Qualcomm® Snapdragon™ 660 |
| **Connectivity** | **Cable type** USB Type-C™ (USB 2.0) |
| | **SIM cards** Dual SIM |
| | **SIM card type** Nano-SIM |
| | **Sensors** Ambient light sensor, RGB sensor, Proximity sensor, Accelerometer (G-sensor), E-compass, Gyroscope |
| | **Other** NFC (excluding India) |
| | **Keys** The Google Assistant Button[2] |
| **Cameras** | **Rear cameras** 48 MP 1/2" Quad Pixel, 5 MP depth sensor, 8 MP sensor with ultra-wide lens |
| | **Rear flash** LED |
| | **Front-facing camera** 20 MP Quad Pixel |
| | **Other** ZEISS Optics |
| **Battery** | **Battery type** Non-removable 3500 mAh[5] |
| | **Charging** 5V/2A compatible |
| **Storage** | **Internal storage** 64/128 GB[4] |
| | **MicroSD card slot** Support for up to 512 GB |
| **Display** | **Size** 6.3" |
| | **Type** FHD+ with PureDisplay |
| **Audio** | 3.5 mm headphone jack |
| | Qualcomm® aptX™ audio |
| | FM radio |
| | 2 microphones with spatial surround sound capture |
| **Network and connectivity** | **Network bands** GSM: 850, 900, 1800, 1900; WCDMA: 1, 5, 8 | LTE: 1, 3, 5, 7, 8, 20, 28, 38, 40, 41 (120MHz) |
| | **Network bands (Latin America and USA)** GSM: 850, 900, 1800, 1900; WCDMA: 1, 2, 4, 5, 8 | LTE: 1, 2, 3, 4, 5, 7, 8, 12/17, 13, 28, 66 |
| | **Network bands (India)** GSM 900, 1800; WCDMA: 1, 5, 8; LTE: 1, 3, 5, 8, 40, 41 (120MHz) |
| | **Network speed: Download** LTE Cat 13 400 Mbps |
| | **Network speed: Upload** LTE Cat 5 75 Mbps |