# EXHIBIT 8

See how we're responding to help communities around the world.

Nokia 3310 3G



Nokia 3310 3G
# Style it up in 3G

Nokia.com/phones website is operated by HMD Global Oy, the exclusive licensee of the Nokia brand for phones and tablets. We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. **Learn more**

Agree

See how we're responding to help communities around the world.

Nokia 3310 3G



## For the originals

- Talk and text. Tweet and Facebook if you must!
- Customisable retro UI.
- One word. Snake.

$ **59.99**

Local prices may vary e.g. depending on time-limited offers or reseller pricing. Quantities available may vary.

Buy now



3G connectivity
## Connect how you want

With 3G connectivity, you'll stay connected to the things that matter to you, whether it's the news, your favourite blog, even Facebook and Twitter.

The interface
## Make yourself at home

With new customisation options for rearranging icons and choosing colour themes, even your offline mobile experience will be your very own. Get a feel for the themes right here by choosing a colour.

Nokia.com/phones website is operated by HMD Global Oy, the exclusive licensee of the Nokia brand for phones and tablets. We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. **Learn more**

Agree




See how we're responding to help communities around the world.

The games

## Snake around

Play the legendary Snake. It's back with a little update that makes it even more fun to play on the colour screen. Do you still remember your high score? Think you can beat it?

Nokia.com/phones website is operated by HMD Global Oy, the exclusive licensee of the Nokia brand for phones and tablets. We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. **Learn more**

Agree



See how we're responding to help communities around the world.

Nokia 3310 3G

colours, all with a sleek, silver-coloured keymat. Its solid body with a tactile matte finish ensures quality at your touch.



## One for every style

Available in four vibrant shades, there's a Nokia 3310 3G to suit everyone: Azure, Yellow, Warm Red, and Charcoal.

The details

## Nokia 3310 3G

**Outside**

- Beautiful push buttons and iconic, shaped design
- 2 MP camera with LED flash for simple snaps
- Headphone jack for your tunes
- 2.4" curved window with

**Inside**

- 3G connectivity for calling and texting
- All-new customisable retro UI
- Bluetooth® 2.1 for pairing with speakers and other phones

Nokia.com/phones website is operated by HMD Global Oy, the exclusive licensee of the Nokia brand for phones and tablets. We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. **Learn more**

Agree



Colors: 

## Full specifications

**In the box**

Nokia 3310 3G device

Quick start

Battery: BL-4UL (1200 mAh)[2]

Micro-USB charger

WH-108 headset

**Display**

**Size and type** 2.4" QVGA

**Performance**

**Software platform** Feature OS



**Battery**

**Battery type** Removable BL-4UL battery (1200mAh)[2]

**Max. talk time** Up to 6.5 hours

**Max. standby time (Single-SIM)** Up to 27 days

**Max. standby time (Dual-SIM)** Up to 24 days

**Max. MP3 playback time** Up to 40 hours

**Max. FM radio playback time** Up to 35 hours

**Design**

**Colours** Azure, Yellow, Warm Red, and Charcoal

**Size** 117 x 52.4 x 13.35mm

**Weight (Single-SIM)** 84.9g

**Weight (Dual-SIM)** 88.2g

**Storage**

Nokia.com/phones website is operated by HMD Global Oy, the exclusive licensee of the Nokia brand for phones and tablets. We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. **Learn more**

Agree

**Flash** LED flash

**Network and connectivity** ⌃

**Network speed** 3G

**Network bands** GSM: 900, 1800; WCDMA (FDD I, VIII)

**Cable type** Micro-USB

**Other** Bluetooth 2.1

**Audio** ⌃

**Connector** 3.5 mm AV connector

**Apps** FM radio, MP3 player

**Environmental profile** ⌄

Close specs

## Get your Nokia 3310 3G



Azure   Yellow (Matte)   Warm Red (Matte)   Charcoal (Matte)

From **$59.99**

Availability of color options may vary.

These are average estimated retail prices and they may vary e.g. depending on time-limited offers, reseller pricing, memory, color and other variables. As an Amazon Associate, we earn from qualifying purchases.

Or buy from a retailer:

Choose retailer ⌄

Find your perfect phone
## Still want to browse?





Nokia 5310 3G

An outstanding phone with latest Android™ and immersive entertainment.

See all phones

¹Pre-installed system software and apps use a significant part of memory space.

²Battery has limited recharge cycles and battery capacity reduces over time. Eventually the battery may need to be replaced.

HMD Global Oy is the exclusive licensee of the Nokia brand for phones & tablets. Nokia is a registered trademark of Nokia Corporation. Android, Google, and other marks are trademarks of Google Inc. Qualcomm is a trademark of Qualcomm Incorporated. Variations on offering may apply, check local availability. All specifications, features and other product information provided are subject to change without notice. All images used are for illustrative purposes only.

All unlocked phones work on carriers that use GSM networks. Popular U.S. carriers that use GSM networks include AT&T, T-Mobile, Cricket, MetroPCS, Simple Mobile and Tracfone. Most foreign carriers also use GSM networks. You will need to use a SIM card from a GSM provider to get service for your unlocked phone. Please consult with your carrier for questions about compatibility with your device.

### Discover Nokia phones
Android phones
Classic phones
Accessories
For enterprises

### Latest products
Nokia 2.3
Nokia 6.2
Nokia 7.2

### Support
Home
User guides
FAQs
Contact support
Service and repairs
Warranty and insurance

### Community
Community forum
Beta labs
Developer portal

Who we are
What we do
Sustainability
Investors
News and events
Careers
Contact Us

networks.nokia.com
withings.com
ozo.nokia.com
bell-labs.com
inventwithnokia.nokia.com
nuagenetworks.net
withings.com/health-institute

   

© 2020 HMD Global. All rights reserved.
Nokia is a registered trademark of Nokia Corporation.
HMD Global Oy is the exclusive licensee of the Nokia brand for phones & tablets.

Cookies   Privacy   Site Terms   Press

See how we're responding to help communities around the world.

Nokia.com/phones website is operated by HMD Global Oy, the exclusive licensee of the Nokia brand for phones and tablets. We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. **Learn more**

Agree