# EXHIBIT 9

US007979070B2

## (12) United States Patent
### Hurtta

(10) Patent No.: **US 7,979,070 B2**
(45) Date of Patent: ***Jul. 12, 2011**

(54) **MOBILE EQUIPMENT FOR SENDING AN ATTACH REQUEST TO A NETWORK**

(75) Inventor: **Tuija Hurtta**, Espoo (FI)

(73) Assignee: **Nokia Corporation**, Espoo (FI)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 23 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/232,724**

(22) Filed: **Sep. 23, 2008**

(65) **Prior Publication Data**

US 2009/0042570 A1    Feb. 12, 2009

**Related U.S. Application Data**

(60) Continuation of application No. 11/347,646, filed on Feb. 6, 2006, now Pat. No. 7,580,714, which is a division of application No. 10/381,937, filed as application No. PCT/EP00/10111 on Oct. 13, 2000, now Pat. No. 7,035,621.

(51) **Int. Cl.**
  *H04W 4/00*  (2009.01)
(52) **U.S. Cl.** .................................................. **455/435.2**
(58) **Field of Classification Search** ................. 455/435.2
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,081,731 A | 6/2000 | Boltz et al. | |
| 6,249,252 B1 | 6/2001 | Dupray | |
| 6,272,332 B1 | 8/2001 | Matsumoto et al. | |
| 6,300,904 B1 | 10/2001 | Dvorak et al. | |
| 6,438,723 B1 | 8/2002 | Kalliojarvi | |
| 6,708,034 B1 | 3/2004 | Sen et al. | |
| 7,035,621 B1 | 4/2006 | Hurtta | |
| 7,035,624 B2 | 4/2006 | Hurtta | |
| 7,190,684 B2 | 3/2007 | Cao et al. | |
| 7,254,765 B2 | 8/2007 | Meyer et al. | |
| 2004/0014466 A1 | 1/2004 | Jesse et al. | |
| 2006/0268818 A1 | 11/2006 | Chen et al. | |
| 2007/0079207 A1 | 4/2007 | Seidel et al. | |
| 2007/0106924 A1 | 5/2007 | Seidel et al. | |
| 2007/0168827 A1 | 7/2007 | Lohr et al. | |
| 2007/0204050 A1 | 8/2007 | Liu et al. | |
| 2007/0214269 A1 | 9/2007 | Davidsson | |
| 2007/0223409 A1 | 9/2007 | Herrero | |
| 2007/0275728 A1 | 11/2007 | Lohr et al. | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 197 42 681 A1 | 4/1999 | |
| EP | 0 971 550 A2 | 1/2000 | |

OTHER PUBLICATIONS

3GPP—3GTS 23.060 V3.4.0 (Jul. 2000), 3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; General Packet Radio Service (GPRS); Service description: Stage 2, (Release 1999).
International Search Report for Application No. PCT/EP00/10111 mailed Jul. 6, 2001.

*Primary Examiner* — William D Cumming
(74) *Attorney, Agent, or Firm* — Alston & Bird LLP

(57) **ABSTRACT**

The invention provides a method and device which may perform a combined attach and communication connection establishment procedure when attaching an equipment such as a mobile station to a mobile communication network. An attach request sent form the equipment may initiate this combined attach and communication connection establishment process. In the Home Location Register, communication connection parameters are set as default values which may be automatically selected, for instance when receiving a combined attach and communication connection establishment request. The combined attach and communication connection establishment process reduces the signaling load in the network and speeds up communication connection establishment.

**10 Claims, 4 Drawing Sheets**





Fig. 1



Fig. 2



Fig. 3

**Fig. 4**



Fig. 5





**Fig. 6**

# MOBILE EQUIPMENT FOR SENDING AN ATTACH REQUEST TO A NETWORK

## RELATED APPLICATIONS

This is a continuation application of patent application Ser. No. 11/347,646, filed on Feb. 6, 2006, which is a divisional application of patent application Ser. No. 10/381,937, filed on Sep. 22, 2003, which is a U.S. National Stage patent application based on PCT International patent Application PCT/EP00/10111, filed Oct. 13, 2000. The disclosures of the prior applications are hereby incorporated by reference.

