# EXHIBIT 10

| US 7979070 – Claim 1 | 3GPP Specifications |
|---|---|
| An apparatus, comprising:<br><br>a user equipment, the user equipment being configured to:<br><br>send an attach request to a network, wherein the attach request is configured to trigger a create communication connection default procedure with a gateway device, | **3GPP TS 24.301 v8.10.0.**<br>**5.5.1.2.2 Attach procedure initiation**<br>...<br>The UE shall send the ATTACH REQUEST message together with a PDN CONNECTIVITY REQUEST message contained in the ESM message container information element to request PDN connectivity.<br>...<br>In state EMM-DEREGISTERED, the UE initiates the attach procedure by sending an ATTACH REQUEST message to the MME<br><br>**5.5.1.2.4 Attach accepted by the network**<br>If the attach request is accepted by the network, the MME shall send an ATTACH ACCEPT message to the UE and start timer T3450. The MME shall send the ATTACH ACCEPT message together with an ACTIVATE DEFAULT EPS BEARER CONTEXT REQUEST message contained in the ESM message container information element to activate the default bearer (see subclause 6.4.1).<br><br>**6.4.1 Default EPS bearer context activation procedure**<br>**6.4.1.1 General**<br>The purpose of the default bearer context activation procedure is to establish a default EPS bearer context between the UE and the EPC. The default EPS bearer context activation procedure is initiated by the network as a response to the PDN CONNECTIVITY REQUEST message from the UE.<br><br>**8.2.4 Attach request**<br>**8.2.4.1 Message definition**<br>This message is sent by the UE to the network in order to perform an attach procedure. See table 8.2.4.1.<br><br>Message type: ATTACH REQUEST<br>Significance: dual<br>Direction: UE to network<br><br>**3GPP TS 23.401 v8.18.0**<br>**5.3.2.1 E-UTRAN Initial Attach** |



12) …
The new MME selects a Serving GW as described in clause 4.3.8.2 on Serving GW selection function and allocates an EPS Bearer Identity for the Default Bearer associated with the UE. Then it sends a Create Session Request (IMSI, MSISDN, MME TEID for control plane, PDN GW address, PDN Address, APN, RAT type, Default EPS Bearer QoS, PDN Type, APN-AMBR, EPS Bearer Identity, Protocol Configuration Options, Handover Indication, ME Identity, User Location Information (ECGI), MS Info Change Reporting support indication, Selection Mode, Charging Characteristics, Trace Reference, Trace Type, Trigger Id, OMC Identity, Maximum APN Restriction, Dual Address Bearer Flag, the Protocol Type over S5/S8) message to the selected Serving GW.
…

2

| | |
|---|---|
| | 15) The P-GW creates a new entry in its EPS bearer context table and generates a Charging Id. The new entry allows the P-GW to route user plane PDUs between the S-GW and the packet data network, and to start charging. The way the P-GW handles Charging Characteristics that it may have received is defined in TS 32.251 [44].<br><br>The PDN GW returns a Create Session Response (PDN GW Address for the user plane, PDN GW TEID of the user plane, PDN GW TEID of the control plane, PDN Type, PDN Address, EPS Bearer Identity, EPS Bearer QoS, Protocol Configuration Options, Charging Id, Prohibit Payload Compression, APN Restriction, Cause, MS Info Change Reporting Action (Start) (if the PDN GW decides to receive UE's location information during the session), APN-AMBR) message to the Serving GW. The PDN GW takes into account the received PDN type, the Dual Address Bearer Flag and the policies of operator when the PDN GW selects the PDN type to be used as follows. If the received PDN type is IPv4v6 and both IPv4 and IPv6 addressing is possible in the PDN but the Dual Address Bearer Flag is not set, or only single IP version addressing for this APN is possible in the PDN, the PDN GW selects a single IP version (either IPv4 or IPv6). |
| receive a radio bearer establishment request, and generate a bearer establishment response. | **3GPP TS 23.401 v8.18.0.**<br><br><br><br>**5.3.2.1 E-UTRAN Initial Attach** |

