# EXHIBIT 13

US008189611B2

# (12) United States Patent
## Liang et al.

(10) Patent No.: **US 8,189,611 B2**
(45) Date of Patent: **May 29, 2012**

(54) **SYSTEM AND METHOD FOR RESOLVING CONTENTION AMONG APPLICATIONS REQUIRING DATA CONNECTIONS BETWEEN A MOBILE COMMUNICATIONS DEVICE AND A WIRELESS NETWORK**

(75) Inventors: **Kenneth Liang**, Kanata (CA); **Mahmud-Ul Hassan**, Kanata (CA); **Colin Ho**, Kanata (CA)

(73) Assignee: **Research In Motion Limited**, Waterloo (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 304 days.

(21) Appl. No.: **12/326,446**

(22) Filed: **Dec. 2, 2008**

(65) **Prior Publication Data**

US 2009/0080457 A1    Mar. 26, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 11/267,538, filed on Nov. 4, 2005, now Pat. No. 7,474,671.

(51) **Int. Cl.**
*H04J 3/02* (2006.01)

(52) **U.S. Cl.** .................. **370/462**; 455/452.1; 455/452.2; 455/435.2; 455/435.3

(58) **Field of Classification Search** .................. 370/462; 455/452.1, 452.2, 435.2, 435.3
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,781,955 B2 * | 8/2004 | Leung ............................ | 370/232 |
| 2003/0037146 A1 * | 2/2003 | O'Neill ........................ | 709/226 |
| 2004/0023646 A1 * | 2/2004 | Inami et al. ................... | 455/418 |
| 2004/0052212 A1 * | 3/2004 | Baillargeon .................... | 370/235 |
| 2004/0224668 A1 * | 11/2004 | Shell et al. .................... | 455/412.1 |
| 2005/0021876 A1 * | 1/2005 | Asai et al. ...................... | 710/1 |
| 2005/0070290 A1 * | 3/2005 | Baggstrom et al. ............ | 455/445 |
| 2009/0059785 A1 * | 3/2009 | Jogalekar et al. .............. | 370/230 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2526396 | 1/2012 |
| EP | 1387593 | 2/2004 |
| EP | 1783961 | 4/2008 |
| EP | 1924037 | 4/2010 |

(Continued)

OTHER PUBLICATIONS

Chinese First Office Action; Application No. 200610064046.5; State Intellectual Property Office of People's Republic of China; dated Jan. 15, 2010; 9 pgs.

(Continued)

*Primary Examiner* — Barry W Taylor
(74) *Attorney, Agent, or Firm* — The Danamraj Law Group, P.C.

(57) **ABSTRACT**

A mobile communications device (**30**) includes a wireless transceiver (**34**) operable to conduct at least two data connections between the mobile communications device (**30**) and a wireless network (**12**) wherein each of the data connections is associated with a connected application operating on the mobile communications device. A processor (**32**) is coupled to the wireless transceiver (**34**). The processor (**32**) is operable to process a request for a data connection for an unconnected application operable on the mobile communications device (**30**), to release one of the data connections associated with one of the connected applications and to establish a data connection between the mobile communications device (**30**) and the wireless network (**12**) for the unconnected application. A contention manager (**86**) is operable to select the connected application to be released based upon a comparison of a contention parameter associated with each of the connected applications.

**25 Claims, 5 Drawing Sheets**



## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 2184946 | 5/2010 |
| SG | 131920 | 2/2009 |
| WO | 2004061638 A2 | 7/2004 |

