# EXHIBIT 14

| US 8189611—Claim 1 | 3GPP Specifications |
|---|---|
| A method of managing contention on a mobile communications device when a new wireless data connection between the mobile communications device and a wireless network is requested, the method comprising: | 3GPP TS 24.301 v. 11.7.0<br><br>**6.5.3    UE requested bearer resource allocation procedure**<br>**6.5.3.1  General**<br><br>The purpose of the UE requested bearer resource allocation procedure is for a UE to request an allocation of bearer resources for a traffic flow aggregate. The UE requests a specific QoS demand (QCI) and optionally sends a GBR requirement for a new traffic flow aggregate. If accepted by the network, this procedure invokes a dedicated EPS bearer context activation procedure (see subclause 6.4.2) or an EPS bearer context modification procedure (see subclause 6.4.3). ...<br><br>**6.5.3.4A Handling the maximum number of active EPS bearer contexts**<br><br>… If the maximum number of active EPS bearer contexts is reached at the UE (see subclause 6.5.0) and the UE de-activates an active EPS bearer context prior to sending the request for additional bearer resources, then choosing which EPS bearer context to de-activate is a implementation specific, however the UE shall not deactivate a default EPS bearer context for emergency. |
| determining if a further wireless data connection can be effected between the mobile communications device and a wireless network; and | **6.5.3.4A Handling the maximum number of active EPS bearer contexts**<br><br>… If the maximum number of active EPS bearer contexts is reached at the UE (see subclause 6.5.0) and the UE de-activates an active EPS bearer context prior to sending the request for additional bearer resources, then choosing which EPS bearer context to de-activate is a implementation specific, however the UE shall not deactivate a default EPS bearer context for emergency. |
| selecting an application to release its existing data connection if a further wireless data connection cannot be effected between the mobile communications device and a wireless network, wherein selecting the application to release its existing data connection  comprises prioritizing the existing wireless data connections. | **6.5.3.4A Handling the maximum number of active EPS bearer contexts**<br><br>… If the maximum number of active EPS bearer contexts is reached at the UE (see subclause 6.5.0) and the UE de-activates an active EPS bearer context prior to sending the request for additional bearer resources, then choosing which EPS bearer context to de-activate is a implementation specific, however the UE shall not deactivate a default EPS bearer context for emergency. |

| US 8189611—Claim 7 | 3GPP Specifications |
|---|---|
| The method as recited in claim 1, further comprising releasing the existing data connection of the selected application and establishing a new data connection corresponding to another application. | **3GPP TS 24.301 v. 11.7.0**<br><br>**6.5.3.4A Handling the maximum number of active EPS bearer contexts**<br><br>… If the maximum number of active EPS bearer contexts is reached at the UE (see subclause 6.5.0) and the UE de-activates an active EPS bearer context prior to sending the request for additional bearer resources, then choosing which EPS bearer context to de-activate is a implementation specific, however the UE shall not deactivate a default EPS bearer context for emergency.<br><br>**6.5.3      UE requested bearer resource allocation procedure**<br>**6.5.3.1      General**<br><br>The purpose of the UE requested bearer resource allocation procedure is for a UE to request an allocation of bearer resources for a traffic flow aggregate. The UE requests a specific QoS demand (QCI) and optionally sends a GBR requirement for a new traffic flow aggregate. If accepted by the network, this procedure invokes a dedicated EPS bearer context activation procedure (see subclause 6.4.2) or an EPS bearer context modification procedure (see subclause 6.4.3). …<br><br>**6.5.3.2      UE requested bearer resource allocation procedure initiation**<br><br>In order to request the allocation of bearer resources for one traffic flow aggregate, the UE shall send a BEARER RESOURCE ALLOCATION REQUEST message to the MME …<br>**6.5.3.3  UE requested bearer resource allocation procedure accepted by the network**<br><br>… If the bearer resource allocation requested is accepted by the network, the MME shall initiate either a dedicated EPS bearer context activation procedure or an EPS bearer context modification procedure. … |
| **US 8189611—Claim 8** | **3GPP Specifications** |
| The method as recited in claim 1, wherein each data connection comprises a packet data protocol context. | **3GPP TS 24.301 v. 11.7.0**<br><br>**3      Definitions and abbreviations**<br>**3.1      Definitions**<br><br>… **Dedicated bearer:** An EPS bearer that is associated with uplink packet filters in the UE and downlink packet filters in the PDN GW where the filters only match certain packets. Definition derived from 3GPP TS 23.401 [10].<br><br>**6.4.2      Dedicated EPS bearer context activation procedure**<br>**6.4.2.1      General**<br><br>The purpose of the dedicated EPS bearer context activation procedure is to establish an EPS bearer context with specific QoS and TFT between the UE and the EPC. The dedicated EPS bearer context activation procedure is initiated by the network, but may be requested by the UE by means of the UE requested bearer resource allocation procedure (see subclause 6.5.3) or the UE requested bearer resource modification procedure (see subclause 6.5.4). … |