# EXHIBIT 16

| US 7215653 – Claim 34 | 3GPP Specifications |
|---|---|
| A mobile station apparatus for use in a mobile communications system for controlling a data transmission rate on a reverse link, the apparatus comprising:<br><br>receiving means adapted to receive a data rate control command of a base station on a forward link common channel in a dedicated manner, the data rate control command being formed of at least one rate control bit that is signal point mapped to at least one symbol of +1, -1, and 0 to indicate whether the mobile station should increase, decrease, or maintain its current data transmission rate; and | **3GPP TS 25.321 V6.18.0**<br><br>**9.2 Formats and parameters**<br>**9.2.5 Signaling of control information for E-DCH**<br>**9.2.5.2 DL Scheduling information**<br>This control information is used by Node-Bs in a UE's E-DCH active set in order to control its use of E-DCH system resources.<br>**9.2.5.2.1 Relative Grants**<br>- Serving Relative Grant:<br>  Transmitted on downlink on the E-RGCH from all cells in the serving E-DCH RLS, the serving relative grant allows the Node B scheduler to incrementally adjust the serving grant of UEs under its control. By definition, there can only be one serving relative grant command received at any one time. This indication can take three different values, "UP", "DOWN" or "HOLD".<br><br>**3GPP TS 25.212 V6.10.0**<br><br>**4.11 Mapping for E-RGCH Relative Grant**<br>**4.11.1 Overview**<br>The relative grant is transmitted on the E-RGCH as described in [2].<br>**4.11.2 Relative Grant mapping**<br>The relative grant (RG) command is mapped to the relative grant value as described in the table below.<br><br>Table 17: Mapping of RG value<br><br>| Command | RG Value (serving E-DCH RLS) | RG Value (other radio links) |<br>|---|---|---|<br>| UP | +1 | not allowed |<br>| HOLD | 0 | 0 |<br>| DOWN | -1 | -1 | |
| control means connected with the receiving means adapted to control the data transmission rate based on the data rate control command, wherein a bit is sent on a reverse packet data control channel to indicate whether the mobile station has enough power and data to increase its data transmission rate on a reverse packet data channel. | **3GPP TS 25.321 V6.18.0**<br><br>**11.8 Control of E-DCH transmission and reception**<br>**11.8.1 UE operation**<br>**11.8.1.3 Serving Grant Update**<br>UEs in CELL_DCH state, configured with an E-DCH transport channel shall maintain a Serving Grant and the list of active HARQ processes based on the absolute and relative grant commands decoded on the configured E-AGCH and ERGCH(s).<br><br>Each Absolute Grant or Relative Grant command is applied at a specific TTI. This association is implicit based on the timing of the E-AGCH and E-RGCH (see [13]). The timing is tight enough that this relationship is un-ambiguous.<br><br>The activation/deactivation of one or all processes is only applicable to processes for which transmission of scheduled data is allowed according to RRC signalling<br><br>Process activation of an active process does not result in any action taken by the UE.<br><br>**9.2 Formats and parameters**<br>**9.2.5 Signaling of control information for E-DCH**<br>**9.2.5.3.1 Happy Bit**<br>The happy bit is a single bit field that is passed from MAC to the physical layer for inclusion on the E-DPCCH. This field takes two values, "Not Happy" and "Happy" |

