# EXHIBIT 18

| US 7319718 – Claim 15 | 3GPP Specifications |
|---|---|
| A method of coding information regarding a channel, comprising:<br><br>providing information bits of a0, a1, a2, a3, and a4;<br><br>encoding the information bits using a (20, 5) code; and<br><br>providing output code words of 20 bits as a result of the encoding step, wherein the (20, 5) code is a prescribed combination of 5 basis sequences Mi,n as defined as follows:<br><br>| I | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ |<br>|---|---|---|---|---|---|<br>| 0 | 1 | 0 | 0 | 0 | 1 |<br>| 1 | 0 | 1 | 0 | 0 | 1 |<br>| 2 | 1 | 1 | 0 | 0 | 1 |<br>| 3 | 0 | 0 | 1 | 0 | 1 |<br>| 4 | 1 | 0 | 1 | 0 | 1 |<br>| 5 | 0 | 1 | 1 | 0 | 1 |<br>| 6 | 1 | 1 | 1 | 0 | 1 |<br>| 7 | 0 | 0 | 0 | 1 | 1 |<br>| 8 | 1 | 0 | 0 | 1 | 1 |<br>| 9 | 0 | 1 | 0 | 1 | 1 |<br>| 10 | 1 | 1 | 0 | 1 | 1 |<br>| 11 | 0 | 0 | 1 | 1 | 1 |<br>| 12 | 1 | 0 | 1 | 1 | 1 |<br>| 13 | 0 | 1 | 1 | 1 | 1 |<br>| 14 | 1 | 1 | 1 | 1 | 1 |<br>| 15 | 0 | 0 | 0 | 0 | 1 |<br>| 16 | 0 | 0 | 0 | 0 | 1 |<br>| 17 | 0 | 0 | 0 | 0 | 1 |<br>| 18 | 0 | 0 | 0 | 0 | 1 |<br>| 19 | 0 | 0 | 0 | 0 | 1. | | **3GPP TS 25.212 v.6.7.0**<br><br>**4  Multiplexing, channel coding and interleaving**<br><br>**4.7  Coding for HS-DPCCH**<br><br>**4.7.1  Channel coding for HS-DPCCH**<br><br>**4.7.1.2 Channel coding for HS-DPCCH channel quality information**<br><br>The channel quality information is coded using a (20,5) code. The code words of the (20,5) code are a linear combination of the 5 basis sequences denoted $M_{i,n}$ defined in the table below.<br><br>**Table 14: Basis sequences for (20,5) code**<br><br>| i | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ |<br>|---|---|---|---|---|---|<br>| 0 | 1 | 0 | 0 | 0 | 1 |<br>| 1 | 0 | 1 | 0 | 0 | 1 |<br>| 2 | 1 | 1 | 0 | 0 | 1 |<br>| 3 | 0 | 0 | 1 | 0 | 1 |<br>| 4 | 1 | 0 | 1 | 0 | 1 |<br>| 5 | 0 | 1 | 1 | 0 | 1 |<br>| 6 | 1 | 1 | 1 | 0 | 1 |<br>| 7 | 0 | 0 | 0 | 1 | 1 |<br>| 8 | 1 | 0 | 0 | 1 | 1 |<br>| 9 | 0 | 1 | 0 | 1 | 1 |<br>| 10 | 1 | 1 | 0 | 1 | 1 |<br>| 11 | 0 | 0 | 1 | 1 | 1 |<br>| 12 | 1 | 0 | 1 | 1 | 1 |<br>| 13 | 0 | 1 | 1 | 1 | 1 |<br>| 14 | 1 | 1 | 1 | 1 | 1 |<br>| 15 | 0 | 0 | 0 | 0 | 1 |<br>| 16 | 0 | 0 | 0 | 0 | 1 |<br>| 17 | 0 | 0 | 0 | 0 | 1 |<br>| 18 | 0 | 0 | 0 | 0 | 1 |<br>| 19 | 0 | 0 | 0 | 0 | 1 |<br><br>The CQI values 0 .. 30 as defined in [4] are converted from decimal to binary to map them to the channel quality information bits (1 0 0 0 0) to (1 1 1 1 1) respectively. The information bit pattern (0 0 0 0 0) shall not be used in this release. The channel quality information bits are $a_0$, $a_1$, $a_2$, $a_3$, $a_4$ (where $a_0$ is LSB and $a_4$ is MSB). The output code word bits bi are given by:<br><br>$$b_i = \sum_{n=0}^{4}(a_n \times M_{i,n}) \bmod 2$$<br><br>where i = 0, …, 19. |
| **US 7319718 – Claim 16** | **3GPP Specifications** |
| The method of claim 15, wherein the output code word bits, $b_i$ are based on | **3GPP TS 25.212 v.6.7.0**<br><br>**4.7.1.2 Channel coding for HS-DPCCH channel quality information**<br><br>The output code word bits bi are given by: |

| $b_i = \sum_{n=0}^{4} (a_n \times M_{i,n}) \mod 2$ where $i = 0, \ldots, 19.$ | $b_i = \sum_{n=0}^{4} (a_n \times M_{i,n}) \mod 2$   where i = 0, …, 19. |
|---|---|