# EXHIBIT 20

| US 7551625 – Claim 16 | 3GPP Specifications |
|---|---|
| A method of scheduling an uplink packet transmission channel for user equipment (UE), the method comprising:<br><br>receiving a scheduling assignment in an Enhanced Absolute Grant Channel (E-AGCH), | **3GPP TS 25.211 V6.7.0**<br>**5 Physical channels and physical signals**<br>**5.3 Downlink physical channels**<br>**5.3.3 Common downlink physical channels**<br>**5.3.3.14 E–DCH Absolute Grant Channel (E-AGCH)**<br>The E-DCH Absolute Grant Channel (E-AGCH) is a fixed rate (30 kbps, SF=256) downlink physical channel carrying the uplink E-DCH absolute grant. Figure 26C illustrates the frame and sub-frame structure of the E-AGCH.<br><br>An E-DCH absolute grant shall be transmitted over one E-AGCH sub-frame or one E-AGCH frame. The transmission over one E-AGCH sub-frame and over one E-AGCH frame shall be used for UEs for which E-DCH TTI is set to respectively 2 ms and 10 ms.<br><br>[Figure showing E-AGCH with 20 bits, $T_{slot}$ = 2560 chips, Slot #0, Slot #1, Slot #2, Slot #i, Slot #14, 1 subframe = 2 ms, 1 radio frame, $T_f$ = 10 ms]<br><br>**Figure 26C: Sub-frame structure for the E-AGCH** |
| wherein the scheduling assignment comprises an identifier for a plurality of UE; | **3GPP TS 25.309 V6.5.0**<br><br>**9 Node B controlled scheduling**<br>**9.1 General Principle**<br>⋮<br>The Scheduling Grants have the following characteristics:<br>- Scheduling Grants are only to be used for the E-DCH TFC selection algorithm (i.e. they do not influence the TFC selection for the DCHs);<br>⋮<br>- Absolute Grants are sent by the Serving E-DCH cell:<br>  - They are valid for one UE, for a group of UEs or for all UEs;<br>  - The Absolute Grant contains:<br>    - the identity (E-RNTI) of the UE (or group of UEs) for which the grant is intended (through an IDspecific CRC attachment);<br>⋮<br>- Up to two identities (E-RNTIs), one primary and one secondary, can be allocated to a UE at a time. In that case, both identities shall use the same E-AGCH channel. The allocation is done by the Node-B and sent by the SRNC in RRC. |
| acquiring the contents of the scheduling assignment; and, | **3GPP TS 25.321 V6.8.0**<br>**8 Elements for layer-to-layer communication**<br>**8.1 Primitives between layers 1 and 2**<br>**8.1.2 Parameters**<br>⋮<br>d) Absolute Grant information for E-DCH (details specified in subclause 9.2.5.2.2). |

