# EXHIBIT 22

| US 7580388 – Claim 1 | 3GPP Specifications |
|---|---|
| A method of transmitting control information from a mobile terminal in a network, the method comprising:<br><br>receiving a first message in the mobile terminal, the first message including information indicating at least one available configuration for transmitting a second message, the second message including at least a portion of the control information;<br><br>selecting one of the at least one available configuration in the mobile terminal; and<br><br>transmitting the second message from the mobile terminal utilizing the selected configuration, | **3GPP TS 25.331 v 6.26.0**<br><br>**10.2 Radio Resource Control messages**<br>[…]<br>**10.2.48.8.8 System Information Block type 5 and 5bis**<br>The system information block type 5 contains parameters for the configuration of the common physical channels in the cell. System information block type 5bis uses the same structure as System information block type 5. […] |

<table>
<tr><th>Information element</th><th>Need</th><th>Multi</th><th>Type and reference</th><th>Semantics description</th><th>Version</th></tr>
<tr><td>…</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>Primary CCPCH info</td><td>OP</td><td></td><td>Primary CCPCH info 10.3.6.57</td><td>Note 1</td><td></td></tr>
<tr><td>PRACH system information list</td><td>MP</td><td></td><td>PRACH system information list 10.3.6.55</td><td></td><td></td></tr>
</table>

…

**10.3.6.55 PRACH system information list**

**10.2 Radio Resource Control messages**
[…]
**10.2.48.8.8 System Information Block type 5 and 5bis**
The system information block type 5 contains parameters for the configuration of the common physical channels in the cell. System information block type 5bis uses the same structure as System information block type 5. […]

<table>
<tr><th>Information element</th><th>Need</th><th>Multi</th><th>Type and reference</th><th>Semantics description</th><th>Version</th></tr>
<tr><td>…</td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td>Primary CCPCH info</td><td>OP</td><td></td><td>Primary CCPCH info 10.3.6.57</td><td>Note 1</td><td></td></tr>
<tr><td>PRACH system information list</td><td>MP</td><td></td><td>PRACH system information list 10.3.6.55</td><td></td><td></td></tr>
</table>

…

**10.3.6.55 PRACH system information list**

**8.1.1.6.5 System Information Block type 5 and 5bis**

The UE should store all relevant IEs included in this system information block. The UE shall:
⋮
1> if the IE "Additional Dynamic Transport Format Information for CCCH" is included for the selected PRACH:
   2> use this transport format for transmission of the CCCH.

1> else:
  2> use the first instance of the list of transport formats as in the IE "RACH TFS" for the used RACH received in the IE "PRACH system information list" when using the CCCH.

**3GPP TS 25.301 v 6.6.0**

**5.3 Layer 2 Services and Functions 5.3.1 MAC Services and Functions**
**5.3.1 MAC Services and Functions**
**5.3.1.1 MAC Services to upper layers**
**5.3.1.1.1 Logical channels**
Common Control Channel (CCCH) Bi-directional channel for transmitting control information between network and UEs. This channel is commonly used by the UEs having no RRC connection with the network and by the UEs using common transport channels when accessing a new cell after cell reselection.
[...]

**5.3.1.1.2 Mapping between logical channels and transport channels**
**5.3.1.1.2.1 Mapping in Uplink**
In Uplink, the following connections between logical channels and transport channels exist:
- CCCH can be mapped to RACH;
[..]

**3GPP TS 25.211 v 6.10.0**

**5.2.2 Common uplink physical channels**
**5.2.2.1 Physical Random Access Channel (PRACH)**
The Physical Random Access Channel (PRACH) is used to carry the RACH.

*Comment: The UE receives a RRC message with system configuration, and in particular a TFS to be used to transmit control information on RACH. The UE transmits control information messages to the network on CCCH, which is mapped to RACH, carried in the PRACH.*

---

wherein the at least one available configuration is physical random access channel (PRACH) information related to a common control channel (CCCH) logical channel, the information including additional transport format information for the CCCH comprising at least one of a RLC (Radio Link Control) size, a transport block size, or number of transport blocks.

**3GPP TS 25.331 v 6.26.0**

**10.3.6.55 PRACH system information list**

| Information element | Need | Multi | Type and reference | Semantics description | Version |
|---|---|---|---|---|---|
| PRACH system information | MP | 1 .. \<maxPRACH> | | | |
| >PARCH info | MP | | PRACH info (for RACH) 10.3.6.52 | | |
| >Transport channel identity | MP | | Transport channel identity 10.3.5.18 | | |
| >RACH TFS | MD | | Transport format set 10.3.5.23 | Defauly value is the value of "RACH TFS" for the previous PRACH in the list NOTE: The first occurrence is then MP). NOTE: For TDD in this release there is a sigle TF within the TACH TFS | |

| | | | | | | |
|---|---|---|---|---|---|---|
| >Additional RACH TFS for CCCH | OP | | | Additional Dynamic Transport Format Information for CCCH 10.3.5.2a | FDD only | REL-6 |

