# EXHIBIT 24

| US 7869396 – Claim 1 | 3GPP Specifications |
|---|---|
| A method of performing automatic repeat request (ARQ) in a wireless communication system, the method performed by a receiver and comprising: | **3GPP TS 36.322 v.8.5.0**<br><br>**3.2 Abbreviations**<br><br>ARQ Automatic Repeat reQuest<br><br>**4.2.1.3 AM RLC entity**<br>**4.2.1.3.1 General**<br>(…)<br>An AM RLC entity delivers/receives the following RLC data PDUs:<br>   − AMD PDU;<br>   − AMD PDU segment.<br><br>An AM RLC entity delivers/receives the following RLC control PDU:<br>   − STATUS PDU.<br><br>**4.2.1.3.3 Receiving side**<br>When the receiving side of an AM RLC entity receives RLC data PDUs, it shall:<br>…<br>- detect the loss of RLC data PDUs at lower layers and request retransmissions to its peer AM RLC entity; …<br><br>**4.4 Functions**<br>The following functions are supported by the RLC sub layer: …<br>- error correction through ARQ (only for AM data transfer); …<br><br>**5.1.3 AM data transfer**<br>**5.1.3.1 Transmit operations**<br>**5.1.3.1.1 General**<br>(…)<br>The transmitting side of an AM RLC entity can receive a positive acknowledgement (confirmation of successful reception by its peer AM RLC entity) for a RLC data PDU by the following:<br>   − STATUS PDU from its peer AM RLC entity. (…)<br><br>**5.2 ARQ procedures**<br><br>ARQ procedures are only performed by an AM RLC entity.<br><br>**5.2.1 Retransmission**<br>The transmitting side of an AM RLC entity can receive a negative acknowledgement (notification of reception failure by its peer AM RLC entity) for an AMD PDU or a portion of an AMD PDU by the following:<br>   − STATUS PDU from its peer AM RLC entity.<br><br>**5.2.3 Status reporting**<br>An AM RLC entity sends STATUS PDUs to its peer AM RLC entity in order to provide positive and/or negative acknowledgements of RLC PDUs (or portions of them). (…) |

| | |
|---|---|
| detecting whether at least one data block to be received from a transmitter is missed; | 3GPP TS 36.322 v.8.5.0<br><br>**5.1.3.2 Receive operations**<br>**5.1.3.2.3 Actions when a RLC data PDU is placed in the reception buffer**<br>When a RLC data PDU with SN = x is placed in the reception buffer, the receiving side of an AM RLC entity shall: …<br>- if *t-Reordering* is not running (includes the case *t-Reordering* is stopped due to actions above):<br>    - if VR (H) > VR(R):<br>        - start *t-Reordering*;<br>        - set VR(X) to VR(H).<br>**7.1 State variables**<br>…. The receiving side of each AM RLC entity shall maintain the following state variables:<br>a) VR(R) – Receive state variable<br>This state variable holds the value of the SN following the last in-sequence completely received AMD PDU, and it serves as the lower edge of the receiving window. It is initially set to 0, and is updated whenever the AM RLC entity receives an AMD PDU with SN = VR(R). …<br>e) VR(H) – Highest received state variable<br>This state variable holds the value of the SN following the SN of the RLC data PDU with the highest SN among received RLC data PDUs. It is initially set to 0.<br><br>**7.3 Timers**<br>The following timers are configured by RRC [5]: …<br>b) *t-Reordering*<br>This timer is used by the receiving side of an AM RLC entity and receiving UM RLC entity in order to detect loss of RLC PDUs at lower layer (see sub clauses 5.1.2.2 and 5.1.3.2). … |
| starting a timer when the at least one data block is detected as missed; | 3GPP TS 36.322 v.8.5.0<br><br>**5.1.3.2 Receive operations**<br>**5.1.3.2.3 Actions when a RLC data PDU is placed in the reception buffer**<br>When a RLC data PDU with SN = x is placed in the reception buffer, the receiving side of an AM RLC entity shall: …<br>- if t-Reordering is not running (includes the case t-Reordering is stopped due to actions above):<br>    - if VR (H) > VR(R):<br>        - start t-Reordering;<br>        - set VR(X) to VR(H).<br>**7.3 Timers**<br>The following timers are configured by RRC [5]: …<br>b) *t-Reordering*<br>This timer is used by the receiving side of an AM RLC entity and receiving UM RLC entity in order to detect loss of RLC PDUs at lower layer (see sub clauses 5.1.2.2 and 5.1.3.2). |
| stopping the timer when the at least one data block is received from the transmitter while the timer is running, in order to prevent a triggering of a status report before the timer expires; and | 3GPP TS 36.322 v.8.5.0<br><br>**5.1.3.2.3 Actions when a RLC data PDU is placed in the reception buffer**<br>When a RLC data PDU with SN = x is placed in the reception buffer, the receiving side of an AM RLC entity shall: (…)<br>   – if *t-Reordering* is running: |

