# EXHIBIT 26

| US 8971279 – Claim 1 | 3GPP Specifications |
|---|---|
| A method for deactivating Semi-Persistent Scheduling (SPS) transmission in a wireless mobile communication system, the method comprising: | **3GPP TS 36.213 V 8.6.0**<br>**9.2 PDCCH validation for semi-persistent scheduling**<br><br>A UE shall validate a Semi-Persistent Scheduling assignment PDCCH only if all the following conditions are met: …<br>Validation is achieved if all the fields for the respective used DCI format are set according to Table 9.2-1 or Table 9.2-1A.<br>If validation is achieved, the UE shall consider the received DCI information accordingly as a valid semi-persistent activation or release. |
| performing, by a User Equipment (UE), a SPS transmission at an interval of a subframe period configured by a radio resource control (RRC) signal; | **3GPP TS 36.321 V 8.5.0**<br>**5.4 UL-SCH data transfer**<br>**5.4.1 UL Grant reception**<br><br>In order to transmit on the UL-SCH the UE must have a valid uplink grant (except for non-adaptive HARQ retransmissions) which it may receive dynamically on the PDCCH or in a Random Access Response or which may be configured semi-persistently. …<br><br>**5.10.2 Uplink**<br><br>After a Semi-Persistent Scheduling uplink grant is configured, the UE shall:<br>- if [two-intervals-Semi-Persistent Scheduling] is enabled by upper layer:<br>    - set the Subframe_Offset according to Table 7.4-1.<br>- else:<br>    - set Subframe_Offset to 0.<br>- consider that the grant recurs in each subframe for which:<br>    - (10 * SFN + subframe) = [(10 * SFNstart time + subframestart time) + N * *semiPersistSchedIntervalUL* + Subframe_Offset * (N modulo 2)] modulo 10240, for all N>0.<br><br>**3GPP TS 36.331 V 8.4.0**<br>**6.2 RRC messages**<br><br>– *RRCConnectionReconfiguration*<br>The *RRCConnectionReconfiguration* message is the command to modify an RRC connection. It may convey information for measurement configuration, mobility control, dedicated NAS information, radio resource configuration (including RBs, MAC main configuration and physical channel configuration), security configuration and UE related information.<br>    Signalling radio bearer: SRB1<br>    RLC-SAP: AM<br>    Logical channel: DCCH<br>    Direction: E-UTRAN to UE<br><br>**6.3.2 Radio resource control information elements**<br><br>– *RadioResourceConfigDedicated* |

