AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A. | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | |
| v. | ) | Civil Action No.  20-CV-22051-JEM |
| HMD AMERICA, INC., and HMD GLOBAL OY | ) ) ) ) | |
| _Defendant(s)_ | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   HMD America, Inc.
     c/o its Registered Agent
     Cristina Hoyos
     1200 Brickell Ave., Suite 510
     Miami Florida 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jorge Espinosa, Esq.,
                           GRAY | ROBINSON, P.A.,
                           333 S.E. 2nd Ave., Suite 300,
                           Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:      05/18/2020

_s/ Alisha Beasley-Martin_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| SISVEL INTERNATIONAL S.A.,<br>3G LICENSING S.A., and SISVEL S.p.A.<br><br>_____<br>*Plaintiff(s)*<br>v.<br>HMD AMERICA, INC., and HMD GLOBAL OY<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  20-CV-22051-JEM<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   HMD Global OY
Bertel Jungin aukio 9
02600 Espoo, Finland

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jorge Espinosa, Esq.,
GRAY | ROBINSON, P.A.,
333 S.E. 2nd Ave., Suite 300,
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: _____05/18/2020_____

*s/ Alisha Beasley-Martin*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court