AO 120 (Rev. 08/10)

| TO:  Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following

☐ Trademarks or     ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF | | DEFENDANT |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### Civil Action No.

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> HMD AMERICA, INC.,and HMD GLOBAL OY, <br><br> Defendants. | <br><br><br><br><br><br> **JURY TRIAL DEMANDED** |

### COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Sisvel International S.A., 3G Licensing S.A. and Sisvel S.p.A. (collectively, "Plaintiffs"), for their Complaint against Defendants HMD America, Inc. and HMD Global Oy (collectively, "Defendants"), allege the following:

### NATURE OF THE ACTION

1.      This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*.

### THE PARTIES

2.      Sisvel International S.A. ("Sisvel") is an entity organized under the laws of Luxembourg with a place of business at 6, Avenue Marie Thérèse, 2132 Luxembourg, Grand Duchy of Luxembourg.

3.      3G Licensing S.A. ("3G Licensing") is also an entity organized under the laws of Luxembourg with a place of business at 6, Avenue Marie Thérèse, 2132 Luxembourg, Grand Duchy of Luxembourg.

4.      Sisvel S.p.A. ("Sisvel S.p.A.") is an entity organized under the laws of Italy with a place of business at Via Sestriere 100, 10060 None (TO) Italy.  "Sisvel" is an acronym for "Società Italiana per lo Sviluppo Dell'Elettronica."

5.      Founded in Italy in 1982, Sisvel is a world leader in fostering innovation and managing intellectual property.  Sisvel works with its partners offering a comprehensive approach to patent licensing: from issuing initial calls for essential patents; facilitating discussions among stakeholders; developing multiparty license agreements; executing and administering licenses; to collecting and distributing royalties.  At the same time, Sisvel actively promotes a culture of respect and understanding of the intellectual property and innovation ecosystem through, for example, its regular presence at the key consumer electronics trade fairs and intellectual property events, participation in policy discussions and conferences, as well as open dialogues with a number of government bodies, standard-setting organizations and industry associations.

6.      In early 2016, Sisvel initiated licensing activities in North America via its U.S. subsidiary, Sisvel US Inc.

7.      A subsidiary of Sisvel founded in 2015, 3G Licensing, is an intellectual property company operating in the consumer electronics and telecommunications industry.  The company is composed of specialists with an extensive experience in administering licensing programs on behalf of third-party companies and organizations.

8.      A subsidiary of Sisvel founded in 1982, Sisvel S.p.A., is an intellectual property company operating primarily in areas of wireless communication, audio/video coding/decoding, digital video display, and broadband technology.  The company is composed of specialists with

extensive experience to support Sisvel's efforts in licensing programs and patent pools, primarily on behalf of third-party companies and organizations.

9.      Upon information and belief, Defendant HMD America, Inc. is a corporation organized and existing under the laws of Florida, with its principal place of business at 1200 Brickell Ave., Suite. 510, Miami, Florida 33131.  Defendant, HMD America, Inc. maintains a registered agent for service of process in Florida with Cristina Hoyos, 1200 Brickell Ave., Suite 510, Miami Florida 33131.

10.      Upon information and belief, Defendant HMD Global Oy is a corporation organized and existing under the laws of Finland, with its principal place of business at Bertel Jungin aukio 9, 02600 Espoo, Finland.

11.      Upon information and belief, Defendants sell and offer to sell products and services throughout the United States, including in this judicial district, and introduce products and services that enter into the stream of commerce and that incorporate infringing technology knowing that they would be sold in this judicial district and elsewhere in the United States.

## JURISDICTION AND VENUE

12.      This Court has jurisdiction over the subject matter jurisdiction of this case under 28 U.S.C. §§ 1331 (federal question) and 1338(a) (patent law – 35 U.S.C. § 101, *et seq.*).

13.      This Court has personal jurisdiction over Defendants, because Defendants have sufficient minimum contacts within the State of Florida and this District, pursuant to due process, as Defendants have purposefully availed themselves of the privileges of conducting business in the State of Florida by regularly conducting and soliciting business within the State of Florida and within this District, and because Plaintiffs' causes of action arise directly from Defendants' business contacts and other activities in the State of Florida and this District.  Further, this Court has personal jurisdiction over Defendants because HMD America, Inc. has its principal place of

business in the State of Florida, maintains a registered agent in the State of Florida and has purposely availed itself of the privileges and benefits of the laws of the State of Florida.

14.     Venue is proper in this judicial district as to HMD America, Inc. under 28 U.S.C. § 1400(b) as HMD America, Inc. has a regular and established place of business in this District at 1200 Brickell Ave., Suite. 510, Miami, Florida 33131 and is incorporated in Florida.

15.     Venue is proper in this judicial district as to HMD Global Oy because it is a foreign corporation that may be sued in any judicial district under 28 U.S.C. § 1391(c).

<u>**ACCUSED INSTRUMENTALITIES**</u>

16.     Identifying themselves as the "Home of Nokia Phones" (*see* http://https://www.hmdglobal.com/, attached hereto as Exhibit 1), Defendants are the exclusive licensee of the Nokia brand for phones and tablets (*see id.* at Exhibit 2.)

17.     As the exclusive licensee for Nokia brand phones and tablets, Defendants make, use, sell and offer for sale, provide, and cause to be used, now and within the past six years the Nokia 2.3, Nokia 3V, Nokia 4.2, Nokia 6.2, Nokia 7.2, and Nokia 3310-3G ("Accused Instrumentalities"), among other such devices.

18.     Defendants advertise that the Nokia 2.3 is compliant with the 3G and 4G cellular network standards.  (*See* product specifications for the Nokia 2.3, attached hereto as Exhibit 3.)

19.     Defendants advertise that the Nokia 3V is compliant with the 3G and 4G cellular network standards.  (*See* product specifications for the Nokia 3V, attached hereto as Exhibit 4.)

20.     Defendants advertise that the Nokia 4.2 is compliant with the 3G and 4G cellular network standards.  (*See* product specifications for the Nokia 4.2, attached hereto as Exhibit 5.)

21.     Defendants advertise that the Nokia 6.2 is compliant with the 3G and 4G cellular network standards.  (*See* product specifications for the Nokia 6.2, attached hereto as Exhibit 6.)

22.     Defendants advertise that the Nokia 7.2 is compliant with the 3G and 4G cellular

network standards.  (*See* product specifications for the Nokia 7.2, attached hereto as Exhibit 7.)

23.    Defendants advertise that the Nokia 3310-3G is compliant with the 3G cellular network standard.  (*See* product specifications for the Nokia 3310-3G, attached hereto as Exhibit 8.)

## **BACKGROUND**

24.    Plaintiffs are the owners by assignment of a portfolio of patents, including the nine patents described in detail in the counts below (collectively, the "Asserted Patents"), that relate to technology for cellular communications networks, including variations or generations of cellular communication network technology such as, but not limited to 3G, and 4G.

25.    Cellular communication network technology is used to provide data transmission across mobile cellular networks.

26.    U.S. Patent No. 7,979,070 ("the '070 patent") was assigned to Nokia Corporation either directly from the inventors or through mergers.  In 2011, the '070 patent was assigned to a trust by Nokia Corporation.  On April 10, 2012, Sisvel obtained ownership of the '070 patent.

27.    U.S. Patent Nos. 8,189,611 ("the '611 patent") and 8,600,383 ("the '383 patent") were assigned to Research in Motion Ltd. from the inventors.  Research in Motion Ltd. changed its name to Blackberry, Ltd. in 2013.  On November 16, 2018, the '611 and '383 patents were assigned to Provenance Asset Group LLC from Blackberry, Ltd.  On April 5, 2019, Sisvel obtained ownership of the '611 and '383 patents from Provenance Asset Group LLC.  On July 11, 2019, Sisvel assigned the '611 and '383 patents to 3G Licensing.

28.    U.S. Patent Nos. 7,215,653 ("the '653 patent"), 7,319,718 ("the '718 patent"), 7,551,625 ("the '625 patent"), and 7,580,388 ("the '388 patent") were assigned to LG Electronics Inc. from the inventors.  On February 10, 2020, 3G Licensing obtained ownership of the '653, '718, '625, and '388 patents from LG Electronics Inc.

29.     U.S. Patent Nos. 7,869,396 ("the '396 patent") and 8,971,279 ("the '279 patent") were assigned to LG Electronics Inc. from the inventors. On March 28, 2014, the '396 and '279 patents were assigned to Thomson Licensing SAS from LG Electronics. On September 23, 2019, Sisvel S.p.A. obtained ownership of the '396 and '279 patents from Thomson Licensing SAS.

30.     Sisvel, 3G Licensing and Sisvel S.p.A. are the rightful owners of the Asserted Patents and hold the entire right, title and interest in the Asserted Patents.

31.     Sisvel sent correspondence to HMD on March 5, 2018, offering a license for patents owned and/or managed by Sisvel that are essential to cellular standards including 3G and 4G technologies. The March 5, 2018 letter included a link to materials on Sisvel's website which identified, among others, the '070 patent.

32.     On January 29, 2019, Sisvel sent additional correspondence regarding licensing of the 3G and 4G essential patents. This correspondence included a list of Sisvel patents being offered with Sisvel's license proposal. That list included the '070 patent.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 7,979,070

33.     The allegations set forth in the foregoing paragraphs 1 through 32 are incorporated into this First Claim for Relief.

34.     On July 12, 2011, the '070 patent, entitled "Mobile Equipment for Sending an Attach Request to a Network" was duly and legally issued by the United States Patent and Trademark Office from Patent Application No. 12/232,724 filed on September 23, 2008. The '070 patent claims priority to U.S. Patent No. 7,035,621 filed on October 13, 2000. A true and correct copy of the '070 patent is attached as Exhibit 9.

35.     Plaintiff Sisvel is the assignee and owner of the right, title and interest in and to the '070 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

36.     The '070 patent discloses a system and method that Plaintiffs believe is essential under the 4G cellular standard as explained in attached Exhibit 10.  Thus, Defendants' Accused Instrumentalities that are compliant with the 4G standard ("4G Capable Accused Instrumentalities") are necessarily infringing the '070 patent.

37.     Defendants were made aware of the '070 patent and their infringement thereof by correspondence from Plaintiff on March 5, 2018 as discussed in paragraph 31 above.

38.     Defendants were further made aware of the '070 patent and its infringement thereof at least as early as the date of filing of this Complaint.

39.     Upon information and belief, Defendants have and continue to directly infringe at least claims 1, 2 and/or 5 of the '070 patent by making, using, selling, importing, offering for sale, providing, practicing, and causing the 4G Capable Accused Instrumentalities that infringe the patented methods.

40.     Since March 5, 2018 when they first were made aware of the '070 patent, Defendant's infringement has been, and continues to be willful.

41.     Upon information and belief, these 4G Capable Accused Instrumentalities are used, marketed, provided to, and/or used by or for the Defendants' partners, clients, customers/subscribers and end users across the country and in this District.

42.     Upon information and belief, Defendants have induced and continue to induce others to infringe at least claims 1, 2 and/or 5 of the '070 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including, but not limited to Defendants' partners, clients, customers/subscribers, and end users, whose use of the 4G Capable Accused Instrumentalities constitutes direct infringement of at least one claim of the '070 patent.

43.     In particular, the Defendants' actions that aid and abet others such as their partners, customers/subscribers, clients, and end users to infringe include advertising and distributing the 4G Capable Accused Instrumentalities and providing instruction materials, training, and services regarding the 4G Capable Accused Instrumentalities.

44.     Any party, including Defendants' partners, clients, customers/subscribers, and end users, using the 4G Capable Accused Instrumentalities necessarily infringes the '070 patent because the invention of the '070 patent is required to comply with the relevant cellular standard. Defendants advertise their 4G Capable Accused Instrumentalities as compliant with the relevant cellular standard, which induces others to infringe the '070 patent. Defendants have knowingly induced infringement since at least March 5, 2018, when Defendants were first made aware of the '070 patent during extensive correspondence with Plaintiffs as discussed in paragraphs 31-32 above.

45.     Upon information and belief, the Defendants are liable as contributory infringers of the '070 patent under 35 U.S.C. § 271(c) by offering to sell, selling and importing into the United States the 4G Capable Accused Instrumentalities that infringe the patented methods, to be especially made or adapted for use in an infringement of the '070 patent. Each of the 4G Capable Accused Instrumentalities is a material component for use in practicing the '070 patent and is specifically made and is not a staple article of commerce suitable for substantial non-infringing use. In particular, each of the 4G Capable Accused Instrumentalities is advertised to be compliant with the relevant standard and primarily used in compliance with that standard.

46.     Plaintiffs have been harmed by Defendants' infringing activities.

## COUNT II – INFRINGEMENT OF U.S. PATENT NO. 8,600,383

47.     The allegations set forth in the foregoing paragraphs 1 through 32 are incorporated into this Second Claim for Relief.

48.     On December 3, 2013, the '383 patent, entitled "Apparatus and Method for Making Measurements in Mobile Telecommunications System User Equipment" was duly and legally issued by the United States Patent and Trademark Office from Patent Application No. 13/617,241 filed on September 24, 2012.  The '383 patent claims priority to U.S. Patent No. 7,463,887 filed on August 18, 2004.  A true and correct copy of the '383 patent is attached as Exhibit 11.

49.     Plaintiff 3G Licensing is the assignee and owner of the right, title and interest in and to the '383 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

50.     The '383 patent discloses a system and method that Plaintiffs believe is essential under the 4G cellular standard as explained in attached Exhibit 12.  Thus, Defendants' 4G Capable Accused Instrumentalities are necessarily infringing the '383 patent.

51.     Defendants were made aware of the '383 patent and their infringement thereof at least as early as the date of filing of this Complaint.

52.     Upon information and belief, Defendants have and continue to directly infringe at least claims 1, 9, 17, 25, 49, 58, 66, 74, 82, and/or 90 of the '383 patent by making, using, selling, importing, offering for sale, providing, practicing, and causing the 4G Capable Accused Instrumentalities that infringe the patented methods.

53.     Upon information and belief, these 4G Capable Accused Instrumentalities are used, marketed, provided to, and/or used by or for the Defendants' partners, clients, customers/subscribers and end users across the country and in this District.

54.     Upon information and belief, Defendants have induced and continue to induce others to infringe at least claims 1, 9, 17, 25, 49, 58, 66, 74, 82, and/or 90 of the '383 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively

aiding and abetting others to infringe, including, but not limited to Defendants' partners, clients, customers/subscribers, and end users, whose use of the 4G Capable Accused Instrumentalities constitutes direct infringement of at least one claim of the '383 patent.

55.    In particular, the Defendants' actions that aid and abet others such as their partners, customers/subscribers, clients, and end users to infringe include advertising and distributing the 4G Capable Accused Instrumentalities and providing instruction materials, training, and services regarding the 4G Capable Accused Instrumentalities.

56.    Any party, including Defendants' partners, clients, customers/subscribers, and end users, using the 4G Capable Accused Instrumentalities necessarily infringes the '383 patent because the invention of the '383 patent is required to comply with the relevant cellular standard.  Defendants advertise their 4G Capable Accused Instrumentalities as compliant with the relevant cellular standard, which induces others to infringe the '383 patent.  Defendants have knowingly induced infringement since at least the filing of this Complaint when Defendants were first made aware of the '383 patent.

57.    Upon information and belief, the Defendants are liable as contributory infringers of the '383 patent under 35 U.S.C. § 271(c) by offering to sell, selling and importing into the United States the 4G Capable Accused Instrumentalities that infringe the patented methods, to be especially made or adapted for use in an infringement of the '383 patent.  Each of the 4G Capable Accused Instrumentalities is a material component for use in practicing the '383 patent and is specifically made and is a staple article of commerce suitable for substantial non-infringing use. In particular, each of the 4G Capable Accused Instrumentalities is advertised to be compliant with the relevant standard and primarily used in compliance with that standard.

58.    Plaintiffs have been harmed by Defendants' infringing activities.

## COUNT III – INFRINGEMENT OF U.S. PATENT NO. 8,189,611

59. The allegations set forth in the foregoing paragraphs 1 through 32 are incorporated into this Third Claim for Relief.

60. On May 29, 2012, the '611 patent, entitled "System and Method for Resolving Contention Among Applications Requiring Data Connections Between a Mobile Communications Device and a Wireless Network" was duly and legally issued by the United States Patent and Trademark Office from Patent Application No. 12/326,466 filed on December 2, 2008. The '611 patent claims priority to U.S. Patent No. 7,474,671 filed on November 4, 2005. A true and correct copy of the '611 patent is attached as Exhibit 13.

61. Plaintiff 3G Licensing is the assignee and owner of the right, title and interest in and to the '611 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

62. The '611 patent discloses a system and method that Plaintiffs believe is essential under the 4G cellular standard as explained in attached Exhibit 14. Thus, Defendants' 4G Capable Accused Instrumentalities are necessarily infringing the '611 patent.

63. Defendants were made aware of the '611 patent and their infringement thereof at least as early as the date of filing of this Complaint.

64. Upon information and belief, Defendants have and continue to directly infringe at least claims 1, 7, and/or 8 of the '611 patent by making, using, selling, importing, offering for sale, providing, practicing, and causing the 4G Capable Accused Instrumentalities that infringe the patented methods.

65. Upon information and belief, these 4G Capable Accused Instrumentalities are used, marketed, provided to, and/or used by or for the Defendants' partners, clients, customers/subscribers and end users across the country and in this District.

66.     Upon information and belief, Defendants have induced and continue to induce others to infringe at least claims 1, 7, and/or 8 of the '611 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including, but not limited to Defendants' partners, clients, customers/subscribers, and end users, whose use of the 4G Capable Accused Instrumentalities constitutes direct infringement of at least one claim of the '611 patent.

67.     In particular, the Defendants' actions that aid and abet others such as their partners, customers/subscribers, clients, and end users to infringe include advertising and distributing the 4G Capable Accused Instrumentalities and providing instruction materials, training, and services regarding the 4G Capable Accused Instrumentalities.

68.     Any party, including Defendants' partners, clients, customers/subscribers, and end users, using the 4G Capable Accused Instrumentalities necessarily infringes the '611 patent because the invention of the '611 patent is required to comply with the relevant cellular standard.  Defendants advertise their 4G Capable Accused Instrumentalities as compliant with the relevant cellular standard, which induces others to infringe the '611 patent.  Defendants have knowingly induced infringement since at least the filing of this Complaint when Defendants were first made aware of the '611 patent.

69.     Upon information and belief, the Defendants are liable as contributory infringers of the '611 patent under 35 U.S.C. § 271(c) by offering to sell, selling and importing into the United States the 4G Capable Accused Instrumentalities that infringe the patented methods, to be especially made or adapted for use in an infringement of the '611 patent.  Each of the 4G Capable Accused Instrumentalities is a material component for use in practicing the '611 patent and is specifically made and is not a staple article of commerce suitable for substantial non-infringing

use.  In particular, each of the 4G Capable Accused Instrumentalities is advertised to be compliant with the relevant standard and primarily used in compliance with that standard.

70.     Plaintiffs have been harmed by Defendants' infringing activities.

### COUNT IV – INFRINGEMENT OF U.S. PATENT NO. 7,215,653

71.     The allegations set forth in the foregoing paragraphs 1 through 32 are incorporated into this Fourth Claim for Relief.

72.     On May 8, 2007, the '653 patent, entitled "Controlling Data Transmission Rate on the Reverse Link for Each Mobile Station in a Dedicated Manner" was duly and legally issued by the United States Patent and Trademark Office from Patent Application No. 10/071,243 filed on February 11, 2002.  A true and correct copy of the '653 patent is attached as Exhibit 15.

73.     Plaintiff 3G Licensing is the assignee and owner of the right, title and interest in and to the '653 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

74.     The '653 patent discloses a system and method that Plaintiffs believe is essential under the 3G cellular standard as explained in attached Exhibit 16.  Thus, Defendants' Accused Instrumentalities that are compliant with the 3G standard ("3G Capable Accused Instrumentalities") are necessarily infringing the '653 patent.

75.     Defendants were made aware of the '653 patent and their infringement thereof at least as early as the date of filing of this Complaint.

76.     Upon information and belief, Defendants have and continue to directly infringe at least claims 34 and/or 37 of the '653 patent by making, using, selling, importing, offering for sale, providing, practicing, and causing the 3G Capable Accused Instrumentalities that infringe the patented methods.

77.     Upon information and belief, these 3G Capable Accused Instrumentalities are used, marketed, provided to, and/or used by or for the Defendants' partners, clients, customers/subscribers and end users across the country and in this District.

78.     Upon information and belief, Defendants have induced and continue to induce others to infringe at least claims 34 and/or 37 of the '653 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including, but not limited to Defendants' partners, clients, customers/subscribers, and end users, whose use of the 3G Capable Accused Instrumentalities constitutes direct infringement of at least one claim of the '653 patent.

79.     In particular, the Defendants' actions that aid and abet others such as their partners, customers/subscribers, clients, and end users to infringe include advertising and distributing the 3G Capable Accused Instrumentalities and providing instruction materials, training, and services regarding the 3G Capable Accused Instrumentalities.

80.     Any party, including Defendants' partners, clients, customers/subscribers, and end users, using the 3G Capable Accused Instrumentalities necessarily infringes the '653 patent because the invention of the '653 patent is required to comply with the relevant cellular standard.  Defendants advertise their 3G Capable Accused Instrumentalities as compliant with the relevant cellular standard, which induces others to infringe the '653 patent.  Defendants have knowingly induced infringement since at least the filing of this Complaint when Defendants were first made aware of the '653 patent.

81.     Upon information and belief, the Defendants are liable as contributory infringers of the '653 patent under 35 U.S.C. § 271(c) by offering to sell, selling and importing into the United States the 3G Capable Accused Instrumentalities that infringe the patented methods, to be

especially made or adapted for use in an infringement of the '653 patent. Each of the 3G Capable Accused Instrumentalities is a material component for use in practicing the '653 patent and is specifically made and is not a staple article of commerce suitable for substantial non-infringing use. In particular, each of the 3G Capable Accused Instrumentalities is advertised to be compliant with the relevant standard and primarily used in compliance with that standard.

82.　　Plaintiffs have been harmed by Defendants' infringing activities.

**COUNT V – INFRINGEMENT OF U.S. PATENT NO. 7,319,718**

83.　　The allegations set forth in the foregoing paragraphs 1 through 32 are incorporated into this Fifth Claim for Relief.

84.　　On January 15, 2008, the '718 patent, entitled "CQI Coding Method for HS-DPCCH" was duly and legally issued by the United States Patent and Trademark Office from Patent Application No. 10/365,498 filed on February 13, 2003. A true and correct copy of the '718 patent is attached as Exhibit 17.

85.　　Plaintiff 3G Licensing is the assignee and owner of the right, title and interest in and to the '718 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

86.　　The '718 patent discloses a system and method that Plaintiffs believe is essential under the 3G cellular standard as explained in attached Exhibit 18. Thus, Defendants' 3G Capable Accused Instrumentalities are necessarily infringing the '718 patent.

87.　　Defendants were made aware of the '718 patent and their infringement thereof at least as early as the date of filing of this Complaint.

88.　　Upon information and belief, Defendants have and continue to directly infringe at least claims 15 and/or 16 of the '718 patent by making, using, selling, importing, offering for sale,

providing, practicing, and causing the 3G Capable Accused Instrumentalities that infringe the patented methods.

89.     Upon information and belief, these 3G Capable Accused Instrumentalities are used, marketed, provided to, and/or used by or for the Defendants' partners, clients, customers/subscribers and end users across the country and in this District.

90.     Upon information and belief, Defendants have induced and continue to induce others to infringe at least claims 15 and/or 16 of the '718 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including, but not limited to Defendants' partners, clients, customers/subscribers, and end users, whose use of the 3G Capable Accused Instrumentalities constitutes direct infringement of at least one claim of the '718 patent.

91.     In particular, the Defendants' actions that aid and abet others such as their partners, customers/subscribers, clients, and end users to infringe include advertising and distributing the 3G Capable Accused Instrumentalities and providing instruction materials, training, and services regarding the 3G Capable Accused Instrumentalities.

92.     Any party, including Defendants' partners, clients, customers/subscribers, and end users, using the 3G Capable Accused Instrumentalities necessarily infringes the '718 patent because the invention of the '718 patent is required to comply with the relevant cellular standard.  Defendants advertise their 3G Capable Accused Instrumentalities as compliant with the relevant cellular standard, which induces others to infringe the '718 patent.  Defendants have knowingly induced infringement since at least the filing of this Complaint when Defendants were first made aware of the '718 patent.

93.     Upon information and belief, the Defendants are liable as contributory infringers of the '718 patent under 35 U.S.C. § 271(c) by offering to sell, selling and importing into the United States the 3G Capable Accused Instrumentalities that infringe the patented methods, to be especially made or adapted for use in an infringement of the '718 patent.  Each of the 3G Capable Accused Instrumentalities is a material component for use in practicing the '718 patent and is specifically made and is not a staple article of commerce suitable for substantial non-infringing use.  In particular, each of the 3G Capable Accused Instrumentalities is advertised to be compliant with the relevant standard and primarily used in compliance with that standard.

94.     Plaintiffs have been harmed by Defendants' infringing activities.

## COUNT VI – INFRINGEMENT OF U.S. PATENT NO. 7,551,625

95.     The allegations set forth in the foregoing paragraphs 1 through 32 are incorporated into this Sixth Claim for Relief.

96.     On June 23, 2009, the '625 patent, entitled "Method of Scheduling an Uplink Packet Transmission Channel in a Mobile Communication System" was duly and legally issued by the United States Patent and Trademark Office from Patent Application No. 11/097,011 filed on March 31, 2005.  A true and correct copy of the '625 patent is attached as Exhibit 19.

97.     Plaintiff 3G Licensing is the assignee and owner of the right, title and interest in and to the '625 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

98.     The '625 patent discloses a system and method that Plaintiffs believe is essential under the 3G cellular standard as explained in attached Exhibit 20.  Thus, Defendants' 3G Capable Accused Instrumentalities are necessarily infringing the '625 patent.

99.     Defendants were made aware of the '625 patent and their infringement thereof at least as early as the date of filing of this Complaint.

100.    Upon information and belief, Defendants have and continue to directly infringe at least claims 16 and/or 39 of the '625 patent by making, using, selling, importing, offering for sale, providing, practicing, and causing the 3G Capable Accused Instrumentalities that infringe the patented methods.

101.    Upon information and belief, these 3G Capable Accused Instrumentalities are used, marketed, provided to, and/or used by or for the Defendants' partners, clients, customers/subscribers and end users across the country and in this District.

102.    Upon information and belief, Defendants have induced and continue to induce others to infringe at least claims 16 and/or 39 of the '625 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including, but not limited to Defendants' partners, clients, customers/subscribers, and end users, whose use of the 3G Capable Accused Instrumentalities constitutes direct infringement of at least one claim of the '625 patent.

103.    In particular, the Defendants' actions that aid and abet others such as their partners, customers/subscribers, clients, and end users to infringe include advertising and distributing the 3G Capable Accused Instrumentalities and providing instruction materials, training, and services regarding the 3G Capable Accused Instrumentalities.

104.    Any party, including Defendants' partners, clients, customers/subscribers, and end users, using the 3G Capable Accused Instrumentalities necessarily infringes the '625 patent because the invention of the '625 patent is required to comply with the relevant cellular standard.  Defendants advertise their 3G Capable Accused Instrumentalities as compliant with the relevant cellular standard, which induces others to infringe the '625 patent.  Defendants have

knowingly induced infringement since at least the filing of this Complaint when Defendants were first made aware of the '625 patent.

105.    Upon information and belief, the Defendants are liable as contributory infringers of the '625 patent under 35 U.S.C. § 271(c) by offering to sell, selling and importing into the United States the 3G Capable Accused Instrumentalities that infringe the patented methods, to be especially made or adapted for use in an infringement of the '625 patent. Each of the 3G Capable Accused Instrumentalities is a material component for use in practicing the '625 patent and is specifically made and is not a staple article of commerce suitable for substantial non-infringing use. In particular, each of the 3G Capable Accused Instrumentalities is advertised to be compliant with the relevant standard and primarily used in compliance with that standard.

106.    Plaintiffs have been harmed by Defendants' infringing activities.

## COUNT VII – INFRINGEMENT OF U.S. PATENT NO. 7,580,388

107.    The allegations set forth in the foregoing paragraphs 1 through 32 are incorporated into this Seventh Claim for Relief.

108.    On August 25, 2009, the '388 patent, entitled "Method and Apparatus for Providing Enhanced Messages on Common Control Channel in Wireless Communication System" was duly and legally issued by the United States Patent and Trademark Office from Patent Application No. 11/065,872 filed on February 25, 2005. The '388 patent claims priority to U.S. Provisional Patent Application No. 60/576,214 filed on June 1, 2004 and Provisional Patent Application No. 60/589,630 filed on July 20, 2004. A true and correct copy of the '388 patent is attached as Exhibit 21.

109.    Plaintiff 3G Licensing is the assignee and owner of the right, title and interest in and to the '388 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

110.    The '388 patent discloses a system and method that Plaintiffs believe is essential under the 3G cellular standard as explained in attached Exhibit 22.  Thus, Defendants' 3G Capable Accused Instrumentalities are necessarily infringing the '388 patent.

111.    Defendants were made aware of the '388 patent and their infringement thereof at least as early as the date of filing of this Complaint.

112.    Upon information and belief, Defendants have and continue to directly infringe at least claims 1 and/or 33 of the '388 patent by making, using, selling, importing, offering for sale, providing, practicing, and causing the 3G Capable Accused Instrumentalities that infringe the patented methods.

113.    Upon information and belief, these 3G Capable Accused Instrumentalities are used, marketed, provided to, and/or used by or for the Defendants' partners, clients, customers/subscribers and end users across the country and in this District.

114.    Upon information and belief, Defendants have induced and continue to induce others to infringe at least claims 1 and/or 33 of the '388 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including, but not limited to Defendants' partners, clients, customers/subscribers, and end users, whose use of the 3G Capable Accused Instrumentalities constitutes direct infringement of at least one claim of the '388 patent.

115.    In particular, the Defendants' actions that aid and abet others such as their partners, customers/subscribers, clients, and end users to infringe include advertising and distributing the 3G Capable Accused Instrumentalities and providing instruction materials, training, and services regarding the 3G Capable Accused Instrumentalities.

116.    Any party, including Defendants' partners, clients, customers/subscribers, and end users, using the 3G Capable Accused Instrumentalities necessarily infringes the '388 patent because the invention of the '388 patent is required to comply with the relevant cellular standard. Defendants advertise their 3G Capable Accused Instrumentalities as compliant with the relevant cellular standard, which induces others to infringe the '388 patent. Defendants have knowingly induced infringement since at least the filing of this Complaint when Defendants were first made aware of the '388 patent.

117.    Upon information and belief, the Defendants are liable as contributory infringers of the '388 patent under 35 U.S.C. § 271(c) by offering to sell, selling and importing into the United States the 3G Capable Accused Instrumentalities that infringe the patented methods, to be especially made or adapted for use in an infringement of the '388 patent. Each of the 3G Capable Accused Instrumentalities is a material component for use in practicing the '388 patent and is specifically made and is not a staple article of commerce suitable for substantial non-infringing use. In particular, each of the 3G Capable Accused Instrumentalities is advertised to be compliant with the relevant standard and primarily used in compliance with that standard.

118.    Plaintiffs have been harmed by Defendants' infringing activities.

## COUNT VIII – INFRINGEMENT OF U.S. PATENT NO. 7,869,396

119.    The allegations set forth in the foregoing paragraphs 1 through 32 are incorporated into this Eighth Claim for Relief.

120.    On January 11, 2011, the '396 patent, entitled "Data Transmission Method and Data Re-Transmission Method" was duly and legally issued by the United States Patent and Trademark Office from Patent Application No. 12/158,646 filed on January 5, 2007. The '396 patent claims priority to U.S. Provisional Patent Application No. 60/757,063 filed on January 5, 2006. A true and correct copy of the '396 patent is attached as Exhibit 23.

121.    Plaintiff Sisvel S.p.A. is the assignee and owner of the right, title and interest in and to the '396 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

122.    The '396 patent discloses a system and method that Plaintiffs believe is essential under the 4G cellular standard as explained in attached Exhibit 24. Thus, Defendants' 4G Capable Accused Instrumentalities are necessarily infringing the '396 patent.

123.    Defendants were made aware of the '396 patent and their infringement thereof at least as early as the date of filing of this Complaint.

124.    Upon information and belief, Defendants have and continue to directly infringe at least claims 1, 6 and/or 8 of the '396 patent by making, using, selling, importing, offering for sale, providing, practicing, and causing the 4G Capable Accused Instrumentalities that infringe the patented methods.

125.    Upon information and belief, these 4G Capable Accused Instrumentalities are used, marketed, provided to, and/or used by or for the Defendants' partners, clients, customers/subscribers and end users across the country and in this District.

126.    Upon information and belief, Defendants have induced and continue to induce others to infringe at least claims 1, 6 and/or 8 of the '396 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including, but not limited to Defendants' partners, clients, customers/subscribers, and end users, whose use of the 4G Capable Accused Instrumentalities constitutes direct infringement of at least one claim of the '396 patent.

127.    In particular, the Defendants' actions that aid and abet others such as their partners, customers/subscribers, clients, and end users to infringe include advertising and distributing the

4G Capable Accused Instrumentalities and providing instruction materials, training, and services regarding the 4G Capable Accused Instrumentalities.

128.     Any party, including Defendants' partners, clients, customers/subscribers, and end users, using the 4G Capable Accused Instrumentalities necessarily infringes the '396 patent because the invention of the '396 patent is required to comply with the relevant cellular standard. Defendants advertise their 4G Capable Accused Instrumentalities as compliant with the relevant cellular standard, which induces others to infringe the '396 patent. Defendants have knowingly induced infringement since at least the filing of this Complaint when Defendants were first made aware of the '396 patent.

129.     Upon information and belief, the Defendants are liable as contributory infringers of the '396 patent under 35 U.S.C. § 271(c) by offering to sell, selling and importing into the United States the 4G Capable Accused Instrumentalities that infringe the patented methods, to be especially made or adapted for use in an infringement of the '396 patent. Each of the 4G Capable Accused Instrumentalities is a material component for use in practicing the '396 patent and is specifically made and is not a staple article of commerce suitable for substantial non-infringing use. In particular, each of the 4G Capable Accused Instrumentalities is advertised to be compliant with the relevant standard and primarily used in compliance with that standard.

130.     Plaintiffs have been harmed by Defendants' infringing activities.

## **COUNT IX – INFRINGEMENT OF U.S. PATENT NO. 8,971,279**

131.     The allegations set forth in the foregoing paragraphs 1 through 32 are incorporated into this Ninth Claim for Relief.

132.     On March 3, 2015, the '279 patent, entitled "Method and Apparatus for Indicating Deactivation of Semi-Persistent Scheduling" was duly and legally issued by the United States Patent and Trademark Office from Patent Application No. 13/791,421 filed on March 8, 2013.

The '279 patent claims priority to U.S. Provisional Patent Application Nos. 61/114,440 filed on November 13, 2008 and 61/119,375 filed on December 3, 2008. A true and correct copy of the '279 patent is attached as Exhibit 25.

133. Plaintiff Sisvel S.p.A. is the assignee and owner of the right, title and interest in and to the '279 patent, including the right to assert all causes of action arising under said patents and the right to any remedies for infringement of them.

134. The '279 patent discloses a system and method that Plaintiffs believe is essential under the 4G cellular standard as explained in attached Exhibit 26. Thus, Defendants' 4G Capable Accused Instrumentalities are necessarily infringing the '279 patent.

135. Defendants were made aware of the '279 patent and their infringement thereof at least as early as the date of filing of this Complaint.

136. Upon information and belief, Defendants have and continue to directly infringe at least claims 1 and/or 11 of the '279 patent by making, using, selling, importing, offering for sale, providing, practicing, and causing the 4G Capable Accused Instrumentalities that infringe the patented methods.

137. Upon information and belief, these 4G Capable Accused Instrumentalities are used, marketed, provided to, and/or used by or for the Defendants' partners, clients, customers/subscribers and end users across the country and in this District.

138. Upon information and belief, Defendants have induced and continue to induce others to infringe at least claims 1 and/or 11 of the '279 patent under 35 U.S.C. § 271(b) by, among other things, and with specific intent or willful blindness, actively aiding and abetting others to infringe, including, but not limited to Defendants' partners, clients, customers/subscribers, and end

users, whose use of the 4G Capable Accused Instrumentalities constitutes direct infringement of at least one claim of the '279 patent.

139. In particular, the Defendants' actions that aid and abet others such as their partners, customers/subscribers, clients, and end users to infringe include advertising and distributing the 4G Capable Accused Instrumentalities and providing instruction materials, training, and services regarding the 4G Capable Accused Instrumentalities.

140. Any party, including Defendants' partners, clients, customers/subscribers, and end users, using the 4G Capable Accused Instrumentalities necessarily infringes the '279 patent because the invention of the '279 patent is required to comply with the relevant cellular standard. Defendants advertise their 4G Capable Accused Instrumentalities as compliant with the relevant cellular standard, which induces others to infringe the '279 patent. Defendants have knowingly induced infringement since at least the filing of this Complaint when Defendants were first made aware of the '279 patent.

141. Upon information and belief, the Defendants are liable as contributory infringers of the '396 patent under 35 U.S.C. § 271(c) by offering to sell, selling and importing into the United States the 4G Capable Accused Instrumentalities that infringe the patented methods, to be especially made or adapted for use in an infringement of the '279 patent. Each of the 4G Capable Accused Instrumentalities is a material component for use in practicing the '279 patent and is specifically made and is not a staple article of commerce suitable for substantial non-infringing use. In particular, each of the 4G Capable Accused Instrumentalities is advertised to be compliant with the relevant standard and primarily used in compliance with that standard.

142. Plaintiffs have been harmed by Defendants' infringing activities.

## JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiffs demand a trial by jury on all issues triable as such.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment for themselves and against Defendants as follows:

A. An adjudication that Defendants have infringed the '070, '383, '611, '653, '718, '625, '388, '396, and '279 patents;

B. An award of damages to be paid by Defendants adequate to compensate Plaintiffs for Defendants' past infringement of the '070, '383, '611, '653, '718, '625, '388, '396, and '279 patents, and any continuing or future infringement through the date such judgment is entered, including interest, costs, expenses and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

C. A declaration that this case is exceptional under 35 U.S.C. § 285, and an award of Plaintiffs' reasonable attorneys' fees; and

D. An award to Plaintiffs of such further relief at law or in equity as the Court deems just and proper.

Dated: May 15, 2020

*/s/Jorge Espinosa/*

Jorge Espinosa, Esq.
Florida Bar No: 779032
jespinosa@etlaw.com
Francesca Russo, Esq.
frusso@etlaw.com
Robert R. Jimenez, Esq.
rjimenez@etlaw.com
GRAY | ROBINSON, P.A.
333 S.E. 2nd Ave., Suite 300
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

*Attorneys for Plaintiffs*
*SISVEL INTERNATIONAL S.A.*
*and SISVEL S.p.A.*

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**(d)** Check County Where Action Arose: ☐ MIAMI- DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question *(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent – Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | **Other:** | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee – Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed (See VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation Transfer
☐ 7 Appeal to District Judge from Magistrate Judgment
☐ 8 Multidistrict Litigation – Direct File
☐ 9 Remanded from Appellate Court

## VI. RELATED/ RE-FILED CASE(S)

*(See instructions):* a) Re-filed Case ☐YES ☐ NO   b) Related Cases ☐YES ☐ NO
JUDGE: DOCKET NUMBER:

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $ _____ CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**
DATE SIGNATURE OF ATTORNEY OF RECORD

*/s/Jorge Espinosa/*

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ IFP _____ JUDGE _____ MAG JUDGE _____

## CIVIL COVER SHEET ATTACHMENT

**Related Cases** (Including Present Action)

| Jurisdiction | Date Filed | Case Name | Case Number |
|---|---|---|---|
| D. Del. | 06/20/19 | Sisvel International S.A. and 3G Licensing S.A. v. AnyData Corporation | 1:19-cv-01140-MN |
| D. Del. | 06/20/19 | Sisvel International S.A. v. Blu Products, Inc. | 1:19-cv-01141-MN |
| D. Del. | 06/20/19 | Sisvel International S.A. and 3G Licensing S.A. v. Cradlepoint, Inc. | 1:19-cv-01142-MN |
| D. Del. | 06/20/19 | Sisvel International S.A. and 3G Licensing S.A. v. Honeywell International, Inc. | 1:19-cv-01143-MN |
| D. Del. | 06/20/19 | Sisvel International S.A. and 3G Licensing S.A. v. Verifone Systems, Inc. | 1:19-cv-01144-MN |
| D. Del. | 06/20/19 | Sisvel International S.A. and 3G Licensing S.A. v. Xirgo Technologies, LLC | 1:19-cv-01145-MN |
| D. Del. | 07/01/19 | Sisvel International S.A. and 3G Licensing S.A. v. Dell, Inc. | 1:19-cv-01247-LPS |
| D. Del. | 12/17/19 | Sisvel International S.A. and 3G Licensing S.A. v. Tesla, Inc. | 1:19-cv-02288-MN |
| D. Del. | 05/15/20 | Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A. v. Cradlepoint, Inc. | Filed concurrently |
| D. Del. | 05/15/20 | Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A. v. Dell, Inc. | Filed concurrently |
| D. Del. | 05/15/20 | Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A. v. Honeywell International, Inc. | Filed concurrently |
| D. Del. | 05/15/20 | Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A. v. OnePlus Technology (Shenzhen) Co., Ltd. | Filed concurrently |
| D. Del. | 05/15/20 | 3G Licensing S.A. and Sisvel S.p.A. v. TCL Communication Technology Holdings Limited, TCT Mobile International Limited, TCT Mobile, | Filed concurrently |

| Jurisdiction | Date Filed | Case Name | Case Number |
|---|---|---|---|
| | | Inc., TCT Mobile (US) Inc., and TCT Mobile (US) Holdings Inc. | |
| D. Del. | 05/15/20 | Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A. v Wiko SAS, Wiko USA, Inc. | Filed concurrently |
| D. Del. | 05/15/20 | Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A. v. Tesla, Inc. | Filed concurrently |
| D. Del. | 05/15/20 | Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A. v. Verifone, Inc. | Filed concurrently |
| D. Del. | 05/15/20 | Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A. v. Xirgo Technologies, LLC | Filed concurrently |
| NDTX | 07/15/19 | Sisvel International S.A. and 3G Licensing S.A. v. ZTE (USA), Inc. and ZTE Corporation | 3:19-cv-01694-N |
| NDTX | 05/15/20 | Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A. v. ZTE (USA), Inc. and ZTE Corporation | Filed concurrently |
| SDFL | Transferred | Sisvel International S.A. v. Blu Products, Inc. | 1:20-cv-20813-RNS |
| SDFL | 05/15/20 | Sisvel International S.A. and Sisvel S.p.A v. Blu Products, Inc. | Filed concurrently |
| SDFL | 05/15/20 | Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A. v. HMD America, Inc. and HMD Global Oy | Filed concurrently |
| SDFL | 05/15/20 | Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A. v. Noetic, Inc. and Sun Cupid Technology (HK) Ltd. | Filed concurrently |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | )<br>)<br>)<br>) | |
|---|---|---|
| _____<br>*Plaintiff(s)*<br>v. | )<br>)<br>)<br>)<br>) | Civil Action No. |
| _____<br>*Defendant(s)* | )<br>)<br>)<br>) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____              _____
                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| _____<br>*Plaintiff(s)*<br><br>v.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                      *Signature of Clerk or Deputy Clerk*

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                    *Server's signature*

                                           _____
                                                    *Printed name and title*

                                           _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT 1



# hmd.

Home    Who we are    What we do    Business    Media    Contact

## Welcome to the home of Nokia Phones

## HMD is an independent, Finnish company

We believe that mobile technology can enhance our everyday lives – that's why we're working to make it accessible to everyone with devices that embody our principles of design, performance and security.



## Latest products






**Nokia 8.3 5G**

Learn more

**Nokia 5.3**

Learn more

**Nokia 1.3**

Learn more

See all products

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree



# Latest press releases

All
Devices
General
Partnerships
Corporate
Android



19.3.2020
**New 5G Nokia smartphone unveiled as portfolio expands – ensuring a Nokia phone is the only gadget you will ever need**

13.2.2020
**Nokia phones win six accolades at iF DESIGN™ Awards 2020**

12.2.2020
**HMD Global - The Home of Nokia Phones cancels participation at MWC 2020 in Barcelona**



5.12.2019
**Next generation Nokia 2.3 brings powerful AI to**

18.11.2019
**HMD Global's Nokia 7.2 named Innovation Awards**

5.9.2019
**New Nokia phones introduce class-defining**

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree

Show more

---

**Stay up to date**

We take your privacy very seriously and as such
your data will not be shared with any third parties.

Email

Subscribe

Android, Google and other related marks and logos are trademarks of Google LLC.

## Our locations

Our team is based around the world
across over 50 locations with our
headquarters in Espoo, Finland.



**Espoo**
Bertel Jungin aukio 9
02600 Espoo
Finland

**London**
Level 4
4 Kingdom Street
Paddington Central
London W2 6BD

**Shenzhen**
No.2, 2nd Donghuan
Road, Longhua Town,
Bao'an District, Shenzhen,
Guangdong,
China

hmd.

© 2020 HMD Global All rights reserved.
Nokia is a registered trademark of Nokia Corporation.
HMD Global Oy is the exclusive licensee of the Nokia brand for phones & tablets.

| Language | Nokia phones | Legal | Ethics | UK compliance |
|---|---|---|---|---|
| English | Android phones | Privacy Policy | Code of Conduct | UK Modern Slavery Act Statement |
| Suomi | Nokia phones support | Terms of Use | Supplier Code of Conduct | Tax strategy (UK) |
| 简体中文 | Nokia phones community | | Speak up channel | |

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree

EXHIBIT 2

Case 1:20-cv-22945-JEM Document 4-1 Entered on FLSD Docket 05/29/2020 Page 41 of 293

hmd.

Home    Who we are    What we do    Business    Media    Contact

# Learn more

When HMD was established in 2016, we stepped into the smartphone business with a drive that would kick things off rapidly. In just 11 months, our first 11 phones were released to customers around the world. Featuring 5 feature phones and 6 Android™ smartphones, it was a range that offered choice and reliability to every user segment. We established 50 offices around the world in our first 12 months, quickly securing our foothold in the global market. As a startup valued at over $1 billion, we also earned our Unicorn status – an achievement that we owe to our strong customer base.




At HMD we have a simple idea at the core of our operations: that mobile technology can enhance the everyday lives of everyone around the world. Our wide selection of phones is a step toward to realizing that vision, but we go even further: our phones are made to get better for years to come, with a design that remains timeless and updates that improve security and performance.

We ensure that these principles are inherent in each and every one of our phones, and this is what

sets us apart in the mobile phones market – whichever phone is right for you, it will be a phone you can trust.

Ever since our first 11 phones in 2017, we have continued to expand every area of our phones portfolio, including dependable feature phones, reborn classics, first-time smartphones and smartphones fit for enterprises.

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more    Agree



## The **Nokia mobile phones story**

Its reputation for design and dependability made Nokia a household name. Today, HMD upholds that heritage with Nokia branded mobile devices running Android operating systems, uniting two of the world's most iconic names in mobile technology.

In keeping with our mission to make modern mobile technology accessible to everyone, we believe that every Nokia phone should be built upon the principles of refined design and steadfast reliability, no matter which segment it is made for.

## Meet our team

At HMD, our teams are united in our passion for the Nokia brand and the principles for which it is known. Equipped with a wealth of industry knowledge and experience, we are committed to our mission of making mobile technology accessible to all.

*One by one, we hope to enrich people's lives worldwide.*

*Leadership team*


**Florian Seiche**
Chief Executive Officer


**Juho Sarvikas**
Chief Product Officer


**Anssi Rönnemaa**
Chief Financial Officer


**Per Ekman**
Chief Commercial Officer, Head of Europe


**Jari Koljonen**
General Counsel


**Ben Jen**
Vice President Accessories

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree

4/24/2020

Case 1:20-cv-22051-JEM Document 1-4 Entered on FLSD Docket 05/18/2020 Page 43 of 293

Who we are | HMD Global - HMD Global: The Home of Nokia Phones



Vice President India and APAC



**Maurizio Angelone**
Vice President Americas



**Justin Maier**
Vice President Sub Sahara Africa

*Board*



**Florian Seiche**
Chief Executive Officer



**Jean-Francois Baril**
Executive Chairman of HMD Global



**Sam Chin**
Board Director



**Ivan Yeh**
Board Director



**Barry French**
Board Director

---

**Stay up to date**

We take your privacy very seriously and as such your data will not be shared with any third parties.

Email

[Subscribe]

Android, Google and other related marks and logos are trademarks of Google LLC.

## Our locations

Our team is based around the world across over 50 locations with our headquarters in Espoo, Finland.



**Espoo**
Bertel Jungin aukio 9
02600 Espoo
Finland

**London**
Level 4
4 Kingdom Street
Paddington Central
London W2 6BD

**Shenzhen**
No.2, 2nd Donghuan
Road, Longhua Town,
Bao'an District, Shenzhen,
Guangdong,
China

hmd.

© 2020 HMD Global All rights reserved.
Nokia is a registered trademark of Nokia Corporation.
HMD Global Oy is the exclusive licensee of the Nokia brand for phones & tablets.

**Language**
English
Suomi
简体中文

**Nokia phones**
Android phones
Nokia phones support
Nokia phones community

**Legal**
Privacy Policy
Terms of Use

**Ethics**
Code of Conduct
Supplier Code of Conduct
Speak up channel

**UK compliance**
UK Modern Slavery Act Statement
Tax strategy (UK)

We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

[Agree]

EXHIBIT 3

✕



● ● ●

FEATURES

# Nokia 2.3

Discover the power of AI with Nokia 2.3. It lasts up to 2 days[1] with Adaptive Battery technology, takes epic shots with AI imaging – even in low-light – and unlocks with a glance. Bring great stories to life with the impressive 6.2" HD+ 19:9 screen. Plus, it's ready for Android 10 and beyond so you can look forward to 2 years of software upgrades and 3 years of monthly security updates.

| Design | |
|---|---|
| | **Colors** Cyan Green, Sand, Charcoal |
| | **Size** 157.69 x 75.41 x 8.68mm |
| | **Weight** 183g |

| Performance | |
|---|---|
| | **Operating system** Android 9 Pie |
| | **RAM** 2 GB |
| | **CPU** MediaTek Helio A22 |

| Connectivity | |
|---|---|
| | **Cable type** Micro USB (USB 2.0) |
| | **SIM cards** Dual SIM and Single SIM models available |
| | **SIM card type** Nano SIM |
| | **Sensors** Ambient light sensor, Proximity sensor, Accelerometer (G-sensor) |
| | **Keys** The Google Assistant Button[2] |

| Environmental profile | |
|---|---|
| | **Read more** |

| Cameras | |
|---|---|
| | **Rear cameras** 13 MP f/2.2 + 2 MP depth sensing |
| | **Rear flash** LED |
| | **Front-facing camera** 5 MP f/2.4 |
| | **Other** Biometric face unlock |

| Battery | |
|---|---|
| | **Battery type** Non-removable 4000 mAh[3] |
| | **Charging** 5V/1A compatible |

| Storage | |
|---|---|
| | **Internal storage** 32 GB[4] |
| | **MicroSD card slot** Support for up to 512 GB |

| Display | |
|---|---|
| | **Size** 6.2" |
| | **Type** HD+ with waterdrop notch |
| | **Display ratio** 19:9 |

| Audio | |
|---|---|
| | 3.5 mm headphone jack |
| | FM radio receiver (headset required) |
| | 1 microphone |

| Network and connectivity | |
|---|---|
| | **Network bands** GSM: 850, 900, 1800, 1900 | WCDMA: 1, 5, 8 | LTE: 1, 3, 5, 7, 8, 20, 28, 38, 40, 41 (120MHz) |
| | **Network bands (Latin America and USA)** GSM: 850, 900, 1800, 1900 | WCDMA: 1, 2, 4, 5, 8 | LTE: 1, 2, 3, 4, 5, 7, 8, 12/17, 28, 66 |
| | **Network bands (India)** GSM 850, 900, 1800 | WCDMA: 1, 5, 8 | LTE: 1, 3, 5, 8, 40, 41 (120MHz) |
| | **Network speed** LTE Cat 4 |
| | **WiFi** 802.11 b/g/n |

# EXHIBIT 4



Features  Specs  Reviews  FAQs  Accessories

| Wireless | In Home | Business | | Stores | Search | | |
|----------|---------|----------|--|--------|--------|--|--|
| Phones | Plans | Deals | Shop | Support | 5G | | |

Español    Sign in ⌄

Home / Smartphones / Nokia

## Nokia 3 V

★★☆☆☆ (12 Reviews)                                                      SKU# 71990107323f

Online only: Get this device free. New line req'd. No trade-in req'd.        View details

Efficiency meets elegance with the Nokia 3 V. This slim and sophisticated smartphone features an eye-catching high-gloss design, 2.5D glass display and 6.26-inch HD+ scre  See More

### Color and storage

● Blue

| 16GB |
|------|

### Payment options

| $0.00/mo | $168.00 |
|----------|---------|
| was $7.00 | Retail price |
| 24 Monthly payments | |

$0 Down for qualified customers| $0.00/mo for 24 months, 0% APR Reduced Retail Price: $0.00

For a limited time, order online and we'll waive your activation fee. ⓘ

Device unlocking policy

● Ship it to me
  Eligible for Free 2-Day Shipping ⓘ

Get it today ⓘ

○ FREE In-Store Pickup ⓘ
  Select location

[ Continue ]

Add to wishlist





← →

━ ─ ─ ─

Feedback

### Device Specifications

| | |
|---|---|
| LTE Advanced | With 50% faster peak speeds in more than 450 cities from coast to coast. |
| World Device | Works in over 200 countries depending on your plan. |
| Standby Time - Up to: | 35 days |
| Usage Time - Up to: | 10 hrs |
| Camera | 13 MP |
| Front Camera | 5 MP |
| Width | 3 in |
| Weight | 6.17 oz |
| Height | 6.28 in |
| Depth | 0.33 in |
| Screen | 6.26" HD+ display (720 x 1440), 257ppi, 2.5D glass |
| Battery | 4000 mAh |
| Operating System | Android™ 9.0, Pie™ |
| Storage | 16GB ROM, 2GB RAM |
| Expandable Memory | Supports microSD card up to 128GB (sold separately) |
| Hearing Aid Compatibility | M4/T3 |
| Wi-Fi | 802.11 b/g/n (2.4GHz) |
| Processor | Qualcomm® Snapdragon™ 429 |
| Network | 4G LTE cat 4, B2, B4, B5, B13, B66UMTS 850/1900GSM 850/900/1800/1900 |
| Processor | Qualcomm® Snapdragon™ 429 |
| HD Voice | Experience HD Voice, Video Calling and Simultaneous Voice & Data. Enable Wi-Fi Calling and make calls anywhere you have a Wi-Fi connection. |

[ Compare devices ]

### What's in the box

| |
|---|
| Nokia 3 V |
| Pre-installed SIM Card (4FF) |
| Battery Type and Size – non-removable, 4000 mAh |
| Wall Adapter/USB Cable/USB Connector |
| Quick Reference Guide |
| Important Consumer Safety Information |
| Product Safety and Warranty Brochure |

[ Download user manual ]

### Nokia 3 V Support

Verizon Wireless Support helps you better understand your Verizon mobile device and other Verizon services. Nokia 3 V Support

Features  Specs  Reviews  FAQs  Accessories



**Apps & Services**

My Verizon
Verizon Cloud
Smart Family
Device trade-in
Device Protection
Call Filter
Apple Music
Premium Visual Voicemail
Hum
See More Apps

**Top Device Brands**

Samsung
Apple
Motorola
Google

**Top Accessory Brands**

Otterbox
ZAGG
Beats
Mophie
JBL
Fitbit
Gear 4

**Follow**

**Subscribe**

Sign Up

**Store Locator**

Enter a location

**About**

About Us
News
Featured Articles
Responsibility

Site Map   Careers   Verizon Innovation Program   Privacy   Legal Notices   Customer Agreement   Brochures   Important Wireless Issues
Radio Frequency Emissions   Avoid Potential Hearing Loss   Website Use   Return Policy   Accessibility   Product Terms
My Verizon Terms & Conditions   Device Payment Terms & Conditions   Open Internet   Lifeline/Link-Up   About Our Ads   Advertise With us

Feedback

# EXHIBIT 5

✕



FEATURES

# Nokia 4.2

Help is at hand with the Google Assistant Button. Enjoy videos and games on the 5.71" HD+ display, set in a stunning 2.5D curved glass design. Quick snaps look like great photos thanks to the dual 13 MP and 2 MP rear-facing camera and pro editing tools. Biometric face unlocking conveniently opens your phone in seconds.

**Design**

**Colors** Black, Pink Sand

**Size** 148.95 x 71.30 x 8.39 mm

**Weight** 161 g

**Performance**

**Operating system** Android 9 Pie

**RAM** 2/3 GB DDR3

**CPU** Qualcomm® Snapdragon™ 439

**Display**

**Size and type** 5.71" HD+ a-Si TFT LCD with selfie notch

**Resolution** 720x1520, 270 PPI

**Aspect ratio** 19:9

**Material** 2.5D glass

**Connectivity**

**Cable** Micro USB cable

**Sensors** Fingerprint Sensor (Rear), Ambient light sensor, Proximity sensor, Accelerometer, NFC, Biometric face unlock

**Keys** Google Assistant Button[1]

**Other** OTG

**Network and connectivity**

**Networks** GSM: 850, 900, 1800, 1900 | WCDMA: 1, 2, 4, 5, 8 | LTE 1, 2, 3, 4/66, 5, 7, 8,12/ 17 ,28, 38 (120MHz)

**Network speed** LTE Cat 4 - 150Mbps DL / 50Mbps UL, VoLTE, VoWiFi

**WiFi** 802.11 b/g/n

Bluetooth® 4.2

GPS/AGPS/GLONASS/BeiDou, FM radio

**Storage**

**Internal memory** 16/32 GB[3]

**Storage** type eMMC

**MicroSD card slot** Supports up to 400 GB

**Other** Google Drive

**Talk and standby times**

**Maximum 3G talk time** Up to 18 hours

**Maximum 4G standby time** Up to 25 days

**Music playback time** Up to 100 hours (with headset)

**Audio**

**Connector** Audio jack

**Microphones** 2 mics with noise cancellation

**Other** Qualcomm® aptX™ technology

**Camera**

**Rear camera** Dual 13MP AF/F2.2/1.12μm + 2MP FF/F2.2/1.75μm with 2 Phase Detection and flash

**Front-facing camera** 8MP FF/F2.0/1.12μm

# EXHIBIT 6

×

FEATURES

# Nokia 6.2

Upgrade your view with Nokia 6.2. Watch videos in HDR with PureDisplay. Get creative with your photography thanks to the triple camera and advanced AI imaging. Plus, it all runs smoothly on Android 9 Pie software – so it just keeps getting better.



| | |
|---|---|
| **Design** | **Colors** Ceramic Black, Ice |
| | **Size** 159.92 x 75.15 x 8.25mm |
| | **Weight** 180g |
| | Corning® Gorilla® Glass 3 |
| **Performance** | **Operating system** Android 9 Pie |
| | **RAM** 3/4 GB |
| | **CPU** Qualcomm® Snapdragon™ 636 |
| **Display** | **Size** 6.3" |
| | **Type** FHD+ with PureDisplay |
| **Connectivity** | **Cable type** USB Type-C™ (USB 2.0) |
| | **SIM cards** Single SIM |
| | **SIM card type** Nano-SIM |
| | **Sensors** Ambient light + RGB sensor (2 in 1), Proximity sensor, Accelerometer (G-sensor), E-compass, Gyroscope |
| | **Other** NFC (excluding India) |
| | **Keys** The Google Assistant Button[3] |
| **Network and connectivity** | **Network bands** GSM: 850, 900, 1800, 1900; WCDMA: 1, 5, 8 \| LTE: 1, 3, 5, 7, 8, 20, 28, 38, 40, 41 (120MHz) |
| | **Network bands** (Latin America and USA) GSM: 850, 900, 1800, 1900; WCDMA: 1, 2, 4, 5, 8 \| LTE: 1, 2, 3, 4, 5, 7, 8, 12/17, 13, 28, 66 |
| | **Network bands** (India) GSM 900, 1800; WCDMA: 1, 5, 8; LTE: 1, 3, 5, 8, 40, 41 (120MHz) |
| | **Network speed** LTE Cat 4 |
| | **WiFi** 802.11 b/g/n/ac |
| | Bluetooth® 5.0 |
| | GPS/AGPS+GLONASS+BDS+Galileo |
| **Storage** | **Internal storage** 32/64/128 GB[5] |
| | **MicroSD card slot** Support for up to 512 GB |
| **Audio** | 3.5 mm headphone jack |
| | Qualcomm® aptX™ audio |
| | FM radio |
| | 2 microphones |
| **Cameras** | **Rear cameras** 16 MP, 5 MP depth sensor, 8 MP sensor with ultra-wide lens |
| | **Rear flash** LED |
| | **Front-facing camera** 8 MP |
| **Battery** | **Battery type** Non-removable 3500 mAh[2] |

# EXHIBIT 7

✕



● ○ ●

FEATURES

# Nokia 7.2

Unleash your creativity with Nokia 7.2. Capture incredible photos, watch all your videos in HDR and go without charging for up to 2 days¹. Plus, it all runs smoothly on Android 9 Pie software – so just when you think it's at its best, it just keeps getting better.

| Design | **Colors** Charcoal, Cyan Green, Ice |
|---|---|
| | **Size** 159,88 × 75,11 × 8,25 mm |
| | **Weight** 180g |
| | 2.5D Corning® Gorilla® Glass |

| Performance | **Operating system** Android 9 Pie |
|---|---|
| | **RAM** 4/6 GB |
| | **CPU** Qualcomm® Snapdragon™ 660 |

| Connectivity | **Cable type** USB Type-C™ (USB 2.0) |
|---|---|
| | **SIM cards** Dual SIM |
| | **SIM card type** Nano-SIM |
| | **Sensors** Ambient light sensor, RGB sensor, Proximity sensor, Accelerometer (G-sensor), E-compass, Gyroscope |
| | **Other** NFC (excluding India) |
| | **Keys** The Google Assistant Button[2] |

| Cameras | **Rear cameras** 48 MP 1/2" Quad Pixel, 5 MP depth sensor, 8 MP sensor with ultra-wide lens |
|---|---|
| | **Rear flash** LED |
| | **Front-facing camera** 20 MP Quad Pixel |
| | **Other** ZEISS Optics |

| Battery | **Battery type** Non-removable 3500 mAh[5] |
|---|---|
| | **Charging** 5V/2A compatible |

| Storage | **Internal storage** 64/128 GB[4] |
|---|---|
| | **MicroSD card slot** Support for up to 512 GB |

| Display | **Size** 6.3" |
|---|---|
| | **Type** FHD+ with PureDisplay |

| Audio | 3.5 mm headphone jack |
|---|---|
| | Qualcomm® aptX™ audio |
| | FM radio |
| | 2 microphones with spatial surround sound capture |

| Network and connectivity | **Network bands** GSM: 850, 900, 1800, 1900; WCDMA: 1, 5, 8 | LTE: 1, 3, 5, 7, 8, 20, 28, 38, 40, 41 (120MHz) |
|---|---|
| | **Network bands (Latin America and USA)** GSM: 850, 900, 1800, 1900; WCDMA: 1, 2, 4, 5, 8 | LTE: 1, 2, 3, 4, 5, 7, 8, 12/17, 13, 28, 66 |
| | **Network bands (India)** GSM 900, 1800; WCDMA: 1, 5, 8; LTE: 1, 3, 5, 8, 40, 41 (120MHz) |
| | **Network speed: Download** LTE Cat 13 400 Mbps |
| | **Network speed: Upload** LTE Cat 5 75 Mbps |

# EXHIBIT 8

See how we're responding to help communities around the world.

Nokia 3310 3G



Nokia 3310 3G

Style it up in 3G

Nokia.com/phones website is operated by HMD Global Oy, the exclusive licensee of the Nokia brand for phones and tablets. We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. **Learn more**

Agree

See how we're responding to help communities around the world.

Nokia 3310 3G



## For the originals

- Talk and text. Tweet and Facebook if you must!
- Customisable retro UI.
- One word. Snake.

$ **59.99**

Local prices may vary e.g. depending on time-limited offers or reseller pricing. Quantities available may vary.

Buy now

---

3G connectivity

## Connect how you want

With 3G connectivity, you'll stay connected to the things that matter to you, whether it's the news, your favourite blog, even Facebook and Twitter.



The interface

## Make yourself at home

With new customisation options for rearranging icons and choosing colour themes, even your offline mobile experience will be your very own. Get a feel for the themes right here by choosing a colour.

Nokia.com/phones website is operated by HMD Global Oy, the exclusive licensee of the Nokia brand for phones and tablets. We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. **Learn more**

Agree

See how we're responding to help communities around the world.

Nokia 3310 3G

Snake



The games

## Snake around

Play the legendary Snake. It's back with a little update that makes it even more fun to play on the colour screen. Do you still remember your high score? Think you can beat it?

Nokia.com/phones website is operated by HMD Global Oy, the exclusive licensee of the Nokia brand for phones and tablets. We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. **Learn more**

Agree

See how we're responding to help communities around the world.

Nokia 3310 3G

tactile matte finish ensures quality at your touch.



# One for every style

Available in four vibrant shades, there's a Nokia 3310 3G to suit everyone: Azure, Yellow, Warm Red, and Charcoal.

The details

# Nokia 3310 3G

**Outside**

- Beautiful push buttons and iconic, shaped design
- 2 MP camera with LED flash for simple snaps
- Headphone jack for your tunes
- 2.4" curved window with

**Inside**

- 3G connectivity for calling and texting
- All-new customisable retro UI
- Bluetooth® 2.1 for pairing with speakers and other phones

Nokia.com/phones website is operated by HMD Global Oy, the exclusive licensee of the Nokia brand for phones and tablets. We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. **Learn more**

Agree

See how we're responding to help communities around the world.

Nokia 3310 3G



Colors: 

## Full specifications

### In the box

Nokia 3310 3G device

Quick start

Battery: BL-4UL (1200 mAh)[2]

Micro-USB charger

WH-108 headset

### Display

Size and type 2.4" QVGA

### Performance

Software platform Feature OS



### Battery

Battery type Removable BL-4UL battery (1200mAh)[2]

Max. talk time Up to 6.5 hours

Max. standby time (Single-SIM) Up to 27 days

Max. standby time (Dual-SIM) Up to 24 days

Max. MP3 playback time Up to 40 hours

Max. FM radio playback time Up to 35 hours

### Design

Colours Azure, Yellow, Warm Red, and Charcoal

Size 117 x 52.4 x 13.35mm

Weight (Single-SIM) 84.9g

Weight (Dual-SIM) 88.2g

### Storage

Nokia.com/phones website is operated by HMD Global Oy, the exclusive licensee of the Nokia brand for phones and tablets. We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. **Learn more**

Agree



See how we're responding to help communities around the world.

**Network and connectivity** ⌃

Network speed 3G

Network bands GSM: 900, 1800; WCDMA (FDD I, VIII)

Cable type Micro-USB

Other Bluetooth 2.1

**Audio** ⌃

Connector 3.5 mm AV connector

Apps FM radio, MP3 player

**Environmental profile** ⌄

[ Close specs ]

## Get your Nokia 3310 3G



Azure    Yellow (Matte)    Warm Red (Matte)    Charcoal (Matte)

From **$59.99**

Availability of color options may vary.

These are average estimated retail prices and they may vary e.g. depending on time-limited offers, reseller pricing, memory, color and other variables. As an Amazon Associate, we earn from qualifying purchases.

Or buy from a retailer:

[ Choose retailer ⌄ ]

Find your perfect phone

## Still want to browse?



Nokia.com/phones website is operated by HMD Global Oy, the exclusive licensee of the Nokia brand for phones and tablets. We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. **Learn more**

[ Agree ]

See how we're responding to help communities around the world.

Nokia 8110 4G

An outstanding phone with latest Android™ and immersive entertainment.

See all phones

¹Pre-installed system software and apps use a significant part of memory space.

²Battery has limited recharge cycles and battery capacity reduces over time. Eventually the battery may need to be replaced.

HMD Global Oy is the exclusive licensee of the Nokia brand for phones & tablets. Nokia is a registered trademark of Nokia Corporation. Android, Google, and other marks are trademarks of Google Inc. Qualcomm is a trademark of Qualcomm Incorporated. Variations on offering may apply, check local availability. All specifications, features and other product information provided are subject to change without notice. All images used are for illustrative purposes only.

All unlocked phones work on carriers that use GSM networks. Popular U.S. carriers that use GSM networks include AT&T, T-Mobile, Cricket, MetroPCS, Simple Mobile and Tracfone. Most foreign carriers also use GSM networks. You will need to use a SIM card from a GSM provider to get service for your unlocked phone. Please consult with your carrier for questions about compatibility with your device.

## Discover Nokia phones

Android phones
Classic phones
Accessories
For enterprises

### Latest products

Nokia 2.3
Nokia 6.2
Nokia 7.2

## Support

Home
User guides
FAQs
Contact support
Service and repairs
Warranty and insurance

### Community

Community forum
Beta labs
Developer portal

Who we are
What we do
Sustainability
Investors
News and events
Careers
Contact us

networks.nokia.com
withings.com
ozo.nokia.com
bell-labs.com
inventwithnokia.nokia.com
nuagenetworks.net
withings.com/health-institute

   

© 2020 HMD Global. All rights reserved.
Nokia is a registered trademark of Nokia Corporation.
HMD Global Oy is the exclusive licensee of the Nokia brand for phones & tablets.

Cookies     Privacy     Site Terms     Press

Nokia.com/phones website is operated by HMD Global Oy, the exclusive licensee of the Nokia brand for phones and tablets. We use cookies to improve and personalize your experience and to display advertisements. By using this site, you consent to the use of cookies. Learn more

Agree

# EXHIBIT 9

US007979070B2

## (12) United States Patent
### Hurtta

(10) Patent No.: **US 7,979,070 B2**
(45) Date of Patent: ***Jul. 12, 2011**

(54) **MOBILE EQUIPMENT FOR SENDING AN ATTACH REQUEST TO A NETWORK**

(75) Inventor: **Tuija Hurtta**, Espoo (FI)

(73) Assignee: **Nokia Corporation**, Espoo (FI)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 23 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/232,724**

(22) Filed: **Sep. 23, 2008**

(65) **Prior Publication Data**

US 2009/0042570 A1     Feb. 12, 2009

**Related U.S. Application Data**

(60) Continuation of application No. 11/347,646, filed on Feb. 6, 2006, now Pat. No. 7,580,714, which is a division of application No. 10/381,937, filed as application No. PCT/EP00/10111 on Oct. 13, 2000, now Pat. No. 7,035,621.

(51) **Int. Cl.**
*H04W 4/00*          (2009.01)
(52) **U.S. Cl.** ..................................................... **455/435.2**
(58) **Field of Classification Search** ................ 455/435.2
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,081,731 | A | 6/2000 | Boltz et al. |
| 6,249,252 | B1 | 6/2001 | Dupray |
| 6,272,332 | B1 | 8/2001 | Matsumoto et al. |
| 6,300,904 | B1 | 10/2001 | Dvorak et al. |
| 6,438,722 | B1 | 8/2002 | Kalliojarvi |
| 6,708,034 | B1 | 3/2004 | Sen et al. |
| 7,035,621 | B1 | 4/2006 | Hurtta |

| | | | |
|---|---|---|---|
| 7,035,624 | B2 | 4/2006 | Hurtta |
| 7,190,684 | B2 | 3/2007 | Cao et al. |
| 7,254,765 | B2 | 8/2007 | Meyer et al. |
| 2004/0014466 | A1 | 1/2004 | Jesse et al. |
| 2006/0268818 | A1 | 11/2006 | Chen et al. |
| 2007/0079207 | A1 | 4/2007 | Seidel et al. |
| 2007/0106924 | A1 | 5/2007 | Seidel et al. |
| 2007/0168827 | A1 | 7/2007 | Lohr et al. |
| 2007/0204050 | A1 | 8/2007 | Liu et al. |
| 2007/0214269 | A1 | 9/2007 | Davidsson |
| 2007/0223409 | A1 | 9/2007 | Herrero |
| 2007/0275728 | A1 | 11/2007 | Lohr et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 197 42 681 A1 | 4/1999 |
| EP | 0 971 550 A2 | 1/2000 |

OTHER PUBLICATIONS

3GPP—3GTS 23.060 V3.4.0 (Jul. 2000), 3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; General Packet Radio Service (GPRS); Service description: Stage 2, (Release 1999).

International Search Report for Application No. PCT/EP00/10111 mailed Jul. 6, 2001.

*Primary Examiner* — William D Cumming
(74) *Attorney, Agent, or Firm* — Alston & Bird LLP

(57) **ABSTRACT**

The invention provides a method and device which may perform a combined attach and communication connection establishment procedure when attaching an equipment such as a mobile station to a mobile communication network. An attach request sent form the equipment may initiate this combined attach and communication connection establishment process. In the Home Location Register, communication connection parameters are set as default values which may be automatically selected, for instance when receiving a combined attach and communication connection establishment request. The combined attach and communication connection establishment process reduces the signaling load in the network and speeds up communication connection establishment.

**10 Claims, 4 Drawing Sheets**



Case 1:20-cv-22051-JEM   Document 1-12 Entered on FLSD Docket 05/25/2020   Page 65 of 293



Fig. 1



Fig. 2



Fig. 3

Fig. 4



Case 1:20-cv-22051-JEM Document 1-12 Entered on FLSD Docket 05/15/2020 Page 67 of 293

Fig. 5



Case 1:20-cv-22051-JEM Document 1-12 Entered on FLSD Docket 05/25/2020 Page 68 of 293



**Fig. 6**

US 7,979,070 B2

**1**

# MOBILE EQUIPMENT FOR SENDING AN ATTACH REQUEST TO A NETWORK

## RELATED APPLICATIONS

This is a continuation application of patent application Ser. No. 11/347,646, filed on Feb. 6, 2006, which is a divisional application of patent application Ser. No. 10/381,937, filed on Sep. 22, 2003, which is a U.S. National Stage patent application based on PCT International patent Application PCT/EP00/10111, filed Oct. 13, 2000. The disclosures of the prior applications are hereby incorporated by reference.

## FIELD OF THE INVENTION

The present invention is directed to a method and device for attaching a mobile equipment such as a mobile station (MS) or any other arbitrary type of user equipment, to a wireless communication network so as to be able to originate or receive media such as a phone call, or data or message transmission. Further, the invention relates to a network element usable in such a method or system.

## BACKGROUND OF THE INVENTION

When a user equipment is newly attached to a wireless communication network for receiving and/or originating calls, data transmissions or the like, an attachment process for attaching the user equipment to the wireless communication network is necessary. When a subscriber is then intending to originate or receive a message or a call, an additional communication channel establishment process may be necessary. For instance, in a GSM system (Global System for Mobile Communications) such as a packet switched service, for instance GPRS (General Packet Radio Service), or in a UMTS system (Universal Mobile Telecommunications System), the user equipment exchanges a signalling flow with its associated node for establishing a communication channel, for instance a PDP (Packet Data Protocol) context or the like. This signalling leads to an additional load on the network and may additionally result in a certain brief delay before actually being able to start the transmission or reception.

## SUMMARY OF THE INVENTION

Certain embodiments of the present invention relate to an apparatus configured to send or receive an attach request to a network, wherein the attach request is configured to trigger a create communication connection default procedure with a gateway device. The apparatus is further configured to send or receive a radio bearer establishment request. The apparatus is also configured to generate or receive a bearer establishment response.

In other implementations, another embodiment of the present invention relates to an apparatus configured to send an attach request for attaching a mobile device to a network. Specifically, the attach request is configured to enable generation of a create default communication connection request for retrieving default data defining a packet data protocol in response to receiving the attachment request. Also, the attach request is further configured to enable activation of a packet data protocol context using the default data.

In other embodiments of the present invention, an apparatus is configured to send an attach request for attaching a mobile device to a network. The attach request is configured to be received by a network element and to enable the network element to trigger a create communication connection default

**2**

procedure with a gateway device in response to the attach request to generate a radio bearer establishment request, and establish a radio bearer. In this embodiment, the apparatus is further configured to transmit a bearer establishment response to the network element.

In other embodiments of the present invention, an apparatus is configured to receive an attachment request for attaching a mobile device. The apparatus is further configured to generate a create default communication connection request for retrieving default data defining a packet data protocol in response to receiving the attachment request. The apparatus is also configured to activate a packet data protocol context using the default data.

In other embodiments of the present invention, an apparatus is configured receive an attach request for attaching a mobile device to a network. The apparatus is further configured trigger a create communication connection default procedure with a gateway device in response to the attach request, generate a radio bearer establishment request, and establish a radio bearer. Also, the apparatus is configured to receive a bearer establishment response.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** shows a basic layout of one embodiment of the invention being implemented as GPRS network;

FIG. **2** schematically illustrates the storage contents of a register of the wireless communication network;

FIG. **3** shows part of an attach request message for combined attach and PDP context activation;

FIG. **4** is a flow diagram showing a combined attach and PDP context activation procedure;

FIG. **5** illustrates the signaling data flow during a combined attach and PDP context activation procedure; and.

FIG. **6** shows another embodiment and illustrates the signaling data flow during a PS attach and subsequent default PDP context activation procedure.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS OF THE INVENTION

FIG. **1** illustrates the basic layout of a part of a wireless communication network (for instance a PLMN) which here is implemented as a GPRS system. A mobile station (MS) **1** communicates with a Serving GPRS Support Node (SGSN) **2**. The system comprises at least one Home Location Register (HLR) **3**, at least one Gateway GPRS Support Node (GGSN) **4** and an Equipment Identification Register (EIR) **5**. The parts may communicate with each other as indicated by the arrows shown in FIG. **1**. The system will normally contain a plurality of mobile stations or other user equipments **1** although only one mobile station is shown in FIG. **1**. Likewise, a plurality of support nodes **2** is provided which support the mobile stations or other user equipments located within the area covered by the support node. This structure as well as the normal signaling and information flow between the components of the wireless communication network is known and will therefore not be described in greater detail.

FIG. **2** schematically illustrates part of the storage contents of a home location register **3**. The register **3** stores, for each subscriber, or each group of subscribers, or at least for some of the subscribers or groups, at least one communication connection (e.g. channel) information set which here is designated as PDP context information, one of which is set as default value and is automatically selected when not receiving any specific selecting request pointing to a different PDP context information. The register (HLR) **3** includes subscrip-

US 7,979,070 B2

3

tion information and then information about the PDP contexts of the subscriber. One or many of the PDP contexts may be set as default.

In the present embodiment, for each subscriber, or at least some of the subscribers, three different PDP context information sets (for PDP context activation or creation, or the like) **6**, **7**, **8** are respectively stored, wherein context information 1 (reference numeral **6**) is set as default value. The context information "Context **2**", reference numeral **7**, and "Context **3**", reference numeral **8**, are deliberately selectable by a subscriber when requested by the subscriber. The database of register **3** contains such triplets of information for each subscriber or at least for some of the subscribers or a group of subscribers. Of course, the number of alternative PDP context information sets may be varied according to design and need and may range from only one (default value only) to two, three or more selectively selectable information.

Generally, before the mobile station **1** is able to send or receive information, it must first perform an attach proceedings, for instance after switching it on. In addition, in some services such as packet data switching oriented networks, for instance GPRS or UMTS, an additional communication channel establishment procedure will normally be carried out which is called PDP context activation (or creation) in GPRS or UMTS. According to the present invention, the attach and POP context activation processes are combined. The mobile stations can therefore perform a combined attach and default PDP context activation which decreases signaling in the radio interface (air-interface).

This combined attach and communication channel establishment procedure is shown in FIGS. **4** and **5**. The default POP context or contexts are (is) activated according to the subscription-based information stored in the register **3**, that is based on "Context **1**" information, reference numeral **6**. If requested by the subscription of one or more subscribers, multiple default PDP contexts are allowed.

The quality of service (QoS) of the default PDP context is preferably such that the mobile station **1** is only charged if data is transferred or received on the default POP context, but no time-based charging is performed for the default PDP context alone. The quality of service of the default POP context will be decided based on the subscription and will be a default value unless otherwise prescribed. If a specific quality of service is desired, the subscriber will then have to select one of the different context information such as **7**, or **8**, provided same define an appropriate QoS (Quality of Service).

Subscribers mainly using the packet switched service (for instance GPRS or UMTS) for transferring voice, are allowed to define the QoS of the default POP context appropriately.

FIG. **3** shows part of an Attach request **9** which is sent from the mobile station **1** to the support node **2** for initiating the attach procedure, which is, in the present invention, a combined attach and POP context activation request. The Attach request **9** comprises a data field **10** defining IMSI (International Mobile Subscriber Identifier) or, if available, P-TMSI and RAI (Routing Area Identity). The "Attach Type" field **11** of the Attach request **9** indicates which type of attach is to be performed which may basically be "GPRS attach only", "GPRS attach while already IMSI attached", "combined GPRS/IMSI attach" or, as indicated in FIG. **3**, combined "PS (packet switched)+default POP context activation".

In case the attach request transmitted from the mobile station **1** specifies the attach type "PS+DEFAULT PDP CONTEXT ACTIVATION" as shown in FIG. **3**, the system is informed on the desired combined attach and PDP context activation. The support node **2** then not only performs a

4

"packet switched" attach but is furthermore adapted so as to automatically initiate, when receiving this request and having the attachment effected, a default POP context activation without necessity for the mobile station **1** to send any additional command.

The attach request **9** contains further fields such as "ORX parameters" which are not shown in FIG. **3** and are in accordance with the customary specification of attach requests, see the respective standards. The attach request **9** differs from these standards only in so far as it is now possible to indicate, in field **11**, a combined attach and communication channel establishment process such as "attach and default POP context activation".

FIG. **4** shows an attach process flow. In step S1, the mobile station **1** sends an Attach request to the support node **2** which then checks, in step S2, the received Attach request so as to detect whether a normal attach such as a "packet switched" attach is requested, or a combined attach and default POP context activation request is transmitted. This check is performed by examining the data field **11** of the Attach request **9** specifying the desired attach type. When combined attach and default POP activation request is received by the support node **2**, same is adapted to address the Home Location Register **3**, and to read (or receive) the subscriber information including the default POP context information stored therein. All the subscription information if transferred from the HLR to the SGSN. In step S4, the system then performs an attachment as well as one or many PDP context activations depending on the read default POP context information.

If no combined attach and default POP activation request is detected in step S2, the process proceeds to step S5 and performs a normal attachment only according to the designated attach type. As part of steps S4, S5, the support node **2** may also send an Attach Accept message to the mobile station **1** for informing same on the effected attachment. The attach process then ends (step S6).

FIG. **5** shows the combined attach and POP context activation in greater detail.

In step **1.**, the mobile station **1** initiates an attach and default POP context activation by sending an Attach Request as shown in FIG. **3**. The Attach Type parameter **11** indicates that combined attach and default POP context activation is required. In the present case, the Attach Request is sent because the mobile station **1** has switched on. In step **2.**, the new support node **2** (new SGSN) sends an Identification Request to the old support node (old SGSN) which responds with an Identification Response defining the IMSI of the mobile station **1**. If the mobile station **1** should be unknown in both the old and new SGSN, the new support node sends an Identity Request to the mobile station **1** (step **3**.) which transmits an Identity Response indicating its IMSI. In step **4.**, an authentication may be performed. Further, in step **5.**, an equipment checking ("IMSI check; IMSI=International Equipment Identification") may be performed by addressing the Equipment Identification Register (EIR) **5**.

In step **6.**, the support node **2** informs the Home Location Register **3** on the new location in case the support node number has changed since the GPRS detach, or it Is the very first attach. The old support node is requested to cancel the location which is acknowledged by sending back an Cancel Location Acknowledgment.

Further, the Home Location Register **3** sends an Insert Subscriber Data to the new support node **2** which subscriber data includes information on the default PDP context(s). The new support node validates the MS's presence in the new routing area, and sends back an Insert Subscriber Data Acknowledgment to the Home Location Register **3**. Further-

US 7,979,070 B2

5

more, the Home Location Register **3** sends back, as part of step **6**, an Update Location Acknowledgement message.

In step **7**., RAB assignment procedure is performed for the default PDP context(s) according to the information received from the Home Location Register **3** in step **6**. This is a preferred implementation of the invention. The procedure consists in sending a RIB Assignment Request from the new support node **2** to the radio access network RAN transmitting/receiving the radio waves to/from the mobile station **1**, setting up the radio bearer between the radio access network RAN and MS (by sending a Radio Bearer Setup and a Radio Bearer Setup Complete, and finally sending a RIB Assignment Response.

In the next step **8**, the new support node **2** sends a Create PDP Context Request to the gateway support node **4** so that the default PDP context(s) is (are) activated in the support node(s) **4** according to the information received from the Home Location Register **3** in step **6**. In step **9**, the support node **2** sends an Attach Accept message to the mobile station **1** for acknowledging the attach and default PDP context activation. The attached accept message may include information about the activated PDP context(s). The mobile station **1** may acknowledge the parameters sent by the support node **2**, by sending an Attach Complete message in step **10**. However, step **10** may also be omitted.

Steps **7** and **8** are performed N times, N representing the number of default POP contexts.

According to the invention, the combined attach and default POP context activation is therefore performed by storing default POP context information in a register such as a Home Location Register, and by activating the default PDP context(s) according to the subscriber-based information stored in the register. The quality of service (QoS) of the default PDP context(s) may be fixed but may also be decided based on the subscription.

A basic idea is to activate default POP context(s) according to the subscription information received from the HLR. As an alternative, the mobile station MS may send some parameters for the default POP context(s) and the HLR completes the missing parameters. As an example, APN (Access Point Name) may be sent from MS, and QoS from HLR.

The PDP context (activations) is (are) therefore automatically performed based on the HLR subscription. This leads to a reduction of the signalling in the radio interface, without creating any limitations on the network and its use. Furthermore, it is not necessary, for PDP context activation, to send a QoS field and/or APN from the mobile station **1** to support node **2** or **3**, because the Home Location Register has one or more special contexts which are marked as default contexts **5** and are automatically selected. This possibility of setting default contexts in the Home Location Register has also advantages with regard to more advanced services such as UMTS services wherein the users are likely to have more than one subscribed context, which accordingly define different session handling parameters.

FIG. **6** illustrates a further embodiment.

In the first embodiment shown in FIGS. **1** to **5**, the default PDP context(s) are automatically activated at PS attach. In the embodiment of FIG. **6**, the MS first performs a PS attach and then afterwards indicates that the default PDP context(s) should be activated. In both cases, the default PDP context information comes from the HLR.

According to the embodiments, default contexts are provided also in cases where a normal procedure (attach being performed with a subsequent PDP context activation upon request) does not apply.

6

In the following, the steps shown in FIG. **6** will be described in more detail with reference to the step numbering of FIG. **6**:

Step **1**. PS (Packet-Switched) attach is performed (e.g. as described in 3GPP TSG 23.060).

Step **2**. The MS sends a request to activate default PDP context(s) to the SGSN.

Step **3**. The SGSN initiates the activation of the default PDP context(s) as indicated in the subscription information received from the HLR at PS attach (step **1**). The radio access bearer establishment procedure may be performed.

Step **4**. The SGSN sends the Create PDP Context Request message to the GGSN for each default POP context. The GGSN creates the POP context and acknowledges by sending the Create PDP Context Response message to the SGSN.

Step **5**. The SGSN acknowledges the activation of the default PDP context(s) by sending a response to the MS.

The response may include information about the activated POP context(s).

Although specific embodiments have been described above, the invention is also applicable with regard to other types of communication networks such as fixed or circuit-switched networks.

What is claimed is:

**1**. An apparatus, comprising:

a user equipment, the user equipment being configured to:
   send an attach request to a network, wherein the attach request is configured to trigger a create communication connection default procedure with a gateway device,
   receive a radio bearer establishment request, and
   generate a bearer establishment response.

**2**. An apparatus according to claim **1**, wherein the user equipment is a mobile station.

**3**. An apparatus according to claim **1**, wherein the attach request comprises a data field specifying a desired type of attachment.

**4**. An apparatus comprising:

a support node, the support node being configured to:
   receive an attach request from a network, wherein the attach request is configured to trigger a create communication connection default procedure with a gateway device,
   send a radio bearer establishment request, and
   receive a bearer establishment response.

**5**. An apparatus, comprising:

a user equipment, the user equipment being configured to:
   send an attach request to attach the user equipment to a network,
   wherein the attach request is configured to enable generation of a create default communication connection request to retrieve default data defining a packet data protocol, in response to receiving the attachment request and activation of a packet data protocol context using the default data.

**6**. The apparatus according to claim **5**, wherein the user equipment configured to send the attach message includes being configured to send the attach message to a network element, the network element being a support node.

**7**. An apparatus comprising:

a user equipment, the user equipment being configured to:
   send an attach request to attach the user equipment to a network, wherein the attach request is configured to be received by a network element and to enable the network element to trigger a create communication connection default procedure with a gateway device

US 7,979,070 B2

7

in response to the attach request to generate a radio bearer establishment request,

establish a radio bearer, and

transmit a bearer establishment response to the network element.

**8**. The apparatus according to claim **7**, wherein the network element is a support node.

**9**. An apparatus comprising:

a support node, the support node being configured to:

receive an attachment request to attach a user equipment,

generate a create default communication connection request to retrieve default data defining a packet data protocol in response to receiving the attachment request, and

8

activate a packet data protocol context using the default data.

**10**. An apparatus comprising:

a support node, the support node being configured to:

receive an attach request to attach a user equipment to a network,

trigger a create communication connection default procedure with a gateway device in response to the attach request,

generate a radio bearer establishment request, and

establish a radio bearer, and to receive a bearer establishment response.

\* \* \* \* \*

# EXHIBIT 10

| US 7979070 – Claim 1 | 3GPP Specifications |
|---|---|
| An apparatus, comprising:<br><br>a user equipment, the user equipment being configured to:<br><br>send an attach request to a network, wherein the attach request is configured to trigger a create communication connection default procedure with a gateway device, | **3GPP TS 24.301 v8.10.0.**<br>**5.5.1.2.2 Attach procedure initiation**<br>…<br>The UE shall send the ATTACH REQUEST message together with a PDN CONNECTIVITY REQUEST message contained in the ESM message container information element to request PDN connectivity.<br>…<br>In state EMM-DEREGISTERED, the UE initiates the attach procedure by sending an ATTACH REQUEST message to the MME<br><br>**5.5.1.2.4 Attach accepted by the network**<br>If the attach request is accepted by the network, the MME shall send an ATTACH ACCEPT message to the UE and start timer T3450. The MME shall send the ATTACH ACCEPT message together with an ACTIVATE DEFAULT EPS BEARER CONTEXT REQUEST message contained in the ESM message container information element to activate the default bearer (see subclause 6.4.1).<br><br>**6.4.1 Default EPS bearer context activation procedure**<br>**6.4.1.1 General**<br>The purpose of the default bearer context activation procedure is to establish a default EPS bearer context between the UE and the EPC. The default EPS bearer context activation procedure is initiated by the network as a response to the PDN CONNECTIVITY REQUEST message from the UE.<br><br>**8.2.4 Attach request**<br>**8.2.4.1 Message definition**<br>This message is sent by the UE to the network in order to perform an attach procedure. See table 8.2.4.1.<br><br>Message type: ATTACH REQUEST<br>Significance: dual<br>Direction: UE to network<br><br>**3GPP TS 23.401 v8.18.0**<br>**5.3.2.1 E-UTRAN Initial Attach** |



12) …
The new MME selects a Serving GW as described in clause 4.3.8.2 on Serving GW selection function and allocates an EPS Bearer Identity for the Default Bearer associated with the UE. Then it sends a Create Session Request (IMSI, MSISDN, MME TEID for control plane, PDN GW address, PDN Address, APN, RAT type, Default EPS Bearer QoS, PDN Type, APN-AMBR, EPS Bearer Identity, Protocol Configuration Options, Handover Indication, ME Identity, User Location Information (ECGI), MS Info Change Reporting support indication, Selection Mode, Charging Characteristics, Trace Reference, Trace Type, Trigger Id, OMC Identity, Maximum APN Restriction, Dual Address Bearer Flag, the Protocol Type over S5/S8) message to the selected Serving GW.
…

2

| | |
|---|---|
| | 15) The P-GW creates a new entry in its EPS bearer context table and generates a Charging Id. The new entry allows the P-GW to route user plane PDUs between the S-GW and the packet data network, and to start charging. The way the P-GW handles Charging Characteristics that it may have received is defined in TS 32.251 [44].<br><br>The PDN GW returns a Create Session Response (PDN GW Address for the user plane, PDN GW TEID of the user plane, PDN GW TEID of the control plane, PDN Type, PDN Address, EPS Bearer Identity, EPS Bearer QoS, Protocol Configuration Options, Charging Id, Prohibit Payload Compression, APN Restriction, Cause, MS Info Change Reporting Action (Start) (if the PDN GW decides to receive UE's location information during the session), APN-AMBR) message to the Serving GW. The PDN GW takes into account the received PDN type, the Dual Address Bearer Flag and the policies of operator when the PDN GW selects the PDN type to be used as follows. If the received PDN type is IPv4v6 and both IPv4 and IPv6 addressing is possible in the PDN but the Dual Address Bearer Flag is not set, or only single IP version addressing for this APN is possible in the PDN, the PDN GW selects a single IP version (either IPv4 or IPv6). |
| receive a radio bearer establishment request, and generate a bearer establishment response. | **3GPP TS 23.401 v8.18.0.**<br><br><br><br>**5.3.2.1 E-UTRAN Initial Attach** |

3

| | 18. The eNodeB sends the RRC Connection Reconfiguration message including the EPS Radio Bearer Identity to the UE, and the Attach Accept message will be sent along to the UE. |
| | |
| | 19. The UE sends the RRC Connection Reconfiguration Complete message to the eNodeB. For further details, see TS 36.331 [37].<br>TS 36.331 v8.21.0 |
| | |
| | **5.3.5 RRC connection reconfiguration** |
| | … |
| | The purpose of this procedure is to modify an RRC connection, e.g. to establish/ modify/ release RBs, to perform handover, to setup/ modify/ release measurements. As part of the procedure, NAS dedicated information may be transferred from E-UTRAN to the UE. |
| **US 7979070 – Claim 2** | **3GPP Specifications** |
| An apparatus according to claim 1, wherein the user equipment is a mobile station | On information and belief, the user equipment (UE) is a mobile station. |
| **US 7979070 – Claim 5** | **3GPP Specifications** |
| An apparatus comprising:<br><br>a user equipment, the user equipment being configured to:<br><br>send an attach request to attach the user equipment to a network | **3GPP TS 24.301 v8.10.0.**<br>**5.5.1.2.2 Attach procedure initiation**<br>…<br>The UE shall send the ATTACH REQUEST message together with a PDN CONNECTIVITY REQUEST message contained in the ESM message container information element to request PDN connectivity.<br>…<br>In state EMM-DEREGISTERED, the UE initiates the attach procedure by sending an ATTACH REQUEST message to the MME<br>**8.2.4 Attach request**<br>**8.2.4.1 Message definition**<br>This message is sent by the UE to the network in order to perform an attach procedure. See table 8.2.4.1.<br>Message type: ATTACH REQUEST<br>Significance: dual<br>Direction: UE to network |
| Wherein the attach request is configured to enable generation of a create default communication connection request to retrieve default data defining a packet data protocol, in responses to receiving the attachment request and activation of a packet data protocol context using the default data. | **3GPP TS 24.301 v8.10.0.**<br>**6.4.1 Default EPS bearer context activation procedure**<br>**6.4.1.1 General**<br>The purpose of the default bearer context activation procedure is to establish a default EPS bearer context between the UE and the EPC. The default EPS bearer context activation procedure is initiated by the network as a response to the PDN CONNECTIVITY REQUEST message from the UE.<br><br>**5.5.1.2.2 Attach procedure initiation**<br>…<br>The UE shall send the ATTACH REQUEST message together with a PDN CONNECTIVITY REQUEST message contained in the ESM message container information element to request PDN connectivity. |

### 5.5.1.2.4 Attach accepted by the network

If the attach request is accepted by the network, the MME shall send an ATTACH ACCEPT message to the UE and start timer T3450. The MME shall send the ATTACH ACCEPT message together with an ACTIVATE DEFAULT EPS BEARER CONTEXT REQUEST message contained in the ESM message container information element to activate the default bearer (see subclause 6.4.1).

**3GPP TS 23.401 v8.18.0**

### 5.3.2.1 E-UTRAN Initial Attach



12) .....

The new MME selects a Serving GW as described in clause 4.3.8.2 on Serving GW selection function and allocates an EPS Bearer Identity for the Default Bearer associated with the UE. Then it sends a Create Session Request (IMSI, MSISDN, MME TEID for control plane, PDN GW address, PDN Address, APN, RAT type, Default EPS Bearer QoS,

PDN Type, APN-AMBR, EPS Bearer Identity, Protocol Configuration Options, Handover Indication, ME Identity, User Location Information (ECGI), MS Info Change Reporting support indication, Selection Mode, Charging Characteristics, Trace Reference, Trace Type, Trigger Id, OMC Identity, Maximum APN Restriction, Dual Address Bearer Flag, the Protocol Type over S5/S8) message to the selected Serving GW.

…

15) The P-GW creates a new entry in its EPS bearer context table and generates a Charging Id. The new entry allows the P-GW to route user plane
PDUs between the S-GW and the packet data network, and to start charging. The way the P-GW handles Charging Characteristics that it may have received is defined in TS 32.251 [44].
The PDN GW returns a Create Session Response (PDN GW Address for the user plane, PDN GW TEID of the user plane, PDN GW TEID of the control plane, PDN Type, PDN Address, EPS Bearer Identity, EPS Bearer QoS, Protocol Configuration Options, Charging Id, Prohibit Payload Compression, APN Restriction, Cause, MS Info Change Reporting Action (Start) (if the PDN GW decides to receive UE's location information during the session), APN-AMBR) message to the Serving GW. The PDN GW takes into account the received PDN type, the Dual Address Bearer Flag and the policies of operator when the PDN GW selects the PDN type to be used as follows. If the received PDN type is IPv4v6 and both IPv4 and IPv6 addressing is possible in the PDN but the Dual Address Bearer Flag is not set, or only single IP version addressing for this APN is possible in the PDN, the PDN GW selects a single IP version (either IPv4 or IPv6).

….

EXHIBIT 11

US008600383B2

## (12) United States Patent
### Roberts et al.

(10) Patent No.: **US 8,600,383 B2**
(45) Date of Patent: ***Dec. 3, 2013**

(54) **APPARATUS AND METHOD FOR MAKING MEASUREMENTS IN MOBILE TELECOMMUNICATIONS SYSTEM USER EQUIPMENT**

(75) Inventors: **Gideon Roberts**, Staffordshire (GB);
**Robert Harrison**, Birmingham (GB);
**Richard George**, Birmingham (GB);
**Gjalt Gerrit De Jong**, Leuven (BE)

(73) Assignee: **BlackBerry Limited**, Waterloo, Ontario (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/617,241**

(22) Filed: **Sep. 14, 2012**

(65) **Prior Publication Data**

US 2013/0065591 A1 Mar. 14, 2013

**Related U.S. Application Data**

(63) Continuation of application No. 13/244,776, filed on Sep. 26, 2011, now Pat. No. 8,290,491, which is a continuation of application No. 12/267,412, filed on Nov. 7, 2008, now Pat. No. 8,351,940, which is a continuation of application No. 10/921,079, filed on Aug. 18, 2004, now Pat. No. 7,463,887.

(51) **Int. Cl.**
*H04W 4/00* (2009.01)
(52) **U.S. Cl.**
USPC .................... **455/435.2**; 455/434; 455/435.1; 455/436

(58) **Field of Classification Search**
USPC ........................... 455/435.1–435.3, 436–444
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,452,471 A | 9/1995 | Leopold et al. | |
| 5,802,473 A | 9/1998 | Rutledge et al. | |
| 5,822,696 A * | 10/1998 | Bergkvist | ...................... 455/436 |
| 5,999,814 A | 12/1999 | Cuffaro et al. | |
| 6,138,018 A * | 10/2000 | Pashtan et al. | ............. 455/435.2 |
| 6,377,803 B1 * | 4/2002 | Ruohonen | .................... 455/434 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| FR | 2742291 | 6/1997 |
| GB | 2385745 | 8/2003 |

OTHER PUBLICATIONS

U.S. Notice of Allowance for U.S. Appl. No. 10/921,079, dated Sep. 2, 2008, 8 pages.

(Continued)

*Primary Examiner* — Dominic E Rego
(74) *Attorney, Agent, or Firm* — Finnegan, Henderson, Farabow, Garrett & Dunner LLP

(57) **ABSTRACT**

A method and apparatus for selecting cells in a mobile telecommunications system, the system comprising a network of a plurality of cells of a Universal Mobile Telecommunications Systems (UMTS) and a network of a plurality of cells of a second Radio Access Technology (RAT), the method comprising, at a user equipment device: when in UMTS mode, flagging in a neighboring cell list stored on the user equipment device information for a cell of a second RAT which is known to be unsuitable for selection. Information from the neighboring cell list information for the flagged cell may be removed, in particular for a limited period of time.

**97 Claims, 5 Drawing Sheets**



## US 8,600,383 B2
Page 2

(56)  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,393,279 | B1 * | 5/2002 | Lee ............................ 455/426.1 |
| 6,553,231 | B1 | 4/2003 | Karlsson et al. |
| 7,123,910 | B2 * | 10/2006 | Lucidarme et al. ......... 455/434 |
| 7,127,253 | B2 | 10/2006 | Chen |
| 7,133,702 | B2 * | 11/2006 | Amerga et al. .............. 455/574 |
| 7,184,710 | B2 | 2/2007 | Hogan |
| 7,266,381 | B2 * | 9/2007 | Charles ...................... 455/456.4 |
| 7,286,801 | B2 | 10/2007 | Amerga et al. |
| 7,308,258 | B2 * | 12/2007 | Demir et al. ................. 455/434 |
| 7,436,843 | B2 * | 10/2008 | Gustafsson et al. ......... 370/401 |
| 7,463,887 | B2 | 12/2008 | Roberts et al. |
| 7,477,896 | B2 * | 1/2009 | Rick et al. ................... 455/436 |
| 7,546,132 | B2 * | 6/2009 | Lee et al. .................... 455/503 |
| 7,596,378 | B1 * | 9/2009 | Nizri et al. .................. 455/448 |
| 7,634,272 | B2 * | 12/2009 | Yamashita et al. .......... 455/444 |
| 7,949,337 | B2 * | 5/2011 | Choi ........................... 455/440 |
| 2001/0041572 | A1 | 11/2001 | Lundqvist |
| 2001/0044301 | A1 | 11/2001 | Moore |
| 2002/0032032 | A1 * | 3/2002 | Haumont et al. ............ 455/436 |
| 2002/0197992 | A1 * | 12/2002 | Nizri et al. .................. 455/435 |
| 2003/0040311 | A1 | 2/2003 | Choi |
| 2003/0125073 | A1 * | 7/2003 | Tsai et al. ................... 455/552 |
| 2004/0043798 | A1 | 3/2004 | Amerga et al. |
| 2004/0109431 | A1 * | 6/2004 | Abrahamson et al. ........ 370/342 |
| 2004/0162074 | A1 * | 8/2004 | Chen ........................... 455/437 |
| 2004/0180656 | A1 * | 9/2004 | Stephan et al. .............. 455/434 |
| 2004/0192313 | A1 * | 9/2004 | Otting ......................... 455/446 |
| 2005/0003817 | A1 * | 1/2005 | Ormson et al. ........... 455/435.2 |
| 2005/0044130 | A1 | 2/2005 | Sillasto et al. |
| 2005/0075074 | A1 | 4/2005 | Benson et al. |
| 2005/0079870 | A1 | 4/2005 | Rick et al. |
| 2005/0085232 | A1 | 4/2005 | Laitinen et al. |
| 2005/0090224 | A1 | 4/2005 | Dorsey et al. |
| 2005/0186984 | A1 | 8/2005 | Lundell et al. |
| 2005/0277416 | A1 | 12/2005 | Tolli et al. |
| 2006/0009158 | A1 | 1/2006 | Bernhard et al. |
| 2007/0298790 | A1 | 12/2007 | Ormson et al. |
| 2008/0039084 | A1 * | 2/2008 | Benveniste et al. .......... 455/434 |
| 2009/0207774 | A1 | 8/2009 | Lee et al. |

OTHER PUBLICATIONS

U.S. Notice of Allowance for U.S. Appl. No. 12/267,412, dated Aug. 31, 2012, 7 pages.
U.S. Notice of Allowance for U.S. Appl. No. 13/244,776, mailed Jun. 13, 2012, 8 pages.
U.S. Office Action for U.S. Appl. No. 10/921,079, dated Mar. 17, 2008, 11 pages.
U.S. Office Action for U.S. Appl. No. 10/921,079, dated Sep. 7, 2007, 9 pages.
U.S. Office Action for U.S. Appl. No. 12/267,412, dated Mar. 9, 2012, 5 pages.
U.S. Office Action for U.S. Appl. No. 13/244,776, dated Dec. 16, 2011, 7 pages.

* cited by examiner



**Fig. 1**



**Fig. 2**



Carry out measurements
302
Identify highest ranked cell
304
314
Identify next highest ranked cell
307
END
N
Identified cell is a same RAT cell?
305
Y
313
Y
N
Any cells left to check?
315
306
Check if identified cell is suitable
Cell barred for time $T_{barred}$
N
Y
Suitable?
308
N
Identified cell deemed unsuitable owing to cell information or transmission problems?
Flag cell as being unsuitable
312
309
310
Y
Successful cell reselection
Omit from list previously identified cell
316

Fig. 3

Case 1:20-cv-22051-JEM   Document 1-14 Entered on FLSD Docket 05/15/2020   Page 6 of 13



**Fig. 4**



Fig. 5

US 8,600,383 B2

1

## APPARATUS AND METHOD FOR MAKING MEASUREMENTS IN MOBILE TELECOMMUNICATIONS SYSTEM USER EQUIPMENT

### CROSS REFERENCE TO RELATED APPLICATION

The present application is a continuation application of patent application Ser. No. 13/244,776, filed Sep. 26, 2011 (now allowed) now U.S. Pat. No. 8,290,491, which is a continuation of application Ser. No. 12/267,412 filed Nov. 7, 2008 (now allowed) now U.S. Pat. No. 8,351,940, which is a continuation of application Ser. No. 10/921,079 filed Aug. 18, 2004, (now U.S. Pat. No. 7,463,887 issued Dec. 9, 2008), the contents of which are incorporated herein by reference.

### BACKGROUND

1. Technical Field

This application relates to a dual mode mobile telecommunication device in general (for instance a UMTS (Universal Mobile Telecommunications System) and GSM (Global System for Mobile Communications) dual mode device), and to an apparatus and method for selecting cells in mobile telecommunications system user equipment. The invention also relates to Mobile Stations (MS) and User Equipment (UE) which support at least two Radio Access Technologies (RATs).

2. Description of the Related Art

The approaches described in this section could be pursued, but are not necessarily approaches that have been previously conceived or pursued. Therefore, unless otherwise indicated herein, the approaches described in this section are not prior art to the claims in this application and are not admitted to be prior art by inclusion in this section.

In a typical cellular radio system, mobile user equipment (UE) communicates via a radio access radio network (RAN) to one or more core networks. User equipment (UE) comprises various types of equipment such as mobile telephones (also known as cellular or cell phones), lap tops with wireless communication capability, personal digital assistants (PDAs) etc. These may be portable, hand held, pocket sized, installed in a vehicle etc and communicate voice and/or data signals with the radio access network.

The radio access network covers a geographical area divided into a plurality of cell areas. Each cell area is served by at least one base station, which may be referred to as a Node B. Each cell is identified by a unique identifier which is broadcast in the cell. The base stations communicate at radio frequencies over an air interface with the UEs within range of the base station. Several base stations may be connected to a radio network controller (RNC) which controls various activities of the base stations. The radio network controllers are typically connected to a core network.

UMTS is a third generation public land mobile telecommunication system. Various standardization bodies are known to publish and set standards for UMTS, each in their respective areas of competence. For instance, the 3GPP (Third Generation Partnership Project) has been known to publish and set standards for GSM (Global System for Mobile Communications) based UMTS, and the 3GPP2 (Third Generation Partnership Project 2) has been known to publish and set standards for COMA (Code Division Multiple Access) based UMTS. Within the scope of a particular standardization body, specific partners publish and set standards in their respective areas.

2

Consider a wireless mobile device, generally referred to as user equipment (UE), that complies with the 3GPP specifications for the UMTS and with GSM protocols. The 3GPP 25.331 specification, v.3.18.0, referred to herein as the 25.331 specification, addresses the subject of the Radio Resource Control (RRC) protocol specification. The 3GPP 25.304 specification, v.3.14.0, referred to herein as the 25.304 specification, addresses the subject of UMTS User Equipment (UE) procedures in idle mode and procedures for cell reselection in connected mode between the UMTS Terrestrial Radio Access Network (UTRAN) and the UE.

Such a UE undertakes frequent measurement procedures. Clause 8.4 of the 25.331 standard and its sub-clauses and clause 14 and its sub-clauses relate to the measurement procedures to be undertaken by the UE as do clause 5 and its sub-clauses of the 25.304 specification. Both the 25.331 standard (and in particular clause 8.4 and its sub-clauses and clause 14 and its sub-clauses) and the 25.304 standard (and in particular clause 5.2.3.1 and its sub-clauses) are incorporated herein by reference.

When camped on a UMTS cell, the UE shall regularly search for a better cell according to the cell reselection criteria. If a better cell is found, the UE should attempt to select that cell. A change of cell may imply a change of RAT.

The 3GPP specifications allow a dual-mode UE to repeatedly attempt to camp on a cell using another RAT when the cell is known to be unavailable just because it happens to have the strongest available transmission signal.

For a dual-mode UE operating in UMTS idle mode (or CELL_PCH, URA_PCH or CELL_FACH states) and a GSM cell is initially found to be the best cell, problems can arise if the GSM cell is unsuitable or unavailable for selection, for example, if synchronization cannot be achieved or system information cannot be decoded. Each unsuccessful attempt to reselect to the unsuitable/unavailable GSM cell results in a short loss of service, and the UE will be unresponsive to attempts at incoming communication. It will therefore be seen that there is a need to avoid such repeated interruptions.

Further, battery power in the UE can also be wasted by repeated attempts of the UE to change its operational mode between RATs every few seconds. With reference to clause 5.5.2.2.3 of the 3GPP 25.133 specification, v 3.18.0, the minimum interruption time when attempting to move from a UMTS cell to a GSM cell is 40 ms, and is likely to be considerably longer, perhaps even greater than 100 ms.

There are thus proposed strategies for User Equipment (UE) measurement procedures, which are appropriate in UMTS idle mode and during cell reselection to a GSM cell. A number of such strategies are detailed below.

Other aspects and features of the present invention will become apparent to those ordinarily skilled in the art upon review of the following description of specific embodiments of an apparatus and method for carrying out User Equipment (UE) procedures in idle mode and procedures for cell reselection in connected mode.

### BRIEF DESCRIPTION OF THE DRAWINGS

Embodiments of the present invention will now be described, by way of example only, with reference to the attached drawings, in which:

FIG. 1 shows an overview of a network and UE device;

FIG. 2 is a flow diagram illustrating a first embodiment of a process for cell selection;

FIG. 3 is a flow diagram illustrating a second embodiment;

US 8,600,383 B2

**3**

FIG. **4** is a block diagram illustrating an embodiment of a protocol stack apparatus provided with a RRC block, in accordance with the present application; and

FIG. **5** is a block diagram illustrating a mobile device, which can act as a UE and co-operate with the apparatus and methods of FIGS. **1** to **5**.

The same reference numerals are used in different figures to denote similar elements.

DETAILED DESCRIPTION OF THE DRAWINGS

A method and apparatus for making measurements in mobile telecommunications system user equipment are described. In the following description, for the purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of the present invention. It will be apparent, however, to one skilled in the art that the present invention may be practiced without these specific details. In other instances, well-known structures and devices are shown in block diagram form in order to avoid unnecessarily obscuring the present invention.

The needs identified in the foregoing Background, and other needs and objects that will become apparent from the following description, are achieved by, in one aspect, a method for selecting cells in a mobile telecommunications system, the system comprising a network of a plurality of cells and at least one user equipment device. The method comprises, at the user equipment device, when in UMTS mode, flagging in a neighboring cell list stored on the user equipment device information for a cell of a second RAT which is known to be unsuitable for selection.

In other aspects, the invention encompasses an apparatus and a computer-readable medium configured to carry out the foregoing steps. In particular, the method may be implemented in a mobile telecommunications device, with or without voice capabilities, or other electronic devices such as handheld or portable devices.

There is also provided a method of maintaining information relating to selecting cells that are potentially suitable for a user equipment to select/camp on in a telecommunications system, the system comprising a network of a plurality of cells of a Universal Mobile Telecommunications System and a network of a plurality of cells of a second Radio Access Technology (RAT), the system further comprising at least one user equipment device, the method comprising, at the user equipment device: storing information relating to cells of the network; from the stored maintained information, identifying a cell which meets a cell selection criterion; determining whether the identified cell is of the other RAT; and, if the identified cell is determined to be of the other RAT: determining whether the identified cell is suitable for selection; and if the identified cell is not suitable, flagging the cell as being unsuitable for selection.

FIG. **1** shows an overview of a network and a UE device. Clearly in practice there may be many UE devices operating with the network but, for the sake of simplicity, FIG. **1** only shows a single UE device. For the purposes of illustration, FIG. **1** also shows a network having a few components. It will be clear to a person skilled in the art that in practice a network will include far more components than those shown.

FIG. **1** shows an overview of the radio access network **702** (RAN) used in a UMTS system or a GSM network. The network **702** as shown in FIG. **1** comprises three Radio Network Subsystems (RNS) **2**. Each RNS has a Radio Network Controller (RNC) **4**. Each RNS **2** has one or more Node B **6** which are similar in function to a Base Transmitter Station of a GSM radio access network. User Equipment UE **700** may

**4**

be mobile within the radio access network. Radio connections (indicated by the straight dotted lines in FIG. **1**) are established between the UE and one or more of the Node Bs in the UTRAN.

The RNC **4** controls the use and reliability of the radio resources within the RNS **2**. Each RNC **4** may also be connected to a 3G mobile switching center **10** (3G MSC) and a 3G serving GPRS support node **12** (3G SGSN).

An RNC **4** controls one or more Node B's. An RNC plus its Node B's together make up an RNS **2**. A Node B controls one or more cells. Each cell is uniquely identified by a frequency and a primary scrambling code (primary CPICH in FDD, primary CCPCH in TOO).

Generally in UMTS a cell refers to a radio network object that can be uniquely identified by a UE from a cell identifier that is broadcast over geographical areas from a UTRAN access point. A UTRAN access point is a conceptual point within the UTRAN performing radio transmission and reception. A UTRAN access point is associated with one specific cell i.e., there exists one UTRAN access point for each cell. It is the UTRAN-side end point of a radio link. A single physical Node B **6** may operate as more than one cell since it may operate at multiple frequencies and/or with multiple scrambling codes.

Section 5.2.6 of the 25.304 standard sets out the cell reselection criterion.

In the following description, reselection between cells operating in FDD mode and attempting to change to GSM mode will be considered. However the technique is also applicable in reselection between cells operating in TDD mode and attempting to change to GSM mode. The technique is also applicable for reselection between CDMA2000 cells/GSM cells/GPRS cells.

The Network Operator transmits in the UMTS cell to all UEs in the UMTS cell, over the broadcast channel (BCCH), a GSM Neighbouring Cell list. Alternatively, the list is derived at the UE from information transmitted by the Network Operator. This list contains information relating to GSM cells which are adjacent to, or in the vicinity of, the UMTS cell in question.

Included in the GSM neighboring cell list is information relating to the transmission frequency of each neighboring GSM cell respectively. Accordingly, the UE has prior knowledge, at least in one mode of operation, of all the frequencies at which the neighboring GSM cells transmit. As such, the UE can scan these frequencies for signal strengths of the respective GSM cells. Once the respective frequencies have been scanned, the UE populates the GSM neighboring cell list with information relating to cell ranking according to the cell reselection criteria for each cell at its respective transmission frequency.

In a similar fashion, a UMTS neighboring cell list is transmitted or compiled, thereby allowing the UE to have prior knowledge of the transmission frequencies of the neighboring UMTS cells and to scan these frequencies accordingly. This list is populated with transmission frequency information in a similar fashion to the way it is carried out for the GSM neighboring cell list.

The GSM neighboring cell list, as transmitted by the Network Operator, does not take into account the status of the GSM cells; i.e. a cell may be temporarily barred but will still be listed in the GSM neighboring cell list.

As will be discussed below, when the UE has determined that a GSM cell is barred, the GSM cell is removed by the UE from the GSM neighboring cell list stored locally at the UE until expiry of a time interval, Tbarred• This time interval is configurable, but a suitable time period may be 300 seconds.

US 8,600,383 B2

5

6

During this time period, Tbarred, the "barred" cell is not to be considered as a candidate for reselection by the UE.

The GSM neighboring cell lists may contain GSM cells that are barred and which are to be removed from the lists until expiry of the time interval, $T_{barred}$. Alternatively, there may be a list for containing details of cells which are barred and details of the barred/unsuitable cell is added to this list. The barred cells may keep their indices in the list but no measurement is performed, i.e., no scan at the frequency of that cell is made. The UE may re-read and/or re-build the GSM neighboring cell list upon expiry of the time interval $T_{barred}$ for the or all barred cells, if more than one barred cell is found. The time, $T_{barred}$, may be set individually for each barred cell.

A process of a cell reselection process is illustrated in FIG. 2 which is a flow chart illustrating the operation of a UE device. At intervals the UE device carries out measurements, step 200. The UE carries out measurements on neighboring cells according to its capability.

The UE then determines whether the measurement data meets a predetermined criterion and stores the measurement data in an order relative to the meeting of the criterion (a cell ranking list). An example of the cell reselection criteria is given in 5.2.6 of the 25.304 specification.

Table 1 shows an example of the signal measurement results for a UE, with the highest ranked cells being shown at the top of the table and the lowest ranked cells shown at the bottom.

TABLE 1

| | | |
|---|---|---|
| $C_A$ | $f_1$ | GSM |
| $C_D$ | $f_7$ | GSM |
| $C_B$ | $f_2$ | UMTS |
| $C_E$ | $F_8$ | GSM |
| $C_F$ | $f_3$ | UMTS |
| $C_G$ | $f_4$ | GSM |
| $C_C$ | $f_5$ | GSM |
| $C_I$ | $f_6$ | GSM |

where $C_A$ indicates a signal from cell A, $f_1$ indicates a signal at frequency $f_1$, GSM indicates that the cell is a GSM cell and UMTS indicates that the cell is a UMTS cell. Typically, signal measurement results for the GSM network and for the UMTS network are compiled in separate tables for each network and a comparison or consolidation between the two tables is made prior to determination of the highest ranked cell. However, for the sake of simplicity in this and following examples a consolidated table of results will be used.

When compiling the ranking list of the various neighboring GSM and UMTS cells, the time period for the comparison between GSM cells and UMTS cells is configurable; for further details see clause 5.2.6 of the 25.304 specification.

The UE uses these measurement results to identify the highest ranked cell, step 202. In the example shown in table 1 this is the signal from GSM cell A at frequency $f_1$. The UE then checks whether the identified cell at the identified frequency is suitable, step 204. If the identified cell at the identified frequency is suitable, step 206, successful cell reselection has occurred, step 208, and the UE continues operation. However the identified cell may not be suitable. For example, if the system information from a cell which informs the UE how to connect to the cell has an error in it, then the cell is deemed to be unsuitable.

However if the identified cell is not suitable at step 206, the UE then flags the identified cell as unsuitable, step 207, for instance using an identifier, or removes the unsuitable cell from the neighboring cell list. The cell may be flagged as unsuitable, to leave vacant the information relating to the

unsuitable cell from the maintained neighboring cell list. The UE then proceeds to identify the next highest ranked cell, step 210. In the example shown in table 1, this is GSM cell 0 at a frequency $f_7$ i.e., a different GSM cell operating at a different frequency as the previously identified cell. The UE then attempts to connect with this identified cell at step 204 and if successful a successful cell connection with GSM cell D at frequency h is made. Otherwise the UE continues to identify the next highest ranked cells and to attempt to connect with these cells until a successful connection is made or connection to all potential cells has failed, in which case the UE returns a message to the user, for instance "emergency calls only" or "no network coverage".

The UE then periodically repeats the search for a suitable cell omitting from the search any cells which are flagged as unsuitable. Thus, if a GSM cell is not suitable or is barred, the UE does not repeatedly attempt to camp on to the unsuitable/barred cell.

If the UE selects UMTS cell B because GSM cells A and D are unsuitable, then during the next cell reselection evaluation, cells A and D are excluded from the next cell reselection process. Thus, if the GSM cell is not suitable or barred, the UE does not repeatedly attempt to camp on to the unsuitable/barred cell.

Note that the process may also be carried out without identifying the highest ranked cell (i.e., steps 200, 202 and 210 may be omitted). In this case, the UE, when in UMTS mode, flags in a neighboring cell list stored on the user equipment device information for a cell of the second RAT which is known to be unsuitable for reselection.

In an embodiment of the invention, when an identified cell is deemed unsuitable, it is omitted from the GSM neighboring cell list. Alternatively, the identified cell can be added to a list of cells known to be unsuitable. During the next reselection evaluation, the UE performs measurements on cells listed in the GSM neighboring cell list but omits the cell previously identified as the unsuitable/barred cell.

FIG. 3 shows a further embodiment of the technique. In this embodiment, the UE carries out measurements to search for the highest ranked cell in each cell type (i.e. GSM or UMTS) required according to its capabilities, step 302. An example of the measurements made by a UE is shown in table 2, with the highest ranked cells being shown at the top of the table and the lowest ranked cells shown at the bottom.

TABLE 2

| | | |
|---|---|---|
| $C_A$ | $f_1$ | GSM |
| $C_D$ | $f_7$ | GSM |
| $C_B$ | $f_2$ | UMTS |
| $C_E$ | $F_8$ | GSM |
| $C_F$ | $f_3$ | UMTS |
| $C_G$ | $f_4$ | GSM |
| $C_C$ | $F_5$ | GSM |
| $C_I$ | $F_6$ | GSM |

The UE then identifies the highest ranked cell, step 304. For the results shown in table 2, this is cell A (which happens to be a GSM cell) at frequency k The UE then performs a check that this is a GSM cell, step 305 and, if the check confirms that this is a GSM cell, the UE checks if this identified GSM cell is suitable, step 306. (If, at step 305 the UE determines that the cell is another UMTS cell, the process according to this embodiment of the invention terminates, step 307, as reselection of a same RAT cell is not the focus of the present discussion.) If the GSM cell is suitable, step 308, a successful cell reselection is made, step 310. However, if the cell is not suitable because it is barred for any reason (e.g. it is

Case 1:20-cv-22551-JEM Document 14-14 Entered on FLSD Docket 05/05/2020 Page 11 of 296

7

not suitable owing to cell information (for example because the cell is not on the same public land mobile network (PLMN) as that selected by the UE)), or not available because of transmission problems (such as synchronization cannot be achieved/system information cannot be decoded) step 312, the cell is barred as a candidate for reselection for the time T$_{barred}$, step 315. If there are cells left to check in Table 2, step 313, the UE then identifies the next highest ranked cell (frequency f$_7$, cell D), step 314, and checks if this is a GSM cell again, step 305. The process continues round the loop as above until successful cell reselection 310 takes place, or a re-scanning step 302 is required. When the rescan step 302 does take place, the UE removes details of the barred cell from the table for the time T$_{barred}$. As such, the barred cell is not considered as a candidate for reselection for this time interval. The UE may check for remaining identified cells (step 313) before starting the new cell reselection measurement. If a suitable cell is found then it is selected and the cell reselection evaluation process is started on the new cell.

This continues until a suitable cell is identified, the next best available cell is a UMTS cell or connection to all potential cells has failed, in which case the UE returns a message to the user, for instance "emergency calls only" or "no network coverage". The UE then periodically searches for a suitable cell.

When a GSM cell is deemed unsuitable, for whatever reason, the cell in question can be explicitly removed (barred) from the cell reselection measurements for a defined period of time as soon as it is determined that it is unsuitable or barred. During this time period, the cell will not be considered as a candidate for cell reselection.

Examples of the second RAT are GSM, GPRS or CDMA2000. The following are examples of barred or unsuitable cells: a cell with an "Intra-frequency cell-reselection indicator" set to "not allowed"; or a cell in which a service is not available, such as an emergency call service, a data service (such as a packet data service e.g. GPRS or email).

Referring to the drawings, FIG. 4 is a block diagram illustrating an embodiment of a UMTS protocol stack apparatus.

The RRC block 136 a sub layer of Layer 3 130 of a UMTS protocol stack 100. The RRC 136 exists in the control plane only and provides an information transfer service to the non-access stratum NAS 134. The RRC 136 is responsible for controlling the configuration of radio interface Layer 1 110 and Layer 2 120. When the UTRAN wishes to change the UE configuration it will issue a message to the UE containing a command to invoke a specific RRC procedure. The RRC 136 layer of the UE decodes this message and initiates the appropriate RRC procedure. Generally when the procedure has been completed (either successfully or not) then the RRC sends a response message to the UTRAN (via the lower layers) informing the UTRAN of the outcome. It should be noted that there are a few scenarios where the RRC will not issue a response message to the UTRAN and, in those cases the RRC need not and does not reply. Cell reselection may be implemented in the RRC.

Turning now to FIG. 5, FIG. 5 is a block diagram illustrating a mobile device, which can act as a UE and co-operate with the apparatus and methods of FIGS. 1 to 4, and which is an exemplary wireless communication device. Mobile station 700 is preferably a two-way wireless communication device having at least voice and data communication capabilities. Mobile station 700 preferably has the capability to communicate with other computer systems on the Internet. Depending on the exact functionality provided, the wireless device may be referred to as a data messaging device, a two-way pager, a wireless e-mail device, a cellular telephone with data

8

messaging capabilities, a wireless Internet appliance, or a data communication device, as examples.

Where mobile station 700 is enabled for two-way communication, it will incorporate a communication subsystem 711, including both a receiver 712 and a transmitter 714, as well as associated components such as one or more, preferably embedded or internal, antenna elements 716 and 718, local oscillators (LOs) 713, and a processing module such as a digital signal processor (DSP) 720. As will be apparent to those skilled in the field of communications, the particular design of the communication subsystem 711 will be dependent upon the communication network in which the device is intended to operate. For example, mobile station 700 may include a communication subsystem 711 designed to operate within the Mobitex™ mobile communication system, the DataTAC™ mobile communication system, GPRS network, UMTS network, or EDGE network.

Network access requirements will also vary depending upon the type of network 702. For example, in the Mobitex and DataTAC networks, mobile station 700 is registered on the network using a unique identification number associated with each mobile station. In UMTS and GPRS networks, however, network access is associated with a subscriber or user of mobile station 700. A GPRS mobile station therefore requires a subscriber identity module (SIM) card in order to operate on a GPRS network. Without a valid SIM card, a GPRS mobile station will not be fully functional. Local or non-network communication functions, as well as legally required functions (if any) such as "911" emergency calling, may be available, but mobile station 700 will be unable to carry out any other functions involving communications over the network 702. The SIM interface 744 is normally similar to a card-slot into which a SIM card can be inserted and ejected like a diskette or PCMCIA card. The SIM card can have approximately 64K of memory and hold many key configuration 751, and other information 753 such as identification, and subscriber related information.

When required network registration or activation procedures have been completed, mobile station 700 may send and receive communication signals over the network 702. Signals received by antenna 716 through communication network 702 are input to receiver 712, which may perform such common receiver functions as signal amplification, frequency down conversion, filtering, channel selection and the like, and in the example system shown in FIG. 7, analog to digital (NO) conversion. NO conversion of a received signal allows more complex communication functions such as demodulation and decoding to be performed in the DSP 720. In a similar manner, signals to be transmitted are processed, including modulation and encoding for example, by DSP 720 and input to transmitter 714 for digital to analog conversion, frequency up conversion, filtering, amplification and transmission over the communication network 702 via antenna 718. DSP 720 not only processes communication signals, but also provides for receiver and transmitter control. For example, the gains applied to communication signals in receiver 712 and transmitter 714 may be adaptively controlled through automatic gain control algorithms implemented in DSP 720.

Mobile station 700 preferably includes a microprocessor 738 which controls the overall operation of the device. Communication functions, including at least data and voice communications, are performed through communication subsystem 711. Microprocessor 738 also interacts with further device subsystems such as the display 722, flash memory 724, random access memory (RAM) 726, auxiliary input/output (I/O) subsystems 728, serial port 730, keyboard 732, speaker

US 8,600,383 B2

9

734, microphone 736, a short-range communications subsystem 740 and any other device subsystems generally designated as 742.

Some of the subsystems shown in FIG. 5 perform communication-related functions, whereas other subsystems may provide "resident" or on-device functions. Notably, some subsystems, such as keyboard 732 and display 722, for example, may be used for both communication-related functions, such as entering a text message for transmission over a communication network, and device-resident functions such as a calculator or task list.

Operating system software used by the microprocessor 738 is preferably stored in a persistent store such as flash memory 724, which may instead be a read-only memory (ROM) or a similar storage element (not shown). Those skilled in the art will appreciate that the operating system, specific device applications, or parts thereof, may be temporarily loaded into a volatile memory such as RAM 726. Received communication signals may also be stored in RAM 726.

As shown, flash memory 724 can be segregated into different areas for both computer programs 758 and program data storage 750, 752, 754 and 756. These different storage types indicate that each program can allocate a portion of flash memory 724 for their own data storage requirements. Microprocessor 738, in addition to its operating system functions, preferably enables execution of software applications on the mobile station. A predetermined set of applications that control basic operations, including at least data and voice communication applications for example, will normally be installed on mobile station 700 during manufacturing. A preferred software application may be a personal information manager (PIM) application having the ability to organize and manage data items relating to the user of the mobile station such as, but not limited to, e-mail, calendar events, voice mails, appointments, and task items. Naturally, one or more memory stores would be available on the mobile station to facilitate storage of PIM data items. Such PIM application would preferably have the ability to send and receive data items, via the wireless network 702. In a preferred embodiment, the PIM data items are seamlessly integrated, synchronized and updated, via the wireless network 702, with the mobile station user's corresponding data items stored or associated with a host computer system. Further applications may also be loaded onto the mobile station 700 through the network 702, an auxiliary I/O subsystem 728, serial port 730, short-range communications subsystem 740 or any other suitable subsystem 742, and installed by a user in the RAM 726 or preferably a non-volatile store (not shown) for execution by the microprocessor 738. Such flexibility in application installation increases the functionality of the device and may provide enhanced on-device functions, communication-related functions, or both. For example, secure communication applications may enable electronic commerce functions and other such financial transactions to be performed using the mobile station 700.

In a data communication mode, a received signal such as a text message or web page download will be processed by the communication subsystem 711 and input to the microprocessor 738, which preferably further processes the received signal for output to the display 722, or alternatively to an auxiliary I/O device 728. A user of mobile station 700 may also compose data items such as email messages for example, using the keyboard 732, which is preferably a complete alphanumeric keyboard or telephone-type keypad, in conjunction with the display 722 and possibly an auxiliary I/O

10

device 728. Such composed items may then be transmitted over a communication network through the communication subsystem 711.

For voice communications, overall operation of mobile station 700 is similar, except that received signals would preferably be output to a speaker 734 and signals for transmission would be generated by a microphone 736. Alternative voice or audio I/O subsystems, such as a voice message recording subsystem, may also be implemented on mobile station 700. Although voice or audio signal output is preferably accomplished primarily through the speaker 734, display 722 may also be used to provide an indication of the identity of a calling party, the duration of a voice call, or other voice call related information for example.

Serial port 730 in FIG. 5, would normally be implemented in a personal digital assistant (PDA)-type mobile station for which synchronization with a user's desktop computer (not shown) may be desirable, but is an optional device component. Such a port 730 would enable a user to set preferences through an external device or software application and would extend the capabilities of mobile station 700 by providing for information or software downloads to mobile station 700 other than through a wireless communication network. The alternate download path may for example be used to load an encryption key onto the device through a direct and thus reliable and trusted connection to thereby enable secure device communication.

Other communications subsystems 740, such as a short-range communications subsystem, is a further optional component which may provide for communication between mobile station 700 and different systems or devices, which need not necessarily be similar devices. For example, the subsystem 740 may include an infrared device and associated circuits and components or a Bluetooth™ communication module to provide for communication with similarly enabled systems and devices.

EXTENSIONS AND ALTERNATIVES

In the foregoing specification, the invention has been described with reference to specific embodiments thereof. It will, however, be evident that various modifications and changes may be made thereto without departing from the scope of the technique. The specification and drawings are, accordingly, to be regarded in an illustrative rather than a restrictive sense.

It is to be noted that the methods as described have shown steps being carried out in a particular order. However, it would be clear to a person skilled in the art that the order of some of the steps may be immaterial with respect to the operation of the method. The ordering of the steps as described herein is not intended to be limiting.

It is also to be noted that where a method has been described it is intended that protection is also sought for a device arranged to carry out the method and where features have been claimed independently of each other these may be used together with other claimed features.

The invention claimed is:

1. A method of cell reselection by a user equipment device (UE), the UE operable with a first cellular Radio Access Technology (RAT) and a second cellular RAT, the method comprising:

when the UE is camped on a cell of the first RAT, determining whether a cell of a second RAT is suitable for camping,

the UE not considering said cell of the second RAT as a candidate for reselection if said cell of the second RAT is

US 8,600,383 B2

11

12

not suitable for camping, and further not considering said cell of the second RAT for a time period.

**2**. The method according to claim **1**, further comprising considering said cell of the second RAT as a candidate for reselection after expiry of the time period.

**3**. The method according to claim **1**, wherein not considering said cell of the second RAT comprises removing said cell from a list of neighboring cells.

**4**. The method according to claim **1**, wherein not considering said cell of the second RAT comprises flagging said cell in a list of neighboring cells as being unsuitable for camping.

**5**. The method according to claim **1**, wherein said cell of the second RAT is not suitable when it is barred.

**6**. The method according to claim **1**, wherein said cell of the second RAT is not suitable due to being part of a list of barred cells.

**7**. The method according to claim **1**, wherein said cell of the second RAT is not suitable due to being part of a list of unsuitable cells.

**8**. The method according to claim **1**, wherein said cell of the second RAT is not suitable due to belonging to a public land mobile network (PLMN) that is not the same as a PLMN selected by the UE.

**9**. The method according to claim **1**, wherein the time period is a maximum of 300 seconds.

**10**. The method according to claim **1**, wherein the time period is 300 seconds.

**11**. The method according to claim **1**, wherein the time period is a defined period of time.

**12**. The method according to claim **1**, wherein the time period is a limited period of time.

**13**. The method according to claim **1**, wherein the UE receives a list of neighboring cells including the cell of the second RAT.

**14**. The method of claim **1**, wherein the first RAT is selected from a group including UMTS, GSM, or CDMA; and the second RAT is different from the first RAT and selected from the group including UMTS, GSM, or CDMA.

**15**. The method of claim **1**, wherein the reselection is for camping.

**16**. The method of claim **1**, wherein determining whether a cell of a second RAT is suitable for camping comprises:

generating measurement data for cells in a neighboring cell list;

identifying from the measurement data a cell that meets a cell reselection criterion; and

determining whether the identified cell is suitable for camping when the identified cell is a cell of the second RAT.

**17**. A user equipment device (UE) configured to be operable with a first cellular Radio Access Technology (RAT) and a second cellular RAT, the UE comprising:

a processor and memory, the UE being operable so that, when the UE is camped on a cell of the first RAT, it is determined whether a cell of a second RAT is suitable for camping,

wherein the UE does not consider said cell of the second RAT as a candidate for reselection if said cell of the second RAT is not suitable for camping, and further does not consider said cell of the second RAT for a time period.

**18**. The UE according to claim **17**, further configured to consider said cell of the second RAT as a candidate for reselection after expiry of the time period.

**19**. The UE according to claim **17**, wherein, in order to not consider said cell of the second RAT, the UE is configured to remove said cell from a list of neighboring cells.

**20**. The UE according to claim **17**, wherein, in order to not consider said cell of the second RAT, the UE is arranged to flag said cell in a list of neighboring cells as being unsuitable for selection.

**21**. The UE according to claim **17**, wherein said cell of a second RAT is not suitable when it is barred.

**22**. The UE according to claim **17**, wherein said cell of a second RAT is not suitable due to being part of a list of barred cells.

**23**. The UE according to claim **17**, wherein said cell of a second RAT is not suitable due to being part of a list of unsuitable cells.

**24**. The UE according to claim **17**, wherein said cell of a second RAT is not suitable due to belonging to a public land mobile network (PLMN) that is not to the same as a PLMN selected by the UE.

**25**. The UE according to claim **17**, wherein the time period is a maximum of 300 seconds.

**26**. The UE according to claim **17**, wherein the time period is 300 seconds.

**27**. The UE according to claim **17**, wherein the time period is a defined period of time.

**28**. The UE according to claim **17**, further configured to receive a list of neighboring cells including the cell of the second RAT.

**29**. The UE of claim **17**, wherein the first RAT is selected from a group including UMTS, GSM, GPRS or CDMA; and the second RAT is different from the first RAT and selected from the group including UMTS, GSM, GPRS, or CDMA.

**30**. The UE of claim **17**, wherein the reselection is for camping.

**31**. The UE of claim **17**, further operable to:

generate measurement data for cells in a neighboring cell list;

identify from the measurement data a cell that meets a cell reselection criterion; and

determine whether the identified cell is suitable for camping when the identified cell is a cell of the second RAT.

**32**. A method of cell reselection by a user equipment device (UE), the UE operable with a first cellular Radio Access Technology (RAT) and a second cellular RAT, the method comprising:

when the UE is camped on a cell of the first RAT,

the UE considering a cell of a second RAT as barred as a candidate for reselection for a time period if said cell of the second RAT is not suitable for camping.

**33**. The method according to claim **32**, further comprising determining whether said cell of the second RAT is suitable for camping.

**34**. The method according to claim **32**, further comprising considering said cell of the second RAT as a candidate for reselection after expiry of the time period.

**35**. The method according to claim **32**, wherein considering said cell of the second RAT as barred comprises removing said cell from a list of neighboring cells.

**36**. The method according to claim **32**, wherein considering said cell of the second RAT as barred comprises flagging said cell in a list of neighboring cells as being unsuitable for camping.

**37**. The method according to claim **32**, wherein said cell of the second RAT is not suitable when it is barred.

**38**. The method according to claim **32**, wherein said cell of the second RAT is not suitable due to being part of a list of barred cells.

**39**. The method according to claim **32**, wherein said cell of the second RAT is not suitable due to being part of a list of unsuitable cells.

US 8,600,383 B2

13

**40**. The method according to claim **32**, wherein said cell of the second RAT is not suitable due to belonging to a public land mobile network (PLMN) that is not the same as a PLMN selected by the UE.

**41**. The method according to claim **32**, wherein the time period is a maximum of 300 seconds.

**42**. The method according to claim **32**, wherein the time period is 300 seconds.

**43**. The method according to claim **32**, wherein the time period is a defined period of time.

**44**. The method according to claim **32**, wherein the time period is a limited period of time.

**45**. The method according to claim **32**, wherein the UE receives a list of neighboring cells including the cell of the second RAT.

**46**. The method of claim **32**, wherein the first RAT is selected from a group including UMTS, GSM, or CDMA; and the second RAT is different from the first RAT and selected from the group including UMTS, GSM, or CDMA.

**47**. The method of claim **32**, wherein the reselection is for camping.

**48**. The method of claim **32**, further comprising:
generating measurement data for the cells in a neighboring cell list;
identifying from the measurement data a cell that meets a cell reselection criterion; and
determining whether the identified cell is suitable for camping when the identified cell is a cell of the second RAT.

**49**. A user equipment device (UE) configured to be operable with a first cellular Radio Access Technology (RAT) and a second cellular RAT, the UE comprising:
a processor and memory, the UE being operable so that, when the UE is camped on a cell of the first RAT,
the UE considers a cell of a second RAT as barred as a candidate for reselection for a time period if said cell of the second RAT is not suitable for camping.

**50**. The UE according to claim **49**, wherein the UE is configured to determine whether said cell of the second RAT is suitable for camping.

**51**. The UE according to claim **49**, further configured to consider said cell of the second RAT as a candidate for reselection after expiry of the time period.

**52**. The UE according to claim **49**, wherein, in order to consider said cell of the second RAT as barred, the UE is configured to remove said cell from a list of neighboring cells.

**53**. The UE according to claim **49**, wherein, in order to consider said cell of the second RAT as barred, the UE is arranged to flag said cell in a list of neighboring cells as being unsuitable for camping.

**54**. The UE according to claim **49**, wherein said cell of the second RAT is not suitable when it is barred.

**55**. The UE according to claim **49**, wherein said cell of the second RAT is not suitable due to being part of a list of barred cells.

**56**. The UE according to claim **49**, wherein said cell of the second RAT is not suitable due to being part of a list of unsuitable cells.

**57**. The UE according to claim **49**, wherein said cell of the second RAT is not suitable due to belonging to a public land mobile network (PLMN) that is not the same as a PLMN selected by the UE.

**58**. The UE according to claim **49**, wherein the time period is a maximum of 300 seconds.

**59**. The UE according to claim **49**, wherein the time period is 300 seconds.

14

**60**. The UE according to claim **49**, wherein the time period is a defined period of time.

**61**. The UE according to claim **49**, wherein the time period is a limited period of time.

**62**. The UE according to claim **49**, further configured to receive a list of neighboring cells including the cell of the second RAT.

**63**. The UE of claim **49**, wherein the first RAT is selected from a group including UMTS, GSM, or CDMA; and the second RAT is different from the first RAT and selected from the group including UMTS, GSM, or CDMA.

**64**. The UE of claim **49**, wherein the reselection is for camping.

**65**. The UE of claim **49**, further operable to:
generate measurement data for the cells in a neighboring cell list;
identify from the measurement data a cell that meets a cell reselection criterion; and
determine whether the identified cell is suitable for camping when the identified cell is a cell of the second RAT.

**66**. A method of cell reselection by a user equipment device (UE), the UE operable with a first cellular Radio Access Technology (RAT) and a second cellular RAT, the method comprising:
when the UE is camped on a cell of the first RAT,
determining whether a cell of a second RAT is suitable for camping,
the UE excluding said cell of the second RAT as a candidate for reselection for a time period if said cell of the second RAT is not suitable for camping.

**67**. The method according to claim **66**, further comprising considering said cell of the second RAT as a candidate for reselection after expiry of the time period.

**68**. The method according to claim **66**, wherein excluding said cell of the second RAT comprises removing said cell from a list of neighboring cells.

**69**. The method according to claim **66**, wherein excluding said cell of the second RAT comprises flagging said cell in a list of neighboring cells as being unsuitable for camping.

**70**. The method according to claim **66**, wherein said cell of the second RAT is not suitable when it is barred.

**71**. The method according to claim **66**, wherein said cell of the second RAT is not suitable due to being part of a list of barred cells.

**72**. The method according to claim **66**, wherein said cell of the second RAT is not suitable due to being part of a list of unsuitable cells.

**73**. The method according to claim **66**, wherein said cell of the second RAT is not suitable due to belonging to a public land mobile network (PLMN) that is not the same as a PLMN selected by the UE.

**74**. The method according to claim **66**, wherein the time period is a maximum of 300 seconds.

**75**. The method according to claim **66**, wherein the time period is 300 seconds.

**76**. The method according to claim **66**, wherein the time period is a defined period of time.

**77**. The method according to claim **66**, wherein the time period is a limited period of time.

**78**. The method according to claim **66**, wherein the UE receives a list of neighboring cells including the cell of the second RAT.

**79**. The method of claim **66**, wherein the first RAT is selected from a group including UMTS, GSM, or CDMA; and the second RAT is different from the first RAT and selected from the group including UMTS, GSM, or CDMA.

US 8,600,383 B2

15

**80**. The method of claim **66**, wherein the reselection is for camping.

**81**. The method of claim **66**, wherein determining whether a cell of a second RAT is suitable for camping comprises:

generating measurement data for cells in a neighboring cell list;

identifying from the measurement data a cell that meets a cell camping criterion; and

determining whether the identified cell is suitable for camping when the identified cell is a cell of the second RAT.

**82**. A user equipment device (UE) configured to be operable with a first cellular Radio Access Technology (RAT) and a second cellular RAT, the UE comprising:

a processor and memory, the UE being operable so that, when the UE is camped on a cell of the first RAT, it is determined whether a cell of a second RAT is suitable for camping,

wherein the UE excludes said cell of the second RAT as a candidate for reselection for a time period if said cell of the second RAT is not suitable for camping.

**83**. The UE according to claim **82**, further configured to consider said cell of the second RAT as a candidate for reselection after expiry of the time period.

**84**. The UE according to claim **82**, wherein, in order to exclude said cell of the second RAT, the UE is configured to remove said cell from a list of neighboring cells.

**85**. The UE according to claim **82**, wherein, in order to exclude said cell of the second RAT, the UE is arranged to flag said cell in a list of neighboring cells as being unsuitable for camping.

**86**. The UE according to claim **82**, wherein said cell of the second RAT is not suitable when it is barred.

16

**87**. The UE according to claim **82**, wherein said cell of the second RAT is not suitable due to being part of a list of barred cells.

**88**. The UE according to claim **82**, wherein said cell of the second RAT is not suitable due to being part of a list of unsuitable cells.

**89**. The UE according to claim **82**, wherein said cell of the second RAT is not suitable due to belonging to a public land mobile network (PLMN) that is not the same as a PLMN selected by the UE.

**90**. The UE according to claim **82**, wherein the time period is a maximum of 300 seconds.

**91**. The UE according to claim **82**, wherein the time period is 300 seconds.

**92**. The UE according to claim **82**, wherein the time period is a defined period of time.

**93**. The UE according to claim **82**, wherein the time period is a limited period of time.

**94**. The UE according to claim **82**, further configured to receive a list of neighboring cells including the cell of the second RAT.

**95**. The UE of claim **82**, wherein the first RAT is selected from a group including UMTS, GSM, or CDMA; and the second RAT is different from the first RAT and selected from the group including UMTS, GSM, or CDMA.

**96**. The UE of claim **82**, wherein the reselection is for camping.

**97**. The UE of claim **82**, further operable to:

generate measurement data for cells in a neighboring cell list;

identify from the measurement data a cell that meets a cell reselection criterion; and

determine whether the identified cell is suitable for camping when the identified cell is a cell of the second RAT.

*    *    *    *    *

EXHIBIT 12

| US 8600383—Claim 1 | 3GPP Specifications |
|---|---|
| A method of cell reselection by a user equipment device (UE), | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2 Cell selection and reselection**<br>**5.2.1 Introduction**<br>UE shall perform measurements for cell selection and reselection purposes as specified in [10].<br>The NAS can control the RAT(s) in which the cell selection should be performed, for instance by indicating RAT(s) associated with the selected PLMN, and by maintaining a list of forbidden registration area(s) and a list of equivalent PLMNs. The UE shall select a suitable cell based on idle mode measurements and cell selection criteria.<br><br>In order to speed up the cell selection process, stored information for several RATs may be available in the UE. When camped on a cell, the UE shall regularly search for a better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10]. |
| the UE operable with a first cellular Radio Access Technology (RAT) and a second cellular RAT, the method comprising: | [Comment: multi-RAT UE including UMTS. First RAT corresponds to E-UTRA (LTE), second RAT corresponds UMTS.]<br><br>**3GPP TS 36.304 v. 8.10.0**<br><br>**1 Scope**<br>[...]<br>The present document applies to all UEs that support at least E-UTRA, including multi-RAT UEs as described in 3GPP specifications, in the following cases:<br><br>- When the UE is camped on an E-UTRA cell;<br>- When the UE is searching for a cell to camp on;<br>NOTE: When the UE is camped on or searching for a cell to camp on belonging to other RATs, the UE behavior is described in the specifications of the other RAT. |

| | 5.2 Cell selection and reselection<br>5.2.1 Introduction<br><br>UE shall perform measurements for cell selection and reselection purposes as specified in [10]. The NAS can control the RAT(s) in which the cell selection should be performed, for instance by indicating RAT(s) associated with the selected PLMN, and by maintaining a list of forbidden registration area(s) and a list of equivalent PLMNs. The UE shall select a suitable cell based on idle mode measurements and cell selection criteria.<br><br>In order to speed up the cell selection process, stored information for several RATs may be available in the UE. When camped on a cell, the UE shall regularly search for a better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10].<br>[...] |
|---|---|
| when the UE is camped on a cell of the first RAT, | [Comment: First RAT corresponds to E-UTRA]<br><br>**3GPP TS 36.304 v. 8.10.0**<br><br>**5.2 Cell selection and reselection**<br>**5.2.1 Introduction**<br>[...]<br>When camped on a cell, the UE shall regularly search for a better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10].<br>[...]<br>**1 Scope**<br>[...]<br>The present document applies to all UEs that support at least E-UTRA, including multi-RAT UEs as described in 3GPP specifications,<br>in the following cases:<br>- When the UE is camped on an E-UTRA cell; |

| | - When the UE is searching for a cell to camp on;<br>[…] |
|---|---|
| determining whether a cell of a second RAT is suitable for camping, | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed.<br>[…] |
| the UE not considering said cell of the second RAT as a candidate for reselection if said cell of the second RAT is not suitable for camping, | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed.<br>[…] |
| and further not considering said cell of the second RAT for a time period. | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..] |

| | If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed. [...] |
|---|---|
| **US 8600383—Claim 9** | **3GPP Specifications** |
| The method according to claim 1, wherein the time period is a maximum of 300 seconds. | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed. [...] |
| **US 8600383—Claim 17** | **3GPP Specifications** |
| A user equipment device (UE) configured to be operable with a first cellular Radio Access Technology (RAT) and a second cellular RAT, the UE comprising: | [Comment: multi-RAT UE including UMTS. First RAT corresponds to E-UTRA (LTE), second RAT corresponds UMTS.]<br><br>**3GPP TS 36.304 v. 8.10.0**<br><br>**1 Scope**<br>[...]<br>The present document applies to all UEs that support at least E-UTRA, including multi-RAT UEs as described in 3GPP specifications, in the following cases:<br><br>- When the UE is camped on an E-UTRA cell;<br>- When the UE is searching for a cell to camp on; |

| | |
|---|---|
| | NOTE: When the UE is camped on or searching for a cell to camp on belonging to other RATs, the UE behavior is described in the specifications of the other RAT.<br><br>**5.2 Cell selection and reselection**<br>**5.2.1 Introduction**<br><br>UE shall perform measurements for cell selection and reselection purposes as specified in [10]. The NAS can control the RAT(s) in which the cell selection should be performed, for instance by indicating RAT(s) associated with the selected PLMN, and by maintaining a list of forbidden registration area(s) and a list of equivalent PLMNs. The UE shall select a suitable cell based on idle mode measurements and cell selection criteria.<br><br>In order to speed up the cell selection process, stored information for several RATs may be available in the UE. When camped on a cell, the UE shall regularly search for a better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10].<br>[...] |
| a processor and memory, | On information and belief, the user equipment contains a processor and a memory. |
| the UE being operable so that, when the UE is camped on a cell of the first RAT, it is determined whether a cell of a second RAT is suitable for camping, | [Comment: First RAT corresponds to E-UTRA]<br><br>**3GPP TS 36.304 v. 8.10.0**<br><br>**5.2 Cell selection and reselection**<br>**5.2.1 Introduction**<br>[...]<br>When camped on a cell, the UE shall regularly search for a better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10].<br>[...]<br>**1 Scope** |

| | [...] |
|---|---|
| | The present document applies to all UEs that support at least E-UTRA, including multi-RAT UEs as described in 3GPP specifications, in the following cases: |
| | - When the UE is camped on an E-UTRA cell; |
| | - When the UE is searching for a cell to camp on; |
| | [...] |
| | |
| | **3GPP TS 36.304 v. 8.10.0** |
| | |
| | **5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping** |
| | [..] |
| | If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming"  or  belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed. |
| | [...] |
| wherein the UE does not consider said cell of the second RAT as a candidate for reselection if said cell of the second RAT is not suitable for camping, | **3GPP TS 36.304 v. 8.10.0** |
| | |
| | **5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping** |
| | [..] |
| | If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming"  or  belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed. |
| | [...] |

| and further does not consider said cell of the second RAT for a time period. | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed.<br>[...] |
|---|---|
| **US 8600383—Claim 25** | **3GPP Specifications** |
| The UE according to claim 17, wherein the time period is a maximum of 300 seconds. | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed.<br>[...] |
| **US 8600383—Claim 49** | **3GPP Specifications** |
| A user equipment device (UE) configured to be operable with a first cellular Radio Access Technology (RAT) and | [Comment: multi-RAT UE including UMTS. First RAT corresponds to E-UTRA (LTE), second RAT corresponds UMTS.]<br><br>**3GPP TS 36.304 v. 8.10.0**<br><br>**1 Scope**<br>[...] |

| | |
|---|---|
| a second cellular RAT, the UE comprising: | The present document applies to all UEs that support at least E-UTRA, including multi-RAT UEs as described in 3GPP specifications, in the following cases:<br><br>- When the UE is camped on an E-UTRA cell;<br>- When the UE is searching for a cell to camp on;<br>NOTE: When the UE is camped on or searching for a cell to camp on belonging to other RATs, the UE behavior is described in the specifications of the other RAT.<br><br>**5.2 Cell selection and reselection**<br>**5.2.1 Introduction**<br><br>UE shall perform measurements for cell selection and reselection purposes as specified in [10]. The NAS can control the RAT(s) in which the cell selection should be performed, for instance by indicating RAT(s) associated with the selected PLMN, and by maintaining a list of forbidden registration area(s) and a list of equivalent PLMNs. The UE shall select a suitable cell based on idle mode measurements and cell selection criteria.<br><br>In order to speed up the cell selection process, stored information for several RATs may be available in the UE. When camped on a cell, the UE shall regularly search for a better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10].<br>[...] |
| a processor and memory, | On information and belief, the user equipment contains a processor and a memory. |
| the UE being operable so that, when the UE is camped on a cell of the first RAT, | [Comment: First RAT corresponds to E-UTRA]<br><br>**3GPP TS 36.304 v. 8.10.0**<br><br>**5.2 Cell selection and reselection**<br>**5.2.1 Introduction**<br>[...] |

| | When camped on a cell, the UE shall regularly search for a better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10]. [...] **1 Scope** [...] The present document applies to all UEs that support at least E-UTRA, including multi-RAT UEs as described in 3GPP specifications, in the following cases: - When the UE is camped on an E-UTRA cell; - When the UE is searching for a cell to camp on; [...] |
|---|---|
| the UE considers a cell of a second RAT as barred as a candidate for reselection for a time period if said cell of the second RAT is not suitable for camping. | **3GPP TS 36.304 v. 8.10.0** **5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping** [..] If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or  belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed. [...] |
| **US 8600383—Claim 58** | **3GPP Specifications** |
| The UE according to claim 49, wherein the time period is a maximum of 300 seconds. | **3GPP TS 36.304 v. 8.10.0** **5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping** [..] If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or  belonging to a PLMN which is not indicated as being |

| | equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed.<br>[...] |
|---|---|
| **US 8600383—Claim 66** | **3GPP Specifications** |
| A method of cell reselection by a user equipment device (UE), the UE operable with a first cellular Radio Access Technology (RAT) and a second cellular RAT, the method comprising: | [Comment: multi-RAT UE including UMTS. First RAT corresponds to E-UTRA (LTE), second RAT corresponds UMTS.]<br><br>**3GPP TS 36.304 v. 8.10.0**<br><br>**1 Scope**<br>[...]<br>The present document applies to all UEs that support at least E-UTRA, including multi-RAT UEs as described in 3GPP specifications, in the following cases:<br><br>- When the UE is camped on an E-UTRA cell;<br>- When the UE is searching for a cell to camp on;<br>NOTE: When the UE is camped on or searching for a cell to camp on belonging to other RATs, the UE behavior is described in the specifications of the other RAT.<br><br>**5.2 Cell selection and reselection**<br>**5.2.1 Introduction**<br><br>UE shall perform measurements for cell selection and reselection purposes as specified in [10]. The NAS can control the RAT(s) in which the cell selection should be performed, for instance by indicating RAT(s) associated with the selected PLMN, and by maintaining a list of forbidden registration area(s) and a list of equivalent PLMNs. The UE shall select a suitable cell based on idle mode measurements and cell selection criteria.<br><br>In order to speed up the cell selection process, stored information for several RATs may be available in the UE. When camped on a cell, the UE shall regularly search for a |

| | |
|---|---|
| | better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10].<br>[...] |
| when the UE is camped on a cell of the first RAT, | [Comment: First RAT corresponds to E-UTRA]<br><br>**3GPP TS 36.304 v. 8.10.0**<br><br>**5.2 Cell selection and reselection**<br>**5.2.1 Introduction**<br>[...]<br>When camped on a cell, the UE shall regularly search for a better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10].<br>[...]<br>**1 Scope**<br>[...]<br>The present document applies to all UEs that support at least E-UTRA, including multi-RAT UEs as described in 3GPP specifications,<br>in the following cases:<br>- When the UE is camped on an E-UTRA cell;<br>- When the UE is searching for a cell to camp on;<br> [...] |
| determining whether a cell of a second RAT is suitable for camping | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or  belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is |

| | |
|---|---|
| | redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed.<br>[...] |
| the UE excluding said cell of the second RAT as a candidate for reselection for a time period if said cell of the second RAT is not suitable for camping. | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed.<br>[...] |
| **US 8600383—Claim 74** | **3GPP Specifications** |
| The method according to claim 66, wherein the time period is a maximum of 300 seconds. | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed.<br>[...] |
| **US 8600383—Claim 82** | **3GPP Specifications** |
| A user equipment device (UE) configured to be operable | [Comment: multi-RAT UE including UMTS. First RAT corresponds to E-UTRA (LTE), second RAT corresponds UMTS.]<br><br>**3GPP TS 36.304 v. 8.10.0** |

| | |
|---|---|
| with a first cellular Radio Access Technology (RAT) and a second cellular RAT, the UE comprising: | **1 Scope**<br>[...]<br>The present document applies to all UEs that support at least E-UTRA, including multi-RAT UEs as described in 3GPP specifications, in the following cases:<br><br>- When the UE is camped on an E-UTRA cell;<br>- When the UE is searching for a cell to camp on;<br>NOTE: When the UE is camped on or searching for a cell to camp on belonging to other RATs, the UE behavior is described in the specifications of the other RAT.<br><br>**5.2 Cell selection and reselection**<br>**5.2.1 Introduction**<br><br>UE shall perform measurements for cell selection and reselection purposes as specified in [10]. The NAS can control the RAT(s) in which the cell selection should be performed, for instance by indicating RAT(s) associated with the selected PLMN, and by maintaining a list of forbidden registration area(s) and a list of equivalent PLMNs. The UE shall select a suitable cell based on idle mode measurements and cell selection criteria.<br><br>In order to speed up the cell selection process, stored information for several RATs may be available in the UE. When camped on a cell, the UE shall regularly search for a better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10].<br>[...] |
| a processor and memory, | On information and belief, the user equipment contains a processor and a memory. |
| the UE being operable so that, when the UE is camped on a cell of the first RAT, | [Comment: First RAT corresponds to E-UTRA]<br><br>**3GPP TS 36.304 v. 8.10.0**<br><br>**5.2 Cell selection and reselection** |

| | 5.2.1 Introduction |
|---|---|
| | [...] |
| | When camped on a cell, the UE shall regularly search for a better cell according to the cell reselection criteria. If a better cell is found, that cell is selected. The change of cell may imply a change of RAT. Details on performance requirements for cell reselection can be found in [10]. |
| | [...] |
| | **1 Scope** |
| | [...] |
| | The present document applies to all UEs that support at least E-UTRA, including multi-RAT UEs as described in 3GPP specifications, |
| | in the following cases: |
| | - When the UE is camped on an E-UTRA cell; |
| | - When the UE is searching for a cell to camp on; |
| |  [...] |
| it is determined whether a cell of a second RAT is suitable for camping, | **3GPP TS 36.304 v. 8.10.0** |
| | **5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping** |
| | [..] |
| | If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or  belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed. |
| | [...] |
| wherein the UE excludes said cell of the second RAT as a 20 candidate for reselection for a time period if said cell of | **3GPP TS 36.304 v. 8.10.0** |
| | **5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping** |
| | [..] |

| the second RAT is not suitable for camping. | If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed. |
|---|---|
| **US 8600383—Claim 90** | **3GPP Specifications** |
| The UE according to claim 82, wherein the time period is a maximum of 300 seconds. | **3GPP TS 36.304 v. 8.10.0**<br><br>**5.2.4.4 Highest ranked cells with cell reservations, access restrictions or unsuitable for normal camping**<br>[..]<br>If the highest ranked cell is an inter-RAT cell which is not suitable due to being part of the "list of forbidden TAs for roaming" or belonging to a PLMN which is not indicated as being equivalent to the registered PLMN, the UE shall not consider this cell as a candidate for reselection for a maximum of 300s. In case of UTRA further requirements are defined in the [8]. If the UE enters into state any cell selection, any limitation shall be removed. If the UE is redirected under E-UTRAN control to a frequency for which the timer is running, any limitation on that frequency shall be removed.<br>[…] |

EXHIBIT 13

US008189611B2

(12) **United States Patent**
Liang et al.

(10) **Patent No.:** **US 8,189,611 B2**
(45) **Date of Patent:** **May 29, 2012**

(54) **SYSTEM AND METHOD FOR RESOLVING CONTENTION AMONG APPLICATIONS REQUIRING DATA CONNECTIONS BETWEEN A MOBILE COMMUNICATIONS DEVICE AND A WIRELESS NETWORK**

(75) Inventors: **Kenneth Liang**, Kanata (CA); **Mahmud-Ul Hassan**, Kanata (CA); **Colin Ho**, Kanata (CA)

(73) Assignee: **Research In Motion Limited**, Waterloo (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 304 days.

(21) Appl. No.: **12/326,446**

(22) Filed: **Dec. 2, 2008**

(65) **Prior Publication Data**

US 2009/0080457 A1     Mar. 26, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 11/267,538, filed on Nov. 4, 2005, now Pat. No. 7,474,671.

(51) **Int. Cl.**
*H04J 3/02*     (2006.01)

(52) **U.S. Cl.** .................. **370/462**; 455/452.1; 455/452.2; 455/435.2; 455/435.3

(58) **Field of Classification Search** .................. 370/462; 455/452.1, 452.2, 435.2, 435.3
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,781,955 B2* | 8/2004 | Leung | ............................ 370/232 |
| 2003/0037146 A1* | 2/2003 | O'Neill | ......................... 709/226 |
| 2004/0023646 A1* | 2/2004 | Inami et al. | .................. 455/418 |
| 2004/0052212 A1* | 3/2004 | Baillargeon | .................. 370/235 |
| 2004/0224668 A1* | 11/2004 | Shell et al. | ................. 455/412.1 |
| 2005/0021876 A1* | 1/2005 | Asai et al. | ......................... 710/1 |
| 2005/0070290 A1* | 3/2005 | Baggstrom et al. | ........... 455/445 |
| 2009/0059785 A1* | 3/2009 | Jogalekar et al. | ............. 370/230 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2526396 | 1/2012 |
| EP | 1387593 | 2/2004 |
| EP | 1783961 | 4/2008 |
| EP | 1924037 | 4/2010 |

(Continued)

OTHER PUBLICATIONS

Chinese First Office Action; Application No. 200610064046.5; State Intellectual Property Office of People's Republic of China; dated Jan. 15, 2010; 9 pgs.

(Continued)

*Primary Examiner* — Barry W Taylor

(74) *Attorney, Agent, or Firm* — The Danamraj Law Group, P.C.

(57) **ABSTRACT**

A mobile communications device (**30**) includes a wireless transceiver (**34**) operable to conduct at least two data connections between the mobile communications device (**30**) and a wireless network (**12**) wherein each of the data connections is associated with a connected application operating on the mobile communications device. A processor (**32**) is coupled to the wireless transceiver (**34**). The processor (**32**) is operable to process a request for a data connection for an unconnected application operable on the mobile communications device (**30**), to release one of the data connections associated with one of the connected applications and to establish a data connection between the mobile communications device (**30**) and the wireless network (**12**) for the unconnected application. A contention manager (**86**) is operable to select the connected application to be released based upon a comparison of a contention parameter associated with each of the connected applications.

**25 Claims, 5 Drawing Sheets**



## US 8,189,611 B2

Page 2

### FOREIGN PATENT DOCUMENTS

| EP | 2184946 | 5/2010 |
|----|---------|--------|
| SG | 131920 | 2/2009 |
| WO | 2004061638 A2 | 7/2004 |

### OTHER PUBLICATIONS

Australian First Examiner's Report; Application No. 2006235810; IP Australia; dated Mar. 2, 2010; 1 pgs.

Canadian Office Action; Application No. 2,567,115; Canadian Intellectual Property Office; dated Mar. 11, 2010; 4 pgs.

European Patent Office Extended Search Report, Application No. 10155276.8, European Patent Office, dated Apr. 13, 2010, 7 pgs.

Chinese Office Action, Application No. 20100800460540, China IPO, dated Aug. 23, 2010; 5 pgs.

European Search Report, Application No. 08151703.9, European Patent Office, dated Apr. 14, 2008, 7 pgs.

Taiwan, Search Report, Taiwan Patent Office, dated Sep. 20, 2010, 1 pg.

European Search Report Application No. 05256859.9; European Patent Office; Mar. 20, 2006; 6 pages.

Xu et al.; "QoS and Contention-Aware Multi-Resource Reservation"; 2000; IEEE; pp. 3-10.

"Digital Cellular Telecommunications System (Phase 2+); Universal Mobile Telecommunications System (UMTS); General Packet Radio Service (GPRS); Service Description; Stage 2 (3GPP TS 23.060 version 6.8.0 Release 6)"; Mar. 2005; Technical Specification; pp. 1-212.

"Digital Cellular Telecommunications System (Phase 2+); Universal Mobile Telecommunication System (UMTS); Mobile Radio Interface Layer 3 Specification; Core Network Protocols; Stage 3 (3GPP TS 24.008 version 6.8.0 Release 6)"; Mar. 2005; Technical Specification; pp. 1-518.

CA Office Action, Application No. 2,567,115, Canadian IPO, Mar. 31, 2011, 2 pgs.

CN Office Action, Application No. 200610064046.5, Chinese IPO, Mar. 9, 2011, 2 pgs.

EPO, Communication Under Rule 51(4), Application No. 05256859.9, Oct. 15, 2007, 41 pgs.

EPO, Communication Under Rule 71(3) EPC, Application No. 08151703.9, Sep. 10, 2009, 6 pgs.

EPO, Communication Under Rule 71(3) EPC, Application No. 10155276.8, Feb. 24, 2011, 6 pgs.

Hong Kong IPD, Certificate of Grant of Patent (HK1102880), Application No. 07111229.3, Jun. 6, 2008, 2 pgs.

IP Australia, Notice of Acceptance, Application No. 2006235810, Nov. 1, 2010, 3 pgs.

KIPO, Office Action, Application No. 10-2011-0027211, May 17, 2011, 6 pgs.

SIPO, Notification of Grant of Rights for Invention Patent, Application No. 200610064046.5, Jul. 26, 2011, 2 pgs.

KR Office Action, Application No. 10-2006-0108315, Korean IPO, Jan. 26, 2011, 3 pgs.

JPO, Notice of Reasons for Rejection, Application No. 2006-297339, Sep. 13, 2011, 4 pgs.

KIPO, Notice of Final Rejection, Application No. 10-2006-0108315, Sep. 30, 2011, 5 pgs.

KIPO, Notice of Final Rejection, Application No. 10-2011-0027211, Sep. 30, 2011, 5 pgs.

EPO, Communication Pursuant to Article 94(3) EPC, Application No. 10153005.3, Feb. 1, 2012, 6 pgs.

KIPO, Notice of Decision for Patent, Application No. 10-2006-0108315, Dec. 13, 2011, 3 pgs.

KIPO, Notice of Decision for Patent, Application No. 10-2011-0027211, Dec. 13, 2011, 3 pgs.

SIPO, Second Office Action, Application No. 201010576392.8, Mar. 16, 2012, 1 pg.

CIPO, Office Action, Application No. 2,567,115, dated Apr. 5, 2012, 2 pgs.

* cited by examiner



*Fig.1*

Case 1:20-cv-22051-JEM Document 4-16 Entered on FLSD Docket 05/15/2020 Page 65 of 94



*Fig.2*



*Fig.3*



*Fig.4*



*Fig.5*

US 8,189,611 B2

1

**SYSTEM AND METHOD FOR RESOLVING CONTENTION AMONG APPLICATIONS REQUIRING DATA CONNECTIONS BETWEEN A MOBILE COMMUNICATIONS DEVICE AND A WIRELESS NETWORK**

This nonprovisional application is a continuation application claiming the benefit of the following prior United States patent application entitled: "SYSTEM AND METHOD FOR RESOLVING CONTENTION AMONG APPLICATIONS REQUIRING DATA CONNECTIONS BETWEEN A MOBILE COMMUNICATIONS DEVICE AND A WIRELESS NETWORK", filed Nov. 4, 2005, application Ser. No. 11/267,538, which is hereby incorporated by reference.

TECHNICAL FIELD OF THE APPLICATION

The present disclosure relates, in general, to communications sessions between mobile communications devices and wireless packet data service networks and, in particular, to a system and method for resolving contention among applications operating on a mobile communications device that require data connections to a wireless packet data service network.

BACKGROUND

It is becoming commonplace to use wireless packet data service networks for effectuating data sessions with mobile communications devices. For example, a mobile communications device may be used to provide certain high priority data services such as wirelessly extending a corporate email account, personal information manager or the like. Similarly, the same mobile communications device may also be used to provide other lower priority data services such as messenger applications, web browsing or the like. As many of these applications require a continually active data connection or constant connectivity, it has been found that only a limited number of such applications can operate at the same time on a typical mobile communications device.

BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the features and advantages of the present method and mobile device, reference is now made to the detailed description along with the accompanying figures in which corresponding numerals in the different figures refer to corresponding parts and in which:

FIG. **1** depicts an exemplary network environment including a wireless packet data service network wherein an embodiment of the present method may be practiced;

FIG. **2** depicts a block diagram of a mobile communications device according to one embodiment of the present disclosure;

FIG. **3** depicts a software architectural view of a mobile communications device according to one embodiment of the present disclosure;

FIG. **4** depicts additional details of an exemplary wireless packet data service network operable with a mobile communications device in accordance with an embodiment of the present disclosure; and

FIG. **5** depicts a flowchart of an embodiment for resolving contention between applications operable on a mobile communications device that require data connections to a wireless packet data service network.

DETAILED DESCRIPTION OF THE DRAWINGS

While various embodiments of a mobile communications device operating within a network system are discussed in

2

detail below, it should be appreciated that the present disclosure provides many applicable inventive concepts which can be embodied in a wide variety of specific contexts. The specific embodiments discussed herein are merely illustrative of specific ways to use the mobile communications device within the network system, and do not delimit the scope of the present disclosure.

Disclosed herein are methods and systems for resolving contention between applications operable on a mobile communications device that require data connections to a wireless packet data service network. Broadly, the technique involves executing a contention manager routine on the mobile communications device that is operable to select which of the applications currently conducting data sessions should release its data session in favor of an application currently requesting a data session.

In one aspect, a method for resolving contention among applications operable on a mobile communications device involves conducting at least two data connections between the mobile communications device and the wireless network, each of the data connections associated with a connected application operating on the mobile communications device, requesting a data connection for an unconnected application operable on the mobile communications device, releasing one of the data connections responsive to the request, the releasing including selecting one of the connected applications by a contention manager based upon a comparison of a contention parameter associated with each of the connected applications and releasing the data connection associated with the selected connected application and then establishing the data connection between the mobile communications device and the wireless network for the requesting unconnected application. In another embodiment, the method for resolving contention for data connections on a mobile communications device capable of conducting plurality of wireless data connections comprises the following: responsive to receiving a request for a new data connection between the mobile communications device and the wireless network, determining if the existing number of data connections is less than the number of allowable data connections; and if the number of existing data connections is not less than the number of allowable data connections, automatically selecting a data connection to release.

In one exemplary embodiment, the least two data connections between the mobile communications device and the wireless network represent the maximum number of data connections allowed by the mobile communications device. In another embodiment, the at least two data connections between the mobile communications device and the wireless network represent the maximum number of data connections allowed between the mobile communications device and the wireless network. In a further embodiment, each of the applications is an application requiring constant connectivity.

The method may utilize a variety of contention parameters to determine which of the connected applications should release its data connection. For example, the contention parameters may include application priority, data traffic, duration of current connection and the like. The method may utilize a single contention parameter or a group of contention parameters which may be analyzed by the contention manager either in series or parallel.

In another aspect, a mobile communications device includes a wireless transceiver operable to conduct at least two data connections between the mobile communications device and a wireless network wherein each of the data connections is associated with a connected application operating on the mobile communications device. A processor is coupled

US 8,189,611 B2

**3**

to the wireless transceiver and is operable to process a request for a data connection for an unconnected application operable on the mobile communications device, to release one of the data connections associated with one of the connected applications and to establish a data connection between the mobile communications device and the wireless network for the unconnected application. A contention manager is operable to select the connected application to be released based upon a comparison of a contention parameter associated with each of the connected applications. In another embodiment, the mobile communications device comprises the following: a wireless transceiver operable to conduct plurality of data connections between the mobile communications device and a wireless network; a processor connected to said wireless transceiver and operable to execute a plurality of applications that require respective data connections; and a contention manager connected to said processor and operable to receive requests for a new data connection between the mobile communications device and the wireless network from the plurality of applications, wherein responsive to receiving a request for a new data connection, the contention manager is operable to determine if the number of existing data connections is less than the number of allowable data connections and if the number of existing data connections is not less than the number of allowable connections, to automatically determine a data connection to release.

In a further aspect, a computer program product includes a storage medium and computer instructions stored in the storage medium. The computer instructions are executable by a processor of a mobile communications device that is operable to conduct at least two data connections with a wireless network. Each of the data connections is associated with a connected application operating on the mobile communications device. The computer instructions resolve contention among applications operable on the mobile communications device by receiving a request for a data connection for an unconnected application operable on the mobile communications device, selecting one of the connected applications based upon a comparison of a contention parameter associated with each of the connected applications, releasing the data connection associated with the selected connected application and establishing the data connection between the mobile communications device and the wireless network for the unconnected application. In a further embodiment, the computer program product comprises the following: a storage medium; and computer instructions stored in the storage medium and executable by a processor of a mobile communications device operable to conduct a plurality of data connections with a wireless network, the computer instructions operable to determine, responsive to receiving a request for a new data connection between the mobile communications device and the wireless network, if the number of existing data connections is less than the number of allowable data connections and if the number of existing data connections is not less than the number of allowable data connections, to automatically select a data connection to release.

Referring now to the drawings, and more particularly to FIG. 1, depicted therein is an exemplary network environment 10 including a wireless packet data service network 12 wherein an embodiment of the present method may be practiced. An enterprise network 14 for serving a plurality of corporate users, which may be a packet-switched network, can include one or more geographic sites and be organized as a local area network (LAN), a wide area network (WAN), a metropolitan area network (MAN) or the like. A number of application servers 16-1 through 16-N disposed as part of the enterprise network 14 are operable to provide or effectuate a

**4**

host of internal and external services such as Internet access, corporate data access, information management and the like as well as certain continually operable data services such as email, video mail, messaging, calendaring, scheduling and the like. Accordingly, a diverse array of personal information appliances 18 such as desktop computers, laptop computers, palmtop computers or the like may be operably networked to one or more of the application servers 16-i, i=1, 2, . . . , N, with respect to the services supported in the enterprise network 14.

Additionally, a remote services server 20 may be interfaced with the enterprise network 14 for enabling a corporate user to access or effectuate any of the services from a remote location using a suitable mobile communications device (MCD) 22. A secure communication link with end-to-end encryption may be established that is mediated through an external IP network, i.e., a public packet-switched network such as the Internet 24, as well as the wireless packet data service network 12 operable with MCD 22 via suitable wireless network infrastructure that includes a base station 26. In one embodiment, a trusted relay network 28 may be disposed between the Internet 24 and the infrastructure of wireless packet data service network 12. By way of example, MCD 22 may be a data-enabled handheld device capable of receiving and sending messages, web browsing, interfacing with corporate application servers and the like.

For purposes of the present disclosure, the wireless packet data service network 12 may be implemented in any known or heretofore unknown mobile communications technologies and network protocols, as long as a packet-switched data service is available therein for transmitting packetized information. For instance, the wireless packet data service network 12 may be comprised of a General Packet Radio Service (GPRS) network that provides a packet radio access for mobile devices using the cellular infrastructure of a Global System for Mobile Communications (GSM)-based carrier network. In other implementations, the wireless packet data service network 12 may comprise an Enhanced Data Rates for GSM Evolution (EDGE) network, an Integrated Digital Enhanced Network (IDEN), a Code Division Multiple Access (CDMA) network, a Universal Mobile Telecommunications System (UMTS) network, or any 3rd Generation (3G) network. As will be seen hereinbelow, the embodiments of the present disclosure for resolving contention between applications operable on a mobile communications device that require data connections to a wireless packet data service network will be described regardless of any particular wireless network implementation.

FIG. 2 depicts a block diagram of a mobile communications device that supports continually operable data service and that is generally designated 30. It will be recognized by those skilled in the art upon reference hereto that although an embodiment of MCD 30 may comprise an arrangement similar to one shown in FIG. 2, there can be any number of variations and modifications, in hardware, software or firmware, with respect to the various modules depicted. Accordingly, the arrangement of FIG. 2 should be taken as illustrative rather than limiting with respect to the embodiments of the present disclosure. A microprocessor 32 providing for the overall control of MCD 30 is operably coupled to a communication subsystem 34 which includes a receiver 36 and transmitter 38 as well as associated components such as one or more local oscillator (LO) modules 40 and a processing module such as a digital signal processor (DSP) 42. As will be apparent to those skilled in the field of communications, the particular design of the communication module 34 may be dependent upon the communications network with which the mobile device is intended to operate.

US 8,189,611 B2

5                                                          6

In one embodiment, the communication module **34** is operable with both voice and data communications. Regardless of the particular design, however, signals received by antenna **44** through base station **26** are provided to receiver **36**, which may perform such common receiver functions as signal amplification, frequency down conversion, filtering, channel selection, analog-to-digital (A/D) conversion, and the like. Similarly, signals to be transmitted are processed, including modulation and encoding, for example, by DSP **42**, and provided to transmitter **44** for digital-to-analog (D/A) conversion, frequency up conversion, filtering, amplification and transmission over the air-radio interface via antenna **46**.

Microprocessor **32** also interfaces with further device subsystems such as auxiliary input/output (I/O) **48**, serial port **50**, display **52**, keyboard **54**, speaker **56**, microphone **58**, random access memory (RAM) **60**, a short-range communications subsystem **62** and any other device subsystems generally labeled as reference numeral **64**. To control access, a Subscriber Identity Module (SIM) or Removable user Identity Module (RUIM) interface **66** is also provided in communication with the microprocessor **32**. In one implementation, SIM/RUIM interface **66** is operable with a SIM/RUIM card having a number of key configurations **68** and other information **70** such as identification and subscriber-related data.

Operating system software and software associated with transport stack **72** may be embodied in a persistent storage module (i.e., non-volatile storage) such as flash memory **74**. In one implementation, flash memory **74** may be segregated into different areas, e.g., storage areas for computer programs **76**, device states **78**, address book **80**, other personal information manager (PIM) data **82** and other data storage areas generally labeled as reference numeral **84**. Additionally, a contention manager logic module **86** is provided for resolving contention among applications operable on MCD **30** that require data connections to wireless packet data service network **12** according to the teachings set forth herein.

FIG. **3** depicts a software architectural view of a mobile communications device operable according to one embodiment for regulating and scheduling application access to communications sessions with wireless packet data service network **12** regardless of the manufacturer of the MCD or the wireless service provider. A multi-layer transport stack (TS) **100** is operable to provide a generic data transport protocol for any type of corporate data, including email, via reliable, secure and seamless continuous connections to a wireless packet data service network. As illustrated in the embodiment of FIG. **3**, an integration layer **102** is operable as an interface between the MCD's radio layer **104** and the transport stack **100**. Likewise, another integration layer **106** is provided for interfacing between the transport stack **100** and the user applications **108** supported on the MCD, e.g., email **110**, personal information manager (PIM) **112** including calendaring, scheduling, contacts and the like, messengers **114**, web browser **116** and the like. Although not specifically shown, the transport stack **100** may also be interfaced with the MCD's operating system. In another implementation, the transport stack **100** may be provided as part of a data communications client module operable as a host-independent virtual machine on a mobile device.

The bottom layer (Layer **1**) of the transport stack **100** is operable as an interface to the wireless network's packet layer. Layer **1** handles basic service coordination within the exemplary network environment **10** shown in FIG. **1**. For example, when an MCD roams from one carrier network to another, Layer **1** verifies that the packets are relayed to the appropriate wireless network and that any packets that are pending from the previous network are rerouted to the current network. The top layer (Layer **4**) exposes various application interfaces to the services supported on the MCD. The remaining two layers, Layer **2** and Layer **3**, are responsible for datagram segmentation/reassembly and security, compression and routing, respectively.

FIG. **3** also depicts a contention manager logic module **118** provided as part of the MCD's software environment that is disposed in operable communication with the transport stack **100** and radio layer **104** as well as the OS environment for regulating and scheduling application access to communications sessions with wireless packet data service network **12**. In one implementation, contention manager logic module **118** is operable to select a data connection for release based upon contention parameters associated with each of the connected applications. For example, when the maximum number of data connections allowed by the MCD or between the MCD and the wireless packet data service network **12** has been reached and an unconnected application is requesting a data connection, contention manager logic module **118** determines which of the connected application should release its data connection in favor of the requesting unconnected application.

For purposes of illustration, a particular MCD is capable of having two simultaneous data connections and is currently conducting a data session for messenger application **114** and a data session for email application **110**. The user of the MCD now attempts to launch browser application **116**. As the present MCD can only have two simultaneous data connections, the MCD is not able to open a new data session for browser application **116** without first releasing one of the active data sessions from either messenger application **114** or email application **110**. Contention manager logic module **118** determines which of the two applications should release its data connection and then establishes a data connection for browser application **116**. Specifically, contention manager logic module **118** uses one or more contention parameters associated with either the connected applications, in this case messenger application **114** and email application **110**, or the data connections associated with the connected applications to determine which data connection to release. In one embodiment, contention manager logic module **118** may use application priority as the contention parameter. In the present example, as email application **110** is intended to be an "always on" application, email application **110** has a high priority. On the other hand, messenger application **114** is of a low priority. As such, using the contention parameter of application priority, contention manager logic module **118** selects messenger application **114** to release its data connection. Thereafter, the data connection for browser application **116** can be established.

Continuing with the present example and assuming the MCD is currently conducting a data session for messenger application **114** and a data session for browser application **116**, email application **110** now requests a data connection either due to a user input or due to an automatic attempt to reestablish a data connection. As above, the MCD is not able to open a new data session for email application **110** without first releasing one of the active data sessions from either messenger application **114** or browser application **116**. In this case, the application priority is low for both messenger application **114** and browser application **116**. As such, contention manager logic module **118** uses an alternate contention parameter to select the application that should release its data connection. For example, contention manager logic module **118** may use data traffic, duration of data connection or other indicia as the contention parameter to select the application that should release its data connection. Thereafter, the data

US 8,189,611 B2

7

connection for the selected application is released and a data connection for email application **110** can be established.

In one implementation, contention manager logic module **118** may consider more than one contention parameter in determining which of the connected applications should release its data connection. For example, in the above case wherein the MCD is currently conducting data sessions for messenger application **114** and browser application **116**, then email application **110** requests a data connection, contention manager logic module **118** could sequentially or simultaneously analyze multiple contention parameters such as data traffic and duration of data connection to determine that while the data connection for messenger application **114** has a longer duration, the data traffic associated with that connection warrants that its connection should be maintained. Thus, contention manager logic module **118** selects browser application **116** to release its data connection but last that data connection for email application **110** can be established.

As should be understood by those skilled in the art, contention manager logic module **118** can consider one or any number of contention parameters associated with the connected applications, the data connections associated with the connected applications or other indicia to determine which data connection to release. Likewise, it should be understood by those skilled in the art that contention manager logic module **118** can consider multiple contention parameters simultaneously using a contention parameter formula to weigh the various contention parameters in its determination of which data connection to release. Additionally, it should be understood by those skilled in the art that contention manager logic module **118** can consider multiple contention parameters sequentially using, for example, a contention parameter hierarchy to determine the order of consideration. Further, while contention manager logic module **118** has been described as automatically releasing the data connection of the selected connected application, it should be understood by those skilled in the art that contention manager logic module **118** may prompt the user to acknowledge that the application selected by contention manager logic module **118** should release its data connection.

FIG. **4** depicts additional details of an exemplary wireless packet data service network operable with a mobile communications device in accordance with an embodiment. As illustrated, reference numeral **130** refers to a GPRS network operable as the wireless packet data service network with respect to MCD **30** that is provided with a number of data-centric user applications **138** such as, e.g., email **110**, PIM **112**, messenger **114**, browser **116** as well as other applications **117** such as multimedia applications, File Transfer Protocol (FTP), telnet and the like. Base station **26** serves MCD **30** via the air interface using applicable radio layer protocols.

GPRS uses a packet-switching technique to transfer both high-speed and low-speed data and signaling in an efficient manner over GSM radio networks. Packet switching means that GPRS radio resources are used only when users are actually sending or receiving data. Rather than dedicating a radio channel to a mobile data user, e.g., MCD **30**, for a fixed period of time, the available radio channels can be concurrently shared between several users. Therefore, GPRS is designed to support from intermittent and bursty data transfers (e.g., web browsing) to occasional transmission of large volumes of data (e.g., FTP). Allocation of GPRS radio channels can be flexible: from 1 to 8 radio interface timeslots can be allocated per one Time Division Multiple Access (TDMA) frame. Typically, timeslots are shared by the active users, and

8

uplinks and downlinks are allocated separately. Various radio channel coding schemes are available to allow a range of data bit transfer rates.

Two additional network nodes are provided within a GSM network in order to implement a packet-switched data transfer service. A Serving GPRS Support Node (SGSN) **134**, which is coupled to a Home Location Register (HLR) **132** and disposed at the same hierarchical level as a Mobile Switching Center (MSC) of the circuit-switched cellular network, is operably coupled to base station **26** and keeps track of the location of a GPRS user such as the user of MCD **30**. Further, SGSN **134** is responsible for performing security functions and handling access control with respect to MCD **30**. A Gateway GPRS Support Node (GGSN) **136** provides interworking with the external packet-switched IP network **24**, and is operably coupled to one or more SGSNs, e.g., SGSN **134**, via an IP-based GPRS backbone network.

In order to access the packet data service, MCD **30** makes its presence known to the network by performing what is known as a GPRS Attach. Thereafter, to send and receive packet data, MCD **30** activates the packet data address that it wants to use. This operation renders MCD **30** "visible" in the corresponding GGSN, and interworking with external data networks can then begin. User data is transferred transparently between MCD **30** and the external data networks with a method known as encapsulation and tunneling wherein data packets are equipped with GPRS-specific protocol information and transferred transparently between MCD **30** and GGSN **136** using, for example, a Packet Data Protocol (PDP) context between MCD **30** and GPRS network **130**.

FIG. **5** depicts a flowchart describing a method for resolving contention among applications operable on a mobile communications device that require data connections to a wireless network. The flowchart illustrates a routine referred to as "Contention Manager" (start block **150**). This routine is called when an unconnected data application operable on the MCD is opened and requests a PDP context (block **152**). Upon the request, it is determined whether the MCD is capable of conducting an additional PDP context associated with the unconnected data application (decision **154**). If the MCD is capable of conducting an additional PDP context associated with the unconnected data application, then a PDP context is established for the unconnected data application between the MCD and the wireless network (block **156**) and the routine in complete (end block **158**). If at decision **154** the MCD is not capable of conducting an additional PDP context associated with the unconnected data application, then the contention manager performs an analysis of the contention parameter associates with the connected applications, the PDP contexts associated with the connected applications or both (block **160**). Based upon the results of the contention parameter analysis, the contention manager selects the connected application that should have its PDP context released (block **162**). The PDP context of the selected connected application is released (block **164**). A PDP context is then established between the MCD and the wireless network for the unconnected data application (block **156**) and the routine in complete (end block **158**). As stated above, in certain implementations, prior to releasing the PDP context of the selected application, the user of the MCD may be prompted to acknowledge that such PDP context should be released.

While this disclosure has described a mobile communications device operating within a network system with reference to illustrative embodiments, this description is not intended to be construed in a limiting sense. Various modifications and combinations of the illustrative embodiments as well as other embodiments, will be apparent to persons

US 8,189,611 B2

9                                                    10

skilled in the art upon reference to the description. It is, therefore, intended that the appended claims encompass any such modifications or embodiments.

What is claimed is:

1. A method of managing contention on a mobile communications device when a new wireless data connection between the mobile communications device and a wireless network is requested, the method comprising:

determining if a further wireless data connection can be effected between the mobile communications device and a wireless network; and

selecting an application to release its existing data connection if a further wireless data connection cannot be effected between the mobile communications device and a wireless network, wherein selecting the application to release its existing data connection comprises prioritizing the existing wireless data connections.

2. The method as recited in claim 1 wherein selecting the application to release its existing data connection comprises performing contention parameter analysis.

3. The method as recited in claim 2 wherein performing contention parameter analysis comprises analyzing a plurality of contention parameters.

4. The method as recited in claim 2 wherein performing contention parameter analysis comprises analyzing a hierarchy of contention parameters.

5. The method as recited in claim 1, wherein selecting the application to release its existing data connection comprises comparing at least one of data traffic on each data connection associated with a corresponding application, a duration of each data connection and a priority of the corresponding application associated with each data connection.

6. The method as recited in claim 1, further comprising prompting the user to confirm a selected application prior to releasing its existing data connection.

7. The method as recited in claim 1, further comprising releasing the existing data connection of the selected application and establishing a new data connection corresponding to another application.

8. The method as recited in claim 1, wherein each data connection comprises a packet data protocol context.

9. The method as recited in claim 1, wherein selecting the application to release its existing data connection comprises comparing a duration of connections associated with the respective data connections of the connected applications.

10. A mobile communications device comprising:

a wireless transceiver operable to conduct a number of wireless data connections between the mobile communications device and a wireless network;

a processor coupled to the wireless transceiver, the processor processing requests for new wireless data connections for a plurality of applications, releasing existing data connections and establishing new wireless data connections between the mobile communications device and a wireless network; and

a contention manager for selecting an existing data connection to be released, wherein selecting the application to release its existing data connection comprises prioritizing the existing wireless data connections.

11. The mobile communications device as recited in claim 10 wherein the contention manager is disposed in operable connection with at least one of a transport stack, a radio layer and an operating system of the mobile communications device.

12. The mobile communications device as recited in claim 10, wherein the plurality of applications comprises at least one of email, video mail, a messenger service, a browser, a calendar and a scheduling application.

13. The mobile communications device as recited in claim 10, wherein the contention manager is operable to prompt a user to confirm an application selected for releasing its existing data connection prior to releasing the existing data connection.

14. The mobile communications device as recited in claim 10, wherein the contention manager is operable to automatically release a selected application's existing data connection and to establish a new data connection associated with another application.

15. The mobile communications device as recited in claim 10, wherein the contention manager is operable to analyze at least one of data traffic on each data connection, a duration of each data connection and a priority of an application associated with each data connection.

16. The mobile communications device as recited in claim 10, wherein selecting the application to release its existing data connection comprises comparing a duration of connections associated with the respective data connections of the connected applications.

17. The mobile communications device as recited in claim 10, wherein each data connection comprises a packet data protocol context.

18. A computer program product comprising:

a storage medium; and

computer instructions stored in the storage medium and executable by a processor of a mobile communications device operable to process requests for new wireless data connections between the mobile communications device and a wireless network for a plurality of applications, releasing existing data connections and establishing new wireless data connections between the mobile communications device and a wireless network, the computer instructions operable to determine, responsive to receiving a request for a new application, if a further wireless data connection can be effected between the mobile communications device and a wireless network and selecting an application to release its existing data connection if a further wireless data connection cannot be effected between the mobile communications device and a wireless network, wherein selecting the application to release its existing data connection comprises prioritizing the existing wireless data connections.

19. The computer program product as recited in claim 18 wherein the computer instructions operable to select an application to release its data connection include computer instructions to perform contention parameter analysis.

20. The computer program product as recited in claim 19 wherein performing contention parameter analysis comprises at least one of analyzing a plurality of contention parameters and analyzing a hierarchy of contention parameters.

21. The computer program product as recited in claim 18, wherein the computer instructions further include computer instructions operable to analyze at least one of data traffic on each data connection, a duration of each data connection and a priority of an application associated with each data connection.

US 8,189,611 B2

11

**22**. The computer program product as recited in claim **18**, wherein computer instructions are further operable to prompt a user to confirm a selected application prior to releasing its existing data connection.

**23**. The computer program product as recited in claim **18**, wherein the computer instructions are further operable to release the existing data connection of the selected application and to establish a new data connection for the new application.

12

**24**. The computer program product as recited in claim **18**, wherein each data connection comprises a packet data protocol context.

**25**. The computer program product as recited in claim **18**, wherein selecting the application to release its existing data connection comprises comparing a duration of connections associated with the data connections of the connected applications.

\*    \*    \*    \*    \*

EXHIBIT 14

| US 8189611—Claim 1 | 3GPP Specifications |
|---|---|
| A method of managing contention on a mobile communications device when a new wireless data connection between the mobile communications device and a wireless network is requested, the method comprising: | **3GPP TS 24.301 v. 11.7.0**<br><br>**6.5.3    UE requested bearer resource allocation procedure**<br>**6.5.3.1  General**<br><br>The purpose of the UE requested bearer resource allocation procedure is for a UE to request an allocation of bearer resources for a traffic flow aggregate. The UE requests a specific QoS demand (QCI) and optionally sends a GBR requirement for a new traffic flow aggregate. If accepted by the network, this procedure invokes a dedicated EPS bearer context activation procedure (see subclause 6.4.2) or an EPS bearer context modification procedure (see subclause 6.4.3). ...<br><br>**6.5.3.4A Handling the maximum number of active EPS bearer contexts**<br><br> … If the maximum number of active EPS bearer contexts is reached at the UE (see subclause 6.5.0) and the UE de-activates an active EPS bearer context prior to sending the request for additional bearer resources, then choosing which EPS bearer context to de-activate is a implementation specific, however the UE shall not deactivate a default EPS bearer context for emergency. |
| determining if a further wireless data connection can be effected between the mobile communications device and a wireless network; and | **6.5.3.4A Handling the maximum number of active EPS bearer contexts**<br><br> … If the maximum number of active EPS bearer contexts is reached at the UE (see subclause 6.5.0) and the UE de-activates an active EPS bearer context prior to sending the request for additional bearer resources, then choosing which EPS bearer context to de-activate is a implementation specific, however the UE shall not deactivate a default EPS bearer context for emergency. |
| selecting an application to release its existing data connection if a further wireless data connection cannot be effected between the mobile communications device and a wireless network, wherein selecting the application to release its existing data connection  comprises prioritizing the existing wireless data connections. | **6.5.3.4A Handling the maximum number of active EPS bearer contexts**<br><br> … If the maximum number of active EPS bearer contexts is reached at the UE (see subclause 6.5.0) and the UE de-activates an active EPS bearer context prior to sending the request for additional bearer resources, then choosing which EPS bearer context to de-activate is a implementation specific, however the UE shall not deactivate a default EPS bearer context for emergency. |

| US 8189611—Claim 7 | 3GPP Specifications |
|---|---|
| The method as recited in claim 1, further comprising releasing the existing data connection of the selected application and establishing a new data connection corresponding to another application. | **3GPP TS 24.301 v. 11.7.0**<br><br>**6.5.3.4A Handling the maximum number of active EPS bearer contexts**<br><br>… If the maximum number of active EPS bearer contexts is reached at the UE (see subclause 6.5.0) and the UE de-activates an active EPS bearer context prior to sending the request for additional bearer resources, then choosing which EPS bearer context to de-activate is a implementation specific, however the UE shall not deactivate a default EPS bearer context for emergency.<br><br>**6.5.3      UE requested bearer resource allocation procedure**<br>**6.5.3.1      General**<br><br>The purpose of the UE requested bearer resource allocation procedure is for a UE to request an allocation of bearer resources for a traffic flow aggregate. The UE requests a specific QoS demand (QCI) and optionally sends a GBR requirement for a new traffic flow aggregate. If accepted by the network, this procedure invokes a dedicated EPS bearer context activation procedure (see subclause 6.4.2) or an EPS bearer context modification procedure (see subclause 6.4.3). …<br><br>**6.5.3.2      UE requested bearer resource allocation procedure initiation**<br><br>In order to request the allocation of bearer resources for one traffic flow aggregate, the UE shall send a BEARER RESOURCE ALLOCATION REQUEST message to the MME …<br>**6.5.3.3 UE requested bearer resource allocation procedure accepted by the network**<br><br>… If the bearer resource allocation requested is accepted by the network, the MME shall initiate either a dedicated EPS bearer context activation procedure or an EPS bearer context modification procedure. … |
| **US 8189611—Claim 8** | **3GPP Specifications** |
| The method as recited in claim 1, wherein each data connection comprises a packet data protocol context. | **3GPP TS 24.301 v. 11.7.0**<br><br>**3          Definitions and abbreviations**<br>**3.1          Definitions**<br><br>… **Dedicated bearer:** An EPS bearer that is associated with uplink packet filters in the UE and downlink packet filters in the PDN GW where the filters only match certain packets. Definition derived from 3GPP TS 23.401 [10].<br><br>**6.4.2          Dedicated EPS bearer context activation procedure**<br>**6.4.2.1          General**<br><br>The purpose of the dedicated EPS bearer context activation procedure is to establish an EPS bearer context with specific QoS and TFT between the UE and the EPC. The dedicated EPS bearer context activation procedure is initiated by the network, but may be requested by the UE by means of the UE requested bearer resource allocation procedure (see subclause 6.5.3) or the UE requested bearer resource modification procedure (see subclause 6.5.4). … |

# EXHIBIT 15

US007215653B2

## (12) United States Patent
### Kim et al.

(10) Patent No.: **US 7,215,653 B2**

(45) Date of Patent: **May 8, 2007**

(54) **CONTROLLING DATA TRANSMISSION RATE ON THE REVERSE LINK FOR EACH MOBILE STATION IN A DEDICATED MANNER**

(75) Inventors: **Ki Jun Kim**, Seoul (KR); **Young Cho Kim**, Seoul (KR); **Young Jo Lee**, Kunpo (KR); **Jong Hoe An**, Anyang (KR); **Young Woo Yun**, Seoul (KR); **Young Jun Kim**, Anyang (KR)

(73) Assignee: **LG Electronics Inc.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 962 days.

(21) Appl. No.: **10/071,243**

(22) Filed: **Feb. 11, 2002**

(65) **Prior Publication Data**

US 2002/0141349 A1 Oct. 3, 2002

(30) **Foreign Application Priority Data**

| Feb. 12, 2001 | (KR) | ..................... 10-2001-0006839 |
| Jul. 10, 2001 | (KR) | ..................... 10-2001-0041363 |
| Sep. 18, 2001 | (KR) | ..................... 10-2001-0057600 |

(51) **Int. Cl.**
**H04Q 7/00** (2006.01)

(52) **U.S. Cl.** ........................ **370/329**; 370/332; 455/68; 455/69

(58) **Field of Classification Search** ..................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,603,096 A * 2/1997 Gilhousen et al. ............ 455/69

| 6,069,883 A | * | 5/2000 | Ejzak et al. ................. 370/335 |
| 6,389,034 B1 | * | 5/2002 | Guo et al. ................... 370/441 |
| 6,411,799 B1 | * | 6/2002 | Padovani ..................... 455/69 |
| 6,741,862 B2 | * | 5/2004 | Chung et al. ........... 455/452.1 |
| 6,996,127 B2 | * | 2/2006 | Rezaiifar et al. .......... 370/468 |

FOREIGN PATENT DOCUMENTS

| EP | 0 767 548 A2 | | 4/1997 |
| EP | 1 003 302 A2 | | 5/2000 |
| EP | 1 067 729 A2 | | 1/2001 |
| EP | 1067729 | * | 1/2001 |
| GB | 2269296 A | * | 2/1994 |
| WO | WO 98/24199 | | 6/1998 |
| WO | WO 00/14900 | * | 3/2000 |

* cited by examiner

*Primary Examiner*—Huy D. Vu
*Assistant Examiner*—Robert W. Wilson
(74) *Attorney, Agent, or Firm*—Fleshner & Kim, LLP

(57) **ABSTRACT**

The data transmission rate on the reverse link in a mobile communications system is controlled by determining an interference level at a base station due to signals from all mobile stations served by the base station, and determining a transmission energy level required for each mobile station. The interference level is compared with the transmission energy level to obtain a comparison result for each mobile station, and each mobile adjusts its data transmission rate based upon the comparison result, which is sent via a common channel on a forward link to each mobile station in a dedicated manner. Thereafter, packet data is transmitted on the reverse link in accordance with the adjusting so that data throughput can be maximized.

**40 Claims, 8 Drawing Sheets**



# FIG. 1

## PRIOR ART



FIG. 2



FIG. 3



FIG. 4

34
n=16 IF N=12
n=8 IF N=24
n=4 IF N=48
n=2 IF N=96
n=1 IF N=192
1 SYMBOL / 1 SLOT IF N=12
1 SYMBOL / 2 SLOTS IF N=24
1 SYMBOL / 4 SLOTS IF N=48
1 SYMBOL / 8 SLOTS IF N=96
1 SYMBOL / 16 SLOTS IF N=192
INITIAL OFFSET VALUE IS ASSIGNED TO EACH USER
I-ARM DATA RATE =
0.6 KBPS IF N=12
1.2 KBPS IF N=24
2.4 KBPS IF N=48
4.8 KBPS IF N=96
9.6 KBPS IF N=192
41
42
43
44
RATE-CONTROL BITS FOR USER 0 (OR N) (1 BIT / 20 MS)
REPEATOR nX
SIGNAL POINT MAPPING 0 → +1, 1 → -1 NO SYMBOL → 0
CHANNEL GAIN
MUX
$X_I$
RATE-CONTROL BITS FOR USER N-1 (OR 2N-1) (1 BIT / 20 MS)
45
46
47
48
N IS THE NUMBER OF USERS IN EACH ARM
LONG CODE MASK
LONG CODE GENERATOR (1.2288 MCPS)
DECIMATOR
RELATIVE OFFSET CALCULATION
$X_Q$
Q-ARM DATA RATE =



Case 1:20-cv-22051-JEM   Document 4-1   Entered on FLSD Docket 05/15/2020   Page 46 of 293

# FIG. 5



Case 1:20-cv-22051-JEM   Document 4-1   Entered on FLSD Docket 05/15/2020   Page 135 of 293

# FIG. 6



```
DETERMINE INTERFERENCE LEVEL AT BS          S60
DUE TO SIGNALS FROM MS

DETERMINE TRANSMISSION ENERGY LEVEL         S62
REQUIRED FOR EACH MS

COMPARE INTERFERENCE LEVEL WITH TRANSMISSION ENERGY LEVEL    S64
TO OBTAIN A COMPARISON RESULT FOR EACH MS

SEND COMPARISON RESULT VIA A COMMON CHANNEL    S66
ON A FORWARD LINK TO EACH MS IN A DEDICATED MANNER

ADJUST DATA TRANSMISSION RATE FOR EACH MS     S68
BASED UPON THE COMPARISON RESULT

TRANSMIT PACKET DATA ON REVERSE LINK          S69
```

# FIG. 7



Case 1:20-cv-22051-JEM   Document 4-1   Entered on FLSD Docket 05/15/2020   Page 79 of 293

# FIG. 8



# FIG. 9



Case 1:20-cv-22051-JEM   Document 1-1 Entered on FLSD Docket 05/19/2020   Page 138 of 293

# FIG. 10



US 7,215,653 B2

1

## CONTROLLING DATA TRANSMISSION RATE ON THE REVERSE LINK FOR EACH MOBILE STATION IN A DEDICATED MANNER

### FIELD OF THE INVENTION

The present invention generally relates to mobile (or wireless) communications, and in particular, to controlling data transmission (transfer) rates between a base station and mobile stations served by the base station so that data throughput is advantageously increased.

### BACKGROUND OF THE INVENTION

Mobile communications involve, among various processing procedures, signal transmissions and handling of data traffic between an access network (AN) and an access terminal (AT). An access network (AN) comprises many elements, one of which being a base station, as known by those skilled in the art. An access terminal (AT) can be in many forms, including a mobile station (e.g., a mobile phone), a mobile terminal (e.g., a laptop computer), and other devices (e.g., a personal digital assistant: PDA) having the combined functionality of both a mobile station and a mobile terminal, or having other terminal capabilities. Hereinafter, an access terminal (AT) will be referred to as a "mobile" for the sake of brevity.

In a conventional mobile communications system, a plurality of mobiles (e.g., cellular phones, portable computers, etc.) are served by a network of base stations, which serve to allow the mobile stations to communicate with other components in the communications system. Various types of mobile communications systems are known, including Code Division Multiple Access (CDMA), time division multiple access (TDMA), frequency division multiple access (FDMA), and various enhancements and improvements thereto which are generally referred to as next generation mobile communications systems.

CDMA is most widely accepted and continues to develop and evolve. In particular, CDMA technology evolution (such as the so-called "cdma2000" technology or other next generation CDMA systems) will provide integrated voice with simultaneous high-speed packet data, video and video conferencing capabilities. Currently, the third generation (3G) evolution of cdma2000 1× wireless communications is being reviewed or partially adopted by certain standards bodies, such as 3GPP and 3GPP2 (The Third Generation Partnership Project 2).

For example, a baseline framework for cdma2000 1xEV-DV (1xEVolution—Data and Voice) was recently reached by the 3GPP2. The 1xEV-DV standard will be backward compatible with existing CDMA IS-95A/B and CDMA2000 1× systems, allowing various operators seamless evolution for their CDMA systems. Other types of systems that are evolving from CDMA include High Data Rate (HDR) technologies, 1xEvolution—Data Only (1xEV-DO) technologies, and the like, which will be explained in more detail hereinafter.

The present disclosure focuses on data transmission techniques between base stations and mobiles. Thus, a detailed description of additional components, elements and processing procedures (not specifically mentioned herein) have been omitted so that the features of the present invention are not obscured. One skilled in the art would have understood that various other components and techniques associated with base stations and mobiles already known in the art but

2

not described in detail herein, are also part of the present invention. For example, specific details of the protocol architecture having an air interface with a layered structure, physical layer channels, protocol negotiation and processing, and the like have been omitted.

In a communications system, a set of "channels" allow signals to be transmitted between the access network (e.g., a base station) and the access terminal (e.g., a mobile) within a given frequency assignment. Channels consist of "forward channels" and "reverse channels."

Signal transmissions (data transmissions or transfers) from the base station to a mobile via a downlink (i.e., forward channels) are commonly referred to as the "forward link," while signal transmissions from the mobile to the base station via an uplink (i.e., reverse channels) are commonly referred to as the "reverse link."

So-called "physical layers" provide the channel structure, frequency, power output, modulation, and encoding specifications for the forward and reverse links. The "forward channels" consist of those physical layer channels transmitted from the access network to the access terminal, and "reverse channels" consist of those physical layer channels transmitted from the access terminal to the access network.

Of the many portions of the forward and reverse channels, the "forward MAC channel" is the portion of the forward channel dedicated to medium access control (MAC) activities. The forward MAC channel consists of the reverse power control (RPC) channel, the reverse activity (RA) channel, and other channels. Here, the forward MAC reverse activity (RA) channel indicates the activity level (e.g., the load) on the reverse channel.

In the so-called Interim Standard 95A (IS-95A) systems, the forward link and the reverse link are allocated separate frequencies and are independent of one another. For code division multiple access (CDMA) technology is the basis for Interim Standard 95 (IS-95) and can operate in both the 800-MHz and 1900-MHz frequency bands. In CDMA systems, communications between users are conducted through one or more cells/sectors, which are serviced by base stations. A user of a first mobile communicates with another user on a second mobile by transmitting voice and/or data on the reverse link to a cell/sector. The cell/sector receives the data for routing to another cell/sector or a public switched telephone network (PSTN). If the second user is on a remote station, the data is transmitted on the forward link of the same cell/sector, or a second cell/sector, to the second remote station. Otherwise, the data is routed through the PSTN to the second user on the standard phone system.

A mobile communications system can employ connectionless network services in which the network routes each data packet individually, based on the destination address carried in the packet and knowledge of current network topology. The packetized nature of the data transmissions from a mobile allows many users to share a common channel, accessing the channel only when they have data to send and otherwise leaving it available to other users. The multiple access nature of the mobile communications system makes it possible to provide substantial coverage to many users simultaneously with the installation of only one base station in a given sector.

The transfer of digital data packets differs from the transfer of digital voice information. Full duplex (simultaneous two-way) voice communication patterns imply that the data, transferred between the base station and a particular mobile station, are real-time and substantially equal in bandwidth. It has been noted that a total delay of 200 msec (about 2 Kbits of digital data for most speech vocoders)

US 7,215,653 B2

**3**

represents intolerable latency within a voice channel. On the other hand, transfer of digital data packets is typically asymmetrical, with many more packets being sent from the base station to a particular mobile via a downlink (the forward link), than from the mobile to the base station via an uplink (the reverse link).

In high speed data packet transfers, users appear to be tolerant of data transfer latencies or delays, with latencies of up to 10 seconds being encountered in current wireless data systems. While such delays appear to be tolerated by the user, the delays, attributable to relatively low effective data transfer rates, are undesirable. One proposed solution, known as "CDMA/HDR" (Code Division Multiple Access/ High Data Rate), uses various techniques to measure channel data transfer rate, to carry out channel control, and to mitigate and suppress channel interference.

Conventional CDMA systems must handle both voice and data. To handle voice signals, the delay between the time that information is sent and the time that the information is received must be kept relatively short. However, certain communications systems used mostly for handling data packets can tolerate relatively longer delays or latencies between the time that information is sent and the time that the information is received. Such data handling communications systems can be referred to as High Data Rate (HDR) systems. The following description will focus on HDR systems and techniques, but those skilled in the art would understand that various other mobile communications systems and techniques for handling high data rates, such as 1xEV-DO, 1xEV-DV, and the like, fall within the scope of the present disclosure.

In general, a High Data Rate (HDR) system is an Internet protocol (IP) based system that is optimized for transmitting data packets having bursty characteristics and not sensitive to latencies or delays. In HDR systems, a base station is dedicated to communicating with only one mobile station at any one time. An HDR system employs particular techniques allowing for high-speed data transfers. Also, HDR systems are exclusively used for high-speed data transfers employing the same 1.25 MHz of spectrum used in current IS-95 systems.

The forward link in an HDR system is characterized in that the users are not distinguished in terms of orthogonal spreading codes, but distinguished in terms of time slots, whereby one time slot can be 1.67 ms (milliseconds). Also, on the forward link of an HDR system, the mobile (access terminal AT) can receive data services from about at least 38.4 Kbps to about 2.4576 Mbps. The reverse link of an HDR system is similar to the reverse link of an IS-95 system, and employs a pilot signal to improve performance. Also, traditional IS-95 power control methods are used for providing data services from about 9.6 Kbps to about 153.6 Kbps.

In the HDR system, a base station (a part of the access network AN) can always transmit signals at maximum transmission power, as virtually no power control is required because only one user occupies a single channel at a particular time resulting in practically no interference from other users. Also, in contrast to an IS-95 system requiring an equal data transfer rate for all users, an HDR system need not deliver packet data to all users at equal data transfer rates. Accordingly, users receiving high strength signals can receive services employing high data rates, while users receiving low strength signals can be accorded with more time slots so that their unequal (i.e., lower) data rate is compensated.

**4**

In conventional IS-95 systems, because various signals (including pilot signals) are simultaneously transmitted to all users, interference due to pilot signals and undesirably high power consumption are problematic. However, in HDR systems, pilot signals can be transmitted at maximum power because the so-called "burst" pilot signals are employed. Thus, signal strength can be measured more accurately, error rates can be reduced, and interference between pilot signals is minimized. Also, as the HDR system is a synchronous system, pilot signals in adjacent cells are simultaneously transmitted, and interference from pilot signals in adjacent cells can also be minimized.

FIG. **1** shows a portion of a conventional reverse channel structure for sending transmission data rate increase information from a base station to a mobile. A base station (not shown) approximates (or measures) a load on the reverse link, and prepares to send to a mobile (not shown) various messages indicating whether the reverse link load is large or small. A bit repetition means **10** repeats the bits in the messages to be sent a certain number of times to improve signal reliability.

Thereafter, a signal point mapper **11** maps the signal from the bit repetition means **10** by, for example, changing all "0" bits to "+1" and all "1" bits to "−1" to allow further processing. The resulting signal is combined with a so-called "Walsh cover" signal and transmitted over the Reverse Activity (RA) channel to the mobile.

A conventional mobile receives the messages sent by the base station via the RA channel indicating that the current reverse link load is too large, and the mobile reduces the current packet data rate on the reverse link by one-half (½) so that the load on the reverse link is decreased.

SUMMARY OF THE INVENTION

A gist of the present invention involves the recognition by the present inventors of the drawbacks in the previously known art. In particular, previously known techniques (e.g., mobile communications systems under the standards of IS-95, IMT-2000, etc.) for controlling data transmission rates between mobiles and a base station do not effectively consider the particular data transmission circumstances and channel conditions of each mobile station.

Previously known HDR systems do not employ effective power control techniques, thus there are difficulties in providing high-speed data transmissions to those mobiles located far from the base station requiring signal transmissions at a higher power compared with the signal transmissions for mobiles located in proximity to the base station requiring only low level power.

The previously known HDR system is disadvantageous in that, when the base station detects the load on the reverse link to be too large and feeds back this information via a reverse activity (RA) channel, the reverse link packet data rate is unconditionally reduced by one-half for all users (mobiles), and thus overall data throughput at each base station is undesirably reduced. The previously known art ignores the situations that individual mobiles have different requirements and should advantageously be controlled individually in a dedicated manner.

Additionally, the previously known HDR system is inefficient because no messages are sent to the mobiles to indicate that their packet data rates should be increased when the reverse link load is small.

Furthermore, the previously known art merely considers the reverse link load. However, in practical data packet transmission applications, the channel or link conditions,

US 7,215,653 B2

5                                                              6

such as signal interference and transmission power require-
ments, and other communications environment factors effect
data transmissions on the reverse link.

To address at least the above-identified previously known
art problems, the present invention utilizes information fed
back from the forward link for data packet transmission over
the reverse link upon considering the particular data trans-
mission circumstances and channel conditions of each
mobile station and accordingly controlling the mobiles in a
dedicated manner. By doing so, the data transmission rate
over the reverse link is improved. More specifically, to
improve reverse link data transmission rates, messages
informing the mobile station to adjust (increase, decrease or
maintain) its data transmission rate are sent from the base
station in accordance with reverse link load information.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a portion of a conventional reverse channel
structure for sending transmission data rate increase infor-
mation from a base station to a mobile;

FIG. 2 shows a partial structure of a mobile according to
an embodiment of the present invention;

FIG. 3 shows a partial structure of a base station accord-
ing to an embodiment of the present invention;

FIG. 4 shows the details of certain relative portions of the
determinator 34 in a base station, a portion of which is
shown in FIG. 3;

FIG. 5 is a flow chart showing the main steps involved in
transmitting transmission data rate adjust information to
each mobile in a 1xEV-DV or 1xEV-DO system according
to the present invention;

FIG. 6 is a flow diagram of the method for controlling the
data transmission rate in accordance with the present inven-
tion;

FIG. 7 is a flow diagram of embodiment according to the
present invention;

FIG. 8 shows the updating procedure of the BS_RCV
according to the present invention;

FIG. 9 shows the procedures for generating rate control
information using the BS_RCV values according to the
present invention; and

FIG. 10 shows an example of how the reverse link data
rate is controlled using the BS_RCV values according to the
present invention.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENT

FIG. 2 shows a partial structure of a mobile according to
an embodiment of the present invention. A mobile 20
comprises a reception processor 21, a demodulator 22, a
transmission data rate controller 23, and a transmission
processor 24. The reception processor 21 processes the
signals received from a base station via a reception antenna
A1. The demodulator 22 demodulates the signals processed
by the reception processor 21. The transmission data rate
controller 23 controls the transmission data rate based on the
transmission data rate adjustment information in the signals
processed by the demodulator 22. The transmission proces-
sor 24 transmits signals via a transmission antenna A2 to the
base station in accordance with the control of the transmis-
sion data rate controller 23.

According to FIG. 2, the mobile according to an embodi-
ment of the present invention can comprise a determining
means which determines a transmission energy level
required for transmitting to a base station. Here, the deter-

mining means can comprise the transmission data rate
controller 23 and the transmission processor 24, in their
entirety or portions thereof.

Also, the mobile according to an embodiment of the
present invention can comprise an adjusting means opera-
tively connected with the determining means, which adjusts
a data transmission rate based upon a comparison result
received from the base station in a dedicated manner via a
common channel, the comparison result being obtained by
comparing the transmission energy level and an interference
level of signals sent to the base station by the mobile
stations. Here, the adjusting means can comprise the trans-
mission data rate controller 23, and the transmission proces-
sor 24, in their entirety or portions thereof.

Furthermore, the mobile according to an embodiment of
the present invention can comprise a transceiver operatively
connected with the adjusting means, which transmits packet
data on the reverse link in accordance with the adjusted data
transmission rate. Here, the transceiver can comprise the
reception processor 21, the demodulator 22, the transmission
processor 24, and antennae A1 and A2, in their entirety or
portions thereof.

FIG. 3 shows a partial structure of a base station accord-
ing to an embodiment of the present invention. A base
station 30 comprises a reception processor 31, an interfer-
ence level detector 32, a comparator 33, a determinator 34,
and a transmission processor 35. The reception processor 31
processes (e.g., demodulates) the signals received from
mobiles (not shown) via a reception antenna A3. The inter-
ference level detector 32 receives the processed signals from
the reception processor 31 for estimating and/or detecting a
level of signal interference related to the processed signals.

As understood by those skilled in the art, there are various
types of signal interference between mobiles and base
stations in mobile communications. For example, in the case
of the reverse link, an important parameter is the rise in the
level of the total amount of noise over the level of the
thermal noise at a base station. This parameter is referred to
as the "rise over thermal" (ROT). The rise over thermal
(ROT) corresponds to the loading of the reverse link.

Typically, a communications system attempts to maintain
the ROT near a predetermined value. If the ROT is too great,
the range of the cell is reduced and the reverse link is less
stable. A large ROT can also cause small changes in instan-
taneous loading that result in large excursions in the output
power of the mobile station. When the ROT is considered to
be too high (e.g., above a desired threshold level), the data
transmission rate can be decreased or even interrupted until
the reverse link is stabilized. In contrast, a low ROT can
indicate that the reverse link is not heavily loaded, thus
potentially wasting available capacity. Thus, if the ROT is
considered to be too low (e.g., below a desired threshold
level), the data transmission rate can be advantageously
increased. It will be understood by those skilled in the art
that methods other than measuring the ROT can be used in
determining the loading of the reverse link.

After the interference level detector 32 detects the signal
interference, the comparator 33 compares the detected level
of signal interference with a threshold value in order to
estimate (determine) the load on the reverse link. The
determinator 34 determines a transmission data rate adjust
information (e.g., increase, decrease or maintain) based on
the reverse link load determined by the comparator 33, and
determines a position of each mobile (i.e., a physical loca-
tion of each mobile in the cell/sector served by the base
station) based on the rate control bit (RCB) position in the

US 7,215,653 B2

7                                                              8

channel slots. The RCB position in the channel slots allows mobiles to be discriminated from one another.

The transmission processor **35** modulates a transmission signal for sending the transmission data rate adjust information from the determinator **34** to each mobile, and transmits signals to each mobile via a transmission antenna A4. Here, the signals including the RCB information are transmitted to each mobile via a common channel. The common channel can be a known channel already used in conventional mobile communications. For example, the so-called "RA channel" can be employed in the present invention for transmitting signals and RCB information to each mobile. Alternatively, the signals including the RCB information are transmitted to each mobile via a newly established channel (Common Reverse Packet Data Control Channel—CRPD-CCH), not currently existing in conventional mobile communications systems and techniques. Here, various conventional techniques may be employed in establishing a new type of channel, with a feature of the present invention being the use of rate control bit (RCB) in the frames (16 slots) transmitted to the mobiles.

According to FIG. **3**, a base station according to an embodiment of the present invention can comprise a determining means, which determines an interference level of signals received from the mobile stations, and determines a transmission energy level required for each mobile station. Here, the determining means can comprise the interference level detector **32** and the comparator **33**, in their entirety or portions thereof.

Also, a base station according to an embodiment of the present invention can comprise a comparing means operatively connected with the determining means, which compares the interference level with the transmission energy level to obtain a comparison result for each mobile station. Here, the comparing means can comprise the comparator **33** and determinator **34**, in their entirety or portions thereof.

Additionally, a base station according to an embodiment of the present invention can comprise a transceiver operatively connected with the comparing means, which sends the comparison result via a common channel on a forward link to each mobile station in a dedicated manner in accordance with the comparing, and receives packet data on the reverse link in response to the sending. Here, the transceiver can comprise a reception processor **31**, transmission processor **35**, and antennae A3 and A4, in their entirety or portions thereof.

Accordingly, by using the general features of a mobile shown in FIG. **2** and the features of a base station shown in FIG. **3**, data packets can be transmitted between the mobile and base station in accordance with the present invention. A more detailed description and explanation of the structural aspects and methods involved in the present invention are as follows.

FIG. **4** shows the details of certain relative portions of the determinator **34** in the base station shown in FIG. **2**. The determinator **34** comprises a plurality of repeaters **41**, a plurality of signal point mappers **42**, a plurality of channel gain units **43**, a pair of multiplexors **44**, and a long code processor **45** having a long code generator **46**, a decimator **47**, and a relative offset calculator **48**.

In the present invention, mobiles can be controlled via the so-called "I-channel" or "Q-channel" or both channels. Here, "I" refers to "in-phase" and "Q" refers to "quadrature," which are known terms in the art of digital signal modulation, in particular vector modulation. Vector modulation (of which quadrature amplitude modulation (QAM) is a popular type) is at the heart of most digital wireless (mobile) communication systems. QAM packs multiple data bits into single symbols, each of which modulates the carrier's amplitude and phase.

Of the reverse link load determined by the comparator **33**, rate-control bits (e.g., RCBs) for each user (mobiles) **0** through N are sent to the determinator **34**. Here, N denotes the number of users being controlled using the I-channel and/or Q-channel, which are also referred to as an "I-Arm" and a "Q-Arm." Based upon the RCBs transmitted to the mobiles during one data frame (the frame having 16 slots), the base station can control a plurality of mobiles using the I-channel, the Q-channel, or both.

The repeaters **41** of the determinator **34** receive the RCB data (including rate-control bits) related to a plurality of users (mobiles) **0** through N, and respectively processes these data for ultimately generating I-signals ($X_I$) and/or Q-signals ($X_Q$).

For example, 12, 24, 48, 96, 192 or 384 mobiles can be controlled by the base station according to the present invention. If only the I-channel or the Q-channel is used, 12, 24, 48, 96 or 192 mobiles can be controlled. If both the I-channel and Q-channel are used, 24, 48, 96, 192 or 384 mobiles can be controlled. When either the I-channel or the Q-channel is used to control 12 mobiles, the repeater **41** repeats the bits in the messages to be sent 16 times to improve signal reliability. In this manner, for respectively controlling 24, 48, or 96 mobiles, 8, 4, or 2 repetitions are performed, respectively. For controlling 192 mobiles, no repetitions are made. Namely, instruction signals are sent to the mobiles without performing any bit repetitions. In a similar manner, when both the I-channel and the Q-channel are used, for respectively controlling 24, 48, 96 or 192 mobiles, 16, 8, 4, or 2 repetitions are performed. For controlling 384 mobiles, instruction signals are sent to the mobiles without performing any bit repetitions.

Although a particular number of mobiles capable of being controlled have been exemplified above based upon there being 16 slots in a frame to be transmitted, those skilled in the art would understand that other specific number of mobiles could also be handled according to the present invention depending upon the particular frame size and number of slots therein.

Then, the signal point mappers **42** map the signals received from the repeaters **41** by, for example, changing all "0" bits to "+1", all "1" bits to "−1", and no symbol bits to "0" to allow further processing.

Here, the signal point mapping techniques can generally be performed in a variety of ways, as understood by those skilled in the art. However, a preferred method in signal point mapping according to the present invention involves a particular technique of processing the RCBs. Namely, based upon the transmission data rate adjust information, if the current transmission data rate is to be increased, the base station sets the RCB to "INCREASE" and if the current transmission data rate is to be decreased, the base station sets the RCB to "DECREASE" Also, if current transmission data rate is to be maintained, no RCB information is transmitted by the base station to the mobile.

Also, the number of slots used for processing a symbol depends upon the number of users N. For example, if N=12, 1 symbol per 1 slot is processed. Also, for N=24, 48, 96 or 192, 1 symbol/2 slots, 1 symbol/4 slots, 1 symbol/8 slots, and 1 symbol/16 slots are processed, respectively, as indicated in FIG. **4**.

Thereafter, the channel gain units **43** further process each signal received from the signal point mappers **42**, respectively. Namely, channel gain amplification is performed and

US 7,215,653 B2

9

the processed signals are sent to the multiplexers (MUX) **44**, the features of which are explained further below. Here, the channel gain amplifying techniques can generally be performed in a variety of ways, as understood by those skilled in the art.

Additionally, the RCB data related to I-Q signal generation includes initial offset values (0 to N−1) assigned to each user (mobile) and which determine the position of each mobile (based on the RCB position in the channel slots). Here, the initial offset values are determined (or generated) during a so-called "negotiation" process between mobiles and the base station. Of the initial offset values, "0" indicates the first position among the channel slots, while "N−1" indicates the last position.

The determinator **34** also includes a long code processor **45** comprising a long code generator **46**, a decimator **47** and a relative offset calculator **48**. The long code processor **45** receives a long code mask for the common reverse packet data control channel (CRPDCCH) and outputs relative offset values used for generating an I-signal and a Q-signal. Here, for the relative offset values, the RCB positions allocated to each mobile are preferably randomized. Namely, the RCBs are inserted into different slot positions in each frame. As such, the RCB position in the channel slots allows mobiles to be discriminated from one another.

Finally, the multiplexers (MUX) **44** respectively combine the initial offset values assigned to each user with the relative offset values (generated by the long code processor **45**), and the processed signals from the channel gain units **43**, so that the RCB positions in the channel slots are determined, As a result, the multiplexed signals $X_I$ and $X_Q$ for the I-channel, the Q-channel, or both are outputted from the determinator **34** for further processing at the transmission processor **35** and subsequent transmission to the mobiles.

FIG. **5** is a flow chart showing the principle steps involved in transmitting transmission data rate adjust information to each mobile in a 1xEV-DV or 1xEV-DO system according to an embodiment of the present invention. First, the base station detects and determines a level of interference among all communication traffic channels (S**51**). The detected interference level is compared with a threshold so that the load on the reverse link can be approximated (S**52**, S**53**). Transmission data rate adjust information is determined by the reverse link load and information regarding the distance from each mobile to the base station, and as previously explained in view of FIG. **4**, the multiplexers **41**, **41'** combine the initial offset values (from the I-signals and Q-signals) with the relative offset values (from decimating the codes from the code generator **46**) so that the RCBs positions in the channel slots are determined for discriminating each mobile from one another (S**54**). Finally, the RCBs are transmitted to the mobiles via a common channel, which operate in a dedicated manner (i.e., exclusively) for each mobile (S**55**).

Upon receiving the RCBs from the base station, the mobiles preferably adjust their transmission data rates in increments for gradual increasing or decreasing. Then, the mobiles may inform the base station of the adjusted transmission data rate which they intend to use by sending to the base station a reverse rate indicator (RRI). Thereafter, packet data are transmitted to the base station on the reverse link at the adjusted data rate. Accordingly, employing the techniques of the present invention can advantageously increase data throughput.

The instructions (based upon RCBs) sent by the base station to the mobiles for adjusting (increasing, decreasing

10

or maintaining) the transmission data rate of a mobile during the reverse link will be referred to as "RC instructions." In the present invention, the base station preferably sends RC instructions to the mobiles during a single frame, for controlling the transmission date rate of the mobiles during the next frame. However, those skilled in the art can understand that the sending of RC instructions may extend into a subsequent frame in certain situations.

FIG. **6** shows a flow diagram of the method for controlling the data transmission rate in accordance with the present invention. For controlling a data transmission rate on a reverse link in a mobile communications system having a plurality of base stations and a plurality of mobile stations, a first step of determining an interference level at a base station due to signals from the mobile stations served by the base station is performed (S**60**). Also, a step of determining a transmission energy level required for each mobile station is performed (S**62**). Next, the interference level is compared with the transmission energy level to obtain a comparison result for each mobile station (S**64**).

Thereafter, the comparison result is transmitted by the base station to the mobile via a common channel on a forward link in a dedicated manner (S**66**). Here, the base station transmits respective comparison results to each mobile in a dedicated manner. In other words, the base station sends a particular comparison result to a particular mobile (having a particular interference level and required transmission energy level previously determined) so that each mobile is individually controlled to have an appropriate data transmission rate.

Subsequently, each mobile adjusts its current data transmission rate based upon the comparison result sent from the base station via a common channel on a forward link in a dedicated manner (S**68**). Finally, packet data are transmitted on the reverse link from a mobile to the base station in accordance with the adjusted data transmission rate (S**69**).

In other words, a method for controlling a data transmission rate on a reverse link according to the present invention can comprise the steps of determining an interference level at a base station due to signals from the mobile stations served by the base station; determining a transmission energy level required for each mobile station; comparing the interference level with the transmission energy level to obtain a comparison result for each mobile station; and adjusting a data transmission rate for each mobile station based upon the comparison result sent via a common channel on a forward link to each mobile station in a dedicated manner.

Also, a method for controlling a data transmission rate on a reverse link according to the present invention can comprise the steps of determining an interference level of signals received from the mobile stations; determining a transmission energy level required for each mobile station; comparing the interference level with the transmission energy level to obtain a comparison result for each mobile station; and sending the comparison result via a common channel on a forward link to each mobile station in a dedicated manner in accordance with the comparing.

Additionally, a method for controlling a data transmission rate on a reverse link according to the present invention can comprise the steps of determining a transmission energy level required for transmitting to the base station; adjusting a data transmission rate based upon a comparison result received from the base station in a dedicated manner via a common channel, the comparison result being obtained by comparing the transmission energy level and an interference level of signals sent to the base station by the mobile

US 7,215,653 B2

**11**

stations; and transmitting packet data on the reverse link in accordance with the adjusting.

The above-described techniques of employing RCB according to an embodiment of the present invention improve the conventional techniques (e.g., conventional communications systems under the standards of IS-95, HDR, IMT-2000, etc.) for controlling transmission data rates between mobiles and a base station. However, the present inventors recognized that additional improvements are also possible.

For example, the particular communication conditions of each mobile may be further considered in addition to the overall signal interference at the base station (including ROT parameters) described previously hereinabove. By considering the factors at each mobile, different mobiles can receive different instructions to adjust their respective transmission data rates in a different manner, instead of all mobiles receiving the same instruction to increase or decrease their transmission data rates by an equal amount.

In conventional techniques, each mobile performs an internal test upon receiving a transmission data rate adjust instruction (an RA instruction) from its base station, instead of immediately adjusting its current transmission data rate. In other words, each mobile further considers its own communications conditions prior to adjusting its transmission data rate.

The internal test conducted by the mobile involves the determination of the probability that the data transmission rate in the next frame will likely increase or decrease. Namely, if the current data transmission rate is relatively low for the current frame, there is a relatively high probability that the data transmission rate should be increased in the next frame, and there is a relatively low probability that the data transmission rate should be decreased in the next frame.

For example, suppose that a communications system can transmit data at five different rates: 9,600 bps; 19,200 bps; 38,400 bps; 76,800 bps; and 153,600 bps. Assuming that a first mobile (A) is transmitting data at 19,200 bps during the current frame, while a second mobile (B) is transmitting data at 76,800 bps in the current frame. Then, if the base station sends to the mobiles that it is serving, an instruction to increase the current data transmission rate, mobile A has a greater probability of operating at a higher data transmission rate compared to mobile B. In contrast, if the base station sends to the mobiles that it is serving, an instruction to decrease the current data transmission rate, mobile B has a greater probability of operating at a lower data transmission rate compared to mobile A.

In other words, a method for controlling a data transmission rate on a reverse link according to the present invention can comprise the steps of detecting a total interference amount received by a base station; determining a transmission energy level required by a mobile station based upon a cell interference probability of each mobile station; receiving transmittable data rate information of each mobile station; and generating data rate control information in accordance with the total interference amount, the transmission energy level, and the data rate information for controlling a data transmission rate on a reverse link.

The present invention considers the channel condition or state for each mobile, the valid data rate for transmitting within a frame, and the signal interference at the base station, such that the base station individually controls the reverse link data rate for each mobile in a dedicated manner. To achieve this control, various parameters for the base station and mobiles can be used. These parameters are defined as follows.

**12**

1) Mobile Station Priority (MS_PRI)

MS_PRI is a parameter used for determining a probability of cell interference of each mobile, and is obtained by using the following equation (1):

$$MS\_PRI = \frac{\alpha_j}{\sum\limits_{All} \alpha_i - \alpha_j} \approx \frac{\beta_j}{\sum\limits_{All} \beta_i - \beta_j}; \tag{1}$$

This parameter can be calculated by the base station itself or by the mobile, which informs the base station of the MS_PRI value in a periodic manner or whenever the channel environment of the mobile changes.

In equation (1), $\alpha_i$ denotes the reverse link channel gain between the mobile and the i-th base station, while $\alpha_j$ denotes the reverse link channel gain between the mobile and the j-th base station which has the largest channel gain of all base stations. Also, $\beta_i$ denotes the forward link channel gain between the mobile and the i-th base station, while $\beta_j$ denotes the forward link channel gain between the mobile and the j-th base station which has the largest channel gain of all base stations.

When fading is not considered (i.e., ignored), the channel gain of the forward link and the channel gain of the reverse link can be considered to be the equivalent. Thus, the approximation:

$$\frac{\alpha_j}{\sum\limits_{All} \alpha_i - \alpha_j} \approx \frac{\beta_j}{\sum\limits_{All} \beta_i - \beta_j}$$

of equation (1) is satisfied.

Also, assuming that the total transmission power of all base stations are approximately the same, when the total transmission power of the base station is multiplied to the channel gain (i.e., multiply the total transmission power of the base station by $\beta_i$), the resulting value is equivalent to the total signal power received by one mobile from the i-th base station (i.e., Ior). Thus, the approximation:

$$MS\_PRI \approx \frac{\max\_Ior_j}{Io - \max\_Ior_j}$$

of equation (1) is satisfied, and the MS_PRI value can be determined.

In equation (1), Io denotes the total sum of the signal power from all base stations received by the mobile (i.e., sum of Ior received from all base stations), and max_Ior_j denotes the signal power received from the j-th base station which has the strongest reception signal power of all base stations.

The MS_PRI value, indicates in an inversely proportional manner, how a particular mobile, on average, causes cell interference to other cells. A large MS_PRI value means that the probability of causing cell interference is low, while a small MS_PRI value means that the probability of causing cell interference is high. In other words, a large MS_PRI value indirectly indicates a high probability that the mobile is located near a base station or that the mobile is located in a place where the channel state is satisfactory, while a small MS_PRI value denotes the opposite.

US 7,215,653 B2

**13**

The MS_PRI value can be calculated in at least the following three different methods.

First, the mobile calculates the MS_PRI value using the Io value detected from the total sum of signal power received from all base stations, and the max_Ior value of the base stations having the greatest reception signal power, and thereafter the MS_PRI value is directly transmitted to the base station.

Second, the mobile sends to the appropriate base station, the Ec/Io value of the pilot signal (Ec) power received from each base station using the pilot signal measurement message (PSMM) reported to the base station. Then, the base station receiving the Ec/Io value uses this to calculate the MS_PRI value.

Third, when there exists a reverse link channel (such as the data rate control (DRC) channel in 1xEV-DO systems) for informing the channel state of the forward link, the base station uses the forward link channel state value (such as the Ec/Nt of the pilot signal (Ec)) transmitted via this channel to calculate the MS_PRI value.

2) Mobile station reverse control value (MS_RCV)

The MS_RCV value is a parameter used for determining the transmission energy value necessary for each mobile,). First, a function $f(x)$ is defined, a calculation using the following equation (2) is performed.

$$MS\_RCV = f(\text{Current\_Assigned\_Data\_Rate})[dB] - \alpha * MS\_PRI[dB] \qquad (2)$$

Here, the MS_RCV value may be indicated in units of dB. Also, "Current_Assigned_Data_Rate" denotes the data rate being used in the current transmission frame, while $f(x)$ is a function related to the reception energy necessary for normally receiving data from a base station at a data rate of x. For example, if the "Current_Assigned_Data_Rate" is 9600, we get a function $f(9600)=4dB$, which calculates in advance, a reception energy level for each data rate.

Thus, the MS_RCV value applies cell interference probabilities to the reception energy necessary for each mobile. Thus, the present invention employing the MS_RCV value can minimize the occurrence of cell interference by using a relatively low transmission energy level (transmit power) satisfy the reception energy level (reception power) requested by the base station, for those mobiles that are close to the base station or having a strong channel link.

In general, as the data rate increases, the reception energy required for each mobile also increases. Thus, as the "Current_Assigned_Data_Rate" is higher, the MS_RCV value increases.

In equation (2), the MS_PRI value in the term "$\alpha * MS\_PRI$" denotes the probability of causing interference to other cells. If the MS_PRI value is small (i.e., when there is a high probability of causing interference to other cells), the MS_RCV value becomes large.

Also, the value "$\alpha$", which can be adjusted to control how the MS_PRI effects the MS_RCV, is a variable that controls the "fairness" between users (mobiles). The base station adjusts the $\alpha$ value so that all mobiles are guaranteed to have an appropriate data rate. For example, when $\alpha=0$, the channel conditions for the mobile are not considered and the degree of fairness between the users (mobiles) is at a maximum. In contrast, as the $\alpha$ value increases, the channel conditions of each mobile have more effect on the MS_RCV value.

In summary, as the data rate of the current transmission is higher, and as the MS-PRI value is lower (i.e., as the probability of causing other cell interference is greater), the

**14**

MS_RCV value increases. The base station calculates and manages the MS_RCV value for each active mobile.

3) Mobile Station Rate Increase Available Bit (MS_IAB)

The MS_IAB value is a parameter to provide data rate information for valid data that can be transmitted in the next frame by the mobile. The MS_IAB value has two states, "increase" and "unchanged," based on the following conditions.

If all the following conditions are met, the MS_IAB value is set as "increase," while if any one of these conditions is not met, the value is set as "unchanged."

I. When transmission power margin (i.e., remaining transmission power) is above a certain level;

II. When the number of bits in the transmission buffer is above a certain level; and

III. When the data rate of the current transfer (i.e., Current_Assigned_Data_Rate) is below a maximum data rate (i.e., MAX_Data_Rate) set by the system.

As shown in FIG. **7**, which is a flow diagram of embodiment according to the present invention, the base station uses the above-identified parameters (i.e., MA_PRI, MS_RCV, and MS_IAB) for controlling the data transmission rate of a mobile.

The base station receives the MS_PRI value reported from the mobile in a periodic manner or whenever the channel conditions of the mobile change, or directly calculates the MS_PRI value for updating thereof. Here, the MS_PRI value is initially set at 0 and updated thereafter (S**70**).

The base station uses the thusly obtained MS_PRI value and the data rate at which the mobile is transmitting, i.e., the "Current_Assigned_Data_Rate," for calculating and managing MS_RCV values for those mobiles that are in an active state with regard to the base station (S**71**).

Also, the base station detects the total interference (e.g., the rise over thermal (ROT) value) based on the total energy of signals received at the base station (S**72**). Thereafter, each mobile transmits the MS_IAB value to the base station in every frame (S**73**).

The base station uses the MS_RCV and MS_IAB values to generate a rate control bit (RCB) for controlling the data rate of each mobile (S**74**), and the RCB is transmitted to each mobile (S**75**). Here, the RCB can include three types of commands; an increase command for increasing the data rate of the mobile, a decrease command for decreasing the data rate, and a command for not changing the data rate.

If the ROT detected by the base station is deemed to be satisfactory (e.g., ROT<ROT_TH1, where ROT_TH1 is a first threshold value), the MS_RCV value is accordingly below a threshold value (RCV_TH), and of the mobiles having their MS_IAB values set as "increase," the RCB values for certain mobiles are set as "increase" while the RCB values for the remaining mobiles are set as "unchanged."

However, if it is determined that the ROT detected by the base station is maintained with a range (ROT_TH1~ROT_TH2) set by the system, the RCB values for all mobiles are set to "unchanged."

If the ROT detected by the base station is deemed to be unsatisfactory (e.g., ROT>ROT_TH2, where ROT_TH1 is a second threshold value), for those mobiles having a MS_RCV value exceeding the RCV-TH value, their RCB values are set as "decrease" while the RCB values for the remaining mobiles are set to "unchanged."

In the above method, the particular number of mobiles having their RCB values set as "increase," "decrease," or

US 7,215,653 B2

15

"unchanged" depends on various factors such as the actual implementation environment, system performance, capacity, operation purpose, and the like. In a particular embodiment, the following algorithm is presented to show how the above features may be applied an implemented.

First, a parameter BS_RCV (Base Station Rate Control Value) is defined to determine the total number of mobiles. Here, for the BS_RCV, the lowest MS_RCV value of the MS_RCV values (calculated at a base station or reported from a mobile) at a data rate of 9600 bps is set as its initial value. Thus, the BS_RCV is defined to limit the selective range of the MS_RCV such that only those mobiles having an MS_RCV value being above or below a certain level receive RCB increase or decrease data rate control information.

FIG. **8** shows the updating procedure of the BS_RCV according to the present invention. The base station determines the total interference amount (i.e., ROT) received by the base station in the unit of time having a particular period. The base station then uses the detected ROT value to update the BS_RCV. If the detected ROT value is below ROT_TH1, BS_RCV increases by $\Delta_1$, and if the ROT value is below ROT_TH2, BS_RCV decreases by $\Delta_2$. However, if the ROT is maintained within a range between ROT_TH1 and ROT_TH2, the BS_RCV value is maintained at its previous value.

FIG. **9** shows the procedures for generating rate control information using the BS_RCV values according to the present invention. First, the base station updates the BS_RCV value using the detected ROT value as shown in FIG. **8**.

Then, the base station generates an RCB for each mobiles based on the following conditions using the MS_RCV value, the BS_RCV value, and the MS_IAB value received from the respective mobile. If (MS_RCV+$\lambda$)<BS_RCV, and MS_IAB="increase" are satisfied, the RCB is set as "increase." But, if MS_RCV>BS_RCV, then RCB is set as "decrease." However, if (MS_RCV+$\lambda$) <BS_RCV and MS_IAB "increase," or if MS_RCV BS_RCV (MS_RCV+ $\lambda$), the RCB is set as "unchanged." As such, the present invention employs the "$\lambda$" value to more appropriately control the RCB value setting allocation to better reflect the communications environment.

FIG. **10** shows an example of how the reverse link data rate is controlled using the BS_RCV values according to the present invention. Namely, the steps for controlling the data rate of a mobile by the base station in an exclusive or dedicated manner are shown.

The base station updates the MS_PRI value by receiving a MS_PRI value from the mobile reported therefrom periodically, or whenever the channel conditions of the mobile change, or by directly calculating a MS_PRI value at the base station itself. The MS PRI value is initially set as 0 and updated thereafter (S**100**).

The base station uses the MS_PRI value and the data rate used by the mobile for transmission (i.e., the "Current_Assigned_Data_Rate") to calculate and manage the MS_RCV values of all mobiles being in active state with respect to the base station (S**102**).

The base station determines the total energy of the signals received thereof (i.e. the total interference amount, such as ROT) for each time interval having a certain period (S**104**).

Then, the base station updates the BS_RCV values using the method shown previously in FIG. **8** (S**106**). Thereafter, each mobile, for each frame, transmits the MS_IAB value to the base station (S**108**).

16

The base station then generates rate control bit (RCB) for controlling the data rate of each mobile using the MS_RCV, MS_IAB, and BS_RCV values (S**110**), and the RCB values are transmitted to each mobile (S**112**).

A respective mobile receives RCB values from all active base stations (S**114**), and generates a Combined RCB from the received RCB values for controlling the data rate of the next frame accordingly (S**116**). A method for combining the RCB values received from all active base stations is as follows:

If all received RCB values are set as "increase," the combined RCB is set as "increase." If any one of the RCB values is set as "decrease," the combined RCB is set as "decrease." In all other situations, the combined RCB is set as "unchanged."

In other words, a method for controlling a data transmission rate on a reverse link according to the present invention can comprise the steps of determining a channel condition value of each mobile station by a pilot channel average power level and a data transmission rate; comparing the channel condition value with a transmission threshold of a base station calculated by an interference at the base station; and adjusting a data transmission rate for each mobile station based upon the comparison result sent via a channel on a forward link to each mobile station in a dedicated manner.

Additionally, a method for controlling a data transmission rate on a reverse link according to the present invention can comprise the steps of determining a total interference level of signals received from one or more mobile stations; determining a data transmission control threshold value according to the total interference level; determining a transmission condition value by receiving a reverse link data transmission rate and a transmitted pilot signal strength from the one or more mobile stations; generating reverse link data transmission rate commands by comparing the transmission condition value with the data transmission control threshold value; and transmitting data to each mobile station in accordance with the generated reverse link data transmission rate commands.

Furthermore, a method for controlling a data transmission rate on a reverse link according to the present invention can comprise the steps of determining a total interference level of signals received at a base station; receiving a transmission pilot signal strength and a reverse link data transmission rate from a mobile station; and generating and sending to the mobile station, a reverse link data transmission rate command using the total interference level, the transmission pilot signal strength, and the a reverse link data transmission rate.

As described above, in accordance with the present invention, the data rate control information is generated by considering not only the total interference amount received by the base station, but also the signal reception conditions at each mobile. Thus, exclusive or dedicated data rate control for each mobile is possible. Accordingly, improved data transmissions being more appropriate to the channel conditions of each mobile is achieved, and data throughput is significantly gained. Also, base station management is advantageously improved, as the base station can accurately control the loading on the reverse link.

The present invention has been described above with respect to variations in data transmission techniques between a base station and mobile station served by the base station, focusing on transmissions on the reverse link in a next generation CDMA system. However, it will be understood that the invention can be advantageously applied to

US 7,215,653 B2

17

other situations including transmissions on other types of channels and other mobile communication systems being developed for handling data packet transmissions.

This specification describes various illustrative embodiments of a method and device of the present invention. The scope of the claims is intended to cover various modifications and equivalent arrangements of the illustrative embodiments disclosed in the specification. Therefore, the following claims should be accorded the reasonably broadest interpretation to cover modifications, equivalent structures, and features that are consistent with the spirit and scope of the invention disclosed herein.

What is claimed is:

1. A method for controlling a data transmission rate on a reverse link in a mobile communications system including a plurality of base stations and a plurality of mobile stations, the method comprising:

determining at a base station a data rate control command for controlling a transmission data rate of each mobile station to consider a channel condition or state of each mobile station;

sending each data rate control command via a forward common channel in a dedicated manner to the mobile stations, the data rate control command being formed of at least one rate control bit that is signal point mapped to at least one symbol of +1, −1, and 0 to indicate whether the mobile station should increase, decrease, or maintain its current data transmission rate; and

allowing each mobile station to adjust or maintain its data transmission rate based on the data rate control command, wherein a bit received from the mobile station on a reverse packet data control channel indicates whether the mobile station has enough power and data to increase its data transmission rate on a reverse packet data channel.

2. The method of claim 1, wherein determining the data rate control command is based on an interference level and a transmission condition of each mobile station.

3. The method of claim 2, wherein the interference level is determined based on the signals received from each mobile station.

4. The method of claim 2, wherein the transmission condition is based on a currently assigned data transmission rate.

5. The method of claim 1, wherein determining the data rate control command is based on a status of each mobile station.

6. The method of claim 1, wherein if a current data transmission rate of a particular mobile station is to be maintained, the rate control bit for the particular mobile station is mapped to a symbol of 0.

7. The method of claim 1, wherein the data rate control command is inserted into certain bit positions in a channel slot of the common channel.

8. The method of claim 7, wherein the certain bit position is determined based on a relative offset of a first bit position of the channel slot.

9. The method of claim 1, wherein determining the data rate control command is based on an interference level related to a rise over thermal (ROT) parameter.

10. The method of claim 1, wherein determining the data rate control command further includes determining a transmission condition of each mobile station based upon a cell interference probability of each mobile station.

18

11. The method of claim 10, wherein the base station receives the cell interference probability reported from each mobile station or calculates the cell interference probability by itself.

12. The method of claim 1, wherein determining the data rate control command further includes calculating a transmission condition of each mobile station using the cell interference probability applied to the energy required for a data rate for a current transmission frame for each mobile station.

13. The method of claim 1, wherein each mobile station transmits to the base station data rate information indicating whether the mobile station can transmit data in a next frame by increasing its data rate, and the data rate information is used when determining the data rate control command indicating how a current data transmission rate of a respective mobile station is to be adjusted.

14. The method of claim 13, wherein the data rate information is set as "increase" if a remaining transmission power of each mobile station is above a threshold and if the data rate of a current transmission is below a maximum data rate; otherwise, the data rate information is set as "unchanged".

15. The method of claim 1, wherein the data rate control command is determined based on data rate information indicating whether the mobile station can transmit in a next frame by increasing its data rate.

16. The method of claim 15, wherein the data rate control command is set as "increase" when a data rate information is set as "increase".

17. The method of claim 13, wherein the data rate information is set as "increase" or "unchanged" based on at least one of a remaining power, a current transmission rate, and a number of bits within a transmission buffer of each mobile station.

18. The method of claim 1, wherein the mobile station uses a bit that is sent on a reverse packet data control channel to indicate whether it has enough power and data to increase its data transmission rate on a reverse packet data channel.

19. The method of claim 18, wherein the bit is set as "1" if the mobile station has sufficient data and power headroom to transmit at a rate corresponding to a traffic-to-pilot ratio that is greater than a current authorized traffic-to-power ratio; otherwise, the bit is set as "0".

20. The method of claim 1, wherein a data rate control command is generated in accordance with an interference level, a transmission energy level, and the data rate information.

21. The method of claim 1, wherein the determining at the base station comprises:

obtaining a total interference level of signals received from mobile stations served by the base station,

obtaining a data transmission control threshold value according to the total interference level,

obtaining a transmission condition value using a data transmission rate used by the mobile station for transmission and a pilot signal power value reported from the mobile stations, and

generating a rate control command by comparing the transmission condition value with the data transmission control threshold value.

22. The method of claim 21, wherein the data transmission control threshold value is either maintained if the total interference level is within a fixed range, or the data transmission threshold is increased if the total interference level

US 7,215,653 B2

19                                                           20

is less than the fixed range, or the data transmission threshold is decreased if the total interference level is greater than the fixed range.

**23**. The method of claim **21**, wherein during the comparison of the transmission condition value with the data transmission control threshold value,

    a data rate control parameter is set as "decrease" if the transmission condition value is greater than the data transmission control threshold value,

    the data rate control parameter is set as "increase" if the transmission condition value is smaller than twice the data transmission control threshold value, and

    otherwise the data rate control parameter is set as "maintain".

**24**. A base station apparatus for controlling a data transmission rate on a reverse link in a mobile communications system including a plurality of mobile stations, the apparatus comprising:

    determining means adapted to determine a data rate control command for controlling a transmission data rate of each mobile station to consider a channel condition or state of each mobile station; and

    a transceiver connected with the determining means adapted to send each data rate control command via a forward common channel in a dedicated manner to the mobile stations,

    wherein the data rate control command being formed of at least one rate control bit that is signal point mapped to at least one symbol of $+1$, $-1$, and 0 to indicate whether the mobile station should increase, decrease, or maintain its current data transmission rate, wherein the transceiver receives a bit from the mobile station on a reverse packet data control channel indicating whether the mobile station has enough power and data to increase its data transmission rate on a reverse packet data channel.

**25**. The apparatus of claim **24**, wherein the determining means is adapted to determine the data rate control command based on an interference level based on signals received from each mobile station and a transmission condition of each mobile station.

**26**. The apparatus of claim **24**, wherein the data rate control command is based on a status of each mobile station.

**27**. The apparatus of claim **24**, wherein if the current data transmission rate of a particular mobile station is to be maintained, then the rate control bit for the particular mobile station is mapped to a symbol of 0.

**28**. The apparatus of claim **24**, further comprising means adapted to map the data rate control command to at least one symbol of $+1$, $-1$, and 0.

**29**. The apparatus of claim **24**, further comprising means adapted to insert the data rate control command into certain bit positions in a channel slot of the common channel.

**30**. The apparatus of claim **29**, wherein the inserting means is adapted to determine the certain bit position based on a relative offset of a first bit position of the channel slot.

**31**. The apparatus of claim **24**, wherein the determining means is adapted to determine the data rate control command based on data rate information indicating whether the mobile station can transmit data in a next frame by increasing its data rate.

**32**. The apparatus of claim **24**, wherein the determining means is adapted to determine an interference level based on a rise over thermal (ROT) parameter.

**33**. The apparatus of claim **24**, wherein the determining means is adapted to determine a transmission condition based on a currently assigned data transmission rate of each mobile station.

**34**. A mobile station apparatus for use in a mobile communications system for controlling a data transmission rate on a reverse link, the apparatus comprising:

    receiving means adapted to receive a data rate control command of a base station on a forward link common channel in a dedicated manner, the data rate control command being formed of at least one rate control bit that is signal point mapped to at least one symbol of $+1$, $-1$, and 0 to indicate whether the mobile station should increase, decrease, or maintain its current data transmission rate; and

    control means connected with the receiving means adapted to control the data transmission rate based on the data rate control command, wherein a bit is sent on a reverse packet data control channel to indicate whether the mobile station has enough power and data to increase its data transmission rate on a reverse packet data channel.

**35**. The apparatus of claim **34**, wherein the control means is adapted to determine data rate information as "increase" or "unchanged" to indicate how the mobile station should transmit data in a next frame to the base station.

**36**. The apparatus of claim **35**, wherein the control means is adapted to determine the data rate information based on at least one of a remaining power, a current transmission data rate, and a number of bits within a transmission buffer of each mobile station.

**37**. A method of controlling a data transmission rate on a reverse link received by a mobile station apparatus for use in a mobile communications system, the method comprising:

    receiving a data rate control command of a base station on a forward link common channel in a dedicated manner, the data rate control command being formed of a least one rate control bit that is signal point mapped to at least one symbol of $+1$, $-1$, and 0 to indicate whether the mobile station should increase, decrease, or maintain its current data transmission rate; and

    controlling the data transmission rate based on the data rate control command rate, wherein a bit is sent on a reverse packet data control channel to indicate whether the mobile station has enough power and data to increase its data transmission rate on a reverse packet data channel.

**38**. The method of claim **37**, further comprising determining the data rate information as "increase" or unchanged" to indicate how the mobile station should transmit valid data in the next frame to the base station.

**39**. The method of claim **38**, wherein determining the data rate information is based on at least one of a remaining power, a current tranmission data rate, and a number of bits within a transmission buffer of each mobile station.

**40**. The method of claim **37**, wherein the data rate information is set as "increase" if a remaining transmission power of the mobile station is above a threshold and if the data rate of a current transmission is below a maximum data rate; otherwise, the data rate information is set as "unchanged".

\*    \*    \*    \*    \*

EXHIBIT 16

| US 7215653 – Claim 34 | 3GPP Specifications |
|---|---|
| A mobile station apparatus for use in a mobile communications system for controlling a data transmission rate on a reverse link, the apparatus comprising:<br><br>receiving means adapted to receive a data rate control command of a base station on a forward link common channel in a dedicated manner, the data rate control command being formed of at least one rate control bit that is signal point mapped to at least one symbol of +1, -1, and 0 to indicate whether the mobile station should increase, decrease, or maintain its current data transmission rate; and | **3GPP TS 25.321 V6.18.0**<br><br>**9.2 Formats and parameters**<br>**9.2.5 Signaling of control information for E-DCH**<br>**9.2.5.2 DL Scheduling information**<br>This control information is used by Node-Bs in a UE's E-DCH active set in order to control its use of E-DCH system resources.<br>**9.2.5.2.1 Relative Grants**<br>- Serving Relative Grant:<br>    Transmitted on downlink on the E-RGCH from all cells in the serving E-DCH RLS, the serving relative grant allows the Node B scheduler to incrementally adjust the serving grant of UEs under its control. By definition, there can only be one serving relative grant command received at any one time. This indication can take three different values, "UP", "DOWN" or "HOLD".<br><br>3GPP TS 25.212 V6.10.0<br><br>4.11 Mapping for E-RGCH Relative Grant<br>4.11.1 Overview<br>The relative grant is transmitted on the E-RGCH as described in [2].<br>4.11.2 Relative Grant mapping<br>The relative grant (RG) command is mapped to the relative grant value as described in the table below.<br><br>**Table 17: Mapping of RG value**<br><br><table><tr><td>Command</td><td>RG Value (serving E-DCH RLS)</td><td>RG Value (other radio links)</td></tr><tr><td>UP</td><td>+1</td><td>not allowed</td></tr><tr><td>HOLD</td><td>0</td><td>0</td></tr><tr><td>DOWN</td><td>-1</td><td>-1</td></tr></table> |
| control means connected with the receiving means adapted to control the data transmission rate based on the data rate control command, wherein a bit is sent on a reverse packet data control channel to indicate whether the mobile station has enough power and data to increase its data transmission rate on a reverse packet data channel. | **3GPP TS 25.321 V6.18.0**<br><br>**11.8 Control of E-DCH transmission and reception**<br>**11.8.1 UE operation**<br>**11.8.1.3 Serving Grant Update**<br>UEs in CELL_DCH state, configured with an E-DCH transport channel shall maintain a Serving Grant and the list of active HARQ processes based on the absolute and relative grant commands decoded on the configured E-AGCH and ERGCH(s).<br><br>Each Absolute Grant or Relative Grant command is applied at a specific TTI. This association is implicit based on the timing of the E-AGCH and E-RGCH (see [13]). The timing is tight enough that this relationship is un-ambiguous.<br><br>The activation/deactivation of one or all processes is only applicable to processes for which transmission of scheduled data is allowed according to RRC signalling<br><br>Process activation of an active process does not result in any action taken by the UE.<br><br>**9.2 Formats and parameters**<br>**9.2.5 Signaling of control information for E-DCH**<br>**9.2.5.3.1 Happy Bit**<br>The happy bit is a single bit field that is passed from MAC to the physical layer for inclusion on the E-DPCCH. This field takes two values, "Not Happy" and "Happy" |

| | indicating respectively whether the UE could use more resources or not. The setting of the Happy Bit is defined in subclause 11.8.1.5. |
|---|---|
| | **11.8.1.5 Happy Bit Setting**<br>The Happy Bit is included on the E-DPCCH for every E-DCH transmission. E-DCH transmissions shall not be triggered specifically to allow the transmission of the happy bit.<br>RRC configures MAC with the duration Happy_Bit_Delay_Condition, over which to evaluate the current grant relative to the TEBS after application of the E-TFC selection procedure described in subclause 11.8.1.4.<br>For every E-DCH transmission, the Happy Bit shall be set to "unhappy" if the three following criteria are met:<br>1) UE is transmitting as much scheduled data as allowed by the current Serving_Grant in E-TFC selection; and<br>2) UE has enough power available to transmit at higher data rate; and<br>3) Based on the same power offset as the one selected in E-TFC selection to transmit data in the same TTI as the Happy Bit, TEBS would require more than Happy_Bit_Delay_Condition ms to be transmitted with the current Serving_Grant × the ratio of active processes to the total number of processes.<br>The first criteria is always true for a deactivated process and the ratio of the third criteria is always 1 for 10ms TTI.<br>Otherwise, the Happy Bit shall be set to "happy". |
| **US 7215653 – Claim 37** | **3GPP Specifications** |
| A method of controlling a data transmission rate on a reverse link received by a mobile station apparatus for use in a mobile communications system, the method comprising:<br><br>receiving a data rate control command of a base station on a forward link common channel in a dedicated manner, the data rate control command being formed at a least one rate control bit that is signal point mapped to at least one symbol of +1, −1, and 0 to indicate whether the mobile station should increase, decrease, or maintain its current data transmission rate; and | **3GPP TS 25.321 V6.18.0**<br><br>**9.2 Formats and parameters**<br>**9.2.5 Signaling of control information for E-DCH**<br>**9.2.5.2 DL Scheduling information**<br>This control information is used by Node-Bs in a UE's E-DCH active set in order to control its use of E-DCH system resources.<br>**9.2.5.2.1 Relative Grants**<br>- Serving Relative Grant:<br>Transmitted on downlink on the E-RGCH from all cells in the serving E-DCH RLS, the serving relative grant allows the Node B scheduler to incrementally adjust the serving grant of UEs under its control. By definition, there can only be one serving relative grant command received at any one time. This indication can take three different values, "UP", "DOWN" or "HOLD".<br><br>3GPP TS 25.212 V6.10.0<br><br>4.11 Mapping for E-RGCH Relative Grant<br>4.11.1 Overview<br>The relative grant is transmitted on the E-RGCH as described in [2].<br>4.11.2 Relative Grant mapping<br>The relative grant (RG) command is mapped to the relative grant value as described in the table below.<br><br>**Table 17: Mapping of RG value**<table><tr><td>Command</td><td>RG Value (serving E-DCH RLS)</td><td>RG Value (other radio links)</td></tr><tr><td>UP</td><td>+1</td><td>not allowed</td></tr><tr><td>HOLD</td><td>0</td><td>0</td></tr><tr><td>DOWN</td><td>-1</td><td>-1</td></tr></table> |
| controlling the data transmission rate based on the data rate control command rate, | **3GPP TS 25.321 V6.18.0**<br><br>**11.8 Control of E-DCH transmission and reception** |

| | |
|---|---|
| wherein a bit is sent on a reverse packet data control channel to indicate whether the mobile station has enough power and data to increase its data transmission rate on a reverse packet data channel. | **11.8.1 UE operation**<br>**11.8.1.3 Serving Grant Update**<br>UEs in CELL_DCH state, configured with an E-DCH transport channel shall maintain a Serving Grant and the list of active HARQ processes based on the absolute and relative grant commands decoded on the configured E-AGCH and ERGCH(s).<br><br>Each Absolute Grant or Relative Grant command is applied at a specific TTI. This association is implicit based on the timing of the E-AGCH and E-RGCH (see [13]). The timing is tight enough that this relationship is un-ambiguous.<br><br>The activation/deactivation of one or all processes is only applicable to processes for which transmission of scheduled data is allowed according to RRC signalling<br><br>Process activation of an active process does not result in any action taken by the UE.<br><br>**9.2 Formats and parameters**<br>**9.2.5 Signaling of control information for E-DCH**<br>**9.2.5.3.1 Happy Bit**<br>The happy bit is a single bit field that is passed from MAC to the physical layer for inclusion on the E-DPCCH. This field takes two values, "Not Happy" and "Happy" indicating respectively whether the UE could use more resources or not. The setting of the Happy Bit is defined in subclause 11.8.1.5.<br><br>**11.8.1.5 Happy Bit Setting**<br>The Happy Bit is included on the E-DPCCH for every E-DCH transmission. E-DCH transmissions shall not be triggered specifically to allow the transmission of the happy bit.<br>RRC configures MAC with the duration Happy_Bit_Delay_Condition, over which to evaluate the current grant relative to the TEBS after application of the E-TFC selection procedure described in subclause 11.8.1.4.<br>For every E-DCH transmission, the Happy Bit shall be set to "unhappy" if the three following criteria are met:<br>1) UE is transmitting as much scheduled data as allowed by the current Serving_Grant in E-TFC selection; and<br>2) UE has enough power available to transmit at higher data rate; and<br>3) Based on the same power offset as the one selected in E-TFC selection to transmit data in the same TTI as the Happy Bit, TEBS would require more than Happy_Bit_Delay_Condition ms to be transmited with the current<br>Serving_Grant × the ratio of active processes to the total number of processes.<br>The first criteria is always true for a deactivated process and the ratio of the third criteria is always 1 for 10ms TTI.<br>Otherwise, the Happy Bit shall be set to "happy". |

EXHIBIT 17

US007319718B2

## (12) United States Patent
Roh et al.

(10) Patent No.: **US 7,319,718 B2**
(45) Date of Patent: **Jan. 15, 2008**

(54) **CQI CODING METHOD FOR HS-DPCCH**

(75) Inventors: **Dong Wook Roh**, Seoul (KR); **Min Seok Oh**, Seoul (KR); **Joon Kui Ahn**, Seoul (KR)

(73) Assignee: **LG Electronics Inc.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1086 days.

(21) Appl. No.: **10/365,498**

(22) Filed: **Feb. 13, 2003**

(65) **Prior Publication Data**

US 2003/0174669 A1     Sep. 18, 2003

(30) **Foreign Application Priority Data**

Feb. 16, 2002     (KR) ..................... 10-2002-0008350

(51) **Int. Cl.**
*H04B 17/00*     (2006.01)

(52) **U.S. Cl.** ..................... **375/224**; 375/240; 375/261; 370/442; 370/491; 370/328; 455/69; 455/452.2; 714/769; 714/755

(58) **Field of Classification Search** ............... 370/442, 370/491, 328;  455/69, 452, 452.2;  375/224, 375/240, 261;  714/769, 755
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2002/0141436 | A1* | 10/2002 | Toskala | ...................... 370/442 |
| 2003/0157900 | A1* | 8/2003 | Gaal et al. | .................... 455/69 |
| 2003/0185242 | A1* | 10/2003 | Lee et al. | .................. 370/491 |
| 2004/0058687 | A1* | 3/2004 | Kim et al. | ............... 455/452.2 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1 248 485 A1 | 10/2002 |
| EP | 1 289 167 A1 | 3/2003 |

| | | |
|---|---|---|
| KR | 1020020039121 | 5/2002 |
| KR | 1020020062471 | 7/2002 |
| KR | 1020030035293 | 5/2003 |
| KR | 1020030035605 | 5/2003 |

OTHER PUBLICATIONS

3GPP TS 25.222; Version 5.3.0 Release 5; Dec. 2002.
3GPP TS 25.212; Version 5.0.0 Release 5; Mar. 2002.
3GPP TS 25.212; Version 2.3.0; Oct. 1999.
Ericsson, "Coding for Channel-Quality-Related Information," 3GPP TSG-RAN #22, Nov. 19-23, 2001, Cheju, Korea , R1-01-1144.
LG Electronics Inc., "Uplink QI Signaling with Error-Detection Capability," TSG-RAN Working Group 1 #22, Nov. 19-23, 2001, Jeju, Korea, Tdoc R1-01-1135.
Samsung, "Coding Scheme for Quality Indicator (rev. 1)," 3GPP TSG-RAN 1 #22, Nov. 22-23, 2001, Jeju, Korea, R1-01-1324.
Philips, "Performance Requirements for Channel Quality Signalling," TSG RAN WG1 #22, Nov. 19-23, 2001, Jeju, South Korea, TSGR1(01)1204.
Philips, "Coding of Channel Quality Information," 3GPP TSG RAN WG1 #23, Jan. 8-11, 2002, Espoo, Finland, Tdoc R1-02-0046.
Japanese Office Action dated Sep. 5, 2006.

* cited by examiner

*Primary Examiner*—Chieh M. Fan
*Assistant Examiner*—Eva Zheng
(74) *Attorney, Agent, or Firm*—KED & Associates, LLP

(57) **ABSTRACT**

In the channel quality information (CQI) coding method of the present invention, first basis sequences for generating sub-codes of 32 bits are created, and second basis sequences for generating codewords of 20 bits are created using the first basis sequences, the second basis sequence maximizing system throughput such that five information bits are coded into CQI code using the second basis sequences. Also, since HSDPA system has been designed in order to increase the system throughput, the CQI coding method of the present invention, which shows the best system throughput in the simulation, can be the optimum CQI coding scheme for HS-DPCCH.

**28 Claims, 6 Drawing Sheets**



5 bits → (32, 5) expurgated TFCI code → 13 coded bit puncturing & 1 coded bit repetition → 20 coded bits →

Case 1:20-cv-22051-JEM   Document 4-2   Entered on FLSD Docket 05/15/2020   Page 155 of 293

# FIG.1

PRIOR ART



FIG.2
PRIOR ART



FIG.3a
PRIOR ART



FIG.3b
PRIOR ART



# FIG.4
### PRIOR ART



# FIG.5a
### PRIOR ART



# FIG.5b
### PRIOR ART

| Puncturing pattern | Used basis |
|---|---|
| 2, 4, 5, 6, 8, 9. 10, 11, 12, 13, 14, 30 | $M_{0,l}$, $M_{1,l}$, $M_{2,l}$, $M_{3,l}$, $M_{4,l}$ |

FIG.6
PRIOR ART



FIG.7a



FIG.7b

| Puncturing pattern | Repetition pattern | Used basis |
|---|---|---|
| 0, 2, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 30 | 31 | $M_{0,I}$, $M_{1,I}$, $M_{2,I}$, $M_{3,I}$, $M_{4,I}$ |

FIG.8a



5 bits → (32, 5) expurgated TFCI code → 14 coded bit puncturing & 1 coded bit two times repetition → 20 coded bits

FIG.8b

| Puncturing pattern | Repetition pattern | Used basis |
|---|---|---|
| 0, 1, 2, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 30 | 31, 31 | $M_{0,i}$, $M_{1,i}$, $M_{2,i}$, $M_{3,i}$, $M_{4,i}$ |

FIG.9a



FIG.9b

| Puncturing pattern | Repetition pattern | Used basis |
|---|---|---|
| 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 30 | 31, 31, 31, 31 | $M_{0,I'}$ $M_{1,I'}$ $M_{2,I'}$ $M_{3,I'}$ $M_{4,I}$ |

US 7,319,718 B2

1

# CQI CODING METHOD FOR HS-DPCCH

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a wireless communication system and, more particularly, to a reliable uplink channel quality information (CQI) coding method for HS-DPCCH in HSDPA system for 3GPP.

2. Description of the Background Art

The UMTS (Universal Mobile Telecommunications System) is the third generation mobile communication system evolved from a GSM (Global System for Mobile Communications) and a European style mobile communication standard. It is intended to provide improved mobile communication services on the basis of a GSM core network (CN) and a Wideband Code Division Multiple Access (WCDMA) access technology.

For the purpose of making a standard for third generation mobile communication systems (IMT-2000 systems) based on evolved GSM core network and WCDMA radio access technology, a group of standard developing organizations including ETSI of Europe, ARIB/TTC of Japan, T1 of U.S., and TTA of Korea established the Third Generation Partnership Project (3GPP).

For the purpose of efficient management and technological development, five Technical Specification Groups (TSGs) are organized under 3GPP in consideration of network construction factors and their operations.

Each TSG is in charge of approving, developing and managing specifications related to a pertinent area. Among them, RAN (Radio Access Network) group has developed functions, requirements and interface specifications related to UE (User Equipment) and UMTS terrestrial radio access network (UTRAN) in order to set a new radio access network specification to the third generation mobile communication system.

The TSG-RAN group consists of one plenary group and four working groups.

WG1 (Working Group 1) has been developing specifications for a physical layer (Layer 1), and WG2 has been specifying functions of a data link layer (Layer 2) between UE and UTRAN. In addition, WG3 has been developing specifications for interfaces among Node Bs (the Node B is a kind of base station in the wireless communications), Radio Network Controllers (RNCs) and the core network. Lastly, WG4 has been discussing requirements for radio link performance and radio resource management.

FIG. 1 illustrates a structure of the UTRAN defined in 3GPP.

As depicted in FIG. 1, the UTRAN 110 includes at least one or more radio network sub-systems (RNSs) 120 and 130, and each RNS includes one RNC and at least one or more Node Bs. For example, Node B 122 is managed by RNC 121, and receives information transmitted from the physical layer of the UE 150 through an uplink channel and transmits a data to the UE 150 through a downlink channel.

Accordingly, the Node B is considered to work as an access point of the UTRAN from the UE point of view.

The RNCs 121 and 131 perform functions of allocation and management of radio resources of the UMTS and are connected to a suitable core network element depending on types of services provided to users.

For example, the RNCs 121 and 131 are connected to a mobile switching center (MSC) 141 for a circuit-switched communication such as a voice call service, and are con-

2

nected to a SGSN (Serving GPRS Support Node) 142 for a packet switched communication such as a radio Internet service.

The RNC in charge of a direct management of the Node B is called a Control RNC (CRNC) and the CRNC manages common radio resources.

On the other hand, the RNC that manages dedicated radio resources for a specific UE is called a Serving RNC (SRNC). Basically, the CRNC and the SRNC can be co-located in the same physical node. However, if the UE has been moved to an area of a new RNC that is different from SRNC, the CRNC and the SRNC may be located at physically different places.

There is an interface that can operate as a communication path between various network elements. The interface between a Node B and a RNC is called a Iub interface, and an interface between RNCs is called an Iur interface. And an interface between the RNC and the core network is called an Iu.

High Speed Data Packet Access (HSDPA) is standardization work within the 3GPP for realizing high speed, high-quality wireless data packet services. To support HSDPA, various advanced technologies such as Adaptive Modulation and Coding (AMC), Hybrid Automatic Repeat Request (HARQ), Fast Cell Selection (FCS), Multiple Input Multiple Out (MIMO), and etc. are introduced.

Well known are the benefits of adapting the transmission parameters in a wireless system to the changing channel conditions. The process of modifying the transmission parameters to compensate for the variations in channel condition is known as link adaptation (LA) and AMC is one of the link adaptation techniques. The principle of AMC is to change the modulation and coding scheme according to variations in the channel conditions, subject to system restrictions. That channel conditions can be estimated based on feedback from the UE. In a system with AMC, the UEs in favorable positions, i.e., close to the cell site, are typically assigned higher order modulation with higher code rate (e.g. 64 QAM with R=¾ Turbo Code), while UEs in unfavorable positions, i.e., close to the cell boundary, are assigned lower order modulation with lower code rate (e.g. QPSK with R=½ Turbo Code). The main benefits of AMC are the higher data rate available for UEs in favorable positions which in turn increases the average throughput of the cell and the reduced interference variation due to link adaptation based on variations in the modulation/coding scheme instead of variations in transmit power.

In conventional ARQ, ARQ process should be performed along up to the upper layer of the UE and the node B, while in the HSDPA, ARQ process is conducted within the physical layer. The key characteristic of the HARQ is to transmit the un-transmitted portion of the encoded block when the NACK (No Acknowledgement) is received from the receiver, which enables the receiver to combine each portion of received codewords into the new codewords with the lower coding rate so as to obtain much coding gain. Another feature of the n-channel HARQ is that a plurality of packets can be transmitted on n channels even when an ACK/NACK (Acknowledgement/No acknowledgement) is not received unlike in the typically Stop and Wait ARQ which allows the node B to transmit the next packet only when the ACK signal is received from the receiver or to retransmit the previous packet when the NACK signal is received. In other words, the node B of HSDPA can transmit a plurality of next packets successively even if it does not receive the ACK/NACK for the previous transmitted packet, thereby increasing channel usage efficiency. Combining AMC and HARQ

US 7,319,718 B2

3                                                                          4

leads to maximize transmission efficiency-AMC provides the coarse data rate selection, while HARQ provides fine data rate adjustment based on channel conditions.

FCS is conceptually similar to Site Selection Diversity Transmission (SSDT). Using FCS, the UE indicates the best cell which should serve it on the downlink, through uplink signaling. Thus while multiple cells may be members of the active set, only one of them transmits at a certain time, potentially decreasing interference and increasing system capacity. Determination of the best cell may not only be based on radio propagation conditions but also available resources such as power and code space for the cells in the active set.

MIMO is one of the diversity techniques based on the use of multiple downlink transmit/receiver antennas. MIMO processing employs multiple antennas at both the base station transmitter and terminal receiver, providing several advantages over transmit diversity techniques with multiple antennas only at the transmitter and over conventional single antenna systems.

Due to the introductions of these new schemes, new control signals are configured between the UE and the node B in HSDPA. HS-DPCCH is a modification to UL DPCCH for supporting HSDPA.

FIG. 2 shows a frame structure for uplink HS-DPCCH associated with HS-DSCH transmission. The HS-DPCCH carries uplink feedback signaling consisted of HARQ-ACK/NACK and channel-quality indicator (CQI). Each subframe of length 2 ms ($3 \times 2560$ chips) consists of 3 slots, each of length 2560 chips. The HARQ-ACK/NACK is carried in the first slot of the HS-DPCCH subframe and the CQI is carried in the second and third slot of the HS-DPCCH subframe. There is at most one HS-DPCCH on each radio link and the HS-DPCCH can only exist together with an uplink DPCCH.

To support fast link adaptation, the UE is to provide node B with information about the downlink channel quality, i.e., CQI. Regarding the channel coding for HS-DPCCH CQI, a number of uplink CQI coding methods have been proposed and most proposals assume that the CQI is to be coded into 20 channel bits. The CQI coding methods are based on the Transmit Format Combination Indicator (TFCI) coding method of 3GPP specification. FIG. 3a shows a (16, 5) TFCI encoder, which is similar to the (32, 10) TFCI encoder in FIG. 3b except that five information bits are used so as to generate (16, 5) TFCI codeword. The basis sequences for (16, 5) TFCI code are shown in table 1a and the basis sequences for (32, 10) TFCI code are illustrated in table 1b.

Detailed methods of generating TFCI codeword are revisited below. First, (16, 5) TFCI encoding method is described. In table 1a, let the TFCI information bits $a_0$, $a_1$, $a_2$, $a_3$, $a_4$, and $M_{i,n}$ a basis sequence for n-th TFCI information bit. Then output codeword bits $b_i$ are given by

$$b_i = \sum_{n=0}^{4} (a_n \times M_{i,n}) \bmod 2 \quad \text{where} \quad i = 0, 1, 2, \ldots 15$$

The output bits are denoted by $b_i$, i=0, 1, 2, . . . 15.

In a similar manner, the generation of (32, 10) TFCI codeword can be defined. In Table 1b, let the TFCI information bits $a_0$, $a_1$, $a_2$, $a_3$, $a_4$, $a_5$, $a_6$, $a_7$, $a_8$, $a_9$ and $M_{i,n}$ a basis sequence for n-th TFCI information bit. Then output codeword bits $b_i$ are given by

$$b_i = \sum_{n=0}^{9} (a_n \times M_{i,n}) \bmod 2 \quad \text{where} \quad i = 0, 1, 2, \ldots 31$$

The output bits are denoted by $b_i$, i=0, 1, 2, . . . 31.

The basis sequences for (16, 5) TFCI in Table 1a are included in the basis sequences for (32, 10) TFCI in Table 1b if the information bits are limited to the first 5 bits and the some 16 output bits are selected from 32 output bits. The common part between two basis sequences is highlighted by shadow in table 1b. The CQI coding method is based on the conventional TFCI coding method. The CQI requires 5 information bits and 20 coded bits, i.e. (20, 5) CQI code. Therefore, the (16, 5) TFCI code and (32, 10) TFCI coding method should be modified to fit the required number of bits for CQI coding. The (16, 5) TFCI code should be extended to (20, 5) CQI code by adding each basis sequence by 4 bits. The (32, 10) TFCI code can be used to generate (20, 5) CQI code through two steps. First, the (32, 10) TFCI code should be expurgated to the (32, 5) modified TFCI code by deleting last 5 basis sequences. Hereinafter the (32, 5) modified TFCI code by deleting last 5 basis sequences is referred to (32, 5) expurgated TFCI code. Secondly, the (32, 5) expurgated TFCI code should be punctured and repeated to meet the (20, 5) CQI code. The basis sequences for the (32, 5) expurgated TFCI code are as follows in table 1c. The common part of basis sequences between (16, 5) TFCI code and (32, 5) expurgated TFCI code is shadowed. The table 1c also include the basis sequences for (16, 5) TFCI code, i.e. table 1a. It means that the generating method based on the (32, 10) TFCI code can be represented by another form of generating method based on the (16, 5) TFCI code, vice versa.

TABLE 1a

| i | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 0 | 1 |
| 1 | 0 | 1 | 0 | 0 | 1 |
| 2 | 1 | 1 | 0 | 0 | 1 |
| 3 | 0 | 0 | 1 | 0 | 1 |
| 4 | 1 | 0 | 1 | 0 | 1 |
| 5 | 0 | 1 | 1 | 0 | 1 |
| 6 | 1 | 1 | 1 | 0 | 1 |
| 7 | 0 | 0 | 0 | 1 | 1 |
| 8 | 1 | 0 | 0 | 1 | 1 |
| 9 | 0 | 1 | 0 | 1 | 1 |
| 10 | 1 | 1 | 0 | 1 | 1 |
| 11 | 0 | 0 | 1 | 1 | 1 |
| 12 | 1 | 0 | 1 | 1 | 1 |
| 13 | 0 | 1 | 1 | 1 | 1 |
| 14 | 1 | 1 | 1 | 1 | 1 |
| 15 | 0 | 0 | 0 | 0 | 1 |

US 7,319,718 B2

5

6

TABLE 1b

| i | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ | $M_{i,5}$ | $M_{i,6}$ | $M_{i,7}$ | $M_{i,8}$ | $M_{i,9}$ |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| 2 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| 3 | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 |
| 4 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| 5 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 |
| 6 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 0 |
| 7 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 0 |
| 8 | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 0 |
| 9 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 1 | 1 |
| 10 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 1 |
| 11 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 1 | 1 | 1 |
| 12 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 |
| 13 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 |
| 14 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 |
| 15 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 |
| 16 | 0 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 1 |
| 17 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 0 |
| 18 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 1 |
| 19 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 1 | 0 | 1 |
| 20 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 1 |
| 21 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 1 |
| 22 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 |
| 23 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| 24 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 0 |
| 25 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 1 |
| 26 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 0 |
| 27 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| 28 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 |
| 29 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 30 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| 31 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 |

TABLE 1c

| i | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 0 | 0 |
| 1 | 0 | 1 | 0 | 0 | 0 |
| 2 | 1 | 1 | 0 | 0 | 0 |
| 3 | 0 | 0 | 1 | 0 | 0 |
| 4 | 1 | 0 | 1 | 0 | 0 |
| 5 | 0 | 1 | 1 | 0 | 0 |
| 6 | 1 | 1 | 1 | 0 | 0 |
| 7 | 0 | 0 | 0 | 1 | 0 |
| 8 | 1 | 0 | 0 | 1 | 0 |
| 9 | 0 | 1 | 0 | 1 | 0 |
| 10 | 1 | 1 | 0 | 1 | 0 |
| 11 | 0 | 0 | 1 | 1 | 0 |
| 12 | 1 | 0 | 1 | 1 | 0 |
| 13 | 0 | 1 | 1 | 1 | 0 |
| 14 | 1 | 1 | 1 | 1 | 0 |
| 15 | 1 | 0 | 0 | 0 | 1 |
| 16 | 0 | 1 | 0 | 0 | 1 |
| 17 | 1 | 1 | 0 | 0 | 1 |
| 18 | 0 | 0 | 1 | 0 | 1 |
| 19 | 1 | 0 | 1 | 0 | 1 |
| 20 | 0 | 1 | 1 | 0 | 1 |
| 21 | 1 | 1 | 1 | 0 | 1 |
| 22 | 0 | 0 | 0 | 1 | 1 |
| 23 | 1 | 0 | 0 | 1 | 1 |
| 24 | 0 | 1 | 0 | 1 | 1 |
| 25 | 1 | 1 | 0 | 1 | 1 |
| 26 | 0 | 0 | 1 | 1 | 1 |
| 27 | 1 | 0 | 1 | 1 | 1 |
| 28 | 0 | 1 | 1 | 1 | 1 |
| 29 | 1 | 1 | 1 | 1 | 1 |
| 30 | 0 | 0 | 0 | 0 | 0 |
| 31 | 0 | 0 | 0 | 0 | 1 |

FIG. **4** illustrates an encoder for generating an extended (16, 5) TFCI code. In FIG. **4**, (16, 5) TFCI code, is reused with each codeword extended with the four least reliable

information bits for (20, 5) CQI code. This CQI coding scheme is designed so as to have the optimal minimum distance.

FIG. **5***a* illustrates an encoder for generating punctured (32, 5) expurgated TFCI code. In this CQI coding scheme, (32, 5) expurgated TFCI code with puncturing 12 symbols is proposed. The puncturing pattern and used basis sequences are as in FIG. **5***b*.

However, (20, 5) CQI coding schemes using the extended (16, 5) TFCI code in FIG. **4** and the punctured (32, 5) expurgated TFCI code in FIG. **5** are equivalent to each other. That is because the resultant basis sequences based on the (16, 5) TFCI code are the same as the resultant punctured basis sequences based on the (32, 5) expurgated TFCI code after puncturing. The only difference is the order of codeword bits. However, since the difference of bit position doesn't have any effect on the coding performances and properties, both coding schemes of FIG. **4** and FIG. **5** are equivalent each other.

Since the (20, 5) CQI coding scheme based on the (16, 5) TFCI code can be expressed as that based on the (32, 5) expurgated TFCI code, vice versa, the extended (16, 5) TFCI code and the punctured (32, 5) expurgated TFCI code are commonly expressed as the basis sequences in table 2. It means that the (20, 5) CQI coding scheme based on both the (16, 5) TFCI and (32, 5) expurgated TFCI code is to decide what the basis sequence pattern is in the blank in table 2. Hereinafter, the basis sequence part which is the same as 3GPP technical specifications will be omitted for convenience.

US 7,319,718 B2

7

TABLE 2

| i | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 0 | 1 |
| . | . | . | . | . | . |
| . | . | . | . | . | . |
| . | . | . | . | . | . |
| 14 | 1 | 1 | 1 | 1 | 1 |
| 15 | 0 | 0 | 0 | 0 | 1 |
| 16 | To be filled with the extended patterns in the embodiments | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |

FIG. 6 illustrates another encoder for generating extended (16, 5) TFCI code. In order to extend from (16, 5) to (20, 5), the basis sequence is extended and the extended parts are filled as in table 3.

TABLE 3

| i | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 0 | 1 |
| . | . | . | . | . | . |
| . | . | . | . | . | . |
| . | . | . | . | . | . |
| 15 | 0 | 0 | 0 | 0 | 1 |
| 16 | 0 | 0 | 0 | 0 | 1 |
| 17 | 0 | 0 | 0 | 0 | 1 |
| 18 | 0 | 0 | 0 | 0 | 1 |
| 19 | 0 | 0 | 0 | 0 | 0 |

Here $M_{i,4}$ is the most significant bit (MOB). This arrangement gives significant extra protection to the MOB, and a little more robustness to the next most significant bit.

The conventional CQI coding schemes and their performances are varied according to the extended parts of basis sequence table. In this approach, to select optimum CQI coding scheme means just to find optimum extended part of the basis sequence table.

The above CQI coding schemes are developed in consideration of BER performance and unequal error protection (RMS error reduction) but system throughput. However, the coding schemes have tradeoffs between BER and unequal error protection. In other words, in view of the BER performance the first and second CQI coding schemes are superior to that of the third one. On the other hand, in view of the unequal error protection the third CQI coding scheme is superior to those of the first and second ones.

However, since HSDPA system has been designed in order to increase the system throughput, it is desirable to use the system throughput as one of the criteria in order to select optimum CQI coding scheme.

SUMMARY OF THE INVENTION

The present invention has been made in an effort to solve the above problem.

It is an object of the present invention to provide a method for generating basis sequences for CQI coding capable of maximizing a system throughput.

To achieve the object, in one aspect of the present invention the channel quality information (CQI) coding method comprises (a) creating first basis sequences for generating (32, 5) expurgated TFCI code from (32, 10) TFCI code, (b) puncturing each of the (32, 5) expurgated TFCI codes in a predetermined bit pattern in order to maximize

8

system throughput, (c) repeating a predetermined bit of each (32, 5) expurgated TFCI code for predetermined times in order to maximize system throughput, and (d) encoding 5 information bits into CQI codes using a second basis sequences generated through (b) and (c).

Each (32, 5) expurgated TFCI code is punctured as many as 16 bits in order of 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 30th bits, and a 31st bit of the (32, 5) expurgated TFCI code is repeated 4 times.

The first basis sequences are already shown in table 1c.

The second basis sequences are as in following table:

| i | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 0 | 1 |
| 1 | 0 | 1 | 0 | 0 | 1 |
| 2 | 1 | 1 | 0 | 0 | 1 |
| 3 | 0 | 0 | 1 | 0 | 1 |
| 4 | 1 | 0 | 1 | 0 | 1 |
| 5 | 0 | 1 | 1 | 0 | 1 |
| 6 | 1 | 1 | 1 | 0 | 1 |
| 7 | 0 | 0 | 0 | 1 | 1 |
| 8 | 1 | 0 | 0 | 1 | 1 |
| 9 | 0 | 1 | 0 | 1 | 1 |
| 10 | 1 | 1 | 0 | 1 | 1 |
| 11 | 0 | 0 | 1 | 1 | 1 |
| 12 | 1 | 0 | 1 | 1 | 1 |
| 13 | 0 | 1 | 1 | 1 | 1 |
| 14 | 1 | 1 | 1 | 1 | 1 |
| 15 | 0 | 0 | 0 | 0 | 1 |
| 16 | 0 | 0 | 0 | 0 | 1 |
| 17 | 0 | 0 | 0 | 0 | 1 |
| 18 | 0 | 0 | 0 | 0 | 1 |
| 19 | 0 | 0 | 0 | 0 | 1 |

where $i=0, \ldots, 19$.

In other aspect of the present invention the channel quality information (CQI) coding method comprises inputting 5 information bits, generating 32 bit sub-codes with the information bits using a basis sequences, generating 20 bit codewords by puncturing 16 bits from each of the sub-codes in a predetermined bit pattern and repeating a predetermined bit of the sub-code.

The sub-codes are punctured 16 bits in order of 0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 30th bits and 31st bit is repeated 4 times.

The resultant basis sequences are represented by $M_{i,0}$=10101010101010100000, $M_{i,1}$=01100110011001100000, $M_{i,2}$=000111100001111 00000, $M_{i,3}$=00000001111111100000, and $M_{i,4}$=11111111111111111111, where $i=0, \ldots, 19$.

In other aspect of the present invention the channel quality information (CQI) coding method comprises (a) obtaining first basis sequences from (16, 5) TFCI code, (b) extending basis sequences to (20, 5) CQI code in a predetermined pattern in order to maximize system throughput, (c) encoding 5 information bits into CQI codes using a second basis sequences generated through (a) and (b). The second extended basis sequences are the same as the upper table.

In other aspect of the present invention the channel quality information (CQI) coding method comprises (a) encoding 5 information bits into (16, 5) TFCI codes using (16, 5) TFCI basis sequences (b) repeating the MOB of information bits 4 times in order to maximize system throughput.

9 | 10

BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be described in detail with reference to the following drawings in which like reference numerals refer to like elements wherein:

FIG. **1** is a conceptual view showing a structure of the UMTS radio access network (UTRAN);

FIG. **2** is a drawing illustrating a frame structure for uplink HS-DPCCH associated with HS-DSCH transmission;

FIG. **3***a* is a schematic block diagram illustrating a (16, 5) TFCI encoder;

FIG. **3***b* is a schematic block diagram illustrating a (32, 10) TFCI encoder;

FIG. **4** is a schematic block diagram illustrating an encoder for generating a conventional (20, 5) CQI code based on the (16, 5) TFCI code;

FIG. **5***a* is a schematic block diagram illustrating an encoder for generating conventional (20, 5) CQI code based on the expurgated (32, 5) TFCI code;

FIG. **5***b* is a table showing a puncturing pattern and used basis adapted to the encoder of FIG. **5***a*;

FIG. **6** a schematic block diagram illustrating another encoder for generating (20, 5) CQI code by extending (16, 5) TFCI code;

FIG. **7***a* is a schematic block diagram illustrating an encoder for generating (20, 5) CQI code according to a first embodiment of the present invention;

FIG. **7***b* is a table showing a puncturing pattern, repetition pattern, and used basis adapted to the encoder of FIG. **7***a*;

FIG. **8***a* is a schematic block diagram illustrating an encoder for generating (20, 5) CQI code according to a second embodiment of the present invention;

FIG. **8***b* is a table showing a puncturing pattern, repetition pattern, and used basis adapted to the encoder of FIG. **8***b*;

FIG. **9***a* is a schematic block diagram illustrating an encoder for generating (20, 5) CQI code according to a third embodiment of the present invention; and

FIG. **9***b* is a table showing a puncturing pattern, repetition pattern, and used basis adapted to the encoder of FIG. **9***a*.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Preferred embodiments of the present invention will be described with reference to the accompanying drawings hereinafter.

FIG. **7***a* is a block diagram illustrating an encoder for generating (20, 5) code according to a first embodiment of the present invention and FIG. **7***b* is a table for illustrating how the encoder of FIG. **7***a* generate the (20, 5) code.

Referring to FIG. **7***a* and FIG. **7***b*, once 5 information bits are inputted, the encoder linearly combines the information bits with basis sequences so as to generate a (32, 5) expurgated TFCI code. The expurgated TFCI code of 32 bit length is punctured by 13 bits in a puncturing pattern (0, 2, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, and 30th bits) and the 31st bit is repeated one time such that the code word of 20 bit length is obtained. The basis sequences are $M_{i,0}$, $M_{i,1}$, $M_{i,2}$, $M_{i,3}$, $M_{i,4}$. The basis sequences generated according to the first embodiment are as following in table 4. In other aspect of the first embodiment is to construct basis sequences by extending from (16, 5) TFCI code to the basis sequence of table 4.

TABLE 4

| i | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 0 | 1 |
| . | . | . | . | . | . |
| . | . | . | . | . | . |
| . | . | . | . | . | . |
| 15 | 0 | 0 | 0 | 0 | 1 |
| 16 | 0 | 0 | 0 | 0 | 1 |
| 17 | 0 | 0 | 0 | 1 | 0 |
| 18 | 0 | 0 | 1 | 0 | 0 |
| 19 | 0 | 1 | 0 | 0 | 0 |

Each of the basis sequences according to the first embodiment can be expressed as follows:

$M_{i,0}$=10101010101010100000
$M_{i,1}$=01100110011001100001
$M_{i,2}$=00011110000111100010
$M_{i,3}$=00000001111111100100
$M_{i,4}$=11111111111111111000

FIG. **8***a* is a block diagram illustrating an encoder for generating (20, 5) code according to a second embodiment of the present invention and FIG. **8***b* is a table for illustrating how the encoder of FIG. **8***a* generate the (20, 5) code.

Referring to FIG. **8***a* and FIG. **8***b*, the encoder linearly combines 5 inputted information bits with basis sequences so as to generate a (32, 5) expurgated TFCI code. The expurgated TFCI code of 32 bit length is punctured by 14 bits in a puncturing pattern (0, 1, 2, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, and 30th bits) and the 31st bit is repeated two times such that the code word of 20 bit length is obtained. The basis sequences generated according to the second embodiment of the present invention are as following in table 5. In other aspect of the second embodiment is to construct basis sequences by extending from (16, 5) TFCI code to the basis sequence of table 5.

TABLE 5

| i | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 0 | 1 |
| . | . | . | . | . | . |
| . | . | . | . | . | . |
| . | . | . | . | . | . |
| 15 | 0 | 0 | 0 | 0 | 1 |
| 16 | 0 | 0 | 0 | 0 | 1 |
| 17 | 0 | 0 | 0 | 0 | 1 |
| 18 | 0 | 0 | 0 | 1 | 0 |
| 19 | 0 | 0 | 1 | 0 | 0 |

Each of the basis sequences according to the second embodiment can be expressed as follows:

$M_{i,0}$=10101010101010100000
$M_{i,1}$=01100110011001100000
$M_{i,2}$=00011110000111100010
$M_{i,3}$=00000001111111100010
$M_{i,4}$=11111111111111111100

FIG. **9***a* is a block diagram illustrating an encoder for generating (20, 5) code according to a third embodiment of the present invention and FIG. **9***b* is a table for illustrating how the encoder of FIG. **9***a* generate the (20, 5) code.

Referring to FIG. **9***a* and FIG. **9***b*, the encoder linearly combines 5 inputted information bits with basis sequences so as to generate a (32, 5) expurgated TFCI code. The expurgated TFCI code of 32 bit length is punctured by 16 bits in a puncturing pattern (0, 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, and 30th bits) in order to maximize the system throughput and the 31st bit is repeated 4 times in order to

US 7,319,718 B2

11

maximize the system throughput such that the code word of 20 bit length is obtained. The basis sequences generated according to the third embodiment of the present invention are as following in table 6.

TABLE 6

| i | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 0 | 1 |
| . | . | . | . | . | . |
| . | . | . | . | . | . |
| . | . | . | . | . | . |
| 15 | 0 | 0 | 0 | 0 | 1 |
| 16 | 0 | 0 | 0 | 0 | 1 |
| 17 | 0 | 0 | 0 | 0 | 1 |
| 18 | 0 | 0 | 0 | 0 | 1 |
| 19 | 0 | 0 | 0 | 0 | 1 |

Each of the basis sequences according to the third embodiment can be expressed as follows:

$M_{i,0}$=10101010101010100000
$M_{i,1}$=01100110011001100000
$M_{i,2}$=00011110000111100000
$M_{i,3}$=00000001111111100000
$M_{i,4}$=11111111111111111111

In other aspect of the third embodiment, the channel quality information (CQI) coding method comprises (a) obtaining first basis sequences from (16, 5) TFCI code, (b) extending basis sequences to (20, 5) CQI code in a predetermined pattern in order to maximize system throughput, (c) encoding 5 information bits into CQI codes using a second basis sequences generated through (a) and (b). The second extended basis sequences are the same as table 6.

In other aspect of the third embodiment, the channel quality information (CQI) coding method comprises (a) encoding 5 information bits into (16, 5) TFCI codes using (16, 5) TFCI basis sequences (b) repeating the MOB of information bits 4 times.

To support the superiority of the CQI coding schemes of the present invention to the conventional ones, the CQI coding schemes of the embodiments and the conventional ones were simulated and compared with respect to BER, RMS error, and system throughput for selecting optimum CQI coding scheme. Since there is a trade-off between BER and RMS error, the system throughput is considered as a criterion. For simplification, the conventional CQI coding schemes characterized in table 2 and table 3 are referred as C1 and C2.

In the simulations result, the order of the BER performance as follows.

C1>embodiment 1>embodiment 2>C2>embodiment 3
(←better , , , worse→)

The performance gap between the worst and the best is approximately 0.5 dB at BER $10^{-5}$.

In order to measure the unequal error protection capability, the root-mean-square (RMS) error as the criterion is introduced. The RMS error means the root mean square of difference between transmitted codewords and received codewords. The order of the RMS error reduction performance is as follows.

Embodiment 3>C2>embodiment 2>embodiment 1>C1
(←better , , , worse→)

The performance gap between the worst and the best is approximately 1.5 at −3 dB EbNo/Slot.

The system throughput is calculated using simplified system level simulation. And the conventional analytic system level simulator and uplink CQI coding schemes are joined. With combined system level simulation and uplink

12

CQI coding, the BER and RMS error are considered at the same time. The throughput of BER performance is as follows.

Embodiment 3>C2>embodiment 2>embodiment 1>C1
(←better , , , worse→)

The performance gap between the worst and the best is approximately 79 kbps at 3 dB.

In the present invention, the CQI coding schemes are classified with respect to the extended parts of the basis sequence tables and the system throughput is introduced as a criterion for evaluating the CQI coding schemes because there is a trade-off between BER and RMS error. Moreover, during the system throughput simulation, both BER and RMS error effect are already considered together. Also, since HSDPA system has been designed in order to increase the system throughput, the third embodiment of the present invention, which shows the best system throughput in the simulation, can be the optimum CQI coding scheme for HS-DPCCH.

While this invention has been described in connection with what is presently considered to be the most practical and preferred embodiment, it is to be understood that the invention is not limited to the disclosed embodiments, but, on the contrary, is intended to cover various modifications and equivalent arrangements included within the sprit and scope of the appended claims.

What is claimed is:

**1**. A method of coding channel quality information (CQI), comprising the steps of:

providing information bits, $a_0$, $a_1$, $a_2$, $a_3$, and $a_4$;

providing five basis sequences $M_{i,n}$ for a (20,5) CQI code;

encoding the information bits by combining the information bits with the basis sequences; and

generating a 20-bit codeword,

wherein the basis sequences $M_{i,n}$ are defined as:

| I | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 0 | 1 |
| 1 | 0 | 1 | 0 | 0 | 1 |
| 2 | 1 | 1 | 0 | 0 | 1 |
| 3 | 0 | 0 | 1 | 0 | 1 |
| 4 | 1 | 0 | 1 | 0 | 1 |
| 5 | 0 | 1 | 1 | 0 | 1 |
| 6 | 1 | 1 | 1 | 0 | 1 |
| 7 | 0 | 0 | 0 | 1 | 1 |
| 8 | 1 | 0 | 0 | 1 | 1 |
| 9 | 0 | 1 | 0 | 1 | 1 |
| 10 | 1 | 1 | 0 | 1 | 1 |
| 11 | 0 | 0 | 1 | 1 | 1 |
| 12 | 1 | 0 | 1 | 1 | 1 |
| 13 | 0 | 1 | 1 | 1 | 1 |
| 14 | 1 | 1 | 1 | 1 | 1 |
| 15 | 0 | 0 | 0 | 0 | 1 |
| 16 | 0 | 0 | 0 | 0 | 1 |
| 17 | 0 | 0 | 0 | 0 | 1 |
| 18 | 0 | 0 | 0 | 0 | 1 |
| 19 | 0 | 0 | 0 | 0 | 1. |

**2**. The method of claim **1**, wherein the (20,5) CQI code is obtained from a (16,5) TFCI code comprising five 16-bit basis sequences, by extending each 16-bit basis sequence by repeating a respective last basis sequence bit four times.

**3**. The method of claim **1**, wherein the (20,5) CQI code is obtained from a (32,5) expurgated TFCI code comprising five 32-bit basis sequences, by puncturing each 32-bit basis sequence by 16 bits in a predetermined puncturing pattern and repeating a respective last basis sequence bit four times.

US 7,319,718 B2

**13**

4. The method of claim **1**, wherein the combination is a linear combination.

5. The method of claim **1**, wherein the codeword bits, b_i, are given by:

$$b_i = \sum_{n=0}^{4} (a_n \times M_{i,n}) \bmod 2, \text{ where } i = 0, \dots, 19.$$

6. A method of coding channel quality information (CQI), comprising the steps of:
   a) providing information bits, $a_0$, $a_1$, $a_2$, $a_3$, and $a_4$;
   b) providing five basis sequences Mi,n for a TFCI code;
   c) encoding the information bits by combining the information bits with the basis sequences;
   d) generating an intermediate codeword; and
   e) adding a further bit repeated four times to generate a 20-bit codeword.

7. The method of claim **6**, wherein the TFCI code is a (16,5) TFCI code and the intermediate codeword comprises 16 bits.

8. The method of claim **6**, wherein the TFCI code is a (32,5) expurgated TFCI code and the intermediate codeword comprises 32 bits, the method further comprising the step of puncturing the 32-bit intermediate codeword by 16 bits in a predetermined puncturing pattern prior to sep (e).

9. The method of claim **6**, wherein the further bit repeated four times is one of the information bits.

10. The method of claim **9**, wherein the further bit is the most significant bit (MOB).

11. The method of claim **6**, wherein the further bit repeated four times is a bit from the intermediate codeword.

12. The method of claim **11**, wherein the further bit is a last bit of the intermediate codeword.

13. The method of claim **6**, wherein the 20-bit codeword is the same as a codeword generated using basis sequences $M_{i,n}$, defined as:

| I | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 0 | 1 |
| 1 | 0 | 1 | 0 | 0 | 1 |
| 2 | 1 | 1 | 0 | 0 | 1 |
| 3 | 0 | 0 | 1 | 0 | 1 |
| 4 | 1 | 0 | 1 | 0 | 1 |
| 5 | 0 | 1 | 1 | 0 | 1 |
| 6 | 1 | 1 | 1 | 0 | 1 |
| 7 | 0 | 0 | 0 | 1 | 1 |
| 8 | 1 | 0 | 0 | 1 | 1 |
| 9 | 0 | 1 | 0 | 1 | 1 |
| 10 | 1 | 1 | 0 | 1 | 1 |
| 11 | 0 | 0 | 1 | 1 | 1 |
| 12 | 1 | 0 | 1 | 1 | 1 |
| 13 | 0 | 1 | 1 | 1 | 1 |
| 14 | 1 | 1 | 1 | 1 | 1 |
| 15 | 0 | 0 | 0 | 0 | 1 |
| 16 | 0 | 0 | 0 | 0 | 1 |
| 17 | 0 | 0 | 0 | 0 | 1 |
| 18 | 0 | 0 | 0 | 0 | 1 |
| 19 | 0 | 0 | 0 | 0 | 1. |

14. A wireless communications system, comprising:
a user apparatus; and
a wireless communications network, comprising a base station interface between the user apparatus and the communications network, the user apparatus comprising an encoder arranged to provide channel quality information (CQI) to the base station in the form of a

**14**

20-bit codeword, the encoder being arranged to generate the codeword by receiving information bits, $a_0$, $a_1$, $a_2$, $a_3$, and $a_4$, and using five basis sequences, $M_{i,n}$, to encode the information bits by combining the information bits with the basis sequences, wherein the basis sequences $M_{i,n}$ are defined as:

| I | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 0 | 1 |
| 1 | 0 | 1 | 0 | 0 | 1 |
| 2 | 1 | 1 | 0 | 0 | 1 |
| 3 | 0 | 0 | 1 | 0 | 1 |
| 4 | 1 | 0 | 1 | 0 | 1 |
| 5 | 0 | 1 | 1 | 0 | 1 |
| 6 | 1 | 1 | 1 | 0 | 1 |
| 7 | 0 | 0 | 0 | 1 | 1 |
| 8 | 1 | 0 | 0 | 1 | 1 |
| 9 | 0 | 1 | 0 | 1 | 1 |
| 10 | 1 | 1 | 0 | 1 | 1 |
| 11 | 0 | 0 | 1 | 1 | 1 |
| 12 | 1 | 0 | 1 | 1 | 1 |
| 13 | 0 | 1 | 1 | 1 | 1 |
| 14 | 1 | 1 | 1 | 1 | 1 |
| 15 | 1 | 0 | 0 | 0 | 1 |
| 16 | 0 | 1 | 0 | 0 | 1 |
| 17 | 1 | 1 | 0 | 0 | 1 |
| 18 | 0 | 0 | 1 | 0 | 1 |
| 19 | 1 | 0 | 1 | 0 | 1 |
| 20 | 0 | 1 | 1 | 0 | 1 |
| 21 | 1 | 1 | 1 | 0 | 1 |
| 22 | 0 | 0 | 0 | 1 | 1 |
| 23 | 1 | 0 | 0 | 1 | 1 |
| 24 | 0 | 1 | 0 | 1 | 1 |
| 25 | 1 | 1 | 0 | 1 | 1 |
| 26 | 0 | 0 | 1 | 1 | 1 |
| 27 | 1 | 0 | 1 | 1 | 1 |
| 28 | 0 | 1 | 1 | 1 | 1 |
| 29 | 1 | 1 | 1 | 1 | 1 |
| 30 | 0 | 0 | 0 | 0 | 0 |
| 31 | 0 | 0 | 0 | 0 | 1. |

15. A method of coding information regarding a channel, comprising:

providing information bits of $a_0$, $a_1$, $a_2$, $a_3$, and $a_4$;

encoding the information bits using a (20, 5) code; and

providing output code words of 20 bits as a result of the encoding step, wherein the (20, 5) code is a prescribed combination of 5 basis sequences $M_{i,n}$ as defined as follows:

| I | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 0 | 1 |
| 1 | 0 | 1 | 0 | 0 | 1 |
| 2 | 1 | 1 | 0 | 0 | 1 |
| 3 | 0 | 0 | 1 | 0 | 1 |
| 4 | 1 | 0 | 1 | 0 | 1 |
| 5 | 0 | 1 | 1 | 0 | 1 |
| 6 | 1 | 1 | 1 | 0 | 1 |
| 7 | 0 | 0 | 0 | 1 | 1 |
| 8 | 1 | 0 | 0 | 1 | 1 |
| 9 | 0 | 1 | 0 | 1 | 1 |
| 10 | 1 | 1 | 0 | 1 | 1 |
| 11 | 0 | 0 | 1 | 1 | 1 |
| 12 | 1 | 0 | 1 | 1 | 1 |
| 13 | 0 | 1 | 1 | 1 | 1 |
| 14 | 1 | 1 | 1 | 1 | 1 |
| 15 | 0 | 0 | 0 | 0 | 1 |
| 16 | 0 | 0 | 0 | 0 | 1 |
| 17 | 0 | 0 | 0 | 0 | 1 |

US 7,319,718 B2

**15**

-continued

| I | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ |
|----|----|----|----|----|----|
| 18 | 0 | 0 | 0 | 0 | 1 |
| 19 | 0 | 0 | 0 | 0 | 1. |

**16**. The method of claim **15**, wherein output code word bits $b_i$ are based on

$$b_i = \sum_{n=0}^{4} (a_n \times M_{i,n}) \bmod 2$$

where $i = 0, \ldots, 19$.

**17**. The method of claim **16**, wherein the prescribed combination is a linear combination.

**18**. The method of claim **15**, wherein the information is channel quality information.

**19**. A method of coding information regarding a channel, comprising:
  providing information bits of $a_0$, $a_1$, $a_2$, $a_3$, and $a_4$;
  providing five basis sequences $M_i$,n for a (20, 5) code
  encoding the information bits by Linear combination of the information bits with the basis sequences; and
  providing output code words of 20 bits as a result of the encoding step, wherein the (20, 5) code is obtained from a (16, 5) TFCI code comprising five 16-bit basis sequences, by extending each 16-bit basis sequence by repeating a further respective basis sequence bit four times.

**20**. The method of claim **19**, wherein the (20, 5) code is as follows:

| I | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ |
|----|----|----|----|----|----|
| 0 | 1 | 0 | 0 | 0 | 1 |
| 1 | 0 | 1 | 0 | 0 | 1 |
| 2 | 1 | 1 | 0 | 0 | 1 |
| 3 | 0 | 0 | 1 | 0 | 1 |
| 4 | 1 | 0 | 1 | 0 | 1 |
| 5 | 0 | 1 | 1 | 0 | 1 |
| 6 | 1 | 1 | 1 | 0 | 1 |
| 7 | 0 | 0 | 0 | 1 | 1 |
| 8 | 1 | 0 | 0 | 1 | 1 |
| 9 | 0 | 1 | 0 | 1 | 1 |
| 10 | 1 | 1 | 0 | 1 | 1 |
| 11 | 0 | 0 | 1 | 1 | 1 |
| 12 | 1 | 0 | 1 | 1 | 1 |
| 13 | 0 | 1 | 1 | 1 | 1 |
| 14 | 1 | 1 | 1 | 1 | 1 |
| 15 | 0 | 0 | 0 | 0 | 1 |
| 16 | 0 | 0 | 0 | 0 | 1 |
| 17 | 0 | 0 | 0 | 0 | 1 |
| 18 | 0 | 0 | 0 | 0 | 1 |
| 19 | 0 | 0 | 0 | 0 | 1. |

**21**. The method of claim **19**, wherein the further respective basis sequence bit is a respective last basis sequence bit.

**22**. The method of claim **19**, wherein the further respective basis sequence bit is a respective most significant basis sequence bit.

**23**. The method of claim **19**, wherein output code word bits $b_i$ are based on

$$b_i = \sum_{n=0}^{4} (a_n \times M_{i,n}) \bmod 2$$

where $i = 0, \ldots, 19$.

**24**. A method of coding information regarding a channel, comprising:
  providing information bits of $a_0$, $a_1$, $a_2$, $a_3$, and $a_4$;
  providing five basis sequences $Mi$,n for a (20, 5) code; and
  encoding the information bits by linear combination of the information bits with the basis sequences;
  wherein the (20, 5) code is obtained from a (32, 5) expurgated TFCI code comprising five 32-bit basis sequences, by puncturing each 32-bit basis sequence by 16 bits in a predetermined puncturing pattern and repeating a further respective basis sequence bit four times.

**25**. The method of claim **24**, wherein the (20, 5) code is as follows:

| i | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ |
|----|----|----|----|----|----|
| 0 | 1 | 0 | 0 | 0 | 1 |
| 1 | 0 | 1 | 0 | 0 | 1 |
| 2 | 1 | 1 | 0 | 0 | 1 |
| 3 | 0 | 0 | 1 | 0 | 1 |
| 4 | 1 | 0 | 1 | 0 | 1 |
| 5 | 0 | 1 | 1 | 0 | 1 |
| 6 | 1 | 1 | 1 | 0 | 1 |
| 7 | 0 | 0 | 0 | 1 | 1 |
| 8 | 1 | 0 | 0 | 1 | 1 |
| 9 | 0 | 1 | 0 | 1 | 1 |
| 10 | 1 | 1 | 0 | 1 | 1 |
| 11 | 0 | 0 | 1 | 1 | 1 |
| 12 | 1 | 0 | 1 | 1 | 1 |
| 13 | 0 | 1 | 1 | 1 | 1 |
| 14 | 1 | 1 | 1 | 1 | 1 |
| 15 | 0 | 0 | 0 | 0 | 1 |
| 16 | 0 | 0 | 0 | 0 | 1 |
| 17 | 0 | 0 | 0 | 0 | 1 |
| 18 | 0 | 0 | 0 | 0 | 1 |
| 19 | 0 | 0 | 0 | 0 | 1. |

**26**. The method of claim **24**, wherein the further respective basis sequence bit is a respective last basis sequence bit.

**27**. The method of claim **24**, wherein the further respective basis sequence bit is a respective most significant basis sequence bit.

**28**. The method of claim **24**, wherein output code word bits $b_i$ are based on

$$b_i = \sum_{n=0}^{4} (a_n \times M_{i,n}) \bmod 2$$

where $i = 0, \ldots, 19$.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 7,319,718 B2                                    Page 1 of 1
APPLICATION NO. : 10/365498
DATED                    : January 15, 2008
INVENTOR(S)        : Dong-Wook Roh, Min-Seok Oh and Joon Kui Ahn

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Correct claim 14, appearing at column 13, line 61 through column 14, line 38 by deleting the following lines from the table.

| I | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ |
|---|---|---|---|---|---|
| "20 | 0 | 1 | 1 | 0 | 1 |
| 21 | 1 | 1 | 1 | 0 | 1 |
| 22 | 0 | 0 | 0 | 1 | 1 |
| 23 | 1 | 0 | 0 | 1 | 1 |
| 24 | 0 | 1 | 0 | 1 | 1 |
| 25 | 1 | 1 | 0 | 1 | 1 |
| 26 | 0 | 0 | 1 | 1 | 1 |
| 27 | 1 | 0 | 1 | 1 | 1 |
| 28 | 0 | 1 | 1 | 1 | 1 |
| 29 | 1 | 1 | 1 | 1 | 1 |
| 30 | 0 | 0 | 0 | 0 | 0 |
| 31 | 0 | 0 | 0 | 0 | 1" |

Signed and Sealed this

Twenty-seventh Day of October, 2009

David J. Kappos
*Director of the United States Patent and Trademark Office*

# EXHIBIT 18

| US 7319718 – Claim 15 | 3GPP Specifications |
|---|---|
| A method of coding information regarding a channel, comprising:<br><br>providing information bits of a0, a1, a2, a3, and a4;<br><br>encoding the information bits using a (20, 5) code; and<br><br>providing output code words of 20 bits as a result of the encoding step, wherein the (20, 5) code is a prescribed combination of 5 basis sequences Mi,n as defined as follows: | **3GPP TS 25.212 v.6.7.0**<br><br># 4 Multiplexing, channel coding and interleaving<br><br>## 4.7 Coding for HS-DPCCH<br><br>### 4.7.1 Channel coding for HS-DPCCH<br><br>**4.7.1.2 Channel coding for HS-DPCCH channel quality information**<br><br>The channel quality information is coded using a (20,5) code. The code words of the (20,5) code are a linear combination of the 5 basis sequences denoted $M_{i,n}$ defined in the table below. |

Table for US 7319718 – Claim 15:

| I | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 0 | 1 |
| 1 | 0 | 1 | 0 | 0 | 1 |
| 2 | 1 | 1 | 0 | 0 | 1 |
| 3 | 0 | 0 | 1 | 0 | 1 |
| 4 | 1 | 0 | 1 | 0 | 1 |
| 5 | 0 | 1 | 1 | 0 | 1 |
| 6 | 1 | 1 | 1 | 0 | 1 |
| 7 | 0 | 0 | 0 | 1 | 1 |
| 8 | 1 | 0 | 0 | 1 | 1 |
| 9 | 0 | 1 | 0 | 1 | 1 |
| 10 | 1 | 1 | 0 | 1 | 1 |
| 11 | 0 | 0 | 1 | 1 | 1 |
| 12 | 1 | 0 | 1 | 1 | 1 |
| 13 | 0 | 1 | 1 | 1 | 1 |
| 14 | 1 | 1 | 1 | 1 | 1 |
| 15 | 0 | 0 | 0 | 0 | 1 |
| 16 | 0 | 0 | 0 | 0 | 1 |
| 17 | 0 | 0 | 0 | 0 | 1 |
| 18 | 0 | 0 | 0 | 0 | 1 |
| 19 | 0 | 0 | 0 | 0 | 1. |

**Table 14: Basis sequences for (20,5) code**

| i | $M_{i,0}$ | $M_{i,1}$ | $M_{i,2}$ | $M_{i,3}$ | $M_{i,4}$ |
|---|---|---|---|---|---|
| 0 | 1 | 0 | 0 | 0 | 1 |
| 1 | 0 | 1 | 0 | 0 | 1 |
| 2 | 1 | 1 | 0 | 0 | 1 |
| 3 | 0 | 0 | 1 | 0 | 1 |
| 4 | 1 | 0 | 1 | 0 | 1 |
| 5 | 0 | 1 | 1 | 0 | 1 |
| 6 | 1 | 1 | 1 | 0 | 1 |
| 7 | 0 | 0 | 0 | 1 | 1 |
| 8 | 1 | 0 | 0 | 1 | 1 |
| 9 | 0 | 1 | 0 | 1 | 1 |
| 10 | 1 | 1 | 0 | 1 | 1 |
| 11 | 0 | 0 | 1 | 1 | 1 |
| 12 | 1 | 0 | 1 | 1 | 1 |
| 13 | 0 | 1 | 1 | 1 | 1 |
| 14 | 1 | 1 | 1 | 1 | 1 |
| 15 | 0 | 0 | 0 | 0 | 1 |
| 16 | 0 | 0 | 0 | 0 | 1 |
| 17 | 0 | 0 | 0 | 0 | 1 |
| 18 | 0 | 0 | 0 | 0 | 1 |
| 19 | 0 | 0 | 0 | 0 | 1 |

The CQI values 0 .. 30 as defined in [4] are converted from decimal to binary to map them to the channel quality information bits (1 0 0 0 0) to (1 1 1 1 1) respectively. The information bit pattern (0 0 0 0 0) shall not be used in this release. The channel quality information bits are $a_0$, $a_1$, $a_2$, $a_3$, $a_4$ (where $a_0$ is LSB and $a_4$ is MSB). The output code word bits $b_i$ are given by:

$$b_i = \sum_{n=0}^{4} (a_n \times M_{i,n}) \bmod 2$$

where i = 0, …, 19.

| US 7319718 – Claim 16 | 3GPP Specifications |
|---|---|
| The method of claim 15, wherein the output code word bits, $b_i$ are based on | **3GPP TS 25.212 v.6.7.0**<br><br>**4.7.1.2 Channel coding for HS-DPCCH channel quality information**<br><br>The output code word bits bi are given by: |

$$b_i = \sum_{n=0}^{4} (a_n \times M_{i,n}) \bmod 2$$

where i = 0, …, 19.

$$b_i = \sum_{n=0}^{4} (a_n \times M_{i,n}) \bmod 2$$

where i = 0, …, 19.

EXHIBIT 19

US007551625B2

(12) **United States Patent**
Ahn et al.

(10) Patent No.: **US 7,551,625 B2**
(45) Date of Patent: **Jun. 23, 2009**

(54) **METHOD OF SCHEDULING AN UPLINK PACKET TRANSMISSION CHANNEL IN A MOBILE COMMUNICATION SYSTEM**

(75) Inventors: **Joon Kui Ahn**, Seoul (KR); **Hak Seong Kim**, Seoul (KR); **Seung Hwan Won**, Gyeonggi-do (KR)

(73) Assignee: **LG Electronics Inc.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 701 days.

(21) Appl. No.: **11/097,011**

(22) Filed: **Mar. 31, 2005**

(65) **Prior Publication Data**

US 2005/0220116 A1      Oct. 6, 2005

(30) **Foreign Application Priority Data**

Apr. 2, 2004      (KR) ..................... 10-2004-0022960

(51) Int. Cl.
*H04L 12/28* (2006.01)

(52) **U.S. Cl.** ................................... **370/395.4**; 370/278

(58) **Field of Classification Search** .......... 370/395, 370/338, 346, 335; 709/227
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,526,357 A * | 6/1996 | Jandrell ...................... 370/346 |
| 5,550,575 A * | 8/1996 | West et al. ................... 725/28 |
| 5,862,452 A * | 1/1999 | Cudak et al. ................. 725/81 |
| 6,452,915 B1 * | 9/2002 | Jorgensen ................... 370/338 |
| 6,654,377 B1 * | 11/2003 | Pasternak et al. ........ 370/395.4 |
| 6,993,347 B2 * | 1/2006 | Bodin et al. ............. 455/456.3 |
| 7,013,143 B2 * | 3/2006 | Love et al. ................. 455/450 |
| 7,209,749 B2 * | 4/2007 | Kwak et al. ............. 455/452.2 |
| 7,236,738 B2 * | 6/2007 | Settle ....................... 455/3.01 |
| 7,321,780 B2 * | 1/2008 | Love et al. .................. 455/522 |
| 7,343,487 B2 * | 3/2008 | Lindqvist et al. ............ 713/162 |
| 7,397,790 B2 * | 7/2008 | Zeira et al. ................. 370/352 |
| 2003/0013451 A1 * | 1/2003 | Walton ........................ 455/447 |
| 2003/0105809 A1 * | 6/2003 | Yoshii et al. ............... 709/203 |
| 2003/0228865 A1 * | 12/2003 | Terry ...................... 455/422.1 |
| 2004/0042435 A1 * | 3/2004 | Soomro et al. ............. 370/338 |
| 2004/0071115 A1 * | 4/2004 | Earnshaw et al. ......... 370/335 |
| 2005/0025100 A1 * | 2/2005 | Lee et al. .................. 370/335 |
| 2005/0207359 A1 * | 9/2005 | Hwang et al. .............. 370/278 |
| 2007/0011334 A1 * | 1/2007 | Higgins et al. ............. 709/227 |

FOREIGN PATENT DOCUMENTS

| CN | 1328759 | 12/2001 |
| CN | 1379600 | 11/2002 |
| WO | WO 99/41918 | 8/1999 |

OTHER PUBLICATIONS

Siemens: "Node B controlled rate scheduling by fast UE transmission power limitation", R1-030791, TSG-RAN WG1#33 [online], Aug. 25, 2003.
Motorola, et al: "Node B controlled Time and Rate Scheduling", R1-030592, TSG-RAW WG1 #32[online], May 19, 2003.

* cited by examiner

*Primary Examiner*—Thong H Vu
(74) *Attorney, Agent, or Firm*—McKenna Long & Aldridge LLP

(57) **ABSTRACT**

A method of scheduling an uplink packet transmission channel in a mobile communication system is disclosed. The method of scheduling includes determining a scope of user equipments (UEs) to be applied to a scheduling assignment for scheduling the uplink packet transmission channel, and transmitting the scheduling assignment to the user equipments included in the determined scope, wherein the scheduling assignment includes an identifier for identifying the scope of the user equipments and scheduling contents for carrying information applicable to the scheduling assignment.

**42 Claims, 3 Drawing Sheets**



Case 1:20-cv-22051-JEM Document 4-22 Entered on FLSD Docket 05/15/2020 Page 175 of 293



FIG. 1

# FIG. 2



Case 1:20-cv-22051-JEM Document 4-22 Entered on FLSD Docket 05/15/2020 Page 177 of 293

# FIG. 3



US 7,551,625 B2

1

## METHOD OF SCHEDULING AN UPLINK PACKET TRANSMISSION CHANNEL IN A MOBILE COMMUNICATION SYSTEM

This application claims the benefit of Korean Application No. P2004-22960, filed on Apr. 2, 2004, which is hereby incorporated by reference.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

The present invention relates to a method of scheduling in wireless packet communication system, and more particularly, to a method of scheduling uplink packets in wireless communication system. Although the present invention is suitable for a wide scope of applications, it is particularly suitable for transmitting scheduling information to specified groups of subscribers or to all subscribers.

#### 2. Discussion of the Related Art

With increasing demand in speed and size of uplink transmission, methods of high-speed packet communication during the uplink from a mobile device to a base station are widely being discussed. E-DCH (Enhanced uplink Dedicated CHannel) of 3GPP WCDMA (3rd Generation Partnership Project, Wideband Code Division Multiple Access) is an example of one of the methods being discussed.

The E-DCH incorporates existing methods such as uplink packet scheduling from Node B (base station) in the 3GPP WCDMA uplink DCH (Dedicated CHannel) and HARQ (Hybrid Automatic Retransmission reQuest) in the Physical Layer (PHY) to increase the efficiency of uplink transmission. Through efficient construction of scheduling assignment from Node B, the system processing rate is increased.

Node B controlled scheduling is one of the methods that is applicable to the existing 3GPP WCDMA E-DCH. According to current discussions on standards, techniques such as Time Division Multiplex (TDM), Code Division Multiplex (CDM), or time and code division multiplex can be used to transmit Node B scheduling assignment (Similar to High Speed Downlink Packet Access (USDPA)). If any of the three techniques are used, scheduling assignment transmitted to each user equipment (UE) contains at least UE classification identification (UE ID) and the contents of scheduling assignment.

Each UE inspects the downlink channel which is used to transmit scheduling assignment via UE ID. If the UE ascertains that the scheduling assignment transmitted as a part of UE ID is correctly addressed, the UE acquires the contents of the scheduling assignment. According to the scheduling assignment, the UE starts, terminates, or holds transmission. Since the scheduling assignment is transmitted from Node B to each UE, a substantial amount of time is required to transmit the same scheduling assignment to a specified group of UEs or to all the UEs.

As discussed above, scheduling assignments are independently transmitted using time division, code division, or time-code division techniques to each UE. Consequently, a problem arises in transmitting scheduling assignments to a specified group(s) of UEs or to all the UEs in the PHY. In addition, transmitting using such techniques to individual UE causes traffic congestion due to sudden increase in uplink traffic in the PHY and cannot be dealt with quickly.

### SUMMARY OF THE INVENTION

Accordingly, the present invention is directed to a method of scheduling an uplink packet transmission channel in a

2

mobile communication system that substantially obviates one or more problems due to limitations and disadvantages of the related art.

An object of the present invention is to provide a method of scheduling an uplink packet transmission channel in a base station of a mobile communication system.

Another object of the present invention is to provide a method scheduling an uplink packet transmission channel to efficiently deal with communication traffic congestion problems.

A further object of the present invention is to provide a method of scheduling an uplink packet transmission channel to transmit scheduling assignment, not only to individual user equipments, but also to a group of user equipments and/or to all user equipments.

Additional advantages, objects, and features of the invention will be set forth in part in the description which follows and in part will become apparent to those having ordinary skill in the art upon examination of the following or may be learned from practice of the invention. The objectives and other advantages of the invention may be realized and attained by the structure particularly pointed out in the written description and claims hereof as well as the appended drawings.

To achieve these objects and other advantages and in accordance with the purpose of the invention, as embodied and broadly described herein, a method of scheduling an uplink packet transmission channel in a base station is provided. In the method of scheduling an uplink packet transmission channel, a scope of user equipments (UEs) of a scheduling assignment for scheduling the uplink packet transmission channel is determined. Furthermore, the scheduling assignment to user equipments included in the determined scope is transmitted. Also, the scheduling assignment includes a user equipment identifier which identifies the scope of the user equipments, and scheduling contents for carrying information applicable to the scheduling assignment.

In another aspect of the present invention, a method of scheduling an uplink packet transmission channel in an user equipment (UE) is provided. In the method of scheduling an uplink packet transmission, The UE receives a scheduling assignment transmitted from a base station. Also, the scheduling assignment includes an user equipment identifier which identifies a scope of user equipments for the scheduling assignment. In addition, the scheduling assignment includes scheduling contents for carrying information applicable to the scheduling assignment and for transmitting packets through the uplink packet transmission channel according to the scheduling assignment.

It is to be understood that both the foregoing general description and the following detailed description of the present invention are exemplary and explanatory and are intended to provide further explanation of the invention as claimed.

### BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this application, illustrate embodiment(s) of the invention and together with the description serve to explain the principle of the invention. In the drawings;

FIG. 1 shows scheduling assignment channels allocated along a timeline;

FIG. 2 illustrates grouped scheduling assignment channels; and

**3**

FIG. **3** is a flowchart for determining a method of transmitting a scheduling assignment.

### DETAILED DESCRIPTION OF THE INVENTION

Reference will now be made in detail to the preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings. Wherever possible, the same reference numbers will be used throughout the drawings to refer to the same or like parts.

Although the preferred embodiment of the present invention relates to an E-DCH, the present invention can be applied to voluntary wireless packet communication system.

An Enhanced Absolute Grant Channel (E-AGCH) is a downlink channel used by a base station (Node B) to send a scheduling command to a user equipment (UE). In other words, Node B transmits a command as to how much transmission power or a level of data rate transmission an UE is permitted to transmit. This is also known as uplink scheduling assignment or scheduling assignment.

Under E-AGCH, each frame of the downlink transmission from Node B of scheduling assignment includes UE identifier (UE ID) and scheduling content. The UE ID is used to identify the receiving UE of the scheduling assignment for an uplink packet transmission.

The scheduling content includes various information such as scheduled power, duration, and priority. The scheduled power, also referred to as rate, defines a maximum amount of power that can be allotted for transmission of the uplink packet transmission. Furthermore, duration refers to how long the scheduling assignment remains effective in each UE while priority refers to a certain limitation assigned to the uplink packet transmission. For example, if Node B transmits a scheduling assignment to UE **1** with priority of C, where the order of alphabet starting with A indicating the highest priority of transmission, UE **1** transmits when it is its time to transmit. In other words, UE **1** transmits when it is time for UEs having priority C to transmit. Each scheduling assignment can also include any combination of information such as UE ID, scheduled power, and priority or UE ID, scheduled power, and duration.

In E-AGCH, scheduling assignment(s) can be transmitted from Node B via shared channel(s) to an UE, group(s) of UEs, or all the UEs. The transmitted scheduling assignment is then shared by all the UEs. In E-AGCH, the UEs of the shared channel receive and decode the transmitted scheduling assignment. After receipt and decoding of the scheduling assignment by the UEs of the shared channel, based on the UE ID included in a transmission packet of the scheduled assignment, the scheduled assignment is followed by the UE(s) whose ID corresponds to the ID(s) of the transmission. For example, assuming there are four UEs (UE**1**-UE**4**), Node B transmits via a shared channel a scheduling assignment, which applies only to UE**1**, to all four UEs. All four UEs receive, decode, and identify to which UE(s) the transmission is directed. In the transmission, in the packet of the scheduling assignment would contain an UE ID that corresponds only to the ID of UE**1**. Therefore, the scheduling assignment would be followed only by UE**1** and not by any other UEs. This example could also apply to groups of UEs.

In addition, under E-AGCH, each UE can have more than one UE identifier. Here, each UE can have an identifier for a scheduling assignment directed to the corresponding UE, and another identifier for a scheduling assignment forwarded by another UE which received the initial scheduling assignment from Node B. In other words, an UE identifier for following a scheduling assignment transmitted from Node B as well as

**4**

another UE identifier for following a scheduling assignment forwarded by another UE in the shared channel. Such forwarding of scheduling assignment can reduce and minimize transmission in the channel between Node B and UE(s). A number of identifiers an UE can possess is not limited to two identifiers as explained above but can have many more for various purposes.

For example, continuing from the previous example, after the UEs receive and decodes the scheduling assignment transmitted from Node B which is directed to UE**4**, the UE**4** is further instructed to transmit the scheduling assignment to all UEs in the shared channel, i.e., UE**1**, UE**2**, UE**3**, and UE**4**. This time, the scheduling assignment is not from Node B but from another UE which received the initial assignment. Upon receipt of the scheduling assignment from UE**4**, all the UEs in the shared channel would receive and decode the assignment, as did with the assignment from Node B. Here, the scheduling assignment has identified UE**1**, UE**2**, and UE**4** to follow. By having another UE identifier in each UE, Node B can direct the scheduling assignment intended for multiple UEs to a single UE and have that UE further transmit to other intended UEs so as to minimize transmission of the same scheduling assignment.

Under Enhance Relative Grant Access Channel (E-RGCH), unlike E-AGCH, Node B has a pre-allocated channel of transmission, and the scheduling assignment is transmitted accordingly. In E-RGCH, the scheduling assignment is comprised of at least 1 bit, and ID is not transmitted as part of the transmission packet information. Subsequently, the UE receiving the scheduling assignment via the pre-allocated channel reads and follows the assignment. For example, assuming there are four UEs (UE**1**-UE**4**), Node B transmits a scheduling assignment, which applies only to UE**1**, to only UE**1**. Because the transmission channels are pre-allocated, transmissions to the remaining UEs are not made.

In addition, E-RGCH is not limited to transmitting scheduling assignment to a single UE at a time. Under E-RGCH, it is possible to pre-allocate a plurality of channels to transmit a same scheduling assignment to a plurality of UEs. For example, continuing from the previous example, if Node B has pre-allocated channels **1** and **2** which apply to UE**1** and UE**2**, respectively, to transmit the same scheduling assignment, the same scheduling assignment would then be transmitted only to UE **1** and UE**2** and not to other UEs (UE**3** and UE**4**). Only UE**1** and UE**2** would receive and follow the scheduling assignment.

As discussed above, the differences between E-AGCH and E-RGCH is clear. Under E-AGCH, a scheduling assignment is received by all UEs in a shared channel regardless to which UE the scheduling assignment is directed. However, the scheduling assignment would apply only to the UEs having the IDs corresponding to the IDs designated in the scheduling assignment. Under E-RGCH, the transmission channel(s) are pre-allocated by Node B, and only the UE(s) of the pre-allocated channel(s) would receive the scheduling assignment(s). The UE(s) not having been pre-allocated by Node B would not receive the scheduling assignment(s).

An embodiment of the present invention will be further explained with respect to E-AGCH. Node B utilizes various transmission techniques such as code division, time division, and code-time division methods to transmit scheduling assignment to UEs via scheduling assignment channels (Ch-**1**-Ch-n). The scheduling assignment includes contents and UE IDs' of each UE, UE IDs' of specified group(s), or an UE ID that applies to all the UEs uniformly. More specifically, scheduling content refers to the command transmitted from Node B to UEs which include information such as packet

US 7,551,625 B2

5

transmission power (Tx_Power), Transmit Format Combination (TFC), packet transmission time. As explained above, UE ID is an identifier used to identify a UE or a group of UEs for transmitting scheduling assignment.

The operation of Node B in determining the scheduling assignment for UE(s) is as follows. At each transmit time interval (TTI), Node B determines the status of the uplink packet transmission channel. To accomplish this, various techniques can be employed such as Signal-to-Noise Ratio (SNR), Signal-to-Interference-plus-Noise Ratio (SINR) and Rise over Thermal noise (RoT). For example, RoT can be used to determine the uplink channel status. Here, Node B determines the RoT value based on the status of the uplink channel. The determined RoT value is then compared to at least one critical value. A critical value is set in a manner not to exceed a maximum RoT value permitted in the communication system. Based on whether the determined RoT value exceeds the critical value, Node B determines whether to transmit scheduling assignment to each UE, group(s) of UEs, or all the UEs. Although one critical value was used in the above example, a plurality of critical values can be used to determine the method of transmitting scheduling assignment(s). Moreover, as discussed above, a method of determining the uplink channel status is not limited to using RoT, and other methods can be used.

In FIG. 3, an example having two critical values ($RoT_{th1}$, $RoT_{th2}$, except $RoT_{th1} > RoT_{th2}$) are used to further explain scheduling assignment. The first step (S31) begins by first determining RoT value at every TTI of scheduling assignment. The RoT value can be defined by calculating the power of receiving signals over thermal noise in the base station. After the RoT value is determined, the determined RoT value is compared with the $RoT_{th1}$ value (S32). Usually, the RoT value corresponds to noise/interference, hence when the noise/interference is low, the RoT value becomes large since the thermal noise compared to the power of receiving signal is small. On the contrary, if the noise/interference is high, the RoT value becomes small since the thermal noise compared to the power of receiving signal is large.

If the determined RoT value is larger or equal than the $RoT_{th1}$ value ($RoT \geq RoT_{th1}$), which denotes low noise/interference, a scheduling assignment is transmitted to each UE (S33). When the transmission of scheduling assignment is made, the UE ID is used to define the receiving UE, and the scheduling contents are used to transmit command for the UE to follow.

If the determined RoT value is larger than $RoT_{th1}$ value, the determined RoT value is then compared to the $RoT_{th2}$ value. Since it was determined in the previous step that the determined RoT value is larger than $RoT_{th1}$, Node B determines if the determined RoT value is smaller than or equal to the value of $RoT_{th2}$ ($RoT_{th2} \leq RoT < RoT_{th1}$) (S34). If so, the determined RoT value is smaller than $RoT_{th1}$ value but larger or equal to than $RoT_{th2}$ value. In such a case, the scheduling assignment(s) is/are transmitted to a group or groups of UEs, containing the UE ID and the scheduling contents (S35). The UE group IDs allow the UEs of the group to identify a scheduling assignment directed to them as a group. The UE group IDs can be pre-established using various techniques between Node B and the UEs.

If the determined RoT value is smaller than $RoT_{th2}$ ($RoT < RoT_{th2}$), which denotes high interference, therefore the low RoT value, the same scheduling assignment, including scheduling contents and an UE ID, is transmitted to all the UEs (S36). Using RoT value is one of many methods of determining the status of the uplink packet transmission channel. As mentioned above, other techniques such as SNR and SINR can also be used.

FIG. 1 shows a numerous scheduling assignment channels during different time frames per each channel. Here, each

6

channel can transmit individual scheduling assignment as well as different sets of scheduling assignments and the all the scheduling assignments grouped as one. In other words, different types of scheduling assignments are transmitted at different times.

As presented in FIG. 1, Ch-1-Ch-n are, for example, orthogonal variable spreading factor (OVSF) code channels. In particular, n represents number of UEs capable of performing simultaneous decoding operation. Furthermore, SAi (i=1−n) represents scheduling assignment transmitted to i[th] UE, SA-Gi (i=1−k) represents scheduling assignment transmitted to i[th] group of UEs, and SA-all represents scheduling assignment transmitted to all the UEs.

FIG. 2 shows transmitting scheduling assignments to UEs as multiple groups or as a group consisting all the UEs. As discussed above, based on the noise/interference of the uplink packet transmission channel as determined by Node B, the scheduling assignment commands the uplink packet transmission.

As shown in FIG. 2, Node B can transmit scheduling assignments to n number of UEs in groups as indicated by SA-G1 and SA-G2. At the same time, scheduling assignments can be transmitted to all UEs simultaneously as indicated by SA-all. In transmitting scheduling assignments, specific UE ID(s) directed for specific group(s) of UEs or for all UEs are transmitted along with scheduling contents.

It is possible to transmit scheduling assignment to all the UEs using a separate or different channel than the channels used to transmit scheduling assignments to each UEs separately or to specific groups of UEs.

It is also possible to include in the scheduling assignment a command which grants or denies packet transmission. In other words, Node B determines either to grant or deny packet transmission depending on the status of channels. Subsequently, traffic congestion in the channels and shortage of resources can be alleviated, promoting efficiency of the entire system.

It will be apparent to those skilled in the art that various modifications and variations can be made in the present invention without departing from the spirit or scope of the inventions. Thus, it is intended that the present invention covers the modifications and variations of this invention provided they come within the scope of the appended claims and their equivalents.

What is claimed is:

1. A method of scheduling an uplink packet transmission channel in a base station, the method comprising:

transmitting a scheduling assignment in an Enhanced Absolute Grant Channel (E-AGCH), wherein the contents of the scheduling assignment comprise an identifier associated with a plurality of UE, and,

receiving an uplink data packets on an Enhanced Uplink Dedicated Channel (E-DCH) according to the contents of the scheduling assignment.

2. The method of claim 1, wherein the scheduling assignment contents further comprise information related to the the transmission of the uplink data packets and wherein two identifiers are allocated to at least one UE.

3. The method of claim 2, wherein the status of the E-DCH is determined as a function of a Rise over Thermal (RoT) value.

4. The method of claim 3, wherein the RoT value is compared to at least one pre-selected value.

5. The method of claim 4, wherein the scheduling assignment is transmitted to each of the plurality of UE if the RoT value is greater than or equal to the pre-selected value.

US 7,551,625 B2

7

**6**. The method of claim **4**, wherein the scheduling assignment is transmitted to each of the plurality of UE if the RoT value is less than the pre-selected value and greater than or equal to a second pre-selected value.

**7**. The method of claim **4**, wherein the scheduling assignment is transmitted to each of the plurality of UE if the RoT value is less than the pre-selected value.

**8**. The method of claim **7**, wherein the scheduling contents include a priority transmission command for the E-DCH.

**9**. The method of claim **2**, wherein the scheduling contents include a scheduled power command for assigning a specified amount of power for the E-DCH.

**10**. The method of claim **2**, wherein the scheduling contents include a duration command for determining a length of period the scheduling assignment remains effective.

**11**. The method of claim **1**, further comprising:

determining the status of the E-DCH; and

determining whether the scheduling assignment is associated with each of the plurality of UE according to the status of the E-DCH.

**12**. The method of claim **1**, wherein the scheduling assignment includes a command granting or denying transmission in the E-DCH.

**13**. The method of claim **1**, wherein transmitting the scheduling assignment comprises:

transmitting the scheduling assignment to the plurality of UE via a shared channel in the E-AGCH, wherein the scheduling assignment is received and decoded by each of the plurality of UE.

**14**. The method of claim **1** further comprising:

transmitting a scheduling assignment to a specific UE according to a pre-allocated transmission channel in an Enhanced Relative Grant Channel, wherein the specific UE corresponds with the pre-allocated transmission channel.

**15**. The method of claim **14**, wherein the scheduling assignment can be transmitted to a plurality of UE according to a corresponding plurality of pre-allocated transmission channels.

**16**. A method of scheduling an uplink packet transmission channel for user equipment (UE), the method comprising:

receiving a scheduling assignment in an Enhanced Absolute Grant Channel (E-AGCH), wherein the scheduling assignment comprises an identifier for a plurality of UE;

acquiring the contents of the scheduling assignment; and,

transmitting an uplink data packet on an Enhanced Uplink Dedicated Channel (E-DCH) according to the contents of the scheduling assignment.

**17**. The method of claim **16**, wherein one or two identifiers are allocated to each UE.

**18**. The method of claim **16**, wherein the scheduling contents include a scheduled power command for assigning a specified amount of power for the uplink packet transmission.

**19**. The method of claim **16**, wherein the scheduling contents include a duration command for determining a length of period the scheduling assignment remains effective.

**20**. The method of claim **16**, wherein the scheduling contents include a transmission priority command for the E-DCH.

**21**. The method of claim **16**, wherein the scheduling assignment includes a command granting or denying transmission in the E-DCH.

**22**. The method of claim **16**, wherein each UE of a shared channel in the E-AGCH has at least one UE identifier.

**23**. A method of scheduling an uplink packet transmission channel in a mobile communication system, the method comprising:

8

a base station transmitting a scheduling assignment in an Enhanced Absolute Grant Channel (E-AGCH) for scheduling an Enhanced Uplink Dedicated Channel (E-DCH);

a plurality of user equipment (UE) receiving the scheduling assignment, wherein the content of the scheduling assignment includes an identifier associated with each of the plurality of UE, and transmitting packets through the E-DCH according to the scheduling assignment.

**24**. The method of claim **23**, wherein the scheduling assignment comprises scheduling contents relating to the the E-DCH and one or two identifiers allocated to each UE.

**25**. The method of claim **24**, wherein the scheduling contents include a scheduled power command for assigning a specified amount of power for the E-DCH.

**26**. The method of claim **24**, wherein the scheduling contents include a duration command for determining a length of period the scheduling assignment remains effective.

**27**. The method of claim **24**, wherein the scheduling contents include a transmission priority command associated with the E-DCH.

**28**. The method of claim **23**, further comprising;

determining the status of the E-DCH; and

determining whether the scheduling assignment is associated with each of the plurality of UE according to the status of the E-DCH.

**29**. The method of claim **28**, wherein the status of the E-DCH is based on a Rise over Thermal (RoT) value.

**30**. The method of claim **29**, wherein the RoT value is compared to at least one pre-selected value.

**31**. The method of claim **30**, wherein the scheduling assignment is transmitted to each UE if the RoT value is greater than or equal to the pre-selected value.

**32**. The method of claim **30**, wherein the scheduling assignment is transmitted to each UE if the RoT value is less than the pre-selected value but greater than or equal to a second pre-selected value.

**33**. The method of claim **30**, wherein the same scheduling assignment is transmitted to each UE if the RoT value is less than the pre-selected value.

**34**. The method of claim **23**, wherein the scheduling assignment includes a command granting or denying transmission for the E-DCH.

**35**. The method of claim **23**, wherein transmitting the scheduling assignment comprises:

transmitting the scheduling assignment to the plurality of UE via a shared channel in the E-AGCH, and wherein the scheduling assignment is received and decoded by each UE.

**36**. The method of claim **23** further comprising:

transmitting the scheduling assignment to a specific UE according to a pre-allocated transmission channel in an Enhanced Relative Grant Channel, wherein the specific UE corresponds with the pre-allocated transmission channel.

**37**. The method of claim **36**, wherein the scheduling assignment can be transmitted to a plurality of UE according to corresponding plurality of pre-allocated transmission channels.

**38**. The method of claim **23**, wherein at least one UE identifier applies to a plurality of UE of a shared channel in an Enhanced Absolute Grant Channel.

**39**. A method of scheduling a plurality of uplink packet transmission channels for a corresponding plurality of user equipment (UE), the method comprising:

receiving a scheduling assignment in an Enhanced Absolute Grant Channel (E-AGCH), wherein the content of

US 7,551,625 B2

9

the scheduling assignment includes an identifier associated with a plurality of UE; and,

transmitting an uplink data packet on an Enhanced Uplink Dedicated channel (E-DCH) in accordance with the content of the scheduling assignment.

**40**. The method of claim **39**, wherein the content of the scheduling assignment includes information relating to uplink transmission, and wherein two identifiers are allocated to at least one UE.

10

**41**. The method of claim **40**, wherein the content of the scheduling assignment further includes a transmission priority command for the E-DCH.

**42**. The method of claim **40**, wherein the content of the scheduling assignment further includes a command granting or denying transmission in the E-DCH.

\* \* \* \* \*

EXHIBIT 20

| US 7551625 – Claim 16 | 3GPP Specifications |
|---|---|
| A method of scheduling an uplink packet transmission channel for user equipment (UE), the method comprising:<br><br>receiving a scheduling assignment in an Enhanced Absolute Grant Channel (E-AGCH), | **3GPP TS 25.211 V6.7.0**<br>**5 Physical channels and physical signals**<br>**5.3 Downlink physical channels**<br>**5.3.3 Common downlink physical channels**<br>**5.3.3.14 E−DCH Absolute Grant Channel (E-AGCH)**<br>The E-DCH Absolute Grant Channel (E-AGCH) is a fixed rate (30 kbps, SF=256) downlink physical channel carrying the uplink E-DCH absolute grant. Figure 26C illustrates the frame and sub-frame structure of the E-AGCH.<br><br>An E-DCH absolute grant shall be transmitted over one E-AGCH sub-frame or one E-AGCH frame. The transmission over one E-AGCH sub-frame and over one E-AGCH frame shall be used for UEs for which E-DCH TTI is set to respectively 2 ms and 10 ms.<br><br><br>**Figure 26C: Sub-frame structure for the E-AGCH** |
| wherein the scheduling assignment comprises an identifier for a plurality of UE; | **3GPP TS 25.309 V6.5.0**<br><br>**9 Node B controlled scheduling**<br>**9.1 General Principle**<br>⋮<br>The Scheduling Grants have the following characteristics:<br>  - Scheduling Grants are only to be used for the E-DCH TFC selection algorithm (i.e. they do not influence the TFC selection for the DCHs);<br>⋮<br>  - Absolute Grants are sent by the Serving E-DCH cell:<br>    - They are valid for one UE, for a group of UEs or for all UEs;<br>    - The Absolute Grant contains:<br>      - the identity (E-RNTI) of the UE (or group of UEs) for which the grant is intended (through an IDspecific CRC attachment);<br>⋮<br>  - Up to two identities (E-RNTIs), one primary and one secondary, can be allocated to a UE at a time. In that case, both identities shall use the same E-AGCH channel. The allocation is done by the Node-B and sent by the SRNC in RRC. |
| acquiring the contents of the scheduling assignment; and, | **3GPP TS 25.321 V6.8.0**<br>**8 Elements for layer-to-layer communication**<br>**8.1 Primitives between layers 1 and 2**<br>**8.1.2 Parameters**<br>⋮<br>d) Absolute Grant information for E-DCH (details specified in subclause 9.2.5.2.2). |

| | - Identity Type for E-DCH.<br>- Absolute Grant Value.<br>- Absolute Grant Scope. |
|---|---|
| transmitting an uplink data packet on an Enhanced Uplink Dedicated Channel (E-DCH) according to the contents of the scheduling assignment. | **3GPP TS 25.309 V6.5.0**<br><br>**9 Node B controlled scheduling**<br>**9.1 General Principle**<br>⋮<br>The Scheduling Grants have the following characteristics:<br>  - Scheduling Grants are only to be used for the E-DCH TFC selection algorithm (i.e. they do not influence the TFC selection for the DCHs);<br>⋮<br><br>**3GPP TS 25.321 V6.8.0**<br>**11 Specific functions**<br>**11.8 Control of E-DCH transmission and reception**<br>**11.8.1 UE operation**<br>**11.8.1.4 E-TFC Selection**<br>⋮<br>The Serving Grant Update function provides the E-TFC selection function with the maximum E-DPDCH to DPCCH power ratio that the UE is allowed to allocate for the upcoming transmission for scheduled data (held in the Serving Grant state variable – see subclause 11.8.1.3).<br>⋮<br><br>**3GPP TS 25.211 V6.7.0**<br>**4 Services offered to higher layers**<br>**4.1 Transport channels**<br>**4.1.1 Dedicated transport channels**<br>**4.1.1.2 E-DCH – Enhanced Dedicated Channel**<br>The Enhanced Dedicated Channel (E-DCH) is an uplink transport channel. |
| **US 7551625 – Claim 39** | **3GPP Specifications** |
| A method of scheduling a plurality of uplink packet transmission channels for a corresponding plurality of user equipment (UE), the method comprising:<br><br>receiving a scheduling assignment in an Enhanced Absolute Grant Channel (E-AGCH), | **3GPP TS 25.211 V6.7.0**<br>**5 Physical channels and physical signals**<br>**5.3 Downlink physical channels**<br>**5.3.3 Common downlink physical channels**<br>**5.3.3.14 E–DCH Absolute Grant Channel (E-AGCH)**<br>The E-DCH Absolute Grant Channel (E-AGCH) is a fixed rate (30 kbps, SF=256) downlink physical channel carrying the uplink E-DCH absolute grant. Figure 26C illustrates the frame and sub-frame structure of the E-AGCH.<br><br>An E-DCH absolute grant shall be transmitted over one E-AGCH sub-frame or one E-AGCH frame. The transmission over one E-AGCH sub-frame and over one E-AGCH frame shall be used for UEs for which E-DCH TTI is set to respectively 2 ms and 10 ms. |



**Figure 26C: Sub-frame structure for the E-AGCH**

| | |
|---|---|
| wherein the content of the scheduling assignment includes an identifier associated with a plurality of UE; and, | **3GPP TS 25.309 V6.5.0**<br><br>**9 Node B controlled scheduling**<br>**9.1 General Principle**<br>⋮<br>The Scheduling Grants have the following characteristics:<br>- Scheduling Grants are only to be used for the E-DCH TFC selection algorithm (i.e. they do not influence the TFC selection for the DCHs);<br>⋮<br>- Absolute Grants are sent by the Serving E-DCH cell:<br>  - They are valid for one UE, for a group of UEs or for all UEs;<br>  - The Absolute Grant contains:<br>    - the identity (E-RNTI) of the UE (or group of UEs) for which the grant is intended (through an IDspecific CRC attachment);<br>⋮<br>- Up to two identities (E-RNTIs), one primary and one secondary, can be allocated to a UE at a time. In that case, both identities shall use the same E-AGCH channel. The allocation is done by the Node-B and sent by the SRNC in RRC. |
| transmitting an uplink data packet on an Enhanced Uplink Dedicated channel (E-DCH) in accordance with the content of the scheduling assignment. | **3GPP TS 25.309 V6.5.0**<br><br>**9 Node B controlled scheduling**<br>**9.1 General Principle**<br>⋮<br>The Scheduling Grants have the following characteristics:<br>- Scheduling Grants are only to be used for the E-DCH TFC selection algorithm (i.e. they do not influence the TFC selection for the DCHs);<br>⋮<br><br>**3GPP TS 25.321 V6.8.0**<br>**11 Specific functions**<br>**11.8 Control of E-DCH transmission and reception**<br>**11.8.1 UE operation**<br>**11.8.1.4 E-TFC Selection**<br>⋮<br>The Serving Grant Update function provides the E-TFC selection function with the maximum E-DPDCH to DPCCH power ratio that the UE is allowed to allocate for the upcoming transmission for scheduled data (held in the Serving Grant state variable – see subclause 11.8.1.3).<br>⋮<br><br>**3GPP TS 25.211 V6.7.0** |

| | **4 Services offered to higher layers** |
| | **4.1 Transport channels** |
| | **4.1.1 Dedicated transport channels** |
| | **4.1.1.2** E-DCH – Enhanced Dedicated Channel |
| | The Enhanced Dedicated Channel (E-DCH) is an uplink transport channel. |

# EXHIBIT 21

US007580388B2

(12) **United States Patent**
Kim

(10) Patent No.: **US 7,580,388 B2**
(45) Date of Patent: **Aug. 25, 2009**

(54) **METHOD AND APPARATUS FOR PROVIDING ENHANCED MESSAGES ON COMMON CONTROL CHANNEL IN WIRELESS COMMUNICATION SYSTEM**

(75) Inventor: **Myeong Cheol Kim**, Aachen (DE)

(73) Assignee: **LG Electronics Inc.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 749 days.

(21) Appl. No.: **11/065,872**

(22) Filed: **Feb. 25, 2005**

(65) **Prior Publication Data**

US 2005/0266846 A1      Dec. 1, 2005

**Related U.S. Application Data**

(60) Provisional application No. 60/576,214, filed on Jun. 1, 2004, provisional application No. 60/589,630, filed on Jul. 20, 2004.

(51) **Int. Cl.**
*H04W 4/00*          (2009.01)

(52) **U.S. Cl.** .......................... **370/329**; 455/39; 455/68; 370/341

(58) **Field of Classification Search** ................. 370/235, 370/236, 232, 270, 276, 277, 278, 282, 311, 370/327, 328, 329, 331, 340, 360, 436, 438, 370/455
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,463,504 B1 * 10/2002 Ishibashi et al. ............ 709/213

| | | | |
|---|---|---|---|
| 6,473,410 B1 | 10/2002 | Sakoda et al. | |
| 6,628,946 B1 | 9/2003 | Wiberg et al. | |
| 6,684,081 B2 | 1/2004 | Sarkkinen et al. | |
| 6,956,832 B1 * | 10/2005 | Muhonen et al. ............ | 370/310 |
| 7,199,608 B1 * | 4/2007 | Trimberger ................... | 326/38 |
| 7,301,250 B1 * | 11/2007 | Dietrich et al. ............. | 370/338 |
| 2002/0041578 A1 * | 4/2002 | Kim et al. .................... | 370/335 |
| 2002/0128035 A1 | 9/2002 | Jokinen et al. | |
| 2003/0156558 A1 * | 8/2003 | Cromer et al. .............. | 370/331 |
| 2003/0207696 A1 * | 11/2003 | Willenegger et al. ........ | 455/522 |
| 2004/0224688 A1 * | 11/2004 | Fischer .................... | 455/435.1 |

FOREIGN PATENT DOCUMENTS

RU          2145775          2/2000

* cited by examiner

*Primary Examiner*—Chirag G Shah
*Assistant Examiner*—Otis L Thompson, Jr.
(74) *Attorney, Agent, or Firm*—Lee, Hong, Degerman, Kang & Waimey

(57) **ABSTRACT**

A method and apparatus for providing new configurations for transmitting control information between a mobile terminal and a network using a common control channel (CCCH) logical channel/transport channel. The new configurations enable messages to be sent that are larger than currently allowed and the availability of the new configurations is indicated such that mobile terminals that do not support the new configurations are not impacted.

**65 Claims, 13 Drawing Sheets**



# FIG. 1
## Related Art



# FIG. 2
## Related Art



# FIG. 3
## Related Art

Control Channel (CCH) ——————— Broadcast Control Channel (BCCH)

——————— Paging Control Channel (PCCH)

——————— Dedicated Control Channel (DCCH)

——————— Common Control Channel (CCCH)

——————— Shared Channel Control Channel (SHCCH)

Traffic Channel (TCH) ——————— Dedicated Traffic Channel (DTCH)

——————— Common Traffic Channel (CTCH)

# FIG. 4
## Related Art



# FIG. 5
## Related Art



# FIG. 6
## Related Art



# FIG. 7
## Related Art



| ◄——————— MAC header ———————► | | | | ◄——————— MAC SDU ———————► |
|---|---|---|---|---|
| TCTF | UE-Id type | UE-Id | C/T | MAC SDU |

# FIG. 8
## Related Art

| Data Part | Data bits | |
|---|---|---|
| Control Part | Pilot bits | TFCI bits |

# FIG. 9
## Related Art



# FIG. 10
## Related Art



# FIG. 11
## Related Art



# FIG. 12



# FIG. 13



# FIG. 14



Syntax understood by both legacy UE2 and new UE2

Initial message

Read by new UE 2 if extension is indicated ignored by old UE

Indicate extension

Syntax Understood only by new UE2

Extension

# FIG. 15



UE  2

UTRAN  6

RRC CONNECTION REQUEST

RRC CONNECTION SETUP
(indicate available PRACH configurations)

RRC CONNECTION SETUP COMPLETE

# FIG. 16



Case 1:20-cv-22051-JEM Document 1-24 Entered on FLSD Docket 05/15/2020 Page 202 of 293

# FIG. 17



UTRAN 320

US 7,580,388 B2

1

**METHOD AND APPARATUS FOR PROVIDING ENHANCED MESSAGES ON COMMON CONTROL CHANNEL IN WIRELESS COMMUNICATION SYSTEM**

CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Application Ser. Nos. 60/576,214 filed on Jun. 1, 2004, and 60/589,630, filed on Jul. 20, 2004, the contents of which are hereby incorporated by reference herein in their entirety.

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a method and apparatus for enhancing the signaling between a mobile communication device and a network. Specifically, the present invention is directed to a method and apparatus for providing new configurations for transmitting control information between a mobile terminal, for example user equipment (UE), and a radio network controller (RNC) using a common control channel (CCCH) logical channel/transport channel.

2. Discussion of the Related Art

The universal mobile telecommunications system (UMTS) is a European-type, third generation IMT-2000 mobile communication system that has evolved from a European standard known as Global System for Mobile communications (GSM). UMTS is intended to provide an improved mobile communication service based upon a GSM core network and wideband code division multiple access (W-CDMA) wireless connection technology.

In December 1998, the ETSI of Europe, the ARIB/TTC of Japan, the T1 of the United States, and the TTA of Korea formed a Third Generation Partnership Project (3GPP). The 3GPP creates detailed specifications of UMTS technology.

In order to achieve rapid and efficient technical development of the UMTS, five technical specification groups (TSG) have been created within the 3GPP for standardizing the UMTS by considering the independent nature of the network elements and their operations. Each TSG develops, approves, and manages the standard specification within a related region. Among these groups, the radio access network (RAN) group (TSG-RAN) develops the standards for the functions, requirements, and interface of the UMTS terrestrial radio access network (UTRAN), which is a new radio access network for supporting W-CDMA access technology in the UMTS.

A conventional UMTS network structure 1 is illustrated in FIG. 1. One mobile terminal 2, or user equipment (UE), is connected to a core network 4 through a UMTS terrestrial radio access network (UTRAN) 6. The UTRAN 6 configures, maintains, and manages a radio access bearer for communications between the UE 2 and core network 4 to meet end-to-end quality-of-service requirements.

The UTRAN 6 consists of at least one radio network subsystem 8, including one RNC 10 acting as an access point to the core network 4, and at least one Node B 12 managed by a corresponding RNC. The RNCs 10 are logically classified as controlling RNCs, which allocate and manage common radio resources for a plurality of UEs 2 of a cell, and serving RNCs, which allocate and manage dedicated radio resources for a specific UE 2 of a cell. Each Node B 12 manages at least one cell.

The core network 4 may be divided according to the type of service provided, namely, a circuit-switched (CS) domain

2

and a packet-switched (PS) domain. For example, a general voice conversation service is a circuit switched (CS) service, while a Web browsing service via an Internet connection is classified as a packet switched (PS) service.

The CS domain includes a mobile switching center (MSC) 14 acting as an access point to the UTRAN 6 and a gateway mobile switching center (GMSC) 16 acting as an access point to an external network. The PS domain includes a serving GPRS support node (SGSN) 18 acting as an access point to the UTRAN 6 and a gateway GPRS support node (GGSN) 20 acting as an access point to the external network. A visitor location register (VLR) 22 and a home location register (HLR) 24 manage user registration information.

In the CS domain, the access point of the core network 4 is the MSC 14 via an Iu-CS interface. For supporting circuit switched services, the RNCs 10 are connected to the MSC 14 of the core network 4 and the MSC is connected to the GMSC 16 that manages the connection with other networks.

In the PS domain, the access point of the core network 4 is the SGSN 18 via an Iu-PS interface. For supporting packet switched services, the RNCs 10 are connected to the SGSN 18 and the GGSN 20 of the core network 4. The SGSN 18 supports the packet communications with the RNCs 10 and the GGSN 20 manages the connection with other packet switched networks, such as the Internet.

The interface between the UE 2 and UTRAN 6 is realized through a radio interface protocol established in accordance with 3GPP radio access network specifications. The conventional architecture of the radio interface protocol is illustrated in FIG. 2.

As illustrated in FIG. 2, the conventional radio interface protocol has horizontal layers comprising a physical layer (L1), a data link layer (L2), and a network layer (L3), and has vertical planes comprising a user plane (U-plane) for transmitting user data and a control plane (C-plane) for transmitting control information. The user plane is a region that handles traffic information with the user, such as voice or Internet protocol (IP) packets. The control plane is a region that handles control information for an interface with a network and maintenance and management of a call.

The protocol layers may be divided into a first layer (L1), a second layer (L2), and a third layer (L3) based on the three lower layers of an open system interconnection (OSI) standard model. The first layer (L1) is the physical layer. The second layer (L2) includes a medium access control (MAC) layer, a radio link control (RLC) layer, a broadcast/multicast control (BMC) layer, and a packet data convergence protocol (PDCP) layer.

The physical (PHY) layer provides information transfer service to a higher layer by using various radio transfer techniques. The physical layer is linked via transport channels to a medium access control (MAC) layer.

The MAC layer handles mapping between logical channels and transport channels and provides allocation of the MAC parameters for allocation and re-allocation of radio resources. The MAC layer is connected to the physical layer by transport channels and may be divided into a MAC-b sub-layer, a MAC-d sub-layer, a MAC-c/sh sub-layer, and a MAC-hs sub-layer according to the type of transport channel being managed.

The MAC layer is connected to an upper layer called the radio link control (RLC) layer, via a logical channel. Various logical channels are provided according to the type of information transmitted. In general, a control channel is used to transmit information of the control plane and a traffic channel is used to transmit information of the user plane.

US 7,580,388 B2

3

A logical channel may be a common channel or a dedicated channel depending on whether the logical channel is a dedicated channel depending on whether the logical channel is a dedicated channel. Logical channels include a dedicated traffic channel (DTCH), a dedicated control channel (DCCH), a common traffic channel (CTCH), a common control channel (CCCH), a broadcast control channel (BCCH), and a paging control channel (PCCH), or a Shared Channel Control Channel. The BCCH provides information including information utilized by a UE 2 to access the core network 4. The PCCH is used by the UTRAN 6 to access a UE 2. The different logical channels are listed in FIG. 3.

The MAC-b sub-layer manages a BCH (Broadcast Channel), which is a transport channel handling the broadcasting of system information. In the downlink, the MAC-c/sh sub-layer manages a common transport channel, such as a forward access channel (FACH) or a downlink shared channel (DSCH), which is shared by a plurality of terminals. In the uplink, the MAC-c/sh sub-layer manages a Radio Access Channel (RACH). Therefore, each UE 2 has one MAC-c/sh entity.

The possible mapping between the logical channels and the transport channels from the perspective of a UE 2 is illustrated in FIG. 4. The possible mapping between the logical channels and the transport channels from the perspective of a UTRAN 6 is illustrated in FIG. 5.

The MAC-d sub-layer manages a dedicated channel (DCH), which is a dedicated transport channel for a UE 2. The MAC-d sublayer is located in a serving RNC 10 (SRNC) that manages a corresponding UE 2, and one MAC-d sublayer also exists in each UE 2.

The RLC layer, depending of the RLC mode of operation, supports reliable data transmissions and performs segmentation and concatenation on a plurality of RLC service data units (SDUs) delivered from an upper layer. When the RLC layer receives the RLC SDUs from the upper layer, the RLC layer adjusts the size of each RLC SDU in an appropriate manner based upon processing capacity and then creates data units by adding header information thereto.

The data units, called protocol data units (PDUs), are transferred to the MAC layer via a logical channel. The RLC layer includes a RLC buffer for storing the RLC SDUs and/or the RLC PDUs. The RLC services are used by service-specific protocol layers on the user plane, namely a broadcast/multicast control (BMC) protocol and a packet data convergence protocol (PDCP), and are used by a radio resource control (RRC) layer for signaling transport on the control plane.

The BMC layer schedules a cell broadcast (CB) message delivered from the core network 4 and enables the CB message to be broadcast to the corresponding UEs 2 in the appropriate cell. Header information, such as a message identifier, a serial number, and a coding scheme, is added to the CB message to generate a BMC message for delivery to the RLC layer.

The RLC layer appends RLC header information and transmits the thus-formed message to the MAC layer via a common traffic channel as a logical channel. The MAC layer maps the common traffic channel to a forward access channel (FACH) as a transport channel. The transport channel is mapped to a secondary common control physical channel as a physical channel.

The PDCP layer is located above the RLC layer. The PDCP layer is used to transmit network protocol data, such as the IPv4 or IPv6, effectively on a radio interface with a relatively small bandwidth. For this purpose, the PDCP layer reduces unnecessary control information used in a wired network, a function called header compression.

4

The radio resource control (RRC) layer located at the lowest portion of the third layer (L3) is only defined in the control plane. The RRC layer handles the control plane signaling of the network layer (L3) between the UEs 2 and the UTRAN 6 and controls the transport and physical channels for the establishment, reconfiguration, and release of radio bearers. A radio bearer is a service provided by a lower layer, such as the RLC layer or MAC layer, for data transfer between the UE 2 and UTRAN 6.

The air interface (Uu) between the UE 2 and the UTRAN 6 includes the RRC layer for the establishment, reconfiguration, and release of radio bearers, for example a service providing data transfer between the UE and an RNC 10 of the UTRAN. Establishment of a radio bearer determines the regulating characteristics of the protocol layer and channel needed to provide a specific service, thereby establishing the parameters and operational methods of the service.

A UE 2 is said to be in the RRC-connected mode when the RRC layer of a UE and the RRC layer of a corresponding RNC 10 are connected, thereby providing for bi-directional transfer of RRC messages. If there is no RRC connection, the UE 2 is said to be in the RRC-idle mode.

Upon power-up, a UE 2 is in the RRC-idle mode by default. When necessary, an RRC-idle UE 2 transitions to the RRC-connected mode through an RRC connection procedure.

An RRC connection is established, for example, when uplink data transfer is needed to make a call or to respond to a paging message from the RNC 10. The RRC connection connects the UE 2 to the RNC 10 of the UTRAN 6.

The different possibilities that exist for the mapping between the radio bearers and the transport channels are not all possible all the time. The UE 2 and UTRAN 6 deduce the possible mapping depending on the UE state and the procedure that the UE and UTRAN are executing.

The different transport channels are mapped onto different physical channels. For example, the RACH transport channel is mapped on a given PRACH, the DCH may be mapped on the DPCH, the FACH and the PCH may be mapped on the S-CCPCH, and the DSCH is mapped on the PDSCH. The configuration of the physical channels is determined by RRC signaling exchange between the RNC 10 and the UE 2.

Because an RRC connection exists for UEs 2 in RRC connected mode, the UTRAN 6 can determine the existence of a particular UE within the unit of cells, for example in which cell or set of cells the RRC connected mode UE resides, and which physical channel the UE is monitoring. Therefore, the UE 2 can be effectively controlled.

In contrast, the UTRAN 6 cannot determine the existence of a UE 2 in idle mode. The existence of idle UEs 2 can only be determined by the core network 4 to be within a region that is larger than a cell, for example a location or a routing area. Therefore, the existence of idle mode UEs 2 is determined within larger regions, and, in order to receive mobile communication services such as voice or data, the idle mode UE must transition into the connected mode. The possible transitions between modes and states are illustrated in FIG. 6.

A UE 2 in RRC connected mode may be in different states, for example CELL_FACH state, CELL_PCH state, CELL_DCH state or URA_PCH state. Depending on the state, the UE 2 performs different actions and monitors different channels.

For example a UE 2 in CELL_DCH state will attempt to monitor, among others, a DCH type of transport channel that is mapped to a certain DPCH. A UE 2 in CELL_FACH state will monitor several FACH transport channels that are mapped to a certain S-CCPCH. A UE 2 in CELL_PCH state

US 7,580,388 B2

5

will monitor the PICH channel and the PCH channel that is mapped to a certain S-CCPCH physical channel.

The actions of a UE **2** are also different depending on the state. For example a UE **2** is in CELL_FACH state whenever it moves from one cell into another cell and, depending on different conditions, the UE will start the CELL Update procedure by transmitting a Cell Update message to the Node B **12** to indicate that the UE has changed location and will begin monitoring the FACH channel. This procedure is also performed when the UE **2** transitions from any other state to CELL_FACH state and the UE has no C-RNTI available, for example when transitioning from CELL_PCH state or CELL_DCH state, or when a UE in CELL_FACH state was previously out of a coverage area.

In order to distinguish transmissions between the RNC **10** and the different UEs **2** and in order to distinguish the different radio bearers that may be multiplexed in the MAC layer, the MAC includes a header in the transmissions. The logical channel type determines the type of MAC header that the UE **2** uses to transmit the message, the UMTS mode (FDD or TDD) and the transport channel to which the logical channel is mapped. This header may contain an identifier that identifies a specific UE **2**.

There are different identifiers used in the MAC header to distinguish transmissions to/from the different UEs **2**. The RNC **10** allocates the different identifiers.

Examples of identifiers are C-RNTI, U-RNTI, S-RNTI and H-RNTI. C-RNTI is used to identify a given UE **2** in a given cell. U-RNTI is used to identify a UE **2** in a given UTRAN **6** system. S-RNTI identifies the UE **2** on a DSCH transport channel. H-RNTI identifies the UE **2** on a given HSDPA transport channel.

The fields that are contained in the MAC header for all transport channels except the HS-DSCH transport channel are illustrated in FIG. **7**. The TCTF (Target Channel Type Field) field indicates the type of logical channel that is mapped on the given transport channel in the event different logical channels may be mapped on the transport channel. The UE-Id type is the UE **2** identifier. The C/T field indicates the radio bearer that was established.

The TCTF is utilized to distinguish between the different logical channels. Distinguishing between logical channels determines the exact format of the rest of the MAC header. For example, If the CCCH is mapped on RACH /FACH, the MAC header contains only the TCTF field that carries the information that the rest of the MAC PDU contains a message from a CCCH type transport channel.

Presently, the UMTS standard indicates that only the signaling radio bearer **0** (SRB**0**) may use the CCCH logical channel. Therefore there is no need for the C/T field when the CCCH logical channel is used.

In the uplink, not all transport channels are available depending on the state of the UE **2**. For example when the UE **2** is in CELL_FACH state, the UE cannot use a DCH transport channel, but may use, for example, a RACH transport channel.

For the mapping of DCCH on RACH, for example, the UE **2** must have a valid C-RNTI. However, if the UE **2** has just moved into a new cell and desires to start the Cell Update procedure, the UE does not have a valid C-RNTI. Therefore, the UE **2** may only map the CCCH logical channel on the RACH. In coding the CCCH message, an "initial Identity," which is either fixed or allocated to the UE **2** by the core network **4**, or the U-RNTI is included in the message to distinguish the UE **2**.

The same situation exists when the UE **2** has just been powered on and wants to establish an RRC connection.

6

Therefore, the UE **2** may only use CCCH logical channel mapped on the RACH transport channel to transmit the RRC Connection Request message.

The RLC layer may use either transparent mode (TM), unacknowledged mode (UM) or acknowledged mode (AM). Depending upon the mode, the size of the RLC PDUs may change after each transmission of a transport block. In TM and UM mode, the size of the RLC PDUs may change after each transmission. In AM, the PDU size may not be changed dynamically, but only through a reconfiguration by the RNC **10**, because the PDUs might be retransmitted.

The transport channels may handle RLC PDUs of predefined sizes. The transport block size of the physical layer is defined by the RLC PDU size and the MAC header size. Different transport channels allow different transport block sizes and a given transport channel may also allow different sizes. Generally, the transport block sizes a UE **2** is allowed to use for a specific radio bearer are determined by the RNC **10** or fixed by the UMTS standard.

A transport channel is defined by its type, for example RACH, FACH, DCH, DSCH or USCH, and by its attributes. Some attributes are dynamic and some attributes are semi-static.

Dynamic attributes include the transport block size, which is the size of the MAC PDU; the transport block set size, which is the size of the MAC PDU multiplied by the number of MAC PDUs that can be transported in one transmission time interval (TTI); and the transmission time interval, which is an optional dynamic attribute for TDD only. Semi-static attributes include the transmission time interval, which is mandatory for FDD and optional for the dynamic part of TDD NRT bearers; the error protection scheme applied; the type of error protection; the turbo code; the convolutional code; no channel coding, which is semi-static for TDD only; the coding rate; the static rate matching parameter; and the size of CRC.

The semi static part of an attribute may only be changed when the RRC layer changes the configuration. The dynamic part of an attribute provides several alternatives, for example that there may be one, two or three transport blocks transmitted in one TTI. Furthermore, the transport block size may be changed during each TTI.

A set of values of the dynamic and the semi-static parts is called a transport format (TF). Each transport channel may use one or more transport formats. For example, only one transport channel may be mapped on the Physical Random Access Channel (PRACH), the channel to which the present invention is directed.

The PRACH message includes a data portion that is generated out of the transport block set received by the MAC layer and includes control information that is generated in the Physical layer. The control information includes the transport format combination indicator (TFCI) that is used to determine the coding and the transport format that is used for the transmission. FIG. **8** illustrates the RACH message structure.

When a radio bearer is mapped via a logical channel to a transport channel, not all existing transport format combinations may be used. The allowable transport format combinations are determined by the RRC protocol, as indicated by the RB mapping information.

Presently, the UMTS standard indicates that signaling radio bearer number **0** (SRB**0**) is always mapped via a CCCH logical channel on the RACH transport channel. Presently, the UMTS standard also indicates that a UE**2** is only allowed to use the first transport format that is listed for the selected RACH for transmission of messages via CCCH.

US 7,580,388 B2

7

Generally, the first transport format of a RACH may carry only one transport block of 168 bits. However, the messages that are transmitted via the CCCH may be large and, in some situations, it may be beneficial to use also other transport block sizes.

The CCCH is fixed to always use TM mode in the uplink. TM mode does not support segmentation and padding. The MAC header always includes only the TCTF header, which consists of 2 bits. Therefore, the RRC message that is carried in the MAC SDU must be adapted to meet the required size of the MAC SDU.

RRC messages are generated using a special coding known as ASN.1 coding. FIG. 9 illustrates ASN.1 coding of an RRC message for CCCH.

The different information elements that form the R99 part and the extension part are encoded by the means of the ASN.1 to create the basic production. The encoder adds padding bits to ensure that the number of bits is a multiple of 8. In order to adapt the RRC PDU size to the size of the MAC-SDU for the CCCH messages on TM, the RRC layer adds additional padding.

The CCCH logical channel is used to transmit Cell Update messages, RRC connection request messages and URA update messages in the uplink. The messages have different sizes depending upon the information that is added to the message. The messages also contain information on the measured results of neighboring cells, for example quality and timing information such as measured results on RACH.

Conventional methods adapt the size of the messages transmitted on the CCCH logical channel so that the RRC PDU with the MAC header fits inside the transport block that is used in the RACH. A conventional method 1 for transmitting messages on the CCCH logical channel is illustrated in FIG. 10.

As illustrated in FIG. 10, information regarding the existing PRACH configurations is transmitted to a UE 2 (S10). Based on the existing transport PRACH configurations, the UE 2 selects the PRACH according to an algorithm (S12). The UE 2 generates a message including all information elements for transmission over the PRACH (S14). The UE 2 compares the message size with the transport block size of the first transport format of the corresponding RACH and adapts the message size by deleting measurement information until the message fits within the transport block size (S16). The UE 2 then transmits the adapted message via the PRACH (S18).

In a UMTS system several PRACHs may be configured in a cell. A UE 2 in RRC-idle or RRC-connected mode reads a list of PRACH channels from the system information blocks. Each PRACH channel may have a list of available transport formats.

In TDD (Time Division Duplex), the TTI (Transmission Time Interval), or duration of the transmission of a transport block, of a PRACH may be different depending on the transport format. In 1.28 MCPS TDD mode, the UE 2 always selects the largest TTI of the transport formats that are suitable for transmission of the transport block set.

In FDD (Frequency Division Duplex), each PRACH channel has a fixed TTI. Each transport format is characterized, among other characteristics, by a transport block size and the number of transport blocks that may be transmitted during one TTI.

In order to select the PRACH, the UE 2 first must select the TTI to be applied. Once the TTI is selected, the UE 2 selects one PRACH channel randomly from the PRACHs that exist that use the selected TTI length. If PRACHs with different TTI lengths exist, the TTI length is selected according to the

8

method 50 illustrated in FIG. 11. Otherwise, the TTI of the configured PRACHs is utilized.

Referring to FIG. 11, the UE 2 selects a transport format with 10 msec. TTI based on the available transport formats in step S52. From the transport formats supported by all RACHs, those formats that have a TTI of 10 msec. and correspond to a single transport block of all configured RLC sizes are kept.

For example, the RLC size applicable for RBO is kept in RRC-idle mode and the RLC sizes configured with explicit RB mapping information are kept in RRC-connected mode. If more than a single transport format is applicable, the UE 2 may select any of the available formats.

Preferably, the UE 2 selects the transport format that is intended for use by the next transmission. If such information is not available, the transport format corresponding to the largest configured RLC size is selected.

In step S54, the UE 2 calculates the power margin by estimating the transmit power necessary to transmit a transport block set on the RACH with a given transport format. The algorithm used for this calculation is specified by the 3GPP standard and uses, among other input parameters, the TTI, the transport block size and the number of transport blocks to be transmitted.

In step S56, the calculated power margin is compared to 6 dB. If the power margin is greater than 6 dB, the 10 msec. TTI is selected in step S58. If the calculated power margin is not greater than 6 db, the 20 msec. TTI is selected in step S60.

If the size of a CCCH message is too large using the conventional methods 1, 50, a UE2 might completely delete the information on the measured results of neighboring cells, for example measured results on RACH, even though the quality and timing information might be needed in the RNC 10. Without the quality and timing information, a connection may not be established with the RNC 10 when a UE 2 moves to another cell. The UE 2 may not be able to transmit data and a current call may be interrupted or a new call may not be initiated.

Because the UMTS standard restricts a UE 2 to always use the first transport block size of the selected PRACH, there is only one transport block size available for SRB0. Therefore, the size of the messages is limited to the size of the transport block.

It has been suggested to change the size of the first transport format of the PRACH. However, there is no guarantee that all mobiles terminals will support a size change of the SRB0. Therefore, as long as there are mobile terminals that do not support another transport block size used in the PRACH, messages that are transmitted via the CCCH in the uplink may not be extended in new Releases of the UMTS standard.

Therefore, there is a need for a method and apparatus that conforms to a new UMTS standard that allows messages to be transmitted via the CCCH channel that are larger than the currently available transport block size, while not impacting the operation of mobile terminals that do not conform to the new UMTS standard. The present invention addresses these and other needs.

SUMMARY OF THE INVENTION

The present invention is directed to a method and apparatus for enhancing the signaling between a mobile communication device and a network. Specifically, the invention is directed to a method and apparatus for providing new configurations for transmitting control information between a mobile and a network using a common control channel logical channel /trans-

US 7,580,388 B2

9

port channel such that the operation of mobile terminals that do not support the new configurations is not impacted.

Additional features and advantages of the invention will be set forth in the description which follows, and in part will be apparent from the description, or may be learned by practice of the invention. The objectives and other advantages of the invention will be realized and attained by the structure particularly pointed out in the written description and claims hereof as well as the appended drawings.

To achieve these and other advantages and in accordance with the purpose of the present invention, as embodied and broadly described, the present invention is embodied in a method and apparatus that enhances the signaling between a mobile communication device and a network. Specifically, new configurations for transmitting control information between a mobile and a network using a common control channel (CCCH) logical channel /transport channel are provided and an indication is provided from a network regarding which of the new configurations are available for use such that previously available configurations are still available for mobile terminals that do not support the new configurations.

In one aspect of the present invention, a method is provided for transmitting control information to a network. The method includes receiving an information message indicating one or more available configurations for transmitting a message, selecting one of available configurations and transmitting a message utilizing the selected configuration.

It is contemplated that the available configurations may include a legacy configuration mode and legacy configuration identity. The legacy configuration mode is a configuration mode for transmitting a message that may be utilized by mobile terminals that do not support the new configurations provided by the present invention.

It is contemplated that the available configurations may include a predefined configuration mode and predefined configuration identity. The predefined configuration mode is a new configuration for transmitting a message that is provided by the present invention.

It is contemplated that the new configurations provided by the present invention may include an additional channel, an increased message block size for an existing channel, a new channel mapping configuration, and /or a new message format. Preferably the selection of one of the available configurations is based on the size of a message to be transmitted.

It is contemplated that a new logical channel and /or a new physical channel may be provided. It is further contemplated that an increased message size may be provided for an existing channel, preferably a logical channel and /or a physical channel. Moreover, it is contemplated that a new channel mapping configuration may be associated with mapping a logical channel to a physical channel.

It is contemplated that the information message indicating the available configurations for transmitting a message may be received via a common channel. Preferably, the information indicating the available configurations is included in an extension portion of the information message.

It is contemplated that the information message indicating the available configurations for transmitting a message may be received via a dedicated channel. Preferably the information message is an RRC connection setup message.

In another aspect of the present invention, a method is provided for transmitting control information between at least one mobile communication device and a network. The method includes providing new configurations for transmitting a message in one or more mobile communication devices, the new configurations including an additional channel, an increased message block size for an existing channel,

10

a new channel mapping configuration, and /or a new message format, transmitting an information message indicating the new configurations from the network to one or more mobile communication devices, selecting one of the new configurations in the mobile communication devices and transmitting a message utilizing the selected configuration from the mobile communication devices to the network.

It is contemplated that a new logical channel and /or a new physical channel may be provided. It is further contemplated that an increased message size may be provided for an existing channel, preferably a logical channel and /or a physical channel. Moreover, it is contemplated that a new channel mapping configuration may be associated with mapping a logical channel to a physical channel. Preferably the selection of one of the new configurations is based on the size of a message to be transmitted.

It is contemplated that the information message indicating the new configurations for transmitting a message may be transmitted via a common channel to a plurality of mobile communication devices. Preferably, the information indicating the available configurations is included in an extension portion of the information message such that mobile communication devices that do not incorporate the new configurations do not interpret the information.

It is contemplated that the information message indicating the new configurations for transmitting a message may be transmitted via a dedicated channel to a specific mobile communication device. Preferably the information message is an RRC connection setup message.

In another aspect of the present invention, a method is provided for transmitting control information to a network. The method includes transmitting an information message indicating one or more available configurations for transmitting a message and receiving a message transmitted utilizing one of the available configurations.

It is contemplated that the available configurations may include a legacy configuration mode and legacy configuration identity. The legacy configuration mode is a configuration mode for transmitting a message that may be utilized by mobile terminals that do not support the new configurations provided by the present invention.

It is contemplated that the available configurations may include a predefined configuration mode and predefined configuration identity. The predefined configuration mode is a new configuration for transmitting a message that is provided by the present invention.

It is contemplated that the new configurations provided by the present invention may include an additional channel, an increased message block size for an existing channel, a new channel mapping configuration, and /or a new message format. Preferably the information message is an RRC connection setup message.

It is contemplated that a new logical channel and /or a new physical channel may be provided. It is further contemplated that an increased message size may be provided for an existing channel, preferably a logical channel and /or a physical channel. Moreover, it is contemplated that a new channel mapping configuration may be associated with mapping a logical channel to a physical channel.

It is contemplated that the information message indicating the available configurations for transmitting a message may be transmitted via a common channel to a plurality of mobile terminals. Preferably, the information indicating the available configurations is included in an extension portion of the information message.

It is contemplated that the information message indicating the available configurations for transmitting a message may

11

be transmitted via a dedicated channel to a specific mobile terminal. Preferably the information message is an RRC connection setup message.

In another aspect of the present invention, a mobile communication device is provided for transmitting control information to a network. The mobile communication device includes an RF module, an antenna, a keypad, a display, a storage unit, and a processing unit.

The antenna and RF module receive an information message from the network and transmit a message to the network. The keypad allows a user to enter information. The display conveys information to a user. The storage unit stores information associated with one or more configurations. The processing unit performs the methods of the present invention to process an information message indicating available configurations for transmitting a message, select one of the available configurations and transmit a message utilizing the selected configuration.

In another aspect of the present invention, a network is provided for transmitting control information to one or more mobile terminals. The network includes a transmitter, a receiver and a controller.

The transmitter transmits an information message to one or more mobile terminals. The receiver receives a message from one or more mobile terminals. The controller performs the methods of the present invention to generate an information message indicating one or more available configurations for transmitting a message and to process messages transmitted from one or more mobile terminals utilizing one of the available configurations.

It is to be understood that both the foregoing explanation and the following detailed description of the present invention are exemplary and illustrative and are intended to provide further explanation of the invention as claimed.

## BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention and are incorporated in and constitute a part of this application, illustrate embodiment(s) of the invention and together with the description serve to explain the principle of the invention. In the drawings:

FIG. **1** illustrates a block diagram of a conventional UMTS network structure.

FIG. **2** illustrates a conventional radio interface protocol.

FIG. **3** illustrates different logical channels in a conventional radio interface protocol.

FIG. **4** illustrates possible mapping between the logical channels and the transport channels from the perspective of a mobile terminal in a conventional radio interface protocol.

FIG. **5** illustrates possible mapping between the logical channels and the transport channels from the perspective of a core network in a conventional radio interface protocol.

FIG. **6** illustrates possible transitions between modes and states of a conventional mobile terminal.

FIG. **7** illustrates the fields contained in the MAC header in a conventional radio interface protocol for all transport channels except the HS-DSCH transport channel.

FIG. **8** illustrates the conventional RACH message structure.

FIG. **9** illustrates the conventional ASN.1 coding of an RRC message for CCCH. FIG. **10** illustrates a conventional method for transmitting messages on the CCCH logical channel.

12

FIG. **11** illustrates a conventional method for selecting the TTI length in order to select the PRACH for transmission of messages in FDD (Frequency Division Duplex) mode.

FIG. **12** illustrates a method for transmitting messages on the CCCH logical channel according to one embodiment of the present invention.

FIG. **13** illustrates a method for selecting the TTI length in order to select the PRACH for transmission of messages in FDD (Frequency Division Duplex) mode according to one embodiment of the present invention.

FIG. **14** illustrates a method for transmitting an indication of available PRACH configurations utilizing a message transmitted to a plurality of mobile terminals according to one embodiment of the present invention.

FIG. **15** illustrates a method for transmitting an indication of available PRACH configurations utilizing a message transmitted to a specific mobile terminal according to one embodiment of the present invention.

FIG. **16** illustrates a mobile communication device according to one embodiment of the present invention.

FIG. **17** illustrates a network according to one embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention relates to a method and apparatus for providing new configurations for transmitting control information between a mobile terminal, for example user equipment (UE), and a radio network controller (RNC) using a common control channel (CCCH) logical channel /transport channel such that the operation of mobile terminals that do not support the new configurations is not impacted. Although the present invention is illustrated with respect to a mobile terminal, it is contemplated that the present invention may be utilized anytime it is desired to provide new configurations for transmitting control information between a mobile communication device and a network.

Reference will now be made in detail to the preferred embodiments of the present invention, examples of which are illustrated in the accompanying drawings. Throughout the drawings, like elements are indicated using the same or similar reference designations.

The invention proposes to use a new configuration for the transmission of the RRC messages of SRB**0**. The new configuration is intended to enable messages to be transmitted over the CCCH that are larger than those currently allowed for transmission. Enabling larger messages, for example messages containing additional information, to be transmitted over the CCCH may prevent essential quality and timing information, for example measured results on RACH, from being deleted from the messages sent over the CCCH. There are several ways in which a new configuration may be implemented.

A first embodiment of the new configuration provides a new physical RACH channel (PRACH) which would be used only by UEs **2** that support the use of the additional PRACH. The new PRACH may be indicated utilizing the existing system information messages such that only UEs **2** that support the use of the new PRACH would utilize the new channel to transmit messages via the CCCH on the new PRACH.

A second embodiment of the new configuration allows a UE **2** to use a different transport format on the same RACH that is presently utilized to transmit messages via the CCCH. A new logical channel may be implemented, for example an enhanced common control channel (ECCCH), which may be mapped on any transport format combination of the available

US 7,580,388 B2

13

RACH channels. The RNC **10** would indicate whether a UE **2** is allowed to use the enhanced CCCH, for example in an existing system information message, RRC messages or any other messages transmitted from the RNC to the UE **2**.

A third embodiment allows the mapping of the CCCH channel on other transport block sizes of the existing RACH. There would be no need to change the architecture of the UE **2** or core network **4**, as only the mapping of the PRACH would be changed.

According to the third embodiment, the RNC **10** may signal whether the UE **2** is allowed to map the CCCH on any PRACH and whether any PRACH transport block size or only certain PRACH transport block sizes are allowed. The RNC **10** may indicate the numbers of the entries in the list of PRACH transport block sizes that are allowed. Alternately, the mapping of the CCCH channel on any PRACH may be allowed without any indication from the RNC **10**.

A fourth embodiment allows a new message format to be utilized. The new message format may be adapted to include only the most necessary data. For example, the START values may be omitted in an RRC Connection Request message since the START values are also transmitted in the Initial Direct transfer message.

FIG. **12** illustrates a method **100** for selecting a configuration for transmitting a message via the PRACH according to one embodiment of the present invention. The method **100** includes transmitting information indicating the available PRACH configurations to a UE **2** (S**102**), selecting one of the available PRACH configurations (S**104**), generating a message to be transmitted using the selected PRACH configuration (S**106**), adapting the generated message to the transport block size if necessary (S**108**) and transmitting the message via the PRACH (S**110**).

In step S**102**, the RNC **10** transmits information to a UE **2** indicating the available PRACH configurations. The available PRACH configurations may include existing, or legacy configurations that are supported by all UEs **2** and /or predefined new, or extended, configurations that may not be supported by all UEs.

The extended PRACH configurations may incorporate one or more of the four embodiments previously defined; a new physical RACH channel, a new logical channel such as an enhanced common control channel (ECCCH), mapping of the CCCH channel on other transport block sizes of the existing RACH, and/or a new message format. The indication of the available PRACH configurations may include a configuration mode and configuration identity for each available legacy configuration and each available predefined configuration.

In step S**104**, the UE **2** selects one of the available PRACH configurations, for example by performing an algorithm that includes the existing PRACH configuration and the extended PRACH configurations. The selection between the existing PRACH configuration and the one or more extended PRACH configurations is based on the size of the message that is to be transmitted in order to select the PRACH configuration that allows a transport block size that accommodates all message data while adding a minimum amount of overhead.

Preferably, the UE **2** first determines if the transport block size of the existing PRACH configurations allow inclusion of all information regarding measured results of neighboring cells, for example quality and timing information such as measured results on RACH, in the message. If the transport block sizes of the existing PRACH configurations are insufficient to allow inclusion of all information regarding measured results of neighboring cells in the message, the UE **2** selects one of the extended PRACH configurations.

14

The UE **2** then generates a message to be transmitted including all information elements by utilizing the selected PRACH configuration in step S**106**. If the transport block size of the selected PRACH configuration is still insufficient to allow inclusion of all information regarding measured results of neighboring cells in the message, the UE **2** reduces the amount of information regarding measured results of neighboring cells that is included in the message in order to adapt the message size to the transport block size of the selected PRACH configuration in step S**108**.

In FDD (Frequency Division Duplex), if the UE**2** is allowed to use additional transport formats or an enhanced ECCCH, the algorithm to determine the TTI of the available PRACHs is impacted. The TTI may be selected according to the method **150** in FIG. **13**.

Referring to FIG. **13**, the UE **2** selects a transport format with 10 msec. TTI based on the available transport formats in step S**152**. From the transport formats supported by all extension PRACHs, those formats that have a TTI of 10 msec. and correspond to a single transport block are kept. If more than a single transport format is applicable, the UE **2** may select any of the available formats.

Preferably, the UE **2** selects the transport format that is intended for use by the next transmission. For example, for RB**0**/CCCH, the smallest available RLC size that allows the next message to be transmitted is selected. If such information is not available or, if the largest RLC size is not large enough to accommodate the next message, the transport format corresponding to the largest configured RLC size is selected.

In step S**154**, the UE **2** calculates the power margin by estimating the transmit power necessary to transmit a transport block set on the RACH with a given transport format. The algorithm used for this calculation is specified by the 3GPP standard and uses, among other input parameters, the TTI, the transport block size and the number of transport blocks to be transmitted.

In step S**156**, the calculated power margin is compared to 6 dB. If the power margin is greater than 6 dB the 10 msec. TTI is selected in step S**158**. If the calculated power margin is not larger than 6 db, the 20 msec. TTI is selected in step S**160**.

The transport format for which the power margin is calculated should then be selected to be the transport format with a TTI of 10 msec. that allows transmission of the RB**0**/CCCH message. If several transport formats with a TTI of 10 msec. that allow transmission of the RB**0**/CCCH message exist, the format with the smallest transport block size is selected. If no such transport format exists, the transport format with the largest transport block size with 10 msec. TTI is selected.

In 1.28MCPS TDD mode, the UE **2** may select the transport format with a transport block size that is configured by explicit signaling. For SRB**0**/CCCH the UE **2** may select a transport format that allows transmission of the next message for SRB**0**. If no such transport format exists, the transport format with the biggest size should be selected, or if several transport formats are available, the transport format with the smallest transport block size should be chosen. If several transport formats with this transport block size exist, the UE **2** should select the largest TTI from those transport formats.

The method of transmitting information indicating the available PRACH configurations to a UE **2** must be performed in a manner such that UEs that do not support the new configurations are not impacted. The information indicating the available PRACH configurations may be transmitted to a UE **2** as an extension of the system information transmitted to a plurality of UEs **2**, for example as part of a broadcast message on a common channel, as illustrated in FIG. **14**. On

US 7,580,388 B2

15
16

the other hand, the information indicating the available PRACH configurations may be transmitted by dedicated RRC signaling on a dedicated channel as illustrated in FIG. **15**.

As illustrated in FIG. **14**, the portion of the message that contains information available according to the current 3GPP standard may be understood by both new UEs **2** that support the new configurations and legacy UEs that do not support the new configurations. The indication of extension information is read by new UEs **2** and ignored by legacy UEs. The extension information indicating the available PRACH configurations is understood only by new UEs **2** that support the new configurations.

As illustrated in FIG. **15**, the information indicating the available PRACH configurations is transmitted to a specific new UE **2** that supports the new configurations when a connection between a UTRAN **6** and the UE is established. The existing RRC connection setup message is utilized to indicate the available PRACH configurations.

The UE **2** requests an RRC connection by transmitting an RRC connection request message to the UTRAN **6**. If the RRC connection can be accomplished, the UTRAN **6** transmits an RRC connection setup message to the UE **2**.

The RRC connection setup message includes an indication of the available PRACH configurations if the UE supports the new configurations. The indicated available PRACH configurations may include a legacy configuration, for example the existing PRACH configuration, and one or more predefined new PRACH configurations, for example any the extended PRACH configurations incorporating the four embodiments previously defined. If the UE **2** is a legacy UE that does not support the new configurations, no indication of the available PRACH configurations is included in the RRC connection setup message.

The UE **2**, upon receiving the RRC connection setup message, selects one of the available PRACH configurations and transmits an RRC connection setup complete message to the UTRAN **6**. The UE **2** may then transmit messages via the PRACH by utilizing the selected PRACH configuration.

Referring to FIG. **16**, a block diagram of a mobile communication device **200** of the present invention is illustrated, for example a mobile phone for performing the methods of the present invention. The mobile communication device **200** includes a processing unit **210** such as a microprocessor or digital signal processor, an RF module **235**, a power management module **205**, an antenna **240**, a battery **255**, a display **215**, a keypad **220**, a storage unit **230** such as flash memory, ROM or SRAM, a speaker **245** and a microphone **250**.

A user enters instructional information, such as a telephone number, for example, by pushing the buttons of the keypad **220** or by voice activation using the microphone **250**. The processing unit **210** receives and processes the instructional information to perform the appropriate function, such as to dial the telephone number. Operational data may be retrieved from the memory unit **230** to perform the function. Furthermore, the processing unit **210** may display the instructional and operational information on the display **215** for the user's reference and convenience.

The processing unit **210** issues instructional information to the RF module **235**, to initiate communication, for example, by transmitting radio signals comprising voice communication data. The RF module **235** includes a receiver and a transmitter to receive and transmit radio signals. The antenna **240** facilitates the transmission and reception of radio signals. Upon receiving radio signals, the RF module **235** may forward and convert the signals to baseband frequency for processing by the processing unit **210**. The processed signals may be transformed into audible or readable information output, for example, via the speaker **245**.

The RF module **235** and antenna **240** are adapted to receive an information message from the network **4** and to transmit a message to the network and the storage unit **230** is adapted to store information associated with one or more configurations. The processing unit **210** is adapted to process an information message indicating one or more available configurations for transmitting a message, select one of the available configurations and transmit a message utilizing the selected configuration.

It will be apparent to one skilled in the art that the preferred embodiments of the present invention can be readily implemented using, for example, the processor **210** or other data or digital processing device, either alone or in combination with external support logic.

FIG. **17** illustrates a block diagram of a UTRAN **320** according to one embodiment of the present invention. The UTRAN **320** includes one or more radio network sub-systems (RNS) **325**. Each RNS **325** includes a radio network controller (RNC) **323** and a plurality of Node-Bs **321**, or base stations, managed by the RNC. The RNC **323** handles the assignment and management of radio resources and operates as an access point with respect to the core network **4**. Furthermore, the RNC **323** is adapted to perform the methods of the present invention.

The Node-Bs **321** receive information sent by the physical layer of a mobile terminal **200** through an uplink and transmit data to the mobile terminal through a downlink. The Node-Bs **321** operate as access points, or as a transmitter and receiver, of the UTRAN **320** for a mobile terminal **200**.

The Node-Bs **321** are adapted to transmit an information message to one or more mobile terminals **200** and to receive a message from one or more mobile terminals. The RNC **323** is adapted to generate an information message, the information message indicating one or more available configurations for transmitting a message, and process a message from one or more mobile terminals **200**, the message transmitted utilizing one of the available configurations.

The present invention enables a mobile terminal to transmit messages to a network via a CCCH that have a larger transport block size than is currently supported by providing extended PRACH configurations. By utilizing existing messages transmitted by the network to the mobile terminal to indicate the available PRACH configurations, those mobile terminals that support the extended PRACH configurations may utilize the extended configurations while mobile terminals that do not support the extended PRACH configurations may utilize the existing configurations.

Although the present invention is described in the context of mobile communication, the present invention may also be used in any wireless communication systems using mobile devices, such as PDAs and laptop computers equipped with wireless communication capabilities. Moreover, the use of certain terms to describe the present invention should not limit the scope of the present invention to certain type of wireless communication system, such as UMTS. The present invention is also applicable to other wireless communication systems using different air interfaces and/or physical layers, for example, TDMA, CDMA, FDMA, WCDMA, etc.

The preferred embodiments may be implemented as a method, apparatus or article of manufacture using standard programming and /or engineering techniques to produce software, firmware, hardware, or any combination thereof. The term "article of manufacture" as used herein refers to code or logic implemented in hardware logic (e.g., an integrated circuit chip, Field Programmable Gate Array (FPGA), Applica-

US 7,580,388 B2

17

tion Specific Integrated Circuit (ASIC), etc.) or a computer readable medium (e.g., magnetic storage medium (e.g., hard disk drives, floppy disks, tape, etc.), optical storage (CD-ROMs, optical disks, etc.), volatile and non-volatile memory devices (e.g., EEPROMs, ROMs, PROMs, RAMs, DRAMs, SRAMs, firmware, programmable logic, etc.).

Code in the computer readable medium is accessed and executed by a processor. The code in which preferred embodiments are implemented may further be accessible through a transmission media or from a file server over a network. In such cases, the article of manufacture in which the code is implemented may comprise a transmission media, such as a network transmission line, wireless transmission media, signals propagating through space, radio waves, infrared signals, etc. Of course, those skilled in the art will recognize that many modifications may be made to this configuration without departing from the scope of the present invention, and that the article of manufacture may comprise any information bearing medium known in the art.

The logic implementation shown in the figures described specific operations as occurring in a particular order. In alternative implementations, certain of the logic operations may be performed in different order, modified or removed and still implement preferred embodiments of the present invention. Moreover, steps may be added to the above described logic and still conform to implementations of the invention.

What is claimed is:

**1**. A method of transmitting control information from a mobile terminal in a network, the method comprising:

receiving a first message in the mobile terminal, the first message including information indicating at least one available configuration for transmitting a second message, the second message including at least a portion of the control information;

selecting one of the at least one available configuration in the mobile terminal; and

transmitting the second message from the mobile terminal utilizing the selected configuration,

wherein the at least one available configuration is physical random access channel (PRACH) information related to a common control channel (CCCH) logical channel, the information including additional transport format information for the CCCH comprising at least one of a RLC (Radio Link Control) size, a transport block size, or number of transport blocks.

**2**. The method of claim **1**, wherein the at least one available configuration comprises a legacy configuration mode and legacy configuration identity.

**3**. The method of claim **1**, wherein the at least one available configuration comprises a predefined configuration mode and a predefined configuration identity.

**4**. The method of claim **3**, wherein the predefined configuration mode comprises at least one of utilizing an additional channel, utilizing an increased message block size for an existing channel, utilizing a new channel mapping configuration, or utilizing a new message format.

**5**. The method of claim **4**, wherein the additional channel comprises a logical channel or a physical channel.

**6**. The method of claim **4**, wherein the existing channel comprises a logical channel or a physical channel.

**7**. The method of claim **4**, wherein the new channel mapping configuration is associated with mapping a logical channel to a physical channel.

**8**. The method of claim **1**, wherein the first message is received via a common channel.

18

**9**. The method of claim **8**, wherein the information indicating the at least one available configuration for transmitting the second message is included in an extension portion of the first message.

**10**. The method of claim **1**, wherein the first message is received via a dedicated channel.

**11**. The method of claim **10**, wherein the first message is an RRC connection setup message.

**12**. The method of claim **1**, wherein selecting one of the at least one available configuration comprises determining the size of the second message.

**13**. A method of transmitting control information between at least one mobile communication device and a network, the method comprising:

providing at least one new configuration for transmitting a message in the at least one mobile communication device, the at least one new configuration comprising at least one of utilizing an additional channel, utilizing an increased message block size for an existing channel, utilizing a new channel mapping configuration, or utilizing a new message format;

transmitting a first message from the network to the at least one mobile communication device, the first message including information indicating the at least one new configuration;

selecting one of the at least one new configuration in the at least one mobile communication device; and

transmitting a second message from the at least one mobile communication device to the network utilizing the selected configuration, the second message including at least a portion of the control information,

wherein the at least one new configuration is physical random access channel (PRACH) information related to a common control channel (CCCH) logical channel, the information including additional transport format information for the CCCH comprising at least one of a RLC (Radio Link Control) size, a transport block size, or number of transport blocks.

**14**. The method of claim **13**, wherein the additional channel comprises a logical channel or a physical channel.

**15**. The method of claim **13**, wherein the existing channel comprises a logical channel or a physical channel.

**16**. The method of claim **13**, wherein the new mapping configuration is associated with mapping a logical channel to a physical channel.

**17**. The method of claim **13**, wherein the first message is transmitted via a common channel to a plurality of mobile communication devices.

**18**. The method of claim **17**, wherein information indicating the at least one new configuration is included in an extension portion of the first message such that a mobile communication device that does not incorporate the at least one new configuration does not interpret the information.

**19**. The method of claim **13**, wherein the first message is transmitted via a dedicated channel to a specific mobile communication device.

**20**. The method of claim **19**, wherein the first message is an RRC connection setup message.

**21**. The method of claim **13**, wherein selecting one of the at least one new configuration comprises determining the size of the second message.

**22**. A method of transmitting control information to at least one mobile terminal, the method comprising:

transmitting a first message to the at least one mobile terminal, the first message including information indicating at least one available configuration for transmit-

US 7,580,388 B2

**19**

ting a second message, the second message including at least a portion of the control information; and

receiving the second message from the at least one mobile terminal, the second message transmitted utilizing one of the at least one available configuration,

wherein the at least one available configuration is physical random access channel (PRACH) information related to a common control channel (CCCH) logical channel, the information including additional transport format information for the CCCH comprising at least one of a RLC (Radio Link Control) size, a transport block size, or number of transport blocks.

**23**. The method of claim **22**, wherein the at least one available configuration comprises a legacy configuration mode and legacy configuration identity.

**24**. The method of claim **22**, wherein the at least one available configuration comprises a predefined configuration mode and a predefined configuration identity.

**25**. The method of claim **24**, wherein the predefined configuration mode comprises at least one of utilizing an additional channel, utilizing an increased message block size for an existing channel, utilizing a new channel mapping configuration, or utilizing a new message format.

**26**. The method of claim **25**, wherein the additional channel comprises a logical channel or a physical channel.

**27**. The method of claim **25**, wherein the existing channel comprises a logical channel or a physical channel.

**28**. The method of claim **25**, wherein the new channel mapping configuration is associated with mapping a logical channel to a physical channel.

**29**. The method of claim **22**, wherein the first message is transmitted via a common channel to a plurality of mobile terminals.

**30**. The method of claim **29**, wherein the information indicating the at least one available configuration is included in an extension portion of the first message.

**31**. The method of claim **22**, wherein the first message is transmitted via a dedicated channel to a specific mobile terminal.

**32**. The method of claim **31**, wherein the first message is an RRC connection setup message.

**33**. A mobile communication device for transmitting control information to a network, the mobile communication device comprising:

an RF module configured to receive a first message from the network and to transmit a second message to the network, the first message including information indicating at least one available configuration for transmitting the second message and the second message including at least a portion of the control information;

an antenna configured to receive the first message from the network and to transmit the second message to the network;

a keypad configured to input information from a user;

a storage unit configured to store information associated with the at least one available configuration for transmitting the second message;

a display configured to convey information to the user; and

a processing unit configured to process the first message, select one of the at least one available configuration and transmit the second message utilizing the selected configuration,

wherein the at least one available configuration is physical random access channel (PRACH) information related to a common control channel (CCCH) logical channel, the information including additional transport format information for the CCCH comprising at least one of a RLC

**20**

(Radio Link Control) size, a transport block size, or number of transport blocks.

**34**. The mobile communication device of claim **33**, wherein the at least one available configuration comprises a legacy configuration mode and legacy configuration identity.

**35**. The mobile communication device of claim **33**, wherein the at least one available configuration comprises a predefined configuration mode and a predefined configuration identity.

**36**. The mobile communication device of claim **35**, wherein the predefined configuration mode comprises at least one of utilizing an additional channel, utilizing an increased message block size for an existing channel, utilizing a new channel mapping configuration, or utilizing a new message format.

**37**. The mobile communication device of claim **36**, wherein the additional channel comprises a logical channel or a physical channel.

**38**. The mobile communication device of claim **36**, wherein the existing channel comprises a logical channel or a physical channel.

**39**. The mobile communication device of claim **36**, wherein the new channel mapping configuration is associated with mapping a logical channel to a physical channel.

**40**. The mobile communication device of claim **33**, wherein the first message is received via a common channel.

**41**. The mobile communication device of claim **40**, wherein the information indicating the at least one available configuration is included in an extension portion of the first message.

**42**. The mobile communication device of claim **33**, wherein the first message is received via a dedicated channel.

**43**. The mobile communication device of claim **42**, wherein the first message is an RRC connection setup message.

**44**. The mobile communication device of claim **33**, wherein the processor is configured to select one of the at least one available configuration by determining the size of the second message.

**45**. A network for transmitting control information to at least one mobile terminal, the network comprising:

a transmitter configured to transmit a first message to the at least one mobile terminal, the first message including information indicating at least one available configuration for transmitting a second message;

a receiver configured to receive the second message from the at least one mobile terminal, the second message including at least a portion of the control information; and

a controller configured to generate the first message and process the second message from the at least one mobile terminal, the second message transmitted utilizing one of the at least one available configuration,

wherein the at least one available configuration is physical random access channel (PRACH) information related to a common control channel (CCCH) logical channel, the information including additional transport format information for the CCCH comprising at least one of a RLC (Radio Link Control) size, a transport block size, or number of transport blocks.

**46**. The network of claim **45**, wherein the at least one available configuration comprises a legacy configuration mode and legacy configuration identity.

**47**. The network of claim **45**, wherein the at least one available configuration comprises a predefined configuration mode and a predefined configuration identity.

US 7,580,388 B2

21

**48**. The network of claim **47**, wherein the predefined configuration mode comprises at least one of utilizing an additional channel, utilizing an increased message block size for an existing channel, utilizing a new channel mapping configuration, or utilizing a new message format.

**49**. The network of claim **48**, wherein the additional channel comprises a logical channel or a physical channel.

**50**. The network of claim **48**, wherein the existing channel comprises a logical channel or a physical channel.

**51**. The network of claim **48**, wherein the new channel mapping configuration is associated with mapping a logical channel to a physical channel.

**52**. The network of claim **45**, wherein the first message is transmitted via a common channel to a plurality of mobile terminals.

**53**. The network of claim **52**, wherein the information indicating the at least one available configuration is included in an extension portion of the first message.

**54**. The network of claim **37**, wherein the first message is transmitted via a dedicated channel to a specific mobile terminal.

**55**. The network of claim **54**, wherein the first message is an RRC connection setup message.

22

**56**. The method of claim **1**, wherein the first or second message is a RRC (Radio Resource Control) message.

**57**. The method of claim **56**, wherein the RRC message is associated with a signaling radio bearer **0** (SRB**0**).

**58**. The method of claim **13**, wherein at least the first or second message is a RRC (Radio Resource Control) message.

**59**. The method of claim **58**, wherein the RRC message is associated with a signaling radio bearer **0** (SRB**0**).

**60**. The method of claim **22**, wherein at least the first or second message is a RRC (Radio Resource Control) message.

**61**. The method of claim **60**, wherein the RRC message is associated with a signaling radio bearer **0** (SRB**0**).

**62**. The mobile communication device of claim **33**, wherein at least the first or second message is a RRC (Radio Resource Control) message.

**63**. The mobile communication device of claim **62**, wherein the RRC message is associated with a signaling radio bearer **0** (SRB**0**).

**64**. The network of claim **45**, wherein at least the first or second message Is a RRC (Radio Resource Control) message.

**65**. The network of claim **64**, wherein the RRC message is associated with a signaling radio bearer **0** (SRB**0**).

* * * * *

# EXHIBIT 22

| US 7580388 – Claim 1 | 3GPP Specifications |
|---|---|
| A method of transmitting control information from a mobile terminal in a network, the method comprising:<br><br>receiving a first message in the mobile terminal, the first message including information indicating at least one available configuration for transmitting a second message, the second message including at least a portion of the control information;<br><br>selecting one of the at least one available configuration in the mobile terminal; and<br><br>transmitting the second message from the mobile terminal utilizing the selected configuration, | **3GPP TS 25.331 v 6.26.0**<br><br>**10.2 Radio Resource Control messages**<br>[...]<br>**10.2.48.8.8 System Information Block type 5 and 5bis**<br>The system information block type 5 contains parameters for the configuration of the common physical channels in the cell. System information block type 5bis uses the same structure as System information block type 5. [...]<br><br><table><tr><th>Information element</th><th>Need</th><th>Multi</th><th>Type and reference</th><th>Semantics description</th><th>Version</th></tr><tr><td>...</td><td></td><td></td><td></td><td></td><td></td></tr><tr><td>Primary CCPCH info</td><td>OP</td><td></td><td>Primary CCPCH info 10.3.6.57</td><td>Note 1</td><td></td></tr><tr><td>PRACH system information list</td><td>MP</td><td></td><td>PRACH system information list 10.3.6.55</td><td></td><td></td></tr></table><br>...<br><br>**10.3.6.55 PRACH system information list**<br><br>**10.2 Radio Resource Control messages**<br>[...]<br>**10.2.48.8.8 System Information Block type 5 and 5bis**<br>The system information block type 5 contains parameters for the configuration of the common physical channels in the cell. System information block type 5bis uses the same structure as System information block type 5. [...]<br><br><table><tr><th>Information element</th><th>Need</th><th>Multi</th><th>Type and reference</th><th>Semantics description</th><th>Version</th></tr><tr><td>...</td><td></td><td></td><td></td><td></td><td></td></tr><tr><td>Primary CCPCH info</td><td>OP</td><td></td><td>Primary CCPCH info 10.3.6.57</td><td>Note 1</td><td></td></tr><tr><td>PRACH system information list</td><td>MP</td><td></td><td>PRACH system information list 10.3.6.55</td><td></td><td></td></tr></table><br>...<br><br>**10.3.6.55 PRACH system information list**<br><br>**8.1.1.6.5 System Information Block type 5 and 5bis**<br><br>The UE should store all relevant IEs included in this system information block. The UE shall:<br>⋮<br>1> if the IE "Additional Dynamic Transport Format Information for CCCH" is included for the selected PRACH:<br>   2> use this transport format for transmission of the CCCH. |

1> else:

2> use the first instance of the list of transport formats as in the IE "RACH TFS" for the used RACH received in the IE "PRACH system information list" when using the CCCH.

**3GPP TS 25.301 v 6.6.0**

**5.3 Layer 2 Services and Functions 5.3.1 MAC Services and Functions**
**5.3.1 MAC Services and Functions**
**5.3.1.1 MAC Services to upper layers**
**5.3.1.1.1 Logical channels**
Common Control Channel (CCCH) Bi-directional channel for transmitting control information between network and UEs. This channel is commonly used by the UEs having no RRC connection with the network and by the UEs using common transport channels when accessing a new cell after cell reselection.
[...]

**5.3.1.1.2 Mapping between logical channels and transport channels**
**5.3.1.1.2.1 Mapping in Uplink**
In Uplink, the following connections between logical channels and transport channels exist:
- CCCH can be mapped to RACH;
[..]

**3GPP TS 25.211 v 6.10.0**

**5.2.2 Common uplink physical channels**
**5.2.2.1 Physical Random Access Channel (PRACH)**
The Physical Random Access Channel (PRACH) is used to carry the RACH.

*Comment: The UE receives a RRC message with system configuration, and in particular a TFS to be used to transmit control information on RACH. The UE transmits control information messages to the network on CCCH, which is mapped to RACH, carried in the PRACH.*

---

| wherein the at least one available configuration is physical random access channel (PRACH) information related to a common control channel (CCCH) logical channel, the information including additional transport format information for the CCCH comprising at least one of a RLC (Radio Link Control) size, a transport block size, or number of transport blocks. | **3GPP TS 25.331 v 6.26.0**<br><br>**10.3.6.55 PRACH system information list** |
|---|---|

| Information element | Need | Multi | Type and reference | Semantics description | Version |
|---|---|---|---|---|---|
| PRACH system information | MP | 1 .. <maxPRACH> | | | |
| >PARCH info | MP | | PRACH info (for RACH) 10.3.6.52 | | |
| >Transport channel identity | MP | | Transport channel identity 10.3.5.18 | | |
| >RACH TFS | MD | | Transport format set 10.3.5.23 | Defauly value is the value of "RACH TFS" for the previous PRACH in the list NOTE: The first occurrence is then MP). NOTE: For TDD in this release there is a sigle TF within the TACH TFS | |

| | | | | | >Additional RACH TFS for CCCH | OP | | Additional Dynamic Transport Format Information for CCCH 10.3.5.2a | FDD only | REL-6 |

**10.3.5.2a Additional Dynamic Transport Format Information for CCCH**

| Information element | Need | Multi | Type and reference | Semantics description | Version |
|---|---|---|---|---|---|
| RLC Size | MP | | Integer (48..4968) | Unit is bits For FDD, values are restricted to Integer (48..296 by step of 8, 312..1320 by step of 16, 1384..4968 by step of 64) | Rel-6 |
| Number of Transport blocks | MP | | Integer (1) | NOTE 1 | Rel-6 |

| US 7580388 – Claim 33 | 3GPP Specifications |
|---|---|
| A mobile communication device for transmitting control information to a network, the mobile communication device comprising: | **3GPP TS 25.331 v 6.26.0**<br><br>**10.2 Radio Resource Control messages**<br>[…]<br>**10.2.48.8.8 System Information Block type 5 and 5bis**<br>The system information block type 5 contains parameters for the configuration of the common physical channels in the cell. System information block type 5bis uses the same structure as System information block type 5. […] |
| an RF module configured to receive a first message from the network and to transmit a second message to the network, the first message including information indicating at least one available configuration for transmit ting the second message and the second message including at least a portion of the control information; | |
| an antenna configured to receive the first message from the network and to transmit the second message to the net work; | |
| a keypad configured to input information from a user; | |
| a storage unit configured to store information associated with the at least one available configuration for transmitting the second message; | |
| a display configured to convey information to the user; and | |
| a processing unit configured to process the first message, select one of the at least one available configuration and transmit the second message utilizing the selected configuration, | |

| Information element | Need | Multi | Type and reference | Semantics description | Version |
|---|---|---|---|---|---|
| … | | | | | |
| Primary CCPCH info | OP | | Primary CCPCH info 10.3.6.57 | Note 1 | |
| PRACH system information list | MP | | PRACH system information list 10.3.6.55 | | |

…

**10.3.6.55 PRACH system information list**

**10.2 Radio Resource Control messages**
[…]
**10.2.48.8.8 System Information Block type 5 and 5bis**
The system information block type 5 contains parameters for the configuration of the common physical channels in the cell. System information block type 5bis uses the same structure as System information block type 5. […]

| Information element | Need | Multi | Type and reference | Semantics description | Version |
|---|---|---|---|---|---|
| … | | | | | |
| Primary CCPCH info | OP | | Primary CCPCH info 10.3.6.57 | Note 1 | |
| PRACH system information list | MP | | PRACH system information list | | |

| | | | 10.3.6.55 | | |
|---|---|---|---|---|---|

...

**10.3.6.55 PRACH system information list**

**8.1.1.6.5 System Information Block type 5 and 5bis**

The UE should store all relevant IEs included in this system information block. The UE shall:

⋮

1> if the IE "Additional Dynamic Transport Format Information for CCCH" is included for the selected PRACH:

   2> use this transport format for transmission of the CCCH.

1> else:

   2> use the first instance of the list of transport formats as in the IE "RACH TFS" for the used RACH received in the IE "PRACH system information list" when using the CCCH.

**3GPP TS 25.301 v 6.6.0**

**5.3 Layer 2 Services and Functions 5.3.1 MAC Services and Functions**
**5.3.1 MAC Services and Functions**
**5.3.1.1 MAC Services to upper layers**
**5.3.1.1.1 Logical channels**
Common Control Channel (CCCH) Bi-directional channel for transmitting control information between network and UEs. This channel is commonly used by the UEs having no RRC connection with the network and by the UEs using common transport channels when accessing a new cell after cell reselection.
[...]

**5.3.1.1.2 Mapping between logical channels and transport channels**
**5.3.1.1.2.1 Mapping in Uplink**
In Uplink, the following connections between logical channels and transport channels exist:
- CCCH can be mapped to RACH;
[..]

**3GPP TS 25.211 v 6.10.0**

**5.2.2 Common uplink physical channels**
**5.2.2.1 Physical Random Access Channel (PRACH)**
The Physical Random Access Channel (PRACH) is used to carry the RACH.

*Comment: The UE receives a RRC message with system configuration, and in particular a TFS to be used to transmit control information on RACH. The UE transmits control information messages to the network on CCCH, which is mapped to RACH, carried in the PRACH.*

| wherein the at least one available configuration is physical random access channel (PRACH) information related to a common control channel (CCCH) logical channel, the information including additional transport format information for the CCCH comprising at | **3GPP TS 25.331 v 6.26.0** <br><br> **10.3.6.55 PRACH system information list** <br><br> (table below) |
|---|---|

**3GPP TS 25.331 v 6.26.0**

**10.3.6.55 PRACH system information list**

| Information element | Need | Multi | Type and reference | Semantics description | Version |
|---|---|---|---|---|---|
| PRACH system information | MP | 1 .. <maxPRACH> | | | |

| | | | | | |
|---|---|---|---|---|---|
| least one of a RLC (Radio Link Control) size, a transport block size, or number of transport blocks. | >PARCH info | MP | | PRACH info (for RACH) 10.3.6.52 | | |
| | >Transport channel identity | MP | | Transport channel identity 10.3.5.18 | | |
| | >RACH TFS | MD | | Transport format set 10.3.5.23 | Defauly value is the value of "RACH TFS" for the previous PRACH in the list NOTE: The first occurrence is then MP). NOTE: For TDD in this release there is a sigle TF within the TACH TFS | |
| | >Additional RACH TFS for CCCH | OP | | Additional Dynamic Transport Format Information for CCCH 10.3.5.2a | FDD only | REL-6 |

### 10.3.5.2a Additional Dynamic Transport Format Information for CCCH

| Information element | Need | Multi | Type and reference | Semantics description | Version |
|---|---|---|---|---|---|
| RLC Size | MP | | Integer (48..4968) | Unit is bits For FDD, values are restricted to Integer (48..296 by step of 8, 312..1320 by step of 16, 1384..4968 by step of 64) | Rel-6 |
| Number of Transport blocks | MP | | Integer (1) | NOTE 1 | Rel-6 |

# EXHIBIT 23

US007869396B2

(12) **United States Patent**                           (10) **Patent No.:**     **US 7,869,396 B2**
       Chun et al.                                       (45) **Date of Patent:**        **Jan. 11, 2011**

(54) **DATA TRANSMISSION METHOD AND DATA RE-TRANSMISSION METHOD**

(75) Inventors: **Sung Duck Chun**, Anyang-si (KR);
                **Young Dae Lee**, Anyang-si (KR); **Sung Jun Park**, Anyang-si (KR)

(73) Assignee: **LG Electronics, Inc.**, Seoul (KR)

( * ) Notice:     Subject to any disclaimer, the term of this
                  patent is extended or adjusted under 35
                  U.S.C. 154(b) by 133 days.

(21) Appl. No.:     **12/158,646**

(22) PCT Filed:     **Jan. 3, 2007**

(86) PCT No.:       **PCT/KR2007/000022**

       § 371 (c)(1),
       (2), (4) Date:   **Jun. 20, 2008**

(87) PCT Pub. No.:    **WO2007/078142**

       PCT Pub. Date: **Jul. 12, 2007**

(65)                **Prior Publication Data**

       US 2008/0298322 A1      Dec. 4, 2008

       **Related U.S. Application Data**

(60) Provisional application No. 60/815,722, filed on Jun.
     21, 2006, provisional application No. 60/797,402,
     filed on May 2, 2006, provisional application No.
     60/784,976, filed on Mar. 22, 2006, provisional appli-
     cation No. 60/757,063, filed on Jan. 5, 2006.

(30)          **Foreign Application Priority Data**

       Dec. 22, 2006     (KR)  ...................... 10-2006-0132469

(51) **Int. Cl.**
       *H04W 4/00*          (2009.01)
(52) **U.S. Cl.** ................................................... **370/328**

(58) **Field of Classification Search** ................. 370/231,
                 370/328, 352, 346, 394, 473, 241, 282, 321;
                 714/749; 455/67.11, 452.2, 455, 464
       See application file for complete search history.

(56)               **References Cited**

                 U.S. PATENT DOCUMENTS

       5,659,756  A     8/1997  Hefferon et al.

                        (Continued)

            FOREIGN PATENT DOCUMENTS

       AU         2007-212916        8/2007

                        (Continued)

                 OTHER PUBLICATIONS

Hua Xu et al., Performance Analysis on the Radio Link Control
Protocol of UMTS System, Jul. 31, 2001, IEEE Publication, pp.
2026-2030         (http://ieeexplore.ieee.org/stamp/stamp.jsp?tp=
&arnumber=1040574&userType=inst).*

                        (Continued)

*Primary Examiner*—Diane Mizrahi
(74) *Attorney, Agent, or Firm*—Lee, Hong, Degerman, Kang
& Waimey

(57)                **ABSTRACT**

A method which can reduce loss in data transmission is pro-
vided. A data block is prepared in a high-level layer and the
data block is transmitted in a low-level layer. Status report
information associated with reception or non-reception of the
data block is received through the low-level layer. When a
receiver fails to receive data transmitted from a transmitter,
the transmitter can rapidly recognize the reception failure and
can retransmit the data.

                 **10 Claims, 8 Drawing Sheets**



## US 7,869,396 B2
Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,828,677 | A | 10/1998 | Sayeed et al. |
| 6,088,342 | A | 7/2000 | Cheng et al. |
| 6,317,430 | B1 | 11/2001 | Knisely et al. |
| 6,330,448 | B1 | 12/2001 | Otsuka et al. |
| 6,381,229 | B1 | 4/2002 | Narvinger et al. |
| 6,480,525 | B1 | 11/2002 | Parsa et al. |
| 6,571,102 | B1 | 5/2003 | Hogberg et al. |
| 6,597,668 | B1 | 7/2003 | Schafer |
| 6,597,675 | B1 | 7/2003 | Esmailzadeh et al. |
| 6,643,275 | B1 | 11/2003 | Gustafsson et al. |
| 6,728,225 | B1 | 4/2004 | Ozluturk |
| 6,795,412 | B1 | 9/2004 | Lee |
| 6,907,015 | B1 | 6/2005 | Moulsley et al. |
| 6,947,394 | B1 * | 9/2005 | Johansson et al. .......... 370/282 |
| 6,950,420 | B2 | 9/2005 | Sarkkinen et al. |
| 6,965,580 | B1 | 11/2005 | Takagi et al. |
| 7,075,971 | B2 | 7/2006 | Parsa et al. |
| 7,430,206 | B2 * | 9/2008 | Terry et al. ................ 370/394 |
| 7,436,801 | B1 | 10/2008 | Kanterakis |
| 7,496,113 | B2 | 2/2009 | Cai et al. |
| 7,664,059 | B2 * | 2/2010 | Jiang ........................... 370/282 |
| 2001/0024956 | A1 | 9/2001 | You |
| 2002/0009129 | A1 | 1/2002 | Choi et al. |
| 2002/0021698 | A1 | 2/2002 | Lee et al. |
| 2002/0021714 | A1 | 2/2002 | Seguin |
| 2002/0032884 | A1 | 3/2002 | Kobata et al. |
| 2002/0044527 | A1 | 4/2002 | Jiang et al. |
| 2002/0071480 | A1 | 6/2002 | Marjelund |
| 2002/0090004 | A1 | 7/2002 | Rinchiuso |
| 2002/0093940 | A1 | 7/2002 | Toskala et al. |
| 2002/0160744 | A1 | 10/2002 | Choi et al. |
| 2002/0181436 | A1 | 12/2002 | Mueckenheim et al. |
| 2002/0187789 | A1 | 12/2002 | Diachina et al. |
| 2002/0191559 | A1 | 12/2002 | Chen et al. |
| 2003/0076812 | A1 | 4/2003 | Benedittis |
| 2003/0103476 | A1 | 6/2003 | Choi et al. |
| 2003/0149371 | A1 | 8/2003 | Shiga et al. |
| 2003/0223393 | A1 | 12/2003 | Lee et al. |
| 2003/0236085 | A1 | 12/2003 | Ho |
| 2004/0008658 | A1 | 1/2004 | Dahlman et al. |
| 2004/0014452 | A1 | 1/2004 | Lim |
| 2004/0028078 | A1 | 2/2004 | Beckmann et al. |
| 2004/0077357 | A1 | 4/2004 | Nakada |
| 2004/0114606 | A1 | 6/2004 | Haddad |
| 2004/0117860 | A1 | 6/2004 | Yi et al. |
| 2004/0157602 | A1 | 8/2004 | Khawand |
| 2004/0185860 | A1 | 9/2004 | Marjelund et al. |
| 2004/0198369 | A1 | 10/2004 | Kwak |
| 2004/0202140 | A1 | 10/2004 | Kim et al. |
| 2004/0208160 | A1 | 10/2004 | Petrovic et al. |
| 2005/0014508 | A1 | 1/2005 | Moulsley et al. |
| 2005/0020260 | A1 | 1/2005 | Jeong et al. |
| 2005/0025039 | A1 | 2/2005 | Hwang et al. |
| 2005/0026623 | A1 | 2/2005 | Fisher |
| 2005/0041573 | A1 | 2/2005 | Eom et al. |
| 2005/0157696 | A1 | 7/2005 | Yamamoto |
| 2005/0185608 | A1 | 8/2005 | Lee et al. |
| 2005/0249141 | A1 | 11/2005 | Lee et al. |
| 2005/0250500 | A1 | 11/2005 | Xu |
| 2005/0260997 | A1 | 11/2005 | Korale et al. |
| 2005/0271025 | A1 | 12/2005 | Guethaus et al. |
| 2005/0281212 | A1 | 12/2005 | Jeong et al. |
| 2005/0288026 | A1 | 12/2005 | Byun et al. |
| 2006/0025079 | A1 | 2/2006 | Sutskover et al. |
| 2007/0140115 | A1 | 6/2007 | Bienas et al. |
| 2007/0147326 | A1 | 6/2007 | Chen |
| 2007/0206531 | A1 | 9/2007 | Pajukoski et al. |
| 2008/0095105 | A1 | 4/2008 | Sundberg et al. |
| 2009/0175241 | A1 * | 7/2009 | Ohta et al. .................. 370/331 |
| 2010/0014430 | A1 | 1/2010 | Oka |
| 2010/0034095 | A1 * | 2/2010 | Ho et al. ..................... 370/241 |
| 2010/0105334 | A1 * | 4/2010 | Terry et al. .............. 455/67.11 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0617875 | 12/1997 |
| EP | 1041850 | 4/2000 |
| EP | 1009184 | 6/2000 |
| EP | 1041850 | 10/2000 |
| EP | 1261222 | 11/2002 |
| EP | 1361514 | 11/2003 |
| EP | 1392074 | 2/2004 |
| EP | 1496639 | 1/2005 |
| EP | 1557968 | 7/2005 |
| EP | 1599063 | 11/2005 |
| EP | 1599063 A1 | 11/2005 |
| EP | 1605724 | 12/2005 |
| EP | 1684538 | 7/2006 |
| KR | 1020010081040 A | 8/2001 |
| KR | 10-2001-0111637 | 12/2001 |
| KR | 1020010111634 | 12/2001 |
| KR | 1020010111634 | 12/2001 |
| KR | 1020010111637 A | 12/2001 |
| KR | 1020020003233 A | 1/2002 |
| KR | 1020030008324 A | 1/2003 |
| KR | 1020040048675 | 6/2004 |
| KR | 1020040064867 | 7/2004 |
| KR | 1020040089937 | 10/2004 |
| RU | 2168278 | 5/2001 |
| RU | 2191479 | 10/2002 |
| RU | 2232469 | 7/2004 |
| RU | 2232477 | 7/2004 |
| RU | 2237380 | 9/2004 |
| RU | 2270526 | 2/2006 |
| TW | 407407 | 10/2000 |
| TW | 552815 | 9/2003 |
| TW | 586283 | 5/2004 |
| TW | 589818 | 6/2004 |
| TW | 590340 | 6/2004 |
| TW | 592412 | 6/2004 |
| TW | 200536318 | 11/2005 |
| WO | 84/02021 A1 | 5/1984 |
| WO | 99-44383 | 9/1999 |
| WO | 99-63713 | 12/1999 |
| WO | 99/63713 A1 | 12/1999 |
| WO | 02-03720 | 1/2002 |
| WO | 02-39760 | 5/2002 |
| WO | 0239760 A2 | 5/2002 |
| WO | 0247417 A1 | 6/2002 |
| WO | 02/075442 | 9/2002 |
| WO | 02-102110 | 12/2002 |
| WO | 03007636 A1 | 1/2003 |
| WO | 03-017691 | 2/2003 |
| WO | 03017691 A2 | 2/2003 |
| WO | 03-043259 | 5/2003 |
| WO | 03/043259 | 5/2003 |
| WO | 03043259 A1 | 5/2003 |
| WO | 03056723 A1 | 7/2003 |
| WO | 03-096571 | 11/2003 |
| WO | 2004-034656 | 4/2004 |
| WO | 2004034656 A2 | 4/2004 |
| WO | 2004045234 | 5/2004 |
| WO | 2004-075442 | 9/2004 |
| WO | 2004-089030 | 10/2004 |
| WO | 2004/089030 | 10/2004 |
| WO | 2005-055472 | 6/2005 |
| WO | 2005074312 A1 | 8/2005 |
| WO | 2005088886 A1 | 9/2005 |
| WO | 2005-099125 | 10/2005 |
| WO | 2005-125125 | 12/2005 |

OTHER PUBLICATIONS

Ericsson, "E-UTRA Random Access," TSG-RAN WG1 #43, R1-051445, Nov. 7, 2005.

US 7,869,396 B2

Page 3

Huawei: "Further Considerations on Multiplexing Method of Shared Control Channel in Uplink Single-Carrier FDMA", 3GPP TSG-RAN WG1, R1-051430 [online], Nov. 7, 2005 [retrieved on Jul. 24, 2008]. Retrieved from the Internet: http://www.3gpp.org/ftp/TSG_RAN/WG1_RL1/TSGR1_43/Docs/R1-051430.zip> pp. 1-6.

NTT Docomo et al.: :Multiplexing Method of Shared Control Channel in Uplink Single-Carrier FDMA Radio Access, 3GPP TSG-RAN WG1, R1-051143 [online], Oct. 10, 2005 [retrieved on Jul. 24, 2008]. Retrieved from the Internet: //www.3gpp.org/ftp/tsg_ran/wg1_rl1/TSGR1_42bis/Docs/R1-051143.zip> pp. 1-8.

Philips: "Evolved Paging Indicators for LTE", 3GPP TSG-RAN WG2, R2-052985 [online], Nov. 7, 2005 [retrieved on Aug. 25, 2008]. Retrieved from the Internet: //www.3gpp.org/FTP/tsg_ran/WG2_RL2/TSGR2_49/Documents/R2-052985.zip> pp. 1, 2.

Sarkar, S. et al. Common-Channel Soft Handoff in cdma2000—The Paging Channel. IEEE Transactions on Microwave Theory and Techniques. Jun. 2000, vol. 48, No. 6, pp. 938 to 950, XP011037998, ISSN 0018-9480. abstract, section IV.

NTT Docomo, et al.: "Paging Channel Structure for E-UTRA Downlink", 3GPP TSG-RAN WG1, R1-060034 [online], Jan. 23, 2006 [retrieved on Aug. 25, 2008]. Retrieved from the Internet: www.3gpp1.org/ftp/tsg_ran/WG1_RL1/TSGR1_AH/LTE_AH_January-06/Docs/R1-060034.zip> pp. 1-5.

Motorola: "Paging Channel Design for E-UTRA", 3GPP TSG-RAN WG1, R1-061712 [online], Jun. 27, 2006 [retrieved on Aug. 25, 2008]. Retrieved from the Internet: //www.3gpp1.org/ftp/tsg_ran/WG1_RL1/TSGR1_AH/LTE_AH_June-06/Docs/R1-061712.zip> pp. 1-3.

LG Electronics Inc.: "Framing in the MAC entity", 3GPP TSG-RAN WG2, R2-061012, Mar. 27-31, 2006.

LG Electronics Inc.: "HARQ and ARQ Operation", 3GPP TSG-RAN WG2, R2-060106, Jan. 9-13, 2006.

F.A. Zdarsky et al., "Handover in Mobile Communication Networks: Who is in Control Anyway?," Proceedings of the 30th EUROMICRO Conference, Aug. 2004, XP-10723593A.

LG Electronics Inc., "Framing in the MAC Entity," 3GPP TSG-RAN WG2 #52, R2-061012, Mar. 2006.

LG Electronics Inc., "HARQ and ARQ Operation," 3GPP TSG-RAN WG2 #50, R2-060106, Jan. 2006.

R.T. Derryberry et al., "On CDMA 2000 Evolution—Reverse High-Speed Data Physical Layer Enhancements in CDMA 2000 1xEV-DV," IEEE Communications Magazine, Apr. 2005, vol. 43, No. 4, pp. 41-47, XP-001228792.

J. Chung et al., "Packet Synchronization and Identification for Incremental Redundancy Transmission in FH-CDMA Systems," Third IEEE International Symposium on Personal, Indoor, and Mobile Radio Communications, Oct. 1992, pp. 292-295, XP-010107082.

H. Xu et al., "Performance Analysis on the Radio Link Control Protocol of UMTS System," IEEE Publication, Jul. 2001, pp. 2026-2030.

* cited by examiner

U.S. Patent        Jan. 11, 2011        Sheet 1 of 8        US 7,869,396 B2

[Fig. 1]



[Fig. 2]



[Fig. 3]





[Fig. 4]

[Fig. 5]

Case 1:20-cv-22051-JEM   Document 4-26   Entered on FLSD Docket 05/15/2020   Page 226 of 293



[Fig. 8]



[Fig. 9]



[Fig. 10]



Case 1:20-cv-22051-JEM Document 14-2 Entered on FLSD Docket 05/25/2020 Page 229 of 293

[Fig. 11]



[Fig. 12]



Case 1:20-cv-22051-JEM   Document 4-26 Entered on FLSD Docket 05/15/2020   Page 231 of 293

[Fig. 13]



US 7,869,396 B2

**1**

### DATA TRANSMISSION METHOD AND DATA RE-TRANSMISSION METHOD

This application is a national stage application of PCT/KR2007/000022, filed on Jan. 3, 2007, which claims the benefit and right of priority to U.S. Provisional Application No. 60/757,063, filed on Jan. 5, 2006, U.S. Provisional Application No. 60/784,976, filed on Mar. 22, 2006, U.S. Provisional Application No. 60/797,402, filed on May 2, 2006, U.S. Provisional Application No. 60/815,722, filed on Jun. 21, 2006 and Korean Application No. 10-2006-0132469, filed on Dec. 22, 2006, the contents of which are hereby incorporated by reference herein in their entirety.

### TECHNICAL FIELD

The present invention relates to wireless communication, and more particularly, to a data transmission method and a data retransmission method which can reduce loss in data transmission.

### BACKGROUND ART

A 3GPP (3-rd Generation Partnership Project) mobile communication system based on a WCDMA (Wideband Code Division Multiple Access) radio access technology has been widely spread all over the world. An HSDPA (High Speed Downlink Packet Access) which can be defined as a first evolution step of the WCDMA provides a radio access technology having a high competitive power in a mid-term future for the 3GPP. However, since requirements and expectations of users and providers have increased more and more and competitive development of the radio access technology has been made more and more, a new technological evolution of the 3GPP is required to enhance a high competitive power in the future.

The 3GPP entered into a project called "Evolved UTRA and UTRAN" from the end of 2004 for the purpose of development of a radio transmission technology which can provide a high-quality service and reduce cost. The project of 3G long term evolution (hereinafter, referred to as LTE) aims at expansion of a coverage, improvement of system capacity, decrease in cost of users and providers and improvement in service quality. The 3G LTE defines as high-level requirements decrease in cost per bit, enhancement in service availability, flexible utilization of frequency bands, open interface with a simple structure and appropriate power consumption of by user equipments.

In any communication system, data can be lost in a physical channel. With the development of technologies, the probability that data are not transmitted well from a transmitter to a receiver in the physical channel is lowered, but does not disappear completely. Particularly, in case of user equipments spaced apart from a base station, the data loss rate is high. Important signaling data or control signals need to be subjected to more special management for the purpose of reliability of the communication systems.

One of techniques used to reduce the loss of data is an ARQ (Automatic Repeat Request) method. Generally, the ARQ method is performed by a high-level layer. Lower-level layers perform HARQ (Hybrid ARQ), thereby reducing the loss of data. The HARQ uses a FEC (Forward Error Correction) and the ARQ together to correct an error of data by the use of the FEC and to retransmit the data by the use of the ARQ.

When a receiver fails to receive data at the time of retransmission, the reception failure should be rapidly reported to a transmitter. This is because it is possible to reduce the time for

**2**

correction of an error and the time for solving an obstacle to data transmission by allowing the transmitter to rapidly recognize the data reception failure. As the transmitter recognizes more rapidly the reception failure, the time for retransmission is more reduced.

### DISCLOSURE OF INVENTION

#### Technical Problem

There is a need for technologies for enhancing reliability of transmission by efficiently using the ARQ of the high-level layer and the HARQ of the low-level layer.

#### Technical Solution

An advantage of some aspects of the invention is to provide a data transmission method and a data retransmission method which can retransmit data, which are not received by a receiver, while efficiently using radio resources.

In an aspect of the invention, a data block is prepared in a high-level layer and the data block is transmitted in a low-level layer. Status report information associated with reception or non-reception of the data block is received through the low-level layer.

In another aspect of the invention, a RLC (Radio Link Control) PDU (Protocol Data Unit) is prepared in a RLC layer and the RLC PDU is transmitted using a HARQ (Hybrid Automatic Repeat Request) in a physical layer. Status report information associated with reception or non-reception of the RLC PDU is received. Whether the RLC PDU should be retransmitted is determined on the basis of the status report information.

In still another aspect of the invention, a data block is retransmitted a data block through an HARQ by a preset number of times in a physical layer. A reception of a NACK (Not ACKnowledgement) signal is reported to a RLC layer when receiving the NACK signal by the maximum allowable number of times. Whether the data block should be retransmitted is determined.

### ADVANTAGEOUS EFFECTS

When a receiver does not receive data transmitted from a transmitter, the transmitter can rapidly confirm the reception failure and retransmit the data. By transmitting status report information from the receiver to the transmitter through a physical layer, it is possible to relatively rapidly retransmit data. By providing operations of RLC entities for allowing data to arrive at the receiver without any error, it is possible to more rapidly transmit data and to enhance the QoS (Quality of Service).

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram illustrating a wireless communication system.

FIG. **2** is a block diagram illustrating a control plane of a radio interface protocol.

FIG. **3** is a block diagram illustrating a user plane of the radio interface protocol.

FIG. **4** is a flowchart illustrating a data transmission method according to an exemplary embodiment of the invention.

FIG. **5** is a flowchart illustrating a data transmission method according to another exemplary embodiment of the invention.

**3**

FIG. **6** is a flowchart illustrating an example of transmission and reception of status report information.

FIG. **7** is a flowchart illustrating another example of transmission and reception of status report information.

FIG. **8** is a flowchart illustrating a data transmission method according to another exemplary embodiment of the invention.

FIG. **9** is a flowchart illustrating a data transmission method according to another exemplary embodiment of the invention.

FIG. **10** is a block diagram illustrating a data transmission method according to another exemplary embodiment of the invention.

FIG. **11** is a block diagram illustrating a handover according to an exemplary embodiment of the invention.

FIG. **12** is a diagram illustrating an example of a data transmission method according to an exemplary embodiment of the invention.

FIG. **13** is a diagram illustrating an example of a data transmission method according to an exemplary embodiment of the invention.

## MODE FOR THE INVENTION

Hereinafter, exemplary embodiments of the invention will be described in detail with reference to the attached drawings.

FIG. **1** is a block diagram illustrating a wireless communication system. The wireless communication system may have a network structure of an E-UMTS (Evolved-Universal Mobile Telecommunications System). The E-UMTS may be a long term evolution (LTE) system. The wireless communication system is widely disposed to provide a variety of communication services of voices, packet data and the like.

Referring to FIG. **1**, the E-UMTS network can be roughly classified into an E-UTRAN (Evolved-UMTS Terrestrial Radio Access Network) and a CN (Core Network). The E-UTRAN includes eNode-B **20** and an AG (access gateway) **30** which is located at the end of the network and connected to an external network.

A UE (User Equipment) **10** may be fixed or movable and can be called various terminologies such as a mobile station (MS), a user terminal (UT), a subscriber station (SS) and a wireless device.

The eNode-B **20** generally means a fixed station communicating with the UE **10** and can be called various terminologies such as a base station (BS), a base transceiver system (BTS) and an access point (AP). One or more cells may exist in one eNode-B **20**. An interface for transmitting a user traffic or a control traffic may be used between the eNode-Bs **20**.

The AG **30** is also called MME/UPE (Mobility Management Entity/User Plane Entity). The AG **30** may be divided into a portion for processing a user traffic and a portion for processing a control traffic. The AG for processing the user traffic and the AG for processing the control traffic can communicate with each other by the use of a new interface.

The CN may include the AG **30** and a node for registering for other UEs **10**. An interface for distinguishing the E-UTRAN and the CN from each other may be used.

Layers of a radio interface protocol between the UE and the network can be classified into an L1 layer (first layer), an L2 layer (second layer), and an L3 layer (third layer) on the basis of three low-level layers of an open system interconnection (OSI) model widely known in the communication systems. A physical layer belonging to the first layer provides an information transfer service using a physical channel and a RRC (Radio Resource Control) layer located in the third layer serves to control radio resources between the UE and the

**4**

network. The RRC layer interchanges an RRC message between the UE and the network. The RRC layer can be distributed into the eNode-B and network nodes such as the AG or can be located locally in the eNode-B or the AG.

The radio interface protocol horizontally includes a physical layer, a data link layer, and a network layer. The radio interface protocol vertically includes a user plane for transmitting data and information and a control plane for transmitting a control signal.

FIG. **2** is a block diagram illustrating a control plane of the radio interface protocol. FIG. **3** is a block diagram illustrating a user plane of the radio interface protocol. FIGS. **2** and **3** illustrate a structure of the radio interface protocol between the UE and the E-UTRAN based on a 3GPP radio network standard.

Referring to FIGS. **2** and **3**, the physical layer as the first layer provides an information transfer service to a high-level layer by the use of a physical channel. The physical layer is connected to a MAC (Medium Access Control) layer as a higher-level layer through a transport channel. Data are transmitted between the MAC layer and the physical layer through the transport channel. Data are transmitted between different physical layers, that is, between a transmission-side physical layer and a reception-side physical layer, through a physical channel.

The MAC layer of the second layer provides a service to a RLC (Radio Link Control) layer as a higher-level layer through a logical channel. The RLC layer of the second layer supports the data transmission with reliability. The function of the RLC layer may be embodied by a functional block in the MAC layer and in this case, the RLC layer may not exist.

A PDCP (Packet Data Convergence Protocol) layer of the second layer performs a head compression function of reducing a head size of an IP packet containing unnecessary control information with a relatively large size in order to efficiently transmit packets in a radio interval having a small bandwidth at the time of transmitting an IP (Internet Protocol) packet such as IPv4 or IPv6.

The RRC layer located at the lowermost of the third layer is defined in only the control plane. The RRC layer controls the logical channel, the transport channel, and the physical channel associated with the configuration, re-configuration and release of the radio bearers (RB). The RB means a service provided from the second layer so as to transmit data between the UE and the E-UTRAN.

A downlink transport channel for transmitting data from the network to the UE can include a broadcast channel (BCH) for transmitting system information and a downlink shared channel (SCH) for transmitting a user traffic or a control message. The traffic or the control message of the downlink multicast or the broadcast service may be transmitted through the downlink SCH or through a particular downlink MCH (Multicast Channel). An uplink transport channel for transmitting data from the UE to the network can include a random access channel (RACH) for transmitting an initial control message and an uplink SCH (Shared Channel) for transmitting a user traffic or a control message.

The RLC layer has basic functions of guarantee of QoS (Quality of Service) of the RBs and transmission of data. Since the RB service is a service which is provided to a higher-level layer from the second layer in the radio protocol, the entire second layer affects the QoS and the affection of the RLC layer is the largest. The RLC layer has independent RLC entity for each RB so as to guarantee the QoS specific to the RB and three RLC modes of a unacknowledged mode (UM), an acknowledged mode (AM) and a transparent mode (TM) so as to support a variety of QoS. Two modes, that is, the UM

US 7,869,396 B2

**5**

not including an acknowledgement to transmitted data and the AM including the acknowledgement, will be described below.

The UM RLC layer adds a PDU (Protocol Data Unit) header having a sequence number to each PDU and thus informs a receiver of a lost PDU. For this reason, in the user plane, the UM RLC layer takes charge of transmission of broadcast/multicast data or transmission of real-time packet data such as voices (for example, VoIP) or streaming of a packet service domain. In the control plane, the UM RLC layer takes charge of transmission of an RRC message not requiring the acknowledgement among the RRC messages transmitted to a specific UE or a specific UE group in a cell.

Similarly to the UM RLC layer, the AM RLC layer adds a PDU header having a sequence number at the time of constituting a PDU, but a receiver transmits the acknowledgement to the PDU transmitted from a transmitter unlike the UM RLC layer. This is designed to allow the receiver to request the transmitter for retransmission of the PDU which is not received by the receiver. The AM RLC layer guarantees error-free data transmission through retransmission and thus the AM RLC takes charge of transmission of non-real-time packet data such as TCP/IP of the packet service domain mainly in the user plane and can take charge of transmission of RRC message requiring the acknowledgement.

In view of directionality, the UM RLC layer is used in a uni-directional communication but the AM RLC is used in a bi-directional communication due to a feedback from the receiver. Since the bi-directional communication is mainly used for a point-to-point communication, the AM RLC layer uses only a specific logical channel. In view of a structure, one RLC entity of the UM RLC layer has only one of transmission and reception, but one RLC entity of the AM RLC layer includes both of transmission and reception.

The complexity of the AM RLC results from the ARQ function. The AM RLC layer has a retransmission buffer in addition to a transmission/reception buffer so as to manage the ARQ, and performs a variety of functions of utilization of a transmission/reception window for a flow control, polling of allowing a transmitter to request a receiver of a peer RLC entity of status information, status report of allowing the receiver to report its buffer status to the transmitter of the peer RLC entity and piggyback of inserting the status PDU into the data PDU so as to enhance the efficiency of data transmission. In addition, the functions of the AM RLC layer include a reset PUD requesting the opposite AM RLC entity to reset all the operations and parameters when the AM RLC entity finds out an fatal error in the course of operation and a reset ACK PDU used in acknowledgement of the reset PDU. In order to support the functions, the AM RLC requires a variety of protocol parameters, status variables and timers. The PDUs used for report of the status information or control of the data transmission by the AM RLC layer, such as the status PDU and the reset PDU used as control PDUs. The PDUs used for transmission of user data are called data PDUs.

Radio resources in one cell include uplink radio resources and downlink radio resources. The eNode-B takes charge of assignment and control of the uplink radio resources and the downlink radio resources. The eNode-B determines when a UE uses a radio resource, what a UE uses a radio resource and what radio resource a UE uses. For example, the eNode-B may determine that frequencies of 100 MHz to 101 MHz are assigned to the UE for 0.2 seconds in 3.2 seconds for the downlink data transmission. Then, the base station informs the corresponding UE of the de-termination details so as to allow the corresponding UE to receive the downlink data. Similarly, the eNode-B determines when a UE uses a radio

**6**

resource, what a UE uses a radio resource and what radio resource a UE uses so as to transmit uplink data. The eNode-B transmits such information to the corresponding UE. In this way, the eNode-B can dynamically manage the radio resources.

A conventional UE continuously used one radio resource during a call connection. This is irrational in consideration of the fact that many recent services are based on IP packets. Most packet services do not continuously create packets during the call connection, but there are many intervals where no data is transmitted. It is not efficient that a radio resource is continuously assigned to a UE. A method of assigning a radio resource to a UE only when service data exist can be used to solve the above-mentioned problem.

The RLC entity constitutes a RLC PDU in accordance with the size of the radio resource determined by the MAC. The RLC entity located in the eNode-B constructs data with the size determined by the MAC entity and sends the RLC PDU to the MAC entity. The RLC entity located in the UE constructs the RLC PDU in accordance with the size of a radio resource determined by a lower-level layer, that is, the MAC entity. The RLC entity located in the UE constructs data with the size determined by the MAC entity and sends the RLC PDU to the MAC entity.

The MAC entity located in the UE receives information on the total amount of radio resources from the eNode-B. The MAC entity receives information indicating what amount of radio resources the MAC entity can use at the next transmission time from the eNode-B. On the contrary, the MAC entity located in the eNode-B determines utilization of all of the uplink radio resources and the downlink radio resources. The MAC entity of the eNode-B determines what amount of radio resources should be assigned to the UE at the next transmission interval and sends the determination result to the MAC entities of the UEs. The UEs determine what amount of data should be transmitted through the logical channels or by the RLC entities in consideration of data stored in their buffers and priorities thereof. Each RLC entity determines the size of the RLC PDU to be transmitted to the MAC entity. Similarly, the MAC entity located in the eNode-B determines what amount of data should be assigned to the respective RLC entities in consideration of the amount of downlink data of the respective UEs and the priorities of the data and sends the determination result to the respective RLC entities. The respective RLC entities construct a RLC PDU in accordance with the determination result and transmit the constructed RLC PDU to the MAC entity.

The PDU is a basic data unit used for data communication between layers. The PDU is a data which is transmitted from a corresponding layer to a different layer. A RLC PDU, a MAC PDU and the like are examples of the data used by the layers. An SDU (Service Data Unit) is a data unit from a different layer to the corresponding layer.

FIG. **4** is a flowchart illustrating a data transmission method according to an exemplary embodiment of the invention. Tx RLC denotes a RLC entity in a transmitter **30** and Tx HARQ denotes a lower-level layer of the RLC layer for performing the HARQ in the transmitter **300**. Rx RLC denotes a RLC entity in a receiver **350** and Rx HARQ denotes a lower-level layer of the RLC layer for performing the HARQ in the receiver **350**. The HARQ is mainly performed in the physical layers. The HARQ operation may be performed using the MAC PDU and the ARQ operation is at a level higher than the HARQ operation.

Referring to FIG. **4**, the RLC PDU is transmitted to the Tx HARQ from the Tx RLC (S**100**). The RLC PDU is transmitted to the MAC layer and can be converted into one or more

US 7,869,396 B2

7

MAC PDUs containing header information. The MAC PDU serves as a data block to be transmitted from the physical layer through the HARQ. The Tx HARQ transmits a data block to the Rx HARQ (S110). When no error is detected from the received data block, the Rx HARQ transmits an ACK (Acknowledgement) signal to the Tx HARQ and sends the data block to the Rx RLC as a higher-level layer. For clarity, it is assumed that an error is detected from the data block received by the Rx HARQ.

When an error is detected from the data block, the Rx HARQ transmits an NACK (Not Acknowledgement) signal to the Tx HARQ (S120). The NACK signal serves as a retransmission request signal in the HARQ. The Tx HARQ transmits a retransmission data block to the Rx HARQ (S130). The retransmission data block may be equal to or different from the data block before the retransmission, depending on the HARQ method. When no error is detected in the second transmission, the Rx HARQ transmits the ACK signal to the Tx HARQ and sends the data block to the Rx RLC as a higher-level layer. Here, it is assumed that an error is detected in the second transmission and the Rx HARQ transmits the NACK signal to the Tx HARQ (S140).

In this way, the transmission may be repeated L times (S150). L denotes the maximum allowable number of iteration. When an error is detected in the L-th transmission, the Rx HARQ transmits the NACK signal to the Tx HARQ (S160).

When receiving the N-th NACK signal, the Tx HARQ reports transmission failure to the Tx RLC (S170). The Tx RLC to which the transmission failure is reported sends the RLC PDU to the Tx HARQ again and starts the retransmission (S180).

The Tx RLC sends the RLC PUD to the Tx HARQ (S180). The Tx HARQ retransmits the data block to the Rx HARQ (S190).

When the transmitter 300 transmits a MAC PDU by the allowable number of iteration and receives the NACK signal from the receiver 350 as many, the information is reported directly to the Tx RLC, not through the Rx RLC. Since the information does not pass through the RLC entity of the receiver 350, it is possible to check the necessity of retransmission more quickly. When the transmitter 300 starts directly new HARQ transmission in response to the NACK signal transmitted from the receiver 350, the receiver 350 can more rapidly recognize a reception error.

On the other hand, the transmitter 300 retransmits a specific RLC PDU several times (N times) may receive a response indicating that the specific RLC PDU is not received by the receiver 350. When the RLC PDU is transmitted N times, the transmission is not performed any more and other data is transmitted. When the Tx RLC has transmitted the RLC PDU N times and received a negative response in response thereto, the Tx RLC can inform to the receiver 350 that the data is not transmitted any more, without retransmitting the data. If the receiver 350 does not know that the transmission of data has been abandoned, the request for retransmitting the data may be transmitted to the transmitter 300.

When a certain condition occurs and the transmitter 300 does not transmit a specific data block any more, the transmitter 300 may inform the receiver 350 of the fact. At this time, the transmitter 300 can inform the receiver 350 of the fact by the use of a header of a data block or a control data block. The data block may be a RLC PDU or a MAC PDU. The Rx LRC stops the waiting for the data block when receiving information indicating that a data block is not transmitted from the transmitter 300. At this time, the receiver 350 can

8

operate as if it received the data block. Alternatively, the receiver 350 may operate as if the data block was deleted. The receiver 350 may advance an window or reconstruct data regardless of the existence of the data block.

FIG. 5 is a flowchart illustrating a data transmission method according to another exemplary embodiment of the invention.

Referring to FIG. 5, the RLC PDU is sent from the Tx RLC to the Tx HARQ (S200). The Tx HARQ transmits a data block to the Rx HARQ (S210). When an error is detected from the data block, the Rx HARQ transmits a NACK signal to the Tx HARQ (S220). The Tx HARQ transmits a retransmission data block to the Rx HARQ (S230). An error is detected in the second transmission and the Rx HARQ transmits the NACK signal to the Tx HARQ (S240). In this way, the transmission of the data block can be repeated the maximum allowable number of times L (S250).

An error is not detected in the final transmission and the data block is sent to the Rx RLC (S255). The Rx HARQ transmits the ACK signal to the Tx HARQ (S260). In step S260, the Tx HARQ may recognize the ACK signal as the NACK signal due to an influence of a physical channel. If the Tx RLC to which the failure is reported retransmits the RLC PDU, it may waste the radio resources.

In order to prevent the waste of radio resources, the Rx RLC constructs status report information and sends the status report information to the Rx HARQ (S270). The Rx HARQ sends the status report information to the Tx HARQ (S275). The status report information is information which is transmitted from the receiver 450 to the transmitter 400 and includes information on a data block received by the receiver 450 and a data block not received by the receiver 450. The status report information may be constructed by the RLC layer or by the MAC layer. The receiver 450 can allow only the information on the data block not received by the receiver 450 to be included in the status report information. Since the data loss in the physical layer is very small by using the HARQ, it may not be efficient that the receiver 450 transmits all the information on the data block received by the receiver 450 and the data block not received by the receiver 450. Additionally, when the receiver 450 should also transmit information on the data block successfully received by the receiver 450 in response to a request from the transmitter 400, the receiver 450 can transmit the data block having the largest sequence number among the data blocks sequentially received.

The status report information is reported to the Tx RLC (S280). The Tx RLC checks the status report information and then transmits the corresponding RLC PDU. It is important to the ARQ method that when the receiver 450 does not receive the data transmitted from the transmitter 400, the transmitter 400 accurately and rapidly recognizes the failure. The Tx RLC can accurately and rapidly recognize whether the data should be retransmitted, from the status report information transmitted through the physical layer.

The transmitter 400 should transmit an appropriate data block after receiving the status report information from the receiver 450. The Tx RLC does not transmits the RLC SDU sent from the higher-level entity as it is, but reconstructs the RLC PDU with the size required by the lower-level entity and sends the reconstructed RLC PDU to the lower-level entity. For example, the RLC SDU with the size of 1000 bytes can be divided into several RLC PDUs. The receiver 450 may not receive a part of the RLC PDUs of the RLC SDU. For example, the receiver 450 may not receive 100 bytes among 1000 bytes. In this case, it causes the waste of radio resources that the transmitter 400 retransmits the entire RLC SDU. The

US 7,869,396 B2

9

10

receiver **450** sends information on the RLC PDUs not received by the receiver **450** to the transmitter **400** and the transmitter **400** then transmits the corresponding RLC PDUs. When the radio resources are not sufficient, the transmitter **400** can transmit RLC sub-PDU into which the RLC PDU is divided.

The status report information is transmitted and received using the physical layer so as to allow the transmitter **400** and the receiver **450** to rapidly exchange the ARQ information. The status report information can be transmitted using a channel defined by the physical layer, not by the level of the RLC PDU or the MAC PDU. When receiving the status report information, the physical layer sends the received status report information to a higher-level RLC entity. When it is necessary to transmit status report information, the RLC entity sends the status report information directly to the physical layer and the physical layer can send the status report information using a physical channel other than the channel through which data are transmitted.

The status report information can be transmitted through a channel through which scheduling information indicating the assignment of physical resources in the physical layer is transmitted. The status report information may be information on a data block received or not received by the RLC entity of the receiver. Alternatively, the status report information may be information on a data block not to be transmitted by the RLC entity of the transmitter or information on a data block abandoned by the transmitter. When it is informed that a specific data block is not transmitted from the transmitter any more, the RLC of the receiver **450** can stop the waiting of the RLC PDU and process the data blocks stored in its buffer.

The receiver **450** can add the status report information to a head portion of a data block. The data block may be a RLC PDU or a MAC PDU. The status report information may be information on the data blocks not received by the receiver **450**. The receiver **450** may not allow the status report information to include information on the data blocks received by the receiver.

When the RLC entity or the logical channel is particularly mapped with the HARQ process in order to reduce the overhead of the data blocks in the high-level layers, several fields can be omitted. For example, when RB 1 is mapped with HARQ process 1 in one to one, a TSN or a logical channel identifier can be omitted from the data block transmitted to HARQ 1.

The receiver uses the physical layer to more rapidly and effectively send the status report information. When a data block not received by the receiver exists in the time interval received by the receiver, the receiver may inform the transmitter of the fact by using a signaling through the physical channel. For example, when the receiver transmits signals to the receiver through a physical control channel every time interval, the receiver can inform the transmitter whether the receiver receives the data transmitted from the transmitter in the previous time interval through the physical channel. When the receiver informs the transmitter that the receiver does not receive the data block in the previous time interval through the physical channel, the transmitter can perform the retransmission of the data block. At this time, the information transmitted from the receiver to the transmitter indicates in what time interval the receiver fails to receive the data block. When the receiver fails to receive the data block transmitted from the transmitter, the receiver may inform the transmitter of the information on the time interval when the reception failure occurs.

In an exemplary embodiment, the information on the time interval transmitted from the receiver to the transmitter can include information on the reception success and failure of the receiver for all the transmission from the transmitter in the time interval, which is set in a constant size by the receiver, or occurrence time information thereof. In another exemplary embodiment, the information on the time interval transmitted from the receiver to the transmitter can include information on the reception failure of the receiver for all the transmission from the transmitter in the time interval, which is set in a constant size by the receiver, or occurrence time information thereof. In still another exemplary embodiment, the information on the time interval transmitted from the receiver to the transmitter can include information on the reception success and failure of the receiver for the transmission from the transmitter or occurrence time information thereof. In still another exemplary embodiment, the information on the time interval transmitted from the receiver to the transmitter can include information on the reception failure of the receiver for the transmission from the transmitter or occurrence time information thereof.

When the transmitter receives the information on the reception failure or the time information thereof, the transmitter can make an appointment of retransmission of the corresponding data regardless of the reception of the status report information from the receiver. The transmission of the information on the reception failure or the time information thereof can be performed by a physical layer or a MAC entity. A physical layer or a MAC layer of the transmitter having received the information on the reception failure or the time information thereof transmitted from the receiver may inform the RLC layer of the information. The RLC entity of the transmitter having received the information on the reception failure or the time information thereof transmitted from the receiver may retransmit the corresponding RLC PDU or RLC SDU and reconstruct the RLC PDU as needed.

FIG. **6** is a flowchart illustrating an example of transmission and reception of the status report information. The status report information can be transmitted to the transmitter in a state where it is arbitrarily or previously set by the receiver. Alternatively, in order to more rapidly check the status report information, the transmitter may request for the transmission of the status report information through status request information.

Referring to FIG. **6**, the Tx HARQ transmits status request information to the Rx HARQ (S**310**). The status request information request the receiver for transmitting the status report information. The status request information allows the transmitter **500** and the receiver **550** to more rapidly exchange the status report information. The status request information is information indicating that the receiver **550** should rapidly construct and transmit the status report information. When receiving the status request information, the Rx HARQ informs the Rx RLC of the fact (S**320**). The Rx RLC constructs and sends the status report information to the Rx HARQ (S**330**). The Rx HARQ transmits the status report information (S**340**).

When a predetermined condition is satisfied, the physical layer of the transmitter **500** can transmit the status request information through a physical channel different from the physical channel through which data are transmitted. For example, when the physical layer performs the retransmission the same number of times as the maximum number of times of HARQ retransmission set in the data block transmitted by the physical layer, the physical layer can set and transmits the status request information.

The status report information or the status request information can be transmitted through a control information

US 7,869,396 B2

11

transport channel which is used in the physical layer to transmit the scheduling information.

FIG. **7** is a flowchart illustrating another example of transmission and reception of the status report information.

Referring to FIG. **7**, the Tx RLC requests for the status request information (S**410**). The status request information may be requested by a higher-level layer as well as the physical layer. When the buffer of the RLC entity is empty, for example, when the final RLC PDU has been transmitted, the RLC entity can request for the status request information so as to receive the status report information from the receiver **650**. The Tx HARQ transmits the status request information to the Rx HARQ (S**420**). When receiving the status request information, the Rx HARQ informs the Rx RLC of the fact (S**430**). The Rx RLC constructs and sends the status report information to the Rx HARQ (S**440**). The Rx HARQ transmits the status report information (S**450**).

FIG. **8** is a flowchart illustrating a data transmission method according to another exemplary embodiment of the invention.

Referring to FIG. **8**, the RLC PDU is sent from the Tx RLC to the Tx HARQ (S**500**). The Tx HARQ transmits a data block to the Rx HARQ (S**510**). When an error is detected from the data block, the Rx HARQ transmits an NACK signal to the Tx RLC (S**520**). The Tx HARQ transmits the retransmission data block to the Rx HARQ (S**530**). An error is detected in the second transmission and the Rx HARQ transmits the NACK signal to the Tx HARQ (S**540**). In this way, the transmission can be repeated by L times which is the maximum allowable number of times (S**550**).

When an error is detected in the final transmission, the Rx RLC is requested for constructing the status report information (S**555**). The Rx RLC constructs and sends the status report information to the Rx HARQ (S**570**). When an error is detected and the Rx HARQ transmits the NACK signal, the Tx HARQ may recognize the NACK signal as the ACK signal (S**560**). The Rx HARQ transmits the status report information to the Tx RLC (S**575**). The status report information is reported to the Tx RLC (S**580**). Accordingly, even when an error occurs from the ACK/NACK signal, the RLC can accurately judge whether the retransmission should be performed on the basis of the status report information.

Independently of the status report information, the physical layer can transmit particular information to more effectively transmit the ACK/NACK signals between the HARQ. When the transmitter performs the final HARQ process of a specific data block, the transmitter can transmit particular information indicating that the final HARQ of the specific data block is being transmitted, through the physical layer.

FIG. **9** is a flowchart illustrating a data transmission method according to another exemplary embodiment of the invention. It relates to a method of allowing the RLC entity to cope with an emergency.

Referring to FIG. **9**, the Tx RLC transmits a RLC PDU to the receiver **850** (S**600**). When the first transmission fails, the Tx RLC performs the retransmission. The retransmission can be repeated by N times which is the maximum allowable number of times (S**610**). When the N-th transmission fails, the Tx RLC informs the Rx RRC of the failure (S**630**).

When the case where the transmitter **800** transmits a specific data block but does not receive an acknowledgement from the receiver **850** is repeated a predetermined number of times or more, the RLC layer may inform a higher-level layer of resetting a communication condition. When the RRC is informed by the RLC that it transmits a data block a predetermined number of times or more but does not receive an acknowledgement from the opposite party, the RRC solve

12

this problem by using the RRC signaling of the higher-level layer. The RRC signaling means that the transmitter and the receiver transmit an RRC message to each other. In this case, the RRC can reset the RLC.

When transmitting the specific data block several times but not receiving an acknowledgement from the receiver **850**, the Tx RLC may stop the transmission of the data block. The Tx RLC may inform the Tx RRC as a higher-level layer of this fact, and waits for an instruction therefrom. Alternatively, when recognizing an abnormal operation in the transmission of the specific data block, the Tx RLC may not process such a situation, but inform the RRC as a higher-level layer of the situation and comply with an instruction therefrom.

FIG. **10** is a block diagram illustrating a data transmission method according to another exemplary embodiment of the invention.

Referring to FIG. **10**, the transmitter sequentially transmits RLC PDU0, RLC PDU1, RLC PDU2, RLC PDU3, and RLC PDU4 and the receiver receives successfully RLC PDU0 and RLC PDU1 but fails to receive RLC PDU2. Since failing to receive RLC PDU2, the receiver loads the information on RLC PDU2 to the status report information.

RLC PDU2 includes a part of RLC SDU1 and a part of RLC SDU2. When the receiver transmits the status report information based on the information of the SDU, the receiver should transmit at least two information pieces, that is, information pieces on RLC SDU0 and RLC SDU1. On the contrary, when the receiver transmits the status report information based on the information of the PDU, the receiver can transmit only one information piece, that is, the information on the RLC PDU2. Accordingly, by transmitting the status report information based on the information of the PDU, it is possible to reduce the amount of data to be transmitted.

The PDU can be expressed in various ways. For example, the PDU can be expressed as what portion of the SDU is addressed by the data included in the PDU or as sequence number assigned to each PDU. In order to allow the transmitter and the receiver to easily manage the PDUs, the status report information can be managed based on the sequence numbers.

FIG. **11** is a block diagram illustrating a handover.

Referring to FIG. **11**, a source eNode-B **910** denotes a current eNode-B and a target eNode-B **920** denotes a new base station after the handover. When the source eNode-B **910** and the target eNode-B **920** have different information associated with the status report information of a UE **900** or the target eNode-B **920** does not have the latest status report information, unnecessary transmission may cause. The transmission of new data may be delayed due to the unnecessary transmission, thereby deteriorating the QoS. When a handover occurs, the UE **900** retransmits the SDUs, for which no acknowledgement is received from the source eNode-B to the target eNode-B **920**.

The UE **900** can reconstruct the RLC SDU into the RLC PDU and transmit the re-constructed RLC PDU to the target eNode-B **920**. Alternatively, the source eNode-B **910** can transmit the latest status report information to the target eNode-B **920** and the target eNode-B **920** can transmit the latest status report information to the UE **900**.

The SDU which is transmitted from the eNode-B to the AG in the course of the handover can be classified into two kinds, that is, SDU which the source eNode-B **910** transmits to the AG **930** and SDU which the target eNode-B **920** transmits to the AG **930**. When the handover does not occur, the eNode-B rearranges the SDU received from the UE, but when the handover occurs, both eNode-Bs transmit the SDU to the AG **930** and thus any eNode-B cannot rearrange the SDU. The AG

US 7,869,396 B2

13

930 should check all the SDUs transmitted from the source eNode-B 910 and the target eNode-B 920 and rearrange the SDUs. Right after the handover, the target eNode-B 920 transmits the SDU to the AG 930 every when restoring the SDUs, for a predetermined time, that is, until the handover is completed.

The target eNode-B 920 can transmit to the AG 930 the RLC SDUs received successfully itself by the use of the time information of the handover. The time information of the handover can be received from the source eNode-B 910.

The target eNode-B 920 can transmit the RLC SDU successfully received from the UE 900 to the AG 930 at once for a predetermined time after the handover is made. The time information can be used to determine how long the target eNode-B 920 transmits the RLC SDU successfully received to the AG 930. The time information may be valid from the time point when the instruction for the handover is received from the source eNode-B 910. Alternatively, the time information may be valid from the time point when the target eNode-B 920 receives a message associated with the handover from the UE 900.

For a predetermined time from the time point when the UE 900 accesses the target eNode-B 920, the target eNode-B 920 may not rearrange but transmit the RLC SDU successfully received from the UE 900 to the AG 930 at once. The target eNode-B 920 may receive the time information from the source eNode-B 910 and not rearrange but transmit the RLC SDU successfully received from the UE 900 to the AG 930 at once until the time point instructed by the time information. After the predetermined time, the target eNode-B 920 may rearrange and transmit the successfully received RLC SDU to the AG 930.

When receiving the RLC SDU having a sequence number smaller than the sequence number designated by the source eNode-B 910, the target eNode-B 920 can transmit the received RLC SDU to the AG 930 at once. The UE 900 transmits the sequence number information at the time of accessing the target eNode-B 920 and the target eNode-B 920 can transmit the received RLC SDU to the AG 930 at once when receiving the RLC SDU having a sequence number smaller than the sequence number. The UE 900 can inform the target eNode-B 920 of the largest sequence number of the sequence numbers of the RLC SDUs which have been transmitted to the source eNode-B 910 at the time of first accessing the target eNode-B 920.

On the other hand, the optimization process may be carried out in the downlink direction. In a new cell, the UE 900 transmits a handover completion message to the target eNode-B 920. In the course, the target eNode-B 920 transmits a response message to the handover completion message. The UE 900 informs the target eNode-B 920 of the largest sequence number of the sequence numbers of the SDUs successfully and continuously received by the UE 900 for the downlink data successfully received by the UE 900. The target eNode-B 920 can newly transmit only the SDUs having a sequence number larger than the acquired sequence number to the UE 900. It is possible to reduce the burden of the UE 900 which classifies and rearranges the SDUs received from the target eNode-B 920 and the source eNode-B 910.

Hereinafter, operation of the ARQ and the HARQ is described.

The HARQ with an N-channel SAQ (Stop-And-Wait) is advantageous for a higher transmission rate. In the HARQ, while one process performs the transmission and then waits for a response thereto, another process performs the transmission. By reducing idle time in the transmission, it is possible to enhance the transmission rate. However, since the radio

14

conditions are often changed, the qualities of radio intervals to be actually experienced may be different from each other between continuous processes. Accordingly, the process having started the transmission does not always finish the transmission earlier. Therefore, the receiver should be able to perform the rearrangement and thus includes a buffer for performing the rearrangement.

The ARQ entity, that is, the RLC entity operating in the AM mode, includes a buffer. This is because all the portions of the SDU should be stored in the buffer of the receiver until all the PDUs including a specific portion of the SDU arrive. If a gap occurs in the buffer of the receiver, it means that a specific RLC PDU is not received. If a gap occurs in the buffer of the HARQ, it also means that a specific MAC PDU is not received. Since the RLC PDUs constitute the MAC PDUs, the gap in the RLC buffer and the gap in the HARQ buffer are associated with each other. It is possible to perform the buffer management in comprehensive consideration of two gaps. The rearrangement in the HARQ and the RLC PDUs received by the RLC can be simultaneously considered using only one buffer.

The MAC PDUs are decomposed as soon as being received and then are sent to the RLC entities. In order for the RLC entity to solve the gap generated due to the N-channel SAW in the MAC, the RLC entity should check whether the gap generated in the RLC buffer is due to the reception failure or the inversion of transport order generated due to the N-channel SAW. The buffer of the RLC entity can use a timer. When a gap is generated in the buffer of the RLC entity, the timer is activated at once. When data corresponding to the gap is not received until the timer expires, it is judged that the gap is generated due to the reception failure and the status report information may be transmitted to the transmitter.

FIG. 12 is a diagram illustrating an example of a data transmission method according to an exemplary embodiment of the invention, where a MAC layer (Rx MAC) and a RLC layer (Rx RLC) in the receiver are shown.

Referring to FIG. 12, in ①, the ARQ entity, that is, the RLC entity, receives PDU3 from the HARQ as a lower-level layer, that is, the MAC layer. Since PDU2 having a sequence number smaller than that of PDU3 does not exist, the receiver checks that the gap is generated due to the inversion of transport order of the HARQ by the use of the HARQ jitter timer JT.

In ②, the RLC entity receives PDU2 before the HARQ jitter timer JT expires, and the HARQ jitter timer JT stops.

In ③, similarly to ①, since the ARQ entity received PDU6 having a sequence number smaller than that of PDU7, the HARQ jitter timer JT is activated.

In ④, although the HARQ jitter timer JT expires, the RLC entity cannot receive PDU6. The receiver judges that the reception of PDU6 fails and transmits the status report information associated therewith to the transmitter.

When receiving the status report information indicating that the receiver does not receive a certain PDU from the receiver, the transmitter retransmits the corresponding PDU. A timer may be set in each data block so as to prevent a deadlock. When the timers set in the SDUs expire, the pieces of the SDUs are not transmitted any more even when the reception failure is reported from the receiver.

When receiving a data block having a sequence number outside the current window, the receiver adjusts the boundary of the window. The operation of the receiver uses the timer and the reception window.

FIG. 13 is a diagram illustrating an example of a data transmission method according to an exemplary embodiment

**15**                                                                    **16**

of the invention, where RLCs serving as an AM in the transmitter and the receiver are shown.

Referring to FIG. **13**, in ①, SDU1 arrives at the buffer of the transmitter and a discard timer DT is activated. In ②, SDU2 arrives at the buffer of the transmitter and a discard timer DT is activated. The discard timers DT serve to define the maximum delay time set in the RLC entities.

In ③, the receiver receives PDU3 and recognizes that PDU2 having a sequence n number smaller than that of PDU3 dose not arrive yet. In order to check whether the reception failure is generated due to the inversion of transfer order of the HARQ, the receiver starts the HARQ jitter timer JT.

In ④, when the HARQ jitter timer JT expires, the receiver reports to the transmitter that it does not receive PDU2. At the same time, in order to prevent the report from being lost, a periodic timer PT for PDU2 is activated.

In ⑤, the transmitter receives the report transmitted from the receiver. Since the discard timer DT for SDU1 does not expire yet, the transmitter retransmits PDU2.

In ⑥, the discard timer DT for SDU1 expires. The pieces of SDU1 are not transmitted any more. At this time, the transmitter may inform the receiver that the discard timer DT for SDU1 expires and thus it does not transmit the pieces of SDU1 any more. It is possible to prevent waste of radio resources by preventing an unnecessary retransmission request.

In ⑦, the periodic timer PT for PDU2 expires. Since the receiver does not receive PDU2 hitherto, the receiver transmits the status report information for PDU2 again. The periodic timer PT may be activated again at the same time of transmitting the status report information.

In ⑧, since the transmitter receives the status report information transmitted from the receiver again but the transmitter discards SDU1 due to the expiration of the discard timer DT, PDU2 is not retransmitted any more.

In ⑨, a release timer RT for SDU2 expires in the receiver. The release timer RT is activated when the successfully reconstructed SDU cannot be sent to a higher-level layer because an SDU having a sequence number smaller than that thereof does not arrive at the receiver. For example, the receiver successfully receives SDU2 by receiving a part of PDU3, PDU4, and PDU5, the receiver does not complete the reception of SDU1 having a sequence number smaller than that of SDU2 because not receiving PDU2. At the time of receiving SDU2, the release timer RT is activated. The release timer RT is used to prevent a certain SDU from staying in the buffer of the receiver too long. When the release timer RT expires, the receiver sends succeeded SDU2 to a higher-level layer and does not wait for failed SDU1 or PDUs associated the failed SDU (PDU2) any more. Since not waiting PDU2 any more, the periodic timer PT is also stopped.

It is possible to manage the retransmission request by the use of only the buffer of the RLC layer without using the buffer of the MAC layer.

The ARQ used here may be a NACK based system. The NACK based system is effective when data are steadily transmitted. More fine operations are required in consideration of transmission of packets or user data transmitted intermittently or the final SDU or PDU of a certain data flow. The NACK based system can be used when certain data is not received and the reception failure is checked by the receiver.

The receiver transmits the status report information as information on data not received. When the transmission of data is intermittent, that is, when the size of data is very small, the receiver may not know the transmission of data itself and the receiver cannot thus transmit the status report information. In this case, the receiver needs to report the transmitter

that the receiver receives the data successfully. The transmitter also needs to request the receiver to transmit the status report information. In an exemplary embodiment, a PDU may contain a command for requesting the receiver to transmit the status report information. In another exemplary embodiment, for the purpose of more rapid transmission, the transmitter may directly command the receiver to transmit a report through a physical channel through which the scheduling information is transmitted.

The receiver should transmit the status report information to the transmitter as soon as it receives the request for the status report information. When not receiving the status report information within a predetermined time, the transmitter can automatically retransmit the data. When the timer is used, the retransmission can be performed regardless of the status report information.

The present invention can be embodied in hardware, software, or combinations thereof. Examples of the hardware can include an ASIC (Application Specific Integrated Circuit), a DSP (Digital Signal Processing), PLD (Programmable Logic Device), an FPGA (Field Programmable Gate Array), a processor, a controller, a micro processor, other electronic units, and combinations thereof, which are designed to perform the above-mentioned functions. In software, the invention can be embodied by modules for performing the above-mentioned functions. The software can be stored in a memory unit and executed by a processor. As the memory unit or processor, means well known to those skilled in the art can be employed.

Although the embodiments of the present invention have been described in detail with reference to the attached drawings, it should be understood by those skilled in the art that the invention can be modified and changed in various forms without departing from the technical spirit and scope of the invention. Accordingly, the invention is not limited to the above-mentioned embodiments, but includes all the embodiments without departing from the scope of the appended claims.

The invention claimed is:

**1**. A method of performing automatic repeat request (ARQ) in a wireless communication system, the method performed by a receiver and comprising:

    detecting whether at least one data block to be received from a transmitter is missed;

    starting a timer when the at least one data block is detected as missed;

    stopping the timer when the at least one data block is received from the transmitter while the timer is running, in order to prevent a triggering of a status report before the timer expires; and

    transmitting the status report to the transmitter after the timer expires, wherein the status report comprises a positive acknowledgement indicating receipt of at least one received data block.

**2**. The method of claim **1**, wherein the at least one data block is detected as missed when a sequence number (SN) of a currently received data block is larger than a SN of a previously received data block.

**3**. The method of claim **1**, wherein the at least one data block is detected as missed when a sequence number (SN) following a SN of a data block with a highest SN among received data blocks is larger than a lowest SN of the at least one data block to be received.

**4**. The method of claim **1**, wherein the at least one data block is detected as missed when a sequence number (SN) following a SN of a data block with a highest SN among received data blocks is larger than a SN following a last in-sequence received data block.

US 7,869,396 B2

**17**

**5**. The method of claim **1**, wherein the timer is stopped when a sequence number (SN) following a SN of a data block with a highest SN among received data blocks when the timer was started is the same as a SN following the last in-sequence received data block.

**6**. The method of claim **1**, wherein the at least one data block comprises a Radio Link Control (RLC) Protocol Data Unit (PDU).

**7**. The method of claim **1**, wherein the status report further comprises a negative acknowledgement indicating a sequence number (SN) of the at least one data block detected as missed.

**8**. A receiver for performing automatic repeat request (ARQ) in a wireless communication system, the receiver comprising a Radio Link Control (RLC) entity, wherein the RLC entity is configured to:

  detect whether at least one data block to be received from a transmitter is missed;

  start a timer when the at least one data block is detected as missed;

**18**

  stop the timer when the at least one data block is received from the transmitter while the timer is running, in order to prevent a triggering of a status report before the timer expires; and

  transmit the status report to the transmitter after the timer expires, wherein the status report comprises a positive acknowledgement indicating receipt of at least one received data block.

**9**. The receiver of claim **8**, wherein the at least one data block is detected as missed when a sequence number (SN) following a SN of a data block with a highest SN among received data blocks is larger than a SN following a last in-sequence received data block.

**10**. The receiver of claim **8**, wherein the timer is stopped when a sequence number (SN) following a SN of a data block with a highest SN among received data blocks when the timer was started is the same as a SN following the last in-sequence received data block.

* * * * *

EXHIBIT 24

| US 7869396 – Claim 1 | 3GPP Specifications |
|---|---|
| A method of performing automatic repeat request (ARQ) in a wireless communication system, the method performed by a receiver and comprising: | **3GPP TS 36.322 v.8.5.0**<br><br>**3.2 Abbreviations**<br><br>ARQ Automatic Repeat reQuest<br><br>**4.2.1.3 AM RLC entity**<br>**4.2.1.3.1 General**<br>(…)<br>An AM RLC entity delivers/receives the following RLC data PDUs:<br>   − AMD PDU;<br>   − AMD PDU segment.<br><br>An AM RLC entity delivers/receives the following RLC control PDU:<br>   − STATUS PDU.<br><br>**4.2.1.3.3 Receiving side**<br>When the receiving side of an AM RLC entity receives RLC data PDUs, it shall:<br>…<br>- detect the loss of RLC data PDUs at lower layers and request retransmissions to its peer AM RLC entity; …<br><br>**4.4 Functions**<br>The following functions are supported by the RLC sub layer: …<br>- error correction through ARQ (only for AM data transfer); …<br><br>**5.1.3 AM data transfer**<br>**5.1.3.1 Transmit operations**<br>**5.1.3.1.1 General**<br>(…)<br>The transmitting side of an AM RLC entity can receive a positive acknowledgement (confirmation of successful reception by its peer AM RLC entity) for a RLC data PDU by the following:<br>   − STATUS PDU from its peer AM RLC entity. (…)<br><br>**5.2 ARQ procedures**<br><br>ARQ procedures are only performed by an AM RLC entity.<br><br>**5.2.1 Retransmission**<br>The transmitting side of an AM RLC entity can receive a negative acknowledgement (notification of reception failure by its peer AM RLC entity) for an AMD PDU or a portion of an AMD PDU by the following:<br>   − STATUS PDU from its peer AM RLC entity.<br><br>**5.2.3 Status reporting**<br>An AM RLC entity sends STATUS PDUs to its peer AM RLC entity in order to provide positive and/or negative acknowledgements of RLC PDUs (or portions of them). (…) |

| | |
|---|---|
| detecting whether at least one data block to be received from a transmitter is missed; | **3GPP TS 36.322 v.8.5.0**<br><br>**5.1.3.2 Receive operations**<br>**5.1.3.2.3 Actions when a RLC data PDU is placed in the reception buffer**<br>When a RLC data PDU with SN = x is placed in the reception buffer, the receiving side of an AM RLC entity shall: …<br>- if *t-Reordering* is not running (includes the case *t-Reordering* is stopped due to actions above):<br>    - if VR (H) > VR(R):<br>       - start *t-Reordering*;<br>       - set VR(X) to VR(H).<br>**7.1 State variables**<br>**….** The receiving side of each AM RLC entity shall maintain the following state variables:<br>a) VR(R) – Receive state variable<br>This state variable holds the value of the SN following the last in-sequence completely received AMD PDU, and it serves as the lower edge of the receiving window. It is initially set to 0, and is updated whenever the AM RLC entity receives an AMD PDU with SN = VR(R). …<br>e) VR(H) – Highest received state variable<br>This state variable holds the value of the SN following the SN of the RLC data PDU with the highest SN among received RLC data PDUs. It is initially set to 0.<br><br>**7.3 Timers**<br>The following timers are configured by RRC [5]: …<br>b) *t-Reordering*<br>This timer is used by the receiving side of an AM RLC entity and receiving UM RLC entity in order to detect loss of RLC PDUs at lower layer (see sub clauses 5.1.2.2 and 5.1.3.2). … |
| starting a timer when the at least one data block is detected as missed; | **3GPP TS 36.322 v.8.5.0**<br><br>**5.1.3.2 Receive operations**<br>**5.1.3.2.3 Actions when a RLC data PDU is placed in the reception buffer**<br>When a RLC data PDU with SN = x is placed in the reception buffer, the receiving side of an AM RLC entity shall: …<br>- if t-Reordering is not running (includes the case t-Reordering is stopped due to actions above):<br>    - if VR (H) > VR(R):<br>       - start t-Reordering;<br>       - set VR(X) to VR(H).<br>**7.3 Timers**<br>The following timers are configured by RRC [5]: …<br>b) *t-Reordering*<br>This timer is used by the receiving side of an AM RLC entity and receiving UM RLC entity in order to detect loss of RLC PDUs at lower layer (see sub clauses 5.1.2.2 and 5.1.3.2). |
| stopping the timer when the at least one data block is received from the transmitter while the timer is running, in order to prevent a triggering of a status report before the timer expires; and | **3GPP TS 36.322 v.8.5.0**<br><br>**5.1.3.2.3 Actions when a RLC data PDU is placed in the reception buffer**<br>When a RLC data PDU with SN = x is placed in the reception buffer, the receiving side of an AM RLC entity shall: (…)<br>   −  if *t-Reordering* is running: |

| | |
|---|---|
| |     —   if VR(X) = VR(R); or<br>    —   if VR(X) falls outside of the receiving window:<br>stop and reset *t-Reordering*; (…) |
| transmitting the status report to the transmitter after the timer expires, | **3GPP TS 36.322 v.8.5.0**<br><br>**5.2.3 Status reporting**<br>…Triggers to initiate STATUS reporting include: …<br>- Detection of reception failure of an RLC data PDU:<br>    - The receiving side of an AM RLC entity shall trigger a STATUS report when *t-Reordering* expires.<br>NOTE: The expiry of *T_reordering* triggers both VR(MS) to be updated and a STATUS report to be triggered, but the STATUS report shall be triggered after VR(MS) is updated. … |
| wherein the status report comprises a positive acknowledgement indicating receipt of at least one received data block. | **3GPP TS 36.322 v.8.5.0**<br><br>**5.2.3 Status reporting**<br>An AM RLC entity sends STATUS PDUs to its peer AM RLC entity in order to provide positive and/or negative acknowledgements of RLC PDUs (or portions of them).<br>(…)<br><br>When constructing a STATUS PDU, the AM RLC entity shall: …<br>    —   set the ACK_SN to the SN of the next not received RLC Data PDU which is not indicated as missing in the resulting STATUS PDU.<br><br>**6.1.2 RLC control PDU**<br>**a) STATUS PDU**<br>STATUS PDU is used by the receiving AM RLC entity to inform the transmitting AM RLC entity about AMD PDUs that are received successfully, and AMD PDUs that are detected to be lost by the receiving AM RLC entity.<br><br>**6.2.1.6 STATUS PDU**<br>STATUS PDU consists of a STATUS PDU payload and a RLC control PDU header. (…)<br><br>The STATUS PDU payload starts from the first bit following the RLC control PDU header, and it consists of one ACK_SN and one E1, zero or more sets of a NACK_SN, an E1 and an E2, and possibly a set of a SOstart and a SOend for each NACK_SN. When necessary one to seven padding bits are included in the end of the STATUS PDU to achieve octet alignment.<br><br><br><br>**Figure 6.2.1.6-1: STATUS PDU** |

| | 6.2.2.14 Acknowledgement SN (ACK_SN) field |
|---|---|
| | Length: 10 bits. |
| | |
| | The ACK_SN field indicates the SN of the next not received RLC Data PDU which is not reported as missing in the STATUS PDU. When the transmitting side of an AM RLC entity receives a STATUS PDU, it interprets that all AMD PDUs up to but not including the AMD PDU with SN = ACK_SN have been received by its peer AM RLC entity, excluding those AMD PDUs indicated in the STATUS PDU with NACK_SN and portions of AMD PDUs indicated in the STATUS PDU with NACK_SN, SOstart and SOend. |
| **US 7869396 – Claim 6** | **3GPP Specifications** |
| The method of claim 1, wherein the at least one data block comprises a Radio Link Control (RLC) Protocol Data Unit (PDU). | **4.2 RLC architecture**<br>**4.2.1 RLC entities**<br><br>An AM RLC entity consists of a transmitting side and a receiving side. …<br>The receiving side of an AM RLC entity delivers RLC SDUs to upper layer and receives RLC PDUs from its peer AM RLC entity via lower layers.<br><br>**4.2.1.3 AM RLC entity**<br>**4.2.1.3.1 General**<br>… An AM RLC entity delivers/receives the following RLC data PDUs:<br>- AMD PDU;<br>- AMD PDU segment.<br><br>**4.2.1.3.3 Receiving side**<br>When the receiving side of an AM RLC entity receives RLC data PDUs, it shall: … |
| **US 7869396 – Claim 8** | **3GPP Specifications** |
| A receiver for performing automatic repeat request (ARQ) in a wireless communication system, the receiver comprising a Radio Link Control (RLC) entity, wherein the RLC entity is configured to: | **3GPP TS 36.322 v.8.5.0**<br><br>**3.2 Abbreviations**<br><br>ARQ Automatic Repeat request<br><br>**4.2 RLC architecture**<br>**4.2.1 RLC entities**<br><br>An AM RLC entity consists of a transmitting side and a receiving side. …<br>The receiving side of an AM RLC entity delivers RLC SDUs to upper layer and receives RLC PDUs from its peer AM RLC entity via lower layers.<br><br>**4.2.1.3 AM RLC entity**<br>**4.2.1.3.1 General**<br>(…)<br>An AM RLC entity delivers/receives the following RLC data PDUs:<br>  –  AMD PDU;<br>  –  AMD PDU segment.<br><br>An AM RLC entity delivers/receives the following RLC control PDU:<br>  –  STATUS PDU.<br><br>**4.2.1.3.3 Receiving side**<br>When the receiving side of an AM RLC entity receives RLC data PDUs, it shall: |

|  | ...<br>- detect the loss of RLC data PDUs at lower layers and request retransmissions to its peer AM RLC entity; ...<br><br>**4.4 Functions**<br>The following functions are supported by the RLC sub layer: ...<br>- error correction through ARQ (only for AM data transfer); ...<br><br>**5.1.3 AM data transfer**<br>**5.1.3.1 Transmit operations**<br>**5.1.3.1.1 General**<br>(...)<br>The transmitting side of an AM RLC entity can receive a positive acknowledgement (confirmation of successful reception by its peer AM RLC entity) for a RLC data PDU by the following:<br>    − STATUS PDU from its peer AM RLC entity. (...)<br><br>**5.2 ARQ procedures**<br><br>ARQ procedures are only performed by an AM RLC entity.<br><br>**5.2.1 Retransmission**<br>The transmitting side of an AM RLC entity can receive a negative acknowledgement (notification of reception failure by its peer AM RLC entity) for an AMD PDU or a portion of an AMD PDU by the following:<br>    − STATUS PDU from its peer AM RLC entity.<br><br>**5.2.3 Status reporting**<br>An AM RLC entity sends STATUS PDUs to its peer AM RLC entity in order to provide positive and/or negative acknowledgements of RLC PDUs (or portions of them). (...) |
| detect whether at least one data block to be received from a transmitter is missed; | **3GPP TS 36.322 v.8.5.0**<br><br>**5.1.3.2 Receive operations**<br>**5.1.3.2.3 Actions when a RLC data PDU is placed in the reception buffer**<br>When a RLC data PDU with SN = x is placed in the reception buffer, the receiving side of an AM RLC entity shall: ...<br>- if *t-Reordering* is not running (includes the case *t-Reordering* is stopped due to actions above):<br>      - if VR (H) > VR(R):<br>         - start *t-Reordering*;<br>         - set VR(X) to VR(H).<br>**7.1 State variables**<br>**....** The receiving side of each AM RLC entity shall maintain the following state variables:<br>a) VR(R) − Receive state variable<br>This state variable holds the value of the SN following the last in-sequence completely received AMD PDU, and it serves as the lower edge of the receiving window. It is initially set to 0, and is updated whenever the AM RLC entity receives an AMD PDU with SN = VR(R). ...<br>e) VR(H) − Highest received state variable<br>This state variable holds the value of the SN following the SN of the RLC data PDU with the highest SN among received RLC data PDUs. It is initially set to 0. |

| | |
|---|---|
| | **7.3 Timers**<br>The following timers are configured by RRC [5]: …<br>b) *t-Reordering*<br>This timer is used by the receiving side of an AM RLC entity and receiving UM RLC entity in order to detect loss of RLC PDUs at lower layer (see sub clauses 5.1.2.2 and 5.1.3.2). … |
| start a timer when the at least one data block is detected as missed; | **3GPP TS 36.322 v.8.5.0**<br><br>**5.1.3.2 Receive operations**<br>**5.1.3.2.3 Actions when a RLC data PDU is placed in the reception buffer**<br>When a RLC data PDU with SN = x is placed in the reception buffer, the receiving side of an AM RLC entity shall: …<br>- if t-Reordering is not running (includes the case t-Reordering is stopped due to actions above):<br>      - if VR (H) > VR(R):<br>            - start t-Reordering;<br>            - set VR(X) to VR(H).<br>**7.3 Timers**<br>The following timers are configured by RRC [5]: …<br>b) *t-Reordering*<br>This timer is used by the receiving side of an AM RLC entity and receiving UM RLC entity in order to detect loss of RLC PDUs at lower layer (see sub clauses 5.1.2.2 and 5.1.3.2). |
| stop the timer when the at least one data block is received from the transmitter while the timer is running, in order to prevent a triggering of a status report before the timer expires; and | **3GPP TS 36.322 v.8.5.0**<br><br>**5.1.3.2.3 Actions when a RLC data PDU is placed in the reception buffer**<br>When a RLC data PDU with SN = x is placed in the reception buffer, the receiving side of an AM RLC entity shall: (…)<br>    – if *t-Reordering* is running:<br>        – if VR(X) = VR(R); or<br>        – if VR(X) falls outside of the receiving window:<br>stop and reset *t-Reordering*; (…) |
| transmit the status report to the transmitter after the timer expires, | **3GPP TS 36.322 v.8.5.0**<br><br>**5.2.3 Status reporting**<br>…Triggers to initiate STATUS reporting include: …<br>- Detection of reception failure of an RLC data PDU:<br>      - The receiving side of an AM RLC entity shall trigger a STATUS report when *t-Reordering* expires.<br>NOTE: The expiry of *T_reordering* triggers both VR(MS) to be updated and a STATUS report to be triggered, but the STATUS report shall be triggered after VR(MS) is updated. … |
| wherein the status report comprises a positive acknowledgement indicating receipt of at least one received data block. | **3GPP TS 36.322 v.8.5.0**<br><br>**5.2.3 Status reporting**<br>An AM RLC entity sends STATUS PDUs to its peer AM RLC entity in order to provide positive and/or negative acknowledgements of RLC PDUs (or portions of them).<br>(…)<br><br>When constructing a STATUS PDU, the AM RLC entity shall: …<br>    – set the ACK_SN to the SN of the next not received RLC Data PDU which |

is not indicated as missing in the resulting STATUS PDU.

### 6.1.2 RLC control PDU
### a) STATUS PDU
STATUS PDU is used by the receiving AM RLC entity to inform the transmitting AM RLC entity about AMD PDUs that are received successfully, and AMD PDUs that are detected to be lost by the receiving AM RLC entity.

### 6.2.1.6 STATUS PDU
STATUS PDU consists of a STATUS PDU payload and a RLC control PDU header. (…)

The STATUS PDU payload starts from the first bit following the RLC control PDU header, and it consists of one ACK_SN and one E1, zero or more sets of a NACK_SN, an E1 and an E2, and possibly a set of a SOstart and a SOend for each NACK_SN. When necessary one to seven padding bits are included in the end of the STATUS PDU to achieve octet alignment.



**Figure 6.2.1.6-1: STATUS PDU**

### 6.2.2.14 Acknowledgement SN (ACK_SN) field
Length: 10 bits.

The ACK_SN field indicates the SN of the next not received RLC Data PDU which is not reported as missing in the STATUS PDU. When the transmitting side of an AM RLC entity receives a STATUS PDU, it interprets that all AMD PDUs up to but not including the AMD PDU with SN = ACK_SN have been received by its peer AM RLC entity, excluding those AMD PDUs indicated in the STATUS PDU with NACK_SN and portions of AMD PDUs indicated in the STATUS PDU with NACK_SN, SOstart and SOend.

# EXHIBIT 25

US008971279B2

(12) **United States Patent**      (10) **Patent No.:**      **US 8,971,279 B2**
Seo et al.                         (45) **Date of Patent:**      **Mar. 3, 2015**

(54) **METHOD AND APPARATUS FOR INDICATING DEACTIVATION OF SEMI-PERSISTENT SCHEDULING**

(71) Applicant: **LG Electronics Inc.**, Seoul (KR)

(72) Inventors: **Dong Youn Seo**, Anyang-Si (KR); **Ki Jun Kim**, Anyang-Si (KR); **Dae Won Lee**, Anyang-Si (KR); **Young Woo Yun**, Anyang-Si (KR); **Joon Kui Ahn**, Anyang-Si (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 166 days.

(21) Appl. No.: **13/791,421**

(22) Filed: **Mar. 8, 2013**

(65) **Prior Publication Data**

US 2013/0182679 A1      Jul. 18, 2013

**Related U.S. Application Data**

(63) Continuation of application No. 13/050,680, filed on Mar. 17, 2011, now Pat. No. 8,411,633, which is a continuation of application No. 12/581,584, filed on Oct. 19, 2009, now Pat. No. 8,009,606.

(60) Provisional application No. 61/114,440, filed on Nov. 13, 2008, provisional application No. 61/119,375, filed on Dec. 3, 2008.

(30) **Foreign Application Priority Data**

Jul. 24, 2009      (KR) ........................ 10-2009-0067796

(51) **Int. Cl.**
**H04W 4/00**      (2009.01)
**H04W 72/04**      (2009.01)

(52) **U.S. Cl.**
CPC ........ **H04W 72/0446** (2013.01); **H04W 72/042** (2013.01)
USPC ....................................................... **370/329**

(58) **Field of Classification Search**
CPC ........... H04W 72/042; H04W 72/0446; H04L 1/0072; H04L 1/0079; H04L 5/0053; H04L 1/004; H04L 1/0061; H03M 13/09
USPC ............ 370/319, 329, 321, 349; 455/17, 560, 455/561
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2008/0090583 A1      4/2008   Wang et al.
2008/0117891 A1      5/2008   Damnjanovic et al.
(Continued)

FOREIGN PATENT DOCUMENTS

CN           101111009   A       1/2008
CN           101132596   A       2/2008
EP           2207394     *       4/2009
JP           2007-166295 A       6/2007
(Continued)

OTHER PUBLICATIONS

"3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA); Radio Resource Control (RCC); Protocol Specification (Release 8)", 3GPP Organizational Partners, 3GPP TS 36.331 V8.4. 0, Dec. 2008.

*Primary Examiner* — Raj Jain
(74) *Attorney, Agent, or Firm* — Robert D. Shedd; Joseph J. Opalach

(57) **ABSTRACT**

A method and apparatus for performing semi-persistent scheduling (SPS) deactivation in a wireless mobile communication system are disclosed. A base station (BS) transmits a downlink control channel to a user equipment (UE), and deactivates the SPS when a binary field indicating resource allocation information contained in the downlink control channel is entirely filled with '1'.

**20 Claims, 20 Drawing Sheets**



# US 8,971,279 B2

Page 2

(56)        **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2008/0130590 A1 | 6/2008 | Kim et al. |
| 2008/0232284 A1 | 9/2008 | Dalsgaard et al. |
| 2009/0257408 A1* | 10/2009 | Zhang et al. .................. 370/336 |
| 2010/0085881 A1 | 4/2010 | Tanigawa et al. |
| 2010/0111026 A1 | 5/2010 | Hsu |
| 2010/0177716 A1 | 7/2010 | Harada et al. |
| 2013/0322350 A1* | 12/2013 | Gaur et al. .................... 370/329 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2010-503342 A | 1/2010 |
| JP | 2010-522467 A | 7/2010 |
| KR | 10-2008-0032825 A | 4/2008 |
| WO | WO 2005/072073 A2 | 8/2005 |
| WO | WO 2008/023649 A1 | 2/2008 |
| WO | WO 2008/030936 A2 | 3/2008 |
| WO | WO 2008/038530 A1 | 4/2008 |

* cited by examiner

U.S. Patent          Mar. 3, 2015          Sheet 1 of 20          US 8,971,279 B2

# FIG. 1



Radio frame, $T_f = 307200T_s = 10$ ms

Slot, $T_{slot} = 15360T_s = 0.5$ ms

#0  #1  #2  #3  . . .  #18  #19

Subframe

FIG. 2



# FIG. 3



U.S. Patent     Mar. 3, 2015     Sheet 4 of 20     US 8,971,279 B2

FIG. 4



FIG. 5



Case 1:20-cv-22051-JEM   Document 4-28   Entered on FLSD Docket 05/15/2020   Page 257 of 293

FIG. 6



FIG. 7



FIG. 8



FIG. 9





FIG. 10

FIG. 11



* CP : Cyclic Prefix
* PS : Pulse Shaping
* M > N

SC-FDMA :    +

OFDMA :

FIG. 12



## FIG. 13



FIG. 14



FIG. 15



## FIG. 16

| L\S | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 2 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 |
| 3 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 |
| 4 | 60 | 61 | 62 | 63 | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 |
| 5 | 80 | 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 |
| 6 | 100 | 101 | 102 | 103 | 104 | 105 | 106 | 107 | 108 | 109 | 110 | 111 | 112 | 113 | 114 | 115 | 116 | 117 | 118 | 119 |
| 7 | 120 | 121 | 122 | 123 | 124 | 125 | 126 | 127 | 128 | 129 | 130 | 131 | 132 | 133 | 134 | 135 | 136 | 137 | 138 | 139 |
| 8 | 140 | 141 | 142 | 143 | 144 | 145 | 146 | 147 | 148 | 149 | 150 | 151 | 152 | 153 | 154 | 155 | 156 | 157 | 158 | 159 |
| 9 | 160 | 161 | 162 | 163 | 164 | 165 | 166 | 167 | 168 | 169 | 170 | 171 | 172 | 173 | 174 | 175 | 176 | 177 | 178 | 179 |
| 10 | 180 | 181 | 182 | 183 | 184 | 185 | 186 | 187 | 188 | 189 | 190 | 191 | 192 | 193 | 194 | 195 | 196 | 197 | 198 | 199 |
| 11 | 200 | 201 | 202 | 203 | 204 | 205 | 206 | 207 | 208 | 209 | 210 | 211 | 212 | 213 | 214 | 215 | 216 | 217 | 218 | 219 |
| 12 | 199 | 198 | 197 | 196 | 195 | 194 | 193 | 192 | 191 | 190 | 189 | 188 | 187 | 186 | 185 | 184 | 183 | 182 | 181 | 180 |
| 13 | 179 | 178 | 177 | 176 | 175 | 174 | 173 | 172 | 171 | 170 | 169 | 168 | 167 | 166 | 165 | 164 | 163 | 162 | 161 | 160 |
| 14 | 159 | 158 | 157 | 156 | 155 | 154 | 153 | 152 | 151 | 150 | 149 | 148 | 147 | 146 | 145 | 144 | 143 | 142 | 141 | 140 |
| 15 | 139 | 138 | 137 | 136 | 135 | 134 | 133 | 132 | 131 | 130 | 129 | 128 | 127 | 126 | 125 | 124 | 123 | 122 | 121 | 120 |
| 16 | 119 | 118 | 117 | 116 | 115 | 114 | 113 | 112 | 111 | 110 | 109 | 108 | 107 | 106 | 105 | 104 | 103 | 102 | 101 | 100 |
| 17 | 99 | 98 | 97 | 96 | 95 | 94 | 93 | 92 | 91 | 90 | 89 | 88 | 87 | 86 | 85 | 84 | 83 | 82 | 81 | 80 |
| 18 | 79 | 78 | 77 | 76 | 75 | 74 | 73 | 72 | 71 | 70 | 69 | 68 | 67 | 66 | 65 | 64 | 63 | 62 | 61 | 60 |
| 19 | 59 | 58 | 57 | 56 | 55 | 54 | 53 | 52 | 51 | 50 | 49 | 48 | 47 | 46 | 45 | 44 | 43 | 42 | 41 | 40 |
| 20 | 39 | 38 | 37 | 36 | 35 | 34 | 33 | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 |

**FIG. 17**



## FIG. 18



**FIG. 19**



Case 1:20-cv-22051-JEM Document 1-2 Entered on FLSD Docket 05/15/2020 Page 270 of 293

FIG. 20



Case 1:20-cv-22051-JEM Document 1-2 Entered on FLSD Docket 05/25/2020 Page 272 of 293

FIG. 21



US 8,971,279 B2

1

**METHOD AND APPARATUS FOR INDICATING DEACTIVATION OF SEMI-PERSISTENT SCHEDULING**

CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a Continuation of U.S. patent application Ser. No. 13/050,680 filed on Mar. 17, 2011, which is a Continuation of U.S. patent application Ser. No. 12/581,584 (now U.S. Pat. No. 8,009,606, issued on Aug. 30, 2011) filed on Oct. 19, 2009, which claims the benefit of Korean Patent Application No. 10-2009-0067796, filed on Jul. 24, 2009, and also claims the benefit of U.S. Provisional Application Ser. Nos. 61/114,440, filed on Nov. 13, 2008 and 61/119,375, filed on Dec. 3, 2008. The entire contents of all of the above applications are hereby incorporated by reference.

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a wireless communication system, and more particularly, to a method for scheduling radio resources for semi-persistent uplink/downlink packet data transmission in a cellular wireless communication system, a structure of scheduling information, a scheme for transmitting the scheduling information, and an apparatus using the above-mentioned method and scheme as well as the scheduling information structure.

2. Discussion of the Related Art

A 3rd Generation Partnership Project Long Term Evolution (3GPP LTE) communication system (hereinafter referred to as an "LTE system" for convenience of description) will hereinafter be described as an example of a mobile communication system applicable to the present invention.

A frame structure used in the LTE system will hereinafter be described. The 3GPP LTE system supports a type 1 radio frame structure applicable to frequency division duplex (FDD), and a type 2 radio frame structure applicable to time division duplex (TDD).

FIG. 1 shows a structure of a type 1 radio frame used in the LTE system. The type 1 radio frame includes 10 subframes, each of which consists of two slots. A time length of each constituent slot is shown in FIG. 1.

FIG. 2 shows a structure of a type 2 radio frame used in the LTE system. The type 2 radio frame includes two half-frames, each of which is composed of five subframes, a downlink piloting time slot (DwPTS), a guard period (GP), and an uplink piloting time slot (UpPTS), in which one subframe consists of two slots. That is, one subframe is composed of two slots irrespective of the radio frame type. A time length of each constituent slot is shown in FIG. 2.

A resource grid structure for use in the LTE system will hereinafter be described in detail.

FIG. 3 shows an uplink (UL) time-frequency resource grid structure for use in the 3GPP LTE system.

Referring to FIG. 3, an uplink signal transmitted from each slot can be described by a resource grid including $N_{RB}^{UL}$ $N_{SC}^{RB}$ subcarriers and $N_{symb}^{UL}$ Single Carrier—Frequency Division Multiple Access (SC-FDMA) symbols. Here, $N_{RB}^{UL}$ represents the number of resource blocks (RBs) in an uplink, $N_{SC}^{RB}$ represents the number of subcarriers constituting one RB, and $N_{symb}^{UL}$ represents the number of SC-FDMA symbols in one uplink slot. $N_{RB}^{UL}$ varies with an uplink transmission bandwidth constructed in a cell, and must satisfy $N_{RB}^{min,UL} \leq N_{RB}^{UL} \leq N_{RB}^{max,UL}$. Here, $N_{RB}^{min,UL}$ is the smallest uplink bandwidth supported by the wireless communica-

2

tion system, and $N_{RB}^{max,UL}$ is the largest uplink bandwidth supported by the wireless communication system. Although $N_{RB}^{MIN,UL}$ may be set to 6 ($N_{RB}^{min,UL}=6$) and $N_{RB}^{max,UL}$ may be set to 110 ($N_{RB}^{max,UL}=110$), the scopes of $N_{RB}^{min,UL}$ and $N_{RB}^{msc,UL}$ are not limited thereto. The number of SC-FDMA symbols contained in one slot may be differently defined according to the length of a Cyclic Prefix (CP) and the spacing between subcarriers.

Each element contained in the resource grid is called a resource element (RE), and can be identified by an index pair (k,l) contained in a slot, where k is an index in a frequency domain and is set to any one of $0, \ldots, N_{RB}^{UL}N_{SC}^{RB}-1$, and l is an index in a time domain and is set to any one of $0, \ldots, N_{symb}^{UL}-1$.

A Physical Resource Block (PRB) is defined by $N_{symb}^{UL}$ consecutive SC-FDMA symbols in a time domain and $N_{SC}^{RB}$ consecutive subcarriers in a frequency domain. $N_{symb}^{UL}$ and $N_{SC}^{RB}$ may be predetermined values, respectively. Therefore, one PRB in an uplink may be composed of $N_{symb}^{UL} \times N_{SC}^{RB}$ resource elements. In addition, one PRB may correspond to one slot in a time domain and 180 kHz in a frequency domain. A PRB number $n_{PRB}$ and a resource element index (k,l) in a slot can satisfy a predetermined relationship denoted by

$$n_{PRB} = \left\lfloor \frac{k}{N_{sc}^{RB}} \right\rfloor.$$

FIG. 4 shows a downlink (DL) time-frequency resource grid structure for use in the LTE system.

Referring to FIG. 4, a downlink signal transmitted from each slot can be described by a resource grid including $N_{RB}^{DL}N_{SC}^{RB}$ subcarriers and $N_{symb}^{DL}$ OFDM symbols. $N_{RB}^{DL}$ represents the number of resource blocks (RBs) in a downlink, $N_{SC}^{RB}$ represents the number of subcarriers constituting one RB, and $N_{symb}^{DL}$ represents the number of OFDM symbols in one downlink slot. $D_{RB}^{DL}$ varies with an uplink transmission bandwidth constructed in a cell, and must satisfy $N_{RB}^{min,DL} \leq N_{RB}^{DL} \leq N_{RB}^{max,DL}$. Here, $N_{RB}^{min,DL}$ is the smallest uplink bandwidth supported by the wireless communication system, and $N_{RB}^{max,DL}$ is the largest uplink bandwidth supported by the wireless communication system. Although $N_{RB}^{min,DL}$ may be set to 6 ($N_{RB}^{min,DL}=6$) and $N_{RB}^{max,DL}$ may be set to 110 ($N_{RB}^{max,DL}=110$), the scopes of $N_{RB}^{min,DL}$ and $N_{RB}^{max,DL}$ are not limited thereto. The number of OFDM symbols contained in one slot may be differently defined according to the length of a Cyclic Prefix (CP) and the subcarrier spacing. When transmitting data or information via multiple antennas, one resource grid for each antenna port may be defined.

Each element contained in the resource grid is called a resource element (RE), and can be identified by an index pair (k,l) contained in a slot, where k is an index in a frequency domain and is set to any one of $0, \ldots, N_{RB}^{DL}N_{SC}^{RB}-1$, and l is an index in a time domain and is set to any one of $0, \ldots, N_{symb}^{DL}-1$.

Resource blocks (RBs) shown in FIGS. 3 and 4 are used to describe a mapping relationship between certain physical channels and resource elements (REs). The RBs can be classified into physical resource blocks (PRBs) and virtual resource blocks (VRBs). Although the above mapping relationship between the VRBs and the PRBs has been disclosed on a downlink basis, the same mapping relationship may also be applied to an uplink.

One PRB is defined by $N_{symb}^{DL}$ consecutive OFDM symbols in a time domain and $N_{SC}^{RB}$ consecutive subcarriers in a

3

frequency domain. $N_{symb}^{DL}$ and $N_{SC}^{RB}$ may be predetermined values, respectively. Therefore, one PRB may be composed of $N_{symb}^{DL} \times N_{SC}^{RB}$ resource elements. One PRB may correspond to one slot in a time domain and may also correspond to 180 kHz in a frequency domain, but it should be noted that the scope of the present invention is not limited thereto.

The PRBs are assigned numbers from 0 to $N_{RB}^{DL}-1$ in the frequency domain. A PRB number $n_{PRB}$ and a resource element index (k,l) in a slot can satisfy a predetermined relationship denoted by

$$n_{PRB} = \left\lfloor \frac{k}{N_{sc}^{RB}} \right\rfloor.$$

The VRB may have the same size as that of the PRB. Two types of VRBs are defined, the first one being a localized VRB (LVRB) and the second one being a distributed type (DVRB). For each VRB type, a pair of VRBs in two slots of one subframe may assigned a single VRB number $n_{VRB}$.

The VRB may have the same size as that of the PRB. Two types of VRBs are defined, the first one being a localized VRB (LVRB) and the second one being a distributed VRB (DVRB). For each VRB type, a pair of PRBs may have a single VRB index (which may hereinafter be referred to as a 'VRB number') and are allocated over two slots of one subframe. In other words, $N_{RB}^{DL}$ VRBs belonging to a first one of two slots constituting one subframe are each assigned any one index of 0 to $N_{RB}^{DL}-1$, and $N_{RB}^{DL}$ VRBs belonging to a second one of the two slots are likewise each assigned any one index of 0 to $N_{RB}^{DL}-1$.

In the LTE system based on an Orthogonal Frequency Division Multiple Access (OFDMA) scheme, a resource area in which each UE is able to transmit or receive data to and from a base station (BS) is allocated from the BS to the UE. In this case, not only a time resource but also a frequency resource must be simultaneously allocated to the UE so as to complete resource allocation.

The so-called non-persistent scheduling method can simultaneously indicate time-frequency resource domains allocated to the UE. Therefore, if there is a need for the UE to use resources for a long period of time, it must repeatedly perform signaling for resource allocation, so that signaling overhead may be considerably generated.

In contrast, the so-called semi-persistent scheduling method first allocates a time resource to a UE. In this case, the semi-persistent scheduling method may allow the time resource allocated to a specific UE to have periodicity. Then, the semi-persistent scheduling method allocates a frequency resource to the UE when necessary to complete time-frequency resource allocation. The above-mentioned frequency resource allocation may be referred to as 'activation'. When using the semi-persistent scheduling method, resource allocation can be maintained for a predetermined period by only one signaling process, so that resources need not be repeatedly allocated, resulting in reduction in signaling overhead. Thereafter, if the necessity of performing resource allocation for a UE disappears, a base station can transmit a signaling message for releasing the frequency resource allocation to the UE. In this way, the above-mentioned release of the frequency resource domain may be referred to as 'deactivation'. In this case, it is preferable that the signaling overhead needed for the deactivation be reduced.

SUMMARY OF THE INVENTION

An object of the present invention devised to solve the problem lies in a method and apparatus for informing a UE of

4

SPS deactivation without adding a new bit field or a new control channel format in a communication system for allocating resources using a compact scheme.

The object of the present invention can be achieved by providing a method for releasing resource allocation in a wireless mobile communication system, the method including receiving, by a user equipment (UE), a downlink control channel including resource allocation information, and releasing resource allocation for the UE when a binary field indicating the resource allocation information is entirely filled with '1'.

In another aspect of the present invention, there is provided a method for transmitting a signal for releasing resource allocation in a wireless mobile communication system, the method including fills, by a base station (BS), a binary field indicating resource allocation information contained in a downlink control channel with '1', and transmitting the downlink control channel to a user equipment (UE), wherein the binary field entirely filled with the value of '1' indicates a release of resources allocated to the UE.

In another aspect of the present invention, there is provided a method for deactivating semi-persistent scheduling (SPS) in a wireless mobile communication system including receiving, by a user equipment (UE), a downlink control channel, and deactivating the semi-persistent scheduling (SPS) when a binary field indicating resource allocation information contained in the downlink control channel is entirely filled with '1'.

In another aspect of the present invention, there is provided a method for transmitting a signal for semi-persistent scheduling (SPS) deactivation in a wireless mobile communication system, the method including filling, by a base station (BS), a binary field indicating resource allocation information contained in a downlink control channel with '1', and transmitting the downlink control channel, wherein the binary field entirely filled with the value of '1' indicates the SPS deactivation.

In another aspect of the present invention, there is provided an apparatus capable of using a semi-persistent scheduling (SPS). The apparatus includes a radio frequency (RF) unit, and a processor electrically connected to the RF unit, wherein the processor is configured to receive a downlink control channel through the RF unit, and to perform the SPS deactivation when a binary field indicating resource allocation information contained in the downlink control channel is entirely filled with '1'.

In another aspect of the present invention, there is provided an apparatus capable of using a semi-persistent scheduling (SPS). The apparatus includes a radio frequency (RF) unit, and a processor electrically connected to the RF unit. The processor is configured to fill the entirety of a binary field indicating resource allocation information contained in a downlink control channel with '1' during the SPS deactivation, and to transmit the downlink control channel with the RF unit. The binary field entirely filled with '1' indicates the SPS deactivation.

In another aspect of the present invention, there is provided a user equipment (UE) for a wireless mobile communication system, the user equipment (UE) including a radio frequency (RF) unit, and a processor electrically connected to the RF unit, wherein the processor is configured to receive a downlink control channel including resource allocation information through the RF unit, and to release resource allocation for the UE when a binary field indicating the resource allocation information is entirely filled with '1'.

In another aspect of the present invention, there is provided a wireless communication apparatus including a radio fre-

US 8,971,279 B2

5
6

quency (RF) unit, and a processor electrically connected to the RF unit, wherein the processor is configured to fill the entirety of a binary field indicating resource allocation information contained in a downlink control channel with '1', and to transmit the downlink control channel to a user equipment (UE), the binary field being entirely filled with the value of '1' indicates a release of resources allocated to the UE.

The downlink control channel may be a physical downlink control channel (PDCCH).

A downlink control information (DCI) format of the downlink control channel may be a 'format 0' or a 'format 1A'.

The wireless mobile communication system may use a scheduling based on a compact scheme, and the binary field may be composed of a field indicating a resource indication value (RIV).

The wireless mobile communication system may use a scheduling based on a compact scheme, and the binary field may be composed of a field indicating a resource indication value (RIV) and a field indicating 'Gap' information used for distributed allocation of resources.

The wireless mobile communication system may use a scheduling based on a compact scheme, and the binary field may be composed of a field indicating a resource indication value (RIV) and a field indicating hopping information.

The resource allocation information may be composed of resource block allocation information, or may be composed of resource block allocation information and hopping resource allocation information.

The resource allocation information may be represented by the RIV. The RIV may indicate a pair of a start index (S) and a length (L) of consecutive VRBs capable of being combined with each other.

It is to be understood that both the foregoing general description and the following detailed description of the present invention are exemplary and explanatory and are intended to provide further explanation of the invention as claimed.

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings, which are included to provide a further understanding of the invention, illustrate embodiments of the invention and together with the description serve to explain the principle of the invention.

In the drawings:

FIG. 1 shows a structure of a frequency division duplex (FDD) type radio frame used in an LTE system.

FIG. 2 shows a structure of a time division duplex (TDD) type radio frame used in an LTE system.

FIG. 3 shows an uplink (UL) resource grid structure for use in an LTE system.

FIG. 4 shows a downlink (DL) resource grid structure for use in an LTE system.

FIG. 5 is a block diagram illustrating an Evolved Universal Mobile Telecommunications System (E-UMTS) network structure as an example of a mobile communication system.

FIGS. 6 and 7 illustrate radio interface protocol structures between a UE and a UMTS Terrestrial Radio Access Network (UTRAN) that are based on a 3GPP LTE radio access network standard.

FIG. 8 shows physical channels used for an LTE system and a general signal transmission method capable of using the physical channels.

FIG. 9 is a conceptual diagram illustrating signal processing for enabling a UE to transmit an uplink signal.

FIG. 10 is a conceptual diagram illustrating signal processing for enabling a base station (BS) to transmit a downlink signal.

FIG. 11 is a conceptual diagram illustrating an SC-FDMA scheme for transmitting an uplink signal and an OFDMA scheme for transmitting a downlink signal in a mobile communication system.

FIG. 12 is a view illustrating an example of a method for mapping distributed virtual resource blocks (DVRBs) and localized virtual resource blocks (LVRBs) to physical resource blocks (PRBs).

FIG. 13 is a view illustrating an example of a method for allocating resource blocks (RBs) by a compact scheme.

FIG. 14 is a view illustrating an example of a method for mapping two DVRBs having consecutive indexes to a plurality of contiguous PRBs.

FIG. 15 is a view illustrating an example of a method for mapping two DVRBs having consecutive indexes to a plurality of spaced PRBs.

FIG. 16 is a view illustrating an example of RIVs when the number of available RBs is 20 according to one embodiment of the present invention.

FIG. 17 shows an exemplary structure of a PDCCH field for signaling SPS deactivation according to the present invention.

FIG. 18 shows individual fields acquired when DVRB allocation is carried out in a PDCCH having a 'DCI format 1A' according to the present invention.

FIG. 19 shows individual fields of a PDCCH having a 'DCI format 0' according to the present invention.

FIG. 20 is a block diagram illustrating constituent elements of a device applicable to the present invention.

FIG. 21 is a flowchart illustrating a method for deactivating a semi-persistent scheduling (SPS) according to the present invention.

DETAILED DESCRIPTION OF THE INVENTION

Reference will now be made in detail to the preferred embodiments of the present invention with reference to the accompanying drawings. The detailed description, which will be given below with reference to the accompanying drawings, is intended to explain exemplary embodiments of the present invention, rather than to show the only embodiments that can be implemented according to the invention.

The following detailed description includes specific details in order to provide a thorough understanding of the present invention. However, it will be apparent to those skilled in the art that the present invention may be practiced without such specific details. For example, the following description will be given centering upon a mobile communication system serving as an LTE system, but the present invention is not limited thereto and the remaining parts of the present invention other than unique characteristics of the LTE system are applicable to other mobile communication systems.

In some cases, in order to prevent ambiguity of the concepts of the present invention, conventional devices or apparatuses well known to those skilled in the art will be omitted and be denoted in the form of a block diagram on the basis of the important functions of the present invention. Wherever possible, the same reference numbers will be used throughout the drawings to refer to the same or like parts.

In the following description, a terminal may include mobile or fixed user equipments (UEs), for example, a user equipment (UE), a mobile station (MS) and the like, and may also be referred to in any of these ways as necessary. Also, the base station (BS) may be any of nodes included in a network

7

communicating with the UE, for example, a Node B (Node-B) and an eNode B (eNode-B), and may also be referred to in any of these ways.

In a mobile communication system, a UE can receive information from a base station (BS) via a downlink, and the UE can also transmit information via an uplink. Information transferred from—or received by—the UE may be data, other control information, and the like, and there are a variety of physical channels according to types and usages of this information transferred or received from or in the UE.

FIG. **5** shows an Evolved Universal Mobile Telecommunications System (E-UMTS) network structure serving as an example of a mobile communication system.

The E-UMTS system is an evolved version of the conventional Universal Mobile Telecommunications System (UMTS) system and basic standardization thereof is in progress under the 3rd Generation Partnership Project (3GPP). Generally, the E-UMTS is also referred to as a Long Term Evolution (LTE) system.

The E-UMTS network may be classified into an Evolved—UMTS Terrestrial Radio Access Network (E-UTRAN) **501** and a Core Network (CN) **502**. The E-UTRAN includes a UE **503**, a BS (eNB or eNode B) **504**, and an Access Gateway (AG) **505** which is located at an end of a network and is connected to an external network. The AG **505** can be divided into a part that handles processing of user traffic and a part that handles control traffic. Here, the AG part **505** for processing new user traffic and the AG part for processing control traffic can communicate with each other using a new interface.

One or more cells may exist for one eNB. An interface for transmitting user traffic or control traffic can be used between eNBs. A Core Network (CN) **502** may include the AG **505** and a node or the like for user registration of the UE **503**. An interface for discriminating between the E-UTRAN **501** and the CN **502** may be used.

Radio interface protocol layers between the UE and the network can be classified into an L1 layer (first layer), an L2 layer (second layer) and an L3 layer (third layer) on the basis of the lower three layers of the Open System Interconnection (OSI) reference model widely known in communication systems. A physical layer belonging to the L1 layer provides an information transfer service utilizing a physical channel. A Radio Resource Control (RRC) layer located at the L3 layer controls radio resources between the UE and the network. For this operation, RRC messages are exchanged between the UE and the network via the RRC layers. The RRC layers may be distributed among base stations (BSs) **504** and network nodes, or may be located only at a base station (BSs) **504** or the AG **505**.

FIGS. **6** and **7** illustrate radio interface protocol structures between a UE and a UTRAN that are based on a 3GPP LTE radio access network standard.

The radio interface protocol of FIG. **6** or FIG. **7** is divided horizontally into a physical layer, a data link layer and a network layer, and vertically into a user plane for transmitting data information and a control plane for transmitting a control signal such as a signaling message. In more detail, FIG. **6** shows individual layers of a radio protocol control plane and FIG. **7** shows individual layers of a radio protocol user plane. Protocol layers of FIGS. **6** and **7** can be classified into an L1 layer (first layer), an L2 layer (second layer) and an L3 layer (third layer) on the basis of the lower three layers of the OSI reference model widely known in communication systems.

The following is a detailed description of respective layers of the radio protocol control plane of FIG. **6** and the radio protocol user plane of FIG. **7**.

8

The physical layer, which is the first layer, provides an information transfer service to an upper layer using a physical channel. The physical layer (PHY) is connected to a Medium Access Control (MAC) layer, located above the physical layer, through a transport channel. Data is transferred between the MAC layer and the physical layer through the transport channel. In this case, the transport channel is classified into a dedicated transport channel and a common transport channel according to whether or not a channel is shared. Data transfer between different physical layers, specifically between the respective physical layers of a transmitter and a receiver, is performed through the physical channel.

A variety of layers exist in the second layer (L2 layer). The MAC layer maps various logical channels to various transport channels, and performs logical-channel multiplexing for mapping various logical channels to one transport channel. The MAC layer is connected to the RLC layer serving as an upper layer through a logical channel. The logical channel can be classified into a control channel for transmitting information of a control plane and a traffic channel for transmitting information of a user plane according to categories of transmission information.

The RLC layer of the second layer performs segmentation and concatenation on data received from an upper layer, and adjusts the size of data to be suitable for a lower layer transmitting data to a radio interval. In order to guarantee various Qualities of Service (QoSs) requested by respective radio bearers (RBs), three operation modes, i.e., a Transparent Mode (TM), an Unacknowledged Mode (UM), and an Acknowledged Mode (AM), are provided. Specifically, an AM RLC performs a retransmission function using an Automatic Repeat and Request (ARQ) function so as to implement reliable data transmission.

A Packet Data Convergence Protocol (PDCP) layer of the second layer (L2) performs a header compression function to reduce the size of an IP packet header having relatively large and unnecessary control information in order to efficiently transmit IP packets such as IPv4 or IPv6 packets in a radio interval with a narrow bandwidth. As a result, only information required for a header part of data can be transmitted, so that transmission efficiency of the radio interval can be increased. In addition, in the LTE system, the PDCP layer performs a security function, this security function is composed of a ciphering function for preventing a third party from eavesdropping on data and an integrity protection function for preventing a third party from handling data.

A Radio Resource Control (RRC) layer located at the top of the third layer (L3) is defined only in the control plane and is responsible for control of logical, transport, and physical channels in association with configuration, re-configuration and release of Radio Bearers (RBs). The RB is a logical path that the first and second layers (L1 and L2) provide for data communication between the UE and the UTRAN. Generally, Radio Bearer (RB) configuration means that a radio protocol layer needed for providing a specific service, and channel characteristics are defined and their detailed parameters and operation methods are configured. The Radio Bearer (RB) is classified into a Signaling RB (SRB) and a Data RB (DRB). The SRB is used as a transmission passage of RRC messages in the C-plane, and the DRB is used as a transmission passage of user data in the U-plane.

A downlink transport channel for transmitting data from the network to the UE may be classified into a Broadcast Channel (BCH) for transmitting system information and a downlink Shared Channel (SCH) for transmitting user traffic or control messages. Traffic or control messages of a downlink multicast or broadcast service may be transmitted

US 8,971,279 B2

9

through a downlink SCH and may also be transmitted through a downlink multicast channel (MCH). Uplink transport channels for transmission of data from the UE to the network include a Random Access Channel (RACH) for transmission of initial control messages and an uplink SCH for transmission of user traffic or control messages.

Downlink physical channels for transmitting information transferred to a downlink transport channel to a radio interval between the UE and the network are classified into a Physical Broadcast Channel (PBCH) for transmitting BCH information, a Physical Multicast Channel (PMCH) for transmitting MCH information, a Physical Downlink Shared Channel (PDSCH) for transmitting downlink SCH information, and a Physical Downlink Control Channel (PDCCH) (also called a DL L1/L2 control channel) for transmitting control information, such as DL/UL Scheduling Grant information, received from first and second layers (L1 and L2). In the meantime, uplink physical channels for transmitting information transferred to an uplink transport channel to a radio interval between the UE and the network are classified into a Physical Uplink Shared Channel (PUSCH) for transmitting uplink SCH information, a Physical Random Access Channel for transmitting RACH information, and a Physical Uplink Control Channel (PUCCH) for transmitting control information, such as HARQ ACK or NACK Scheduling Request (SR) and Channel Quality Indicator (CQI) report information, received from first and second layers (L1 and L2).

FIG. **8** shows physical channels used for a 3GPP LTE system serving as an example of a mobile communication system and a general signal transmission method capable of using the physical channels.

If a UE is re-powered on after being powered off or newly enters a cell region, the UE performs an initial cell search process, such as synchronization with a base station (BS), at step S**801**. For the initial cell search process, the UE receives information of a Primary Synchronization Channel (P-SCH) and information of a Secondary Synchronization Channel (S-SCH) from the base station (BS), is synchronized with the BS, and is able to acquire information such as a cell ID or the like from the BS. After that, the UE receives information of a physical broadcast channel from the BS, such that it can acquire inter-cell broadcast information from the BS. In the meantime, the UE receives a downlink reference signal (DL RS) at the initial cell searching step, so that it can recognize a downlink channel status.

After performing the initial cell search process, the UE receives information of a Physical Downlink Control Channel (PDCCH) and information of a Physical Downlink Shared Control Channel (PDSCH) based on the PDCCH information, so that it can acquire more detailed system information at step S**802**.

In the meantime, if a UE initially accesses the BS or has no resources for uplink transmission, the UE can perform a Random Access Procedure (RAP), such as steps S**803** to S**806**, for the BS. For this operation, the UE transmits a specific sequence as a preamble through a Physical Random Access Channel (PRACH) at step S**803**, and receives a response message to the random access through a PDCCH and a PDSCH at step S**804**. In case of a competitive-based random access except for a handover case, a contention resolution procedure such as step S**805** or S**806** can then be carried out. At step S**805**, information is transmitted through an additional PRACH. At step S**806**, PDCCH/PDSCH information is received.

After performing the above-mentioned steps, as a procedure for transmitting UL/DL signals, the UE receives information of a PDCCH and a PDSCH at step S**807**, and transmits

10

information through a Physical Uplink Shared Channel (PUSCH) and a Physical Uplink Control Channel (PUCCH) at step S**808**.

In the LTE system, a signaling process for transmitting UL/DL signals is as follows.

FIG. **9** is a conceptual diagram illustrating signal processing for enabling a UE to transmit an uplink (UL) signal.

In order to transmit a UL signal, a scrambling module **901** of the UE can scramble a transmission signal using a specific scrambling signal of the UE. The scrambled signal is input to a modulation mapper **902**, and is converted into a complex symbol using a BPSK (Binary Phase Shift Keying)-, QPSK (Quadrature Phase Shift Keying)-, or 16 QAM (Quadrature Amplitude Modulation)-scheme according to categories of the transmission signal and/or a channel status. After that, the modulated complex symbol is processed by a transform precoder **903**, and is then input to the resource element mapper **904**. The resource element mapper **904** is able to map a complex symbol to a time-frequency element to be used for actual transmission. The processed signal may be transmitted to the base station (BS) via the SC-FDMA signal generator **905**.

FIG. **10** is a conceptual diagram illustrating signal processing for enabling the base station (BS) to transmit a downlink signal.

In the LTE system, the BS is able to transmit one or more codewords via a downlink. Therefore, one or more codewords may be processed as complex symbols by the scrambling module **1001** and the modulation mapper **1002** in the same manner as in the uplink case of FIG. **10**. Thereafter, the complex symbols are mapped to a plurality of layers by the layer mapper **1003**, and each layer may be multiplied by a predetermined precoding matrix selected depending on a channel status and may then be allocated to each transmission antenna by the precoding module **1004**. The processed transmission signal for each antenna is mapped to a time-frequency resource element to be used for transmission by the resource element mapper **1005**. After that, the mapped result can be transmitted via each antenna after passing through the Orthogonal Frequency Division Multiple Access (OFDMA) signal generator **1006**.

In the case where a UE for use in a mobile communication system transmits an uplink signal, a Peak to Average Power Ratio (PAPR) may become more serious than in the case where the BS transmits a downlink signal. Thus, as described in FIGS. 9 and 10, the SC-FDMA scheme is used for uplink signal transmission in a different way from the OFDMA scheme used for downlink signal transmission.

In the LTE system, the SC-FDMA scheme for uplink signal transmission and the OFDMA scheme for downlink signal transmission will hereinafter be described in detail.

FIG. **11** is a conceptual diagram illustrating the SC-FDMA scheme for uplink signal transmission and the OFDMA scheme for downlink signal transmission in a mobile communication system.

Referring to FIG. **11**, not only a UE for transmitting an uplink signal but also a base station (BS) for transmitting a downlink signal includes a Serial-to-Parallel converter **1101**, a subcarrier mapper **1103**, an M-point IDFT module **1104**, a Parallel-to-Serial converter **1105**, and the like. However, a UE for transmitting a signal using the SC-FDMA scheme further includes an N-point DFT module **1102**, and compensates for a predetermined part of the IDFT processing influence of the M-point IDFT module **1104** so that a transmission signal can have single carrier characteristics.

In a cellular orthogonal frequency division multiplex (OFDM) wireless packet communication system, uplink/

US 8,971,279 B2

**11**

downlink (UL/DL) data packet transmission is made on a subframe basis and one subframe is defined by a certain time interval including a plurality of OFDM symbols. Hereinafter, terms used in the detailed description of this application are defined as follows.

A 'resource element (RE)' represents a smallest frequency-time unit in which data or a modulated symbol of a control channel is mapped. Provided that a signal is transmitted in one OFDM symbol over M subcarriers and N OFDM symbols are transmitted in one subframe, M×N REs are present in one subframe.

A 'physical resource block (PRB)' represents a unit frequency-time resource for data transmission. In general, one PRB includes a plurality of consecutive REs in a frequency-time domain, and a plurality of PRBs is defined in one subframe.

A 'virtual resource block (VRB)' represents a virtual unit resource for data transmission. In general, the number of REs included in one VRB is equal to the length of REs included in one PRB, and, when data is transmitted, one VRB can be mapped to one PRB or some areas of a plurality of PRBs.

A 'localized virtual resource block (LVRB)' is one type of the VRB. One LVRB is mapped to one PRB. LVRBs having different logical indexes are mapped to PRBs having different physical indexes. An LVRB may be interpreted in the same as a PRB.

A 'distributed virtual resource block (DVRB)' is another type of VRB. One DVRB is mapped to some REs in a plurality of PRBs, and REs to which different DVRBs are mapped are not duplicated.

'$N_D$'='$N_d$' represents the number of PRBs to which one DVRB is mapped. FIG. 12 illustrates an example of a method for mapping DVRBs and LVRBs to PRBs. In FIG. 12, $N_D$=3. As can be seen from FIG. 12, an arbitrary DVRB can be divided into three parts and the divided parts can be mapped to different PRBs, respectively. At this time, the remaining part of each PRB, not mapped by the arbitrary DVRB, is mapped to a divided part of another DVRB. The LTE system has a system structure denoted by '$N_D$'='$N_d$'=2.

Semi-Persistent Scheduling (SPS) is a scheduling scheme for allocating resources to a specific UE such that the allocated resources can be persistently maintained during a specific time interval. In the case where a predetermined amount of data is transmitted during a specific time in the same manner as in a Voice over Internet Protocol (VoIP), control information need not be transmitted to each data transmission interval for resource allocation, such that an amount of wasted control information can be reduced by the SPS scheme.

'$N_{PRB}$' represents the number of PRBs in a system.

'$N_{LVRB}$' represents the number of LVRBs available in the system.

'$N_{DVRB}$' represents the number of DVRBs available in the system.

'$N_{LVRB\_UE}$' represents the maximum number of LVRBs allocable to one user equipment (UE).

'$N_{DVRB\_UE}$' represents the maximum number of DVRBs allocable to one UE.

'$N_{subset}$' represents the number of subsets.

'$N_{F-Block}$' represents the number of frequency bands used in a system capable of using a plurality of frequency bands.

Here, the "number of RBs" means the number of RBs classified on a frequency axis. That is, even in the case where RBs can be classified by slots constituting a subframe, the "number of RBs" means the number of RBs classified on the frequency axis of the same slot.

FIG. 12 shows an example of definitions of LVRBs and DVRBs.

**12**

As can be seen from FIG. 12, each RE of one LVRB is mapped one-to-one to each RE of one PRB. For example, one LVRB is mapped to a PRB**0** (**1201**). In contrast, one DVRB is divided into three parts and the divided parts are mapped to different PRBs, respectively. For example, a DVRB**0** is divided into three parts and the divided parts are mapped to a PRB**1**, PRB**4** and PRB**6**, respectively. Likewise, a DVRB**1** and a DVRB**2** are each divided into three parts and the divided parts are mapped to the remaining resources of the PRB**1**, PRB**4** and PRB**6**. Although each DVRB is divided into three parts in this example, the present invention is not limited thereto. For example, each DVRB may be divided into two parts.

Downlink data transmission from a base station (BS) to a specific terminal (i.e., a specific UE) or uplink data transmission from the specific UE to the base station (BS) is performed through one or more VRBs in one subframe. In other words, the above-mentioned data transmission may be achieved through PRBs corresponding to one or more VRBs. When the base station (BS) transmits data to the specific UE, it has to notify the terminal of which VRB will be used for data transmission. Also, in order to enable the specific UE to transmit data, the base station (BS) has to notify the terminal of which VRB will be used for data transmission. Specific information indicating how to map VRBs to PRBs can be predetermined, so that the UE can automatically recognize which PRB will be searched when acquiring information of VRBs allocated to the UE itself.

Data transmission schemes can be broadly classified into a frequency diversity scheduling (FDS) scheme and a frequency selective scheduling (FSS) scheme. The FDS scheme is a scheme that obtains a reception performance gain through frequency diversity, and the FSS scheme is a scheme that obtains a reception performance gain through frequency selective scheduling.

In the FDS scheme, a transmission stage transmits one data packet over subcarriers widely distributed in a system frequency domain so that symbols in the data packet can experience various radio channel fadings. Therefore, an improvement in reception performance is obtained by preventing the entire data packet from being subject to unfavorable fading. In contrast, in the FSS scheme, an improvement in reception performance is obtained by transmitting the data packet over one or more consecutive frequency areas in the system frequency domain which are in a favorable fading state. In a cellular OFDM wireless packet communication system, a plurality of terminals is present in one cell. At this time, because the radio channel conditions of the respective terminals have different characteristics, it is necessary to perform data transmission using the FDS scheme with respect to a certain UE and data transmission using the FSS scheme with respect to a different UE even within one subframe. As a result, a detailed FDS transmission scheme and a detailed FSS transmission scheme must be designed such that the two schemes can be efficiently multiplexed within one subframe. On the other hand, in the FSS scheme, a gain can be obtained by selectively using a band favorable to a UE among all available bands. In contrast, in the FDS scheme, a comparison is not made as to whether or not a specific band is good or bad, and, as long as a frequency interval capable of adequately obtaining diversity is maintained, there is no need to select and transmit a specific frequency band. Accordingly, it is advantageous in terms of improvement in overall system performance to perform the frequency selective scheduling of the FSS scheme preferentially when scheduling.

In the FSS scheme, because data is transmitted using subcarriers consecutively contiguous in the frequency domain, it

US 8,971,279 B2

13

is preferable that the data be transmitted using LVRBs. At this time, provided that $N_{PRB}$ PRBs are present in one subframe and a maximum of $N_{LVRB}$ LVRBs are available within the system, the base station can transmit bitmap information of $N_{LVRB}$ bits to each terminal to notify the terminal through which one of the LVRBs downlink data will be transmitted or through which one of the LVRBs uplink data can be transmitted. That is, each bit of the $N_{LVRB}$-bit bitmap information, which is transmitted to each terminal as scheduling information, indicates whether data will or can be transmitted through an LVRB corresponding to this bit, among the $N_{LVRB}$ LVRBs. This scheme is disadvantageous in that, when the number $N_{LVRB}$ becomes larger, the number of bits to be transmitted to each terminal becomes larger in proportion thereto.

In the meantime, physical downlink control channel (PD-CCH) downlink control information (DCI) transferred to a UE may have a plurality of formats. A resource allocation field transferred over the PDCCH may have different structures according to Downlink Control Information (DCI) formats. Thus, the user equipment (UE) may interpret the resource allocation field according to a format of the received DCI.

The resource allocation field may have two parts, i.e., resource block allocation information and a resource allocation header field. A plurality of resource allocation types may be defined. For example, according to a first resource allocation type, the resource block allocation information may have a bitmap indicating one set of consecutive physical resource blocks (PRBs). In this case, one bit may be allocated to one resource block group (RBG). According to a second resource allocation type, resource block allocation information may have a bitmap indicating subsets or RBs allocated to the UE. According to a third resource allocation type, resource block allocation information may have a bitmap indicating consecutively allocated VRBs. At this time, the resource allocation field may include a resource indication value (RIV) indicating a start resource block and the length of consecutively-allocated resource blocks (RBs). Examples of the above-mentioned resource allocation types have been disclosed in the 3GPP TS 36.213 document.

For example, a DCI format 1A prescribed in 3GPP TS 36.213 may be used for compact scheduling of one physical downlink shared channel (PDSCH) codeword. This compact scheduling is a scheduling scheme for allocating one set of consecutive VRBs to a UE, and corresponds to the above first resource allocation type. Hereinafter, the above-mentioned compact scheduling in the present invention may be referred to as a compact scheme.

As described above, provided that a terminal (i.e., the UE) may be assigned only one set of contiguous RBs, information of the assigned RBs may be represented by the compact scheme denoted by both a start point of RBs and the length of the RBs.

FIG. 13 is a view illustrating an example of a method for allocating resource blocks by a compact scheme. If the number of available RBs is denoted by $N_{RB} = N_{VRB}$, the length of available RBs varies depending on respective start points as shown in FIG. 13, such that the number of combinations for RB allocation is $N_{LVRB}(N_{LVRB}+1)/2$. Accordingly, the number of bits required for the combinations is 'ceiling (log $2(N_{LVRB} (N_{LVRB}+1)/2))$'. Here, ceiling(x) means rounding "x" up to the nearest integer. This method is advantageous over the bitmap scheme in that the number of bits does not significantly increase with the increase in the number $N_{LVRB}$.

On the other hand, for a method for notifying a UE of a DVRB allocation, it is necessary to reserve the positions of respective divided parts of DVRBs distributively transmitted

14

for a diversity gain. Alternatively, additional information may be required to directly notify the positions. Preferably, provided that the number of bits for signaling for the DVRBs is set to be equal to the number of bits in LVRB transmission of the above-stated compact scheme, it is possible to simplify a signaling bit format in a downlink. As a result, there are advantages that the same channel coding can be used, etc.

Here, in the case where one UE is allocated a plurality of DVRBs, this UE is notified of a DVRB index of a start point of the DVRBs, a length (=the number of the allocated DVRBs), and a relative position difference between divided parts of each DVRB (e.g., a gap between the divided parts). The LTE system is able to select either of 'Gap1' and 'Gap2', each of which has a predetermined value according to the number of system resource blocks. Accordingly, a value of 1 bit may be separately allocated to indicate the selection of 'Gap1' or 'Gap2'.

The following table 1 shows a structure of the 'Gap' which can be used in the LTE system according to a system bandwidth. In the case where the number of available system resource blocks (system RBs) is less than 50, only the 'Gap1' ($=1^{St}$ is used, so that there is no need to allocate one bit for 'Gap' indication. In contrast, in the case where the number of available system RBs is equal to or greater than 50, either one of 'Gap1' ($=1^{st}$ Gap) and 'Gap2' ($=2^{nd}$ Gap) must be used, so that signaling of 1 bit is needed to indicate which one of 'Gap1' ($=1^{st}$ Gap) and 'Gap2' ($=2^{nd}$ Gap) is used.

TABLE 1

| System BW ($N_{RB}^{DL}$) | Gap ($N_{gap}$) | |
| --- | --- | --- |
| | 1st Gap ($N_{gap, 1}$) | 2nd Gap ($N_{gap, 2}$) |
| 6-10 | $\lceil N_{RB}^{DL}/2 \rceil$ | N/A |
| 11 | 4 | N/A |
| 12-19 | 8 | N/A |
| 20-26 | 12 | N/A |
| 27-44 | 18 | N/A |
| 45-49 | 27 | N/A |
| 50-63 | 27 | 9 |
| 64-79 | 32 | 16 |
| 80-110 | 48 | 16 |

FIG. 14 illustrates an example of a method for mapping two DVRBs having consecutive indexes to a plurality of contiguous PRBs.

As shown in FIG. 14, in the case where a plurality of DVRBs having consecutive indexes are mapped to a plurality of contiguous PRBs, first divided parts 1401 and 1402 and second divided parts 1403 and 1404 are spaced apart from each other by a gap 1405, while divided parts belonging to each of the upper divided parts and lower divided parts are contiguous to each other, so that the diversity order becomes 2. In this case, frequency diversity can be obtained only by a gap. In FIG. 14, $N_D = N_g = 2$.

FIG. 15 illustrates an example of a method for mapping two DVRBs having consecutive indexes to a plurality of spaced PRBs.

In the method of FIG. 15, DVRB indexes are constructed as shown in FIG. 15. When mapping DVRBs to PRBs, consecutive DVRB indexes may be distributed without being mapped to contiguous PRBs. For example, a DVRB index '0' and a DVRB index '1' are not arranged contiguous to each other. In other words, in FIG. 15, DVRB indexes are arranged in the order of 0, 8, 16, 4, 12, 20, . . . , and this arrangement can be obtained by inputting the consecutive indexes to a block interleaver. In this case, it is possible to obtain distribution

15                                                                          16

within each of the divided parts **1501** and **1502**, as well as distribution by a gap **1503**. Therefore, when a UE is allocated two DVRBs as shown in FIG. **15**, the diversity order increases to 4, resulting in an advantage that an additional diversity gain can be obtained. In FIG. **15**, $N_D=N_d=2$.

At this time, the value of the gap indicative of the relative position difference between the divided parts can be expressed in two ways. Firstly, the gap value can be expressed by a difference between DVRB indexes. Secondly, the gap value can be expressed by a difference between indexes of PRBs to which a DVRB is mapped. In the case of FIG. **15**, Gap=1 in the first way, while Gap=3 in the second way. FIG. **15** shows the latter case **1503**. Meanwhile, if the total number of RBs of the system is changed, the DVRB index arrangement may be changed accordingly. In this case, the use of the second way has the advantage of recognizing a physical distance between the divided parts.

In order to perform signaling of DVRB allocation, the above-mentioned LVRB compact scheme may be used. That is, if the compact scheme is applied to DVRBs signaled for one UE, PRBs mapped to the DVRBs may be distributed in a physical frequency domain, but these DVRBs have consecutive logical indexes in a virtual region (i.e., a logical region). In this case, a start point of consecutively-allocated RBs and length information of the RBs correspond to a start point of VRB indexes of PRB indexes and length information thereof, respectively.

As described above, in the compact scheme, LVRB signaling includes a start point of RBs and length information of the RBs. In order to perform the DVRB signaling, gap information may be additionally required in some cases. In order to constantly maintain the number of bits required for the entire signaling, there is a need to limit the length information such that an amount of information must be reduced. For example, when using 50 RBs or more, one bit of the RIV field must be assigned for 'Gap' indication, such that there is a need to reduce the number of bits required for transferring the RIV with the limitation in the length information.

On the other hand, in case of using RBs to perform the common signaling for several users, control signaling for notifying allocated RBs must allow all users present in a cell to read information of the allocated RBs. Thus, for this control signaling, a code rate may be reduced or a transmission power may be increased, such that the resultant control signaling information having a low code rate and a high transmission power may be transferred to several users. In order to reduce the code rate of the control signaling to which limited resources are allocated, an amount of control data must be reduced. In order to reduce the amount of control data, the number of bits required for RB allocation information must be reduced.

Likewise, control message data transferred to allocated RBs must allow all users present in the cell to read corresponding information, such that the control message data is transferred at a low code rate. Assuming that the code rate is 1/20, if an amount of data increases by 16 bits, an amount of codeword made after channel coding increases by 320 bits. In the Long Term Evolution (LTE), assuming that one TX antenna transmission (i.e., 1 Tx antenna transmission) is carried out and one OFDM symbol is used for a control signal, the number of symbols capable of transferring payload data within one RB (i.e., 1RB) is 148. Thus, assuming that a quadrature phase shift keying (QPSK) modulation is used, the number of transferable bits is 296. As a result, data increases by 16 bits, and data increases by 320 bits, such that two RBs are additionally needed.

That is, in order to maintain a low code rate, although the size of data increases slightly, the number of RBs required for transferring this data greatly increases, such that RBs need to be allocated with a granularity of one RB unit (i.e., a 1RB-based granularity).

Hereinafter, a resource allocation signaling structure for establishing a step for limiting a start position with a granularity of one-RB allocation (i.e., 1RB allocation) will be described in detail.

The following equation 1 shows an exemplary signaling method based on the compact scheme which notifies of a start point (S) of RBs and the number (=Length, L) of allocated RBs.

[Equation 1]

if $L-1 \leq \lfloor N_{RB}/2 \rfloor$ then

$$RIV = N_{RB}(L-1)+S$$

else

$$RIV = N_{RB}(N_{RB}-L+1)+(N_{RB}-1-S)$$

End

Required bits

$$N_{bit\_required} = \lceil \log_2(RIV_{max}+1) \rceil$$

Without limitation

$$RIV_{max} = N_{RB} \cdot (N_{RB}+1)/2-1$$

With limitation $L^{Limit}$

$$RIV_{max} = \min\{N_{RB} \cdot (N_{RB}+1)/2-1, N_{RB} \cdot (L^{Limit}-1)+N_{RB}-L^{Limit}\}$$

In the following description, "mod(x,y)" means "x mod y", and "mod" means a modulo operation. Also, "$\lfloor \cdot \rfloor$" means a descending operation, and represents a largest one of integers equal to or smaller than a numeral indicated in "$\lfloor \ \rfloor$". On the other hand, "$\lceil \cdot \rceil$" means an ascending operation, and represents a smallest one of integers equal to or larger than a numeral indicated in "$\lceil \ \rceil$". Also, "round(•)" represents an integer nearest to a numeral indicated in "( )". "min(x,y)" represents a smaller value selected between x and y, whereas "max(x,y)" represents a larger value selected between x and y.

Assuming that the total number of available RBs is denoted by $N_{RB}$ and the beginning number of indexes to be assigned to the RBs is set to 0, indexes from 0 to $N_{RB}-1$ are sequentially assigned to the RBs. In this case, $N_{RB}$ may be the total number of all RBs contained in a system band, the number of all RBs used as VRBs, or the number of RBs contained in any limited area.

Thus, the range of S may be $0 \leq S \leq N_{RB}-1$, and the range of allocable 'L' values is changed according to this S value. In another view, the L value is in the range of $1 \leq L \leq N_{RB}$, and the range of available S values is changed according to the L value. Namely, a certain S value is unable to be combined with a specific L value.

A maximum value of each of the S and L values may be represented by a binary number irrespective of such impossible combinations. A bit field for this binary number may be constructed for each of the S and L values. In case of transmitting each of the bit fields, if $N_{RB}$ is 20 (i.e., $N_{RB}=20$), 20 is less than $2^5$ (i.e., $20<2^5$), so that 5 bits for the S value and 5 bits for the L values, namely, a total of 10 bits, are needed. However, these 10 bits include information of useless combinations incapable of being actually generated, such that overhead of unnecessary transmission bits is generated. Thus, the number of transmission bits can be reduced if each combination of generable S and L values is represented by 'RIV', this

RIV is converted into a binary number according to binary representation, and the resultant RIV of the binary number is then transferred.

FIG. **16** is a view illustrating an example of RIVs when $N_{RB}=20$.

As can be seen from FIG. **16**, 'RIV' is decided according to S and L values. In case of calculating 'RIV' related to $0 \leq S \leq N_{RB}-1$ in each of all L values using Equation 1, RIVs of FIG. **16** are formed. The value of each element shown in FIG. **16** is 'RIV' indicating a combination of S and L values corresponding to the above element. Values contained in a left upper part covering almost half of FIG. **16** correspond to combinations of generable S and L values if $N_{RB}=20$, and values contained in a right lower part colored in gray, covering the other half of FIG. **16**, correspond to combinations of S and L values incapable of being generated.

In this scheme, RIVs present in the gray-colored part under the condition of $L-1 \leq \lfloor N_{RB}/2 \rfloor$, are mapped to RIVs under the other condition of $L-1 \leq \lfloor N_{RB}/2 \rfloor$, such that no RIVs are wasted. For example, if $N_{RB}$ is set to 20 (i.e., $N_{RB}=20$), RIVs present in a specific part corresponding to $L < \lfloor N_{RB}/2 \rfloor + 1 = \lfloor 20/2 \rfloor + 1 = 11$ among the right lower part of FIG. **12** are reused in another part corresponding to $L > \lfloor N_{RB}/2 \rfloor + 1 = \lfloor 20/2 \rfloor + 1 = 11$ among the left upper part of FIG. **20**. In this case, a maximum value (i.e., a maximum RIV) among RIVs present in the left upper end is 209.

In this scheme, the maximum RIV may influence the number of transmission bits, RIVs below the maximum RIV may not be mapped to numbers incapable of being obtained by combinations of actual S and L values. That is, all values below the maximum RIV correspond to combinations of generable S and L values.

In case of separately transmitting the S value, a maximum S value is 19, such that 5 bits are needed to indicate this S value '19' (where $0 \leq 19 < 2^5$). In case of separately transmitting the L value, a maximum L value is 20, such that 5 bits are needed to indicate this L value '20' (where $0 \leq 20 < 2^5$). Therefore, in case of transmitting the S and L values independent of each other, 10 bits are needed in the end. However, the RIVs are in the range of $0 \leq RIV \leq 209 < 2^8$, such that 8 bits are needed to indicate these RIVs, as denoted by $N_{bit\_required}=8$. As a result, it can be recognized that 2 bits are saved as compared to the above case of transmitting the S and L values independent of each other. In this case, a valid RIV is 209 and a maximum value capable of being indicated by 8 bits is 255, so that a total of 46 values of $210 \sim 255$ are not actually used.

When using the conventional RIV table shown in FIG. **16**, RIVs undefined in this RIV table become invalid for an LTE terminal. For example, RIVs from 210 to 255 in FIG. **16** become invalid for a conventional LTE terminal. Therefore, RIVs defined in the conventional RIV table are referred to as valid RIVs, and other RIVs undefined in this RIV table are referred to as invalid RIVs. For example, in FIG. **16**, RIVs from 0 to 209 are valid RIVs, and RIVs from 210 to 255 are invalid RIVs.

Valid RIVs are able to indicate only allocation status information of RBs defined in the table of FIG. **16**, and invalid RIVs are able to indicate allocation status information of other RBs undefined in the table of FIG. **16**. In order to use invalid RIVs as described above, the assumption of the presence of invalid RIVs is needed. If the following equation 2 is satisfied, this means that RIVs that are not used as actual values while being capable of being transferred are always present.

[Equation 2]

$N \neq M$, where, $N = \lceil \log_2(N_{RB}(N_{RB}+1)/2) \rceil$, $M = \log_2(N_{RB}(N_{RB}+1)/2)$

In Equation 2,

$$\frac{N_{RB}(N_{RB}+1)}{2}$$

is a total number of valid RIVs when the number of resource blocks is $N_{RB}$. In Equation, N is a minimum length of a binary number for indicating all the valid RIVs. However, if

$$\frac{N_{RB}(N_{RB}+1)}{2}$$

is not a multiple of 2, it is impossible for M to be an integer, so that M may be set to any non-integer value. In this case, in order to accomplish Equation 2, the following equation 3 must be achieved.

$$2^N \neq \frac{N_{RB}(N_{RB}+1)}{2} \qquad \text{[Equation 3]}$$

Equation 3 can be represented by the following equation 4.
[Equation 4]

$2^{N+1} \neq N_{RB}(N_{RB}+1)$

In conclusion, if Equation 4 is accomplished, it can be seen that the aforementioned invalid RIVs exist.

Assuming that $2^{N+1}=N_{RB}(N_{RB}+1)$ is achieved, $(N_{RB}=2^a)$ and $(N_{RB}+1=2^b)$ must be established. That is, $2^a+1=2^b$ must be satisfied. In this case, in order to satisfy $2^a+1=2^b$, 'a' must be set to 0 (a=0) and 'b' must be set to 1 (b=1). Therefore, $2^{N+1}=N_{RB}(N_{RB}+1)$ is achieved only in the case of $N_{RB}=1$. However, because $6 \leq N_{RB} \leq 110$ is given in the LTE, $2^{N+1} \neq N_{RB}(N_{RB}+1)$ is achieved. Thus, in the LTE, $2^{N+1}=N_{RB}(N_{RB}+1)$ is not achieved. Thus, $(N_{RB}^{UL}(N_{RB}^{UL}+1)/2) \neq M=\log_2 (N_{RB}^{UL}(N_{RB}^{UL}+1)/2)$ is demonstrated, and the LTE always includes RIVs that are not used as actual values while being capable of being transmitted. Therefore, the above-mentioned proposed method can be used for the LTE at all times.

In the meantime, in the above-mentioned RIV construction method, if a maximum value ($=L^{limit}$) of allocable RBs is limited, i.e., if the L value is limited to $L^{limit}$ or less, the number of required bits may be reduced. In FIG. **12**, if $L^{limit}$ is set to 6 (i.e., $L^{limit}=6$), the range of generable L values is given as $1 \leq L \leq 6$, combinations having other L values having the range of $7 \leq L \leq 20$ are not in use. At this time, it can be recognized that a maximum RIV among RIVs is 114. That is, the range of generable RIVs is given as $0 \leq RIV \leq 114 < 2^7$, so that the number of required bits is 7 as denoted by $N_{bit\_required\_lim}=7$. In this case, a valid maximum RIV is 114 and a maximum value capable of being denoted by 7 bits is 127, such that a total of 13 values from 115 to 127 are not actually used.

The SPS method among various scheduling methods used in the LTE system will hereinafter be described in detail.

Presently, in order to perform uplink SPS and/or downlink SPS, the LTE system firstly informs a UE of radio resource control (RRC) signaling information, such that the UE can recognize which subframe(s) will be used for SPS transmission/reception on the basis of the received RRC signaling information. In other words, time resources from among time-frequency resources allocated for SPS is firstly designated through RRC signaling. In order to indicate available

US 8,971,279 B2

19

subframes, for example, a period and offset of each subframe can be notified. However, because a UE is still assigned only the time resource domain through the RRC signaling, the UE cannot not transmit/receive data using the SPS. Therefore, the UE receives a PDCCH for indicating activation, and then allocates frequency resources according to RB allocation information included in the received PDCCH, and applies the modulation and the code rate depending on modulation and coding scheme (MCS) information, such that the UE starts transmitting/receiving data according to period and offset information of subframes allocated through the RRC signaling. Then, upon receiving a PDCCH for indicating deactivation from a base station (BS), the UE stops transmitting/receiving data. In the case where the UE receives a PDCCH indicating either the activation or the deactivation after stopping transmitting/receiving data, the UE restarts data transmission/reception using the period- and offset-information of each subframe allocated through the RRC signaling using the RB allocation and MCS information designated in the received PDCCH. In this case, the PDCCH including the activation-, deactivation-, and/or reactivation indication(s) may be a PDCCH from which an SPS cell radio network temporary identity (C-RNTI) is detected. In other words, while allocation of time resources is carried out through the RRC signaling, transmission/reception of actual signals can be carried out after a PDCCH indicating activation and reactivation of the SPS has been received. Interruption of signal transmission/reception occurs after the UE receives a PDCCH indicating SPS deactivation.

Presently, a variety of formats have been defined as PDCCH formats in the LTE system, for example, a format 0 for uplink, and formats 1, 1A, 1B, 1C, 1D, 2, 2A, 3, and 3A for downlink have been defined as PDCCH formats in the LTE system. Necessary control information may be selected from among a variety of control information according to usages of the above PDCCH formats, and a combination of the selected control information is formed, such that the necessary control information can be transmitted in the form of such a combination. For example, necessary control information may be selected from among hopping flag, RB allocation, MCS, Redundancy Version (RV), New Data Indicator (NDI), Transmission Power Control (TPC), a Cyclic Shift, Demodulation Reference Signal (DM RS), UL index, a Channel Quality Indicator (CQI) request, a DL allocation index, a Hybrid Automatic Repeat Request (HARQ) process number, a Transmitted Precoding Matrix Indicator (TPMI), and PMI confirmation.

SPS Activation and Reactivation

Basic information such as NDI, RB allocation, MCS information, and the like is needed for SPS activation or SPS reactivation. Each PDCCH format includes unnecessary information in addition to the basic information. In case of SPS deactivation, NDI, RB allocation, MCS information and the like are no longer required, and only the deactivation status information is required for the SPS deactivation.

SPS allocation and non-persistent allocation can be distinguished from each other according to whether a radio network temporary identity (RNTI) masked on a cyclic redundancy check (CRC) part of a PDCCH is an SPS C-RNTI or a C-RNTI. However, according to the present invention, when an SPS-based operation is performed, each of unnecessary bits among PDCCH formats is fixed to zero '0', such that this bit composed of '0' may be used to re-confirm SPS allocation information.

Detailed bit field structures of individual PDCCH formats during the SPS operation according to the present invention can be given as the following tables 2 to 5.

20

TABLE 2

| Format 0/1A indicator | 1 bit → '0' | Format 0 |
|---|---|---|
| Hopping Flag | 1 bit | |
| Resource Block Allocation | N bit | |
| MCS | 5 bits → '0xxxx' | First MSB '0': SPS Validation |
| NDI | 1 bit | |
| DM-RS | 3 bits → '000' | '000' → SPS Validation |
| TPC (PUSCH) | 2 bits → '00' | '00' → SPS Validation |
| CQI trigger | 1 bit | |
| UL index (TDD) | (2 bits) | |

Table 2 shows the 'format 0' for uplink, if it is assumed that all or some of the MCS, DM-RS, and TPC bit fields are set to zero '0' as shown in Table 2, the UE is able to confirm that the SPS C-RNTI is masked on the CRC part of a PDCCH, i.e., the UE is able to confirm SPS validation.

TABLE 3

| Format 0/1A indicator | 1 bit → '1' | Format 1A |
|---|---|---|
| LVRB/DVRB Flag | 1 bit | |
| Resource Block Allocation | N bit | |
| MCS | 5 bits → '0xxxx' | First MSB '0': SPS Validation |
| NDI | 1 bit | |
| HARQ index | 3 bits → '000' | 000' → SPS Validation |
| TPC (PUCCH) | 2 bits | |
| RV | 2 bits → '00' | '00' → SPS Validation |
| DL index (TDD) | (2 bits) | |

Table 3 shows the format 1A for a Single Input Multi Output (SIMO) downlink compact scheme. As shown in Table 3, if it is assumed that all or some of the MCS, HARQ index, and RV bit fields are set to zero '0' as shown in Table 3, the UE is able to confirm that the SPS C-RNTI is masked on the CRC part of a PDCCH.

TABLE 4

| Allocation type Flag | 1 bit | |
|---|---|---|
| Resource Block Allocation | P bit | |
| MCS | 5 bits → '0xxxx' | First MSB '0': SPS Validation |
| HARQ index | 3 bits (4-bit TDD) → '000(0)' | '000(0)' → SPS Validation |
| NDI | 1 bit | |
| RV | 2 bits → '00' | '00' → SPS Validation |
| TPC (PUCCH) | 2 bits | |
| DL index (TDD) | 2 bits | |

Table 4 shows the format 1 for a Single Input Multi Output (SIMO) downlink scheme. As shown in Table 4, if it is assumed that all or some of the MCS, HARQ index, and RV bit fields are set to zero '0' as shown in Table 4, the UE is able to confirm that the SPS C-RNTI is masked on the CRC part of a PDCCH.

TABLE 5

| Allocation type Flag | 1 bit |
|---|---|
| Resource Block Allocation | P bits |

US 8,971,279 B2

21

TABLE 5-continued

| TPC (PUCCH) | 2 bits | |
| DL index (TDD) | 2 bits | |
| HARQ index | 3 bits (4-bit TDD) → '000(0)' | '000(0)' → SPS Validation |
| HARQ swap flag | 1 bit | |
| MCS 1 | 5 bits → '0xxxx' | First MSB '0': SPS Validation |
| NDI 1 | 1 bit | |
| RV 1 | 2 bits → '00' | '00' → SPS Validation |
| MCS 2 | 5 bits → '0xxxx' | First MSB '0': SPS Validation |
| NDI 2 | 1 bit | |
| RV 2 | 2 bits → '00' | '00' → SPS Validation |
| Precoding | 3 or 6 bits | |

Table 5 shows the 'format 2/2A' for a closed-loop/open-loop Spatial Multiplexing (SM). As shown in Table 5, if it is assumed that all or some of the MCS, HARQ index, and RV bit fields are set to zero '0' as shown in Table 5, the UE is able to confirm that the SPS C-RNTI is masked on the CRC part of a PDCCH.

SPS Deactivation

The SPS deactivation method according to the present invention will hereinafter be described in detail.

The compact resource allocation method is used in the formats 0, 1A, 1B, 1C, and 1D among the above-mentioned PDCCH formats. In this case, when some of RIVs are valid RIVs and the other RIVs are invalid RIVs, the invalid RIVs may be used for an event requesting no RB allocation.

In the present invention, when a downlink control signal format based on the compact-type RB allocation scheme is used for signaling SPS activation and/or SPS deactivation, an RIV contained in the PDCCH from which the SPS C-RNTI is detected may be used as signaling information for SPS deactivation indication. In this case, the RIV contained in the PDCCH from which the SPS C-RNTI is detected may have any one of values capable of being used as the above-mentioned invalid RIVs.

For example, according to the RIV construction method shown in Table 1, a valid RIV indicating a generable RB allocation combination may be any one of RIVs from 0 to 209 (where this RIV '209' is a maximum valid RIV). In this case, an invalid RIV may be any one of RIVs from 210 to 255. If the RIV detected from the PDCCH from which the SPS C-RNTI is detected belongs to the invalid RIV, the UE recognizes that signaling information indicating SPS deactivation is transmitted. A maximum value capable of being indicated by a binary field indicating each RIV is certainly included in values capable of belonging to the invalid RIV. That is, the above-mentioned invalid RIV certainly includes a specific value acquired when the entire binary field indicating each RIV is filled with '1'. Specifically, in the case where the RIV detected in the PDCCH from which the SPS C-RNTI was detected is determined to be the above specific value acquired when the entirety of the binary field is filled with '1', it can be recognized that signaling information indicating SPS deactivation is transmitted on the basis of the above specific value.

FIG. 17 shows an exemplary structure of a PDCCH field for signaling SPS deactivation according to the present invention. As shown in FIG. 17, if the RIV binary field is composed of 8 bits, a binary number RIV (=11111111₂) is acquired. If the RIV (=11111111₂) is detected, this RIV (=**11111111**₂) may indicate that signaling information indicating SPS deactivation was transmitted.

22

A method for indicating SPS deactivation when DVRB allocation is carried out in a PDCCH having a DCI format 1A will hereinafter be described in detail.

FIG. 18 shows individual fields acquired when DVRB allocation is carried out in a PDCCH having a DCI format 1A according to the present invention. FIG. 18(a) shows an exemplary case in which an LVRB is used. FIGS. 18(b) and 18(c) illustrate exemplary cases, each of which shows the use of a DVRB. In more detail, FIG. 18(b) shows the use of 'Gap1' and FIG. 18(c) shows the use of 'Gap2'.

When using a DVRB as shown in FIGS. 18(b) and 18(c), one bit 1802 from among the entire bits 1801 used as an RIV field indicating LVRB allocation information as shown in FIG. 18(a) is used for indicating 'Gap1'/'Gap2'. Only the remaining bit field 1803 is allocated as an RIV field. In this case, as shown in FIG. 18, the maximum allocable number of RBs is limited to 16 so that the RIV does not exceed the maximum value which can be represented by the RIV field which is reduced by the one bit 1802.

At least one invalid RIV unused for allocating valid resources exists, and this invalid RIV may be used as signaling information indicating SPS deactivation. Specifically, if the invalid RIV exists, the maximum value capable of being indicated by the binary field indicating an RIV is included in the existing invalid RIV, so that this maximum value can be used for deactivation. In other words, the value acquired when the entirety of the RIV binary field is filled with '1' may be used for deactivation. As can be seen from FIG. 18, there may arise two cases according to indication 1802 of the 'Gap'. The SPS deactivation construction having 'Gap2' shown in FIG. 18(c) has the same bit pattern as that of FIG. 18(a) in which the RIV field for LVRB is configured to indicate the SPS deactivation.

In addition, in case of the SPS deactivation, a distinction between 'Gap1' and 'Gap2' and a distinction between LVRBs and DVRBs are meaningless. Therefore, even for a SPS UE which is using 'Gap1' shown in FIG. 18(b), the entire RIV field for LVRB can be filled with '1' in order to represent SPS deactivation. In other words, although 'Gap1' is currently used as shown in FIG. 18(b), the 'Gap' indication field 1802 may be filled with '1' instead of '0' under the SPS deactivation.

Hereinafter, a method for indicating SPS deactivation when hopping is used for the PDCCH having the 'DCI format 0' according to the present invention will hereinafter be described.

FIG. 19 shows individual fields of a PDCCH having a 'DCI format 0' according to the present invention. FIG. 19(a) shows an exemplary case in which the hopping is not used. FIGS. 19(b) and 19(c) show other cases in which the hopping is used when a system band is in the range from 50 RBs to 110 RBs.

In the case where the system band is in the range from 50 RBs to 110 RBs as shown in FIGS. 19(b) and 19(c) and hopping is carried out, 2 bits 1902 from among all bits 1901 used as an RIV field indicating VRB allocation information are used to indicate hopping information. Only the remaining bits 1903 are allocated as an RIV field. If it is assumed that the hopping is carried out in the format 0 and the system bandwidth is in the range from 6 RBs to 49 RBs, one bit (1 bit) from among all bits used as the VRB RIV field is used to indicate the hopping information.

For example, as shown in FIGS. 19(b) and 19(c), the length of RBs capable of being maximally allocated is limited, such that an RIV does not exceed a maximum value capable of being indicated by the RIV field 1903. Even in the case, there exists at least one invalid RIV to be unused, and this invalid

US 8,971,279 B2

23

RIV may be used for SPS deactivation. The invalid RIV includes the maximum value capable of being indicated by a binary field through which the RIV will be transferred, such that this maximum value can be used for deactivation. There may arise two cases according to the hopping information as shown in FIG. 19. The SPS deactivation construction formed when each bit indicating the hopping information is set to '1' as shown in FIG. 19(b) has the same bit pattern as that of FIG. 19(a) in which the RIV field for VRB is configured to indicate the SPS deactivation.

In addition, as described above, the distinction based on hopping information is meaningless for the SPS deactivation. Therefore, even when a hopping is performed as like in FIG. 19(b) or 19(c), the entire RIV field 1901 can be filled with '1' to indicate SPS deactivation.

As described above, because it is enough to inform only the deactivation status without other control information to indicate a SPS deactivation, it is preferable that only one frame be used for each of uplink and downlink. In other words, the format 0 may be used in uplink and the shortest format 1A may be used in downlink.

Tables 6 and 7 show examples of detailed field structures used when uplink SPS deactivation and downlink SPS deactivation are signaled by 'DCI format 0' and 'DCI format 1A', respectively.

TABLE 6

| Format 0/1A indicator | 1 bit → '0' | Format 0 |
|---|---|---|
| Hopping Flag | 1 bit → 'x' | |
| Resource Block Allocation | N bit → '11 . . . 11' | SPS deactivation |
| MCS | 5 bits → '0xxxx' | First MSB '0': SPS Validation |
| NDI | 1 bit → 'x' | |
| DM-RS | 3 bits → '000' | '000' → SPS Validation |
| TPC (PUSCH) | 2 bits → '00' | 00' → SPS Validation |
| CQI trigger | 1 bit → 'x' | |
| UL index (TDD) | (2 bits) → 'xx' | |

Table 6 shows a PDCCH having a 'DCI format 0' for uplink. When a UE confirms that the SPS C-RNTI is masked on a CRC part of the PDCCH and that all or some of the MCS, DM-RS, and TPC bit fields are set to zero '0' as shown in Table 6, the UE is able to recognize that SPS is activated. In addition, a SPS deactivation can be signaled by setting the whole RIV field to '1' as described above. Because the bits in table 6, each of which is denoted by 'x', are irrelevant to SPS validation and SPS deactivation, an arbitrary value may be assigned to each of the bits. However, if all of the bits is fixed to '0' or '1', the UE may additionally confirm that the SPS is deactivated.

TABLE 7

| Format 0/1A indicator | 1 bit → '1' | Format 1A |
|---|---|---|
| LVRB/DVRB Flag | 1 bit → 'x' | |
| Resource Block Allocation | N bit → '11 . . . 11' | SPS deactivation |
| MCS | 5 bits → '0xxxx' | First MSB '0': SPS Validation |
| NDI | 1 bit → 'x' | |

24

TABLE 7-continued

| HARQ index | 3 bits → '000' | '000' → SPS Validation |
|---|---|---|
| TPC (PUCCH) | 2 bits → 'x' | |
| RV | 2 bits → '00' | '00' → SPS Validation |
| DL index (TDD) | (2 bits) → 'xx' | |

Table 7 shows a PDCCH having a 'DCI format 1A' for downlink. When a UE confirms that the SPS C-RNTI is masked on a CRC part of the PDCCH and that all or some of the MCS, HARQ index, and RV bit fields are set to zero '0' as shown in Table 7, the UE is able to recognize that SPS is activated. In addition, the SPS deactivation can be signaled by setting the entire RIV field to '1' as described above. Because the bits in table 7, each of which is denoted by 'x', are irrelevant to either SPS validation or SPS deactivation, an arbitrary value may be assigned to each of the bits. However, if all of the bits is fixed to '0' or '1', the UE may additionally confirm that the SPS is deactivated.

FIG. 20 is a block diagram illustrating constituent elements of a device 50 applicable to the present invention.

In FIG. 20, the device 50 may be a UE or a base station (BS). In addition, the above-mentioned methods can be implemented by this device 50. The device 50 includes a processor 51, a memory 52, a Radio Frequency (RF) unit 53, a display unit 54, and a user interface unit 55. Layers of the radio interface protocol are realized in the processor 51. The processor 51 provides a control plane and a user plane. Functions of individual layers can be implemented in the processor 51. The processor 51 may include a contention resolution timer. The memory 52 is connected to the processor 51 and stores an operating system, applications, and general files. If the device 50 is a UE, the display unit 54 displays various information, and may use well-known elements such as a Liquid Crystal Display (LCD), an Organic Light Emitting Diode (OLED), and the like. The user interface unit 55 may be constructed of a combination of well-known user interfaces such as a keypad, a touch screen, and the like. The RF unit 53 is connected to the processor 51 so that it can transmit and receive RF signals to and from the processor 51.

Embodiment 1

A method and apparatus for allowing the UE 50 shown in FIG. 20 to perform SPS deactivation according to a first embodiment of the present invention will hereinafter be described in detail.

The first embodiment of the present invention relates to a method and apparatus for deactivating semi-persistent scheduling (SPS) by the UE 50 of FIG. 20. The processor 51 contained in the UE 50 receives a downlink control channel from a base station (BS) through the RF unit 53. If the binary field indicating resource allocation information contained in the downlink control channel is entirely filled with '1', the processor 51 deactivates the SPS.

Embodiment 2

A method and apparatus for allowing the base station (BS) 50 shown in FIG. 20 to transmit a signal for SPS deactivation according to a second embodiment of the present invention will hereinafter be described in detail.

The second embodiment of the present invention relates to a method and apparatus for transmitting a signal for SPS deactivation by the base station (BS) 50 shown in FIG. 20. When performing the SPS deactivation, the processor 51 of the base station (BS) 50 fills the entire binary field indicating resource allocation information contained in a downlink con-

US 8,971,279 B2

25

trol channel with the value of '1'. Thereafter, the processor **51** transmits the downlink control channel through the RF unit **53**. In this case, the binary field filled with the value of '1' indicates SPS deactivation.

It is apparent to those skilled in the art that the first embodiment (Embodiment 1) and the second embodiment (Embodiment 2) can be reconstructed as a method invention embodied by a combination of steps executed in the RF unit and the processor.

Embodiment 3

FIG. **21** is a flowchart illustrating a method for deactivating a semi-persistent scheduling (SPS) according to the present invention.

In order to perform SPS deactivation, a base station (BS) fills the entire binary field indicating resource allocation information contained in a downlink control channel with the value of '1' at step S**2101**. The base station (BS) transmits the downlink control channel to the UE at step S**2102**. The UE receives the downlink control channel from the base station (BS) at step S**2103**. When the entire binary field indicating resource allocation information contained in the downlink control channel is filled with '1', the UE performs the SPS deactivation.

The first to third embodiments (Embodiment 1~Embodiment 3) can be restricted as follows. The downlink control channel may be a PDCCH, and a Downlink Control Information (DCI) format of the downlink control channel may be a 'Format 0' or a 'Format 1A'. The wireless mobile communication system uses a scheduling method based on the compact scheme, and the binary field may be composed of a field indicating an RIV. Otherwise, the above-mentioned binary field may be composed of a field indicating an RIV and a field indicating 'Gap' information used for distributed allocation of resources. For another example, the above-mentioned binary field may be composed of a field indicating an RIV and a field indicating hopping information.

The present invention uses a Resource Indication Value (RIV) not mapped for RB allocation in a Physical Downlink Control Channel (PDCCH) so as to indicate an SPS deactivation status, so that it can inform a UE of SPS deactivation without adding a bit field or a new format.

Although the present invention has been disclosed by referring to the above-mentioned embodiments, it should be noted that the aforementioned embodiments have been disclosed only for illustrative purposes, and those skilled in the art will appreciate that various modifications, additions and substitutions are possible, without departing from the scope and spirit of the invention as disclosed in the accompanying claims. Thus, it is intended that the present invention covers the modifications and variations of this invention provided they come within the scope of the appended claims and their equivalents. Therefore, the present invention is not limited to the above-mentioned embodiments, but can be applied to other examples which can satisfy the above principles and new characteristics of the present invention.

As apparent from the above description, the present invention is applicable to a transmitter and a receiver for use in a communication system.

It will be apparent to those skilled in the art that various modifications and variations can be made in the present invention without departing from the spirit or scope of the invention. Thus, it is intended that the present invention cover the modifications and variations of this invention provided they come within the scope of the appended claims and their equivalents.

26

What is claimed is:

**1**. A method for deactivating Semi-Persistent Scheduling (SPS) transmission in a wireless mobile communication system, the method comprising:

performing, by a User Equipment (UE), a SPS transmission at an interval of a subframe period configured by a radio resource control (RRC) signal;

receiving, by the UE, a Physical Downlink Control Channel (PDCCH) signal with a Radio Network Temporary Identifier (RNTI), wherein the PDCCH signal includes a first field related to a resource allocation; and

performing a procedure for deactivating the SPS transmission if the PDCCH signal satisfies conditions for SPS deactivation,

wherein the conditions for SPS deactivation include:

the RNTI is a SPS Cell RNTI (SPS C-RNTI); and

the first field is entirely filled with '1'.

**2**. The method of claim **1**,

wherein the PDCCH signal further includes a second field related to Transmission Power Control (TPC) and a third field related to a DeModulation Reference Signal (DM RS),

wherein the conditions for SPS deactivation further include:

the second field is entirely filled with '0', and

the third field is entirely filled with '1'.

**3**. The method of claim **1**, wherein the PDCCH signal carries a Downlink Control Information (DCI) format '0'.

**4**. The method of claim **1**, wherein the first field indicates a Resource Indication Value (RIV).

**5**. The method of claim **1**, further comprising:

continuing, by the UE, the SPS transmission if the PDCCH signal does not satisfy the conditions for SPS deactivation.

**6**. A method for deactivating Semi-Persistent Scheduling (SPS) reception in a wireless mobile communication system, the method comprising:

performing, by a Base Station (BS), a SPS reception at an interval of a subframe period configured by a radio resource control (RRC) signal;

transmitting, by the BS, a Physical Downlink Control Channel (PDCCH) signal with a Radio Network Temporary Identifier (RNTI), wherein the PDCCH signal includes a first field related to a resource allocation; and

performing a procedure for deactivating the SPS reception if the PDCCH signal satisfies conditions for SPS deactivation,

wherein the conditions for SPS deactivation include:

the RNTI is a SPS Cell RNTI (SPS C-RNTI); and

the first field is entirely filled with '1'.

**7**. The method of claim **6**,

wherein the PDCCH signal further includes a second field related to Transmission Power Control (TPC) and a third field related to a DeModulation Reference Signal (DM RS),

wherein the conditions for SPS deactivation further include:

the second field is entirely filled with '0', and

the third field is entirely filled with '1'.

**8**. The method of claim **6**, wherein the PDCCH signal carries a Downlink Control Information (DCI) format '0'.

**9**. The method of claim **6**, wherein the first field indicates a Resource Indication Value (RIV).

**10**. The method of claim **6**, further comprising:

continuing, by the BS, the SPS reception if the PDCCH signal does not satisfy the conditions for SPS deactivation.

US 8,971,279 B2

**27**

**11**. A User Equipment (UE) used for in a wireless mobile communication system, the UE configured to:

    perform a Semi-Persistent Scheduling (SPS) transmission at an interval of a subframe period configured by a radio resource control (RRC) signal;

    receive a Physical Downlink Control Channel (PDCCH) signal with a Radio Network Temporary Identifier (RNTI), wherein the PDCCH signal includes a first field related to a resource allocation; and

    performing a procedure for deactivating the SPS transmission if the PDCCH signal satisfies conditions for SPS deactivation,

    wherein the conditions for SPS deactivation include:

    the RNTI is a SPS Cell RNTI (SPS C-RNTI); and

    the first field is entirely filled with '1'.

**12**. The UE of claim **11**, wherein the PDCCH signal further includes a second field related to Transmission Power Control (TPC) and a third field related to a DeModulation Reference Signal (DM RS),

    wherein the conditions for SPS deactivation further include:

    the second field is entirely filled with '0', and

    the third field is entirely filled with '1'.

**13**. The UE of claim **11**, wherein the PDCCH signal carries a Downlink Control Information (DCI) format '0'.

**14**. The UE of claim **11**, wherein the first field indicates a Resource Indication Value (RIV).

**15**. The UE of claim **11**, wherein the UE is further configured to continue the SPS transmission if the PDCCH signal does not satisfy the conditions for SPS deactivation.

**28**

**16**. A Base Station (BS) used for in wireless mobile communication system, the BS configured to:

    perform a SPS reception at an interval of a subframe period configured by a radio resource control (RRC) signal;

    transmit a Physical Downlink Control Channel (PDCCH) signal with a Radio Network Temporary Identifier (RNTI), wherein the PDCCH signal includes a first field related to a resource allocation; and

    perform a procedure for deactivating the SPS reception if the PDCCH signal satisfies conditions for SPS deactivation,

    wherein the conditions for SPS deactivation include:

    the RNTI is a SPS Cell RNTI (SPS C-RNTI); and

    the first field is entirely filled with '1'.

**17**. The BS of claim **16**, wherein the PDCCH signal further includes a second field related to Transmission Power Control (TPC) and a third field related to a DeModulation Reference Signal (DM RS),

    wherein the conditions for SPS deactivation further include:

    the second field is entirely filled with '0', and

    the third field is entirely filled with '1'.

**18**. The BS of claim **16**, wherein the PDCCH signal carries a Downlink Control Information (DCI) format '0'.

**19**. The BS of claim **16**, wherein the first field indicates a Resource Indication Value (RIV).

**20**. The BS of claim **16**, wherein the BS is further configured to continue the SPS reception if the PDCCH signal does not satisfy the conditions for SPS deactivation.

\* \* \* \* \*

EXHIBIT 26

| US 8971279 – Claim 1 | 3GPP Specifications |
|---|---|
| A method for deactivating Semi-Persistent Scheduling (SPS) transmission in a wireless mobile communication system, the method comprising: | **3GPP TS 36.213 V 8.6.0**<br>**9.2 PDCCH validation for semi-persistent scheduling**<br><br>A UE shall validate a Semi-Persistent Scheduling assignment PDCCH only if all the following conditions are met: …<br>Validation is achieved if all the fields for the respective used DCI format are set according to Table 9.2-1 or Table 9.2-1A.<br>If validation is achieved, the UE shall consider the received DCI information accordingly as a valid semi-persistent activation or release. |
| performing, by a User Equipment (UE), a SPS transmission at an interval of a subframe period configured by a radio resource control (RRC) signal; | **3GPP TS 36.321 V 8.5.0**<br>**5.4 UL-SCH data transfer**<br>**5.4.1 UL Grant reception**<br><br>In order to transmit on the UL-SCH the UE must have a valid uplink grant (except for non-adaptive HARQ retransmissions) which it may receive dynamically on the PDCCH or in a Random Access Response or which may be configured semi-persistently. …<br><br>**5.10.2 Uplink**<br><br>After a Semi-Persistent Scheduling uplink grant is configured, the UE shall:<br>- if [two-intervals-Semi-Persistent Scheduling] is enabled by upper layer:<br>    - set the Subframe_Offset according to Table 7.4-1.<br>- else:<br>    - set Subframe_Offset to 0.<br>- consider that the grant recurs in each subframe for which:<br>    - (10 * SFN + subframe) = [(10 * SFNstart time + subframestart time) + N * *semiPersistSchedIntervalUL* + Subframe_Offset * (N modulo 2)] modulo 10240, for all N>0.<br><br>**3GPP TS 36.331 V 8.4.0**<br>**6.2 RRC messages**<br><br>– *RRCConnectionReconfiguration*<br>The *RRCConnectionReconfiguration* message is the command to modify an RRC connection. It may convey information for measurement configuration, mobility control, dedicated NAS information, radio resource configuration (including RBs, MAC main configuration and physical channel configuration), security configuration and UE related information.<br>    Signalling radio bearer: SRB1<br>    RLC-SAP: AM<br>    Logical channel: DCCH<br>    Direction: E-UTRAN to UE<br><br>**6.3.2 Radio resource control information elements**<br><br>– *RadioResourceConfigDedicated* |

| | The IE *RadioResourceConfigDedicated* is used to setup/modify/release RBs, to setup/modifiy transport channel configurations and to setup/modify physical channels. … |
|---|---|
| | **RadioResourceConfigDedicated field descriptions** |
| | **rlc-Configuration**<br>SRB choice indicates whether the RLC configuration is set to the values signalled explicitly or to the values defined in the default RLC configuration for SRB1 in 9.2.1.1 or for SRB2 in 9.2.1.2. E-UTRAN does not reconfigure the RLC mode of DRBs. |
| | **pdcp-Configuration**<br>E-UTRAN can reconfigure PDCP header compression for DRBs only when the PDCP re-establishment procedure is performed. |
| | **mac-MainConfig**<br>The default MAC main configuration is specified in 9.2.2. |
| | **sps-Configuration**<br>The default SPS configuration is specified in 9.2.3. |
| | **physicalConfigDedicated**<br>The default dedicated physical configuration is specified in 9.2.4. |
| | **logicalChannelConfig [in SRB-ToAddModifyList]**<br>For SRBs a choice is used to indicate whether the logical channel configuration is signalled explicitly or set to the values defined in the default logical channel configuration for SRB1 in 9.2.1.1 or for SRB2 in 9.2.1.2. |
| | **logicalChannelIdentity**<br>The logical channel identity for both UL and DL. |
| | **– SPS-Configuration**<br>The IE *SPS-Configuration* is used to specify the semi-persistent scheduling configuration. |
| | **SPS-Configuration field descriptions** |
| | **semiPersistSchedC-RNTI**<br>Semi-persistent Scheduling C-RNTI, see TS 36.321 [6]. |
| | **semiPersistSchedIntervalDL**<br>Semi-persistent scheduling interval in downlink. Value in number of sub-frames. Value sf10 corresponds to 10 sub-frames, sf20 corresponds to 20 sub-frames and so on. For TDD, this parameter should be round to the nearest integer (of 10 sub-frames) towards zero, e.g. sf10 corresponds to 10 sub-frames, sf32 corresponds to 30 sub-frames, sf128 corresponds to 120 sub-frames. |
| | **numberOfConfSPS-Processes**<br>Parameter: *Number of Configured SPS Processes*, see TS36.321 [6]. |
| | **n1Pucch-AN-Persistent**<br>Parameter: $n^{(1)}_{PUCCH}$ see TS 36.213, [23, 10.1] |
| | **semiPersistSchedIntervalUL**<br>Semi-persistent scheduling interval in uplink. Value in number of sub-frames. Value sf10 corresponds to 10 sub-frames, sf20 corresponds to 20 sub-frames and so on. For TDD, this parameter should be round to the nearest integer (of 10 sub-frames) towards zero, e.g. sf10 corresponds to 10 sub-frames, sf32 corresponds to 30 sub-frames, sf128 corresponds to 120 sub-frames. |
| | **implicitReleaseAfter**<br>Number of empty transmissions before implicit release, see TS 36.321, 5.11.2. Value e2 corresponds to 2 transmissions, e3 corresponds to 3 transmissions. |
| | **p0-NominalPUSCH-Persistent**<br>Parameter: $P_{0,NOMINAL\_PUSCH}$ (0). See TS 36.213, 5.1.1.1, unit dBm step 1. This field is applicable for persistent scheduling, only. If choice 'enable' is used and *p0-Persistent* is absent, apply the (default) value of *p0-NominalPUSCH* for *p0-NominalPUSCH-Persistent*. |
| | **p0-UePUSCH-Persistent**<br>Parameter: $P_{0,UE\_PUSCH}$ (0). See TS 36.213, 5.1.1.1, unit dB. This field is applicable for persistent scheduling, only. If choice 'enable' is used and *p0-Persistent* is absent, apply the (default) value of p0-UePUSCH for *p0-UePUSCH-Persistent*. |
| receiving, by the UE, a Physical Downlink Control Channel (PDCCH) signal with a Radio Network Temporary Identifier (RNTI), | **3GPP 36 212 V8.8.0**<br><br>**5.3.3 Downlink control information**<br>A DCI transports downlink or uplink scheduling information, or uplink power control commands for one RNTI. The RNTI is implicitly encoded in the CRC.<br><br>**5.3.3.1.1 Format 0**<br>DCI format 0 is used for the scheduling of PUSCH.…<br><br>**3GPP 36 213 V8.6.0**<br>**9.1.1 PDCCH Assignment Procedure**<br>The UE shall monitor a set of PDCCH candidates for control information in every non-DRX subframe, where monitoring implies attempting to decode each of the PDCCHs in the set according to all the monitored DCI formats.<br><br>**8 Physical uplink shared channel related procedures**<br>If a UE is configured by higher layers to decode PDCCHs with the CRC scrambled by the SPS C-RNTI, the UE shall decode the PDCCH according to the combination defined in table 8-5 … |

**Table 8-5: PDCCH configured by SPS C-RNTI**

| DCI format | Search Space |
|---|---|
| DCI format 0 | Common and<br>UE specific by C-RNTI |

| | |
|---|---|
| | |

| wherein the PDCCH signal includes a first field related to a resource allocation; | **3GPP 36 213 V8.6.0**<br>**9.2 PDCCH validation for semi-persistent scheduling** |

**Table 9.2-1A: Special fields for Semi-Persistent Scheduling Release PDCCH Validation**

| | DCI format 0 | DCI format 1A |
|---|---|---|
| TPC command for scheduled PUSCH | set to '00' | N/A |
| Cyclic shift DM RS | set to '000' | N/A |
| Modulation and coding scheme and redundancy version | set to '11111' | N/A |
| Resource block assignment and hopping resource allocation | Set to all '1's | N/A |
| HARQ process number | N/A | FDD: set to '000'<br><br>TDD: set to '0000' |
| Modulation and coding scheme | N/A | set to '11111' |
| Redundancy version | N/A | set to '00' |
| Resource block assignment | N/A | Set to all '1's |

**3GPP 36 212 V8.8.0**
**5.3.3.1.1 Format 0**

DCI format 0 is used for the scheduling of PUSCH.
The following information is transmitted by means of the DCI format 0: …
- Resource block assignment and hopping resource allocation -

$\cdot \left\lceil \log_2(N_{RB}^{UL}(N_{RB}^{UL}+1)/2) \right\rceil$ bits …

| and performing a procedure for deactivating the SPS transmission if the PDCCH signal satisfies conditions for SPS deactivation, wherein the conditions for SPS deactivation includes: the RNTI is a SPS Cell RNTI (SPS C-RNTI) | **3GPP 36 213 V8.6.0**<br>**9.2 PDCCH validation for semi-persistent scheduling**<br><br>A UE shall validate a Semi-Persistent Scheduling assignment PDCCH only if all the following conditions are met:<br>  - the CRC parity bits obtained for the PDCCH payload are scrambled with the Semi-Persistent Scheduling C-RNTI<br>  - the new data indicator field, in case of DCI formats 2 and 2A for the enabled transport block, is set to '0'<br>Validation is achieved if all the fields for the respective used DCI format are set according to Table 9.2-1 or Table 9.2-1A.<br>If validation is achieved, the UE shall consider the received DCI information accordingly as a valid semi-persistent activation or release.<br>If validation is not achieved, the received DCI format shall be considered by the UE as having been received with a non-matching CRC. |

**3GPP TS 36.321 V 8.5.0**
**7.1 RNTI values**

**Table 7.1-2: RNTI usage.**

| RNTI | Usage | Transport Channel | Logical Channel |
|---|---|---|---|
| P-RNTI | Paging and System Information change notification | PCH | PCCH |
| SI-RNTI | Broadcast of System Information | DL-SCH | BCCH |
| RA-RNTI | Random Access Response | DL-SCH | N/A |
| Temporary C-RNTI | Contention Resolution<br>(when no valid C-RNTI is available) | DL-SCH | CCCH |
| Temporary C-RNTI | Msg3 transmission | UL-SCH | CCCH, DCCH, DTCH |
| C-RNTI | Dynamically scheduled unicast transmission | DL-SCH, UL-SCH | DCCH, DTCH |
| C-RNTI | Triggering of PDCCH ordered random access | N/A | N/A |
| Semi-Persistent Scheduling C-RNTI | Semi-Persistently scheduled unicast transmission<br>(activation, reactivation and retransmission) | DL-SCH, UL-SCH | DCCH, DTCH |
| Semi-Persistent Scheduling C-RNTI | Semi-Persistently scheduled unicast transmission<br>(deactivation) | N/A | N/A |
| TPC-PUCCH-RNTI | Physical layer Uplink power control | N/A | N/A |
| TPC-PUSCH-RNTI | Physical layer Uplink power control | N/A | N/A |

| and the first field is entirely filled with '1'. | **3GPP 36 213 V8.6.0**<br>**9.2 PDCCH validation for semi-persistent scheduling** |
|---|---|

Table 9.2-1A: Special fields for Semi-Persistent Scheduling Release PDCCH Validation

|  | DCI format 0 | DCI format 1A |
|---|---|---|
| TPC command for scheduled PUSCH | set to '00' | N/A |
| Cyclic shift DM RS | set to '000' | N/A |
| Modulation and coding scheme and redundancy version | set to '11111' | N/A |
| Resource block assignment and hopping resource allocation | Set to all '1's | N/A |
| HARQ process number | N/A | FDD: set to '000'<br><br>TDD: set to '0000' |
| Modulation and coding scheme | N/A | set to '11111' |
| Redundancy version | N/A | set to '00' |
| Resource block assignment | N/A | Set to all '1's |

| **US 8971279 – Claim 11** | **3GPP Specifications** |
|---|---|
| A User Equipment (UE) used for in a wireless mobile communication system, the UE configured to: | On information and belief the User Equipment (UE) is used in a wireless mobile communication system. |
| perform a Semi-Persistent Scheduling (SPS) transmission at an interval of a subframe period configured by a radio resource control (RRC) signal; | **3GPP TS 36.321 V 8.5.0**<br>**5.4 UL-SCH data transfer**<br>**5.4.1 UL Grant reception**<br><br>In order to transmit on the UL-SCH the UE must have a valid uplink grant (except for non-adaptive HARQ retransmissions) which it may receive dynamically on the PDCCH or in a Random Access Response or which may be configured semi-persistently. …<br><br>**5.10.2 Uplink**<br><br>After a Semi-Persistent Scheduling uplink grant is configured, the UE shall:<br>- if [two-intervals-Semi-Persistent Scheduling] is enabled by upper layer:<br>    - set the Subframe_Offset according to Table 7.4-1.<br>- else:<br>    - set Subframe_Offset to 0.<br>- consider that the grant recurs in each subframe for which:<br>    - (10 * SFN + subframe) = [(10 * SFNstart time + subframestart time) + N * *semiPersistSchedIntervalUL* + Subframe_Offset * (N modulo 2)] modulo 10240, for all N>0.<br><br>**3GPP TS 36.331 V 8.4.0**<br>**6.2 RRC messages** |

*— RRCConnectionReconfiguration*

The *RRCConnectionReconfiguration* message is the command to modify an RRC connection. It may convey information for measurement configuration, mobility control, dedicated NAS information, radio resource configuration (including RBs, MAC main configuration and physical channel configuration), security configuration and UE related information.

> Signalling radio bearer: SRB1
> RLC-SAP: AM
> Logical channel: DCCH
> Direction: E-UTRAN to UE

## 6.3.2 Radio resource control information elements

*— RadioResourceConfigDedicated*

The IE *RadioResourceConfigDedicated* is used to setup/modify/release RBs, to setup/modifiy transport channel configurations and to setup/modify physical channels. …

| *RadioResourceConfigDedicated* field descriptions |
|---|
| **rlc-Configuration** |
| SRB choice indicates whether the RLC configuration is set to the values signalled explicitly or to the values defined in the default RLC configuration for SRB1 in 9.2.1.1 or for SRB2 in 9.2.1.2. E-UTRAN does not reconfigure the RLC mode of DRBs. |
| **pdcp-Configuration** |
| E-UTRAN can reconfigure PDCP header compression for DRBs only when the PDCP re-establishment procedure is performed. |
| **mac-MainConfig** |
| The default MAC main configuration is specified in 9.2.2. |
| **sps-Configuration** |
| The default SPS configuration is specified in 9.2.3. |
| **physicalConfigDedicated** |
| The default dedicated physical configuration is specified in 9.2.4. |
| **logicalChannelConfig [in SRB-ToAddModifyList]** |
| For SRBs a choice is used to indicate whether the logical channel configuration is signalled explicitly or set to the values defined in the default logical channel configuration for SRB1 in 9.2.1.1 or for SRB2 in 9.2.1.2. |
| **logicalChannelIdentity** |
| The logical channel identity for both UL and DL. |

*— SPS-Configuration*

The IE *SPS-Configuration* is used to specify the semi-persistent scheduling configuration.

| *SPS-Configuration* field descriptions |
|---|
| **semiPersistSchedC-RNTI** |
| Semi-persistent Scheduling C-RNTI, see TS 36.321 [6]. |
| **semiPersistSchedIntervalDL** |
| Semi-persistent scheduling interval in downlink. Value in number of sub-frames. Value sf10 corresponds to 10 sub-frames, sf20 corresponds to 20 sub-frames and so on. For TDD, this parameter should be round to the nearest integer (of 10 sub-frames) towards zero, e.g. sf10 corresponds to 10 sub-frames, sf32 corresponds to 30 sub-frames, sf128 corresponds to 120 sub-frames. |
| **numberOfConfSPS-Processes** |
| Parameter: *Number of Configured SPS Processes*, see TS36.321 [6]. |
| **n1Pucch-AN-Persistent** |
| Parameter: $n_{PUCCH}^{(1)}$ see TS 36.213, [23, 10.1] |
| **semiPersistSchedIntervalUL** |
| Semi-persistent scheduling interval in uplink. Value in number of sub-frames. Value sf10 corresponds to 10 sub-frames, sf20 corresponds to 20 sub-frames and so on. For TDD, this parameter should be round to the nearest integer (of 10 sub-frames) towards zero, e.g. sf10 corresponds to 10 sub-frames, sf32 corresponds to 30 sub-frames, sf128 corresponds to 120 sub-frames. |
| **implicitReleaseAfter** |
| Number of empty transmissions before implicit release, see TS 36.321, 5.11.2. Value e2 corresponds to 2 transmissions, e3 corresponds to 3 transmissions. |
| **p0-NominalPUSCH-Persistent** |
| Parameter: $P_{O\_NOMINAL\_PUSCH}$ (0). See TS 36.213, 5.1.1.1, unit dBm step 1. This field is applicable for persistent scheduling, only. If choice 'enable' is used and *p0-Persistent* is absent, apply the (default) value of *p0-NominalPUSCH* for *p0-NominalPUSCH-Persistent*. |
| **p0-UePUSCH-Persistent** |
| Parameter: $P_{O\_UE\_PUSCH}$ (0). See TS 36.213, 5.1.1.1, unit dB. This field is applicable for persistent scheduling, only. If choice 'enable' is used and *p0-Persistent* is absent, apply the (default) value of p0-UePUSCH for *p0-UePUSCH-Persistent*. |

| | |
|---|---|
| receive a Physical Downlink Control Channel (PDCCH) signal with a Radio Network Temporary Identifier (RNTI), | **3GPP 36 212 V8.8.0**<br>**5.3.3 Downlink control information**<br>A DCI transports downlink or uplink scheduling information, or uplink power control commands for one RNTI. The RNTI is implicitly encoded in the CRC.<br><br>**5.3.3.1.1 Format 0**<br>DCI format 0 is used for the scheduling of PUSCH....<br><br>**3GPP 36 213 V8.6.0**<br>**9.1.1 PDCCH Assignment Procedure**<br>The UE shall monitor a set of PDCCH candidates for control information in every non-DRX subframe, where monitoring implies attempting to decode each of the PDCCHs in the set according to all the monitored DCI formats**.**<br><br>**8 Physical uplink shared channel related procedures**<br>If a UE is configured by higher layers to decode PDCCHs with the CRC scrambled by the SPS C-RNTI, the UE shall decode the PDCCH according to the combination defined in table 8-5 ...<br><br>**Table 8-5: PDCCH configured by SPS C-RNTI**<br><br>| DCI format | Search Space |<br>|---|---|<br>| DCI format 0 | Common and<br>UE specific by C-RNTI | |
| wherein the PDCCH signal includes a first field related to a resource allocation; and | **3GPP 36 213 V8.6.0**<br>**9.2 PDCCH validation for semi-persistent scheduling**<br><br>**Table 9.2-1A: Special fields for Semi-Persistent Scheduling Release PDCCH Validation**<br><br>| | DCI format 0 | DCI format 1A |<br>|---|---|---|<br>| TPC command for scheduled PUSCH | set to '00' | N/A |<br>| Cyclic shift DM RS | set to '000' | N/A |<br>| Modulation and coding scheme and redundancy version | set to '11111' | N/A |<br>| Resource block assignment and hopping resource allocation | Set to all '1's | N/A |<br>| HARQ process number | N/A | FDD: set to '000'<br><br>TDD: set to '0000' |<br>| Modulation and coding scheme | N/A | set to '11111' |<br>| Redundancy version | N/A | set to '00' |<br>| Resource block assignment | N/A | Set to all '1's |<br><br>**3GPP 36 212 V8.8.0**<br>**5.3.3.1.1 Format 0**<br><br>DCI format 0 is used for the scheduling of PUSCH.<br>The following information is transmitted by means of the DCI format 0: ...<br>- Resource block assignment and hopping resource allocation -<br><br>$\cdot \left\lceil \log_2(N_{RB}^{UL}(N_{RB}^{UL}+1)/2) \right\rceil$ bits ... |

| | |
|---|---|
| performing a procedure for deactivating the SPS transmission if the PDCCH signal satisfies conditions for SPS deactivation, wherein the conditions for SPS deactivation include: the RNTI is a SPS Cell RNTI (SPS C-RNTI); | **3GPP 36 213 V8.6.0**<br>**9.2 PDCCH validation for semi-persistent scheduling**<br><br>A UE shall validate a Semi-Persistent Scheduling assignment PDCCH only if all the following conditions are met:<br>   - the CRC parity bits obtained for the PDCCH payload are scrambled with the Semi-Persistent Scheduling C-RNTI<br>   - the new data indicator field, in case of DCI formats 2 and 2A for the enabled transport block, is set to '0'<br>Validation is achieved if all the fields for the respective used DCI format are set according to Table 9.2-1 or Table 9.2-1A.<br>If validation is achieved, the UE shall consider the received DCI information accordingly as a valid semi-persistent activation or release.<br>If validation is not achieved, the received DCI format shall be considered by the UE as having been received with a non-matching CRC.<br><br><br>**3GPP TS 36.321 V 8.5.0**<br>**7.1 RNTI values** |

Table 7.1-2: RNTI usage.

| RNTI | Usage | Transport Channel | Logical Channel |
|---|---|---|---|
| P-RNTI | Paging and System Information change notification | PCH | PCCH |
| SI-RNTI | Broadcast of System Information | DL-SCH | BCCH |
| RA-RNTI | Random Access Response | DL-SCH | N/A |
| Temporary C-RNTI | Contention Resolution (when no valid C-RNTI is available) | DL-SCH | CCCH |
| Temporary C-RNTI | Msg3 transmission | UL-SCH | CCCH, DCCH, DTCH |
| C-RNTI | Dynamically scheduled unicast transmission | DL-SCH, UL-SCH | DCCH, DTCH |
| C-RNTI | Triggering of PDCCH ordered random access | N/A | N/A |
| Semi-Persistent Scheduling C-RNTI | Semi-Persistently scheduled unicast transmission (activation, reactivation and retransmission) | DL-SCH, UL-SCH | DCCH, DTCH |
| Semi-Persistent Scheduling C-RNTI | Semi-Persistently scheduled unicast transmission (deactivation) | N/A | N/A |
| TPC-PUCCH-RNTI | Physical layer Uplink power control | N/A | N/A |
| TPC-PUSCH-RNTI | Physical layer Uplink power control | N/A | N/A |

| | |
|---|---|
| and the first field is entirely filled with '1'. | **3GPP 36 213 V8.6.0**<br>**9.2 PDCCH validation for semi-persistent scheduling** |

Table 9.2-1A: Special fields for Semi-Persistent Scheduling Release PDCCH Validation

| | DCI format 0 | DCI format 1A |
|---|---|---|
| TPC command for scheduled PUSCH | set to '00' | N/A |
| Cyclic shift DM RS | set to '000' | N/A |
| Modulation and coding scheme and redundancy version | set to '11111' | N/A |
| Resource block assignment and hopping resource allocation | Set to all '1's | N/A |
| HARQ process number | N/A | FDD: set to '000'<br><br>TDD: set to '0000' |
| Modulation and coding scheme | N/A | set to '11111' |
| Redundancy version | N/A | set to '00' |
| Resource block assignment | N/A | Set to all '1's |