IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 1:20-cv-22051-JEM

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> HMD AMERICA, INC., and HMD GLOBAL OY, <br><br> Defendants. | **JURY TRIAL DEMANDED** |

**PLAINTIFFS CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Sisvel International S.A., 3G Licensing S.A. and Sisvel S.p.A. (collectively, "Plaintiffs") certify the following:

Sisvel International S.A. declares that it is a wholly owned subsidiary of Fineur International S.A. No publicly held corporation owns 10% or more of its stock.

3G Licensing S.A. declares that it is a wholly owned subsidiary of Sisvel International S.A. No publicly held corporation owns 10% or more of its stock.

Sisvel S.p.A. declares that it is a wholly owned subsidiary of Sisvel International S.A. No publicly held corporation owns 10% or more of its stock.

In addition, the undersigned certifies that, other than the named parties and Plaintiffs, the following listed entity (i) has a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) has a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Fineur International S.A.

|  |  |
|---|---|
| Dated: May 18, 2020 | */s/ Jorge Espinosa* |

Jorge Espinosa, Esq.
Florida Bar No: 779032
jorge.espinosa@gray-robinson.com
Francesca Russo, Esq.
Florida Bar No.:174912
francesca.russo@gray-robinson.com
Robert R. Jimenez, Esq.
Florida Bar No.: 72020
Robert.jimenez@gray-robinson.com
GRAY | ROBINSON, P.A.
333 S.E. 2nd Ave., Suite 300
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

*Attorneys for Plaintiffs*
*SISVEL INTERNATIONAL S.A.,*
*3G LICENSING S.A., and SISVEL S.p.A.*