AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A. *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 20-CV-22051-JEM |
| HMD AMERICA, INC., and HMD GLOBAL OY *Defendant(s)* | ) ) ) ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HMD Global OY
Bertel Jungin aukio 9
02600 Espoo, Finland

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jorge Espinosa, Esq.,
GRAY | ROBINSON, P.A.,
333 S.E. 2nd Ave., Suite 300,
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date:  05/18/2020

s/ Alisha Beasley-Martin
Deputy Clerk
U.S. District Courts

**SUMMONS**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 1:20-cv-22051-JEM**

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> HMD AMERICA, INC., and HMD GLOBAL OY, <br><br> Defendants. | **JURY TRIAL DEMANDED** |

**PROOF OF SERVICE**

I, Donna L. Allaband, hereby affirm under penalty of perjury and upon personal knowledge that the contents of the following document are true and do affirm that I am a competent person over 18 years of age and not a party to this action.

On July 9, 2020, I caused a true and correct copy of the Summons and Complaint in this matter to be served upon HMD Global Oy pursuant to Article 10(a) of the Hague Convention via Federal Express. Service of the Summons and Complaint was made on or about July 13, 2020. I hereby attached the signed Federal Express Proof of Delivery for same.

*Donna L. Allaband*
Donna L. Allaband

July 13, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 904014818662

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | S.SYDANMAANLAKKA CVD | **Delivery Location:** | BERTEL JUNGIN AUKIO 9 |
| **Service type:** | International Priority | | ESPOO, 02600 |
| **Special Handling:** | Deliver Weekday | **Delivery date:** | Jul 13, 2020 13:44 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 904014818662 | **Ship Date:** | Jul 9, 2020 |
| | | **Weight:** | 2.0 LB/0.91 KG |

**Recipient:**
HMD GLOBAL OY,
BERTEL JUNGIN AUKIO 9
ESPOO, FI, 02600

**Shipper:**
PRODUCTION CENTER, PARCELS, INC.
230 NORTH MARKET STREET
WILMINGTON, DE, US, 19801

**Reference**          SISVEL 2G-3G (PHASE II)
**Department Number**  Copy Center



Thank you for choosing FedEx