## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., | § § § | |
| Plaintiffs | § § | |
| v. | § | NO. 1:20-CV-22051-JEM |
| | § | |
| HMD AMERICA, INC., and HMD GLOBAL OY, | § § § | |
| | § | |
| Defendants. | § | |

### AGREED MOTION TO SET RESPONSE DEADLINE

Defendants HMD America, Inc. and HMD Global Oy hereby move the Court, with the agreement of Plaintiffs, to set the deadline to move, answer, or otherwise respond to the Complaint to **October 2, 2020**, and in support of said motion state as follows:

On May 15, 2020, Plaintiffs filed a complaint for patent infringement against Defendants HMD America, Inc. and HMD Global Oy. (D.I. 1.) On May 18, 2020, summons were issued against both Defendants. (D.I. 3)

On July 13, 2020, Plaintiffs filed a "proof of service" alleging that the Summons and Complaint in this matter were served upon HMD Global Oy in Finland "pursuant to Article 10(a) of the Hague Convention via Federal Express." (D.I. 6 at 2.)

HMD Global Oy disagrees that it has been served pursuant to the Hague Convention in this matter. No service on HMD America, Inc. has been alleged or has occurred. Nevertheless, Defendants HMD Global Oy and HMD America, Inc. have agreed that they will waive service of the summons and complaint upon receiving 60 additional days to move, answer, or otherwise respond beyond the deadline in Plaintiffs' purported proof of service.

The parties submit that there is good cause for such a deadline because HMD Global Oy is a foreign corporation and service has not yet been attempted on HMD America, Inc.

WHEREFORE, Defendants HMD America, Inc. and HMD Global Oy respectfully move the Court, with the agreement of Plaintiffs, to set the deadline for Defendants HMD America, Inc. and HMD Global Oy to move, answer, or otherwise respond to the Complaint in this matter to **Friday, October 2, 2020.** Defendants shall reserve all defenses and objections to the lawsuit, the court's jurisdiction, and the venue of the action.

Dated:  August 6, 2020                                   Respectfully submitted,

*/s/ Elizabeth Banzhoff (Manno)*
**PERKINS COIE LLP**
Elizabeth Banzhoff (Manno) (Fl. Bar #67963)
1900 Sixteenth Street
Suite 1400
Denver, Colorado 80202-5255
T: +1.303.291.2300
F: +1.303.291.2400
EManno@perkinscoie.com

**ATTORNEYS FOR DEFENDANTS HMD AMERICA, INC. AND HMD GLOBAL OY**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document on August 6, 2020.

*/s/ Elizabeth Banzhoff (Manno)*
Elizabeth Banzhoff (Manno)