IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., | § § § | |
| Plaintiffs | § § | |
| v. | § | NO. 1:20-CV-22051-JEM |
| HMD AMERICA, INC., and HMD GLOBAL OY, | § § § § | |
| Defendants. | § § | |

### NOTICE OF APPEARANCE OF COUNSEL JOSEPH W. BAIN

Joseph W. Bain, of the firm of Shutts & Bowen LLP, files this appearance as counsel on behalf of Defendants HMD AMERICA, INC., and HMD GLOBAL OY in the above-styled cause of action. Counsel gives notice that all further pleadings and papers should be served upon Joseph W. Bain, Esq., jbain@shutts.com and grogers@shutts.com, Shutts & Bowen LLP, 525 Okeechobee Boulevard, Suite 1100, West Palm Beach, Florida 33401.

Dated:  August 24, 2020         Respectfully submitted,

/s/ *Joseph W. Bain*
JOSEPH W. BAIN, ESQ.
Florida Bar No. 860360
Email Address:  jbain@shutts.com
**SHUTTS & BOWEN LLP**
1100 CityPlace Tower
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone: (561) 835-8500
Facsimile: (561) 650-8530

*Attorneys for Defendants HMD America, Inc. and HMD Global OY*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August 2020, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties of record.

/s/ *Joseph W. Bain*