IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br>  Plaintiffs <br><br> v. <br><br> HMD AMERICA, INC., and HMD GLOBAL OY, <br><br>  Defendants. | NO. 1:20-CV-22051-JEM |

**DEFENDANTS' NOTICE OF
PENDING, REFILED, RELATED, OR SIMILAR ACTIONS**

Pursuant to Local Rule 3.8 and Section 2.15.00 of the Internal Operating Procedures of the United States District Court for the Southern District of Florida, Defendants HMD America, Inc. and HMD Global Oy ("HMD") file this Notice of Pending, Refiled, Related, or Similar Actions.

1. On May 15, 2020, Plaintiffs Sisvel International S.A., 3g Licensing S.A., and Sisvel S.p.A. filed this action against HMD [DE 1]. (the "HMD Action.") To date, Plaintiffs have not filed a Notice under Local Rule 3.8.[1]

2. Plaintiffs' action alleges infringement of nine U.S. Patents: U.S. Patent No. 7,215,653; U.S. Patent No. 7,319,718; U.S. Patent No. 7,551,625; U.S. Patent No. 7,580,388; U.S. Patent No. 7,869,396; U.S. Patent No. 7,979,070; U.S. Patent No. 8,189,611; U.S. Patent No. 8,600,383; and U.S. Patent No. 8,971,279. Plaintiffs allege that their patents are variously "essential under" the "3G" and "4G" cellular standards, such that HMD's 3G- and 4G-capable devices necessarily infringe the patents.

---

[1] This Notice is filed to comply with Local Rule 3.08 and is not intended as Defendants' response to the complaint which will be filed separately on or before the current due date of October 2, 2020 (DE 8).

3.      On the same day (May 15, 2020), Plaintiffs filed an action in this district against Blu Products, Inc. alleging infringement of three of the nine patents asserted against HMD (U.S. Patent No. 7,869,396; U.S. Patent No. 7,979,070; and U.S. Patent No. 8,971,279). *See Sisvel International SA et al v. Blu Products, Inc.*, 1-20-cv-22050 (S.D. Fla.) (the "Blu Action"). Plaintiffs make substantially identical allegations of infringement against Blu Products' 3G- and 4G-capable devices as those made against HMD's 3G- and 4G-capable devices. (*Compare, e.g.*, 1-20-cv-22051 DE 1-13 *with* 1-20-cv-22050 DE 1-14.) That case has been assigned to the Honorable Federico A. Moreno. The Defendants have not yet answered or otherwise responded to the complaint and have until September 3, 2020 to do so.

4.      Also on the same day (May 15, 2020), Plaintiffs filed an action in this district against Noetic, Inc. and Sun Cupid Technology (HK) Ltd. alleging infringement of the same nine patents asserted against HMD. *See Sisvel International SA et al v. Noetic, Inc. et al.*, 1-20-cv-22054 (S.D. Fla.) (the "Noetic Action"). Plaintiffs again make substantially identical allegations of infringement against Noetic's 3G- and 4G-capable devices as those made against HMD's 3G- and 4G-capable devices. (*Compare, e.g.*, 1-20-cv-22051 DE 1-13 *with* 1-20-cv-22054 DE 1-17.) That case has been assigned to the Honorable Darrin P. Gayles. The Defendants have not yet answered or otherwise responded to the complaint and have until September 3, 2020 to do so.

5.      Because the patents, subject matter, operative facts and issues of law are substantively the same across the HMD Action, the Noetic Action, and the Blu Action, and the disposition thereof would appear to entail the unnecessary duplication of judicial labor if heard by a different judge, the "Judges involved shall determine whether the higher-numbered action or proceeding shall be transferred to the Judge assigned to the lower-numbered action" (here, the Blu Action, 1-20-cv-22050). *See* IOP 2.15.00.

6. In addition to Plaintiffs' actions in this District, on May 15, 2020, Plaintiffs filed nine actions in the District of Delaware asserting these patents. One such action alleges infringement of eight of the nine of the patents asserted against HMD. *See 3G Licensing SA et al v. TCL Communication Technology Holdings Limited et al*, 1-20-cv-00654 (D. Del.). The other actions allege infringement of all nine of the patents asserted against HMD. *See Sisvel International SA et al v. Cradlepoint, Inc.*, 1-20-cv-00649 (D. Del.); *Sisvel International SA et al v. Dell Inc.*, 1-20-cv-00651 (D. Del.); *Sisvel International SA et al v. Honeywell International, Inc.*, 1-20-cv-00652 (D. Del.); *Sisvel International SA et al v. OnePlus Technology (Shenzhen) Co., Ltd.*, 1-20-cv-00653 (D. Del.); *Sisvel International SA et al v. Tesla, Inc.*, 1-20-cv-00655 (D. Del.); *Sisvel International SA et al v. VeriFone, Inc.*, 1-20-cv-00656 (D. Del.); *Sisvel International SA et al v. Wiko SAS et al*, 1-20-cv-00658 (D. Del.); *Sisvel International SA et al v. Xirgo Technologies, LLC*, 1-20-cv-00659 (D. Del.). Again, Plaintiffs make substantially identical allegations of infringement against the various defendants' 3G- and 4G-capable devices as those made against HMD's 3G- and 4G-capable devices. All of these nine cases have been assigned to the Honorable Maryellen Noreika. No defendant has yet answered or otherwise responded to the complaint.

7. Finally, on May 18, 2020, Plaintiffs filed an action in the Northern District of Texas against ZTE (USA) Inc. and ZTE Corporation, alleging infringement of all nine of the patents asserted herein against HMD. *See Sisvel International SA et al v. ZTE (USA), Inc. et al*, 3-20-cv-01289 (N.D. Tex.) Again, Plaintiffs make substantially identical allegations of infringement against the defendants' 3G- and 4G-capable devices as those made against HMD's 3G- and 4G-capable devices. The case has been assigned to the Honorable Chief Judge Barbara M. G. Lynn. No evidence of service of this complaint is found on the public docket.

Dated: August 24, 2020

Respectfully submitted,

/s/ *Joseph W. Bain*
JOSEPH W. BAIN, ESQ.
Florida Bar No. 860360
Email Address: jbain@shutts.com
**SHUTTS & BOWEN LLP**
1100 CityPlace Tower
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone: (561) 835-8500
Facsimile: (561) 650-8530

*Attorneys for Defendants HMD America, Inc. and HMD Global OY*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of August 2020, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties of record.

/s/ *Joseph W. Bain*