UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 20-22051-CIV-MARTINEZ-OTAZO-REYES

SISVEL INTERNATIONAL S.A., 3G
LICENSING S.A., and SISVEL S.p.A.,

       Plaintiffs,

v.

HMD AMERICA, INC. and HMD
GLOBAL OY,

       Defendants.

## DEFENDANTS' RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants HMD America, Inc. and HMD Global Oy, by and through counsel, disclose as follows.

HMD America Inc. is a privately held wholly-owned subsidiary of HMD Global Oy.

HMD Global Oy has no parent corporation. No publicly held corporation owns 10% or more of HMD Global Oy's stock.

Dated:  September 4, 2020         Respectfully submitted,

       */s/ Joseph W. Bain*
       JOSEPH W. BAIN, ESQ.
       Florida Bar No. 860360
       Email Address:  jbain@shutts.com
       **SHUTTS & BOWEN LLP**
       1100 CityPlace Tower
       525 Okeechobee Boulevard
       West Palm Beach, Florida 33401
       Telephone: (561) 835-8500
       Facsimile: (561) 650-8530

       **ATTORNEYS FOR DEFENDANTS HMD AMERICA, INC. AND HMD GLOBAL OY**

2

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document on September 4, 2020.

                                                  */s/ Joseph W. Bain*
                                                  Joseph W. Bain