**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**Case No.: 20-22051-CIV-MARTINEZ-OTAZO-REYES**

SISVEL INTERNATIONAL S.A., 3G
LICENSING S.A., and SISVEL S.p.A.,

              Plaintiffs,

v.

HMD AMERICA, INC. and HMD
GLOBAL OY,

              Defendants.

**REDACTED FOR PUBLIC FILING**

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to this Court's Pretrial Schedule issued August 20, 2020, ECF No. 9,

Defendants HMD America, Inc. and HMD Global Oy, by and through counsel, provide the

following Certificate of Interested Parties and Corporate Disclosure Statement.

| PERSON OR ENTITY | REASON WHY SUCH PERSON OR ENTITY HAS A FINANCIAL INTEREST IN THE OUTCOME OF THIS CASE |
|---|---|
| HMD Global Oy | Defendant |
| HMD America Inc. | Defendant and Subsidiary of HMD Global Oy |
| Perkins Coie LLP | Counsel for Defendants HMD Global Oy and HMD America Inc. |
| Shutts & Bowen LLP (Joseph W. Bain) | Counsel for Defendants HMD Global Oy and HMD America Inc. |
| ████████████████ | Subsidiary of HMD Global Oy |
| ██████████ | Subsidiary of HMD Global Oy |
| ████████████ | Subsidiary of HMD Global Oy |

**REDACTED FOR PUBLIC FILING**

| PERSON OR ENTITY | REASON WHY SUCH PERSON OR ENTITY HAS A FINANCIAL INTEREST IN THE OUTCOME OF THIS CASE |
|---|---|
| ███████████████ | Subsidiary of HMD Global Oy |
| █████████████████ | Subsidiary of HMD Global Oy |
| ██████████████████ | Subsidiary of HMD Global Oy |
| ██████████ | Subsidiary of HMD Global Oy |
| █████████████ | Subsidiary of HMD Global Oy |
| ████████████████████ | Subsidiary of HMD Global Oy |
| ████████████████████ | Subsidiary of HMD Global Oy |
| █████████████ | Subsidiary of HMD Global Oy |
| ██████████████ | Subsidiary of HMD Global Oy |
| ██████████████████ | Subsidiary of HMD Global Oy |
| ██████████████████ | Subsidiary of HMD Global Oy |
| █████████████ | Subsidiary of HMD Global Oy |
| ██████████████ | Subsidiary of HMD Global Oy |

**REDACTED FOR PUBLIC FILING**

Dated:  September 4, 2020                          Respectfully submitted,


                                        /s/ Joseph W. Bain
                                        JOSEPH W. BAIN, ESQ.
                                        Florida Bar No. 860360
                                        Email Address:  jbain@shutts.com
                                        **SHUTTS & BOWEN LLP**
                                        1100 CityPlace Tower
                                        525 Okeechobee Boulevard
                                        West Palm Beach, Florida 33401
                                        Telephone: (561) 835-8500
                                        Facsimile: (561) 650-8530

                                        **ATTORNEYS FOR DEFENDANTS HMD
                                        AMERICA, INC. AND HMD GLOBAL OY**


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document on September 4, 2020.


                                        /s/ Joseph W. Bain
                                        Joseph W. Bain

3

**REDACTED FOR PUBLIC FILING**