UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 20-22051-CIV-MARTINEZ-OTAZO-REYES

SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A.,

    Plaintiffs,

v.

HMD AMERICA, INC. and HMD GLOBAL OY,

    Defendants.

**ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL AND EXTENSION OF TIME TO SUBMIT COMPLETE CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

THIS MATTER is before the Court on Defendants' Motion to File Under Seal and Extension of Time to Submit Complete Certificate of Interested Parties and Corporate Disclosure Statement [ECF No. ___], filed September 4, 2020.

The Court, having reviewed the Motion and being fully advised in the premises, hereby **ORDERS and ADJUDGES** as follows:

Defendants may file under seal an unredacted version of their Certificates of Interested Parties and Corporate Disclosure Statement within one (1) day of the date of this Order. Defendants' Corporate Disclosure Statement is to remain under seal until further order of the Court.

**DONE and ORDERED** in Chambers, Miami, Florida, this ___ day of September, 2020.

                                            JOSE E. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Alicia M. Otazo-Reyes, U.S. Magistrate Judge*
*Counsel of record*