**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Civil Action No. 1:20-CV-22051-JEM**

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> HMD AMERICA, INC., and HMD GLOBAL OY, <br><br> Defendants. | **JURY TRIAL DEMANDED** |

**PLAINTIFFS' AMENDED CORPORATE DISCLOSURE STATEMENT**
**AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and this Court's Order dated August 20, 2020 (D.I. 9 at ¶11), Plaintiffs Sisvel International S.A., 3G Licensing S.A. and Sisvel S.p.A. (collectively, "Plaintiffs") certify the following:

Sisvel International S.A. declares that it is a wholly owned subsidiary of Fineur International S.A. No publicly held corporation owns 10% or more of its stock.

3G Licensing S.A. declares that it is a wholly owned subsidiary of Sisvel International S.A. No publicly held corporation owns 10% or more of its stock.

Sisvel S.p.A. declares that it is a wholly owned subsidiary of Sisvel International S.A. No publicly held corporation owns 10% or more of its stock.

In addition, the undersigned certifies that, other than the named entities and Plaintiffs, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in

controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Devlin Law Firm LLC– Plaintiffs' Counsel
- HMD America, Inc.
- HMD Global Oy
- Perkins Coie LLP

Dated: September 4, 2020

/s/Jorge Espinosa
Jorge Espinosa, Esq.
Florida Bar No: 779032
jorge.espinosa@gray-robinson.com
Francesca Russo, Esq.
Florida Bar No.: 174912
francesca.russo@gray-robinson.com
Robert R. Jimenez, Esq.
Fla. Bar. No. 72020
robert.jimenez@gray-robinson.com
**GRAY | ROBINSON, P.A.**
333 S.E. 2nd Ave., Suite 3200
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

*Attorneys for Plaintiffs*
*SISVEL INTERNATIONAL S.A.,*
*3G Licensing, S.A., and SISVEL S.p.A.*