IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A.,<br><br>　　　　Plaintiffs<br><br>v.<br><br>HMD AMERICA, INC., and HMD GLOBAL OY,<br><br>　　　　Defendants. | NO. 1:20-CV-22051-JEM |

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* FOR MATTHEW MOFFA, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for Matthew Moffa, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Matthew Moffa, may appear and participate in this action on behalf of Defendants HMD AMERICA, INC. and HMD GLOBAL OY. The Clerk shall provide electronic notification of all electronic filings to Matthew Moffa, at MMoffa@perkinscoie.com.

DONE AND ORDERED in Chambers at _____, Florida, this ___ day of _____.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOSE E. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record