IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., | § § § § | |
| Plaintiffs | § § | |
| v. | § | NO. 1:20-CV-22051-JEM |
| HMD AMERICA, INC., and HMD GLOBAL OY, | § § § § § | |
| Defendants. | § § | |

## CERTIFICATION OF GENE W. LEE

Gene W. Lee, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of state bar of New York; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

_____
Gene W. Lee