**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., | § § § |
| Plaintiffs | § |
| v. | §   NO. 1:20-CV-22051-JEM |
| | § |
| HMD AMERICA, INC., and HMD GLOBAL OY, | § § § |
| | § |
| Defendants. | § |

**MOTION TO APPEAR *PRO HAC VICE* FOR WILLIAM J. MCCABE,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of William J. McCabe of the law firm of PerkinsCoie, 1155 Avenue of the Americas, 22nd Floor, New York, NY 10036-2711, Telephone 212-262-6900, for purposes of appearance as co-counsel on behalf of Defendants HMD AMERICA, INC. and HMD GLOBAL OY in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit William J. McCabe to receive electronic filings in this case, and in support thereof states as follows:

1. William J. McCabe is not admitted to practice in the Southern District of Florida and is a member in good standing of the state bar of New York, U.S. District Courts for the Southern, Eastern, and Western Districts of New York, U.S. District Court for the Eastern and Western Districts of Michigan, U.S. District Court for the Eastern District of Texas, U.S. District Court for the Eastern District of Wisconsin, and U.S. District Court for the District of Colorado.

2. Movant, Joseph W. Bain, Esquire, of the law firm of Shutts & Bowen LLP, 525 Okeechobee Boulevard, Suite 1100, West Palm Beach, Florida 33401, Telephone 561-835-8500, is a member in good standing of The Florida Bar and the United States District Court for the

Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, William J. McCabe has made payment of this Court's $200.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. William J. McCabe, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to William J. McCabe at email address: WMcCabe@perkinscoie.com.

WHEREFORE, Joseph W. Bain, moves this Court to enter an Order for William J. McCabe, to appear before this Court on behalf of Defendants HMD AMERICA, INC. and HMD GLOBAL OY, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to William J. McCabe.

Date: September 9, 2020              Respectfully submitted,

                                      /s/  Joseph W. Bain

                                     JOSEPH W. BAIN, ESQ.
                                     Florida Bar No. 860360
                                     Email: jbain@shutts.com
                                     **SHUTTS & BOWEN LLP**
                                     1100 CityPlace Tower
                                     525 Okeechobee Boulevard
                                     West Palm Beach, Florida  33401
                                     Telephone: (561) 835-8500
                                     Facsimile: (561) 650-8530
                                     *Attorneys for Defendants HMD America, Inc. and HMD Global OY*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of September 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

/s/  *Joseph W. Bain*
JOSEPH W. BAIN, ESQ.