IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A.,<br><br>　　　　Plaintiffs<br>v.<br><br>HMD AMERICA, INC., and HMD GLOBAL OY,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§　NO. 1:20-CV-22051-JEM<br>§<br>§<br>§<br>§<br>§<br>§ |

## CERTIFICATION OF WILLIAM J. MCCABE

William J. McCabe, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of state bar of New York, U.S. District Courts for the Southern, Eastern, and Western Districts of New York, U.S. District Court for the Eastern and Western Districts of Michigan, U.S. District Court for the Eastern District of Texas, U.S. District Court for the Eastern District of Wisconsin, and U.S. District Court for the District of Colorado; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　William J. McCabe