# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**Case No.: 20-22051-CIV-MARTINEZ-OTAZO-REYES**

SISVEL INTERNATIONAL S.A., 3G
LICENSING S.A., and SISVEL S.p.A.,

       Plaintiffs,

v.

HMD AMERICA, INC. and HMD
GLOBAL OY,

       Defendants.

**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER, RESETTING CALENDAR CALL, TRIAL DATE, SPECIFIC PRETRIAL DEADLINES, AND SETTING *MARKMAN* HEARING AND BRIEFING SCHEDULE**

THIS CAUSE having come before the Court on Defendant's Motion to Modify Scheduling Order (D.E. No. __) (the "Motion"). This Court has reviewed the Motion, the record in the case, the applicable law, and is otherwise fully advised. It is hereby:

**ORDERED AND ADJUDGED** that:

1. Defendant's Motion to Modify Scheduling Order (D.E. No. __) is **GRANTED**.

2. The previously scheduled trial date in this case, which was set for the two-week trial calendar that begins on May 10, 2021, is hereby CANCELLED, and the trial date is RESET for December 27, 2021, with calendar call on December 23, 2021 at 1:30 p.m.

3. All pretrial deadlines in the Court's Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge ("Pretrial Order") of August 20, 2020 (D.E. No. 9) are RESET in accordance with the following schedule.

All other deadlines that have expired are not reset or restarted by this Order. The Court's Pretrial Order shall otherwise remain in full force and effect.

## SCHEDULING ORDER

The following timetable shall govern the pretrial procedures in this case. This schedule shall not be modified absent compelling circumstances. **All motions for an enlargement of time for discovery and relating to dispositive motions must include a statement as to whether the requested extension will affect the trial date or any other deadline set forth in this time table**. Failure to include such a statement may be grounds for denial of the motion.

| Date Or Deadline | Event |
| --- | --- |
| October 2, 2020 | Deadline for Defendants to respond to complaint. |
| October 12, 2020 | Motions to join additional parties, amend the complaint, and class certification. |
| October 16, 2020 | Plaintiffs to provide preliminary identification of asserted patent claims. |
| December 24, 2020 | Parties exchange patent claim terms for construction. |
| January 11, 2021 | Parties exchange proposed constructions of patent claim terms. |
| February 1, 2021 | Parties file opening claim construction briefs. |
| February 22, 2021 | Parties file responsive claim construction briefs. |
| March 8, 2021 | Parties file reply claim construction briefs. |
| March 15, 2021 | Parties file a joint claim construction statement. |
| April 5, 2021 | Optional deadline for parties file technology tutorials. |
| **April 12, 2021, or other date set at the Court's convenience** | **Claim construction (*Markman*) hearing.** |

| Date Or Deadline | Event |
|---|---|
| **May 10, 2021, or when issued by the Court** | **The Court issues its claim construction order.** |
| May 24, 2021, or two weeks after the Court's claim construction order, whichever is later | The parties meet and confer to narrow asserted patent claims, accused products, and asserted prior art references. |
| June 21, 2021, or six weeks after the Court's claim construction order, whichever is later | Parties shall exchange opening expert witness summaries and reports. |
| July 19, 2021, or ten weeks after the Court's claim construction order, whichever is later | Parties shall exchange rebuttal expert witness summaries and reports. |
| July 19, 2021, or ten weeks after the Court's claim construction order, whichever is later | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| August 2, 2021, or 12 weeks after the Court's claim construction order, whichever is later | A mediator must be selected. |
| August 16, 2021, or 14 weeks after the Court's claim construction order, whichever is later | All discovery, including expert discovery, shall be completed. |
| September 13, 2021, or 18 weeks after the Court's claim construction order, whichever is later | All *Daubert*, summary judgment, and other dispositive motions must be filed. Each party is limited to filing a single *Daubert* motion of no more than 20 pages. Summary judgment motions, in addition to containing a Statement of Material Facts pursuant to Local Rule 56.1(a), shall be accompanied by a separately-filed Joint Statement of Undisputed Fact, which must include all relevant facts about which there is no material dispute. Each undisputed fact shall be individually numbered and separated by paragraphs. This filing is limited to 10 pages and does not otherwise change the parties' obligation to comply with Local Rule 56.1.<br><br>Note: If there are any unresolved discovery disputes pending fifteen days prior to this date, the moving |

| Date Or Deadline | Event |
|---|---|
| | party shall immediately advise the Court of all such unresolved disputes together with their status. |
| September 20, 2021, or 19 weeks after the Court's claim construction order, whichever is later | Mediation shall be completed. |
| November 8, 2021, or 26 weeks after the Court's claim construction order, whichever is later | All pretrial motions and memoranda of law must be filed. Each party is limited to filing a single motion in limine, which may not, without leave of Court, exceed the 20-page limit allowed by the Rules. |
| November 22, 2021, or 28 weeks after the Court's claim construction order, whichever is later | Joint Pretrial Stipulation must be filed. |
| December 6, 2021, or 30 weeks after the Court's claim construction order, whichever is later | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| December 13, 2021, or 31 weeks after the Court's claim construction order, whichever is later | Proposed *voir dire* questions must be filed. |
| December 27, 2021, or 33 weeks after the Court's claim construction order, whichever is later, or other date set at the Court's convenience | Trial is scheduled to commence. |

IT IS FURTHER ORDERED that failure to comply with this or any order of this Court, the Local Rules, or any other applicable rule may result in sanctions, including dismissal without prejudice or the entry of a default, without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of September, 2020.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record