UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 20-22051 -CIV-MARTINEZ**

SISVEL INTERNATIONAL S.A., 3G
LICENSING S.A., and SISVEL S.p.A.,

    Plaintiffs,

v.

HMD AMERICA, INC., and HMD GLOBAL
OY,

    Defendants.
_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

**THIS CAUSE** came before the Court upon the motions for Matthew Moffa, Esq., Gene W. Lee, Esq., and William J. McCabe, Esq. to Appear *Pro Hac Vice,* Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (DE 16, 17, 18). After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

The Motions to Appear *Pro Hac Vice* are **GRANTED**. Pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, designated local counsel Joseph W. Bain, Esq. shall be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules. The Clerk shall provide electronic notification of all electronic filings to MMoffa@perkinscoie.com, GLee@perkinscoie.com, and WMcCabe@perkinscoie.com.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of September, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE