**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**Case No.: 20-22051-CIV-MARTINEZ-OTAZO-REYES**

SISVEL INTERNATIONAL S.A., 3G
LICENSING S.A., and SISVEL S.p.A.,

       Plaintiffs,

v.

HMD AMERICA, INC. and HMD
GLOBAL OY,

       Defendants.

**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER, RESETTING CALENDAR CALL, TRIAL DATE, SPECIFIC PRETRIAL DEADLINES, AND SETTING *MARKMAN* HEARING AND BRIEFING SCHEDULE**

**THIS CAUSE** is before the Court on Defendant's Motion to Modify Scheduling Order (DE 19) (the "Motion"). Upon careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that:

1. Defendant's Motion is **GRANTED**.

2. The previously scheduled trial date in this case, which was set for the two-week trial calendar that begins on May 10, 2021, is hereby **CANCELLED**, and trial and pretrial deadlines are modified as set forth below. All other deadlines remain in effect.

SCHEDULING ORDER

| Date Or Deadline | Event |
|---|---|
| October 2, 2020 | Deadline for Defendants to respond to complaint. |
| October 12, 2020 | Motions to join additional parties, amend the complaint, and class certification. |

| Date Or Deadline | Event |
| --- | --- |
| October 16, 2020 | Plaintiffs to provide preliminary identification of asserted patent claims. |
| December 24, 2020 | Parties exchange patent claim terms for construction. |
| January 11, 2021 | Parties exchange proposed constructions of patent claim terms. |
| February 1, 2021 | Parties file opening claim construction briefs. |
| February 22, 2021 | Parties file responsive claim construction briefs. |
| March 8, 2021 | Parties file reply claim construction briefs. |
| March 15, 2021 | Parties file a joint claim construction statement. |
| April 5, 2021 | Optional deadline for parties file technology tutorials. |
| **April 12, 2021** | **Claim construction (*Markman*) hearing.** |
| May 24, 2021 | The parties meet and confer to narrow asserted patent claims, accused products, and asserted prior art references. |
| June 21, 2021 | Parties shall exchange opening expert witness summaries and reports. |
| July 19, 2021 | Parties shall exchange rebuttal expert witness summaries and reports. |
| July 19, 2021 | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| August 2, 2021 | A mediator must be selected. |
| August 16, 2021 | All discovery, including expert discovery, shall be completed. |

| Date Or Deadline | Event |
|---|---|
| September 13, 2021 | All *Daubert*, summary judgment, and other dispositive motions must be filed. Each party is limited to filing a single *Daubert* motion of no more than 20 pages. Summary judgment motions, in addition to containing a Statement of Material Facts pursuant to Local Rule 56.1(a), shall be accompanied by a separately-filed Joint Statement of Undisputed Fact, which must include all relevant facts about which there is no material dispute. Each undisputed fact shall be individually numbered and separated by paragraphs. This filing is limited to 10 pages and does not otherwise change the parties' obligation to comply with Local Rule 56.1.<br><br>Note: If there are any unresolved discovery disputes pending fifteen days prior to this date, the moving party shall immediately advise the Court of all such unresolved disputes together with their status. |
| September 20, 2021 | Mediation shall be completed. |
| October 14, 2021 | All pretrial motions and memoranda of law must be filed. Each party is limited to filing a single motion in limine, which may not, without leave of Court, exceed the 20-page limit allowed by the Rules. |
| October 28, 2021 | Joint Pretrial Stipulation must be filed. |
| November 11, 2021 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| November 18, 2021 | Calendar Call |
| November 22, 2021 | Beginning of two-week trial period |

**DONE AND ORDERED** in Chambers at Miami, Florida, 21st day of September, 2020.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

3