# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A and SISVEL S.p.A<br><br>Plaintiffs,<br>v.<br><br>HMD AMERICA, INC., and HMD GLOBAL OY<br><br>Defendants. | CIVIL ACTION NO. 1:20-cv-22051-DPG |

## UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendants HMD America, Inc. and HMD Global OY ("Defendants") hereby submit this unopposed motion to withdraw Elizabeth M. Manno as attorney of record for Defendants and request that she be removed from the CM/ECF noticing list and any other service lists in this case. Defendants will continue to be represented by Perkins Coie LLP and Shutts & Bowen LLP in this matter.

Counsel for Defendants have conferred with counsel for Plaintiffs in this action. Plaintiffs do not oppose the relief requested in this motion.

Therefore, Defendants respectfully request that the Court withdraw Elizabeth M. Manno as attorney of record from the docket in this case.

## CERTIFICATE OF CONFERENCE

Pursuant to S.D. Fla. L.R. 7.1.A.3, counsel for Defendants conferred with counsel for Plaintiffs on October 9, 2020, regarding the issues raised herein. Plaintiffs do not oppose the relief

- 2 -

requested in this motion.

Dated October 12, 2020    Respectfully submitted,

*/s/ Elizabeth M. Manno*
Elizabeth M. Manno
(Florida Bar No. 67973)
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO  80202
Tel: (303) 291-2397
Fax: (303) 291-2497
Email: EManno@perkinscoie.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of October 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

                                                             */s/ Elizabeth M. Manno*
                                                             Elizabeth M. Manno