IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A and SISVEL S.p.A<br><br>Plaintiffs,<br>v.<br><br>HMD AMERICA, INC., and HMD GLOBAL OY<br><br>Defendants. | CIVIL ACTION NO. 1:20-cv-22051-DPG |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW COUNSEL**

THIS MATTER is before the Court on Defendants' Unopposed Motion to Withdraw Counsel [D.E. No.  ], filed October 12, 2020.

The Court, having reviewed the Motion and being fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that:

Defendants' motion is granted.  Elizabeth M. Manno is hereby removed as attorney of record for Defendants.  The clerk shall remove her from the CM/ECF noticing list.

**DONE and ORDERED** in Chambers, Miami, Florida, this day of October ___, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
*Alicia M. Otazo-Reyes, U.S. Magistrate Judge*
*Counsel of record*