UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-22051-GAYLES

SISVEL INTERNATIONAL S.A.,
3G LICENSING S.A., and
SISVEL S.p.A.,
        Plaintiffs,

v.

HMD AMERICA, INC. and
HMD GLOBAL OY,
        Defendants.

**ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE
FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| | | | |
|---|---|---|---|
| 1. | **Motions to Dismiss** | Yes ____ | No _X_ |
| 2. | **Motions for Summary Judgment** | Yes ____ | No _X_ |
| 3. | **All Pretrial Motions** | Yes ____ | No _X_ |
| 4. | **Discovery** | Yes _X_ | No ____ |
| 5. | **Other (*explain below*)** | Yes ____ | No _X_ |

_____

/s/ Jorge Espinosa
Jorge Espinosa, Esq.
Florida Bar No: 779032
jorge.espinosa@gray-robinson.com
Francesca Russo, Esq.
francesca.russo@gray-robinson.com
Robert R. Jimenez, Esq.
robert.jimenez@gray-robinson.com
**GRAY | ROBINSON, P.A.**
333 S.E. 2nd Ave., Suite 300
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

*Attorneys for Plaintiffs*
*SISVEL INTERNATIONAL S.A.,*
*3G Licensing, S.A., and SISVEL S.p.A*

/s/  Gene W. Lee
JOSEPH W. BAIN, ESQ.
Florida Bar No. 860360
Email Address: jbain@shutts.com
**SHUTTS & BOWEN LLP**
1100 CityPlace Tower
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone: (561) 835-8500
Facsimile: (561) 650-8530

WILLIAM J. MCCABE, Esq.
*Pro hac vice*
wmccabe@perkinscoie.com
GENE W. LEE, Esq.
*Pro hac vice*
glee@perkinscoie.com
MATTHEW J. MOFFA, Esq.
*Pro hac vice*
mmoffa@perkinscoie.com
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd floor
New York, NY 10036
Telephone: (212) 262-6900
Facsimile: (212) 977-1649

**Attorneys for Defendants HMD America, Inc., and HMD Global Oy**