**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

Case No.: 20-22051-CIV-GAYLES

SISVEL INTERNATIONAL S.A., 3G
LICENSING S.A., and SISVEL S.p.A.,

        Plaintiffs,

v.

HMD AMERICA, INC. and
HMD GLOBAL OY,

        Defendants.

## NOTICE OF HEARING

Defendants HMD AMERICA, INC. and HMD GLOBAL OY ("HMD") provide notice of a discovery calendar hearing before MAGISTRATE JUDGE ALICIA OTAZO-REYES on December 15, 2020, at 3:30pm ET, wherein HMD will seek to compel Plaintiffs SISVEL INTERNATIONAL S.A., 3G LICENSING S.A. and SISVEL S.p.A. ("Sisvel") to provide supplemental answers to certain Interrogatories and supplemental responses to a Request for Production of Documents.

On October 9, 2020, HMD served Plaintiffs with HMD's Second Set of Interrogatories and Second Set of Requests for Production. Plaintiffs propounded responses to HMD's Second Set of Interrogatories and HMD's Second Set of Requests for Production on November 9, 2020, but some of Plaintiffs' responses were deficient. Pursuant to correspondence between the parties, Plaintiffs served a supplemental response to Interrogatories Nos. 11, 12, and 14 on November 24, 2020, but refused to supplement others, and Plaintiffs refused to supplement their

Responses to HMD's Second Set of Requests for Production. Plaintiffs' responses to Interrogatories Nos. 11, 12, 13, and 16 and Request for Production No. 21 remain deficient.[1]

HMD seeks intervention of this Court to remedy the deficiencies in Plaintiffs' responses, and thus seeks the entry of an Order Compelling Better Responses and All Responsive Documents to the following requests.

### DISCOVERY MATTERS TO BE HEARD BY THE HONORABLE MAGISTRATE JUDGE ALICIA OTAZO-REYES

**Interrogatory 11**: For each Asserted Patent, identify all Persons who have held any interest in the patent by ownership, assignment, license, financial interest, security interest, or otherwise, including an identification of the nature, extent, and title of any such interest in the patent.

**Interrogatory 12**: For each Asserted Patent and for each Person who has held any interest in the patent by ownership, assignment, license, financial interest, security interest, or otherwise, describe the consideration or value given by the Person to obtain the interest.

**Interrogatory 13**: For each Asserted Patent, describe the consideration or value given by or on behalf of Plaintiffs to become the assignee and owner of the right, title, and interest in and to the patent, as alleged in the Complaint.

**Interrogatory 16**: For each Accused Instrumentality, explain all facts and circumstances surrounding any purchase, use, test, investigation, or examination of that Accused Instrumentality by Plaintiffs, including but not limited to acts Plaintiffs took to form a belief that such Accused Instrumentality practiced an Asserted Claim and an identification of all person(s) who performed such purchase, use, test, investigation, or examination, and all Documents or Things reviewed.

**Request for Production 21**: All documents that refer or relate to any inventor of any Asserted Patent.

---

[1] Plaintiffs' counsel has marked Plaintiffs' responses to HMD's Second Set of Interrogatories (served on November 9, 2020) and supplemental response to Interrogatories Nos. 11, 12, and 14 (served on November 24, 2020) as HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY. In addition, HMD's counsel letter dated December 2, 2020 (the "Letter") outlines the disputes between the parties but reflects information in such responses. HMD's counsel will confer with Plaintiffs' counsel regarding appropriate redactions and will file such redacted responses and the Letter when the parties reach agreement. Contemporaneously, HMD's counsel will also file Plaintiffs' responses to HMD's Second Set of Requests for Production served on November 9, 2020.

## CERTIFICATIONS

Pursuant to Local Rule 7.1(a)(3)(A), the undersigned hereby certifies that counsel for HMD has conferred by telephone and by correspondence with Sisvel's counsel in a good faith effort to resolve this matter, but that the parties have been unable to do so as of the last meet and confer telephone conference on December 1, 2020. The above-mentioned issues are those remaining. Defendants will notify the Court should the Parties resolve any disputes prior to the Hearing. The Undersigned also certifies that he has confirmed the time and date of this hearing, and that Sisvel's counsel is available at the date and time listed above.

Dated: December 10, 2020                              Respectfully submitted,

|  |  |
|---|---|
| WILLIAM J. MCCABE, Esq.<br>*Pro hac vice*<br>wmccabe@perkinscoie.com<br>GENE W. LEE, Esq.<br>*Pro hac vice*<br>glee@perkinscoie.com<br>MATTHEW J. MOFFA, Esq.<br>*Pro hac vice*<br>mmoffa@perkinscoie.com<br>SHYAM PALAIYANUR, Esq.<br>*Pro hac vice*<br>spalaiyanur@perkinscoie.com<br>**PERKINS COIE LLP**<br>1155 Avenue of the Americas, 22nd floor<br>New York, NY 10036<br>Telephone:  (212) 262-6900<br>Facsimile:  (212) 977-1649 | */s/ Joseph W. Bain*<br>JOSEPH W. BAIN, ESQ.<br>Florida Bar No. 860360<br>Email Address:  jbain@shutts.com<br>**SHUTTS & BOWEN LLP**<br>1100 CityPlace Tower<br>525 Okeechobee Boulevard<br>West Palm Beach, Florida 33401<br>Telephone: (561) 835-8500<br>Facsimile: (561) 650-8530<br>**ATTORNEYS FOR DEFENDANTS**<br>**HMD AMERICA, INC., AND**<br>**HMD GLOBAL OY** |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 10th day of December, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which served a copy on the following:

Francesca Russo-Di Staulo, Esq.
Robert Ralph Jimenez, Esq.
Jorge Tadeo Espinosa, Esq.
GrayRobinson, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131
Telephone:  305-416-6880
Fax: 305-416-6887
Email: francesca.russo@gray-robinson.com
Email: robert.jimenez@gray-robinson.com
Email: jorge.espinosa@gray-robinson.com
**Attorneys for** *Plaintiffs, Sisvel International S.A., 3g Licensing S.A., and Sisvel S.p.A.*

      By:    */s/ Joseph W. Bain*
                    Joseph W. Bain
                    Florida Bar No. 860360
                    jbain@shutts.com