UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 20-22051-CIV-GAYLES

SISVEL INTERNATIONAL S.A., 3G
LICENSING S.A., and SISVEL S.p.A.,

        Plaintiffs,

v.

HMD AMERICA, INC. and
HMD GLOBAL OY,

        Defendants.

## NOTICE OF FILING

Defendants HMD AMERICA, INC. and HMD GLOBAL OY (collectively, "HMD") provide notice of filing the attached redacted documents identified in fn. 1 of the Notice of Hearing (D.E. 39) for reference during the discovery hearing before Magistrate Judge Alicia Otazo-Reyes on December 15, 2020, at 3:30pm ET.

Plaintiffs' counsel has marked Plaintiffs' responses to HMD's Second Set of Interrogatories (served on November 9, 2020) and supplemental response to Interrogatories Nos. 11, 12, and 14 (served on November 24, 2020) as HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY.  In addition, HMD's counsel letter dated December 2, 2020 outlines the disputes between the parties but reflects information in such responses.

HMD's counsel has conferred with Plaintiffs' counsel regarding appropriate redactions and, with consent of the parties, files the attached documents for reference at the hearing:  (1) Plaintiffs Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A's Objections and Responses to Defendants' Second Set of Requests for Production (served November 9, 2020)

(attached hereto as Exhibit A); (2) Plaintiffs Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A's Unverified Objections and Response to Defendant's Second Set of Interrogatories (served on November 9, 2020) (redacted) (attached hereto as Exhibit B); (3) Plaintiffs Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A's [Supplemental] Unverified Objections and Response to Defendant's Second Set of Interrogatories (served on November 24, 2020) (redacted) (attached hereto as Exhibit C); and (4) HMD's December 2, 2020 Letter memorializing the parties' meet-and-confer (redacted) (attached hereto as Exhibit D).

Dated: December 11, 2020   Respectfully submitted,

WILLIAM J. MCCABE, Esq.
*Pro hac vice*
wmccabe@perkinscoie.com
GENE W. LEE, Esq.
*Pro hac vice*
glee@perkinscoie.com
MATTHEW J. MOFFA, Esq.
*Pro hac vice*
mmoffa@perkinscoie.com
SHYAM PALAIYANUR, Esq.
*Pro hac vice*
spalaiyanur@perkinscoie.com
**PERKINS COIE LLP**
1155 Avenue of the Americas, 22nd floor
New York, NY 10036
Telephone:  (212) 262-6900
Facsimile:  (212) 977-1649

*/s/ Joseph W. Bain*
JOSEPH W. BAIN, ESQ.
Florida Bar No. 860360
Email Address:  jbain@shutts.com
**SHUTTS & BOWEN LLP**
1100 CityPlace Tower
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone: (561) 835-8500
Facsimile: (561) 650-8530
**ATTORNEYS FOR DEFENDANTS
HMD AMERICA, INC., AND
HMD GLOBAL OY**

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 11th day of December, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which served a copy on the following:

Francesca Russo-Di Staulo, Esq.
Robert Ralph Jimenez, Esq.
Jorge Tadeo Espinosa, Esq.
GrayRobinson, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131
Telephone: 305-416-6880
Fax: 305-416-6887
Email: francesca.russo@gray-robinson.com
Email: robert.jimenez@gray-robinson.com
Email: jorge.espinosa@gray-robinson.com
**Attorneys for** *Plaintiffs, Sisvel International S.A., 3g Licensing S.A., and Sisvel S.p.A.*

By:    */s/ Joseph W. Bain*
        Joseph W. Bain
        Florida Bar No. 860360
        jbain@shutts.com