UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22051-CIV-GAYLES/OTAZO-REYES

SISVEL INTERNATIONAL S.A., 3G
LICENSING S.A., AND SISVEL S.p.A.,

    Plaintiffs,

v.

HMD AMERICAN, INC. and
HMD GLOBAL OY,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendants HMD America, Inc. and HMD Global Oy's ("Defendants") Notice of Hearing [D.E. 39]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 35].

The undersigned held a hearing on this matter on December 15, 2020. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

- ➢ The dispute as to Interrogatory No. 11 has been resolved.
- ➢ Plaintiffs Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A.'s ("Plaintiffs") may answer Interrogatories Nos. 12 and 13 with respect to portfolios of patents that include the patent(s) at issue in this case; and may designate those answers as "Attorneys' Eyes Only" plus experts.
- ➢ Defendants' request for a better answer to Interrogatory No. 16 is **denied without prejudice** to the issue being addressed at the Plaintiffs' Rule 30(b)(6) corporate representative's deposition.

- Defendants' Request for Production No. 21 is modified as follows: All documents that refer or relate to an inventor of an Asserted Patent, regarding the Asserted Patent. Plaintiffs shall respond to this request as modified.

DONE AND ORDERED in Chambers at Miami, Florida this <u>16th</u> day of December, 2020.

_____<br>
ALICIA M. OTAZO-REYES<br>
UNITED STATES MAGISTRATE JUDGE

cc:  United States District Judge Darrin P. Gayles
     Counsel of Record