UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:20-cv-22051-DPG

SISVEL INTERNATIONAL S.A., 3G
LICENSING S.A., and SISVEL S.p.A.,

       Plaintiffs,

v.

HMD AMERICA, INC. and HMD
GLOBAL OY,

       Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR BRIEF
EXTENSION OF CERTAIN CLAIM CONSTRUCTION DEADLINES**

Defendants HMD AMERICA, INC. and HMD GLOBAL OY ("Defendants"), respectfully move for an unopposed extension of certain deadlines referenced below, and state the following in support:

1. On November 18, 2020, this Court entered the Scheduling Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge ("Scheduling Order"). Dkt. 35.

2. Defendants seek to briefly extend the following deadlines in the Current Deadline column as provided in paragraphs 5, 6, 7 and 8 of the Scheduling Order with the dates in the Proposed Deadline column.

|   | Event | Current Deadline | Proposed Deadline |
|---|---|---|---|
| 5 | Parties' opening claim construction briefs | February 24, 2021 | March 1, 2021 |
| 6 | Parties' responsive claim constructions briefs | March 17, 2021 | March 22, 2021 |
| 7 | Parties' reply claim construction briefs | March 31, 2021 | April 5, 2021 |

| 8 | Parties' joint claim construction statement | April 7, 2021 | April 12, 2021 |

3. Good cause exists for granting this brief, 5-day extension of the above claim construction briefing deadlines because one of Defendants' attorneys, Shyamkrishna Palaiyanur—who is one of Defendants' primary lawyers involved with managing the claim construction issues and briefing for Defendants—was prevented from working for more than three days this week due to a lack of heat, power, and Internet at his home in Austin, Texas as a result of the current winter storm crisis in Texas.

4. Counsel for Defendants conferred with counsel for Plaintiffs regarding the relief sought herein, who advised that Plaintiffs have no objection to the requested extensions of time.

5. The requested extensions are not sought for purposes of delay and will not prejudice any party or the Court.

6. A proposed Order is attached hereto as **Exhibit A.**

**WHEREFORE**, Defendants HMD AMERICA, INC. and HMD GLOBAL OY respectfully request entry of an Order granting the extensions as set forth herein.

## **LOCAL RULE 7.1(a)(3) CERTIFICATION**

Undersigned counsel conferred with counsel for Plaintiffs, and counsel advised that they have no objection to the relief sought.

Dated:  February 19, 2021　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Joseph W. Bain*
　　　　　　　　　　　　　　　　　　JOSEPH W. BAIN, ESQ.
　　　　　　　　　　　　　　　　　　Florida Bar No. 860360
　　　　　　　　　　　　　　　　　　Email Address:  jbain@shutts.com
　　　　　　　　　　　　　　　　　　Secondary Email:  hmdteam@shutts.com
　　　　　　　　　　　　　　　　　　**SHUTTS & BOWEN LLP**
　　　　　　　　　　　　　　　　　　1100 CityPlace Tower
　　　　　　　　　　　　　　　　　　525 Okeechobee Boulevard
　　　　　　　　　　　　　　　　　　West Palm Beach, Florida 33401
　　　　　　　　　　　　　　　　　　Telephone: (561) 835-8500
　　　　　　　　　　　　　　　　　　Facsimile: (561) 650-8530

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANTS**
　　　　　　　　　　　　　　　　　　**HMD AMERICA, INC., AND**
　　　　　　　　　　　　　　　　　　**HMD GLOBAL OY**

WILLIAM J. MCCABE, ESQ.
*Admitted pro hac vice*
wmccabe@perkinscoie.com
GENE W. LEE, ESQ.
*Admitted pro hac vice*
glee@perkinscoie.com
MATTHEW J. MOFFA, ESQ.
*Admitted pro hac vice*
mmoffa@perkinscoie.com
**PERKINS COIE LLP**
1155 Avenue of the Americas, 22nd floor
New York, NY 10036
Telephone: (212) 262-6900
Facsimile: (212) 977-1649

SHYAMKRISHNA PALAIYANUR, ESQ.
*Admitted pro hac vice*
SPalaiyanur@perkinscoie.com
**PERKINS COIE LLP**
500 W 2nd St
Suite 1900
Austin, TX 78701
Phone: 737.256.6100
Fax: 737.256.6300

**ATTORNEYS FOR DEFENDANTS
HMD AMERICA, INC., AND
HMD GLOBAL OY**

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 19th day of February, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which served a copy on the following:

Francesca Russo-Di Staulo, Esq.
Robert Ralph Jimenez, Esq.
Jorge Tadeo Espinosa, Esq.
GrayRobinson, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131
Telephone:  305-416-6880
Fax: 305-416-6887
Email: francesca.russo@gray-robinson.com
Email: robert.jimenez@gray-robinson.com
Email: jorge.espinosa@gray-robinson.com
**Attorneys for** *Plaintiffs, Sisvel International S.A., 3g Licensing S.A., and Sisvel S.p.A.*

                 By: */s/ Joseph W. Bain*
                     Joseph W. Bain
                     Florida Bar No. 860360
                     jbain@shutts.com

WPBDOCS 10672871 1