**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**C.A. No. 1:20-cv-22051-DPG**

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> HMD AMERICA, INC., and HMD GLOBAL OY, <br><br> Defendants. | JURY TRIAL DEMANDED |

**NOTICE OF FILING DECLARATION OF REGIS BATES IN SUPPORT OF PLAINTIFFS' SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., AND SISVEL S.P.A.'S CLAIM CONSTRUCTIONS**

Plaintiffs, Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A., through its undersigned counsel, hereby file the declaration of Regis Bates in Support Of Plaintiffs' Sisvel International S.A., 3g Licensing S.A., and Sisvel S.P.A.'S Claim Constructions.

Dated: March 1, 2021

Respectfully submitted,

*/s/ Jorge Espinosa*
Jorge Espinosa, Esq.
Florida Bar No.: 779032
jorge.espinosa@gray-robinson.com
Francesca Russo, Esq.
Florida Bar No.: 174912
francesca.russo@gray-robinson.com
Robert R. Jimenez, Esq.
Florida Bar No.: 72020
robert.jimenez@gray-robinson.com
**GRAY ROBINSON, P.A.**
333 S.E. 2nd Ave., Suite 300
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

OF COUNSEL:

Neil A. Benchell (admitted *pro hac vice*)
nbenchell@devlinlawfirm.com
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: 302-449-9010

*Attorneys for Plaintiffs Sisvel International S.A,
3G Licensing S.A., and Sisvel S.p.A.*