**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**Case No.: 1:20-cv-22051-DPG**

SISVEL INTERNATIONAL S.A., 3G
LICENSING S.A., and SISVEL S.p.A.,

      Plaintiffs,

v.

HMD AMERICA, INC. and HMD
GLOBAL OY,

      Defendants.
_____/

**DEFENDANTS' HMD AMERICA, INC. AND HMD GLOBAL OY**
**NOTICE OF FILING CONSOLIDATED EXHIBITS IN SUPPORT OF**
**DEFENDANT'S OPENING CLAIM CONSTRUCTION BRIEF**

      PLEASE TAKE NOTICE, Defendants HMD AMERICA, INC. and HMD GLOBAL OY, by and through their undersigned counsel, hereby submit the attached Declaration of Shyamkrishna Palaiyanur In Support of Defendants' Opening Claim Construction Brief and exhibits thereto, the attached Declaration of David Cooper PhD In Support of Defendants' Opening Claim Construction Brief and attachments thereto, and Appendices referenced in Defendants' Opening Claim Construction Brief.

**EXHIBIT INDEX**

| ID | Title |
|---|---|
| 1. | Declaration of Shyamkrishna Palaiyanur In Support of Defendants' Opening Claim Construction Brief |
| 2. | Exhibit 1[1] - U.S. Patent No. 7,979,070 |
| 3. | Exhibit 2 - U.S. Patent No. 8,189,611 |

---

[1] Exhibits refer to the exhibits to the Declaration of Shyamkrishna Palaiyanur In Support of Defendants' Opening Claim Construction Brief.

| ID  | Title |
|-----|-------|
| 4.  | Exhibit 3 - U.S. Patent No. 8,600,383 |
| 5.  | Exhibit 4 - U.S. Patent No. 7,215,653 |
| 6.  | Exhibit 5 - U.S. Patent No. 7,869,396 |
| 7.  | Exhibit 6 - U.S. Patent No. 8,971,279 |
| 8.  | Exhibit 7 - Excerpts from Dictionary Definition of "Prioritizing" |
| 9.  | Exhibit 8 - Plaintiffs' Proposed Claim Constructions |
| 10. | Exhibit 9 - Excerpts of the File History for U.S. Patent 8,189,611 (referenced in David Cooper PhD's Attachment C below) |
| 11. | Exhibit 10 - Excerpts from Edward A. Lee et al., Digital Communication (2d ed.1994) (referenced in David Cooper PhD's Attachment D below) |
| 12. | Declaration of David Cooper PhD In Support of Defendants' Opening Claim Construction Brief |
| 13. | Attachment A[2] - Curriculum Vitae of David Cooper PhD |
| 14. | Attachment B - Materials Considered |
| 15. | Attachment C - Excerpts of the File History for U.S. Patent 8,189,611 |
| 16. | Attachment D - Excerpts from Edward A. Lee et al., Digital Communication (2d ed.1994) |
| 13. | Appendix 1[3] - Representative Asserted Patent Claims With Disputed Claim Terms |
| 14. | Appendix 2 - Listing of Sisvel District Court Litigations and Patent Office Proceedings |

---

[2] Attachments refer to the attachments to Declaration of David Cooper PhD In Support of Defendants' Opening Claim Construction Brief

[3] Appendices refer to the appendices to Defendants' Opening Claim Construction Brief.

Dated:  March 1, 2021

Respectfully submitted,

*/s/ Joseph W. Bain*
JOSEPH W. BAIN, ESQ.
Florida Bar No. 860360
Email Address:  jbain@shutts.com
Secondary Email:  hmdteam@shutts.com
**SHUTTS & BOWEN LLP**
1100 CityPlace Tower
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Telephone: (561) 835-8500
Facsimile: (561) 650-8530

**ATTORNEYS FOR DEFENDANTS
HMD AMERICA, INC., AND
HMD GLOBAL OY**

WILLIAM J. MCCABE, ESQ.
*Admitted pro hac vice*
wmccabe@perkinscoie.com
GENE W. LEE, ESQ.
*Admitted pro hac vice*
glee@perkinscoie.com
MATTHEW J. MOFFA, ESQ.
*Admitted pro hac vice*
mmoffa@perkinscoie.com
SHYAMKRISHNA PALAIYANUR, ESQ.
*Admitted pro hac vice*
SPalaiyanur@perkinscoie.com
**PERKINS COIE LLP**
1155 Avenue of the Americas, 22nd floor
New York, NY 10036
Telephone: (212) 262-6900
Facsimile: (212) 977-1649

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which served a copy on the following:

Francesca Russo-Di Staulo, Esq.
Robert Ralph Jimenez, Esq.
Jorge Tadeo Espinosa, Esq.
GrayRobinson, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131
Telephone: 305-416-6880
Fax: 305-416-6887
Email: francesca.russo@gray-robinson.com
Email: robert.jimenez@gray-robinson.com
Email: jorge.espinosa@gray-robinson.com
**Attorneys for** *Plaintiffs, Sisvel International S.A., 3g Licensing S.A., and Sisvel S.p.A.*

By:  */s/ Joseph W. Bain*
Joseph W. Bain
Florida Bar No. 860360
jbain@shutts.com