**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**Case No.: 1:20-cv-22051-DPG**

SISVEL INTERNATIONAL S.A., 3G
LICENSING S.A., and SISVEL S.p.A.,

        Plaintiffs,

v.

HMD AMERICA, INC. and HMD
GLOBAL OY,

        Defendants.
_____/

## AGREED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Plaintiffs SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A. ("Plaintiffs") and Defendants HMD AMERICA, INC. and HMD GLOBAL OY ("Defendants") stipulate and agree as follows:

Certain documents and information have been and may be sought, produced, or exhibited by and among the parties in this action (the "Action") that relate to or reveal the parties' confidential and proprietary information or otherwise contain confidential and sensitive information. The parties agree that the confidentiality of these documents and information should be preserved in the manner set forth in the proposed Stipulated Protective Order submitted with this Agreed Motion, attached as **Exhibit A**.

The Court is authorized to enter such orders under Federal Rule of Civil Procedure 26(c)(1)(G). The entry of the proposed Stipulated Protective Order will serve the purposes of the Federal Rules of Civil Procedure providing efficiencies in discovery in this Action. Further, the protection of privileged and protected information is necessary to protect certain sensitive business information that could, if disclosed, prejudice and harm the holder of such information.

Accordingly, the parties agree, and jointly move and request the Court enter the proposed Stipulated Protective Order submitted herewith.

Dated: March 4, 2021                           Respectfully submitted,

| | |
|---|---|
| */s/ Jorge Tadeo Espinosa* | */s/ Joseph W. Bain* |
| JORGE TADEO ESPINOSA, ESQ. | JOSEPH W. BAIN, ESQ. |
| Florida Bar No. 779032 | Florida Bar No. 860360 |
| FRANCESCA RUSSO-DI STAULO, ESQ. | **SHUTTS & BOWEN LLP** |
| Florida Bar No. 174912 | 1100 CityPlace Tower |
| ROBERT RALPH JIMENEZ, ESQ. | 525 Okeechobee Boulevard |
| Florida Bar No. 72020 | West Palm Beach, Florida 33401 |
| **GrayRobinson, P.A.** | Telephone: (561) 835-8500 |
| 333 S.E. 2nd Avenue, Suite 3200 | Facsimile: (561) 650-8530 |
| Miami, FL 33131 | Email Address: jbain@shutts.com |
| Telephone: 305-416-6880 | Secondary Email: hmdteam@shutts.com |
| Fax: 305-416-6887 | |
| Email: jorge.espinosa@gray-robinson.com | WILLIAM J. MCCABE, ESQ. |
| Email: francesca.russo@gray-robinson.com | *Admitted pro hac vice* |
| Email: robert.jimenez@gray-robinson.com | wmccabe@perkinscoie.com |
| | GENE W. LEE, ESQ. |
| **Attorneys for** *Plaintiffs, Sisvel International S.A., 3g Licensing S.A., and Sisvel S.p.A.* | *Admitted pro hac vice* |
| | glee@perkinscoie.com |
| | MATTHEW J. MOFFA, ESQ. |
| | *Admitted pro hac vice* |
| | mmoffa@perkinscoie.com |
| | **PERKINS COIE LLP** |
| | 1155 Avenue of the Americas, 22nd floor |
| | New York, NY 10036 |
| | Telephone: (212) 262-6900 |
| | Facsimile: (212) 977-1649 |
| | |
| | SHYAMKRISHNA PALAIYANUR, Esq. |
| | Admitted *pro hac vice* |
| | spalaiyanur@perkinscoie.com |
| | **PERKINS COIE LLP** |
| | 500 W 2nd Street, Suite 1900 |
| | Austin, TX 78701 |
| | Telephone: (737) 256-6114 |
| | Facsimile: (737) 256-6300 |
| | |
| | **Attorneys for** *Defendants, HMD AMERICA, INC.* **and** *HMD GLOBAL OY* |