# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

Case No.: 1-20-cv-22051-DPG

SISVEL INTERNATIONAL S.A.,

3G LICENSING S.A., and SISVEL S.p.A.

                Plaintiffs,

   v.

HMD AMERICA, INC. and HMD GLOBAL OY,

                Defendants.

**PLAINTIFFS' MOTION REQUESTING CLARIFICATION ON PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING**

Plaintiffs Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A. ("Sisvel") and Defendants HMD America, Inc. and HMD Global Oy ("HMD") submitted Opening Claim Construction Briefs on March 1, 2021 pursuant to the Court's Scheduling Order dated November 18, 2020 (D.I. 35) and the Court's Order dated February 25, 2021, (D.I. 46). Sisvel hereby requests the Court's clarification regarding the applicable page limits.

Pursuant to Local Rule 7.1 (c)(2), Sisvel submitted an opening brief of 20 pages in length. (D.I. 47.) HMD submitted an opening brief between 32 and 33 pages in length. (D.I. 48.) Sisvel was not aware that HMD would be filing a brief longer than 20 pages until accessing HMD's filed brief. When asked for clarification, HMD asserted that Local Rule 7.1 (c)(2) does not apply to claim construction briefing.

Sisvel respectfully requests that the Court clarify whether the pages limits in Local Rule 7.1 (c)(2) apply to the parties claim construction briefing in this case. Pursuant to the Court's February 25, 2021 Order (D.I. 46), the parties are due to exchange responsive claim construction briefs on March 22, 2021 and reply claim construction briefs on April 5, 2021.

CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned certifies that in accordance with Local Rule 7.1(a)(3) of the Southern District of Florida, the undersigned has conferred with Defendant's counsel, who, after initially representing that Defendant would not oppose the relief requested has, upon reviewing the motion indicated that "it does not consent to the motion as it is unnecessary but will not oppose the relief requested."

Dated:  March 8, 2021

/s/ Jorge Espinosa
Jorge Espinosa, Esq.
Florida Bar No: 779032
jorge.espinosa@gray-robinson.com
Francesca Russo, Esq.
francesca.russo@gray-robinson.com
Robert R. Jimenez, Esq.
robert.jimenez@gray-robinson.com
**GRAY | ROBINSON, P.A.**

333 S.E. 2nd Ave., Suite 300
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

*Attorneys for Plaintiffs*
*SISVEL INTERNATIONAL S.A.,*
*3G Licensing, S.A., and SISVEL S.p.A*

2