**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

SISVEL INTERNATIONAL S.A.,
3G LICENSING S.A., AND SISVEL S.P.A.

                Plaintiffs,

    v.

HMD AMERICA, INC. AND HMD GLOBAL
OY,

                Defendant.

**Case No. 20-22051-CIV-GAYLES**

**PROPOSED ORDER ON PLAINTIFFS' MOTION REQUESTING**
**CLARIFICATION ON PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFING**

       THIS CAUSE having come before the Court on Plaintiffs Sisvel International S.A.,

3G Licensing S.A., and Sisvel S.p.A. ("Sisvel"), Plaintiffs' Motion Requesting Clarification On

Page Limits For Claim Construction Briefing and it is:

       ORDERED AND ADJUDGED that said Motion be and the same is hereby GRANTED.

The Court hereby clarifies that the parties will not have a page limit to their reply brief.

       DONE AND ORDERED in Chambers at Miami-Dade, Florida this _____ day of

_____, 2021.

                          _____

                          HONORABLE JUDGE DARRIN P. GAYLES
                          UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
All counsel of record