UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22051-CIV-GAYLES/OTAZO-REYES

SISVEL INTERNATIONAL S.A., 3G
LICENSING S.A., AND SISVEL S.p.A.,

    Plaintiffs,

v.

HMD AMERICAN, INC. and
HMD GLOBAL OY,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendants HMD America, Inc. and HMD Global Oy's ("Defendants") Second Supplemental Notice of Hearing [D.E. 76]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 35]. The undersigned held a hearing on this matter on April 20, 2021. In accordance with the undersigned's rulings at the hearing, it is ORDERED AND ADJUDGED that Plaintiffs Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A. ("Plaintiffs") shall supplement their responses to Defendants' Third Set of Requests for Production Nos. 24, 29, 32, 34, 40, 54, and 77 in accordance with the undersigned's rulings at the hearing. Other than documents to be produced with Plaintiffs' expert report, Plaintiffs shall produce the documents required by this Order and those it has previously agreed to produce on a rolling basis, to be completed by **May 17, 2021**.

DONE AND ORDERED in Chambers at Miami, Florida this 20th day of April, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Darrin P. Gayles
Counsel of Record