IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 1:20-CV-22051-DPG

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., <br> 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> HMD AMERICA, INC., <br> and HMD GLOBAL OY, <br><br> Defendants. | **JURY TRIAL DEMANDED** |

**PLAINTIFFS' PROPOSED CANDIDATES FOR THE ROLE OF SPECIAL MASTER**

Plaintiffs Sisvel International S.A., 3G Licensing S.A. and Sisvel S.p.A., (collectively "Sisvel" or "Plaintiffs") hereby submit this list of Proposed Candidates in response to the Court's order dated June 24, 2021 (ECF No. 101).

**Proposed Candidates for the Role of Special Master**

**Ury Fischer** – As explained further in the attached curriculum vitae, Mr. Fischer's practice is dedicated to patent and trademark prosecution and litigation. In particular, Mr. Fischer concentrates on mechanical and electrical arts, software and business methods. He has represented a diverse group of U.S. and foreign-based clients in patent, trademark, copyright and computer law litigation matters. In particular, Mr. Fischer has extensive experience litigating all aspects of patent litigation including claim construction.

Mr. Fischer received his Bachelor of Science degree from Embry-Riddle Aeronautical University and his Juris Doctor from University of Miami, School of Law. Prior to beginning his

legal career, Mr. Fischer served as Chief of Engineering at a Florida-based aeronautical engineering firm.  There, he coordinated technical and regulatory aspects of complex engineering projects.

Mr. Fischer is admitted to practice before the United States Supreme Court, United States Court of Appeals for the Federal Circuit and the Eleventh Circuit, and the United States District Court for the Northern, Middle and Southern Districts of Florida, as well as the Districts of Puerto Rico, Eastern District of Texas, and the Northern District of Illinois.  In addition, Mr. Fischer is registered to practice as a patent attorney before the United States Patent and Trademark Office. Mr. Fischer is also a Florida Bar-certified Intellectual Property attorney

**David K. Friedland** – As explained further in the attached curriculum vitae, Mr. Friedland has nearly three decades of legal experience entirely focused on intellectual property law.  Mr. Friedland's practice encompasses all aspects of intellectual property law including domestic and international enforcement of intellectual property rights.  Mr. Friedland has tried several bench and jury cases in District Courts throughout the country and has also presented oral arguments in a number of Appellate Courts.

Mr. Friedland has also been engaged in dispute resolution as a mediator, arbitrator and Special Master.  In these roles, Mr. Friedland is able to apply skills developed through his transactional and litigation practices to help parties negotiate, compromise, and resolve intellectual property law disputes. In particular, Mr. Friedland has been appointed as a Special Master before both the District and Bankruptcy Courts of the Southern District of Florida.

Mr. Friedland has published several intellectual property-related articles including on the patentability of computer software. He has taught intellectual property law courses at the University of Florida College of Law and he has also presented lectures and moderated panels on

intellectual property-related topics, including patent litigation, the use of copyright laws to protect logos, and dispute resolution of federal intellectual property law matters through mediation, to a variety of audiences.

Mr. Friedland is actively involved in key industry associations, including the American Bar Association, American Intellectual Property Law Association, and the International Trademark Association, where he is a member of the Panel of Trademark Mediators and the Alternative Dispute Resolution Committee.

Mr. Friedland earned his Bachelor of Science degree in Engineering (Computer and Information Sciences) and his Juris Doctor from the University of Florida, where he was a member of the Student Honor Court and an Associate Editor of the Florida Law Review.  He was admitted to both the State Bar of Georgia and The Florida Bar and is registered to practice as a patent attorney before the United States Patent & Trademark Office.  Mr. Friedland is also a Florida Bar-certified Intellectual Property attorney.

Dated: June 9, 2021

<u>*/s/Jorge Espinosa/*</u>
Jorge Espinosa, Esq.
Florida Bar No: 779032
jorge.espinosa@gray-robinson.com
Francesca Russo, Esq.
francesca.russo@gray-robinson.com
Robert R. Jimenez, Esq.
robert.jimenez@gray-robinson.com
GRAY | ROBINSON, P.A.
333 S.E. 2nd Ave., Suite 300
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

*Attorneys for Plaintiffs*
*SISVEL INTERNATIONAL S.A., 3G Licensing, S.A., and SISVEL S.p.A.*