# DAVID K. FRIEDLAND

FRIEDLAND VINING, P.A.                   TELEPHONE: 305.777.1725
9100 S. DADELAND BLVD., SUITE 1620       TELECOPIER: 305.456.4922
MIAMI, FLORIDA              E-MAIL: DKF@FRIEDLANDVINING.COM

**EDUCATION**:

- UNIVERSITY OF FLORIDA LEVIN COLLEGE OF LAW, JURIS DOCTOR, DECEMBER 1988
    - MEMBER, *FLORIDA LAW REVIEW*, 1987-88
    - STUDENT WORKS EDITOR, *FLORIDA LAW REVIEW*, 1988
    - MEMBER, BOARD OF MASTERS, UNIVERSITY OF FLORIDA STUDENT HONOR COURT, 1987-88

- UNIVERSITY OF FLORIDA, COLLEGE OF ENGINEERING, BACHELOR OF SCIENCE IN ENGINEERING (COMPUTER AND INFORMATION SCIENCES), DECEMBER 1985

**BAR ADMISSIONS**:

- WESTERN DISTRICT OF WISCONSIN, 2016
- NINTH CIRCUIT COURT OF APPEALS, 2011
- FIRST CIRCUIT COURT OF APPEALS, 2008
- DISTRICT OF COLORADO, 2006
- NORTHERN DISTRICT OF FLORIDA, 2005
- ELEVENTH CIRCUIT COURT OF APPEALS, 1998
- FEDERAL CIRCUIT COURT OF APPEALS, 1990
- MIDDLE DISTRICT OF FLORIDA, 1995
- UNITED STATES PATENT AND TRADEMARK OFFICE, 1991
- SOUTHERN DISTRICT OF FLORIDA, 1991
- COURT OF APPEALS, FEDERAL CIRCUIT, 1990
- NORTHERN DISTRICT OF GEORGIA, 1989
- THE FLORIDA BAR, 1989
- STATE BAR OF GEORGIA, 1989

**PROFESSIONAL EXPERIENCE**

- FRIEDLAND VINING, CORAL GABLES, FLORIDA, 2011-PRESENT

- LOTT & FRIEDLAND, CORAL GABLES, FLORIDA, 1991-2011

- JONES, ASKEW & LUNSFORD, ATLANTA, GEORGIA, 1988-1991

794d8f2bf80455d4

Case 1:20-cv-22051-DPG   Document 103-1   Entered on FLSD Docket 07/08/2021   Page 2 of 4

**PROFESSIONAL ASSOCIATIONS AND ACTIVITIES**

- THE FLORIDA BAR, 1989-PRESENT
  - BOARD-CERTIFIED IN INTELLECTUAL PROPERTY LAW, 2010-PRESENT
  - MEMBER, BUSINESS LAW SECTION, INTELLECTUAL PROPERTY LAW COMMITTEE.
  - MEMBER, ALTERNATIVE DISPUTE RESOLUTION SECTION

- STATE BAR OF GEORGIA, 1989-PRESENT

- INTERNATIONAL TRADEMARK ASSOCIATION (INTA)
  - MEMBER, EDITORIAL BOARD, *THE TRADEMARK REPORTER*, 1996-2001
  - MEMBER, PANEL OF TRADEMARK MEDIATORS (FORMERLY KNOWN AS PANEL OF NEUTRALS), 2006-PRESENT.
  - MEMBER, ANTI-COUNTERFEITING AND ENFORCEMENT COMMITTEE, 1998-2001; CHAIRMAN, AMERICAS SUBCOMMITTEE, 2000-2001.
  - MEMBER, ALTERNATIVE DISPUTE RESOLUTION (ADR) COMMITTEE, 2008-2012; 2015-PRESENT.
    - CHAIR, ONLINE DISPUTE RESOLUTION SUBCOMMITTEE, 2018-PRESENT.
  - MEMBER, ENFORCEMENT COMMITTEE, 2013-2016.

