# URY FISCHER

Lott & Fischer, PL
255 Aragon Avenue, Third Floor
Coral Gables, Florida  33134
Telephone: (305) 448-7089 Ext. 204
E-mail: ufischer@lottfischer.com
Website: www.lottfischer.com

Date of Birth:          February 1968

Ury Fischer is a founding partner of Lott & Fischer. Mr. Fischer dedicates his practice to patent and trademark procurement and intellectual property litigation. Mr. Fischer's patent procurement practice concentrates in the areas of mechanical and electrical arts, software and business methods. Mr. Fischer has represented a diverse group of U.S. and foreign-based clients in patent, trademark, copyright and computer law litigation matters.

Prior to commencing his legal career in 1996, Mr. Fischer served as Chief of Engineering by a Florida-based independent aeronautical engineering firm.

In that capacity, Mr. Fischer coordinated technical and regulatory aspects of complex engineering projects for various mid-sized airlines, including the supervision, design and implementation of aircraft fleet electronic retrofitting programs.

Mr. Fischer is fluent in written and spoken Spanish and, in addition to domestic clients, serves a large number of South American, Central American and Caribbean Basin clients.

## EMPLOYMENT HISTORY

**Lott & Fischer, PL**                                              May 2011 – Present
*Shareholder*                                              Miami/Fort Lauderdale Area
Intellectual property law firm specializing in patent law, trademark law, copyright law, internet law, and entertainment law.

**Lott & Friedland, P.A.**                                     Mar 2000 – May 2011
*Shareholder*                                                    Coral Gables, FL
Intellectual Property Boutique, litigation, patents trademarks copyright, IT law.

**Thornton, Davis & Fein, P.A.**                               May 1996 – Mar 2000
*Attorney*                                                       Miami, Florida
Aviation law specialization

**Jetaire Aerospace & Technology, Inc.**                         Jul 1991 – May 1996
*Aerospace Engineer - Engineering Manager*                            Miami, Florida

## BAR AND LEADERSHIP POSITIONS

**American Intellectual Property Law Association (AIPLA)**          Oct 2017 – Present
*Co-Chair - IP Practice in Latin America Committee*        Washington D.C. Metro Area

**The Florida Bar**                                               Jun 2015 – May 2016
*Chair - Intellectual Property Certification Committee*

**The Florida Bar**                                                Feb 2013 – Jun 2014
*Chair - Intellectual Property Committee*

## EDUCATION

University of Miami School of Law, J.D., *cum laude,* 1994

Embry-Riddle Aeronautical University, B.S. (Aerospace Engineering and Mathematics), 1991

## BAR ADMISSIONS:

Florida (Board Certified - Intellectual Property)          1995
U.S. District Court, Southern District of Florida          1997
U.S. District Court, Middle District of Florida            1997
U.S. Court of Appeals, Eleventh Circuit                    1999
U.S. District Court, Puerto Rico                           1999
U.S. Patent and Trademark Office                           1999
U.S. Court of Appeals, Federal Circuit                     2000
U.S. District Court, Northern District of Florida          2000
U.S. Supreme Court                                         2002
U.S. District Court, Eastern District of Texas             2011
U.S. District Court, Northern District of Illinois         2012

## PROFESSIONAL AFFILIATIONS

- American Intellectual Property Law Association (AIPLA), Past Chair IP Practice in Latin America Committee
- Intellectual Property Committee of the Florida Bar, Past Chair
- Cyber and Computer Law Committee of the Florida Bar, Past Chair
- Intellectual Property Certification Committee of the Florida Bar, Past Chair
- Inter-American Intellectual Property Association (ASIPI)
- International Trademark Association (INTA)
- Intellectual Property Law Association of Florida, Past President
- Associate Editor, University of Miami Inter-American Law Review, 1993-1994

