UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 20-22051-CIV-GAYLES

SISVEL INTERNATIONAL S.A., 3G
LICENSING S.A., and SISVEL S.p.A.,

       Plaintiffs,

v.

HMD AMERICA, INC. and HMD
GLOBAL OY,

       Defendants.

**DEFENDANTS HMD AMERICA, INC. AND HMD GLOBAL OY'S
IDENTIFICATION OF PROPOSED CANDIDATES FOR SPECIAL MASTER**

Pursuant to the Court's order dated June 24, 2021 (ECF No. 101), defendants HMD America, Inc. and HMD Global Oy ("Defendants" or "HMD"), by their undersigned attorneys, hereby identify two proposed candidates for the role of Special Master to oversee the claim construction process:

    Steven M Bauer of JAMS, and

    William B. Dyer, III, of Lee & Hayes.

The bases for HMD's recommendation of Mr. Bauer and Mr. Dyer as Special Master candidates are set forth below. Mr. Bauer's and Mr. Dyer's CVs are attached.

1

**STEVEN M. BAUER OF JAMS**

<u>Education and experience with relevant technology and experience as a neutral</u>: Steven M. Bauer holds a B.S. in Electrical Engineering from MIT, a M.S. in Electrical Engineering and Computer Science from MIT, and a J.D. from Boston University School of Law. He started his career as a law clerk and technical advisor to Judge Philip Nichols at in the Federal Circuit. Mr. Bauer has 30-years of experience as an arbitrator, first for AAA, and currently with JAMS, where he specializes in cases involving technology and life sciences disputes. Before joining JAMS in 2020, Mr. Bauer was the co-chair of Proskauer's national patent and intellectual property group, and a member of its Executive Committee, with experience litigating a variety of technologies, including wireless communications, data encryption, cable and internet communications protocols, digital signal processing in parallel computer architecture, and VoIP switching technologies.

<u>Experience with claim construction</u>: Mr. Bauer worked on at least one decision a month involving claim construction while at the Federal Circuit. In private practice, Mr. Bauer has been lead counsel in, and presented at, over 50 claim construction hearings. Mr. Bauer was also lead counsel (and argued) to the Federal Circuit at its *en banc* session relating to the role of claim construction in the federal courts – the session that resulted in the seminal *Markman* decision. (Mr. Bauer argued a parallel companion case presented to the *en banc* court on the same day). Mr. Bauer currently teaches MIT's introduction to IP Law class, and a patent litigation course at BU Law School, both of which involve claim construction.

<u>Experience in Florida</u>: Mr. Bauer has appeared *pro hac vice* in Florida several times and is familiar with local practice. By way of example, he presented at a *Markman* hearing in S.D. Florida in a case involving digital television standards and communications patents in *Zenith Elecs. v. Craig Elecs.* (9:13-cv-80567), *Zenith Elecs. v. Curtis Int'l* (9:13-cv-80568), *Mitsubishi Electric Corp. v. Motorola Mobility* (9:13-cv-80745), and *Mitsubishi Electric Corp. v. View Sonic* (9:13-cv-80743).

<u>Other information</u>: Mr. Bauer's experience and credentials make him an excellent candidate to serve as a Special Master to assist the Court with claim construction in the present matter. His hourly rate is $600/hour. No travel is expected for this assignment, but Mr. Bauer has informed us that he does not intend to charge for travel time or expenses to Florida. JAMS will waive its normal administrative fee of 20% for this matter.

## **WILLIAM B. DYER, III, OF LEE & HAYES**

Education and experience with relevant technology:  After earning a B.S. in Electrical Engineering, Bill Dyer's professional career began as an engineer in the defense communications industry.  After completing law school, his initial intellectual property practice was split between patent preparation and patent litigation.  The majority of Mr. Dyer's clients were in the electronics sectors, including BellSouth, Sony, HP, and Microsoft.

Experience with patent litigation and claim construction:  For the past 20 years, at least 80% of Mr. Dyer's practice has consisted of patent litigation, primarily in United States District Courts and before the U.S. International Trade Commission.  He has been involved in over 60 separate patent litigations, and has been lead counsel or co-lead counsel in at least 30 of those cases.  The majority of those cases progressed to the stage where claim construction was required.  Mr. Dyer was involved in developing proposed claim constructions in each case, and presented oral argument at the *Markman* hearings in approximately 20 of those cases.

Experience as a neutral Special Master:  Mr. Dyer has been appointed as Special Master for claim construction seven times.  Of those seven appointments, five resulted in the conducting of a *Markman* hearing, followed by the drafting and filing of a Report and Recommendation on claim construction.  In each case, the Court adopted Mr. Dyer's Report and Recommendation in full, and he is not aware of any adverse ruling regarding his proposed claim constructions on appeal.  Additionally, Mr. Dyer was appointed Special Master in two cases for matters other than claim construction.  One appointment related to discovery disputes about complex electrical technology, and the other related to procedural issues.

Other information:  Mr. Dyer's standard billing rate $595 per hour, but he offers a discounted rate of $550 per hour for this matter.  Two judges for whom Mr. Dyer recently completed Reports and Recommendations on claim construction in the Northern District of Georgia, Judge Steven D. Grimberg and Judge William M. Ray II, would provide their impressions of his service. Mr. Dyer currently serves as the Commanding General for the United States Army Reserve Legal Command, Gaithersburg, Maryland.

Dated: July 8, 2021                                      Respectfully submitted,

 /joseph w. bain/

| | |
|---|---|
| WILLIAM J. MCCABE, Esq. | JOSEPH W. BAIN, ESQ. |
| *Pro hac vice* | Florida Bar No. 860360 |
| wmccabe@perkinscoie.com | Email Address: jbain@shutts.com |
| GENE W. LEE, Esq. | **SHUTTS & BOWEN LLP** |
| *Pro hac vice* | 1100 CityPlace Tower |
| glee@perkinscoie.com | 525 Okeechobee Boulevard |
| MATTHEW J. MOFFA, Esq. | West Palm Beach, Florida 33401 |
| *Pro hac vice* | Telephone: (561) 835-8500 |
| mmoffa@perkinscoie.com | Facsimile: (561) 650-8530 |
| **PERKINS COIE LLP** | **ATTORNEYS FOR DEFENDANTS** |
| 1155 Avenue of the Americas, 22nd floor | **HMD AMERICA, INC., AND** |
| New York, NY 10036 | **HMD GLOBAL OY** |
| Telephone: (212) 262-6900 | |
| Facsimile: (212) 977-1649 | |

SHYAMKRISHNA PALAIYANUR, Esq.
Admitted *pro hac vice*
spalaiyanur@perkinscoie.com
**PERKINS COIE LLP**
500 W 2nd Street, Suite 1900
Austin, TX 78701
Telephone:  (737) 256-6114
Facsimile:  (737) 256-6300

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document on July 8, 2021.

                                                */s/ Joseph W. Bain*
                                                Joseph W. Bain