## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### Civil Action No. 1:20-cv-22051-DPG

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., 3G LICENSING S.A., and SISVEL S.p.A., <br><br> Plaintiffs, <br><br> v. <br><br> HMD AMERICA, INC., and HMD GLOBAL OY, <br><br> Defendants. | **JURY TRIAL DEMANDED** |

### NOTICE OF FILING PLAINTIFFS' OBJECTIONS TO DEFENDANTS' IDENTIFICATION OF PROPOSED CANDIDATES FOR SPECIAL MASTER

Pursuant to the Court's order dated June 24, 2021 (ECF No. 101), Plaintiffs Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A. ("Plaintiffs"), by their undersigned counsel, hereby submit the following objections to the Identification of Proposed Candidates for Special Master filed by Defendants HMD America, Inc. and HMD Global OY ("HMD" or "Defendants"),

Plaintiffs object to Defendants' proposed candidate for Special Master, Steven M. Bauer, on the grounds that he is not admitted to the Florida Bar and that he is not located near the Southern District of Florida. Plaintiffs further object on the ground that it is not clear from the documents filed by Defendants (*see* ECF No. 104) whether Mr. Bauer has served as a Special Master in other patent cases.

Plaintiffs object to Defendants' proposed candiate for Special Master, Brig. Gen. William B. Dyer, III, on the grounds that he is not admitted to the Florida Bar and that he is not located near the Southern District of Florida.

1

Dated:  July 15, 2021

Respectfully submitted,

*/s/ Jorge Espinosa*
Jorge Espinosa, Esq.
Florida Bar No: 779032
jorge.espinosa@gray-robinson.com
Francesca Russo, Esq.
francesca.russo@gray-robinson.com
Robert R. Jimenez, Esq.
robert.jimenez@gray-robinson.com
**GRAY | ROBINSON, P.A.**
333 S.E. 2nd Ave., Suite 300
Miami, FL 33131
Tel: 305-416-6880
Fax: 305-416-6887

*Attorneys for Plaintiffs*
*Sisvel International S.A.,*
*3G Licensing S.A., and Sisvel S.p.A*