**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**Case No.: 20-22051-CIV-GAYLES**

SISVEL INTERNATIONAL S.A., 3G
LICENSING S.A., and SISVEL S.p.A.,

        Plaintiffs,

v.

HMD AMERICA, INC. and HMD
GLOBAL OY,

        Defendants.

**DEFENDANTS HMD AMERICA, INC. AND HMD GLOBAL OY'S**
**WRITTEN OBJECTIONS TO PROPOSED CANDIDATES FOR SPECIAL MASTER**

Pursuant to the Court's order dated June 24, 2021 (D.I. 101), Defendants (collectively, "HMD") provide their written objections to the special master candidates proposed by Plaintiffs (collectively, "Sisvel").

The Special Master candidates proposed by HMD and Sisvel are all accomplished litigators. But Steven Bauer and William Dyer exemplify the three criteria the parties agreed to. HMD respectfully submits that the two other criteria Sisvel proposes are immaterial to this appointment.

The parties agreed on "experience litigating claim construction" as a selection criterion. Sisvel states that Ury Fischer has "extensive experience litigating all aspects of patent litigation including claim construction." (D.I. 103 at 1.) But neither Sisvel nor Mr. Fischer identify how often he has participated in claim construction proceedings or his depth of involvement (i.e. as lead counsel, as a special master, or otherwise). (*Id.*; D.I. 103-2.) Sisvel does not highlight David Friedland's involvement in patent litigation at any level. (D.I. 103 at 2-3; D.I. 103-1.) In contrast, HMD identified that Mr. Bauer has been "lead counsel in, and presented at, over 50 claim construction hearings," and that Mr. Dyer presented oral argument at approximately 20 claim construction hearings. (D.I. 104 at 2-3.)

The parties also agreed to the criterion "experience as a neutral in patent disputes." Sisvel identifies no such experience for Messrs. Friedland or Fischer. (D.I. 103.) Mr. Friedland lists two such patent-related appointments in his C.V. (D.I. 103-1 at 3-4.) Mr. Fischer lists none. (D.I. 103-2.) In contrast, Mr. Dyer has been appointed as Special Master for claim construction seven times, and every report and recommendation he has issued has been adopted in full. (D.I. 104 at 3.) Mr. Bauer addressed over a dozen cases involving claim construction as a Federal Circuit clerk, and now serves as a full-time neutral for patent and IP matters. (*Id.* at 2).

The parties also agreed to the criterion "education and experience in the relevant technical field." While all four candidates have technical degrees, Mr. Bauer holds an advanced degree in computer science, and Mr. Dyer worked as a communications engineer. (*Id.* at 2-3.)

HMD disputes the value of Sisvel's proposed criteria "proximity to the jurisdiction and the parties" and "knowledge of practice in the jurisdiction." Claim construction is governed by substantive federal patent law and Federal Circuit precedent. The Court's Markman procedure is not unique to this jurisdiction. Local practice might have influenced the briefing process—but claim construction in this case has *already* been briefed; all that remains is to hear argument and issue recommended constructions. HMD respectfully submits that the patent-specific and technical experience offered by Messrs. Bauer and Dyer—experience the parties agree is important to the Special Master's task—outweighs any benefit arising from practice experience in this District or Circuit—which, to be clear, Messrs. Bauer and Dyer both have. (D.I. 104 at 2-3.)

Dated: July 15, 2021

| | |
|---|---|
| | */s/ Joseph W. Bain* |
| WILLIAM J. MCCABE, Esq. | JOSEPH W. BAIN, ESQ. |
| *Pro hac vice* | Florida Bar No. 860360 |
| wmccabe@perkinscoie.com | Email Address: jbain@shutts.com |
| GENE W. LEE, Esq. | **SHUTTS & BOWEN LLP** |
| *Pro hac vice* | 1100 CityPlace Tower |
| glee@perkinscoie.com | 525 Okeechobee Boulevard |
| MATTHEW J. MOFFA, Esq. | West Palm Beach, Florida 33401 |
| *Pro hac vice* | Telephone: (561) 835-8500 |
| mmoffa@perkinscoie.com | Facsimile: (561) 650-8530 |
| **PERKINS COIE LLP** | **ATTORNEYS FOR DEFENDANTS** |
| 1155 Avenue of the Americas, 22nd floor | **HMD AMERICA, INC., AND** |
| New York, NY 10036 | **HMD GLOBAL OY** |
| Telephone: (212) 262-6900 | |
| Facsimile: (212) 977-1649 | |

SHYAMKRISHNA PALAIYANUR, Esq.
Admitted *pro hac vice*
spalaiyanur@perkinscoie.com
**PERKINS COIE LLP**
500 W 2nd Street, Suite 1900
Austin, TX 78701
Telephone:  (737) 256-6114
Facsimile:  (737) 256-6300