## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-22051-CIV-GAYLES/OTAZO-REYES

SISVEL INTERNATIONAL S.A., 3G
LICENSING S.A., AND SISVEL S.p.A.,

      Plaintiffs,

v.

HMD AMERICAN, INC. and
HMD GLOBAL OY,

      Defendants.

_____/

## <u>ORDER</u>

THIS CAUSE came before the Court upon Defendants HMD America, Inc. and HMD Global Oy's ("Defendants") Motion for Sanctions [D.E. 117].  This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 120].  The undersigned held a hearing on this matter on November 23, 2021.  In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that Defendants' Motion for Sanctions is GRANTED IN PART.  Defendants are entitled to recover their reasonable expenses, including attorney's fees, caused by Plaintiffs Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A.'s (collectively, "Plaintiffs") failure to comply with the undersigned April 20, 2021 Order [D.E. 78].  <u>See</u> Fed. R. Civ. P. 37(b)(2)(C).  Defendants shall submit their statement of reasonable fees and costs, limited to those incurred after issuance of the April 20, 2021 Order, in accordance with S.D. Fla. L. R. 7.3.

DONE AND ORDERED in Chambers at Miami, Florida this <u>23rd</u> day of November, 2021.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Darrin P. Gayles
        Counsel of Record