**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**Case No.: 20-22051-CIV-GAYLES-OTAZO-REYES**

SISVEL INTERNATIONAL S.A., 3G
LICENSING S.A., and SISVEL S.p.A.,

       Plaintiffs,

v.

HMD AMERICA, INC. and HMD
GLOBAL OY,

       Defendants.

**<u>DEFENDANTS' NOTICE REGARDING DECEMBER 8, 2021 STATUS CONFERENCE</u>**

In an August 17, 2021 Order (ECF No. 116), the Court continued all pre-trial deadlines in this matter pending issuance of its claim construction order. In that same Order, the Court denied without prejudice a motion (ECF No. 107) by Defendants HMD America, Inc. and HMD Global Oy ("HMD") to stay this matter in its entirety pending *inter partes* review of the patents asserted by plaintiffs Sisvel International S.A., 3G Licensing S.A., and Sisvel S.p.A. ("Sisvel"). In that Order, the Court set a telephonic status conference for December 8, 2021, to revisit, if necessary, the issues raised in HMD's motion to stay.

In advance of that December 8, 2021, conference, HMD hereby notifies the Court of the status of the *inter partes* review proceedings against Sisvel's nine asserted patents. To date, the U.S. Patent and Trademark Office ("USPTO") has issued institution decisions for seven of Sisvel's nine patents asserted in this action and has instituted trial for six of those patents. Institution decisions for the two other asserted patents are expected on or before December 16, 2021 and January 15, 2022. HMD further notifies the Court that Special Master David Friedland has informed the parties of his intent to submit a Report and Recommendation on claim construction to the Court by December 13, 2021.

The majority of Sisvel's asserted patents are now in *inter partes* review at the USPTO. By addressing the validity and scope of those patents, the *inter partes* reviews will necessarily narrow the issues in this case—including issues which the Court might otherwise have to address when reviewing and adopting Special Master Friedland's forthcoming report. Accordingly, at the December 8, 2021 hearing, HMD will ask the Court for leave to renew its motion to stay this matter in its entirety, with such stay to be entered immediately upon issuance of Special Master Friedland's report and all objections to that report held in abeyance until the stay is lifted.

Dated: December 1, 2021                                                Respectfully submitted,

|  |  |
|---|---|
|  | */s/ Joseph W. Bain* |
| WILLIAM J. MCCABE, Esq. | JOSEPH W. BAIN, ESQ. |
| Admitted *Pro hac vice* | Florida Bar No. 860360 |
| wmccabe@perkinscoie.com | Email Address: jbain@shutts.com |
| GENE W. LEE, Esq. | **SHUTTS & BOWEN LLP** |
| Admitted *Pro hac vice* | 1100 CityPlace Tower |
| glee@perkinscoie.com | 525 Okeechobee Boulevard |
| MATTHEW J. MOFFA, Esq. | West Palm Beach, Florida 33401 |
| Admitted *Pro hac vice* | Telephone: (561) 835-8500 |
| mmoffa@perkinscoie.com | Facsimile: (561) 650-8530 |
| **PERKINS COIE LLP** |  |
| 1155 Avenue of the Americas, 22nd floor | **ATTORNEYS FOR DEFENDANTS** |
| New York, NY 10036 | **HMD AMERICA, INC., AND HMD** |
| Telephone: (212) 262-6900 | **GLOBAL OY** |
| Facsimile: (212) 977-1649 |  |

ADAM G. HESTER, Esq.
Admitted *Pro hac vice*
ahester@perkinscoie.com
**PERKINS COIE LLP**
33 East Main Street, Suite 201
Madison, WI 53703
Phone: (650) 838-4311
Fax: (650) 838-4350

MICHAEL A. CHAJON, Esq.
Admitted *Pro hac vice*
mchajon@perkinscoie.com
**PERKINS COIE LLP**
700 Thirteenth Street N.W., Suite 800
Washington, D.C. 20005
Phone: (202) 654-3316
Fax: (202) 624-9575

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document on December 1, 2021.

                                                                                   */s/ Joseph W. Bain*
                                                                                    Joseph W. Bain