## FIELD OF THE INVENTION

The present invention is directed to a method and device for attaching a mobile equipment such as a mobile station (MS) or any other arbitrary type of user equipment, to a wireless communication network so as to be able to originate or receive media such as a phone call, or data or message transmission. Further, the invention relates to a network element usable in such a method or system.

## BACKGROUND OF THE INVENTION

When a user equipment is newly attached to a wireless communication network for receiving and/or originating calls, data transmissions or the like, an attachment process for attaching the user equipment to the wireless communication network is necessary. When a subscriber is then intending to originate or receive a message or a call, an additional communication channel establishment process may be necessary. For instance, in a GSM system (Global System for Mobile Communications) such as a packet switched service, for instance GPRS (General Packet Radio Service), or in a UMTS system (Universal Mobile Telecommunications System), the user equipment exchanges a signalling flow with its associated node for establishing a communication channel, for instance a PDP (Packet Data Protocol) context or the like. This signalling leads to an additional load on the network and may additionally result in a certain brief delay before actually being able to start the transmission or reception.

## SUMMARY OF THE INVENTION

Certain embodiments of the present invention relate to an apparatus configured to send or receive an attach request to a network, wherein the attach request is configured to trigger a create communication connection default procedure with a gateway device. The apparatus is further configured to send or receive a radio bearer establishment request. The apparatus is also configured to generate or receive a bearer establishment response.

In other implementations, another embodiment of the present invention relates to an apparatus configured to send an attach request for attaching a mobile device to a network. Specifically, the attach request is configured to enable generation of a create default communication connection request for retrieving default data defining a packet data protocol in response to receiving the attachment request. Also, the attach request is further configured to enable activation of a packet data protocol context using the default data.

In other embodiments of the present invention, an apparatus is configured to send an attach request for attaching a mobile device to a network. The attach request is configured to be received by a network element and to enable the network element to trigger a create communication connection default procedure with a gateway device in response to the attach request to generate a radio bearer establishment request, and establish a radio bearer. In this embodiment, the apparatus is further configured to transmit a bearer establishment response to the network element.

In other embodiments of the present invention, an apparatus is configured to receive an attachment request for attaching a mobile device. The apparatus is further configured to generate a create default communication connection request for retrieving default data defining a packet data protocol in response to receiving the attachment request. The apparatus is also configured to activate a packet data protocol context using the default data.

In other embodiments of the present invention, an apparatus is configured receive an attach request for attaching a mobile device to a network. The apparatus is further configured trigger a create communication connection default procedure with a gateway device in response to the attach request, generate a radio bearer establishment request, and establish a radio bearer. Also, the apparatus is configured to receive a bearer establishment response.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** shows a basic layout of one embodiment of the invention being implemented as GPRS network;

FIG. **2** schematically illustrates the storage contents of a register of the wireless communication network;

FIG. **3** shows part of an attach request message for combined attach and PDP context activation;

FIG. **4** is a flow diagram showing a combined attach and PDP context activation procedure;

FIG. **5** illustrates the signaling data flow during a combined attach and PDP context activation procedure; and.

FIG. **6** shows another embodiment and illustrates the signaling data flow during a PS attach and subsequent default PDP context activation procedure.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS OF THE INVENTION

FIG. **1** illustrates the basic layout of a part of a wireless communication network (for instance a PLMN) which here is implemented as a GPRS system. A mobile station (MS) **1** communicates with a Serving GPRS Support Node (SGSN) **2**. The system comprises at least one Home Location Register (HLR) **3**, at least one Gateway GPRS Support Node (GGSN) **4** and an Equipment Identification Register (EIR) **5**. The parts may communicate with each other as indicated by the arrows shown in FIG. **1**. The system will normally contain a plurality of mobile stations or other user equipments **1** although only one mobile station is shown in FIG. **1**. Likewise, a plurality of support nodes **2** is provided which support the mobile stations or other user equipments located within the area covered by the support node. This structure as well as the normal signaling and information flow between the components of the wireless communication network is known and will therefore not be described in greater detail.