3

| | 18. The eNodeB sends the RRC Connection Reconfiguration message including the EPS Radio Bearer Identity to the UE, and the Attach Accept message will be sent along to the UE. |
| | |
| | 19. The UE sends the RRC Connection Reconfiguration Complete message to the eNodeB. For further details, see TS 36.331 [37]. |
| | TS 36.331 v8.21.0 |
| | |
| | **5.3.5 RRC connection reconfiguration** |
| | … |
| | The purpose of this procedure is to modify an RRC connection, e.g. to establish/ modify/ release RBs, to perform handover, to setup/ modify/ release measurements. As part of the procedure, NAS dedicated information may be transferred from E-UTRAN to the UE. |
| **US 7979070 – Claim 2** | **3GPP Specifications** |
| An apparatus according to claim 1, wherein the user equipment is a mobile station | On information and belief, the user equipment (UE) is a mobile station. |
| **US 7979070 – Claim 5** | **3GPP Specifications** |
| An apparatus comprising: | **3GPP TS 24.301 v8.10.0.** |
| | **5.5.1.2.2 Attach procedure initiation** |
| a user equipment, the user equipment being configured to: | … |
| | The UE shall send the ATTACH REQUEST message together with a PDN CONNECTIVITY REQUEST message contained in the ESM message container information element to request PDN connectivity. |
| send an attach request to attach the user equipment to a network | … |
| | In state EMM-DEREGISTERED, the UE initiates the attach procedure by sending an ATTACH REQUEST message to the MME |
| | **8.2.4 Attach request** |
| | **8.2.4.1 Message definition** |
| | This message is sent by the UE to the network in order to perform an attach procedure. See table 8.2.4.1. |
| | Message type: ATTACH REQUEST |
| | Significance: dual |
| | Direction: UE to network |
| Wherein the attach request is configured to enable generation of a create default communication connection request to retrieve default data defining a packet data protocol, in responses to receiving the attachment request and activation of a packet data protocol context using the default data. | **3GPP TS 24.301 v8.10.0.** |
| | **6.4.1 Default EPS bearer context activation procedure** |
| | **6.4.1.1 General** |
| | The purpose of the default bearer context activation procedure is to establish a default EPS bearer context between the UE and the EPC. The default EPS bearer context activation procedure is initiated by the network as a response to the PDN CONNECTIVITY REQUEST message from the UE. |
| | |
| | **5.5.1.2.2 Attach procedure initiation** |
| | … |
| | The UE shall send the ATTACH REQUEST message together with a PDN CONNECTIVITY REQUEST message contained in the ESM message container information element to request PDN connectivity. |

**5.5.1.2.4 Attach accepted by the network**

If the attach request is accepted by the network, the MME shall send an ATTACH ACCEPT message to the UE and start timer T3450. The MME shall send the ATTACH ACCEPT message together with an ACTIVATE DEFAULT EPS BEARER CONTEXT REQUEST message contained in the ESM message container information element to activate the default bearer (see subclause 6.4.1).

**3GPP TS 23.401 v8.18.0**

**5.3.2.1 E-UTRAN Initial Attach**



12) .....

The new MME selects a Serving GW as described in clause 4.3.8.2 on Serving GW selection function and allocates an EPS Bearer Identity for the Default Bearer associated with the UE. Then it sends a Create Session Request (IMSI, MSISDN, MME TEID for control plane, PDN GW address, PDN Address, APN, RAT type, Default EPS Bearer QoS,

| | PDN Type, APN-AMBR, EPS Bearer Identity, Protocol Configuration Options, Handover Indication, ME Identity, User Location Information (ECGI), MS Info Change Reporting support indication, Selection Mode, Charging Characteristics, Trace Reference, Trace Type, Trigger Id, OMC Identity, Maximum APN Restriction, Dual Address Bearer Flag, the Protocol Type over S5/S8) message to the selected Serving GW.<br><br>…<br><br>15) The P-GW creates a new entry in its EPS bearer context table and generates a Charging Id. The new entry allows the P-GW to route user plane<br>PDUs between the S-GW and the packet data network, and to start charging. The way the P-GW handles Charging Characteristics that it may have received is defined in TS 32.251 [44].<br>The PDN GW returns a Create Session Response (PDN GW Address for the user plane, PDN GW TEID of the user plane, PDN GW TEID of the control plane, PDN Type, PDN Address, EPS Bearer Identity, EPS Bearer QoS, Protocol Configuration Options, Charging Id, Prohibit Payload Compression, APN Restriction, Cause, MS Info Change Reporting Action (Start) (if the PDN GW decides to receive UE's location information during the session), APN-AMBR) message to the Serving GW. The PDN GW takes into account the received PDN type, the Dual Address Bearer Flag and the policies of operator when the PDN GW selects the PDN type to be used as follows. If the received PDN type is IPv4v6 and both IPv4 and IPv6 addressing is possible in the PDN but the Dual Address Bearer Flag is not set, or only single IP version addressing for this APN is possible in the PDN, the PDN GW selects a single IP version (either IPv4 or IPv6).<br>…. |
| --- | --- |