## OTHER PUBLICATIONS

Australian First Examiner's Report; Application No. 2006235810; IP Australia; dated Mar. 2, 2010; 1 pgs.
Canadian Office Action; Application No. 2,567,115; Canadian Intellectual Property Office; dated Mar. 11, 2010; 4 pgs.
European Patent Office Extended Search Report, Application No. 10155276.8, European Patent Office, dated Apr. 13, 2010, 7 pgs.
Chinese Office Action, Application No. 20100800460540, China IPO, dated Aug. 23, 2010; 5 pgs.
European Search Report, Application No. 08151703.9, European Patent Office, dated Apr. 14, 2008, 7 pgs.
Taiwan, Search Report, Taiwan Patent Office, dated Sep. 20, 2010, 1 pg.
European Search Report Application No. 05256859.9; European Patent Office; Mar. 20, 2006; 6 pages.
Xu et al.; "QoS and Contention-Aware Multi-Resource Reservation"; 2000; IEEE; pp. 3-10.
"Digital Cellular Telecommunications System (Phase 2+); Universal Mobile Telecommunications System (UMTS); General Packet Radio Service (GPRS); Service Description; Stage 2 (3GPP TS 23.060 version 6.8.0 Release 6)"; Mar. 2005; Technical Specification; pp. 1-212.
"Digital Cellular Telecommunications System (Phase 2+); Universal Mobile Telecommunication System (UMTS); Mobile Radio Interface Layer 3 Specification; Core Network Protocols; Stage 3 (3GPP TS 24.008 version 6.8.0 Release 6)"; Mar. 2005; Technical Specification; pp. 1-518.
CA Office Action, Application No. 2,567,115, Canadian IPO, Mar. 31, 2011, 2 pgs.
CN Office Action, Application No. 200610064046.5, Chinese IPO, Mar. 9, 2011, 2 pgs.
EPO, Communication Under Rule 51(4), Application No. 05256859.9, Oct. 15, 2007, 41 pgs.
EPO, Communication Under Rule 71(3) EPC, Application No. 08151703.9, Sep. 10, 2009, 6 pgs.
EPO, Communication Under Rule 71(3) EPC, Application No. 10155276.8, Feb. 24, 2011, 6 pgs.
Hong Kong IPD, Certificate of Grant of Patent (HK1102880), Application No. 07111229.3, Jun. 6, 2008, 2 pgs.
IP Australia, Notice of Acceptance, Application No. 2006235810, Nov. 1, 2010, 3 pgs.
KIPO, Office Action, Application No. 10-2011-0027211, May 17, 2011, 6 pgs.
SIPO, Notification of Grant of Rights for Invention Patent, Application No. 200610064046.5, Jul. 26, 2011, 2 pgs.
KR Office Action, Application No. 10-2006-0108315, Korean IPO, Jan. 26, 2011, 3 pgs.
JPO, Notice of Reasons for Rejection, Application No. 2006-297339, Sep. 13, 2011, 4 pgs.
KIPO, Notice of Final Rejection, Application No. 10-2006-0108315, Sep. 30, 2011, 5 pgs.
KIPO, Notice of Final Rejection, Application No. 10-2011-0027211, Sep. 30, 2011, 5 pgs.
EPO, Communication Pursuant to Article 94(3) EPC, Application No. 10153005.3, Feb. 1, 2012, 6 pgs.
KIPO, Notice of Decision for Patent, Application No. 10-2006-0108315, Dec. 13, 2011, 3 pgs.
KIPO, Notice of Decision for Patent, Application No. 10-2011-0027211, Dec. 13, 2011, 3 pgs.
SIPO, Second Office Action, Application No. 201010576392.8, Mar. 16, 2012, 1 pg.
CIPO, Office Action, Application No. 2,567,115, dated Apr. 5, 2012, 2 pgs.

* cited by examiner



Fig.1



Fig.2



Fig.3



*Fig.4*



Fig.5

# SYSTEM AND METHOD FOR RESOLVING CONTENTION AMONG APPLICATIONS REQUIRING DATA CONNECTIONS BETWEEN A MOBILE COMMUNICATIONS DEVICE AND A WIRELESS NETWORK

This nonprovisional application is a continuation application claiming the benefit of the following prior United States patent application entitled: "SYSTEM AND METHOD FOR RESOLVING CONTENTION AMONG APPLICATIONS REQUIRING DATA CONNECTIONS BETWEEN A MOBILE COMMUNICATIONS DEVICE AND A WIRELESS NETWORK", filed Nov. 4, 2005, application Ser. No. 11/267,538, which is hereby incorporated by reference.

## TECHNICAL FIELD OF THE APPLICATION

The present disclosure relates, in general, to communications sessions between mobile communications devices and wireless packet data service networks and, in particular, to a system and method for resolving contention among applications operating on a mobile communications device that require data connections to a wireless packet data service network.