| | |
|---|---|
| | indicating respectively whether the UE could use more resources or not. The setting of the Happy Bit is defined in subclause 11.8.1.5.<br><br>**11.8.1.5 Happy Bit Setting**<br>The Happy Bit is included on the E-DPCCH for every E-DCH transmission. E-DCH transmissions shall not be triggered specifically to allow the transmission of the happy bit.<br>RRC configures MAC with the duration Happy_Bit_Delay_Condition, over which to evaluate the current grant relative to the TEBS after application of the E-TFC selection procedure described in subclause 11.8.1.4.<br>For every E-DCH transmission, the Happy Bit shall be set to "unhappy" if the three following criteria are met:<br>1) UE is transmitting as much scheduled data as allowed by the current Serving_Grant in E-TFC selection; and<br>2) UE has enough power available to transmit at higher data rate; and<br>3) Based on the same power offset as the one selected in E-TFC selection to transmit data in the same TTI as the Happy Bit, TEBS would require more than Happy_Bit_Delay_Condition ms to be transmitted with the current<br>Serving_Grant × the ratio of active processes to the total number of processes.<br>The first criteria is always true for a deactivated process and the ratio of the third criteria is always 1 for 10ms TTI.<br>Otherwise, the Happy Bit shall be set to "happy". |
| **US 7215653 – Claim 37** | **3GPP Specifications** |
| A method of controlling a data transmission rate on a reverse link received by a mobile station apparatus for use in a mobile communications system, the method comprising:<br><br>receiving a data rate control command of a base station on a forward link common channel in a dedicated manner, the data rate control command being formed of a least one rate control bit that is signal point mapped to at least one symbol of +1, −1, and 0 to indicate whether the mobile station should increase, decrease, or maintain its current data transmission rate; and | **3GPP TS 25.321 V6.18.0**<br><br>**9.2 Formats and parameters**<br>**9.2.5 Signaling of control information for E-DCH**<br>**9.2.5.2 DL Scheduling information**<br>This control information is used by Node-Bs in a UE's E-DCH active set in order to control its use of E-DCH system resources.<br>**9.2.5.2.1 Relative Grants**<br>- Serving Relative Grant:<br>  Transmitted on downlink on the E-RGCH from all cells in the serving E-DCH RLS, the serving relative grant allows the Node B scheduler to incrementally adjust the serving grant of UEs under its control. By definition, there can only be one serving relative grant command received at any one time. This indication can take three different values, "UP", "DOWN" or "HOLD".<br><br>3GPP TS 25.212 V6.10.0<br><br>4.11 Mapping for E-RGCH Relative Grant<br>4.11.1 Overview<br>The relative grant is transmitted on the E-RGCH as described in [2].<br>4.11.2 Relative Grant mapping<br>The relative grant (RG) command is mapped to the relative grant value as described in the table below.<br><br>Table 17: Mapping of RG value<br><br>| Command | RG Value (serving E-DCH RLS) | RG Value (other radio links) |
|---|---|---|
| UP | +1 | not allowed |
| HOLD | 0 | 0 |
| DOWN | -1 | -1 | |
| controlling the data transmission rate based on the data rate control command rate, | **3GPP TS 25.321 V6.18.0**<br><br>**11.8 Control of E-DCH transmission and reception** |

| | |
|---|---|
| wherein a bit is sent on a reverse packet data control channel to indicate whether the mobile station has enough power and data to increase its data transmission rate on a reverse packet data channel. | **11.8.1 UE operation**<br>**11.8.1.3 Serving Grant Update**<br>UEs in CELL_DCH state, configured with an E-DCH transport channel shall maintain a Serving Grant and the list of active HARQ processes based on the absolute and relative grant commands decoded on the configured E-AGCH and ERGCH(s).<br><br>Each Absolute Grant or Relative Grant command is applied at a specific TTI. This association is implicit based on the timing of the E-AGCH and E-RGCH (see [13]). The timing is tight enough that this relationship is un-ambiguous.<br><br>The activation/deactivation of one or all processes is only applicable to processes for which transmission of scheduled data is allowed according to RRC signalling<br><br>Process activation of an active process does not result in any action taken by the UE.<br><br>**9.2 Formats and parameters**<br>**9.2.5 Signaling of control information for E-DCH**<br>**9.2.5.3.1 Happy Bit**<br>The happy bit is a single bit field that is passed from MAC to the physical layer for inclusion on the E-DPCCH. This field takes two values, "Not Happy" and "Happy" indicating respectively whether the UE could use more resources or not. The setting of the Happy Bit is defined in subclause 11.8.1.5.<br><br>**11.8.1.5 Happy Bit Setting**<br>The Happy Bit is included on the E-DPCCH for every E-DCH transmission. E-DCH transmissions shall not be triggered specifically to allow the transmission of the happy bit.<br>RRC configures MAC with the duration Happy_Bit_Delay_Condition, over which to evaluate the current grant relative to the TEBS after application of the E-TFC selection procedure described in subclause 11.8.1.4.<br>For every E-DCH transmission, the Happy Bit shall be set to "unhappy" if the three following criteria are met:<br>1) UE is transmitting as much scheduled data as allowed by the current Serving_Grant in E-TFC selection; and<br>2) UE has enough power available to transmit at higher data rate; and<br>3) Based on the same power offset as the one selected in E-TFC selection to transmit data in the same TTI as the Happy Bit, TEBS would require more than Happy_Bit_Delay_Condition ms to be transmited with the current<br>Serving_Grant × the ratio of active processes to the total number of processes.<br>The first criteria is always true for a deactivated process and the ratio of the third criteria is always 1 for 10ms TTI.<br>Otherwise, the Happy Bit shall be set to "happy". |