| | |
|---|---|
| | - Identity Type for E-DCH.<br>- Absolute Grant Value.<br>- Absolute Grant Scope. |
| transmitting an uplink data packet on an Enhanced Uplink Dedicated Channel (E-DCH) according to the contents of the scheduling assignment. | **3GPP TS 25.309 V6.5.0**<br><br>**9 Node B controlled scheduling**<br>**9.1 General Principle**<br>⋮<br>The Scheduling Grants have the following characteristics:<br>- Scheduling Grants are only to be used for the E-DCH TFC selection algorithm (i.e. they do not influence the TFC selection for the DCHs);<br>⋮<br><br>**3GPP TS 25.321 V6.8.0**<br>**11 Specific functions**<br>**11.8 Control of E-DCH transmission and reception**<br>**11.8.1 UE operation**<br>**11.8.1.4 E-TFC Selection**<br>⋮<br>The Serving Grant Update function provides the E-TFC selection function with the maximum E-DPDCH to DPCCH power ratio that the UE is allowed to allocate for the upcoming transmission for scheduled data (held in the Serving Grant state variable – see subclause 11.8.1.3).<br>⋮<br><br>**3GPP TS 25.211 V6.7.0**<br>**4 Services offered to higher layers**<br>**4.1 Transport channels**<br>**4.1.1 Dedicated transport channels**<br>**4.1.1.2** E-DCH – Enhanced Dedicated Channel<br>The Enhanced Dedicated Channel (E-DCH) is an uplink transport channel. |
| **US 7551625 – Claim 39** | **3GPP Specifications** |
| A method of scheduling a plurality of uplink packet transmission channels for a corresponding plurality of user equipment (UE), the method comprising:<br><br>receiving a scheduling assignment in an Enhanced Absolute Grant Channel (E-AGCH), | **3GPP TS 25.211 V6.7.0**<br>**5 Physical channels and physical signals**<br>**5.3 Downlink physical channels**<br>**5.3.3 Common downlink physical channels**<br>**5.3.3.14 E–DCH Absolute Grant Channel (E-AGCH)**<br>The E-DCH Absolute Grant Channel (E-AGCH) is a fixed rate (30 kbps, SF=256) downlink physical channel carrying the uplink E-DCH absolute grant. Figure 26C illustrates the frame and sub-frame structure of the E-AGCH.<br><br>An E-DCH absolute grant shall be transmitted over one E-AGCH sub-frame or one E-AGCH frame. The transmission over one E-AGCH sub-frame and over one E-AGCH frame shall be used for UEs for which E-DCH TTI is set to respectively 2 ms and 10 ms. |

| | |
|---|---|
| | 
**Figure 26C: Sub-frame structure for the E-AGCH** |
| wherein the content of the scheduling assignment includes an identifier associated with a plurality of UE; and, | **3GPP TS 25.309 V6.5.0**<br><br>**9 Node B controlled scheduling**<br>**9.1 General Principle**<br>⋮<br>The Scheduling Grants have the following characteristics:<br>  - Scheduling Grants are only to be used for the E-DCH TFC selection algorithm (i.e. they do not influence the TFC selection for the DCHs);<br>⋮<br>  - Absolute Grants are sent by the Serving E-DCH cell:<br>    - They are valid for one UE, for a group of UEs or for all UEs;<br>    - The Absolute Grant contains:<br>      - the identity (E-RNTI) of the UE (or group of UEs) for which the grant is intended (through an IDspecific CRC attachment);<br>⋮<br>  - Up to two identities (E-RNTIs), one primary and one secondary, can be allocated to a UE at a time. In that case, both identities shall use the same E-AGCH channel. The allocation is done by the Node-B and sent by the SRNC in RRC. |
| transmitting an uplink data packet on an Enhanced Uplink Dedicated channel (E-DCH) in accordance with the content of the scheduling assignment. | **3GPP TS 25.309 V6.5.0**<br><br>**9 Node B controlled scheduling**<br>**9.1 General Principle**<br>⋮<br>The Scheduling Grants have the following characteristics:<br>  - Scheduling Grants are only to be used for the E-DCH TFC selection algorithm (i.e. they do not influence the TFC selection for the DCHs);<br>⋮<br><br>**3GPP TS 25.321 V6.8.0**<br>**11 Specific functions**<br>**11.8 Control of E-DCH transmission and reception**<br>**11.8.1 UE operation**<br>**11.8.1.4 E-TFC Selection**<br>⋮<br>The Serving Grant Update function provides the E-TFC selection function with the maximum E-DPDCH to DPCCH power ratio that the UE is allowed to allocate for the upcoming transmission for scheduled data (held in the Serving Grant state variable – see subclause 11.8.1.3).<br>⋮<br><br>**3GPP TS 25.211 V6.7.0** |

|   |   |
|---|---|
|   | **4 Services offered to higher layers**<br>**4.1 Transport channels**<br>**4.1.1 Dedicated transport channels**<br>**4.1.1.2** E-DCH – Enhanced Dedicated Channel<br>The Enhanced Dedicated Channel (E-DCH) is an uplink transport channel. |