**10.3.5.2a Additional Dynamic Transport Format Information for CCCH**

| Information element | Need | Multi | Type and reference | Semantics description | Version |
|---|---|---|---|---|---|
| RLC Size | MP | | Integer (48..4968) | Unit is bits For FDD, values are restricted to Integer (48..296 by step of 8, 312..1320 by step of 16, 1384..4968 by step of 64) | Rel-6 |
| Number of Transport blocks | MP | | Integer (1) | NOTE 1 | Rel-6 |

| US 7580388 – Claim 33 | 3GPP Specifications |
|---|---|
| A mobile communication device for transmitting control information to a network, the mobile communication device comprising: | **3GPP TS 25.331 v 6.26.0**<br><br>**10.2 Radio Resource Control messages**<br>[…]<br>**10.2.48.8.8 System Information Block type 5 and 5bis**<br>The system information block type 5 contains parameters for the configuration of the common physical channels in the cell. System information block type 5bis uses the same structure as System information block type 5. […] |
| an RF module configured to receive a first message from the network and to transmit a second message to the network, the first message including information indicating at least one available configuration for transmitting the second message and the second message including at least a portion of the control information; | |

| Information element | Need | Multi | Type and reference | Semantics description | Version |
|---|---|---|---|---|---|
| … | | | | | |
| Primary CCPCH info | OP | | Primary CCPCH info 10.3.6.57 | Note 1 | |
| PRACH system information list | MP | | PRACH system information list 10.3.6.55 | | |

…

| an antenna configured to receive the first message from the network and to transmit the second message to the network; | **10.3.6.55 PRACH system information list**<br><br>**10.2 Radio Resource Control messages**<br>[…]<br>**10.2.48.8.8 System Information Block type 5 and 5bis**<br>The system information block type 5 contains parameters for the configuration of the common physical channels in the cell. System information block type 5bis uses the same structure as System information block type 5. […] |
|---|---|
| a keypad configured to input information from a user; | |
| a storage unit configured to store information associated with the at least one available configuration for transmitting the second message; | |
| a display configured to convey information to the user; and | |

| Information element | Need | Multi | Type and reference | Semantics description | Version |
|---|---|---|---|---|---|
| … | | | | | |
| Primary CCPCH info | OP | | Primary CCPCH info 10.3.6.57 | Note 1 | |
| PRACH system information list | MP | | PRACH system information list | | |

| a processing unit configured to process the first message, select one of the at least one available configuration and transmit the second message utilizing the selected configuration, | |
|---|---|

| | | | 10.3.6.55 | | |
|---|---|---|---|---|---|

...

**10.3.6.55 PRACH system information list**

**8.1.1.6.5 System Information Block type 5 and 5bis**

The UE should store all relevant IEs included in this system information block. The UE shall:
⋮

1> if the IE "Additional Dynamic Transport Format Information for CCCH" is included for the selected PRACH:
  2> use this transport format for transmission of the CCCH.
1> else:
  2> use the first instance of the list of transport formats as in the IE "RACH TFS" for the used RACH received in the IE "PRACH system information list" when using the CCCH.

**3GPP TS 25.301 v 6.6.0**

**5.3 Layer 2 Services and Functions 5.3.1 MAC Services and Functions**
**5.3.1 MAC Services and Functions**
**5.3.1.1 MAC Services to upper layers**
**5.3.1.1.1 Logical channels**
Common Control Channel (CCCH) Bi-directional channel for transmitting control information between network and UEs. This channel is commonly used by the UEs having no RRC connection with the network and by the UEs using common transport channels when accessing a new cell after cell reselection.
[...]

**5.3.1.1.2 Mapping between logical channels and transport channels**
**5.3.1.1.2.1 Mapping in Uplink**
In Uplink, the following connections between logical channels and transport channels exist:
- CCCH can be mapped to RACH;
[..]

**3GPP TS 25.211 v 6.10.0**

**5.2.2 Common uplink physical channels**
**5.2.2.1 Physical Random Access Channel (PRACH)**
The Physical Random Access Channel (PRACH) is used to carry the RACH.

*Comment: The UE receives a RRC message with system configuration, and in particular a TFS to be used to transmit control information on RACH. The UE transmits control information messages to the network on CCCH, which is mapped to RACH, carried in the PRACH.*

wherein the at least one available configuration is physical random access channel (PRACH) information related to a common control channel (CCCH) logical channel, the information including additional transport format information for the CCCH comprising at

**3GPP TS 25.331 v 6.26.0**

**10.3.6.55 PRACH system information list**

| Information element | Need | Multi | Type and reference | Semantics description | Version |
|---|---|---|---|---|---|
| PRACH system information | MP | 1 .. <maxPRACH> | | | |

| least one of a RLC (Radio Link Control) size, a transport block size, or number of transport blocks. | >PARCH info | MP | | PRACH info (for RACH) 10.3.6.52 | | |
|---|---|---|---|---|---|---|
| | >Transport channel identity | MP | | Transport channel identity 10.3.5.18 | | |
| | >RACH TFS | MD | | Transport format set 10.3.5.23 | Defauly value is the value of "RACH TFS" for the previous PRACH in the list NOTE: The first occurrence is then MP). NOTE: For TDD in this release there is a signle TF within the TACH TFS | |
| | >Additional RACH TFS for CCCH | OP | | Additional Dynamic Transport Format Information for CCCH 10.3.5.2a | FDD only | REL-6 |

### 10.3.5.2a Additional Dynamic Transport Format Information for CCCH

| Information element | Need | Multi | Type and reference | Semantics description | Version |
|---|---|---|---|---|---|
| RLC Size | MP | | Integer (48..4968) | Unit is bits For FDD, values are restricted to Integer (48..296 by step of 8, 312..1320 by step of 16, 1384..4968 by step of 64) | Rel-6 |
| Number of Transport blocks | MP | | Integer (1) | NOTE 1 | Rel-6 |