| | |
|---|---|
| | − if VR(X) = VR(R); or<br>− if VR(X) falls outside of the receiving window:<br>stop and reset *t-Reordering*; (…) |
| transmitting the status report to the transmitter after the timer expires, | **3GPP TS 36.322 v.8.5.0**<br><br>**5.2.3 Status reporting**<br>…Triggers to initiate STATUS reporting include: …<br>- Detection of reception failure of an RLC data PDU:<br>    - The receiving side of an AM RLC entity shall trigger a STATUS<br>    report when *t-Reordering* expires.<br>NOTE: The expiry of *T_reordering* triggers both VR(MS) to be updated and a STATUS report to be triggered, but the STATUS report shall be triggered after VR(MS) is updated. … |
| wherein the status report comprises a positive acknowledgement indicating receipt of at least one received data block. | **3GPP TS 36.322 v.8.5.0**<br><br>**5.2.3 Status reporting**<br>An AM RLC entity sends STATUS PDUs to its peer AM RLC entity in order to provide positive and/or negative acknowledgements of RLC PDUs (or portions of them).<br>(…)<br><br>When constructing a STATUS PDU, the AM RLC entity shall: …<br>− set the ACK_SN to the SN of the next not received RLC Data PDU which is not indicated as missing in the resulting STATUS PDU.<br><br>**6.1.2 RLC control PDU**<br>**a) STATUS PDU**<br>STATUS PDU is used by the receiving AM RLC entity to inform the transmitting AM RLC entity about AMD PDUs that are received successfully, and AMD PDUs that are detected to be lost by the receiving AM RLC entity.<br><br>**6.2.1.6 STATUS PDU**<br>STATUS PDU consists of a STATUS PDU payload and a RLC control PDU header. (…)<br><br>The STATUS PDU payload starts from the first bit following the RLC control PDU header, and it consists of one ACK_SN and one E1, zero or more sets of a NACK_SN, an E1 and an E2, and possibly a set of a SOstart and a SOend for each NACK_SN. When necessary one to seven padding bits are included in the end of the STATUS PDU to achieve octet alignment.<br><br><br>Figure 6.2.1.6-1: STATUS PDU |