| | |
|---|---|
| | The IE *RadioResourceConfigDedicated* is used to setup/modify/release RBs, to setup/modifiy transport channel configurations and to setup/modify physical channels. … |
| | **RadioResourceConfigDedicated field descriptions** |
| | *rlc-Configuration* — SRB choice indicates whether the RLC configuration is set to the values signalled explicitly or to the values defined in the default RLC configuration for SRB1 in 9.2.1.1 or for SRB2 in 9.2.1.2. E-UTRAN does not reconfigure the RLC mode of DRBs. |
| | *pdcp-Configuration* — E-UTRAN can reconfigure PDCP header compression for DRBs only when the PDCP re-establishment procedure is performed. |
| | *mac-MainConfig* — The default MAC main configuration is specified in 9.2.2. |
| | *sps-Configuration* — The default SPS configuration is specified in 9.2.3. |
| | *physicalConfigDedicated* — The default dedicated physical configuration is specified in 9.2.4. |
| | *logicalChannelConfig [in SRB-ToAddModifyList]* — For SRBs a choice is used to indicate whether the logical channel configuration is signalled explicitly or set to the values defined in the default logical channel configuration for SRB1 in 9.2.1.1 or for SRB2 in 9.2.1.2. |
| | *logicalChannelIdentity* — The logical channel identity for both UL and DL. |
| | **– SPS-Configuration** |
| | The IE *SPS-Configuration* is used to specify the semi-persistent scheduling configuration. |
| | **SPS-Configuration field descriptions** |
| | *semiPersistSchedC-RNTI* — Semi-persistent Scheduling C-RNTI, see TS 36.321 [6]. |
| | *semiPersistSchedIntervalDL* — Semi-persistent scheduling interval in downlink. Value in number of sub-frames. Value sf10 corresponds to 10 sub-frames, sf20 corresponds to 20 sub-frames and so on. For TDD, this parameter should be round to the nearest integer (of 10 sub-frames) towards zero, e.g. sf10 corresponds to 10 sub-frames, sf32 corresponds to 30 sub-frames, sf128 corresponds to 120 sub-frames. |
| | *numberOfConfSPS-Processes* — Parameter: *Number of Configured SPS Processes*, see TS36.321 [6]. |
| | *n1Pucch-AN-Persistent* — Parameter: $n_{PUCCH}^{(1)}$ see TS 36.213, [23, 10.1]. |
| | *semiPersistSchedIntervalUL* — Semi-persistent scheduling interval in uplink. Value in number of sub-frames. Value sf10 corresponds to 10 sub-frames, sf20 corresponds to 20 sub-frames and so on. For TDD, this parameter should be round to the nearest integer (of 10 sub-frames) towards zero, e.g. sf10 corresponds to 10 sub-frames, sf32 corresponds to 30 sub-frames, sf128 corresponds to 120 sub-frames. |
| | *implicitReleaseAfter* — Number of empty transmissions before implicit release, see TS 36.321, 5.11.2. Value e2 corresponds to 2 transmissions, e3 corresponds to 3 transmissions. |
| | *p0-NominalPUSCH-Persistent* — Parameter: $P_{0,NOMINAL\_PUSCH}$ (0). See TS 36.213, 5.1.1.1, unit dBm step 1. This field is applicable for persistent scheduling, only. If choice 'enable' is used and *p0-Persistent* is absent, apply the (default) value of *p0-NominalPUSCH* for *p0-NominalPUSCH-Persistent*. |
| | *p0-UePUSCH-Persistent* — Parameter: $P_{0,UE;\ PUSCH}$ (0). See TS 36.213, 5.1.1.1, unit dB. This field is applicable for persistent scheduling, only. If choice 'enable' is used and *p0-Persistent* is absent, apply the (default) value of p0-UePUSCH for *p0-UePUSCH-Persistent*. |
| receiving, by the UE, a Physical Downlink Control Channel (PDCCH) signal with a Radio Network Temporary Identifier (RNTI), | **3GPP 36 212 V8.8.0**<br>**5.3.3 Downlink control information**<br>A DCI transports downlink or uplink scheduling information, or uplink power control commands for one RNTI. The RNTI is implicitly encoded in the CRC.<br><br>**5.3.3.1.1 Format 0**<br>DCI format 0 is used for the scheduling of PUSCH….<br><br>**3GPP 36 213 V8.6.0**<br>**9.1.1 PDCCH Assignment Procedure**<br>The UE shall monitor a set of PDCCH candidates for control information in every non-DRX subframe, where monitoring implies attempting to decode each of the PDCCHs in the set according to all the monitored DCI formats.<br><br>**8 Physical uplink shared channel related procedures**<br>If a UE is configured by higher layers to decode PDCCHs with the CRC scrambled by the SPS C-RNTI, the UE shall decode the PDCCH according to the combination defined in table 8-5 …<br><br>**Table 8-5: PDCCH configured by SPS C-RNTI**<br><br>| DCI format | Search Space |<br>|---|---|<br>| DCI format 0 | Common and UE specific by C-RNTI | |