- INTERNATIONAL ANTI-COUNTERFEITING COALITION, 1995-2012

- INTELLECTUAL PROPERTY LAW ASSOCIATION OF SOUTH FLORIDA, 1991-2012

- AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION, 1989-2010, 2013-PRESENT
  - MEMBER, AIPLA LIST OF ARBITRATORS AND MEDIATORS, 2020-PRESENT

- AMERICAN BAR ASSOCIATION, 1986-PRESENT

- MIAMI-DADE BAR ASSOCIATION (FKA DADE COUNTY BAR ASSOCIATION), 1991-PRESENT
  - FOUNDING CHAIR, ALTERNATIVE DISPUTE RESOLUTION COMMITTEE

**REPRESENTATIVE PUBLICATIONS/PRESENTATIONS**

- RESOLVING DISPUTES ONLINE DURING THE COVID-19 PANDEMIC, *INTA BULLETIN*, JULY 1, 2020.

- MEDIATION AS AN ALTERNATIVE TO LITIGATING INTELLECTUAL PROPERTY DISPUTES," *DAILY BUSINESS REVIEW*, AUGUST 31, 2017.

- "TRADEMARK OPTIONS FOR U.S. BRAND OWNERS FOLLOWING ROLLBACK IN CUBAN POLICIES," *DAILY BUSINESS REVIEW*, JULY 24, 2017.

- "WILL THE END OF THE CUBAN EMBARGO LEAD TO TRADEMARK CLARITY FOR U.S. AND CUBAN BRANDS?", *WORLD TRADEMARK REPORTER*, SEPTEMBER 2015.

- TRADEMARK LAW: THE WACKY WORLD OF GREY MARKET GOODS:  UNTANGLING THE KNOT THE CUSTOMS REGULATIONS TIE AROUND SECTION 526 OF THE TARIFF ACT, *40 FLA.L.REV. 433 (1988)*.

- COMPUTER SOFTWARE PATENTABILITY: THE DILEMMA OF DEFINING AN ALGORITHM, *2 SOFTWARE L.J. 537 (1988)*.

- MODERATOR, DADE COUNTY BAR ASSOCIATION-SPONSORED PANEL - "MEDIATION, TRADEMARKS, AND FEDERAL COURTS", APRIL 2015.

- MODERATOR, "MEDIATION LIVE" MOCK MEDIATION PANEL, INTA ANNUAL MEETING, BARCELONA, SPAIN, MAY 2017.

- PANELIST (AS MEDIATOR), "PSYCHOLOGY OF MEDIATION" MOCK MEDIATION PANEL, INTA ANNUAL MEETING, SEATTLE, WASHINGTON, MAY 2018.

- PANELIST, SPORTS, ENTERTAINMENT, AND IP LAW PANEL, DADE COUNTY BAR ASSOCIATION'S BENCH & BAR CONFERENCE, APRIL 2019.

**REPRESENTATIVE APPOINTMENTS**

- SPECIAL MASTER, *NISSIM CORP. V. CLEARPLAY, INC.*, CASE NO. 04-CV-21140, SOUTHERN DISTRICT OF FLORIDA; APPOINTED BY U.S. DISTRICT JUDGE PAUL C. HUCK (PATENT INFRINGEMENT & LICENSING MATTER).

- SPECIAL PATENT COUNSEL, *IN RE: HAVERFIELD CORPORATION*, CASE NO. 97-19405-BKC-AJC, SOUTHERN DISTRICT OF FLORIDA; APPOINTED BY CHIEF BANKRUPTCY JUDGE A. JAY CRISTOL ON MAY 7, 1998 TO ASSIST THE DEBTOR ON PATENT ISSUES INVOLVING THE BANKRUPT CORPORATION

- ADJUNCT PROFESSOR, TRADEMARK LAW, UNIVERSITY OF FLORIDA COLLEGE OF LAW, AUGUST 1999-2004.

- EXPERT WITNESS, VARIOUS RETENTIONS RELATED TO SUBSTANTIVE INTELLECTUAL PROPERTY LEGAL AND PROCEDURAL ISSUES AND ATTORNEYS' FEES AMOUNTS IN FEDERAL COURT PROCEEDINGS, 2006-PRESENT.

- APPOINTED TO SERVE AS MEDIATOR IN VARIOUS INTELLECTUAL PROPERTY MATTERS, 2005-PRESENT.