## PUBLICATIONS AND PRESENTATIONS

- Chapter Author: "Fundamentals of Patent Litigation", Business Litigation in Florida (6th – 10th Editions 2010-2019) – Published by The Florida Bar and LexisNexis
- Speaker: "Intellectual Property Systems During the COVID-19 Crisis" Brazilian Intellectual Property Association (ABPI), Worldwide Online Webinar, June 2020
- Speaker: "Intellectual Property Board Certification" Florida Bar's 10th Annual Intellectual Property Law Symposium, Orlando, Florida, April 2019
- Speaker: "An overview of the Hague Agreement Concerning the International Deposit of Industrial Designs" 8th Annual International Conference of the Mexican Association for the Protection of Intellectual Property (AMPPI), Mexico City, Mexico, March 2019
- Bad Faith Assertion Legislation: Troll Solution or More Headaches for Defendants?, Landslide Magazine (American Bar Association) Volume: 8 Issue: 5 (2016) (with Noah H. Rashkind)
- Speaker: "Intellectual Property Rights in Today's Digital Economy" Dade County Bar Association's 5th Annual Bench & Bar Conference, Miami, Florida, February, 2016
- Speaker: "An Overview of the Patent Prosecution Highway" Annual Meeting of the Inter-American Intellectual Property Association (ASIPI), Cartagena, Colombia, November 2015
- Faculty – Third Annual Midwinter Patent Experts Conference, Naples, Florida on February 9-10, 2015
- Speaker: "License Negotiations with Foreign and Multinational Entities" 2015 AIPLA Mid-Winter Institute, Orlando, Florida, January 2015
- Speaker: "An Evolving Patent Claim Quagmire of Eligibility and Infringeability" 2013 AIPLA Spring Meeting, Seattle, Washington, May 2013

- Speaker: "Trade Secrets – Year in Review" 2008 AIPLA Annual Meeting, Washington, D.C., October 2008

- Chapter Author: "Patent Law Basics", Juris 2004-06 Handbook (Judicial law clerk reference handbook for the U.S. District Court for the Southern District of Florida)

- Speaker and Chapter Author: "Patent Law Basics" January 2004 – Sponsored by the Young Lawyer Division of the Florida Bar

- Speaker and Chapter Author: "Patent Law Survey" November 2002 – Sponsored by the Young Lawyer Division of the Florida Bar

- Speaker and Chapter Author: "The Law of the Internet in Florida" – Sponsored by the National Business Institute, May 2002

## HONORS/RECOGNITION

- Peer Review Rating of AV© Preeminent by Martindale Hubbell
- Ranked by Chambers and Partners in Intellectual Property
- Named "Lawyer of the Year" in 2013, 2017, 2018, 2020, and 2021 by The Best Lawyers in America©
- Recognized in The Best Lawyers in America© since 2006
- Named a Florida SuperLawyer® since 2009
- Included in Florida Trend© Magazine's Florida Legal Elite since 2012
- Recognized as a "Top Lawyer" in the South Florida Legal Guide
- Recognized as a "Top Florida Lawyer" by Florida Monthly© Magazine
- Named "IP Star" by Managing Intellectual Property Magazine since 2013
- Recognized by Who's Who Legal: Patents since 2014
- Recognized by Who's Who Legal: Trademarks since 2014

## EXPERT WITNESS CASES

**DISNEY ENTERPRISES, INC. v. JAY BARTELS**
United States District Court for the Southern District of Florida
Case No.: 05-81093-CIV-HURLEY/Hopkins
Appeared on behalf of Plaintiff.  Deposition not taken.  Testified (affidavit) March 26, 2007

**RENEWABLE SPIRITS, LLC v. DAVID A. STEWART**
American Arbitration Association – Commercial Arbitration
Case No.: 32 166 00872 06
Appeared on behalf of Defendant.  Deposition not taken. Testified on May 23, 2007

**O'BRIEN v. O'BRIEN**
Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida
Case No.: 09-000409-FC-18
Appeared on behalf of Respondent.  Deposition taken on February 23, 2011.  Did not testify.

**SKYPATROL, LLC V. MORRISON & FOERSTER, LLP**
Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida
Court Case No.: 2015-012370-CA-01

**CASA DIMITRI CORP. d/b/a DIMITRI & CO., et al. v. INVICTA WATCH COMPANY OF AMERICA, INC., et al.**
United States District Court for the Southern District of Florida
Case. No.: 15-cv-21038

**GATEARM TECHNOLOGIES, INC. v. ACCESS MASTERS, LLC, et al.**
United States District Court for the Southern District of Florida
Case. No.: 14-cv-62697