FIG. **2** schematically illustrates part of the storage contents of a home location register **3**. The register **3** stores, for each subscriber, or each group of subscribers, or at least for some of the subscribers or groups, at least one communication connection (e.g. channel) information set which here is designated as PDP context information, one of which is set as default value and is automatically selected when not receiving any specific selecting request pointing to a different PDP context information. The register (HLR) **3** includes subscrip-

tion information and then information about the PDP contexts of the subscriber. One or many of the PDP contexts may be set as default.

In the present embodiment, for each subscriber, or at least some of the subscribers, three different PDP context information sets (for PDP context activation or creation, or the like) **6**, **7**, **8** are respectively stored, wherein context information **1** (reference numeral **6**) is set as default value. The context information "Context **2**", reference numeral **7**, and "Context **3**", reference numeral **8**, are deliberately selectable by a subscriber when requested by the subscriber. The database of register **3** contains such triplets of information for each subscriber or at least for some of the subscribers or a group of subscribers. Of course, the number of alternative PDP context information sets may be varied according to design and need and may range from only one (default value only) to two, three or more selectively selectable information.

Generally, before the mobile station **1** is able to send or receive information, it must first perform an attach proceedings, for instance after switching it on. In addition, in some services such as packet data switching oriented networks, for instance GPRS or UMTS, an additional communication channel establishment procedure will normally be carried out which is called PDP context activation (or creation) in GPRS or UMTS. According to the present invention, the attach and POP context activation processes are combined. The mobile stations can therefore perform a combined attach and default PDP context activation which decreases signaling in the radio interface (air-interface).

This combined attach and communication channel establishment procedure is shown in FIGS. **4** and **5**. The default POP context or contexts is (are) activated according to the subscription-based information stored in the register **3**, that is based on "Context **1**" information, reference numeral **6**. If requested by the subscription of one or more subscribers, multiple default PDP contexts are allowed.

The quality of service (QoS) of the default PDP context is preferably such that the mobile station **1** is only charged if data is transferred or received on the default POP context, but no time-based charging is performed for the default PDP context alone. The quality of service of the default POP context will be decided based on the subscription and will be a default value unless otherwise prescribed. If a specific quality of service is desired, the subscriber will then have to select one of the different context information such as **7**, or **8**, provided same define an appropriate QoS (Quality of Service).

Subscribers mainly using the packet switched service (for instance GPRS or UMTS) for transferring voice, are allowed to define the QoS of the default POP context appropriately.

FIG. **3** shows part of an Attach request **9** which is sent from the mobile station **1** to the support node **2** for initiating the attach procedure, which is, in the present invention, a combined attach and POP context activation request. The Attach request **9** comprises a data field **10** defining IMSI (International Mobile Subscriber Identifier) or, if available, P-TMSI and RAI (Routing Area Identity). The "Attach Type" field **11** of the Attach request **9** indicates which type of attach is to be performed which may basically be "GPRS attach only", "GPRS attach while already IMSI attached", "combined GPRS/IMSI attach" or, as indicated in FIG. **3**, combined "PS (packet switched)+default POP context activation".

In case the attach request transmitted from the mobile station **1** specifies the attach type "PS+DEFAULT PDP CONTEXT ACTIVATION" as shown in FIG. **3**, the system is informed on the desired combined attach and PDP context activation. The support node **2** then not only performs a "packet switched" attach but is furthermore adapted so as to automatically initiate, when receiving this request and having the attachment effected, a default POP context activation without necessity for the mobile station **1** to send any additional command.

The attach request **9** contains further fields such as "ORX parameters" which are not shown in FIG. **3** and are in accordance with the customary specification of attach requests, see the respective standards. The attach request **9** differs from these standards only in so far as it is now possible to indicate, in field **11**, a combined attach and communication channel establishment process such as "attach and default POP context activation".