## BACKGROUND

It is becoming commonplace to use wireless packet data service networks for effectuating data sessions with mobile communications devices. For example, a mobile communications device may be used to provide certain high priority data services such as wirelessly extending a corporate email account, personal information manager or the like. Similarly, the same mobile communications device may also be used to provide other lower priority data services such as messenger applications, web browsing or the like. As many of these applications require a continually active data connection or constant connectivity, it has been found that only a limited number of such applications can operate at the same time on a typical mobile communications device.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the features and advantages of the present method and mobile device, reference is now made to the detailed description along with the accompanying figures in which corresponding numerals in the different figures refer to corresponding parts and in which:

FIG. **1** depicts an exemplary network environment including a wireless packet data service network wherein an embodiment of the present method may be practiced;

FIG. **2** depicts a block diagram of a mobile communications device according to one embodiment of the present disclosure;

FIG. **3** depicts a software architectural view of a mobile communications device according to one embodiment of the present disclosure;

FIG. **4** depicts additional details of an exemplary wireless packet data service network operable with a mobile communications device in accordance with an embodiment of the present disclosure; and

FIG. **5** depicts a flowchart of an embodiment for resolving contention between applications operable on a mobile communications device that require data connections to a wireless packet data service network.

## DETAILED DESCRIPTION OF THE DRAWINGS

While various embodiments of a mobile communications device operating within a network system are discussed in detail below, it should be appreciated that the present disclosure provides many applicable inventive concepts which can be embodied in a wide variety of specific contexts. The specific embodiments discussed herein are merely illustrative of specific ways to use the mobile communications device within the network system, and do not delimit the scope of the present disclosure.

Disclosed herein are methods and systems for resolving contention between applications operable on a mobile communications device that require data connections to a wireless packet data service network. Broadly, the technique involves executing a contention manager routine on the mobile communications device that is operable to select which of the applications currently conducting data sessions should release its data session in favor of an application currently requesting a data session.

In one aspect, a method for resolving contention among applications operable on a mobile communications device involves conducting at least two data connections between the mobile communications device and the wireless network, each of the data connections associated with a connected application operating on the mobile communications device, requesting a data connection for an unconnected application operable on the mobile communications device, releasing one of the data connections responsive to the request, the releasing including selecting one of the connected applications by a contention manager based upon a comparison of a contention parameter associated with each of the connected applications and releasing the data connection associated with the selected connected application and then establishing the data connection between the mobile communications device and the wireless network for the requesting unconnected application. In another embodiment, the method for resolving contention for data connections on a mobile communications device capable of conducting plurality of wireless data connections comprises the following: responsive to receiving a request for a new data connection between the mobile communications device and the wireless network, determining if the existing number of data connections is less than the number of allowable data connections; and if the number of existing data connections is not less than the number of allowable data connections, automatically selecting a data connection to release.

In one exemplary embodiment, the least two data connections between the mobile communications device and the wireless network represent the maximum number of data connections allowed by the mobile communications device. In another embodiment, the at least two data connections between the mobile communications device and the wireless network represent the maximum number of data connections allowed between the mobile communications device and the wireless network. In a further embodiment, each of the applications is an application requiring constant connectivity.

The method may utilize a variety of contention parameters to determine which of the connected applications should release its data connection. For example, the contention parameters may include application priority, data traffic, duration of current connection and the like. The method may utilize a single contention parameter or a group of contention parameters which may be analyzed by the contention manager either in series or parallel.

In another aspect, a mobile communications device includes a wireless transceiver operable to conduct at least two data connections between the mobile communications device and a wireless network wherein each of the data connections is associated with a connected application operating on the mobile communications device. A processor is coupled

to the wireless transceiver and is operable to process a request for a data connection for an unconnected application operable on the mobile communications device, to release one of the data connections associated with one of the connected applications and to establish a data connection between the mobile communications device and the wireless network for the unconnected application. A contention manager is operable to select the connected application to be released based upon a comparison of a contention parameter associated with each of the connected applications. In another embodiment, the mobile communications device comprises the following: a wireless transceiver operable to conduct plurality of data connections between the mobile communications device and a wireless network; a processor connected to said wireless transceiver and operable to execute a plurality of applications that require respective data connections; and a contention manager connected to said processor and operable to receive requests for a new data connection between the mobile communications device and the wireless network from the plurality of applications, wherein responsive to receiving a request for a new data connection, the contention manager is operable to determine if the number of existing data connections is less than the number of allowable data connections and if the number of existing data connections is not less than the number of allowable connections, to automatically determine a data connection to release.