| | 6.2.2.14 Acknowledgement SN (ACK_SN) field<br>Length: 10 bits.<br><br>The ACK_SN field indicates the SN of the next not received RLC Data PDU which is not reported as missing in the STATUS PDU. When the transmitting side of an AM RLC entity receives a STATUS PDU, it interprets that all AMD PDUs up to but not including the AMD PDU with SN = ACK_SN have been received by its peer AM RLC entity, excluding those AMD PDUs indicated in the STATUS PDU with NACK_SN and portions of AMD PDUs indicated in the STATUS PDU with NACK_SN, SOstart and SOend. |
|---|---|
| **US 7869396 – Claim 6** | **3GPP Specifications** |
| The method of claim 1, wherein the at least one data block comprises a Radio Link Control (RLC) Protocol Data Unit (PDU). | **4.2 RLC architecture**<br>**4.2.1 RLC entities**<br><br>An AM RLC entity consists of a transmitting side and a receiving side. …<br>The receiving side of an AM RLC entity delivers RLC SDUs to upper layer and receives RLC PDUs from its peer AM RLC entity via lower layers.<br><br>**4.2.1.3 AM RLC entity**<br>**4.2.1.3.1 General**<br>… An AM RLC entity delivers/receives the following RLC data PDUs:<br>- AMD PDU;<br>- AMD PDU segment.<br><br>**4.2.1.3.3 Receiving side**<br>When the receiving side of an AM RLC entity receives RLC data PDUs, it shall: … |
| **US 7869396 – Claim 8** | **3GPP Specifications** |
| A receiver for performing automatic repeat request (ARQ) in a wireless communication system, the receiver comprising a Radio Link Control (RLC) entity, wherein the RLC entity is configured to: | **3GPP TS 36.322 v.8.5.0**<br><br>**3.2 Abbreviations**<br><br>ARQ Automatic Repeat request<br><br>**4.2 RLC architecture**<br>**4.2.1 RLC entities**<br><br>An AM RLC entity consists of a transmitting side and a receiving side. …<br>The receiving side of an AM RLC entity delivers RLC SDUs to upper layer and receives RLC PDUs from its peer AM RLC entity via lower layers.<br><br>**4.2.1.3 AM RLC entity**<br>**4.2.1.3.1 General**<br>(…)<br>An AM RLC entity delivers/receives the following RLC data PDUs:<br>– AMD PDU;<br>– AMD PDU segment.<br><br>An AM RLC entity delivers/receives the following RLC control PDU:<br>– STATUS PDU.<br><br>**4.2.1.3.3 Receiving side**<br>When the receiving side of an AM RLC entity receives RLC data PDUs, it shall: |

| | |
|---|---|
| | …<br>- detect the loss of RLC data PDUs at lower layers and request retransmissions to its peer AM RLC entity; …<br><br>**4.4 Functions**<br>The following functions are supported by the RLC sub layer: …<br>- error correction through ARQ (only for AM data transfer); …<br><br>**5.1.3 AM data transfer**<br>**5.1.3.1 Transmit operations**<br>**5.1.3.1.1 General**<br>(…)<br>The transmitting side of an AM RLC entity can receive a positive acknowledgement (confirmation of successful reception by its peer AM RLC entity) for a RLC data PDU by the following:<br>   − STATUS PDU from its peer AM RLC entity. (…)<br><br>**5.2 ARQ procedures**<br><br>ARQ procedures are only performed by an AM RLC entity.<br><br>**5.2.1 Retransmission**<br>The transmitting side of an AM RLC entity can receive a negative acknowledgement (notification of reception failure by its peer AM RLC entity) for an AMD PDU or a portion of an AMD PDU by the following:<br>   − STATUS PDU from its peer AM RLC entity.<br><br>**5.2.3 Status reporting**<br>An AM RLC entity sends STATUS PDUs to its peer AM RLC entity in order to provide positive and/or negative acknowledgements of RLC PDUs (or portions of them). (…) |
| detect whether at least one data block to be received from a transmitter is missed; | **3GPP TS 36.322 v.8.5.0**<br><br>**5.1.3.2 Receive operations**<br>**5.1.3.2.3 Actions when a RLC data PDU is placed in the reception buffer**<br>When a RLC data PDU with SN = x is placed in the reception buffer, the receiving side of an AM RLC entity shall: …<br>- if *t-Reordering* is not running (includes the case *t-Reordering* is stopped due to actions above):<br>     - if VR (H) > VR(R):<br>        - start *t-Reordering*;<br>        - set VR(X) to VR(H).<br>**7.1 State variables**<br>**….** The receiving side of each AM RLC entity shall maintain the following state variables:<br>a) VR(R) – Receive state variable<br>This state variable holds the value of the SN following the last in-sequence completely received AMD PDU, and it serves as the lower edge of the receiving window. It is initially set to 0, and is updated whenever the AM RLC entity receives an AMD PDU with SN = VR(R). …<br>e) VR(H) – Highest received state variable<br>This state variable holds the value of the SN following the SN of the RLC data PDU with the highest SN among received RLC data PDUs. It is initially set to 0. |