| | |
|---|---|
| wherein the PDCCH signal includes a first field related to a resource allocation; | **3GPP 36 213 V8.6.0**<br>**9.2 PDCCH validation for semi-persistent scheduling**<br><br>Table 9.2-1A: Special fields for Semi-Persistent Scheduling Release PDCCH Validation<br><br>| | DCI format 0 | DCI format 1A |<br>|---|---|---|<br>| TPC command for scheduled PUSCH | set to '00' | N/A |<br>| Cyclic shift DM RS | set to '000' | N/A |<br>| Modulation and coding scheme and redundancy version | set to '11111' | N/A |<br>| Resource block assignment and hopping resource allocation | Set to all '1's | N/A |<br>| HARQ process number | N/A | FDD: set to '000'<br>TDD: set to '0000' |<br>| Modulation and coding scheme | N/A | set to '11111' |<br>| Redundancy version | N/A | set to '00' |<br>| Resource block assignment | N/A | Set to all '1's |<br><br>**3GPP 36 212 V8.8.0**<br>**5.3.3.1.1 Format 0**<br><br>DCI format 0 is used for the scheduling of PUSCH.<br>The following information is transmitted by means of the DCI format 0: …<br>- Resource block assignment and hopping resource allocation -<br><br>$\left\lceil \log_2(N_{RB}^{UL}(N_{RB}^{UL}+1)/2) \right\rceil$ bits … |
| and performing a procedure for deactivating the SPS transmission if the PDCCH signal satisfies conditions for SPS deactivation, wherein the conditions for SPS deactivation includes: the RNTI is a SPS Cell RNTI (SPS C-RNTI) | **3GPP 36 213 V8.6.0**<br>**9.2 PDCCH validation for semi-persistent scheduling**<br><br>A UE shall validate a Semi-Persistent Scheduling assignment PDCCH only if all the following conditions are met:<br>    - the CRC parity bits obtained for the PDCCH payload are scrambled with the Semi-Persistent Scheduling C-RNTI<br>    - the new data indicator field, in case of DCI formats 2 and 2A for the enabled transport block, is set to '0'<br>Validation is achieved if all the fields for the respective used DCI format are set according to Table 9.2-1 or Table 9.2-1A.<br>If validation is achieved, the UE shall consider the received DCI information accordingly as a valid semi-persistent activation or release.<br>If validation is not achieved, the received DCI format shall be considered by the UE as having been received with a non-matching CRC.<br><br>**3GPP TS 36.321 V 8.5.0**<br>**7.1 RNTI values**<br><br>Table 7.1-2: RNTI usage.<br><br>| RNTI | Usage | Transport Channel | Logical Channel |<br>|---|---|---|---|<br>| P-RNTI | Paging and System Information change notification | PCH | PCCH |<br>| SI-RNTI | Broadcast of System Information | DL-SCH | BCCH |<br>| RA-RNTI | Random Access Response | DL-SCH | N/A |<br>| Temporary C-RNTI | Contention Resolution (when no valid C-RNTI is available) | DL-SCH | CCCH |<br>| Temporary C-RNTI | Msg3 transmission | UL-SCH | CCCH, DCCH, DTCH |<br>| C-RNTI | Dynamically scheduled unicast transmission | DL-SCH, UL-SCH | DCCH, DTCH |<br>| C-RNTI | Triggering of PDCCH ordered random access | N/A | N/A |<br>| Semi-Persistent Scheduling C-RNTI | Semi-Persistently scheduled unicast transmission (activation, reactivation and retransmission) | DL-SCH, UL-SCH | DCCH, DTCH |<br>| Semi-Persistent Scheduling C-RNTI | Semi-Persistently scheduled unicast transmission (deactivation) | N/A | N/A |<br>| TPC-PUCCH-RNTI | Physical layer Uplink power control | N/A | N/A |<br>| TPC-PUSCH-RNTI | Physical layer Uplink power control | N/A | N/A | |