FIG. **4** shows an attach process flow. In step S**1**, the mobile station **1** sends an Attach request to the support node **2** which then checks, in step S**2**, the received Attach request so as to detect whether a normal attach such as a "packet switched" attach is requested, or a combined attach and default POP context activation request is transmitted. This check is performed by examining the data field **11** of the Attach request **9** specifying the desired attach type. When combined attach and default POP activation request is received by the support node **2**, same is adapted to address the Home Location Register **3**, and to read (or receive) the subscriber information including the default PDP context information stored therein. All the subscription information if transferred from the HLR to the SGSN. In step S**4**, the system then performs an attachment as well as one or many PDP context activations depending on the read default POP context information.

If no combined attach and default POP activation request is detected in step S**2**, the process proceeds to step S**5** and performs a normal attachment only according to the designated attach type. As part of steps S**4**, S**5**, the support node **2** may also send an Attach Accept message to the mobile station **1** for informing same on the effected attachment. The attach process then ends (step S**6**).

FIG. **5** shows the combined attach and POP context activation in greater detail.

In step **1**., the mobile station **1** initiates an attach and default POP context activation by sending an Attach Request as shown in FIG. **3**. The Attach Type parameter **11** indicates that combined attach and default POP context activation is required. In the present case, the Attach Request is sent because the mobile station **1** has switched on. In step **2**., the new support node **2** (new SGSN) sends an Identification Request to the old support node (old SGSN) which responds with an Identification Response defining the IMSI of the mobile station **1**. If the mobile station **1** should be unknown in both the old and new SGSN, the new support node sends an Identity Request to the mobile station **1** (step **3**.) which transmits an Identity Response indicating its IMSI. In step **4**., an authentication may be performed. Further, in step **5**., an equipment checking ("IMSI check; IMSI=International Equipment Identification") may be performed by addressing the Equipment Identification Register (EIR) **5**.

In step **6**., the support node **2** informs the Home Location Register **3** on the new location in case the support node number has changed since the GPRS detach, or it Is the very first attach. The old support node is requested to cancel the location which is acknowledged by sending back an Cancel Location Acknowledgment.

Further, the Home Location Register **3** sends an Insert Subscriber Data to the new support node **2** which subscriber data includes information on the default PDP context(s). The new support node validates the MS's presence in the new routing area, and sends back an Insert Subscriber Data Acknowledgement to the Home Location Register **3**. Further-

more, the Home Location Register **3** sends back, as part of step **6**, an Update Location Acknowledgement message.

In step **7**., RAB assignment procedure is performed for the default PDP context(s) according to the information received from the Home Location Register **3** in step **6**. This is a preferred implementation of the invention. The procedure consists in sending a RIB Assignment Request from the new support node **2** to the radio access network RAN transmitting/receiving the radio waves to/from the mobile station **1**, setting up the radio bearer between the radio access network RAN and MS (by sending a Radio Bearer Setup and a Radio Bearer Setup Complete, and finally sending a RIB Assignment Response.

In the next step **8**, the new support node **2** sends a Create PDP Context Request to the gateway support node **4** so that the default PDP context(s) is (are) activated in the support node(s) **4** according to the information received from the Home Location Register **3** in step **6**. In step **9**, the support node **2** sends an Attach Accept message to the mobile station **1** for acknowledging the attach and default PDP context activation. The attached accept message may include information about the activated PDP context(s). The mobile station **1** may acknowledge the parameters sent by the support node **2**, by sending an Attach Complete message in step **10**. However, step **10** may also be omitted.

Steps **7** and **8** are performed N times, N representing the number of default POP contexts.

According to the invention, the combined attach and default POP context activation is therefore performed by storing default POP context information in a register such as a Home Location Register, and by activating the default PDP context(s) according to the subscriber-based information stored in the register. The quality of service (QoS) of the default PDP context(s) may be fixed but may also be decided based on the subscription.

A basic idea is to activate default POP context(s) according to the subscription information received from the HLR. As an alternative, the mobile station MS may send some parameters for the default POP context(s) and the HLR completes the missing parameters. As an example, APN (Access Point Name) may be sent from MS, and QoS from HLR.