In a further aspect, a computer program product includes a storage medium and computer instructions stored in the storage medium. The computer instructions are executable by a processor of a mobile communications device that is operable to conduct at least two data connections with a wireless network. Each of the data connections is associated with a connected application operating on the mobile communications device. The computer instructions resolve contention among applications operable on the mobile communications device by receiving a request for a data connection for an unconnected application operable on the mobile communications device, selecting one of the connected applications based upon a comparison of a contention parameter associated with each of the connected applications, releasing the data connection associated with the selected connected application and establishing the data connection between the mobile communications device and the wireless network for the unconnected application. In a further embodiment, the computer program product comprises the following: a storage medium; and computer instructions stored in the storage medium and executable by a processor of a mobile communications device operable to conduct a plurality of data connections with a wireless network, the computer instructions operable to determine, responsive to receiving a request for a new data connection between the mobile communications device and the wireless network, if the number of existing data connections is less than the number of allowable data connections and if the number of existing data connections is not less than the number of allowable data connections, to automatically select a data connection to release.

Referring now to the drawings, and more particularly to FIG. 1, depicted therein is an exemplary network environment 10 including a wireless packet data service network 12 wherein an embodiment of the present method may be practiced. An enterprise network 14 for serving a plurality of corporate users, which may be a packet-switched network, can include one or more geographic sites and be organized as a local area network (LAN), a wide area network (WAN), a metropolitan area network (MAN) or the like. A number of application servers 16-1 through 16-N disposed as part of the enterprise network 14 are operable to provide or effectuate a host of internal and external services such as Internet access, corporate data access, information management and the like as well as certain continually operable data services such as email, video mail, messaging, calendaring, scheduling and the like. Accordingly, a diverse array of personal information appliances 18 such as desktop computers, laptop computers, palmtop computers or the like may be operably networked to one or more of the application servers 16-$i$, $i=1, 2, \ldots, N$, with respect to the services supported in the enterprise network 14.

Additionally, a remote services server 20 may be interfaced with the enterprise network 14 for enabling a corporate user to access or effectuate any of the services from a remote location using a suitable mobile communications device (MCD) 22. A secure communication link with end-to-end encryption may be established that is mediated through an external IP network, i.e., a public packet-switched network such as the Internet 24, as well as the wireless packet data service network 12 operable with MCD 22 via suitable wireless network infrastructure that includes a base station 26. In one embodiment, a trusted relay network 28 may be disposed between the Internet 24 and the infrastructure of wireless packet data service network 12. By way of example, MCD 22 may be a data-enabled handheld device capable of receiving and sending messages, web browsing, interfacing with corporate application servers and the like.

For purposes of the present disclosure, the wireless packet data service network 12 may be implemented in any known or heretofore unknown mobile communications technologies and network protocols, as long as a packet-switched data service is available therein for transmitting packetized information. For instance, the wireless packet data service network 12 may be comprised of a General Packet Radio Service (GPRS) network that provides a packet radio access for mobile devices using the cellular infrastructure of a Global System for Mobile Communications (GSM)-based carrier network. In other implementations, the wireless packet data service network 12 may comprise an Enhanced Data Rates for GSM Evolution (EDGE) network, an Integrated Digital Enhanced Network (IDEN), a Code Division Multiple Access (CDMA) network, a Universal Mobile Telecommunications System (UMTS) network, or any 3rd Generation (3G) network. As will be seen hereinbelow, the embodiments of the present disclosure for resolving contention between applications operable on a mobile communications device that require data connections to a wireless packet data service network will be described regardless of any particular wireless network implementation.