| | |
|---|---|
| | **7.3 Timers**<br>The following timers are configured by RRC [5]: …<br>b) *t-Reordering*<br>This timer is used by the receiving side of an AM RLC entity and receiving UM RLC entity in order to detect loss of RLC PDUs at lower layer (see sub clauses 5.1.2.2 and 5.1.3.2). … |
| start a timer when the at least one data block is detected as missed; | **3GPP TS 36.322 v.8.5.0**<br><br>**5.1.3.2 Receive operations**<br>**5.1.3.2.3 Actions when a RLC data PDU is placed in the reception buffer**<br>When a RLC data PDU with SN = x is placed in the reception buffer, the receiving side of an AM RLC entity shall: …<br>- if t-Reordering is not running (includes the case t-Reordering is stopped due to actions above):<br>    - if VR (H) > VR(R):<br>        - start t-Reordering;<br>        - set VR(X) to VR(H).<br>**7.3 Timers**<br>The following timers are configured by RRC [5]: …<br>b) *t-Reordering*<br>This timer is used by the receiving side of an AM RLC entity and receiving UM RLC entity in order to detect loss of RLC PDUs at lower layer (see sub clauses 5.1.2.2 and 5.1.3.2). |
| stop the timer when the at least one data block is received from the transmitter while the timer is running, in order to prevent a triggering of a status report before the timer expires; and | **3GPP TS 36.322 v.8.5.0**<br><br>**5.1.3.2.3 Actions when a RLC data PDU is placed in the reception buffer**<br>When a RLC data PDU with SN = x is placed in the reception buffer, the receiving side of an AM RLC entity shall: (…)<br>  – if *t-Reordering* is running:<br>    – if VR(X) = VR(R); or<br>    – if VR(X) falls outside of the receiving window:<br>stop and reset *t-Reordering*; (…) |
| transmit the status report to the transmitter after the timer expires, | **3GPP TS 36.322 v.8.5.0**<br><br>**5.2.3 Status reporting**<br>…Triggers to initiate STATUS reporting include: …<br>- Detection of reception failure of an RLC data PDU:<br>    - The receiving side of an AM RLC entity shall trigger a STATUS report when *t-Reordering* expires.<br>NOTE: The expiry of *T_reordering* triggers both VR(MS) to be updated and a STATUS report to be triggered, but the STATUS report shall be triggered after VR(MS) is updated. … |
| wherein the status report comprises a positive acknowledgement indicating receipt of at least one received data block. | **3GPP TS 36.322 v.8.5.0**<br><br>**5.2.3 Status reporting**<br>An AM RLC entity sends STATUS PDUs to its peer AM RLC entity in order to provide positive and/or negative acknowledgements of RLC PDUs (or portions of them).<br>(…)<br><br>When constructing a STATUS PDU, the AM RLC entity shall: …<br>    – set the ACK_SN to the SN of the next not received RLC Data PDU which |

is not indicated as missing in the resulting STATUS PDU.

**6.1.2 RLC control PDU**
**a) STATUS PDU**
STATUS PDU is used by the receiving AM RLC entity to inform the transmitting AM RLC entity about AMD PDUs that are received successfully, and AMD PDUs that are detected to be lost by the receiving AM RLC entity.

**6.2.1.6 STATUS PDU**
STATUS PDU consists of a STATUS PDU payload and a RLC control PDU header. (…)

The STATUS PDU payload starts from the first bit following the RLC control PDU header, and it consists of one ACK_SN and one E1, zero or more sets of a NACK_SN, an E1 and an E2, and possibly a set of a SOstart and a SOend for each NACK_SN. When necessary one to seven padding bits are included in the end of the STATUS PDU to achieve octet alignment.



Figure 6.2.1.6-1: STATUS PDU

**6.2.2.14 Acknowledgement SN (ACK_SN) field**
Length: 10 bits.

The ACK_SN field indicates the SN of the next not received RLC Data PDU which is not reported as missing in the STATUS PDU. When the transmitting side of an AM RLC entity receives a STATUS PDU, it interprets that all AMD PDUs up to but not including the AMD PDU with SN = ACK_SN have been received by its peer AM RLC entity, excluding those AMD PDUs indicated in the STATUS PDU with NACK_SN and portions of AMD PDUs indicated in the STATUS PDU with NACK_SN, SOstart and SOend.