| | |
|---|---|
| and the first field is entirely filled with '1'. | **3GPP 36 213 V8.6.0**<br>**9.2 PDCCH validation for semi-persistent scheduling**<br><br>Table 9.2-1A: Special fields for Semi-Persistent Scheduling Release PDCCH Validation<br><br>| | DCI format 0 | DCI format 1A |<br>\|---\|---\|---\|<br>\| TPC command for scheduled PUSCH | set to '00' | N/A |<br>\| Cyclic shift DM RS | set to '000' | N/A |<br>\| Modulation and coding scheme and redundancy version | set to '11111' | N/A |<br>\| Resource block assignment and hopping resource allocation | Set to all '1's | N/A |<br>\| HARQ process number | N/A | FDD: set to '000'<br>TDD: set to '0000' |<br>\| Modulation and coding scheme | N/A | set to '11111' |<br>\| Redundancy version | N/A | set to '00' |<br>\| Resource block assignment | N/A | Set to all '1's | |
| **US 8971279 – Claim 11** | **3GPP Specifications** |
| A User Equipment (UE) used for in a wireless mobile communication system, the UE configured to: | On information and belief the User Equipment (UE) is used in a wireless mobile communication system. |
| perform a Semi-Persistent Scheduling (SPS) transmission at an interval of a subframe period configured by a radio resource control (RRC) signal; | **3GPP TS 36.321 V 8.5.0**<br>**5.4 UL-SCH data transfer**<br>**5.4.1 UL Grant reception**<br><br>In order to transmit on the UL-SCH the UE must have a valid uplink grant (except for non-adaptive HARQ retransmissions) which it may receive dynamically on the PDCCH or in a Random Access Response or which may be configured semi-persistently. …<br><br>**5.10.2 Uplink**<br><br>After a Semi-Persistent Scheduling uplink grant is configured, the UE shall:<br>- if [two-intervals-Semi-Persistent Scheduling] is enabled by upper layer:<br>    - set the Subframe_Offset according to Table 7.4-1.<br>- else:<br>    - set Subframe_Offset to 0.<br>- consider that the grant recurs in each subframe for which:<br>    - (10 * SFN + subframe) = [(10 * SFNstart time + subframestart time) + N * *semiPersistSchedIntervalUL* + Subframe_Offset * (N modulo 2)] modulo 10240, for all N>0.<br><br>**3GPP TS 36.331 V 8.4.0**<br>**6.2 RRC messages** |

– *RRCConnectionReconfiguration*

The *RRCConnectionReconfiguration* message is the command to modify an RRC connection. It may convey information for measurement configuration, mobility control, dedicated NAS information, radio resource configuration (including RBs, MAC main configuration and physical channel configuration), security configuration and UE related information.

    Signalling radio bearer: SRB1
    RLC-SAP: AM
    Logical channel: DCCH
    Direction: E-UTRAN to UE

## 6.3.2 Radio resource control information elements

– *RadioResourceConfigDedicated*

The IE *RadioResourceConfigDedicated* is used to setup/modify/release RBs, to setup/modifiy transport channel configurations and to setup/modify physical channels. …

| *RadioResourceConfigDedicated* field descriptions |
|---|
| *rlc-Configuration* |
| SRB choice indicates whether the RLC configuration is set to the values signalled explicitly or to the values defined in the default RLC configuration for SRB1 in 9.2.1.1 or for SRB2 in 9.2.1.2. E-UTRAN does not reconfigure the RLC mode of DRBs. |
| *pdcp-Configuration* |
| E-UTRAN can reconfigure PDCP header compression for DRBs only when the PDCP re-establishment procedure is performed. |
| *mac-MainConfig* |
| The default MAC main configuration is specified in 9.2.2. |
| *sps-Configuration* |
| The default SPS configuration is specified in 9.2.3. |
| *physicalConfigDedicated* |
| The default dedicated physical configuration is specified in 9.2.4. |
| *logicalChannelConfig [in SRB-ToAddModifyList]* |
| For SRBs a choice is used to indicate whether the logical channel configuration is signalled explicitly or set to the values defined in the default logical channel configuration for SRB1 in 9.2.1.1 or for SRB2 in 9.2.1.2. |
| *logicalChannelIdentity* |
| The logical channel identity for both UL and DL. |

– *SPS-Configuration*

The IE *SPS-Configuration* is used to specify the semi-persistent scheduling configuration.