The PDP context activations) is (are) therefore automatically performed based on the HLR subscription. This leads to a reduction of the signalling in the radio interface, without creating any limitations on the network and its use. Furthermore, it is not necessary, for PDP context activation, to send a QoS field and/or APN from the mobile station **1** to support node **2** or **3**, because the Home Location Register has one or more special contexts which are marked as default contexts and are automatically selected. This possibility of setting default contexts in the Home Location Register has also advantages with regard to more advanced services such as UMTS services wherein the users are likely to have more than one subscribed context, which accordingly define different session handling parameters.

FIG. **6** illustrates a further embodiment.

In the first embodiment shown in FIGS. **1** to **5**, the default PDP context(s) are automatically activated at PS attach. In the embodiment of FIG. **6**, the MS first performs a PS attach and then afterwards indicates that the default PDP context(s) should be activated. In both cases, the default PDP context information comes from the HLR.

According to the embodiments, default contexts are provided also in cases where a normal procedure (attach being performed with a subsequent PDP context activation upon request) does not apply.

In the following, the steps shown in FIG. **6** will be described in more detail with reference to the step numbering of FIG. **6**:

Step **1**. PS (Packet-Switched) attach is performed (e.g. as described in 3GPP TSG 23.060).

Step **2**. The MS sends a request to activate default PDP context(s) to the SGSN.

Step **3**. The SGSN initiates the activation of the default PDP context(s) as indicated in the subscription information received from the HLR at PS attach (step **1**). The radio access bearer establishment procedure may be performed.

Step **4**. The SGSN sends the Create PDP Context Request message to the GGSN for each default POP context. The GGSN creates the POP context and acknowledges by sending the Create PDP Context Response message to the SGSN.

Step **5**. The SGSN acknowledges the activation of the default PDP context(s) by sending a response to the MS.

The response may include information about the activated POP context(s).

Although specific embodiments have been described above, the invention is also applicable with regard to other types of communication networks such as fixed or circuit-switched networks.

What is claimed is:

1. An apparatus, comprising:
 a user equipment, the user equipment being configured to:
  send an attach request to a network, wherein the attach request is configured to trigger a create communication connection default procedure with a gateway device,
  receive a radio bearer establishment request, and
  generate a bearer establishment response.

2. An apparatus according to claim **1**, wherein the user equipment is a mobile station.

3. An apparatus according to claim **1**, wherein the attach request comprises a data field specifying a desired type of attachment.

4. An apparatus comprising:
 a support node, the support node being configured to:
  receive an attach request from a network, wherein the attach request is configured to trigger a create communication connection default procedure with a gateway device,
  send a radio bearer establishment request, and
  receive a bearer establishment response.

5. An apparatus, comprising:
 a user equipment, the user equipment being configured to:
  send an attach request to attach the user equipment to a network,
  wherein the attach request is configured to enable generation of a create default communication connection request to retrieve default data defining a packet data protocol, in response to receiving the attachment request and activation of a packet data protocol context using the default data.

6. The apparatus according to claim **5**, wherein the user equipment configured to send the attach message includes being configured to send the attach message to a network element, the network element being a support node.

7. An apparatus comprising:
 a user equipment, the user equipment being configured to:
  send an attach request to attach the user equipment to a network, wherein the attach request is configured to be received by a network element and to enable the network element to trigger a create communication connection default procedure with a gateway device

US 7,979,070 B2

| 7 | 8 |

in response to the attach request to generate a radio bearer establishment request,
establish a radio bearer, and
transmit a bearer establishment response to the network element.

**8**. The apparatus according to claim **7**, wherein the network element is a support node.

**9**. An apparatus comprising:
a support node, the support node being configured to:
receive an attachment request to attach a user equipment,
generate a create default communication connection request to retrieve default data defining a packet data protocol in response to receiving the attachment request, and

activate a packet data protocol context using the default data.

**10**. An apparatus comprising:
a support node, the support node being configured to:
receive an attach request to attach a user equipment to a network,
trigger a create communication connection default procedure with a gateway device in response to the attach request,
generate a radio bearer establishment request, and
establish a radio bearer, and to receive a bearer establishment response.

\* \* \* \* \*