FIG. 2 depicts a block diagram of a mobile communications device that supports continually operable data service and that is generally designated 30. It will be recognized by those skilled in the art upon reference hereto that although an embodiment of MCD 30 may comprise an arrangement similar to one shown in FIG. 2, there can be any number of variations and modifications, in hardware, software or firmware, with respect to the various modules depicted. Accordingly, the arrangement of FIG. 2 should be taken as illustrative rather than limiting with respect to the embodiments of the present disclosure. A microprocessor 32 providing for the overall control of MCD 30 is operably coupled to a communication subsystem 34 which includes a receiver 36 and transmitter 38 as well as associated components such as one or more local oscillator (LO) modules 40 and a processing module such as a digital signal processor (DSP) 42. As will be apparent to those skilled in the field of communications, the particular design of the communication module 34 may be dependent upon the communications network with which the mobile device is intended to operate.

US 8,189,611 B2

5

In one embodiment, the communication module **34** is operable with both voice and data communications. Regardless of the particular design, however, signals received by antenna **44** through base station **26** are provided to receiver **36**, which may perform such common receiver functions as signal amplification, frequency down conversion, filtering, channel selection, analog-to-digital (A/D) conversion, and the like. Similarly, signals to be transmitted are processed, including modulation and encoding, for example, by DSP **42**, and provided to transmitter **44** for digital-to-analog (D/A) conversion, frequency up conversion, filtering, amplification and transmission over the air-radio interface via antenna **46**.

Microprocessor **32** also interfaces with further device subsystems such as auxiliary input/output (I/O) **48**, serial port **50**, display **52**, keyboard **54**, speaker **56**, microphone **58**, random access memory (RAM) **60**, a short-range communications subsystem **62** and any other device subsystems generally labeled as reference numeral **64**. To control access, a Subscriber Identity Module (SIM) or Removable user Identity Module (RUIM) interface **66** is also provided in communication with the microprocessor **32**. In one implementation, SIM/RUIM interface **66** is operable with a SIM/RUIM card having a number of key configurations **68** and other information **70** such as identification and subscriber-related data.

Operating system software and software associated with transport stack **72** may be embodied in a persistent storage module (i.e., non-volatile storage) such as flash memory **74**. In one implementation, flash memory **74** may be segregated into different areas, e.g., storage areas for computer programs **76**, device states **78**, address book **80**, other personal information manager (PIM) data **82** and other data storage areas generally labeled as reference numeral **84**. Additionally, a contention manager logic module **86** is provided for resolving contention among applications operable on MCD **30** that require data connections to wireless packet data service network **12** according to the teachings set forth herein.

FIG. **3** depicts a software architectural view of a mobile communications device operable according to one embodiment for regulating and scheduling application access to communications sessions with wireless packet data service network **12** regardless of the manufacturer of the MCD or the wireless service provider. A multi-layer transport stack (TS) **100** is operable to provide a generic data transport protocol for any type of corporate data, including email, via reliable, secure and seamless continuous connections to a wireless packet data service network. As illustrated in the embodiment of FIG. **3**, an integration layer **102** is operable as an interface between the MCD's radio layer **104** and the transport stack **100**. Likewise, another integration layer **106** is provided for interfacing between the transport stack **100** and the user applications **108** supported on the MCD, e.g., email **110**, personal information manager (PIM) **112** including calendaring, scheduling, contacts and the like, messengers **114**, web browser **116** and the like. Although not specifically shown, the transport stack **100** may also be interfaced with the MCD's operating system. In another implementation, the transport stack **100** may be provided as part of a data communications client module operable as a host-independent virtual machine on a mobile device.

The bottom layer (Layer **1**) of the transport stack **100** is operable as an interface to the wireless network's packet layer. Layer **1** handles basic service coordination within the exemplary network environment **10** shown in FIG. **1**. For example, when an MCD roams from one carrier network to another, Layer **1** verifies that the packets are relayed to the appropriate wireless network and that any packets that are pending from the previous network are rerouted to the current

6

network. The top layer (Layer **4**) exposes various application interfaces to the services supported on the MCD. The remaining two layers, Layer **2** and Layer **3**, are responsible for datagram segmentation/reassembly and security, compression and routing, respectively.