| *SPS-Configuration* field descriptions |
|---|
| *semiPersistSchedC-RNTI* |
| Semi-persistent Scheduling C-RNTI, see TS 36.321 [6]. |
| *semiPersistSchedIntervalDL* |
| Semi-persistent scheduling interval in downlink. Value in number of sub-frames. Value sf10 corresponds to 10 sub-frames, sf20 corresponds to 20 sub-frames and so on. For TDD, this parameter should be round to the nearest integer (of 10 sub-frames) towards zero, e.g. sf10 corresponds to 10 sub-frames, sf32 corresponds to 30 sub-frames, sf128 corresponds to 120 sub-frames. |
| *numberOfConfSPS-Processes* |
| Parameter: *Number of Configured SPS Processes,* see TS36.321 [6]. |
| *n1Pucch-AN-Persistent* |
| Parameter: $n^{(1)}_{PUCCH}$ see TS 36.213, [23, 10.1] |
| *semiPersistSchedIntervalUL* |
| Semi-persistent scheduling interval in uplink. Value in number of sub-frames. Value sf10 corresponds to 10 sub-frames, sf20 corresponds to 20 sub-frames and so on. For TDD, this parameter should be round to the nearest integer (of 10 sub-frames) towards zero, e.g. sf10 corresponds to 10 sub-frames, sf32 corresponds to 30 sub-frames, sf128 corresponds to 120 sub-frames. |
| *implicitReleaseAfter* |
| Number of empty transmissions before implicit release, see TS 36.321, 5.11.2. Value e2 corresponds to 2 transmissions, e3 corresponds to 3 transmissions. |
| *p0-NominalPUSCH-Persistent* |
| Parameter: $P_{0,NOMINAL\_PUSCH}$ (0). See TS 36.213, 5.1.1.1, unit dBm step 1. This field is applicable for persistent scheduling, only. If choice 'enable' is used and *p0-Persistent* is absent, apply the (default) value of *p0-NominalPUSCH* for *p0-NominalPUSCH-Persistent*. |
| *p0-UePUSCH-Persistent* |
| Parameter: $P_{0,UE\_PUSCH}$ (0). See TS 36.213, 5.1.1.1, unit dB. This field is applicable for persistent scheduling, only. If choice 'enable' is used and *p0-Persistent* is absent, apply the (default) value of p0-UePUSCH for p0-UePUSCH-Persistent. |

| | |
|---|---|
| receive a Physical Downlink Control Channel (PDCCH) signal with a Radio Network Temporary Identifier (RNTI), | **3GPP 36 212 V8.8.0**<br>**5.3.3 Downlink control information**<br>A DCI transports downlink or uplink scheduling information, or uplink power control commands for one RNTI. The RNTI is implicitly encoded in the CRC.<br><br>**5.3.3.1.1 Format 0**<br>DCI format 0 is used for the scheduling of PUSCH….<br><br>**3GPP 36 213 V8.6.0**<br>**9.1.1 PDCCH Assignment Procedure**<br>The UE shall monitor a set of PDCCH candidates for control information in every non-DRX subframe, where monitoring implies attempting to decode each of the PDCCHs in the set according to all the monitored DCI formats.<br><br>**8 Physical uplink shared channel related procedures**<br>If a UE is configured by higher layers to decode PDCCHs with the CRC scrambled by the SPS C-RNTI, the UE shall decode the PDCCH according to the combination defined in table 8-5 …<br><br>Table 8-5: PDCCH configured by SPS C-RNTI<br><br>\| DCI format \| Search Space \|<br>\|---\|---\|<br>\| DCI format 0 \| Common and UE specific by C-RNTI \| |
| wherein the PDCCH signal includes a first field related to a resource allocation; and | **3GPP 36 213 V8.6.0**<br>**9.2 PDCCH validation for semi-persistent scheduling**<br><br>Table 9.2-1A: Special fields for Semi-Persistent Scheduling Release PDCCH Validation<br><br>\| \| DCI format 0 \| DCI format 1A \|<br>\|---\|---\|---\|<br>\| TPC command for scheduled PUSCH \| set to '00' \| N/A \|<br>\| Cyclic shift DM RS \| set to '000' \| N/A \|<br>\| Modulation and coding scheme and redundancy version \| set to '11111' \| N/A \|<br>\| Resource block assignment and hopping resource allocation \| Set to all '1's \| N/A \|<br>\| HARQ process number \| N/A \| FDD: set to '000'<br>TDD: set to '0000' \|<br>\| Modulation and coding scheme \| N/A \| set to '11111' \|<br>\| Redundancy version \| N/A \| set to '00' \|<br>\| Resource block assignment \| N/A \| Set to all '1's \|<br><br>**3GPP 36 212 V8.8.0**<br>**5.3.3.1.1 Format 0**<br><br>DCI format 0 is used for the scheduling of PUSCH.<br>The following information is transmitted by means of the DCI format 0: …<br>- Resource block assignment and hopping resource allocation - $\left\lceil \log_2(N_{RB}^{UL}(N_{RB}^{UL}+1)/2) \right\rceil$ bits … |