FIG. **3** also depicts a contention manager logic module **118** provided as part of the MCD's software environment that is disposed in operable communication with the transport stack **100** and radio layer **104** as well as the OS environment for regulating and scheduling application access to communications sessions with wireless packet data service network **12**. In one implementation, contention manager logic module **118** is operable to select a data connection for release based upon contention parameters associated with each of the connected applications. For example, when the maximum number of data connections allowed by the MCD or between the MCD and the wireless packet data service network **12** has been reached and an unconnected application is requesting a data connection, contention manager logic module **118** determines which of the connected application should release its data connection in favor of the requesting unconnected application.

For purposes of illustration, a particular MCD is capable of having two simultaneous data connections and is currently conducting a data session for messenger application **114** and a data session for email application **110**. The user of the MCD now attempts to launch browser application **116**. As the present MCD can only have two simultaneous data connections, the MCD is not able to open a new data session for browser application **116** without first releasing one of the active data sessions from either messenger application **114** or email application **110**. Contention manager logic module **118** determines which of the two applications should release its data connection and then establishes a data connection for browser application **116**. Specifically, contention manager logic module **118** uses one or more contention parameters associated with either the connected applications, in this case messenger application **114** and email application **110**, or the data connections associated with the connected applications to determine which data connection to release. In one embodiment, contention manager logic module **118** may use application priority as the contention parameter. In the present example, as email application **110** is intended to be an "always on" application, email application **110** has a high priority. On the other hand, messenger application **114** is of a low priority. As such, using the contention parameter of application priority, contention manager logic module **118** selects messenger application **114** to release its data connection. Thereafter, the data connection for browser application **116** can be established.

Continuing with the present example and assuming the MCD is currently conducting a data session for messenger application **114** and a data session for browser application **116**, email application **110** now requests a data connection either due to a user input or due to an automatic attempt to reestablish a data connection. As above, the MCD is not able to open a new data session for email application **110** without first releasing one of the active data sessions from either messenger application **114** or browser application **116**. In this case, the application priority is low for both messenger application **114** and browser application **116**. As such, contention manager logic module **118** uses an alternate contention parameter to select the application that should release its data connection. For example, contention manager logic module **118** may use data traffic, duration of data connection or other indicia as the contention parameter to select the application that should release its data connection. Thereafter, the data

connection for the selected application is released and a data connection for email application **110** can be established.

In one implementation, contention manager logic module **118** may consider more than one contention parameter in determining which of the connected applications should release its data connection. For example, in the above case wherein the MCD is currently conducting data sessions for messenger application **114** and browser application **116**, then email application **110** requests a data connection, contention manager logic module **118** could sequentially or simultaneously analyze multiple contention parameters such as data traffic and duration of data connection to determine that while the data connection for messenger application **114** has a longer duration, the data traffic associated with that connection warrants that its connection should be maintained. Thus, contention manager logic module **118** selects browser application **116** to release its data connection such that a data connection for email application **110** can be established.

As should be understood by those skilled in the art, contention manager logic module **118** can consider one or any number of contention parameters associated with the connected applications, the data connections associated with the connected applications or other indicia to determine which data connection to release. Likewise, it should be understood by those skilled in the art that contention manager logic module **118** can consider multiple contention parameters simultaneously using a contention parameter formula to weigh the various contention parameters in its determination of which data connection to release. Additionally, it should be understood by those skilled in the art that contention manager logic module **118** can consider multiple contention parameters sequentially using, for example, a contention parameter hierarchy to determine the order of consideration. Further, while contention manager logic module **118** has been described as automatically releasing the data connection of the selected connected application, it should be understood by those skilled in the art that contention manager logic module **118** may prompt the user to acknowledge that the application selected by contention manager logic module **118** should release its data connection.

FIG. **4** depicts additional details of an exemplary wireless packet data service network operable with a mobile communications device in accordance with an embodiment. As illustrated, reference numeral **130** refers to a GPRS network operable as the wireless packet data service network with respect to MCD **30** that is provided with a number of data-centric user applications **138** such as, e.g., email **110**, PIM **112**, messenger **114**, browser **116** as well as other applications **117** such as multimedia applications, File Transfer Protocol (FTP), telnet and the like. Base station **26** serves MCD **30** via the air interface using applicable radio layer protocols.