| | |
|---|---|
| performing a procedure for deactivating the SPS transmission if the PDCCH signal satisfies conditions for SPS deactivation, wherein the conditions for SPS deactivation include: the RNTI is a SPS Cell RNTI (SPS C-RNTI); | **3GPP 36 213 V8.6.0**<br>**9.2 PDCCH validation for semi-persistent scheduling**<br><br>A UE shall validate a Semi-Persistent Scheduling assignment PDCCH only if all the following conditions are met:<br>  - the CRC parity bits obtained for the PDCCH payload are scrambled with the Semi-Persistent Scheduling C-RNTI<br>  - the new data indicator field, in case of DCI formats 2 and 2A for the enabled transport block, is set to '0'<br>Validation is achieved if all the fields for the respective used DCI format are set according to Table 9.2-1 or Table 9.2-1A.<br>If validation is achieved, the UE shall consider the received DCI information accordingly as a valid semi-persistent activation or release.<br>If validation is not achieved, the received DCI format shall be considered by the UE as having been received with a non-matching CRC.<br><br>**3GPP TS 36.321 V 8.5.0**<br>**7.1 RNTI values**<br><br>Table 7.1-2: RNTI usage.<br><br>| RNTI | Usage | Transport Channel | Logical Channel |<br>|---|---|---|---|<br>| P-RNTI | Paging and System Information change notification | PCH | PCCH |<br>| SI-RNTI | Broadcast of System Information | DL-SCH | BCCH |<br>| RA-RNTI | Random Access Response | DL-SCH | N/A |<br>| Temporary C-RNTI | Contention Resolution (when no valid C-RNTI is available) | DL-SCH | CCCH |<br>| Temporary C-RNTI | Msg3 transmission | UL-SCH | CCCH, DCCH, DTCH |<br>| C-RNTI | Dynamically scheduled unicast transmission | DL-SCH, UL-SCH | DCCH, DTCH |<br>| C-RNTI | Triggering of PDCCH ordered random access | N/A | N/A |<br>| Semi-Persistent Scheduling C-RNTI | Semi-Persistently scheduled unicast transmission (activation, reactivation and retransmission) | DL-SCH, UL-SCH | DCCH, DTCH |<br>| Semi-Persistent Scheduling C-RNTI | Semi-Persistently scheduled unicast transmission (deactivation) | N/A | N/A |<br>| TPC-PUCCH-RNTI | Physical layer Uplink power control | N/A | N/A |<br>| TPC-PUSCH-RNTI | Physical layer Uplink power control | N/A | N/A | |
| and the first field is entirely filled with '1'. | **3GPP 36 213 V8.6.0**<br>**9.2 PDCCH validation for semi-persistent scheduling**<br><br>Table 9.2-1A: Special fields for Semi-Persistent Scheduling Release PDCCH Validation<br><br>| | DCI format 0 | DCI format 1A |<br>|---|---|---|<br>| TPC command for scheduled PUSCH | set to '00' | N/A |<br>| Cyclic shift DM RS | set to '000' | N/A |<br>| Modulation and coding scheme and redundancy version | set to '11111' | N/A |<br>| Resource block assignment and hopping resource allocation | Set to all '1's | N/A |<br>| HARQ process number | N/A | FDD: set to '000'<br>TDD: set to '0000' |<br>| Modulation and coding scheme | N/A | set to '11111' |<br>| Redundancy version | N/A | set to '00' |<br>| Resource block assignment | N/A | Set to all '1's | |