GPRS uses a packet-switching technique to transfer both high-speed and low-speed data and signaling in an efficient manner over GSM radio networks. Packet switching means that GPRS radio resources are used only when users are actually sending or receiving data. Rather than dedicating a radio channel to a mobile data user, e.g., MCD **30**, for a fixed period of time, the available radio channels can be concurrently shared between several users. Therefore, GPRS is designed to support from intermittent and bursty data transfers (e.g., web browsing) to occasional transmission of large volumes of data (e.g., FTP). Allocation of GPRS radio channels can be flexible: from 1 to 8 radio interface timeslots can be allocated per one Time Division Multiple Access (TDMA) frame. Typically, timeslots are shared by the active users, and uplinks and downlinks are allocated separately. Various radio channel coding schemes are available to allow a range of data bit transfer rates.

Two additional network nodes are provided within a GSM network in order to implement a packet-switched data transfer service. A Serving GPRS Support Node (SGSN) **134**, which is coupled to a Home Location Register (HLR) **132** and disposed at the same hierarchical level as a Mobile Switching Center (MSC) of the circuit-switched cellular network, is operably coupled to base station **26** and keeps track of the location of a GPRS user such as the user of MCD **30**. Further, SGSN **134** is responsible for performing security functions and handling access control with respect to MCD **30**. A Gateway GPRS Support Node (GGSN) **136** provides interworking with the external packet-switched IP network **24**, and is operably coupled to one or more SGSNs, e.g., SGSN **134**, via an IP-based GPRS backbone network.

In order to access the packet data service, MCD **30** makes its presence known to the network by performing what is known as a GPRS Attach. Thereafter, to send and receive packet data, MCD **30** activates the packet data address that it wants to use. This operation renders MCD **30** "visible" in the corresponding GGSN, and interworking with external data networks can then begin. User data is transferred transparently between MCD **30** and the external data networks with a method known as encapsulation and tunneling wherein data packets are equipped with GPRS-specific protocol information and transferred transparently between MCD **30** and GGSN **136** using, for example, a Packet Data Protocol (PDP) context between MCD **30** and GPRS network **130**.

FIG. **5** depicts a flowchart describing a method for resolving contention among applications operable on a mobile communications device that require data connections to a wireless network. The flowchart illustrates a routine referred to as "Contention Manager" (start block **150**). This routine is called when an unconnected data application operable on the MCD is opened and requests a PDP context (block **152**). Upon the request, it is determined whether the MCD is capable of conducting an additional PDP context associated with the unconnected data application (decision **154**). If the MCD is capable of conducting an additional PDP context associated with the unconnected data application, then a PDP context is established for the unconnected data application between the MCD and the wireless network (block **156**) and the routine in complete (end block **158**). If at decision **154** the MCD is not capable of conducting an additional PDP context associated with the unconnected data application, then the contention manager performs an analysis of the contention parameter associates with the connected applications, the PDP contexts associated with the connected applications or both (block **160**). Based upon the results of the contention parameter analysis, the contention manager selects the connected application that should have its PDP context released (block **162**). The PDP context of the selected connected application is released (block **164**). A PDP context is then established between the MCD and the wireless network for the unconnected data application (block **156**) and the routine in complete (end block **158**). As stated above, in certain implementations, prior to releasing the PDP context of the selected application, the user of the MCD may be prompted to acknowledge that such PDP context should be released.

While this disclosure has described a mobile communications device operating within a network system with reference to illustrative embodiments, this description is not intended to be construed in a limiting sense. Various modifications and combinations of the illustrative embodiments as well as other embodiments, will be apparent to persons

skilled in the art upon reference to the description. It is, therefore, intended that the appended claims encompass any such modifications or embodiments.

What is claimed is:

1. A method of managing contention on a mobile communications device when a new wireless data connection between the mobile communications device and a wireless network is requested, the method comprising:
   determining if a further wireless data connection can be effected between the mobile communications device and a wireless network; and
   selecting an application to release its existing data connection if a further wireless data connection cannot be effected between the mobile communications device and a wireless network, wherein selecting the application to release its existing data connection comprises prioritizing the existing wireless data connections.

2. The method as recited in claim 1 wherein selecting the application to release its existing data connection comprises performing contention parameter analysis.

3. The method as recited in claim 2 wherein performing contention parameter analysis comprises analyzing a plurality of contention parameters.

4. The method as recited in claim 2 wherein performing contention parameter analysis comprises analyzing a hierarchy of contention parameters.

5. The method as recited in claim 1, wherein selecting the application to release its existing data connection comprises comparing at least one of data traffic on each data connection associated with a corresponding application, a duration of each data connection and a priority of the corresponding application associated with each data connection.

6. The method as recited in claim 1, further comprising prompting the user to confirm a selected application prior to releasing its existing data connection.

7. The method as recited in claim 1, further comprising releasing the existing data connection of the selected application and establishing a new data connection corresponding to another application.

8. The method as recited in claim 1, wherein each data connection comprises a packet data protocol context.

9. The method as recited in claim 1, wherein selecting the application to release its existing data connection comprises comparing a duration of connections associated with the respective data connections of the connected applications.

10. A mobile communications device comprising:
    a wireless transceiver operable to conduct a number of wireless data connections between the mobile communications device and a wireless network;
    a processor coupled to the wireless transceiver, the processor processing requests for new wireless data connections for a plurality of applications, releasing existing data connections and establishing new wireless data connections between the mobile communications device and a wireless network; and
    a contention manager for selecting an existing data connection to be released, wherein selecting the application to release its existing data connection comprises prioritizing the existing wireless data connections.

11. The mobile communications device as recited in claim 10 wherein the contention manager is disposed in operable connection with at least one of a transport stack, a radio layer and an operating system of the mobile communications device.

12. The mobile communications device as recited in claim 10, wherein the plurality of applications comprises at least one of email, video mail, a messenger service, a browser, a calendar and a scheduling application.

13. The mobile communications device as recited in claim 10, wherein the contention manager is operable to prompt a user to confirm an application selected for releasing its existing data connection prior to releasing the existing data connection.

14. The mobile communications device as recited in claim 10, wherein the contention manager is operable to automatically release a selected application's existing data connection and to establish a new data connection associated with another application.

15. The mobile communications device as recited in claim 10, wherein the contention manager is operable to analyze at least one of data traffic on each data connection, a duration of each data connection and a priority of an application associated with each data connection.

16. The mobile communications device as recited in claim 10, wherein selecting the application to release its existing data connection comprises comparing a duration of connections associated with the respective data connections of the connected applications.

17. The mobile communications device as recited in claim 10, wherein each data connection comprises a packet data protocol context.

18. A computer program product comprising:
    a storage medium; and
    computer instructions stored in the storage medium and executable by a processor of a mobile communications device operable to process requests for new wireless data connections between the mobile communications device and a wireless network for a plurality of applications, releasing existing data connections and establishing new wireless data connections between the mobile communications device and a wireless network, the computer instructions operable to determine, responsive to receiving a request for a new application, if a further wireless data connection can be effected between the mobile communications device and a wireless network and selecting an application to release its existing data connection if a further wireless data connection cannot be effected between the mobile communications device and a wireless network, wherein selecting the application to release its existing data connection comprises prioritizing the existing wireless data connections.

19. The computer program product as recited in claim 18 wherein the computer instructions operable to select an application to release its data connection include computer instructions to perform contention parameter analysis.

20. The computer program product as recited in claim 19 wherein performing contention parameter analysis comprises at least one of analyzing a plurality of contention parameters and analyzing a hierarchy of contention parameters.

21. The computer program product as recited in claim 18, wherein the computer instructions further include computer instructions operable to analyze at least one of data traffic on each data connection, a duration of each data connection and a priority of an application associated with each data connection.

US 8,189,611 B2

11

22. The computer program product as recited in claim **18**, wherein computer instructions are further operable to prompt a user to confirm a selected application prior to releasing its existing data connection.

23. The computer program product as recited in claim **18**, wherein the computer instructions are further operable to release the existing data connection of the selected application and to establish a new data connection for the new application.

12

24. The computer program product as recited in claim **18**, wherein each data connection comprises a packet data protocol context.

25. The computer program product as recited in claim **18**, wherein selecting the application to release its existing data connection comprises comparing a duration of connections associated with the data connections of the connected applications.

* * * * *